# Exhibit A

# AFFIDAVIT
# of
# TCPA PRIOR EXPRESS WRITTEN CONSENT

I, Mitenkumar Bhadania, hereby certify as follows

1. I am a Computer System Engineer at Fluent, LLC ("Fluent") and am responsible for System Maintenance and Tech Support and together with other members of Fluent's IT team, have designed and developed various modules of Fluent's proprietary ad serving and lead generation system ("System"). In that capacity, I am familiar with the consumer facing websites operated by Fluent and its wholly owned subsidiaries, the System, Fluent's database of System and user information ("Database") and the structure and architecture of the Database.  Fluent has filed an application with the U.S. Patent and Trademark office to patent the System.

2. I hold a Bachelor's Degree in Computer Engineering granted by Sardar Patel University in July, 2011. I also hold a Master's Degree in Computer Science granted by Southern Methodist University in May, 2015.

3. Fluent maintains its Database in the ordinary course of its business operations as part of its business records.  The Database is maintained on redundant servers located in Ashburn, Virginia under a Hosting Services Agreement with Rackspace US, Inc.

4. When a person accesses one of the consumer facing websites operated by Fluent, the System assigns a unique visitor ID to that user in real time in the Database and then contemporaneously stores several pieces of information about the user including where the user came from before accessing the site, their IP address and their browser user agent.  The System then displays a series of webpages based on the information gathered and information supplied by the user and records what was displayed and user inputs/responses in various tables to the Database.  All of the pieces of data from a user's visit are relationally associated with the visitor ID enabling me to recreate the user experience and their interaction with the Fluent site.

5. I researched the user experience and information stored in the Database with respect to Daniel Berman ("Claimant") and provide this Affidavit in connection with a claim by the Claimant alleging, among other things, violation of the Telephone Consumer Protection Act ("TCPA") resulting from SMS/text messages allegedly received by the Claimant sent by an SMS service provider.  DebtHelp, a registered DBA of Fluent, was identified in the first text message sent which promoted services offered by Freedom Financial ("Freedom Financial"), a Fluent client.

6. The System recorded that the person who entered the Claimant's telephone number ("Visitor") visited http://signup.electronics-sweepstakes.com ("Site"), a website owned and operated by American Prize Center LLC, a wholly owned Fluent subsidiary on December 24, 2017 starting at 8:39:16 PM EST, from IP Address: 73.252.203.130.

1

7. A lookup of the geo location of the IP address using https://www.iplocation.net reveals that the IP address geo locates to Haywood, CA, located in the vicinity of the address provided by the Visitor:



8. The Visitor supplied the following information on the Site:
   Name: Dunk Loka
   Email Address: Buffola@gmail.com
   Telephone number: 510-326-9945
   Mailing address: Grand Street
   Alameda, CA 94501

9. Upon landing on the Site, the user agreed to the Terms and Conditions of the Site by clicking the "Enter to Win!" button on the registration page. The system contemporaneously recorded the date and time when the user clicked Enter to Win, which was on December 24, 2017 at 8:40:12 PM.

10. Above the "Enter to Win!" button, the following sentence is produced: "I understand and agree to the Terms & Conditions which includes mandatory arbitration and Privacy Policy." The regenerated HTML representation of the page showing the agreement to the Terms and Conditions of the user number appears below.

2



11. The regenerated HTML of the TCPA consent form displayed to the Visitor after the Visitor checked the box appears below.



3

12. DebtHelp and Freedom Financial appear in the dynamically populated alphabetized list of current advertisers and SMS senders displayed when the Marketing Partners hyperlink in the TCPA consent is clicked.

