# Exhibit B

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### OAKLAND DIVISION

DANIEL BERMAN,

        Plaintiff,

      v.

FREEDOM FINANCIAL NETWORK, LLC,
and FREEDOM DEBT RELIEF, LLC,

        Defendants.

Case No.: 4:18-CV-01060-DMR

**DECLARATION OF DANIEL J. BARSKY, ESQ.**
**IN SUPPORT OF DEFENDANTS' MOTION TO COMPEL ARBITRATION**

1.     My name is Daniel J. Barsky. I am over the age of 18 and have personal knowledge of all facts set forth in this Declaration.

2.     I make this Declaration based on my own personal knowledge obtained through the course of my employment as the General Counsel, Chief Compliance Officer, and Secretary for Fluent, LLC ("Fluent") , RewardZone USA, LLC ("Reward Zone") and American Prize Center, LLC ("APC") .

3.     I have reviewed the Class Action Complaint filed by Daniel Berman ("Plaintiff") in the above-captioned matter, and I am familiar with the allegations and claims asserted by Plaintiff.

4.     Reward Zone and APC are digital marketing companies both owned by Fluent, that operate websites that are used to provide advertising and lead generation services for its advertiser customers, including the Freedom Defendants in the above-captioned matter. Fluent uses the Reward Zone and APC websites to collect first-party data that it uses to assist brands in targeting and engaging with their customers.

5.     In order to participate in promotions and reward surveys on one of Reward Zone's or APC's websites, users are required to register and agree to the terms and conditions ("Terms

{00130309;1}

and Conditions") of the website. Users then have the option of consenting to receive text messages and telemarketing phone calls to the telephone numbers provided during registration from Reward Zone or APC, as the case may be, and its marketing partners ("Marketing Partners), which included Defendants.

6.      The user who input the telephone number of the Plaintiff registered with APC's website and agreed to the Terms and Conditions of APC's website, which includes a mandatory arbitration provision ("Arbitration/Dispute Resolution Provision").

7.      The Terms and Conditions in effect when the user who supplied Plaintiff's telephone number registered with APC's website are attached hereto as **Exhibit 1**.

8.      Although the Arbitration/Dispute Resolution Provision contained in the Terms and Conditions allow a user to opt-out within 30-days, Plaintiff did not opt-out of the Arbitration/Dispute Resolution Provision.

9.      Plaintiff also did not comply with the requirements of the Arbitration/Dispute Resolution Provision, which provides that Plaintiff should try to resolve any dispute with customer service before commencing any proceeding.

I declare under penalty of perjury that the foregoing is true and correct.

Executed in New York, New York on April 26, 2018.

Daniel J. Barsky, Esq.

{00130309;1}

DECLINATION OF DANIEL J. BARSKY, ESQ.

# Exhibit 1

**American Prize Center, LLC**
**Promoted Sweepstakes Sites**
**Terms & Conditions**
**Last Updated:** September 08, 2017

**YOU AGREE TO THESE TERMS & CONDITIONS BY USING THIS SITE; MANDATORY ARBITRATION**

Your access to, and use of one of the sweepstakes-promoted websites (a "Site") owned and operated by American Prize Center LLC ("APC", "we", or "us") and your participation in any sweepstakes promoted on a Site (a "Sweepstakes") or any other promotion on a Site is subject to the following Terms & Conditions and all applicable laws and regulations.  By accessing and using a Site, you agree and accept these Terms & Conditions.  If you do not agree and accept these Terms & Conditions, please do not use or visit a Site or participate in any Sweepstakes or other promotion.

These Terms & Conditions contain a mandatory arbitration provision that requires you to arbitrate individually any disputes or claims you may have with us and waives your right to participate in a class action or multi-party arbitration.  You may opt-out of the mandatory arbitration provision by providing written notice of your decision within thirty (30) days of the date that you first register on a Site.

