Jon B. Fougner (State Bar No. 314097)
Email: Jon@FougnerLaw.com
600 California Street, 11th Fl.
San Francisco, CA 94108
Telephone: (434) 623-2843
Facsimile: (206) 338-0783

*Attorneys for Plaintiffs and the Proposed Classes*

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

| | |
|---|---|
| DANIEL BERMAN and PATRICK BONANO, individually and on behalf of all others similarly situated,<br><br>  Plaintiffs,<br><br>  v.<br><br>FREEDOM FINANCIAL NETWORK, LLC, FREEDOM DEBT RELIEF, LLC, FLUENT, INC., and LEAD SCIENCE, LLC,<br><br>  Defendants. | Case No. 4:18-cv-01060-YGR<br><br>**DECLARATION OF JON B. FOUGNER IN SUPPORT OF ADMINISTRATIVE MOTION TO FILE UNDER SEAL PORTIONS OF SECOND AMENDED COMPLAINT FOR DAMAGES AND INJUNCTIVE RELIEF**<br><br>**Class Action**<br><br>**JURY TRIAL DEMAND** |

I, Jon B. Fougner, declare as follows:

1. I am a co-counsel of record for the plaintiffs in this action. I respectfully submit this declaration in support of the administrative motion to which it is attached. Except as otherwise noted, I have personal knowledge of the facts set forth in this declaration and could testify competently to them if called upon to do so.

- 1 -
DECL. JON B. FOUGNER SUPP. ADMINISTRATIVE MOT. FILE SEAL PORTIONS SECOND AM. COMPL.
*Berman v. Freedom Fin. Network, LLC*, Case No. 4:18-cv-01060-YGR

2. Paragraphs 54-57 of the Second Amended Complaint ("SAC"), which concern Lead Science's dialing vendor, system and contract, contain information produced and designated confidential by Defendant Lead Science.

3. Paragraphs 62-63 of the SAC, which concern Lead Science's dialing contract, contain information produced and designated confidential by Defendant Lead Science.

4. Paragraphs 204-05 of the SAC, which concern Freedom's supervision of Fluent, contain information produced and designated confidential by Defendants Freedom.

5. Paragraphs 219-222 of the SAC, which concern Fluent's proposed tactics and performance metrics and consumer reactions, contain information produced and designated confidential by Defendants Freedom.

6. Paragraphs 227-28 of the SAC, which concern metadata about buffola@gmail.com, contain information produced and designated confidential by non-party Google.

7. Paragraph 238 of the SAC, which concerns the volume of Fluent's and Freedom's telemarketing, contains information produced and designated confidential by Defendants Freedom.

RESPECTFULLY SUBMITTED AND DATED this 17th day of September, 2018.

By: */s/ Jon B. Fougner*
Jon B. Fougner

*One of the Attorneys for Plaintiffs and the Proposed Classes*