```
1   Jon B. Fougner (State Bar No. 314097)
    Email: Jon@FougnerLaw.com
2   600 California Street, 11th Fl.
    San Francisco, CA 94108
3   Telephone: (434) 623-2843
    Facsimile: (206) 338-0783
4
5   [Additional counsel appear on signature page]

6   *Attorneys for Plaintiffs and the Proposed Classes*
```

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

| | |
|---|---|
| DANIEL BERMAN and PATRICK BONANO, individually and on behalf of all others similarly situated, <br><br> Plaintiffs, <br> v. <br><br> FREEDOM FINANCIAL NETWORK, LLC, FREEDOM DEBT RELIEF, LLC, FLUENT, INC., and LEAD SCIENCE, LLC, <br><br> Defendants. | Case No. 4:18-cv-01060-YGR <br><br> **MOTION FOR LEAVE TO FILE SECOND AMENDED COMPLAINT** <br><br> **Class Action** <br><br> **JURY TRIAL DEMAND** |

Plaintiffs Daniel Berman and Patrick Bonano respectfully request the Court grant them leave to file a Second Amended Complaint ("SAC"). The SAC enumerates additional allegations by Mr. Berman against the Defendants. It also adds Mr. Bonano, who has recently retained the undersigned to represent him regarding alleged TCPA violations by Defendants Fluent, Inc. and Lead Science, LLC similar to those alleged by Mr. Berman.

Pursuant to Federal Rule of Civil Procedure 15(a)(2), a district court should "freely give leave [to amend] when justice so requires." Here, leave to amend is justified.

First, in addition to the one alleged in the First Amended Complaint, Dkt. No. 30, the SAC alleges 17 additional unsolicited telemarketing text messages by Defendants to Mr.

Berman. None of these messages identified their sender as Freedom, Fluent or Lead Science. Despite receiving discovery requests to which records of these 17 messages were obviously responsive, Defendants have to date produced no records of them. *See, e.g.*, Dkt. No. 60 at 1 (on September 6, 2018, Defendants reference only one text message).

Second, the newly added plaintiff just recently retained the undersigned. Litigating his matter in this pending case, rather than creating a new and overlapping case, will conserve judicial and party resources. As the SAC makes clear, the pattern of spam texts to Mr. Bonano followed the pattern of spam texts to Mr. Berman: consistently purporting to be intended for a person of a different name and no relation to the actual recipient. The fraudulent Facebook page hyperlinked from a spam text to Mr. Bonano may shed light on, among other things, how Defendants obtained a lead bearing Mr. Berman's phone number—the full screenshots of which have yet to be produced to Plaintiffs. *See* Dkt. No. 16-1 (small, partial screenshots of the website).

In short, the allegations in the SAC should be resolved together, in this case.

**SIGNATURE ATTESTATION**

The ECF user filing this paper attests that concurrence in its filing has been obtained from each of the other signatories.

RESPECTFULLY SUBMITTED AND DATED this 17th day of September, 2018.

By: */s/ Jon B. Fougner*
Jon B. Fougner

Edward A. Broderick
Email: ted@broderick-law.com
*Subject to Pro Hac Vice*
Anthony I. Paronich
Email: anthony@broderick-law.com
*Admitted Pro Hac Vice*
BRODERICK & PARONICH, P.C.
99 High Street, Suite 304
Boston, Massachusetts 02110
Telephone: (617) 738-7080
Facsimile: (617) 830-0327

Matthew P. McCue
E-mail: mmccue@massattorneys.net
THE LAW OFFICE OF MATTHEW P. McCUE
1 South Avenue, Suite 3
Natick, Massachusetts 01760
Telephone: (508) 655-1415
Facsimile: (508) 319-3077
*Admitted Pro Hac Vice*

*Attorneys for Plaintiffs and the Proposed Classes*