UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **DANIEL BERMAN, ET AL.**,<br><br>　　　　　Plaintiffs,<br><br>　vs.<br><br>**FREEDOM FINANCIAL NETWORK, LLC, ET AL.**,<br><br>　　　　　Defendants. | CASE NO. 4:18-CV-01060-YGR<br><br>**[PROPOSED] ORDER GRANTING LEAVE TO FILE SECOND AMENDED COMPLAINT**<br><br>Re: Dkt. No. [number] |

　　　On September 17, 2018, Plaintiffs Daniel Berman and Patrick Bonano filed a motion for leave to file a second amended complaint for damages and injunctive relief ("SAC"). Good cause appearing, Plaintiffs' motion is granted. The SAC is deemed filed September 17, 2018.

**IT IS SO ORDERED.**

Dated: _____, 2018

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　**YVONNE GONZALEZ ROGERS**
　　　　　　　　　　　　　　　　　　　　　　　**UNITED STATES DISTRICT COURT JUDGE**