SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
    A Limited Liability Partnership
    Including Professional Corporations
JAY T. RAMSEY, Cal. Bar No. 273160
1901 Avenue of the Stars, Suite 1600
Los Angeles, California 90067-6055
Telephone:    310.228.3700
Facsimile:    310.228.3701
jramsey@sheppardmullin.com

KLEIN MOYNIHAN TURCO LLP
BRIAN P. ASTRUP (admitted *pro hac vice*)
450 Seventh Avenue, 40th Floor
New York, New York 10123
Telephone:    212-246-0900
Facsimile:    212-216-9559
bastrup@kleinmoynihan.com

Attorneys for Defendants
FREEDOM FINANCIAL NETWORK, LLC,
FREEDOM DEBT RELIEF, LLC, FLUENT,
INC., and LEAD SCIENCE, LLC

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## OAKLAND DIVISION

DANIEL BERMAN,

        Plaintiff,

    v.

FREEDOM FINANCIAL NETWORK, LLC,
FREEDOM DEBT RELIEF, LLC, FLUENT,
INC. and LEAD SCIENCE, LLC,

        Defendants.

Case No.: 4:18-CV-01060-DMR

**DECLARATION OF DANIEL J. BARSKY, ESQ. IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS, DENY CLASS CERTIFICATION AND/OR STRIKE PLAINTIFF'S CLASS CLAIMS**

I, DANIEL J. BARSKY, hereby declare:

    1.    I am over the age of eighteen and have personal knowledge of all facts set forth in this Declaration. If called as a witness, I could testify competently to such facts under oath.

    2.    I make this Declaration based on my own personal knowledge obtained through the course of my employment as the General Counsel, Chief Compliance Officer, and Secretary for Defendant Fluent, Inc. and its wholly-owned subsidiaries since 2013 (collectively "Fluent"). I also

make this Declaration based on my review of records made, kept and maintained in the course of Fluent's business, and for which it is the regular practice of Fluent to make and maintain such records. Fluent is a public company and its shares are listed on The NASDAQ (Nasdaq: FLNT).

3. I have reviewed the First and Second Amended Complaints filed by Daniel Berman ("Plaintiff") in the above-captioned matter, and I am familiar with the allegations and claims asserted by Plaintiff. I make this Declaration in support of the Defendants' motion to deny class certification.

4. I lead a seven-member customer service and compliance team and have a lawyer and third-year law student in my legal department.

### BACKGROUND; RELATIONSHIP OF THE PARTIES

5. Fluent is a digital marketing company that owns and operates consumer-facing websites ("Websites") that offer users the opportunity to, for example, earn rewards, enter sweepstakes, receive lists of jobs and get product samples. The Websites collect first-party data from users that Fluent then uses to assist advertisers in targeting and engaging their potential customers by serving ads and generating leads for advertisers. Fluent provides scalable, data-driven performance marketing and customer acquisition services. Typically, Fluent is paid on a per lead basis or a performance basis – that is when the consumer takes a particular action such as making a purchase, installing an app or signing up to receive coupons.

6. Defendant Freedom Financial Network, LLC, with its subsidiary Defendant Freedom Debt Relief, LLC (collectively, "Freedom"), is a large debt relief company. Freedom engaged Fluent in 2017 to create a marketing campaign to generate leads (*i.e.*, target potential customers) who had a certain amount of debt.

7. Lead Science, LLC ("Lead Science") is a company that provides a platform for implementing marketing campaigns by using telephone numbers to send text or SMS messages. Fluent employed Lead Science for Fluent's marketing campaign for Freedom.

8. I understand that this case arises out of a telephone call and texts placed and sent to Plaintiff on his cellular telephone number. The contact with Plaintiff was not made at random, but

instead was made only after someone registered Plaintiff's telephone number on a Fluent Website. As set forth more fully below, part of the registration of Plaintiff's telephone number included an agreement to the Website Terms and Conditions (which requires mandatory arbitration and a class action waiver), and the provision of express written consent, compliant with the TCPA, to call and/or text the number.

