<u>**EXPERT REPORT OF BENJAMIN H. BEECHER**</u>

I, Benjamin H. Beecher, hereby state as follows:

**<u>Professional Background</u>**

My name is Benjamin H. Beecher. I am an adult over the age of 18 and a resident of the state of New Jersey. I have personal knowledge of each of the matters stated herein, and if called to testify, I could and would testify completely about them.

I am an IT and software professional. I reside at 60 Erie Street, Jersey City, New Jersey. I am co-founder, CTO, and board member of the software consultancy Lightmatter Innovation ("Lightmatter") in New York City. Our CEO and I have been operating Lightmatter for the past 5 years. Our services include web and mobile application design and development, API development, IT infrastructure consulting, security services, and data forensics services. Our clients include well known institutions such as the New York Times, the Robert Wood Johnson Foundation, McCann Global Health, the Los Angeles County Museum of Art, Harvard University, and other businesses spanning finance, healthcare, non-profits, and startups building cutting-edge technologies.  Businesses we have advised and engineered for in the early stages have gone on to be acquired, at least one for over $400 million dollars. We are trusted software professionals.

I began my software development career over 15 years ago learning to program before high school. I continued working in software development through college. I received a dual degree in Economics and Computer Science from Goucher College and have worked for companies such as State Street Capital and MongoDB as a software engineer. Before starting and growing Lightmatter, I served as the interim CTO for several technology startups in New York City. I also advise and invest in technology ventures.

I have specialty training and experience with database design, development, and security audits. I have performed architectural evaluations of IT infrastructure, penetration tests, and "white hat hacking" for several clients and I attend regular gathering of IT security practitioners here in New York City.

I have attached a summary outlining my current business and the services we provide, titled Lightmatter_One_Pager_Novemer_2018.

1

**Engagement for This Matter**

I have been retained by Broderick & Paronich, P.C. in the matter *Daniel Berman v. Freedom Financial Network, LLC, Freedom Debt Relief, LLC, Fluent, Inc. and Lead Science, LLC* to provide my opinions relating to the 1) infrastructure of the technology system used by the Defendants, 2) the validity of the data captured by Fluent's system, and whether that data supports Defendants' assertion that individual, unique users input data into website forms allegedly consenting to receiving telemarketing solicitations and 3) the types and extent of information produced and withheld to date bearing on those issues.

**Executive Summary**

I have arrived at the following overall conclusions:

1) Relevant technical information that should be easily accessible to Fluent has not been produced.

2) With respect to information that has been produced, Defendants appear to have made misleading and false statements.

3) An analysis of the database provided reveals tampering and manipulation and does not support Defendants' contention that unique individual users input data into Fluent's system.

**Analysis**

I reviewed:

Document 16-1
Document 90-4
Document 94
Document 94-1
Document 94-2
Document 97-4
Document 97-6
Document 104
Fluent Affidavit

<u>1) Relevant technical information that should be easily accessible to Fluent has not been produced.</u>

I concluded there was a large amount of relevant data and information not produced by Defendants that can and should be made readily available. Having access to this data would help me and others involved in this case better understand Fluent's "state-of-the-art" "System" and the information about users that it captures. For a software professional, it should be easy to access the information that I have identified in the table attached to this document (see Exhibit A). If Fluent's system is a "state-of-the-art" lead generation tool and "manned by highly-trained and well-qualified IT professionals," then it should be easy to procure the information requested. This information will shed light on relevant questions I felt were unanswered. Exhibit A has a more complete list of the information, but I outline a few of the items below.

Fluent states that it records device type (such as a mobile phone or landline computer) and browser (such as Chrome or Safari) that each visitor used to access its website. In fact, there are screenshots showing these variable fields in Defendants' documents. These can be found in Document 94-2, Declaration of Daniel J. Barsky, and the Fluent Affidavit of TCPA Prior Express Written Consent. I have pasted the screenshot below and I added red arrows pointing to the information.



It is clear and obvious that this information can easily be queried by Structure Query Language (SQL) or similar, simple code.

Examples like this, and others such as the web properties used for the leads, the application's commit history (the version history of software), the server logs, and the actual code of the system itself all are easy to procure and relevant to Defendants' claim that Fluent's leads are from real, unique human beings.

Software and data science professionals organize related information together in the same database and then within the same table in that database. It would also be easy for Defendants to

produce spreadsheets showing <u>all</u> fields in the databases, not just the selected fields provided. Viewing all fields in the database is as simple as running a SELECT * (i.e., "select all") query.

