UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL BERMAN,<br><br>    Plaintiff,<br><br>    v.<br><br>FREEDOM FINANCIAL NETWORK, LLC, et al.,<br><br>    Defendants. | Case No. 18-cv-01060-YGR   (JSC)<br><br>**ORDER FOLLOWING DISCOVERY HEARING** |

The Court has held several discovery dispute hearings with the parties, most recently on January 4, 2019. The Court ruled as set forth on the record. This Order supplements, but does not replace, what was stated at the hearing.

1. Plaintiff shall provide Defendants with 100 telephone numbers on or before Monday, January 7, 2019. Defendants shall provide Plaintiff with the requested information for those numbers as discussed at the January 4 hearing on or before Friday, January 11, 2019. The information shall include the title of the columns of collected information.

2. Defendants shall file a declaration that specifies what steps were taken and the time involved in gathering the information for those 100 telephone numbers on or before Tuesday, January 15, 2019. If the information generated turns out to be of critical relevance thus necessitating more information for other numbers, and manual review is too time-intensive, then some form of electronic production and review will have to be explored.

3. At the hearing, Defendants stated that they can provide Plaintiff with the information regarding the number of visits to their websites versus the number of registrations, or something along those lines. On or before Wednesday, January 9, 2019 the parties

shall meet and confer as to how that information shall be provided to Plaintiff.

4. Defendants also maintained at the hearing that they only maintain server logs for three months. Such representation, with detail, shall be set forth in a declaration to be filed on or before Tuesday, January 15, 2019.

5. Defendants shall meet and confer with Plaintiff regarding the production of the server logs that they do currently maintain on or before January 9, 2019.

6. To avoid future disputes as to what did and did not happen during the parties' meet and confer proceedings, future telephonic and in-person meet and confer proceedings shall be recorded.

7. The Court will hold a further telephone discovery hearing on Friday, January 18, 2019 at 9:30 a.m.

**IT IS SO ORDERED.**

Dated: January 7, 2019

JACQUELINE SCOTT CORLEY
United States Magistrate Judge