SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
  A Limited Liability Partnership
  Including Professional Corporations
JAY T. RAMSEY, Cal. Bar No. 273160
1901 Avenue of the Stars, Suite 1600
Los Angeles, California 90067-6055
Telephone:   310.228.3700
Facsimile:    310.228.3701
jramsey@sheppardmullin.com

KLEIN MOYNIHAN TURCO LLP
BRIAN P. ASTRUP (admitted *pro hac vice*)
450 Seventh Avenue, 40th Floor
New York, New York 10123
Telephone:   212-246-0900
Facsimile:    212-216-9559
bastrup@kleinmoynihan.com

Attorneys for Defendants
FREEDOM FINANCIAL NETWORK, LLC,
FREEDOM DEBT RELIEF, LLC, FLUENT,
INC., and LEAD SCIENCE, LLC

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**OAKLAND DIVISION**

| | |
|---|---|
| DANIEL BERMAN, | Case No.: 4:18-CV-01060-YGR |
| Plaintiff, | **DECLARATION OF MAN KIT KWAN** |
| v. | |
| FREEDOM FINANCIAL NETWORK, LLC, FREEDOM DEBT RELIEF, LLC, FLUENT, INC., and LEAD SCIENCE, LLC, | |
| Defendants. | |
| FREEDOM FINANCIAL NETWORK, LLC and FREEDOM DEBT RELIEF, LLC, | |
| Third-Party Plaintiffs, | |
| v. | |
| DOES 1 through 5, | |
| Third-Party Defendants. | |

{00131942;1}

DECLARATION OF MAN KIT KWAN

I, MAN KIT KWAN, hereby declare:

1. I am over the age of eighteen and have personal knowledge of all facts set forth in this Declaration. If called as a witness, I could testify competently to such facts under oath.

2. I make this Declaration based on my own personal knowledge obtained through the course of my employment as VP, Technology for Defendant Fluent, Inc. and its wholly-owned subsidiaries (collectively "Fluent").

3. I am VP, Technology and together with other members of Fluent's IT team, have designed and developed various modules of Fluent's proprietary ad serving and lead generation system ("System"). I am listed as one of the "inventors" on the Patent Application for the System filed with the U.S. Patent and Trademark Office (Appl. No. 14/832,796) on August 21, 2015. I am familiar with Fluent's database of System and user information ("Database") and the structure and architecture of the Database.

4. I make this Declaration pursuant to paragraph 4 of the January 7, 2019 Order Following Discovery Hearing (the "Discovery Order") (Document 128) to explain Fluent's practices for retaining web server logs and why Fluent is unwilling to produce these logs.

5. Fluent retains webserver logs for approximately 3 months. Fluent does not have webserver logs during the period relevant to the Freedom Financial campaign.

6. Fluent is unwilling to produce the webserver logs because of security concerns. For example, the webserver logs contain keys that could enable someone to access Fluent's Systems and, for example, remove users' personally identifiable information data or improperly gain access to third-party services used by Fluent or disrupt the proper functioning of a Fluent Site.

7. In addition, I make this Declaration pursuant to paragraph 3 of the Discovery Order to explain that I created a dataset in the form of an Excel spreadsheet of the click to reg rate ("CTRR") and that it is true and accurate of the data contained in Fluent's records.

8. The CTRR Dataset contains the number of users who landed on Fluent owned and operated websites ("Fluent Sites") and those that exited the landing page and went on to the next

{00131942;1}

1  page by registering on a Fluent Site. I then calculated the CTRR expressed as a percentage by
2  using the formula: Exits over Lands plus Exits (when a user Exits, it reduces the number of Lands).

I declare under penalty of perjury that the foregoing is true and correct.

Executed in New York, New York on January 15, 2019.

Man Kit Kwan

{00131942;1}

DECLARATION OF MAN KIT KWAN