1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

DANIEL BERMAN,

                Plaintiff,

     v.

FREEDOM FINANCIAL NETWORK, LLC,
FREEDOM DEBT RELIEF, LLC, FLUENT,
INC., and LEAD SCIENCE, LLC,

            Defendants.

Case No. 4:18-cv-01060-YGR

**DECLARATION OF DANIEL BERMAN
IN SUPPORT OF MOTION FOR CLASS
CERTIFICATION**

**Date**: April 9, 2019
**Time**: 2:00 p.m.
**Location**: 1301 Clay St., Oakland, CA 94612
**Department**: Courtroom 1 - 4th Floor

I, Daniel Berman, declare under penalty of perjury:

1.      I am an adult over 18 years of age.

2.      I have personal knowledge of the facts set forth herein. I could and would testify to them if called upon to do so.

3.      In the above-captioned matter, I am the plaintiff, and I seek to represent a class of similarly situated people.

4.      This declaration is made in support of the Motion for Class Certification.

5.      I have played an integral role in this litigation since its inception.

6.      I provided information for and confirmed the accuracy of both the original and the amended complaint.

7.      For document discovery, I have gathered text messages, cell phone contracts, emails, and various other documents to be produced to the defendants.

8.      For interrogatories, I have provided information to my counsel to answer the defendants' questions and have reviewed the responses for accuracy.

9.      I know of no conflict of interest between me and the other members of the proposed class. I am engaged in no other litigation. I have the time, energy, and will to continue overseeing this case and ensuring that class interests are well represented.

10.     I don't like spam.

11.     It is my understanding that claims I made against the defendants have been borne out upon investigation. For example, it is my understanding that the defendants have admitted that the telemarketing was sent by computers, and that many thousands of people were as bewildered and annoyed by it as I was. I am pleased to see that my counsel have uncovered this information, which confirms to me that it is worth continuing to endure the defendants' attempts to intimidate me by falsely accusing me of defrauding them and threatening to counter-claim against me. I have not caved to such bullying and have no intention to do so.

12.     While not a lawyer, I believe I can sufficiently comprehend the relevant legal arguments and strategy questions to continue to work with my counsel on the successful prosecution of this case.

13.     I believe that the people targeted by the defendants have been victims of a deeply cynical assumption underlying Fluent's core business: that a thin veneer of ostensible consent-gathering protocol would stave off enough complaints to make spamming *en masse* profitable. For our own sakes and for the sake of potential future victims, class members, including me, share an interest in ensuring that this cynical assumption is opposed.


RESPECTFULLY SUBMITTED AND DATED this 8th day of February, 2019.


By: */s/ Daniel Berman*
Daniel Berman