SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
   A Limited Liability Partnership
   Including Professional Corporations
JAY T. RAMSEY, Cal. Bar No. 273160
1901 Avenue of the Stars, Suite 1600
Los Angeles, California 90067-6055
Telephone:  310.228.3700
Facsimile:   310.228.3701
jramsey@sheppardmullin.com

KLEIN MOYNIHAN TURCO LLP
BRIAN P. ASTRUP (admitted *pro hac vice*)
450 Seventh Avenue, 40th Floor
New York, New York 10123
Telephone:  212-246-0900
Facsimile:   212-216-9559
bastrup@kleinmoynihan.com

Attorneys for Defendants
FREEDOM FINANCIAL NETWORK, LLC,
FREEDOM DEBT RELIEF, LLC, FLUENT,
INC., and LEAD SCIENCE, LLC

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## OAKLAND DIVISION

| | |
|---|---|
| DANIEL BERMAN, | Case No.: 4:18-CV-01060-YGR |
| Plaintiff, | **DECLARATION OF MITENKUMAR BHADANIA** |
| v. | |
| FREEDOM FINANCIAL NETWORK, LLC, FREEDOM DEBT RELIEF, LLC, FLUENT, INC., and LEAD SCIENCE, LLC, | |
| Defendants. | |
| FREEDOM FINANCIAL NETWORK, LLC and FREEDOM DEBT RELIEF, LLC, | |
| Third-Party Plaintiffs, | |
| v. | |
| DOES 1 through 5, | |

{00132228;1}
SMRH:228650575.2                                              DECLARATION OF MITENKUMAR BHADANIA

Third-Party Defendants.

I, Mitenkumar Bhadania, hereby declare:

1. I am over the age of eighteen and have personal knowledge of all facts set forth in this Declaration. If called as a witness, I could testify competently to such facts under oath.

2. I make this Declaration based on my own personal knowledge obtained through the course of my employment as a Computer System Engineer for Defendant Fluent, Inc. and its wholly-owned subsidiaries (collectively "Fluent").

3. I am responsible for System Maintenance and Tech Support and together with other members of Fluent's IT team, have designed and developed various modules of Fluent's proprietary ad serving and lead generation system ("System"). In that capacity, I am familiar with Fluent's database of System and user information ("Database") and the structure and architecture of the Database.

**Consent Flow**

4. I previously signed a declaration on April 30, 2018, which I understand was submitted in this action as Docket No. 16-1. That declaration addresses certain information contained in Fluent's Database relating to the lead containing what I understand is Plaintiff Daniel Berman's phone number (the "Berman Lead").

5. In that declaration, I generally described the flow used by Fluent's various websites and provided snapshots of certain webpages from that flow associated with the Berman Lead. Fluent does not store, and thus cannot produce, the full image of each webpage that any registrant may have seen while using Fluent's websites. Rather, Fluent uses history tables which allow Fluent to track changes in various HTMLs and JavaScripts that, when combined together, would have rendered the entire webpage. Thus, in order to replicate the user experience for any particular lead, Fluent must regenerate the webpage by piecing together the different versions of HTMLs and JavaScripts that were accessed.

6. I did not perform that task for purposes of the declaration reflected in Docket No. 16-1. Instead, for purposes of that declaration, I replicated a part of HTMLs and JavaScripts that

the registrant would have seen when the registrant agreed to Fluent's Terms and Conditions and provided TCPA consent.

7.  However, for purposes of this declaration, I replicated the webpages by piecing together HTMLs and JavaScripts, that would have been seen for the vast majority of the flow related to the Berman Lead. Attached hereto as Exhibit 1 is a true and correct copy of the images I replicated showing the flow related to the Berman Lead. The only difference between what is reflected in Exhibit 1 and the actual flow is that Exhibit 1 shows only two survey questions, and the registrant for the Berman Lead would have been shown approximately fifty.

