SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
  A Limited Liability Partnership
  Including Professional Corporations
JAY T. RAMSEY, Cal. Bar No. 273160
1901 Avenue of the Stars, Suite 1600
Los Angeles, California 90067-6055
Telephone:   310.228.3700
Facsimile:   310.228.3701
jramsey@sheppardmullin.com

KLEIN MOYNIHAN TURCO LLP
BRIAN P. ASTRUP (admitted *pro hac vice*)
450 Seventh Avenue, 40th Floor
New York, New York 10123
Telephone:   212-246-0900
Facsimile:   212-216-9559
bastrup@kleinmoynihan.com

Attorneys for Defendants
FREEDOM FINANCIAL NETWORK, LLC,
FREEDOM DEBT RELIEF, LLC, FLUENT,
INC., and LEAD SCIENCE, LLC

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**OAKLAND DIVISION**

| | |
|---|---|
| DANIEL BERMAN, <br><br> Plaintiff, <br><br> v. <br><br> FREEDOM FINANCIAL NETWORK, LLC, FREEDOM DEBT RELIEF, LLC, FLUENT, INC., and LEAD SCIENCE, LLC, <br><br> Defendants. | Case No.: 4:18-CV-01060-YGR <br><br> *Hon. Yvonne Gonzalez Rogers* <br><br> **DECLARATION OF DHARMA NAIK, ESQ. IN SUPPORT OF OPPOSITION TO MOTION FOR CLASS CERTIFICATION** |
| FREEDOM FINANCIAL NETWORK, LLC and FREEDOM DEBT RELIEF, LLC, <br><br> Third-Party Plaintiffs, <br><br> v. <br><br> DOES 1 through 5, <br><br> Third-Party Defendants. | Date: April 9, 2019 <br> Time: 2:00 p.m. <br> Courtroom: 1, 4th Floor |

I, DHARMA NAIK, hereby declare:

1. I am over the age of eighteen and have personal knowledge of all facts set forth in this Declaration. If called as a witness, I could testify competently to such facts under oath.

2. At all relevant times, I have held the position of Associate General Counsel to Defendants Freedom Financial Network, LLC and Freedom Debt Relief, LLC (collectively, "Freedom"). I make this Declaration based on my own personal knowledge obtained through the course of my employment at Freedom.

3. I have reviewed the pleadings including the Second Amended Complaint and the Motion for Class Certification filed by Daniel Berman ("Plaintiff") in the above-captioned matter, and I am familiar with the allegations and claims asserted therein. I make this declaration in support of Defendants' Opposition to Plaintiff's Motion for Class Certification.

4. In 2017, Freedom and Defendant Fluent, Inc. ("Fluent") entered into a marketing campaign to generate leads (*i.e.*, target potential customers) for Freedom. Freedom provides, among other things, debt relief services. It is my understanding that Fluent is a digital marketing company that operates consumer-facing websites that collect first-party data from registrants that Fluent then uses to assist advertising clients, such as Freedom, in targeting and engaging potential customers.

5. On February 14, 2018, as part of the Freedom/Fluent marketing campaign, and because of a user who registered with the name Dunk Loka on a Fluent website with Plaintiff's cellular phone number (510-326-xxxx),[1] a Freedom representative fielded a telephone call involving someone at that phone number.

6. The telephone discussion on February 14, 2018 was the only communication any Freedom representative had with the aforementioned phone number besides an SMS text message

---

[1] The last four digits of that phone number are not included, but I understand from discovery documents exchanged in this lawsuit that it is the telephone number which is the subject of this litigation, that is, the number at which Plaintiff claims he was called on February 14, 2018.

that was sent earlier that day as part of the Freedom/Fluent marketing campaign. However, Freedom did not make the phone call or send the text message.

7. Plaintiff's cellular phone number was never contacted after February 14, 2018. Plaintiff's phone number is on Freedom's do-not-call list and will never be contacted again, even if it is used to register in connection with a different Freedom marketing campaign.

8. The Freedom/Fluent marketing campaign ended in April 2018. To the best of my knowledge, Fluent (and anyone on its behalf) has ceased communicating on behalf of Freedom with any of the leads furnished to Fluent in connection with the Freedom/Fluent marketing campaign.

9. In connection with this lawsuit, and for the purpose of Defendants' prior motion to deny class certification as well as for the purpose of Defendants' Opposition to the Motion for Class Certification, I supplied Fluent, through counsel, with information concerning certain individuals related to the Freedom/Fluent marketing campaign. Specifically, I supplied Fluent with the names of actual human beings who were leads generated through the Fluent/Freedom marketing campaign and who became Freedom clients.

I declare under penalty of perjury under the law of the United States of America that the foregoing is true and correct. Executed March 1, 2019 at San Mateo, California.



DHARMA NAIK, ESQ.

SMRH:228653619.1                                                                DECLARATION OF DHARMA NAIK, ESQ.