SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
  A Limited Liability Partnership
  Including Professional Corporations
JAY T. RAMSEY, Cal. Bar No. 273160
1901 Avenue of the Stars, Suite 1600
Los Angeles, California 90067-6055
Telephone:  310.228.3700
Facsimile:  310.228.3701
jramsey@sheppardmullin.com

KLEIN MOYNIHAN TURCO LLP
BRIAN P. ASTRUP (admitted *pro hac vice*)
450 Seventh Avenue, 40th Floor
New York, New York 10123
Telephone:  212-246-0900
Facsimile:  212-216-9559
bastrup@kleinmoynihan.com

Attorneys for Defendants
FREEDOM FINANCIAL NETWORK, LLC,
FREEDOM DEBT RELIEF, LLC, FLUENT,
INC., and LEAD SCIENCE, LLC

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**OAKLAND DIVISION**

| | |
|---|---|
| DANIEL BERMAN,<br><br>           Plaintiff,<br><br>v.<br><br>FREEDOM FINANCIAL NETWORK, LLC, FREEDOM DEBT RELIEF, LLC, FLUENT, INC., and LEAD SCIENCE, LLC,<br><br>           Defendants. | Case No.: 4:18-CV-01060-YGR<br><br>**DECLARATION OF TOM MARTINDALE IN SUPPORT OF OPPOSITION TO MOTION FOR CLASS CERTIFICATION** |

{00132223;1}

I, TOM MARTINDALE, hereby declare:

1. I am over the age of eighteen and have personal knowledge of all facts set forth in this Declaration. If called as a witness, I could testify competently to such facts under oath.

2. At all relevant times, I have been a Partner of Defendant Lead Science, LLC ("Drips"). I make this Declaration based on my own personal knowledge obtained through the course of my employment at Drips.

3. I have reviewed the pleadings including the Second Amended Complaint and Motion for Class Certification filed by Daniel Berman ("Plaintiff") in the above-captioned matter, and I am familiar with the allegations and claims asserted therein. I make this declaration in support of Defendants' Opposition to Plaintiff's Motion for Class Certification.

4. In 2017, Defendant Fluent, Inc. ("Fluent") engaged Drips in order to utilize Drips' platform for a marketing campaign between Fluent and Defendants Freedom Financial, LLC and Freedom Debt Relief, LLC ("Freedom").

5. On February 14, 2018, Plaintiff's telephone number (510-326-9945) was contacted by Fluent using Drips' platform in connection with the Freedom/Fluent marketing campaign.

6. Plaintiff's telephone number was never contacted after February 14, 2018 using Drips' platform. Plaintiff's phone number is on Drips' do-not-call list and will never be contacted again, even if Plaintiff's phone number is used to register in connection with a different marketing campaign on behalf of Fluent or any other client.

7. It is my understanding that the Freedom/Fluent marketing campaign ended in April 2018. As such, Drips' platform has not been used to contact any other lead from the Freedom/Fluent marketing campaign.

I declare under penalty of perjury under the law of the United States of America that the foregoing is true and correct. Executed March 1, 2019 at Los Angeles, California.



TOM MARTINDALE

{00132223;1}

DECLARATION OF TOM MARTINDALE