SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
  A Limited Liability Partnership
  Including Professional Corporations
JAY T. RAMSEY, Cal. Bar No. 273160
1901 Avenue of the Stars, Suite 1600
Los Angeles, California 90067-6055
Telephone:    310.228.3700
Facsimile:     310.228.3701
jramsey@sheppardmullin.com

KLEIN MOYNIHAN TURCO LLP
BRIAN P. ASTRUP (admitted *pro hac vice*)
450 Seventh Avenue, 40th Floor
New York, New York 10123
Telephone:    212-246-0900
Facsimile:     212-216-9559
bastrup@kleinmoynihan.com

Attorneys for Defendants
FREEDOM FINANCIAL NETWORK, LLC,
FREEDOM DEBT RELIEF, LLC, FLUENT,
INC., and LEAD SCIENCE, LLC

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### OAKLAND DIVISION

| | |
|---|---|
| DANIEL BERMAN,<br><br>    Plaintiff,<br><br>    v.<br><br>FREEDOM FINANCIAL NETWORK, LLC, FREEDOM DEBT RELIEF, LLC, FLUENT, INC., and LEAD SCIENCE, LLC,<br><br>    Defendants.<br><br>FREEDOM FINANCIAL NETWORK, LLC and FREEDOM DEBT RELIEF, LLC,<br><br>    Third-Party Plaintiffs,<br><br>    v.<br><br>DOES 1 through 5,<br><br>    Third-Party Defendants. | Case No.: 4:18-CV-01060-YGR<br><br>*Hon. Yvonne Gonzalez Rogers*<br><br>**DECLARATION OF JAY T. RAMSEY, ESQ. IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT** |

Case No. 4:18-cv-01060-YGR
RAMSEY DECLARATION

I, Jay T. Ramsey, hereby declare:

1. I am over the age of eighteen and I am an attorney admitted to practice law in the State of California.

2. I am co-counsel of record to Defendants Freedom Financial Network, LLC, Freedom Debt Relief, LLC, Fluent, Inc., and Lead Science, LLC (collectively, "Defendants").

3. I make this Declaration in support of Defendants' Motion for Summary Judgment.

4. The following facts are based upon my personal knowledge. If called as a witness, I could and would testify competently to such facts under oath.

5. Attached hereto as **Exhibit 1** is a true and correct copy of selected portions of the deposition transcript of Plaintiff Daniel Berman.

6. Attached hereto as **Exhibit 2** is a true and correct copy of the intake form submitted by Plaintiff to the law firm Berger & Montague, produced as Berger_000000001.

7. Attached hereto as **Exhibit 3** is a true and correct copy of the text messages received by Plaintiff's phone number produced as BERMAN_001-8.

I declare under penalty of perjury that the foregoing is true and correct.

Executed in Los Angeles, California on March 5, 2019.

　　　　　　　　　　　　　　　　　　　　　　 _/s/ Jay T. Ramsey_____
　　　　　　　　　　　　　　　　　　　　　　 Jay T. Ramsey, Esq.

# EXHIBIT 1
# [FILED UNDER SEAL]

**EXHIBIT 2**

| Question | Answer |
|---|---|
| Timestamp | 1/18/2018 16:35 |
| Your Full Name | Dan Berman |
| Your Cell Phone Number | (510) 326- |
| How long have you had this cell phone number? | 20 years |
| How long have you had this phone? | 1 year |
| Your Email | |
| Your Mailing Address | Oakland CA 94611 |
| If the number contacted is not the same number as above, please provide the number contacted. | |
| Which type of calls do you receive: | Both |
| 1. Has your phone been contacted about a debt, regardless of whether the debt is yours? | Yes |
| 2. Were these attempts to contact intended for you? | No |
| 3. Do you have any outstanding debt that is either past due or currently in collections? | No |
| 1. Please provide the name one company that is contacting you (please provide only one company, you will be able to add additional companies later). | Uncertain |
| 2. What was the last date you were contacted by this company? | 10-Jan-18 |
| 3. Which form(s) of contact have you received? | Text Messages |
| 4. What 10-digit telephone number(s) did the contact come from? | (608) 299-6259 |
| 5. How many unsolicited calls or text messages have you received in total? | 1-5 |
| 6. Have you ever asked the caller (or text sender) to stop? If you did ask them to stop contacting you, please provide the earliest date you did so. | No |
| 7. Have any family members or friends been contacted regarding this same debt? | No |
| 8. If you have received unsolicited text messages, are they saved on your phone? | Yes |
| Do you need to add another company? | Yes |
| 1. Please provide the name of another company that is contacting you. | Unknown |
| 2. What was the last date you were contacted by this company? | Dec 28 2017 |
| 3. Which form(s) of contact have you received? | Text Messages |
| 4. What 10-digit telephone number(s) did the contact come from? | (786) 808-4370 |
| 5. How many unsolicited calls or text messages have you received in total? | 1-5 |
| 6. Have you ever asked the caller (or text sender) to stop? If you did ask them to stop contacting you, please provide the earliest date you did so. | No |
| 7. Have any family members or friends been contacted regarding this same debt? | No |
| 8. If you have received unsolicited text messages, are they saved on your phone? | Yes |
| Do you need to add another company? | No |

