SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
  A Limited Liability Partnership
  Including Professional Corporations
JAY T. RAMSEY, Cal. Bar No. 273160
1901 Avenue of the Stars, Suite 1600
Los Angeles, California 90067-6055
Telephone: 310.228.3700
Facsimile: 310.228.3701
jramsey@sheppardmullin.com

Attorneys for Defendants
FLUENT, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL BERMAN,<br><br>   Plaintiff,<br><br>   v.<br><br>FREEDOM FINANCIAL NETWORK, LLC, FREEDOM DEBT RELIEF, LLC, FLUENT, INC., and LEAD SCIENCE, LLC,<br><br>   Defendants. | Case No.: 4:18-CV-01060-DMR<br><br>*Hon. Yvonne Gonzalez Rogers*<br><br>**FLUENT, INC.'S RESPONSES AND OBJECTIONS TO PLAINTIFF'S FIRST SET OF DISCOVERY** |

**REQUEST FOR PRODUCTION NO. 17:** Please produce all DOCUMENTS and communications that relate to YOUR failure, alleged failure, or possible failure to comply with YOUR POLICIES related to making telemarketing calls, including, but not limited to, DOCUMENTS and communications related to YOUR failure, alleged failure, or possible failure to honor do-not-call requests.

**RESPONSE:** Fluent objects to this Request on the grounds that it is overbroad and unduly burdensome, is not limited in scope to any of the claims raised by Plaintiff in this action, in particular the calls made to Plaintiff as part of the Fluent/APC marketing campaign for Freedom, and therefore is not proportional to the needs of the case. Fluent further objects to this Request on the basis that it seeks information that is not relevant to any party's claim or defense and therefore is not proportional to the needs of the case. Fluent also objects to this Request to the extent that it requires Fluent to search for third-party and non-party documents and information that are not within Fluent's possession, custody, or control.

**REQUEST FOR PRODUCTION NO. 18:** Please produce all DOCUMENTS or ESI relating to any and all POLICIES regarding the generation of leads, including, but not limited to, POLICIES related to confirming the validity of all leads.

**RESPONSE:** Fluent objects to this Request on the grounds that it is overbroad and unduly burdensome, is not limited in scope to any of the claims raised by Plaintiff in this action, in particular the calls made to Plaintiff as part of the Fluent/APC marketing campaign for Freedom, and therefore is not proportional to the needs of the case. Fluent further objects to this Request on the basis that it seeks information that is not relevant to any party's claim or defense and therefore is not proportional to the needs of the case. Subject to and without waiving the foregoing objections, see Bates Numbers FREEDOM-498-504.

**REQUEST FOR PRODUCTION NO. 19:** Please produce all DOCUMENTS or ESI that relate to the failure, alleged failure, or possible failure of YOUR THIRD PARTIES or VENDORS to comply with the parameters of any agreements, contracts, scopes of work, or other instruction(s) imposed by YOU regarding the generation of leads.

1       **RESPONSE:** Fluent objects to this Request on the grounds that it is overbroad and unduly burdensome, is not limited in scope to any of the claims raised by Plaintiff in this action, in particular the calls made to Plaintiff as part of the Fluent/APC marketing campaign for Freedom, and therefore is not proportional to the needs of the case. Fluent further objects to this Request on the basis that it seeks information that is not relevant to any party's claim or defense and therefore is not proportional to the needs of the case. Fluent also objects to this Request to the extent that it requires Fluent to search for third-party and non-party documents and information that are not within Fluent's possession, custody, or control. Subject to and without waiving the foregoing objections, Fluent responds that with respect to the Fluent/APC marketing campaign for Freedom to which Plaintiff was contacted, Fluent obtained prior express written consent before users were contacted on behalf of Freedom.

      **REQUEST FOR PRODUCTION NO. 20:** Please produce all DOCUMENTS and communications that relate to the failure, alleged failure, or possible failure of YOUR THIRD PARTIES or VENDORS to comply with YOUR POLICIES related to the generation of leads, including, but not limited to, DOCUMENTS and communications related to the failure, alleged failure, or possible failure of YOUR THIRD PARTIES or VENDORS to validate any lead(s).

      **RESPONSE:** Fluent objects to this Request on the grounds that it is overbroad and unduly burdensome, is not limited in scope to any of the claims raised by Plaintiff in this action, in particular the calls made to Plaintiff as part of the Fluent/APC marketing campaign for Freedom, and therefore is not proportional to the needs of the case. Fluent further objects to this Request on the basis that it seeks information that is not relevant to any party's claim or defense and therefore is not proportional to the needs of the case. Fluent also objects to this Request to the extent that it requires Fluent to search for third-party and non-party documents and information that are not within Fluent's possession, custody, or control. Subject to and without waiving the foregoing objections, Fluent responds that with respect to the Fluent/APC marketing campaign for Freedom to which Plaintiff was contacted, Fluent obtained prior express written consent before users were contacted on behalf of Freedom.

**REQUEST FOR PRODUCTION NO. 21:** Please produce all DOCUMENTS and communications that relate to YOUR failure, alleged failure, or possible failure to comply with YOUR POLICIES related to the generation of leads, including, but not limited to, DOCUMENTS and communications related to YOUR failure, alleged failure, or possible failure to validate any lead(s).

**RESPONSE:** Fluent objects to this Request on the grounds that it is overbroad and unduly burdensome, is not limited in scope to any of the claims raised by Plaintiff in this action, in particular the calls made to Plaintiff as part of the Fluent/APC marketing campaign for Freedom, and therefore is not proportional to the needs of the case. Fluent further objects to this Request on the basis that it seeks information that is not relevant to any party's claim or defense and therefore is not proportional to the needs of the case. Subject to and without waiving the foregoing objections, Fluent responds that with respect to the Fluent/APC marketing campaign for Freedom to which Plaintiff was contacted, Fluent obtained prior express written consent before users were contacted on behalf of Freedom.

