**REDACTED VERSION OF DOCUMENT(S) SOUGHT TO BE SEALED**

# Exhibit A

# Tr. Dep. Daniel J. Barsky

# [Placeholder for document filed under seal]