> **The following is a list of our call center/marketing partners. A select group of these partners may contact you by telephone and/or SMS text messaging.**
> **A** - Academic Advisor, Accredited Debt Relief, Adduco Media, LLC, ADT, Advanced Orthopedic, Alberston Pharmacy, All About The Baby, LLC, Allied Insurance Partners, American Health, American Publishers, LLC, AmeriQuote, Arco Media, Inc., Atlas, Austin Wellness Pharmacy, AutoDeals, AutoMSG
> **B** - B and E Pharmacy, Backpain Discount Club, Bankers Life, BD Business Process Outsourcing Solutions, Inc, Better Health, Better Health Kare, BillHelp, Bradley Lead Group LLC, Brightstar Corp.
> **C** - CAC, California Gen Medical Group Inc, Call Center West, CallerReady LLC, Cape Pharmacy and Supplies, Career Advisor, Career School Advisor, Career School Advisors, CareersNow, CareFree Health, Cash Doc, Cash Help, Cash MSG, Casualty Company, Centerfield Media Holdings, LLC, Champion Energy Services, LLC, CheapTV, Clear Choice, Clear Link Insurance Agency, LLC, Columbia Utilities Power, LLC, Community Tax LLC, Comparehealthplan.com, Complete Medical Solutions, LLC, CoolSavings, CPSLeader, Credit Pros, LLC, CreditFix, CreditHelp, CreditMSG, CreditNow, CreditRelief, CreditRepair.com
> **D** - DailySaver, DailyWinnerMSG, Datalot, DebtDoc, DebtHelp, DebtMSG, Diabetic Discount Club, Inc., Diabetic Total Care, Digital Remedy, Direct Energy, LP, Direct Pharmacy Source, DirecTV, Disabetic Solutions, Inc., DiscountNow, DiscountTV, DME Direct, DocMSG
> **E** - Easy Rest, Education Bridge, EducationDirect, Education-Project.com, EmploymentAlert.com, eQuoto, e-Telequote Insurance, Express information Systems
> **F** - Family Readers, Family Readers Service, fast5kloans.com, FDJ, FDJ MSG, Festive Health, Find Dream Jobs, First Fidelity Services, Fluent, Fluent, LLC, FootballMSG, FootballWinner, Freedom Financial, Fresh Start Financial, Frontier
> **G** - Gerber Life Insurance Company, GetTruckerJobs.com, Gig MSG, GigMSG, Glades Drugs, Inc., Global Connections, Global Healthcare Management, LLC, Global Periodical Services, LLC, Global Readers Services, Inc., Go Direct Lead Generation LLC & ASSURANCE IQ, INC, Goojibear, Great American, GSC, Gulf Coast Readers, Inc.
> **H** - HC Enterprises, Health Benefits Center, Health Benefits One

4

13. The Visitor clicked on the unchecked checkbox in the TCPA consent (which causes the box to be checked) and then clicked on the Continue button thereby providing prior express written consent, as that term is defined in the regulations promulgated under the TCPA (47 CFR §1200(f)(8)), to receive text messages on the identified phone number from DebtHelp promoting service offerings from Freedom Financial. The System contemporaneously recorded the date and time when the Visitor clicked the Continue button which was December 24, 2017 at 8:41:13 PM, EST, approximately 2 minutes after arriving at the Site.

14. The following is a screenshot from a search of the Database that contemporaneously records the date and time stamp of the moment the Visitor first landed on the Site:



15. The following is a screenshot from a search of the Database that contemporaneously recorded the date and time stamp of the moment the user agreed to the Terms and Conditions:



16. The following is a screenshot from a search of the Database that contemporaneously records the date and time stamp of the moment the Visitor checked the box and clicked Continue on the TCPA consent page:

5

```
select VID, Date, DataformBankID, ParamXML from lgV3_Archive_20180201.T_Leads_Survey_p805
where date >= '2017-12-24 20:41' and date < '2017-12-24 20:42'
and EXTRACTVALUE(ParamXML, '//phonecode') = 510
and EXTRACTVALUE(ParamXML, '//phoneprefix') = 326
and EXTRACTVALUE(ParamXML, '//phonesuffix') = 9945;
```

| # | VID<br>DECIMAL(20,0) | Date<br>TIMESTAMP | DataformBankID<br>BIGINT(11) | ParamXML<br>MEDIUMTEXT |
|---|---|---|---|---|
| ▸ 1 | 67701565499 | 12/24/2017 8:41:13 PM | 47769 | `<s><timespan>56</timespan><ismobile>1</ismobile><browser>Chrome` |

17. The System will not post a lead pertaining to a user to a client such as Freedom Financial unless the user checked the checkbox and then clicked the Continue button. If a user does not check the box but clicks the Continue button, the user will progress to the next page of the Site but the lead will not be posted to any call center or text message clients and the user will not receive any telemarketing or text messages.

18. Claimant did not advise us after providing consent that he was withdrawing his consent to be contacted.

19. Fluent and Reward Zone do not "scrape" user information or phone numbers from the Internet. The only user data it compiles and provides to call center clients is the data input into the System by users of their websites. The telephone numbers made available to Reward Zone's clients are only the numbers that are input into the System by a user after the user provides consent to be contacted via telephone or text message by checking the TCPA consent box and clicking the Continue button.

20. For a user profile to be created and a telephone number supplied to Fluent or Reward Zone via any of the websites they own and operate, such information must be provided by a human being who has manually entered the information in the website field for entry of a phone number.

21. For a user profile to be created with inaccurate information associated with the phone number entered by the user, the user entering that information must either have inadvertently made an error or intentionally provided incorrect information.

22. It would be highly unusual for a bona fide user of one of Reward Zone's or Fluent's websites to provide misleading information if the user's intent was to actually participate in promotional programs or reward surveys. A user would have no legitimate purpose to input inaccurate information, because then he or she would not obtain the benefits for which the user visited the website and signed up for the promotions or rewards.

I declare under penalty of perjury that the foregoing is true and correct.

_____
Mitenkumar Bhadania

Sworn before me this 30th day
of April, 2018

_____
Notary Public

Daniel J. Barsky
NOTARY PUBLIC. STATE OF NEW YORK
Registration No. 02BA6119025
Qualified in New York County
Commission Expires Nov. 22, 2020

7