**SWEEPSTAKES (GENERAL)**

We may offer, in our exclusive discretion, Sweepstakes from time to time including daily, weekly, monthly, instant win and annual Sweepstakes as well as other sweepstakes.  The rules and Terms & Conditions applicable to each Sweepstakes including eligibility, how to enter, and no cost alternative means of entry are governed by the applicable Sweepstakes rules ("Sweepstakes Rules") published on a Site or through a link on the applicable Sweepstakes itself.  Please refer to them when participating in a Sweepstakes.  If there is a conflict between an applicable Sweepstakes Rules and these Terms & Conditions, the applicable Sweepstakes Rules shall govern.

Additional notices, terms, and conditions ("Additional Terms") may apply to the purchase of goods or services, participation in a particular program, and/or to the use of specific portions or features of a Site ("Additional Products"), all of which are made a part of these Terms & Conditions.  You agree to abide by the Additional Terms when accessing that portion of a Site and/or with respect to Additional Products.  If there is a conflict between these Terms & Conditions and the Additional Terms, the Additional Terms shall control.

**OWNERSHIP OF CONTENT**

The Sites and all of its contents including Sweepstakes, text, and images ("Content") are owned and copyrighted by us with all rights reserved unless otherwise noted.  We also own any Content that is a trademark, logo, or service mark, both registered or unregistered, except for third party trademarks, logos or service marks which are owned by the respective owners thereof.  Your use of any Content, except as provided in these Terms & Conditions, without the written permission of the Content owner is strictly prohibited.  As a visitor to and/or user of a Site, you are granted a non-exclusive, non-transferable, revocable and limited license to access and use a Site (and its associated Content) and any services for your own personal, non-commercial use in accordance with these Terms & Conditions.  We may terminate this license at any time for any reason, whatsoever.  You may not copy, emulate, clone,

rent, lease, sell, modify, decompile, disassemble, reverse engineer or transfer a Site, any service, Content or any portion thereof.

**TERMINATION**

We reserve the right at any time to terminate your use of a Site, these Terms & Conditions or cease offering the service or product, at any time if you fail to comply in full with any term of these Terms & Conditions, or any other Additional Terms or Sweepstakes Rules and for any other reason in our sole discretion as it applies to the Site and the use of it. You agree not to interfere with the normal processes or use of a Site, including by attempting to log in to the accounts of other users, attempting to access administrative areas of a Site, attempting to systematically extract Content from a Site beyond patterns consistent with personal use or by Internet-based requests in such a volume that is likely to overwhelm our servers or interfere with the ordinary operation of a Site.

**SUBMISSIONS**

If you submit any quotations, photographs, comments or other material or Content to a Site (collectively, "UGC"), you agree not to: (i) submit libelous or defamatory UGC; (ii) submit any UGC that violate any local, state or federal law; (iii) display any telephone numbers, street addresses, last names, URLs, email addresses or any confidential information of any third party; (iv) submit any audio files, text, photographs, videos or other images containing confidential information or material that may be deemed indecent or obscene in your community, as defined under applicable law; (v) impersonate, "stalk" or harass any person or entity; (vi) transmit any chain letters, spam, junk text or email; (vii) express or imply that any statements that you make are endorsed by us, without our specific prior written consent; (viii) harvest or collect personal information of visitors to a Site whether or not for commercial purposes, without their express consent; (ix) use any robot, spider, site search/retrieval application, or other manual or automatic device or process to retrieve, index, "data mine" or in any way reproduce or circumvent the navigational structure or presentation of a Site or its contents; (x) post, distribute or reproduce in any way any copyrighted material, trademarks or other proprietary information without obtaining the prior consent of the owner of such proprietary rights; (xi) interfere with or disrupt any of a Site's functions and/or the servers or networks connected to a Site; (xii) post, offer for download, text, email or otherwise transmit any material that contains software viruses or any other computer code, files or Content designed to interrupt, destroy or limit the functionality of any computer software or hardware or telecommunications equipment or that is illegal or that violates the rights of a third party including, but not limited to, spyware, adware, Content designed to send unsolicited advertisements (i.e. "spamware"), services that send unsolicited advertisements, Content designed to initiate "denial of service" attacks, mail bomb Content and Content designed to gain unauthorized access to networks on the Internet; and/or (xiii) modify, adapt, sublicense, translate, sell, reverse engineer, decipher, decompile or otherwise disassemble any portion of a Site or any software used on or for a Site.