## FLUENT'S PROTOCOLS AND PROCEDURES; SELECT USERS
## WHO WERE PART OF THE FREEDOM CAMPAIGN

9.      I am personally familiar with Fluent's proprietary ad serving and lead generation system ("System"), which Fluent's IT team designed and developed. Fluent has filed an application with the U.S. Patent and Trademark office to patent the System.

10.     The System stores user information in a database ("Database"), with which I am also personally familiar. Fluent maintains its System and Database in the ordinary course of its business operations as part of its business records, and it is the regular practice of Fluent to make and maintain its System and Database. The Database is maintained on redundant servers located in Ashburn, Virginia under a Hosting Services Agreement with Rackspace US, Inc.

11.     When a person accesses one of Fluent's Websites, the System assigns a unique visitor ID to that user in real time in the Database and then contemporaneously stores several pieces of information, including certain information voluntarily provided by the user such as their telephone number.

12.     The System then displays a series of webpages based on the information gathered and information supplied by the user and records what was displayed and the user's inputs/responses in various tables to the Database. All of the pieces of data from a user's visit are relationally associated with the visitor ID, enabling Fluent's IT team to recreate the user experience and their interaction with the Website.

13.     In order to participate in Fluent's promotions, sweepstakes and other offers on one of its Websites, users are required to register and agree to the Website's Terms and Conditions before their registration information can be submitted. Above the "Enter to Win"/Submit/Continue

button, there is a line of text; the following is a representative sample of that text: "I understand and agree to email marketing, the Terms & Conditions, which includes mandatory arbitration and Privacy Policy." The System records the date/time stamp when the user clicks the submit/continue button and agrees to the Terms and Conditions.

14.      I personally caused a query to be run on the System and Database for the following, which is a representative sample of the bottom portion of a registration page which was employed throughout the Freedom campaign:



15.      I am personally familiar with the fact that all of the Websites' Terms and Conditions contain an arbitration provision ("Dispute Resolution Provision"). The following is a representative sample of a Dispute Resolution Provision, the material terms of which have not changed since the beginning of the Freedom campaign, except for the fourth sentence of the second paragraph, which now reads: "If you proceed to arbitration, you will pay all AAA filing fees and we will pay for all administration and arbitrator fees unless the arbitrator determines that your claim is frivolous or brought for an improper purpose (as measured by the standards set forth in Federal Rule of Civil Procedure 11(b)).":

> **Arbitration/Dispute Resolution:**
> If you have a dispute concerning any aspect of these Terms & Conditions, the RZU Website, your participation in a Promotion, or entitlement to an Incentive, you should first contact customer support on the RZU Website or by completing a customer support ticket.  We will attempt to resolve the matter to your satisfaction within thirty (30) days of our receipt of a customer support ticket. We may choose to provide you with a final written settlement offer during this process. If we provide you with a final written settlement offer and you don't accept it, or we can't otherwise satisfactorily resolve your dispute or you chose to skip this step, you can submit your dispute for resolution by arbitration before the American

Arbitration Association ("AAA") in the county where you live by filing a separate Demand for Arbitration online by following the instructions at https://apps.adr.org/webfile/. You will need our mailing address to file online. To obtain our mailing address, contact us by clicking here.

If we have a dispute, we will submit our dispute for resolution by arbitration before the AAA in New York, NY. If either party files for arbitration, it will be conducted in accordance with the then current AAA Commercial Arbitration Rules. The arbitrator will have exclusive authority to resolve any dispute including any claim that all or any part of the Terms & Conditions, including this provision, are unenforceable. If you proceed to arbitration, we will pay all AAA filing fees, administration and arbitrator fees unless the arbitrator determines that your claim is frivolous or brought for an improper purpose (as measured by the standards set forth in Federal Rule of Civil Procedure 11(b)). For claims brought by you of Ten Thousand Dollars ($10,000.00) or less, you can choose whether the arbitration proceeds in person, by telephone or based only on submissions. The arbitrator may award any form of individual or equitable relief, including injunctive relief. Any award will be final and conclusive to the parties and may be entered in any court of competent jurisdiction. If you initiate arbitration and the arbitrator awards you relief that is greater than our final written settlement offer made before an arbitrator was selected, then we will pay you a minimum recovery of Five Hundred Dollars ($500.00), plus we will reimburse any reasonable expenses incurred by your attorney, if any, including fees reasonably accrued for investigating, preparing and pursuing the claim in arbitration. Although under some laws we may have a right to an award of attorneys' fees and expenses if we prevail in arbitration, we agree that we will not seek such a award from you. You and your attorneys are not required to keep the results of the arbitration confidential. This provision shall not be construed to preclude any party from seeking injunctive relief to protect its rights pending an outcome in arbitration.