<u>2) With respect to information that has been produced, Defendants appear to have made misleading and false statements.</u>

On November 20th, 2018, in Document 97, Jon Fougner wrote that he received a letter from Fluent's counsel. It said: "'With respect to the webpage visited by the user who registered with Plaintiff's phone number, Fluent has produced the landing page. It is my understanding that the rest of the 'flow' is dynamic and burdensome to reproduce.'" Procuring this information should be easy. It's not necessary to see the exact data inserted in the HTML of the website, but it would be helpful to see the wireframes and designs used to understand the combination of all possible workflows that could have been presented. While it could be helpful to see the data inserted on the webpage, it would be even better to see the actual data itself in raw format. In order to have developed the site with this data, the software team must have used a blueprint, known by developers as "wireframes." It is misleading by the Defendants to claim that this information is difficult to reproduce. It is clear to me that there is an attempt to obscure information.

Additionally, Fluent's state-of-the-art system itself has components that display dark-patterns and behavior that misleads and tricks its users, if those users are even real. A dark pattern is defined as a user interface that has been carefully designed to trick users into acting certain ways, without their acknowledgement or consent. Common dark-patterns on websites include deliberate misdirection, invisible unsubscribe buttons, spamming, forced continuity, or expanded shopping baskets. More information on dark patterns can be found at a leading news publication called UX Planet, short for "User Experience Planet," here: https://uxplanet.org/5-common-ux-dark-patterns-and-user-friendly-alternatives-6c8c2f127242

After viewing screenshots provided by Defendants in this case, I concluded that Fluent is designing its software with every intention of coercing and manipulating its visitors. This is reckless and irresponsible behavior on the behalf of a "well trained" and "professional IT team." For example, the "I Agree" checkbox is surrounded by uncharacteristically small text. A more professional software team would make its terms of use text larger and easier to read. Further, by placing two statements nearby but in two different positions, one for the Terms & Conditions and the other for receiving daily emails and other communications, Fluent makes user unsure of which clause the user might be agreeing to by checking the checkbox and/or clicking the "ENTER TO WIN!" button.



3) An analysis of the database provided reveals tampering and manipulation and does not support Defendants' contention that unique individual users input data into Fluent's system.

In the Affidavit of TCPA Prior Express Written Consent provided by Mitenkumar Bhadania, he writes in paragraph 17: "For a user profile to be created and a telephone number supplied to Fluent or Reward Zone via any of the websites they own and operate, such information must be provided by a human being who has manually entered the information in the website field for entry of a phone number." The evidence presented does not suggest this is true.

To begin, there is no Captcha service used on the "state-of-the-art" system to prove that a human in fact is submitting the data. Captchas are tools that distinguish human from machine inputs to thwart spam and automated extraction of information. Not all websites need Captcha services, but when large numbers of form submissions are expected to occur on a website with forms, it is wise of any software team to use them to ensure that a human actually entered the data, particularly if it is necessary to prove that a human input the data. An example of a Captcha is provided below and will likely seem familiar for most any user of the internet.



5

Google offers this service for free for any person with a website who wants to stop spammers: https://www.google.com/recaptcha/intro/v3.html

Below is an example of Google's Captcha service.



However, despite this free service, Fluent's website did not use Captcha services. It is my technical opinion that failing to use a Captcha tool or service makes it less likely that humans, rather than spam bots, made the submissions than if a Captcha were used.

Second, I have found in the database evidence that a machine or program automatically submitted entries, and not a human being. Running a query that sorted and displayed different submissions from the 843,912 records, I found at least 367 instances of the following submissions:

{FIRSTNAME}|{LASTNAME}

Rather than the user's name being a real human name like "Ben Beecher," the entries are the textual strings "{FIRSTNAME}" and "{LASTNAME}". This is clear evidence that a computer program is automatically submitting entries into the fields, and a bug that was triggered accidently caused the variable names used to store data for the field to be submitted rather than name itself.

There are many more instances in the database where I found computer programming variables that were submitted by some automated program. Rather than submitting the value of the

6

variable, it appears that the computer program being run made a mistake, and submitted the name of its variable instead.