**100 Numbers**

8.  Pursuant to paragraph 1 of the January 7, 2019 Order Following Discovery Hearing (the "Discovery Order") (Docket No. 128), I created an Excel spreadsheet ("100 User Dataset") of selected data from visits to Fluent owned and operated websites ("Fluent Sites") by users associated with 100 telephone numbers selected by Plaintiff. The process by which I performed this collection of data is described in a declaration I signed that I understand was submitted in this action as Docket No. 131. The 100 User Dataset was produced to Plaintiff and I understand that it was marked FLUENT_000574.

9.  When I created the original 100 User Dataset, I started by tying each of the 100 phone numbers to 100 email addresses from the sold leads table on a one for one basis and then searched for the relevant user information attached to that email. Thereafter, I realized that a telephone number could be associated with multiple emails. Accordingly, I performed the same data collection as before, but this time with all of the email addresses associated with each of the 100 numbers. This led to more rows of data and more information about the users. The updated 100 User Dataset was produced to Plaintiff and I understand that it was marked FLUENT_004052.

**IP Addresses**

10.  I created the lead logs that I understand were produced in this action. In those lead logs, the IP addressed listed for many of the registrations were internal IP addresses, including 172.24.32.94, 192.168.100.48, and 127.0.0.1.

{00132228;1}

11. Fluent records information inputted by and collected from users who register on its owned and operated websites in the Database. A subset of that Database where Fluent records select information input by users is the Fluent Identity Graph ("FIG"). The FIG database contains all of the users in the Database but contains less data points per user to make it more manageable. For example, the FIG database at the time relevant to the lead log does not include the IP address, the Visitor ID or the Entrance ID of the users.

12. The FIG database does include the user's name, mobile number and whether the user has provided their prior express written consent within the meaning of the TCPA ("TCPA Consent").

13. Fluent developed the Audience Messaging Platform ("AMP") to facilitate messaging to users to users who have provided TCPA Consent. All of these users are included in the Database, and, with respect to the Freedom-Fluent campaign have been provided to Plaintiff's counsel in the lead logs.

14. I created the lead logs from the sold lead table contained in the Database which contains the sold leads from AMP. For these leads, the AMP system at that time inserted the local IP address of the AMP server, initially 127.0.0.1, and then 192.168.100.48, and then 172.24.32.94, as a user's IP address which accounted for a large number of the IP addresses.

15. In February 2018, the FIG was updated to include the user IP addresses collected when users registered and no longer used the IP address of the AMP server.

16. The actual IP addresses of the leads associated with these three IP addresses were collected at the time of registration and can be identified. However, this would require a manual and individualized investigation. Consistent with this, the information provided for the 100 numbers, described above, does not include a single registration with an IP address of 172.24.32.94, 192.168.100.48, and 127.0.0.1. That is because I performed an individualized investigation on the registrations associated with the 100 numbers and was able to determined the actual IP addresses of the registrants.

I declare under penalty of perjury that the foregoing is true and correct.

{00132228;1}

1 | Executed in New York, New York on March 1st, 2019.

_____
Mitenkumar Bhadania

**EXHIBIT 1**





Congratulations to Kim H. from Middletown, OH, our most recent $1,000.00 Winner!



NO PURCHASE NECESSARY TO ENTER OR WIN. VOID WHERE PROHIBITED BY LAW. CLICK HERE FOR ALTERNATE MEANS OF ENTRY. SEE RULES OF DETAILS.

THE BRANDS DISPLAYED ABOVE ARE PROPERTY OF THEIR RESPECTIVE OWNERS WHO DO NOT ENDORSE OR SPONSOR THIS PROMOTION

Rules | Terms | Privacy | Support | Unsubscribe





Congratulations to

Kim H. from Middletown, OH,

our most recent $1,000.00 Winner!

★★★★⯪

NO PURCHASE NECESSARY TO ENTER OR WIN. VOID WHERE PROHIBITED BY LAW. CLICK HERE FOR ALTERNATE MEANS OF ENTRY. SEE RULES OF DETAILS.