Berger-000000001

**EXHIBIT 3**

**(786) 808-4370**

Text Message
Tue, Dec 26, 10:49 AM

> Cash Help: Dunk have structured settlement and need cash immediately? Have cash approved in 48 hours or less. Call 7868084370 for info. Text 'NO' to remove

Wed, Dec 27, 12:44 PM

> Have bills piling up? Waiting to settle your case? Find cash from us! If you don't win your case, you don't pay us back. Give me a quick call for details.

Wed, Dec 27, 5:00 PM

> Do you have annuity & need cash ASAP? You may have access to $500-$100K in your bank account by tomorrow! Give me a quick call soon. Reply no to opt out

BERMAN 001

(786) 808-4370

> Do you have annuity & need cash ASAP? You may have access to $500-$100K in your bank account by tomorrow! Give me a quick call soon. Reply no to opt out

Thu, Dec 28, 11:09 AM

> Dunk, we have approved cash for the largest number of consumers across the country. If you want the cash ASAP, don't wait. Can we schedule a call this morning?

Thu, Dec 28, 4:16 PM

> Find the most cash for your annuity or structured settlement with us! Have the cash you need in 24-48 hours! When is the best time for a quick call?

BERMAN 002



**(608) 299-6259**

Text Message
Fri, Jan 5, 12:43 PM

> Debt-Help: Do you have debt + would love support? Now's your opportunity to trim your debt by up to half. Reach out ASAP for your free quote. Write NO to end

Mon, Jan 8, 1:54 PM

> Take the 1st step to financial freedom & a chance to lessen your balance in 1/2. Ring soon if you owe at least 10K in debt for a no cost quote & the aid you would like.

> Now's your chance to lessen your bill by half & pay a portion of what you owe. Reach out this afternoon & get a free quote & receive the assistance you need.

BERMAN 003



(608) 299-6259

> Now's your chance to lessen your bill by half & pay a portion of what you owe. Reach out this afternoon & get a free quote & receive the assistance you need.

Tue, Jan 9, 3:14 PM

> Consumed by collections harassing you for money? Now's your opportunity to reduce your balance in half. Pay a portion of the total. Reach out this afternoon

Wed, Jan 10, 2:40 PM

> Keep collectors from annoying you for bills. Now's your chance to trim your debt in 1/2. Call ASAP to get a no cost quote + the help you deserve!

BERMAN 004

 Verizon LTE   11:25 AM



(910) 370-4211



Text Message
Wed, Jan 17, 10:37 AM

SaveMore: You're qualified for a FREE no risk security system + $100 Visa Gift Card Dunk. Call at 9103704211 to claim. Write Stop to stop.

Wed, Jan 17, 2:55 PM

Interested in a risk FREE home security system and a $100 Visa GC from the best in home security? Call us to learn info! Send no to end

Thu, Jan 18, 11:47 AM

Ensure safety for your home & family through a free of risk security system + $100 Visa GC. Call in to learn more details!Reply no to quit.

    Text Message   

      

BERMAN 005



(910) 370-4211

Thu, Jan 18, 11:47 AM

Ensure safety for your home & family through a free of risk security system + $100 Visa GC. Call in to learn more details!Reply no to quit.

Thu, Jan 18, 4:58 PM

Don't miss your chance at a house security system with no risk + $100 Visa GC, Connect with us now! Write stop to end

Mon, Jan 22, 11:12 AM

Call for details on our home security system + $100 Visa GC. You can easily begin protecting your family and home FREE of risk today! Write Stop to quit.

BERMAN 006

  

(404) 600-0537

Text Message
Wed, Jan 31, 9:05 AM

Òmni Research: You got selected to have the opportunity to win 5K! Call to claim your entry at 4046000537 in the next 24 hrs. Reply no to quit

Wed, Jan 31, 4:56 PM

GREAT NEWS Dunk! You could join the plenty of others who have won $5,000 through us. Call right away to hear how you'll be able to win! Respond 'NO' to stop.

   

      

BERMAN 007



(409) 359-9066

Text Message
Wed, Feb 14, 10:50 AM

Dêbt-Help: Need to pay $10,000 + in cc bills? We're here to help! We can save you a ton of money. Call for more info. Respond no to quit

BERMAN 008