**REQUEST FOR PRODUCTION NO. 22:** Please produce copies of all materials, business plans, memoranda, minutes, or other DOCUMENTS or ESI that reference telemarketing and/or generating leads, including any such materials directed to THIRD PARTIES.

**RESPONSE:** Fluent objects to this Request on the grounds that it is overbroad and unduly burdensome, is not limited in scope to any of the claims raised by Plaintiff in this action, in particular the calls made to Plaintiff as part of the Fluent/APC campaign for Freedom, and therefore is not proportional to the needs of the case. Fluent further objects to this Request on the basis that it seeks information that is not relevant to any party's claim or defense and therefore is not proportional to the needs of the case. Fluent also objects to this Request to the extent that it requires Fluent to search for third-party and non-party documents and information that are not within Fluent's possession, custody, or control. Subject to and without waiving the foregoing objections, Fluent responds that it will produce non-privileged documents as it relates to the claims made by Plaintiff that are in its possession, custody or control at a time and place convenient to the parties.

telemarketing and/or generating leads (including, but not limited to, all affidavits from FLUENT and correspondence related thereto).

**RESPONSE:** Fluent objects to this Request on the grounds that it is overbroad and unduly burdensome, is not limited in scope to any of the claims raised by Plaintiff in this action, in particular the calls made to Plaintiff as part of the Fluent/APC campaign for Freedom, and therefore is not proportional to the needs of the case. Fluent further objects to this Request on the basis that it seeks information that is not relevant to any party's claim or defense and therefore is not proportional to the needs of the case. Subject to and without waiving the foregoing objections, Fluent responds that it will produce non-privileged documents as it relates to the claims made by Plaintiff that are in its possession, custody or control at a time and place convenient to the parties.

**REQUEST FOR PRODUCTION NO. 26:** Please produce all DOCUMENTS relating to or comprising any payments made by YOU to any THIRD PARTY or VENDOR.

**RESPONSE:** Fluent objects to this Request on the grounds that it is overbroad and unduly burdensome, is not limited in scope to any of the claims raised by Plaintiff in this action, in particular the calls made to Plaintiff as part of the Fluent/APC marketing campaign for Freedom, and therefore is not proportional to the needs of the case. Fluent further objects to this Request on the basis that it seeks information that is not relevant to any party's claim or defense and therefore is not proportional to the needs of the case. Subject to and without waiving the foregoing objections, see Bates Numbers FREEDOM-46.

**REQUEST FOR PRODUCTION NO. 27:** Please produce any and all complaints made to YOU concerning telemarketing and or lead generation by YOU, or any VENDOR promoting YOUR products or services, including, but not limited to, lists or DATABASE(S) containing complaints, the content of complaints, and the names, addresses, telephone numbers, and email addresses of all PERSONS known to have made complaints. This Request specifically includes any complaints to YOU by mail, email, or telephone; submitted through online forms (including, but not limited to, forums dedicated to the reporting of unwanted calls) or social media; submitted to any government agency; submitted to any other organization such as the Better Business Bureau, Chamber of Commerce, or other consumer advice or protection organization; or any other

1 organization of any kind. (Note: This request is limited to requests and complaints that were
2 either made directly to YOU or that YOU were notified about.)

3 **RESPONSE:** Fluent objects to this Request on the grounds that it is overbroad and unduly
4 burdensome, is not limited in scope to any of the claims raised by Plaintiff in this action, in particular
5 the calls made to Plaintiff as part of the Fluent/APC marketing campaign for Freedom, and therefore
6 is not proportional to the needs of the case. Fluent further objects to this Request on the basis that it
7 seeks information that is not relevant to any party's claim or defense and therefore is not proportional
8 to the needs of the case. Fluent also objects to this Request on the grounds that it seeks information
9 and documents equally available to Plaintiff.

10 **REQUEST FOR PRODUCTION NO. 28:** Please produce all DOCUMENTS or ESI
11 constituting or referring to audits, investigations, inquiries, or studies, by YOU or any THIRD
12 PARTY, including, but not limited to, any independent auditor, law firm, or governmental agency,
13 regarding the compliance by YOU, or any THIRD PARTY or VENDOR acting on YOUR behalf,
14 with any state or federal laws or regulations involving telemarketing activities, including
15 generating leads or making telemarketing calls.

16 **RESPONSE:** Fluent objects to this Request on the grounds that it is overbroad and unduly
17 burdensome, is not limited in scope to any of the claims raised by Plaintiff in this action, in particular
18 the calls made to Plaintiff as part of the Fluent/APC marketing campaign for Freedom, and therefore
19 is not proportional to the needs of the case. Fluent further objects to this Request on the basis that it
20 seeks information that is not relevant to any party's claim or defense and therefore is not proportional
21 to the needs of the case. Subject to and without waiving the foregoing objections, Fluent responds
22 that it did not perform any audits, investigations, inquiries, or studies for any independent auditor,
23 law firm, or governmental agency in connection with the Fluent/APC marketing campaign for
24 Freedom.

25 **REQUEST FOR PRODUCTION NO. 29:** Please produce copies of all pleadings in
26 each lawsuit in state and/or federal court, including small claims court, in which YOU currently
27 are or were a named party and in which the plaintiff's claims arose under any state or federal laws
28 regulating telemarketing.