By submitting any photograph(s) to us, you represent and warrant that: (a) you have the exclusive copyright to the photograph(s); (b) you have the consent of all individuals depicted in the photograph(s) (by parent or guardian in the case of a minor) for use by us; and (c) we may use the photograph, in its original or any edited, revised or retouched form, in any and all media, without further compensation to you. You hereby grant us a perpetual, global and irrevocable right to use any UGC, registration information and any quotations or comments for promotional purposes and in connection with

publishing the statistics of our participants as well as the winners of any Sweepstakes, should you qualify, all without further consideration or compensation.

**PRIVACY, SECURITY, AND LINKS**

Please review our Privacy Policy for more information concerning our collection and use of your information, the security of your information and how to have your information deleted from our database. For a timely response to any inquiry regarding your offer submissions, qualification, and incentive delivery, please submit your question here. The APC Websites may contain links to other sites or services. We are not responsible for the privacy practices, the content, or the security of such third party sites.

**TELEMARKETING AND TEXT MESSAGES**

Where you provide "prior express written consent" within the meaning of the Telephone Consumer Protection Act ("TCPA"), you consent to receive telephone calls, including artificial voice calls, pre-recorded messages and/or calls delivered via automated technology and text and SMS messages to the telephone number(s) that you provided from us and the marketing partners listed in and hyperlinked to the consent. You are not required to provide this consent to enter a Sweepstakes or purchase any of the other goods or services offered on the Websites and your consent simply allows us to contact you via these means. If you provide consent, CAC an affiliate of ours and any of our other affiliates or Marketing Partners named in the consent may send you SMS messages from their short codes or long codes. Our short codes are 53294, 91982, and 411411; we may acquire additional short codes. Message Frequency Varies, maximum 15 messages per month. Message and data rates may apply. Text STOP to opt-out from future messages and HELP for help. The mobile carriers are not liable for delayed or undelivered messages.

**AGREEMENT; CHOICE OF LAW/JURISDICTION AND VENUE**

You agree that these Terms & Conditions constitute the agreement between us and that New York law controls, without regard to conflicts of law provisions. Any dispute that is not resolved by arbitration and proceeds in a state or federal court will be adjudicated in a court in the state of New York. You expressly waive any defense or objection to venue or personal jurisdiction.

**ARBITRATION AGREEMENT AND CLASS ACTION WAIVER**

If you have a dispute concerning any aspect of these Terms & Conditions, the Service, the Content or a Site, you should first contact customer support on our Sites. We may choose to provide you with a final written settlement offer during this process. If we provide you with a final written settlement offer and you don't accept it, or we can't otherwise satisfactorily resolve your dispute, you can submit your dispute for resolution by arbitration before the American Arbitration Association ("AAA") in the county where you live by filing a separate Demand for Arbitration online by following the instructions at https://apps.adr.org/webfile/.

If we have a dispute, we will submit our dispute for resolution by arbitration before the AAA in New York, NY. If either party files for arbitration, it will be conducted in accordance with the then current

AAA Commercial Arbitration Rules.  The arbitrator will have exclusive authority to resolve any dispute including any claim that all or any part of the Terms & Conditions, including this provision, are unenforceable.  If the arbitrator awards you relief that is greater than our final written settlement offer, we will pay all AAA filing, administration and arbitrator fees.  If you retained an attorney to represent it in connection with the arbitration, we will reimburse any reasonable attorneys' fees that your attorney accrued for investigating, preparing and pursuing the claim in arbitration.  For claims you bring of Ten Thousand Dollars ($10,000.00) or less, you can choose whether the arbitration proceeds in person, by telephone or based only on submissions.  The arbitrator may award any form of individual or equitable relief, including injunctive relief.  Any award will be final and conclusive to the parties and may be entered in any court of competent jurisdiction.  Although under some laws we may have a right to an award of attorneys' fees and expenses if we prevail in arbitration, we agree that we will not seek such an award from you. You and your attorneys are not required to keep the results of the arbitration confidential.