You agree to the entry of injunctive relief to stop such a lawsuit or to remove you as a participant in such a suit. The Terms & Conditions do not constitute a waiver of any of your rights and remedies to pursue a claim individually and not as a class action in binding arbitration as provided above. This provision preventing you from bringing, joining or participating in class action lawsuits is an independent agreement. You may opt-out of these Dispute Resolution Provisions by providing written notice of your decision within thirty (30) days of the date that you first register on the RZU Website.

**YOU ACKNOWLEDGE AND AGREE THAT, VIA YOUR ACCEPTANCE OF THESE DISPUTE RESOLUTION PROVISIONS, YOU WAIVE ANY RIGHT TO A JURY TRIAL, AS WELL AS YOUR RIGHT TO BRING, JOIN OR PARTICIPATE AS A PLAINTIFF OR A CLASS MEMBER IN A CLASS ACTION SUIT OR MULTI-PARTY ARBITRATION BROUGHT**

**AGAINST US, ANY PERSON RELATED TO US OR A SERVICE PROVIDER USED BY US TO PROVIDE THE SERVICE.**

(bold and capitals in original).

16.     After users register and click the button, in most cases they are displayed a series of survey questions such as: "Do you own a home?"; "Are you interested in saving money on your cellphone plan?"; etc.

17.     After the survey questions, users will typically be displayed a page which will seek their "prior express written consent" within the meaning of 47 CFR Sec. 64.1200(f)(8), to receive texts and telemarketing calls to the telephone numbers provided from Fluent's Marketing Partners ("TCPA Consent"). The user must check an unchecked check box and then click a continue button, which I understand constitutes an electronic signature under The Electronic Signatures in Global and National Commerce Act (the "E-Sign Act"). If the user checks the box and clicks continue, the System will record the date/timestamp of the TCPA Consent.

18.     If the user does not check the box and therefore does not consent but clicks the continue/submit button, the user will progress to the next pages of the Website. In that event, the user's telephone number will not be provided to any of Fluent's telemarketing clients nor will the user receive any SMS messages from any of Fluent's SMS service providers.

19.     Ana Chavez was a user whose lead information was provided to Lead Science for the Freedom campaign. I have been advised by Freedom, through counsel, that Ms. Chavez became a Freedom client as a result of the Freedom campaign. I directed and supervised a query that was run on the System and Database for the following information, which is a representative sample of a TCPA consent page for Ms. Chavez:



20.     I directed and supervised a query that was run on the System and Database for the following information, which is a representative sample of a section of the alphabetized list displayed when the Marketing Partners hyperlink is clicked, and which was employed during the Freedom campaign:

West, CallerReady LLC, Cape Pharmacy and Supplies, Career Advisor, Career School Advisor, Career School Advisors, CareersNow, Carefree Health Services, Inc., CareOne Management, LLC, Cash Doc, Cash Help, Cash MSG, Casualty Company, Centerfield Media Holdings, LLC, Certified Medical Alert, Champion Energy Services, LLC, CheapTV, Clearchoice Health, Columbia Utilities Power, LLC, Comparehealthplan.com, Complete Medical Solutions, LLC, CoolSavings, CPSLeader, Credit Pros, LLC, CreditFix, CreditHelp, CreditMSG, CreditNow, CreditRelief, CreditRepair.com