- 🎬 At least 49 instances of subscriber_attribute_address
- 🎬 At least 127 instances of $ADDRESS1$
- 🎬 At least 493 instances of {address}
- 🎬 At least 536 instances of {ADDRESS}
- 🎬 At least 95 instances of "undefined"

These dollar signs, underscores between words, programming key words like "undefined" and curly brackets around text are all computer programming syntax structures and words used to write software. It is clear that 1) a program submitted many results and 2) Fluent is misleading in saying that "such information must be provided by a human being who has manually entered the information in the website field for entry of a phone number," as Mitenkumar Bhadania mentioned in paragraph 17 of the Affidavit of TCPA Prior Express Written Consent.

Third, after examining many of the IP Addresses submitted by users, I noticed that at least 11,693 of these submissions came from the IP address 127.0.0.1, 22,376 came from 192.168.100.48, and 464,335 came from 172.24.32.94. These specific IP addresses fulfill specific purposes and are reserved for special functions, in the same sense different radio channels are used for different communication purposes.

The 127.0.01 IP address is not an external facing IP addresses. As described in technical terms on [www.tech-faq.com](www.tech-faq.com), the 127.0.0.1 IP is *"the loopback Internet protocol address also referred to as the 'local host.'"* This means that this IP address, 127.0.0.1, is reserved only for when a computer talks to itself. In this case, a submission with a 127.0.0.1 IP address means that the server in Fluent's system that received the submission was the same one that sent it, thus leading me to the conclusion that Fluent's system was submitting leads to itself.

The 192.168.1.1 IP address and the 172.24.32.94 IP address also raise suspicion. These are both considered private networks used in office and enterprise local networks, and are reserved so that companies can have huge numbers of computers talking amongst themselves without needing to reach out to the greater internet. Most importantly, these IP addresses by design cannot have "IP packets addressed from them routed through the public internet" ([Private Network Definition](Private Network Definition)). This means that network requests that came from this IP address came from same network on which Fluent's system was hosted. If that's true, more than half of the submissions to the system came from the same internal network as Fluent's.

It is clear and obvious that after examining all of the data when graphed, that the defendant has acted suspiciously with all of the data in the database they provided. Below is a graph that outlines all of the IP's by category.



In Document 104, Fluent does not address the localhost IP question (IP 127), but does make the claim that the internal IP addresses are not from fraudulent submissions but from their own misconfiguration of their internal systems. While possible, this destroys the claim that this data is trustworthy or representational of a real authorization of the user to be contacted. A common saying in software development is "Garbage in, Garbage out" and given that at least 59.1% of the provided data came from misconfigured systems, it's not possible to trust this data as any sort of real user-submitted consent. Much of the provided data is either corrupted or maliciously faked, but cannot be real. Fluent claims that the real IP addresses are stored, but has not provided them, making it impossible to assess this aspect of the validity of the submissions.

Fourth, I have several final criticisms about the claims Fluent makes that it has a well trained and professional IT team and that its system is state of the art.

- All of the websites I observed in Document 94-2 Declaration of Daniel Barsky, none of these use HTTPS. The websites were:

http://www.retailproductzone.com
http://www.getsamplesonelinenow.com
http://www.choiceconsumergifts.com
http://www.consumerproductsusa.com

They all use HTTP. The S in HTTPS stands for "Secure." If not using HTTPS, any website is

8

subject to being hacked because communication between one's browser and the website is not encrypted.

- There is broken User Interface design and broken text on many of the websites. Notice the overlapping blue text of "Card" over the black text stating "*UPON COMPLETION OF PURCHASE REQUIREMENTS. **CLICK FOR DETAILS**"



- The data submitted has many fake names like "John Doe" and "John smith."

- Many sites are not operational and don't display any information, such as http://www.choiceconsumergifts.com. All it displays is text that says "Thank you."

- The websites have error messages and 404 pages indecipherable to an average real human user.

**Conclusion**

My opinion is that the main purpose of Fluent's websites is gathering contact information, including phone numbers, to spam. Fluent has not provided all the relevant information that can and should be captured by a state-of-the-art technology system that is maintained by well-trained IT professionals. Fluent has provided misleading and false statements regarding the information it has made available. The database that has been provided has been corrupted and information has purposefully been left out. Information in this database indicates falsified submissions. A full

9

database download, access to server logs, and other information I specify in Exhibit A is essential to evaluating Fluent's claims of authentic submissions by unique humans.

Sworn under penalty of perjury in Jersey City, NJ on this 7th of December, 2018.