THE BRANDS DISPLAYED ABOVE ARE PROPERTY OF THEIR RESPECTIVE OWNERS WHO DO NOT ENDORSE OR SPONSOR THIS PROMOTION

Rules | Terms | Privacy | Support | Unsubscribe



Congratulations to

Larry W. from Greensboro, NC,

our most recent $1,000.00 Winner!



NO PURCHASE NECESSARY TO ENTER OR WIN. VOID WHERE PROHIBITED BY LAW. CLICK HERE FOR ALTERNATE MEANS OF ENTRY. SEE RULES OF DETAILS.

THE BRANDS DISPLAYED ABOVE ARE PROPERTY OF THEIR RESPECTIVE OWNERS WHO DO NOT ENDORSE OR SPONSOR THIS PROMOTION

Rules | Terms | Privacy | Support | Unsubscribe



Congratulations to

Larry W. from Greensboro, NC,

our most recent $1,000.00 Winner!



NO PURCHASE NECESSARY TO ENTER OR WIN. VOID WHERE PROHIBITED BY LAW. CLICK HERE FOR ALTERNATE MEANS OF ENTRY. SEE RULES OF DETAILS.

THE BRANDS DISPLAYED ABOVE ARE PROPERTY OF THEIR RESPECTIVE OWNERS WHO DO NOT ENDORSE OR SPONSOR THIS PROMOTION

Rules | Terms | Privacy | Support | Unsubscribe



Congratulations to

Larry W. from Greensboro, NC,

our most recent $1,000.00 Winner!



NO PURCHASE NECESSARY TO ENTER OR WIN. VOID WHERE PROHIBITED BY LAW. CLICK HERE FOR ALTERNATE MEANS OF ENTRY. SEE RULES OF DETAILS.

THE BRANDS DISPLAYED ABOVE ARE PROPERTY OF THEIR RESPECTIVE OWNERS WHO DO NOT ENDORSE OR SPONSOR THIS PROMOTION

Rules | Terms | Privacy | Support | Unsubscribe



Congratulations to
Larry W. from Greensboro, NC,
our most recent $1,000.00 Winner!



NO PURCHASE NECESSARY TO ENTER OR WIN. VOID WHERE PROHIBITED BY LAW. CLICK HERE FOR ALTERNATE MEANS OF ENTRY. SEE RULES OF DETAILS.

THE BRANDS DISPLAYED ABOVE ARE PROPERTY OF THEIR RESPECTIVE OWNERS WHO DO NOT ENDORSE OR SPONSOR THIS PROMOTION

Rules | Terms | Privacy | Support | Unsubscribe



Congratulations to

Larry W. from Greensboro, NC,

our most recent $1,000.00 Winner!



NO PURCHASE NECESSARY TO ENTER OR WIN. VOID WHERE PROHIBITED BY LAW. CLICK HERE FOR ALTERNATE MEANS OF ENTRY. SEE RULES OF DETAILS.

THE BRANDS DISPLAYED ABOVE ARE PROPERTY OF THEIR RESPECTIVE OWNERS WHO DO NOT ENDORSE OR SPONSOR THIS PROMOTION

Rules | Terms | Privacy | Support | Unsubscribe



Congratulations to
Larry W. from Greensboro, NC,
our most recent $1,000.00 Winner!



NO PURCHASE NECESSARY TO ENTER OR WIN. VOID WHERE PROHIBITED BY LAW. CLICK HERE FOR ALTERNATE MEANS OF ENTRY. SEE RULES OF DETAILS.

THE BRANDS DISPLAYED ABOVE ARE PROPERTY OF THEIR RESPECTIVE OWNERS WHO DO NOT ENDORSE OR SPONSOR THIS PROMOTION

Rules | Terms | Privacy | Support | Unsubscribe



NO PURCHASE NECESSARY TO ENTER OR WIN. VOID WHERE PROHIBITED BY LAW. CLICK HERE FOR ALTERNATE MEANS OF ENTRY. SEE RULES FOR DETAILS. SweepstakesAMonth.com is not associated with any of the prizes listed above. If the listed prizes are name brands, the trademarks and service marks are the property of their respective owners, who do not endorse or sponsor SweepstakesAMonth.com offers and are not liable for any alleged or actual claims related to any prizes.