To the extent permitted by law, you agree that you will not bring, join or participate in any class action lawsuit as to any claim, dispute or controversy that you may have against us and/or our employees, officers, directors, members, representatives and/or assigns.  You agree to the entry of injunctive relief to stop such a lawsuit or to remove you as a participant in such a suit. These Terms & Conditions do not constitute a waiver of any of your rights and remedies to pursue a claim individually and not as a class action in binding arbitration as provided above. This provision preventing you from bringing, joining or participating in class action lawsuits is an independent agreement. You may opt-out of this Arbitration/Dispute Resolution Provision by providing written notice of your decision within thirty (30) days of the date that you first access a Site.

**YOU ACKNOWLEDGE AND AGREE THAT, VIA YOUR ACCEPTANCE OF THESE DISPUTE RESOLUTION PROVISIONS, YOU WAIVE ANY RIGHT TO A JURY TRIAL, AS WELL AS YOUR RIGHT TO BRING, JOIN OR PARTICIPATE AS A PLAINTIFF OR A CLASS MEMBER IN A CLASS ACTION SUIT OR MULTI-PARTY ARBITRATION BROUGHT AGAINST US, ANY PERSON RELATED TO US OR A SERVICE PROVIDER USED BY US TO PROVIDE THE SITES OR THE SERVICE.**

**POLICY AGAINST EMAIL SPAM**

We require that all emails promoting our Sites (or any Sweepstakes or other Additional Products promoted on a Site) are sent only to users who have agreed to receive such emails.  We prohibit any advertising of our Sites using "spam"- unsolicited emails.  If an advertiser or other person advertising or promoting our Sites fails to comply with our "no spam" policy, we will terminate our agreement with such person.  If you feel you've been sent unsolicited spam emails promoting our Sites and would like to register a complaint, please let us know by completing the customer support form.  We will immediately investigate all allegations of spam email and take appropriate action.

**DISCLAIMER OF WARRANTIES**

The Site, any service provided by us, and any Sweepstakes, submissions Content (collectively "activity and Content relating to the Site") is subject to change and is provided to you "as is" without any warranty of any kind, either expressed or implied, including, but not limited to, the implied warranties of merchantability, fitness for a particular purpose, or noninfringement.  We make no warranty that the activity and Content relating to the Site will (i) meet your requirements; (ii) be uninterrupted, timely,

secure or error-free; or (iii) be accurate or reliable.  We assume no responsibility for any damage to your computer system or loss of data that may have resulted from material downloaded or otherwise obtained through activity relating to the Site.  We assume no responsibility for the deletion of, or failure to store, email messages and any other personalization settings in relation to activity and Content relating to the Sites.  No advice or information, whether oral or written, obtained by you from us, shall create any warranty not expressly stated in these terms & conditions.  Please note that some jurisdictions may not allow the exclusion of implied warranties, so some of the above exclusions may not apply to you.  We do not represent that your use of any Content will not infringe the rights of any third parties.

**EXCLUSION OF LIABILITY**

To the maximum extent allowed by applicable law we will not be liable for any indirect, punitive, incidental, special, consequential or other damages arising out of or in any way connected with the use of a Site or Content even if advised of the possibility of any such damages.  Please note that some jurisdictions may not allow the exclusion of certain damages, so some of the above exclusions may not apply to you.  We also do not warrant that the Sites or the information available through the Site or the Content is appropriate, accurate or available for use in any particular jurisdiction.

**INDEMNIFICATION**

You agree to indemnify and hold us, our parents, subsidiaries and affiliates, and each of their respective members, officers, directors, employees, agents and/or other partners, harmless from and against any and all claims, expenses (including reasonable attorneys' fees, costs and settlement costs), damages, suits, costs, demands and/or judgments whatsoever, made by any third party due to or arising out of: (i) your use of a Site, any service provided by us, any Sweepstakes, UGC or Content; (ii) your breach of these Terms & Conditions; (iii) your violation of any rights including, but not limited to, intellectual property right; or (iv) any deceptive, threatening, libelous, obscene, harassing or offensive material contained in any of your email communications or other submissions to a Site.

**UPDATES**

We may revise these Terms & Conditions and this summary at any time.  Your continued use of an APC Website and/or participation in a Promotion evidences your acceptance of any changes.  If you do not accept any of the terms of the Full Terms or this summary, we ask that you not complete our registration process or access an APC Website.