D - DailySaver, DailyWinner, DailyWinnerMSG, Datalot, Inc., DebtDoc, DebtHelp, DebtMSG, DebtRevision.com, Diabetic Discount Club, Inc., Diabetic Total Care, Digital Remedy, Direct Energy, LP, Direct Pharmacy Source, DirecTV, Disabetic Solutions, Inc., Disability United, LLC, DiscountNow, DiscountTV, DME Direct, DocMSG

E - Easy Rest, Education Advisers, EducationDirect, Education-Project.com, eHealth, EmploymentAlert.com, eQuoto, eTelequote, e-Telequote Insurance, e-TeleQuote Insurance, Inc., Express information Systems

F - Family Readers, Family Readers Service, FDJ, FDJ MSG, Find Dream Jobs, First Fidelity Services, Fluent, Fluent, LLC, FootballMSG, FootballWinner, Forte Media Solutions, LLC, Freedom Debt Relief, Freedom Financial, Fresh Start Financial

G - Gerber Life Insurance Company, Gig MSG, GigMSG, Glades Drugs, Inc., Global Connections, Global Healthcare Management, LLC, Global Periodical Services, LLC, Global Readers Services, Inc., Go Direct Lead Generation LLC & ASSURANCE IQ, INC, Great American, GSC, Gulf Coast Readers, Inc.

H - Health Benefits Center, Health Benefits One, Health Benefits One, LLC, Health Body News, Health Insurance Services, HealthRight, LLC, Helping Hands Associates, Hollis Prescription Center, Home Care Delivered, Inc., Home Doc, Home Help, Home Improvement Leads and home services companies, Home MSG, HomeDoc, HomeHelp, HomeImprov, HomeMSG, Homewarrantyproject.com, HyperTarget Marketing, LLC

I - Industry Magazine, Inc., injurycall or its affiliated law firms, InjuryMSG, Instinctive Edge, LLC, Insurance Services. InsuranceNow. Intellectual. Inc.

Freeedom Financial is listed with the "Fs."

21.     Fluent maintains a database of users who opt-out of the Dispute Resolution Provision by providing written notice within thirty (30) days of registration and those who revoke their previously given TCPA consent. When a user revokes his/her consent, Fluent informs those advertiser clients to whom the user information was provided of the revocation with instructions not to contact the user again.

22. For its promotional reward Websites, Fluent provides users who complete the program requirements with gift cards and merchandise. Fluent awards, on average, more than $80,000 a month in rewards.

23. I directed my IT team to query the Database regarding some of the information stored for six users ("Selected Users") who, I am informed by Freedom, through counsel, had signed up for a Freedom program after their lead information was provided by Fluent to Lead Science for the Freedom campaign. The following is selected registration information provided by the Selected Users and/or collected by Fluent by reason of the query I directed and supervised:

| Name | Email Address | Visit Date (EST) | Phone Number |
|------|---------------|------------------|--------------|
| Ana Chavez | achavez99@gmail.com | 2/15/2018 9:52:39 PM | 575-838- |
| Mike Curtius | mdcurtius09@gmail.com | 10/3/2017 3:33:18 PM | 214-918- |
| Joseph Gabriels | joseph.gabriels@yahoo.com | 11/11/2017 7:11:36 PM | 713-922- |
| Jolene Hill | jolenehill@gmail.com | 3/19/2018 9:17:14 PM | 480-652- |
| Loxton Robertson | loxtonrobertson90@gmail com | 1/8/2018 8:29:41 PM | 347-792- |
| Matt Strasser | mattstrasser23@gmail.com | 12/6/2017 12:31:23 AM | 719-323- |

24. Each of the Selected Users agreed to the particular Website's Terms and Conditions, which includes a mandatory arbitration provision (*see* representative sample

provided in paragraph 15 above), by clicking an "Enter to Win/Continue/Submit button (*see* representative screen shot provided in paragraph 14 above).

25.     Each of the Selected Users provided their TCPA Consent by checking an unchecked checkbox on the side of the consent language and a Continue Button (*see* representative sample of Ana Chavez provided in paragraph 19 above).

26.     For each Selected User, the hyperlinked alphabetized list of Marketing Partners included Freedom (*see* a representative screen shot of a portion of the Marketing Partners provided in paragraph 20 above).