Benjamin H. Beecher

**Exhibit A: Selected Relevant and Readily Accessible but Unproduced Technical Data in Fluent's Possession**

| Item | Datum Missing | Where Acknowledged by Defendants | Why Relevant | Why Readily Accessible |
|---|---|---|---|---|
| 1 | List of all device types used to access websites by each user. | Document 94, page 5, line 16. "The System records in a database ("Database")…information gathered from the user such as whether the user accessed the Website from a mobile device or a landline." Certain screenshots also show in the code <ismobile> tags identifying that this data is tracked. | The type of devices used to access the sites informs whether the usage was by humans (who follow known patterns) or bots (which also follow patterns, but generally different ones). This is true both in isolation (single-user analysis) and in aggregate. | Screenshots provided by Defendants show this information being used for queries inside their database. Therefore, a complete data download of the SQL database would contain this information. Any serious software application has regular database backups as a core part of its infrastructure. Providing a copy of one of these backups should be a trivial task. |

| Item | Datum Missing | Where Acknowledged by Defendants | Why Relevant | Why Readily Accessible |
|---|---|---|---|---|
| 2 | List of all browser types and browser version used to access websites by each user. | Fluent Affidavit, paragraph 4. "When a person accesses one of the consumer facing websites operated by fluent, the System assigns a unique visitor ID to that user in real time in the Database and then contemporaneously stores several pieces of information about the user including where the user came from before accessing the site, their IP address and the browser user agent." Certain screenshots also show in the code <browser> tags identifying that this data is tracked. | If humans truly entered their personal information into the website, they would have done so through a web browser, which is the gateway to accessing any website. Knowing the type of browser used by each lead and which version will allow us to better understand if the leads are genuine or fake. This may be true in isolation and is true in the aggregate. If the system is state-of-the-art and given that the system tracks referring IP, it should also track the browsers used to access the websites per user. | Screenshots provided by Defendants show this information being used for queries inside their database. Therefore, a complete data download of the SQL database would contain this information. Any serious software application has regular database backups as a core part of its infrastructure. Providing a copy of one of these backups should be a trivial task. |

| Item | Datum Missing | Where Acknowledged by Defendants | Why Relevant | Why Readily Accessible |
|---|---|---|---|---|
| 3 | List of all website properties used to refer leads and gather lead data for each user, and what information was displayed to each user. | Document 94, page 5, line 16. "The System records in a database ("Database") what was displayed to the user…" | Viewing the referring URL is a crucial component to understanding how this "state-of-the-art system works." For web properties that buy visitors from affiliates, the referring URL often sheds light on the affiliate that provided the traffic.<br><br>Meanwhile, the data that was presented to each user (i.e., screenshots of Fluent's websites) is relevant to the question of whether to the issue of dark patterns used by Fluent to mislead users, as discussed in my report. | In addition, screenshots provided by Fluent show a column called ReferURL and LandingURL. These are critical pieces of information, which would show how the lead came to the website and which page they were shown.<br><br>Given the Defendant has provided the screenshot for the "Dunk Loka" submission, it should be able to provide screenshots for all submissions. |

| Item | Datum Missing | Where Acknowledged by Defendants | Why Relevant | Why Readily Accessible |
|---|---|---|---|---|
| 4 | List of commit history including commit messages and timestamps associated with the development and deployment of Fluent's websites | | Any software application has a log file that documents when and <u>why</u> certain pieces of code were built and how they are being used for the application, including explanatory comments for human readers. This "commit history" is therefore relevant to the question of whether Fluent's websites were written for use by humans, bots or both. | Commit histories are table stakes for even amateurish software engineering. Defendants claim to have a state-of-the-art system and well-trained and well-qualified IT professionals.<br><br>Commit histories are usually stored by a third party service such as Github or Bitbucket. This log is easy to export and often shared by development teams, since reading it is one of the best ways to understand how a software application works. |

| Item | Datum Missing | Where Acknowledged by Defendants | Why Relevant | Why Readily Accessible |
|---|---|---|---|---|
| | Server access logs and error logs | | Given that vast extent of anomalies—both those acknowledged in Document 104 and the greater amount unmentioned therein—in Fluent's user databases, logs of access to and errors recorded by Fluent's web servers will help explain the aberrational database results, including shedding light on whether they are the result of bots or fraud.<br><br>Moreover, an entry in the database without a corresponding entry in the access log would represent a submission that did not come through a website. | Server log maintenance is a standard part of an IT professional's process for software development.<br><br>Even when fraud is not expected, logging access is an industry-standard aspect of data security and logging errors is an industry standard aspect of quality assurance. |
| | Third-party tools, services and software used for hosting, registering, maintaining, protecting, operating, and advertising Fluent's web properties | | The selection and use of third-party tools is relevant to whether Fluent's system is state-of-the-art and whether it is built for humans, bots or both. | A professional IT team would keeps a ReadMe file of the website's documentation, including use of third-party tools. |