Rules | Terms & Conditions | Privacy Policy | Support | Unsubscribe





NO PURCHASE NECESSARY TO ENTER OR WIN. VOID WHERE PROHIBITED BY LAW. CLICK HERE FOR ALTERNATE MEANS OF ENTRY. SEE RULES FOR DETAILS. SweepstakesAMonth.com is not associated with any of the prizes listed above. If the listed prizes are name brands, the trademarks and service marks are the property of their respective owners, who do not endorse or sponsor SweepstakesAMonth.com offers and are not liable for any alleged or actual claims related to any prizes.

Rules | Terms & Conditions | Privacy Policy | Support | Unsubscribe



**CONFIRM YOUR INFORMATION**
to finish your registration

FIRST NAME: Dunk
LAST NAME: Loka
EMAIL: Buffola@gmail.c...
ZIP CODE: 94501
DATE OF BIRTH: [redacted]
PRIMARY PHONE: 510 - 326 - 9945

(You must be 18 years or older)

By checking the box below I consent to receive phone sales calls and text messages - Msg and data rates may apply - from Verde Energy, CAC and our Marketing Partners on the landline or mobile number I provided even if I am on a federal or State do not call registry. I understand these calls may be generated using an autodialer and may contain pre-recorded messages and that consenting is not required to participate in the offers promoted.

For SMS message campaigns: Text STOP to stop and HELP for help. Msg & data rates may apply. Periodic messages; max. 30/month.

☐ **I CONFIRM** that all of my information is accurate and consent to be called and texted as provided above.



NO PURCHASE NECESSARY TO ENTER OR WIN. VOID WHERE PROHIBITED BY LAW. CLICK HERE FOR ALTERNATE MEANS OF ENTRY. SEE RULES FOR DETAILS. SweepstakesAMonth.com is not associated with any of the prizes listed above. If the listed prizes are name brands, the trademarks and service marks are the property of their respective owners, who do not endorse or sponsor SweepstakesAMonth.com offers and are not liable for any alleged or actual claims related to any prizes.

Rules | Terms & Conditions | Privacy Policy | Support | Unsubscribe



**CONFIRM YOUR INFORMATION**
to finish your registration

| FIRST NAME | LAST NAME |
|---|---|
| Dunk | Loka |

| EMAIL | ZIP CODE |
|---|---|
| Buffola@gmail.c... | 94501 |

| DATE OF BIRTH | PRIMARY PHONE |
|---|---|
|  | 510 - 326 - 9945 |

(You must be 18 years or older)

By checking the box below I consent to receive phone sales calls and text messages - Msg and data rates may apply - from Verde Energy, CAC and our Marketing Partners on the landline or mobile number I provided even if I am on a federal or State do not call registry. I understand these calls may be generated using an autodialer and may contain pre-recorded messages and that consenting is not required to participate in the offers promoted.

For SMS message campaigns: Text STOP to stop and HELP for help. Msg & data rates may apply. Periodic messages; max. 30/month.

☑ **I CONFIRM** that all of my information is accurate and consent to be called and texted as provided above.



NO PURCHASE NECESSARY TO ENTER OR WIN. VOID WHERE PROHIBITED BY LAW. CLICK HERE FOR ALTERNATE MEANS OF ENTRY. SEE RULES FOR DETAILS. SweepstakesAMonth.com is not associated with any of the prizes listed above. If the listed prizes are name brands, the trademarks and service marks are the property of their respective owners, who do not endorse or sponsor SweepstakesAMonth.com offers and are not liable for any alleged or actual claims related to any prizes.

Rules | Terms & Conditions | Privacy Policy | Support | Unsubscribe