27.     The following chart sets forth the Websites and the date/time stamp when the Selected Users agreed to the Terms and Conditions and the date/time stamp of when they provided TCPA Consent.

| Name | Website | Date/Time Stamp of Agreement to Terms and Conditions (EST) | Date/Time Stamp of TCPA Consent (EST) |
|---|---|---|---|
| Ana Chavez | http://www.retailproductzone.com | 2/15/2018 9:54:46 PM | 2/15/2018 10:01:06 PM |
| Mike Curtius | http://www.getsamplesonlinenow.com | 10/3/2017 3:34:21 PM | 10/3/2017 3:36:42 PM |
| Joseph Gabriels | http://www.choiceconsumergifts.com | 11/11/2017 7:12:59 PM | 11/11/2017 7:16:55 PM |
| Jolene Hill | http://www.retailproductzone.com | 3/19/2018 9:18:53 PM | 3/19/2018 9:30:03 PM |
| Loxton Robertson | http://www.consumerproductsusa.com | 1/8/2018 8:30:45 PM | 1/8/2018 8:38:24 PM |
| Matt Strasser | http://www.getsamplesonlinenow.com | 12/6/2017 12:32:22 AM | 12/6/2017 12:37:23 AM |

28.     The following are screen shots of the Database showing the date/time stamp of when the Selected User agreed to the Terms and Conditions:

Ana Chavez

```
SELECT
    date,
    Phone,
    Email
FROM lgV3_Archive_20180416.T_Leads_Archive
WHERE LeadID IN (81025651769);
```

| # | date<br>TIMESTAMP | Phone<br>VARCHAR(15) | Email<br>VARCHAR(100) |
|---|---|---|---|
| 1 | 2/15/2018 9:54:46 PM | 575838███ | achavez99@gmail.com |

Mike Curtius:

```
SELECT
    date,
    Phone,
    Email
FROM lgV3_Archive_20171208.T_Leads_Archive
WHERE LeadID IN (70625946369);
```

| # | date<br>TIMESTAMP | Phone<br>VARCHAR(15) | Email<br>VARCHAR(100) |
|---|---|---|---|
| 1 | 10/3/2017 3:34:21 PM | 214918███ | mdcurtius09@gmail.com |

Joseph Gabriels

```
SELECT
    date,
    Phone,
    Email
FROM lgV3_Archive_20180114.T_Leads_Archive
WHERE LeadID IN (73538459909);
```

| # | date<br>TIMESTAMP | Phone<br>VARCHAR(15) | Email<br>VARCHAR(100) |
|---|---|---|---|
| 1 | 11/11/2017 7:12:59 PM | 713922███ | joseph.gabriels@yahoo.com |



Jolene Hill

```sql
SELECT
    date,
    Phone,
    Email
FROM lgV3_Archive_20180514.T_Leads_Archive
WHERE LeadID IN (83212417169);
```

| # | date TIMESTAMP | Phone VARCHAR(15) | Email VARCHAR(100) |
|---|---|---|---|
| ▶ 1 | 3/19/2018 9:18:53 PM | 480652 | jolenehill@gmail.com |

Loxton Robertson

```sql
SELECT
    date,
    Phone,
    Email
FROM lgV3_Archive_20180314.T_Leads_Archive
WHERE LeadID IN (77994290209);
```

| # | date TIMESTAMP | Phone VARCHAR(15) | Email VARCHAR(100) |
|---|---|---|---|
| ▶ 1 | 1/8/2018 8:30:45 PM | 347792 | loxtonrobertson90@gmail.com |

Matt Strasser

```sql
SELECT
    date,
    Phone,
    Email
FROM lgV3_Archive_20180207.T_Leads_Archive
WHERE LeadID IN (75382747649);
```

| # | date TIMESTAMP | Phone VARCHAR(15) | Email VARCHAR(100) |
|---|---|---|---|
| ▶ 1 | 12/6/2017 12:32:22 AM | 719323 | mattstrasser23@gmail.com |