| Item | Datum Missing | Where Acknowledged by Defendants | Why Relevant | Why Readily Accessible |
|---|---|---|---|---|
| | Business disaster recovery documentation | | Fluent's business disaster recovery documentation will show if the state-of-the-art system and well trained IT team follow best-practices for data recovery. | Business disaster recovery documentation is a standard part of an IT professional's process for software development. |
| | Third-party audits of the system | | Audits are relevant to whether Fluent's system is state-of-the-art and its team is well-qualified and well-trained.  Such audits, if competently performed, may indicate whether usage is coming from bots. | Audits are a standard aspect of data security for a company gathering, storing and transmitting huge amounts of personal information, as Fluent claims to do. |
| | Data flow diagrams to identify paths by which user data flows | Document 104-1, for example | Information flow diagrams are used by engineers to outline the flow of data in any software application. By viewing a map of this data, we can better understand the intentions of those who created the software and how it should it behave. | Data flow diagramming is a standard part of an IT professional's process for software development and a professional data scientist's process for data warehousing |

Beecher Report – Ex. A                                             6

| Item | Datum Missing | Where Acknowledged by Defendants | Why Relevant | Why Readily Accessible |
|---|---|---|---|---|
| | List of all "reviews" and metadata around reviews submitted to Fluent's websites | Document 90-4, in paragraph 162 | In Document 90-4, a screenshot of a webpage promoting Fluent shows a wheel with prizes and commented reviews below it. However, even at first glance, these reviews appear fake. They are either paid actors or spam profiles to lure users. But in the unlikely event the reviews and user tallies are real, then the underlying data will help prove that. | The purported tallies, if real, would be calculated automatically and those calculations (and/or the data underlying them) would live in a SQL or similar table. |
| | All dates recorded in the database for any actions, whether by "users" or internal Fluent actors | Fluent uses various dates in various places, including Document 16-1, Document 104-1 and Document 94 | Defendants have produced evidence that "Dunk Loka" arrived at a Fluent website site on December 24th, 2017 at 8:39:16 PM EST, but the Fluent lead list shows an action for "Dunk Loka" at February 13th, at 7:38 AM EST, and I understand the phone number associated with him or her was called on February 14th. Clarification around the dates in the database and what they represent is essential to assessing Fluent's claim of real human activity. For instance, in the aggregate, humans follow well-established diurnal patterns. | Fluent has already produced dates in structured tables that appear to be the results of simple SQL queries. |

# LIGHTMATTER

## Overview

Lightmatter is an elite software development firm that builds compelling digital products for ambitious entrepreneurs and forward-thinking Fortune 500 organizations. Thousands of companies are tech-enabled, but missing key engineering expertise. Lightmatter seeks to be that technical leadership for these organizations, providing direction and ability in writing high quality custom software.

*"Lightmatter helped us rethink how our team communicates about software, the tools we use, and improve the quality of the code we write. We are a better team because of their insights. Great team to partner with."*

**-** Prima Prasertrat**,** Associate Director of Technology, T Brand Studio at **The New York Times**

## Services

**Application Development**

We build a variety of software applications for entrepreneurs, small businesses, and enterprise clients.

We're experts in building responsive web and mobile applications, API's, dashboards, internal software tools, data migrations, security audits, and analytics campaigns that drive new business. We lead projects through ideation, UX and UI design, development and launch.

**Architectural Evaluations**

We can also collaborate on-site with our partners for one to two weeks to evaluate and improve their current software development life-cycle and existing projects.

We focus on people, process, and technology to increase the overall code quality and create a plan to improve the software in your organization.

We leverage your organization's current capabilities, working as a direct technical extension of your team.

## About Us

**Founded**: 2013

**Work**: Local, not off-shored

**Expertise**: Web and Mobile Based Technologies, Software Database Security and Architecture, Data Migrations, DevOps,

**Languages and Frameworks**: Python, Django, Ruby, Rails, JavaScript, Ember, Angular, React, Swift, Java, SQL and PostgreSQL, Solidity and Blockchain related frameworks

 

 

 