1      29.    The following are screen shots of the Database showing the date/time stamp of

2  when the Selected User provided TCPA Consent:

3

4  Ana Chavez



Mike Curtius

Jolene Hill

```
SELECT
    VID,
    date,
    DataformBankID,
    ParamXML
FROM lgV3_Archive_20180502.T_Leads_Survey_p855
WHERE date >= '2018-3-19 21:29'
AND date < '2018-3-19 21:31'
AND EXTRACTVALUE(ParamXML, '//phonecode') = 480
AND EXTRACTVALUE(ParamXML, '//phoneprefix') = 652
AND EXTRACTVALUE(ParamXML, '//phonesuffix') = ▮▮▮
```

Table lgv3_archive_20180502

| # | VID DECIMAL(20, 0) | date TIMESTAMP | DataformBankID BIGINT(11) | ParamXML MEDIUMTEXT |
|---|---|---|---|---|
| 1 | 74245722729 | 3/19/2018 9:30:03 PM | 47769 | |

Joseph Gabriels

```
SELECT
    VID,
    date,
    DataformBankID,
    ParamXML
FROM lgV3_Archive_20180102.T_Leads_Survey_p780
WHERE date >= '2017-11-11 19:15'
AND date < '2017-11-11 19:17'
AND EXTRACTVALUE(ParamXML, '//phonecode') = 713
AND EXTRACTVALUE(ParamXML, '//phoneprefix') = 922
AND EXTRACTVALUE(ParamXML, '//phonesuffix') = ▮▮▮
```

Table lgv3_archive_20180102.t_leads_survey_p780

| # | VID DECIMAL(20, 0) | date TIMESTAMP | DataformBankID BIGINT(11) | ParamXML MEDIUMTEXT |
|---|---|---|---|---|
| 1 | 64364355269 | 11/11/2017 7:16:55 PM | 47769 | <s><timespan>234</timespan><ismobile>0</ismobile>< |

Loxton Robertson

```
SELECT
    VID,
    date,
    DataformBankID,
    ParamXML
FROM lgV3_Archive_20180307.T_Leads_Survey_p815
WHERE date >= '2018-1-08 20:37'
AND date < '2018-1-08 20:39'
AND EXTRACTVALUE(ParamXML, '//phonecode') = 347
AND EXTRACTVALUE(ParamXML, '//phoneprefix') = 792
AND EXTRACTVALUE(ParamXML, '//phonesuffix') = ▮▮▮
```

Table lgv3_archive_20180307.t_leads_survey_p815

| # | VID DECIMAL(20, 0) | date TIMESTAMP | DataformBankID BIGINT(11) | ParamXML MEDIUMTEXT |
|---|---|---|---|---|
| 1 | 68988474479 | 1/8/2018 8:38:24 PM | 47769 | <s><timespan>448</timespan><ismobile>1</ismobile>< |

Matt Strasser

```sql
SELECT
  VID,
  date,
  DataformBankID,
  ParamXML
FROM lgV3_Archive_20180201.T_Leads_Survey_p795
WHERE date >= '2017-12-06 0:37'
AND date < '2017-12-06 0:38'
AND EXTRACTVALUE(ParamXML, '//phonecode') = 719
AND EXTRACTVALUE(ParamXML, '//phoneprefix') = 323
AND EXTRACTVALUE(ParamXML, '//phonesuffix') = ▮▮▮▮
```

| # | VID DECIMAL(20, 0) | date TIMESTAMP | DataformBankID BIGINT(11) | ParamXML MEDIUMTEXT |
|---|---|---|---|---|
| 1 | 66257426939 | 12/6/2017 12:37:23 AM | 47769 | \<s>\<timespan>289\</timespan>\<ismobile>1\</is... |

## THE FREEDOM CAMPAIGN

30.     The Freedom test campaign began in or about May 2017. The campaign was comprised of, *inter alia*, the sending of texts or SMS messages or making outbound calls  to persons who had registered on Fluent websites, provided a cellular telephone number, agreed to the website terms of service (which requires mandatory arbitration and a class action waiver), and the provided express written consent to call and/or text the number that had been provided by Freedom. As set forth above, Freedom was a "Marketing Partner" which was expressly disclosed to the user via a hyperlinked list on the TCPA consent page.

31.     Over the course of the Freedom Campaign, Fluent posted approximately 843,000 leads to the Lead Science platform, for use in accordance with the Terms and Conditions of the agreement between Fluent and Freedom.

32.     Of those 843,000 leads, each of the users agreed to the website Terms and Conditions (which requires mandatory arbitration and a class action waiver), and provided express written consent, compliant with the TCPA, to call and/or text the number.

33.     Based on a review of the Database and other records maintained by Fluent in the ordinary course of its business, none of the 843,000 users opted-out of the Dispute Resolution

Provisions and none revoked their TCPA Consent to Fluent prior to the leads being posted to Life Science or, to the best of my knowledge, prior to being contacted.

34.     The Freedom campaign has concluded. Fluent has ceased posting or otherwise providing any leads to Freedom.

## ADDITIONAL FACTS RELEVANT TO THIS LITIGATION

35.     I previously submitted a declaration, along with an affidavit from Mitenkumar Bhadania of Fluent, in this lawsuit in support of Fluent's motion to compel arbitration. (*see* ECF Docket Nos. 16-1 and 16-2, respectively.) I expressly refer to and incorporate that declaration and affidavit, respectively, which detail particular information maintained on the Database and other records concerning Plaintiff.

36.     The December 24, 2017 registration of Plaintiff's telephone number with a Fluent Website (*see* Bhadania Aff.) resulted in its provision and use as part of the Freedom campaign, and led to the text and the call received by Plaintiff on February 14, 2018 (that was separately detailed in the First Amended Complaint). Likewise, the additional texts that Plaintiff alleges to have received, that are the subject of the Second Amended Complaint, were also the result of that same 12-24-17 registration of Plaintiff's telephone number with a Fluent Website.

37.     Once I learned that Plaintiff had filed a complaint against Freedom, Plaintiff's phone number was never contacted again by Fluent on behalf of Freedom or any other advertiser.

38.     As set forth above (and in the earlier declarations), Fluent does not scrape user information or phone numbers from the Internet or otherwise fabricate leads. The only data it compiles and provides to clients is the data inputted by users or collected from users via their devices.

39.     For a user profile to be created and a telephone number supplied to Fluent, such information must be inputted by a human being who has manually entered the information via a website field. A profile containing inaccurate information associated with a valid telephone number entered would have to be effectuated by the user (whether intentionally or in error).

40. Fluent does not have the capacity to determine whether each user has entered a name which matches the subscriber name for a telephone number which has been entered. That is because there is no public database of cell phone subscribers and there is no reverse-cellular telephone number lookup provider that can reliably provide cellphone subscriber information.

41. In this suit, a third-party complaint was filed by Freedom. I understand that the third-party complaint asserts that Plaintiff was contacted because either Plaintiff, someone on his behalf, or some third-party registered on Fluent's website and provided prior express written consent to be contacted. This yet-to-be identified person made false representations to Fluent and is legally responsible for all attorney's fees and costs incurred in defending this lawsuit, as well as any sums that Fluent could conceivably be ordered to pay Plaintiff. Fluent intends to pursue its own third-party claims against this person. In addition, for any other "mismatched" registration of a valid telephone number with a false name or name not matching the subscriber, Fluent intends to file third-party complaints against all persons involved. This is a business decision on the part of Fluent which is intended to discourage the practice known as "call baiting", in which TCPA claims are fabricated through means such as intentionally mismatched registrations.

42. As noted above, each user of a Fluent website must also agree to the Terms and Conditions which, in turn, provide for mandatory arbitration. For every matched registration and every mismatched registration which may be implicated by this lawsuit, Fluent intends to exercise its rights to compel arbitration. It is my understanding that the arbitrable issues would include the class action waiver and any TCPA consent issues.

I declare under penalty of perjury that the foregoing is true and correct.

Executed in New York, New York on November 6, 2018.

Daniel J. Barsky, Esq.