# Ex. B

# Fluent's Responses and Objections to Plaintiff's Discovery Requests

SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
  A Limited Liability Partnership
  Including Professional Corporations
JAY T. RAMSEY, Cal. Bar No. 273160
1901 Avenue of the Stars, Suite 1600
Los Angeles, California 90067-6055
Telephone:  310.228.3700
Facsimile:   310.228.3701
jramsey@sheppardmullin.com

Attorneys for Defendants
FLUENT, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL BERMAN, | Case No.: 4:18-CV-01060-DMR |
| Plaintiff, | *Hon. Yvonne Gonzalez Rogers* |
| v. | **FLUENT, INC.'S RESPONSES AND OBJECTIONS TO PLAINTIFF'S FIRST SET OF DISCOVERY** |
| FREEDOM FINANCIAL NETWORK, LLC, FREEDOM DEBT RELIEF, LLC, FLUENT, INC., and LEAD SCIENCE, LLC, | |
| Defendants. | |

1    Defendant Fluent, Inc. ("Fluent"), by and through its undersigned counsel, hereby submits

2  its Responses and Objections to the First Set of Discovery of Plaintiff Daniel Berman ("Plaintiff")

3  ("Discovery Requests").

4                    **I.    PRELIMINARY STATEMENT**

5    Fluent's response to the Discovery Requests propounded by Plaintiff are made solely for the

6  purpose of this action.  Each response is subject to all objections as to competence, relevance,

7  materiality, propriety, and admissibility and any and all other objections and grounds that would

8  require the exclusion of any statements herein if any requests were asked of, or if any statements

9  contained herein were made by, a witness present and testifying in court.  All objections and grounds

10  are reserved and may be interposed by Fluent at the time of trial.

11    Fluent responds to the Discovery Requests based upon the information presently known.

12  However, Fluent's discovery, investigation, and preparation for trial of this matter has not been

13  completed as of the date of these responses, and therefore, Fluent does not purport to state anything

14  more than information currently known and discovered by it.

15    Fluent reserves the right to continue discovery and investigate in this matter regarding facts,

16  witnesses, and supporting data.  Consequently, to the extent that the Discovery Requests ask for "all

17  documents," etc., they are responded to only so far as information is currently available to the

18  responding party.  Fluent specifically reserves its right to present at trial information discovered

19  after the date of these responses to Plaintiff's Discovery Requests.

20    The preliminary statement is incorporated into each and every response set forth below.

21                    **II.    GENERAL OBJECTIONS**

22    1.    Fluent objects to the Discovery Requests on the grounds that such they are not

23  directed to Fluent.

24    2.    Fluent objects to the Discovery Requests on the grounds that such they seek corporate

25  information and/or corporate documents that are not in the possession, custody or control of Fluent.

26    3.    Fluent objects to the Discovery Requests to the extent that they purport to impose

27  obligations upon Fluent that are inconsistent with and/or in addition to those imposed by the Federal

28  Rules of Civil Procedure and/or applicable case law.

4.      Fluent objects to the Discovery Requests to the extent that they seek documents or information that are not within Fluent's possession, custody or control, on the grounds that such Discovery Requests are overly broad and unduly burdensome, and on the grounds that such Discovery Requests could require Fluent to search for third-party and non-party information and answer on behalf of third-parties or non-parties.

5.      Fluent objects to the Discovery Requests to the extent that they seek information that already is in the possession of Plaintiff or that is publicly available.

6.      Fluent objects to the Discovery Requests to the extent that they call for the disclosure of information or communications protected by the attorney-client privilege and/or the work-product doctrine.

7.      Fluent objects to the Discovery Requests to the extent that they are vague and ambiguous.

8.      Fluent objects to the Discovery Requests to the extent that they seek information that is neither relevant proportional to the needs of the case.

9.      Fluent objects to the scope of the Discovery Requests to the extent that they seek information and documents outside the scope of the applicable statute of limitations period.

10.     Fluent's providing of documents and/or information herein pursuant to the Discovery Requests shall not be construed as an admission by Fluent that any such document and/or information is either relevant or admissible for any purpose, including trial, in this action.

11.     Fluent's investigation of facts and discovery of documents and other information relating to the claims at issue in this action is continuing and ongoing.  Fluent's responses to the Discovery Requests are based only upon such information and documents that are available to Fluent at the time of these responses. Fluent anticipates that further investigation and discovery may disclose additional documents and/or information which have been requested in the Discovery Requests.  Fluent reserves the right to modify and/or supplement any and all of its responses to the Discovery Requests as additional information is obtained or becomes known to it.

12.     Fluent incorporate these General Objections into each and every response below as if fully set forth in each response.

## III.   INTERROGATORIES

**INTERROGATORY NO. 1:**     IDENTIFY each and every PERSON who provided the information to answer these interrogatories and specify each interrogatory or interrogatories about which each such PERSON had information.

**ANSWER:** Fluent objects to this Interrogatory to the extent that it seeks information protected by the attorney-client privilege and/or work-product doctrine.  Subject to and without waiving the foregoing objections, Fluent responds as follows: Daniel Barsky.

**INTERROGATORY NO. 2:**     IDENTIFY any DATABASES, lists, or other computer systems or equipment YOU, or any THIRD PARTY, use to maintain records of a PERSON'S purported consent to receive calls from YOU on a cellular telephone.

**ANSWER:** Fluent objects to this Interrogatory on the grounds that it is overbroad and unduly burdensome, is not limited in scope to any of the claims raised by Plaintiff in this action, in particular the calls made to Plaintiff, and therefore is not proportional to the needs of the case. Fluent further objects to this Interrogatory on the basis that it seeks information that is not relevant to any party's claim or defense and therefore is not proportional to the needs of the case. Fluent objects to this Interrogatory to the extent that it requires Fluent to search for third-party and/or non-party documents and information that are not within Fluent's possession, custody, or control. Subject to and without waiving the foregoing objections, Fluent responds that it does not make calls.  Fluent further states that Fluent and its IT Team designed and developed Fluent's proprietary ad serving and lead generation system (the "System"). The System is tied to Fluent's owned and operated consumer-facing websites that promote rewards, sweepstakes, job listings and other content (each a "Website" and collectively, "Websites"). When a user accesses a Website, the System displays a series of webpages to the user. Users who land on a Website are, in general, first, asked to supply registration information—name, address, date of birth, and telephone number—and then agrees to the Terms and Conditions of the Website. The user is asked a series dynamically-populated survey questions as determined by the System.[1] The System records in a database maintained and operated

---

[1] If the System recognizes that a user has already registered on a Website, it may streamline the registration process and tie the previously-supplied information to the user.

1   in the ordinary course of its business operations ("Database") what was displayed to the user,

2   information gathered from the user such as whether the user accessed the Website from a mobile

3   device or a landline, and the user's inputs/responses in various tables. The System and Database are

4   used by Fluent and its wholly owned subsidiaries, including American Prize Center ("APC").

5         After the survey questions, the System will display a TCPA consent page that solicits a user's

6   prior express written consent. The System uses a third-party service provider to determine whether

7   the telephone number input by a user to access a Website is a valid mobile number, and if so, the

8   user's wireless carrier. A user may provide consent by checking an unchecked box and clicking

9   "Continue" to be contacted via telemarketing and text message by advertisers who are listed in the

10  consent and/or in a hyperlinked shadowbox (each a "Marketing Partner" and collectively, the

11  "Marketing Partners"). The System will not post a lead pertaining to a user, e.g., including the phone

12  number input by the user, unless the user checked the checkbox on the TCPA consent and then

13  clicked the "Continue" button. If a user does not check the box for TCPA consent but clicks the

14  "Continue" button, the user will progress to the next page of the Website, but the user's telephone

15  number will not be posted to any call center clients and the user will not be contacted via

16  telemarketing.  In addition, the user's telephone number will not be posted to an application program

17  interface ("API") shared with Fluent's text message service providers, and the user will not receive

18  any text messages or calls from any of Fluent's service providers or Marketing Partners.  The

19  telephone numbers made available to Marketing Partners are only the numbers that are input into

20  the System by a user after the user provides consent to be contacted via telephone or text message

21  by checking the TCPA consent box and clicking the "Continue" button.

22        For a user profile to be created and a telephone number supplied to Fluent or APC via any

23  of the Websites they own and operate, such information must be provided by a user who has

24  manually entered the information in the website field for entry of a telephone number.

25        Upon information and belief, Plaintiff or a user on Plaintiff's behalf and/or in possession of

26  Plaintiff's phone number, manually input Plaintiff's telephone number on a Website and then

27  provided prior express written consent to be contacted by Fluent/APC and its marketing partners,

28  such as Freedom Financial Network, LLC and Freedom Debt Relief, LLC (collectively "Freedom"),

by clicking the uncheck checkbox in the TCPA consent box (which causes the box to be checked) and then clicking the "Continue" button. Plaintiff's telephone number was then posted to an API and shared with Lead Science, LLC (hereinafter "Drips"), which is a third-party service provider used by Fluent and APC. The subject calls made to Plaintiff by Drips were part of a Fluent/APC marketing campaign for Freedom.

**INTERROGATORY NO. 3:**        IDENTIFY all THIRD PARTIES or VENDORS whose work relates to telemarketing and DESCRIBE the services each such THIRD PARTY or VENDOR performs for YOU.

**ANSWER:** Fluent objects to this Interrogatory on the grounds that it is overbroad and unduly burdensome, is not limited in scope to any of the claims raised by Plaintiff in this action, in particular the calls made to Plaintiff as part of the Fluent/APC campaign for Freedom, and therefore is not proportional to the needs of the case. Fluent further objects to this Interrogatory on the basis that it seeks information that is not relevant to any party's claim or defense and therefore is not proportional to the needs of the case. Subject to and without waiving the foregoing objections, Fluent responds that as it relates to Plaintiff's claims, Fluent/APC generate marketing leads for Freedom as part of a click-to-call campaign and contracted with Drips to send text messages and make calls to users who provided prior express written consent.

**INTERROGATORY NO. 4:**        DESCRIBE any and all POLICIES related to telemarketing, including, but not limited to, generating leads for purposes of telemarketing, that were provided by YOU to any THIRD PARTIES or VENDORS identified in Interrogatory No. 3.

**ANSWER:** Fluent objects to this Interrogatory on the grounds that it is overbroad and unduly burdensome, is not limited in scope to any of the claims raised by Plaintiff in this action, in particular the calls made to Plaintiff as part of the Fluent/APC marketing campaign for Freedom, and therefore is not proportional to the needs of the case. Fluent further objects to this Interrogatory on the basis that it seeks information that is not relevant to any party's claim or defense and therefore is not proportional to the needs of the case. Fluent objects to this Interrogatory to the extent that it requires Fluent to search for third-party and non-party documents and information that are not within Fluent's possession, custody, or control.  Subject to and without waiving the foregoing objections,

Fluent responds that as it relates to the Fluent/APC marketing campaign for Freedom, the only "policy" that it provided to Drips was the language set forth in the contract entered into between the parties requiring compliance with all applicable laws, including the TCPA.

**INTERROGATORY NO. 5:**        DESCRIBE any and all POLICIES related to telemarketing, including, but not limited to, generating leads for purposes of telemarketing.

**ANSWER:** Fluent objects to this Interrogatory on the grounds that it is overbroad and unduly burdensome, is not limited in scope to any of the claims raised by Plaintiff in this action, in particular the calls made to Plaintiff as part of the Fluent/APC marketing campaign for Freedom, and therefore is not proportional to the needs of the case. Fluent further objects to this Interrogatory on the basis that it seeks information that is not relevant to any party's claim or defense and therefore is not proportional to the needs of the case.  Subject to and without waiving the foregoing objections, Fluent responds that as it relates to the Fluent/APC marketing campaign for Freedom, its "policy" is set forth in the agreement between the parties, which is to generate leads for Freedom upon the prior express written consent of the recipient.

**INTERROGATORY NO. 6:**        IDENTIFY all PERSONS who have made requests to stop being called by YOU or any VENDOR.

**ANSWER**: Fluent objects to this Interrogatory on the grounds that it is overbroad and unduly burdensome, is not limited in scope to any of the claims raised by Plaintiff in this action, in particular the calls made to Plaintiff as part of the Fluent/APC marketing campaign for Freedom, and therefore is not proportional to the needs of the case. Fluent further objects to this Interrogatory on the basis that it seeks information that is not relevant to any party's claim or defense and therefore is not proportional to the needs of the case.  Fluent also objects to this Interrogatory to the extent that it seeks information protected by the attorney-client privilege and/or work-product doctrine. Fluent objects to this Interrogatory to the extent that it requires Fluent to search for third-party and non-party documents and information that are not within Fluent's possession, custody, or control. Subject to and without waiving the foregoing objections, Fluent responds that it has a strict policy of honoring all requests by users to "stop" being called.

1     **INTERROGATORY NO. 7:**    IDENTIFY and provide all contact information YOU

2  have for the individuals or entities that physically dialed the calls to the PLAINTIFF alleged in his

3  Complaint and identify their job responsibilities.

4     **ANSWER**: Upon information and belief, Plaintiff or a user on Plaintiff's behalf and/or in

5  possession of Plaintiff's phone number, manually input Plaintiff's telephone number on a Website

6  and then provided prior express written consent to be contacted. Plaintiff's telephone number was

7  then posted to an API and shared with Drips. The subject calls made to Plaintiff by Drips were part

8  of a Fluent/APC marketing campaign for Freedom. Fluent does not make telephone calls and is

9  without knowledge as to the identity of any of the equipment and/or software used to make calls.

10     **INTERROGATORY NO. 8:**    State whether any documents responsive to the

11  Request for Production (served contemporaneously herewith) have been destroyed or lost, or

12  cannot be accounted for.  If your answer to the preceding is anything other than an unqualified

13  negative, please:

14     (a) identify each and every document that was destroyed or lost, or is unaccounted for;

15     (b) state when you believe the document(s) was destroyed or lost, or became unaccounted

16         for;

17     (c) state what reason or explanation you have, if any, for the destruction or loss of or inability

18         to account for the document(s) identified in sub-part (a); and

19     (d) identify the persons who are most knowledgeable about the information in sub-parts (a)

20         through (c) of this Interrogatory.

21     **ANSWER**: Upon information and belief, none. To the extent that Fluent becomes aware of

22  any document(s) that was destroyed, lost, or unaccounted for, Fluent will amend its answer to this

23  Interrogatory.

24     **INTERROGATORY NO. 9:**    IDENTIFY each dialing system YOU or any THIRD

25  PARTIES or VENDORS you use, make telemarketing calls with you.

26     **ANSWER**: Fluent objects to this Interrogatory on the grounds that it is overbroad and

27  unduly burdensome, is not limited in scope to any of the claims raised by Plaintiff in this action, in

28  particular the calls made to Plaintiff as part of the Fluent/APC marketing campaign for Freedom,

1    and therefore is not proportional to the needs of the case. Fluent further objects to this Interrogatory

2    on the basis that it seeks information that is not relevant to any party's claim or defense and therefore

3    is not proportional to the needs of the case. Subject to and without waiving the foregoing objections,

4    Fluent responds that Fluent does not make telemarketing calls. Fluent is without knowledge as to

5    the dialing system used by its VENDORS.

6    **INTERROGATORY NO. 10:**          IDENTIFY all revenue for YOU generated from

7    telemarketing by year from 2014 forward.

8    **ANSWER**: Fluent objects to this Interrogatory on the grounds that it is overbroad and

9    unduly burdensome, is not limited in scope to any of the claims raised by Plaintiff in this action, in

10   particular the calls made to Plaintiff as part of the Fluent/APC marketing campaign for Freedom,

11   and therefore is not proportional to the needs of the case. Fluent further objects to this Interrogatory

12   on the basis that it seeks information that is not relevant to any party's claim or defense and therefore

13   is not proportional to the needs of the case.

14   **INTERROGATORY NO. 11:**         Identify all job responsibilities of FLUENT as it

15   pertains to customer retention or customer acquisition for FREEDOM FINANCIAL.

16   **ANSWER**: Fluent objects to this Interrogatory on the grounds that it is ambiguous,

17   confusing, and vague. Subject to and without waiving the foregoing objections, Fluent responds that

18   Fluent and APC generate marketing leads for Freedom pursuant to a marketing campaign.

19   **INTERROGATORY NO. 12:**         For any telephone or call detail records produced in

20   response to any of the Plaintiff's interrogatories or document requests, provide:

21       a.   Identifying information for the person you were trying to reach (e.g., name,

22            business name, address, email, fax number, all phone numbers);

23       b.   The source(s) where you obtained the telephone number called, including the

24            nature of such relationship and the facts and circumstances surrounding such; and

25       c.   Identification of the equipment, third party, and/or software used to make the call

26            (e.g., Avatar, ytel, Five9, Guaranteed Contacts, Aspect, Avaya), and the location of

27            the call origination/dialer.

28

1    **ANSWER**: Fluent objects to this Interrogatory on the grounds that it is overbroad and

2 unduly burdensome, is not limited in scope to any of the claims raised by Plaintiff in this action, in

3 particular the calls made to Plaintiff as part of the Fluent/APC marketing campaign for Freedom,

4 and therefore is not proportional to the needs of the case. Fluent further objects to this Interrogatory

5 on the basis that it seeks information that is not relevant to any party's claim or defense and therefore

6 is not proportional to the needs of the case.  Subject to and without waiving the foregoing objections,

7 Fluent responds that it does not make telephone calls and is without knowledge as to the identity of

8 any equipment and/or software used to make calls.  By way of further response, this case involves

9 a Plaintiff whose telephone number was input in APC's System and the user who input that

10 telephone number provided prior express written consent to be contacted. Fluent objects to any

11 request by Plaintiff for Fluent to search all of its records and then further to determine how many

12 leads were transferred to Fluent, and then to determine if the person who consented to be contacted

13 was different than the person who was actually contacted. Such an individualized inquiry is unduly

14 burdensome.

15       **IV.    REQUESTS FOR PRODUCTION**

16    **REQUEST FOR PRODUCTION NO. 1:**  Please produce all non-attorney-client-

17 privileged DOCUMENTS and/or ESI identified in, related to or used to research or draft responses

18 to Plaintiff's First Set of Interrogatories Propounded to YOU.

19    **RESPONSE:** Fluent objects to this Request to the extent it calls for documents protected by

20 the work-product doctrine.  Subject to and without waiving the foregoing objections, and to the

21 extent not already produced by Freedom, Fluent responds that it will produce non-privileged

22 documents responsive to this Request that are in its possession, custody or control at a time and

23 place convenient to the parties.

24    **REQUEST FOR PRODUCTION NO. 2:**  Please produce all DOCUMENTS or ESI

25 related to PLAINTIFF, including, but not limited to, all DOCUMENTS evidencing YOUR

26 relationship with PLAINTIFF or YOUR investigation into calls made to PLAINTIFF.

27    **RESPONSE:** Fluent objects to this Request on the grounds that it seeks information and

28 documents equally available to Plaintiff from his own records. Fluent further objects to this Request

1  to the extent it requires Fluent to search for third-party and non-party documents and information

2  that are not within Fluent's possession, custody, or control. Subject to and without waiving the

3  foregoing objections, see Bates Numbers FREEDOM-435, FREEDOM-498-513.

4      **REQUEST FOR PRODUCTION NO. 3:**  Please produce any and all DOCUMENTS or

5  ESI related to the system(s), platform(s), and/or equipment used by YOU, or any VENDOR, to

6  make telemarketing calls promoting YOUR products or services, or to store data about

7  telemarketing calls promoting YOUR products or services or leads used for such telemarketing

8  purposes.  This Request specifically includes, but is not limited to, any and all manuals or guides

9  for such system(s), platform(s), and/or equipment.

10      **RESPONSE:** Fluent objects to this Request on the grounds that it is overbroad and unduly

11  burdensome, is not limited in scope to any of the claims raised by Plaintiff in this action, in particular

12  the calls made to Plaintiff as part of the Fluent/APC marketing campaign for Freedom, and therefore

13  is not proportional to the needs of the case. Fluent further objects to this Request on the basis that it

14  seeks information that is not relevant to any party's claim or defense and therefore is not proportional

15  to the needs of the case. Fluent objects to this Request to the extent that it requires Fluent to search

16  for third-party and non-party documents and information that are not within Fluent's possession,

17  custody, or control. Subject to and without waving the foregoing objections, Fluent responds that it

18  did not make calls promoting its products or services in connection with the Fluent/APC marketing

19  campaign for Freedom.

20      **REQUEST FOR PRODUCTION NO. 4:**  Please produce any and all DOCUMENTS or

21  ESI related to any DATABASES, lists, or other computer systems or equipment YOU use to

22  maintain records of a PERSON'S purported consent to receive calls promoting YOUR products or

23  services on a cellular telephone.  This Request specifically includes, but is not limited to, any and

24  all manuals or guides for such computer systems or equipment as well as all DOCUMENTS or

25  ESI YOU relied on to formulate YOUR Answer to Interrogatory No. 3.

26      **RESPONSE:** Fluent objects to this Request on the grounds that it is overbroad and unduly

27  burdensome, is not limited in scope to any of the claims raised by Plaintiff in this action, in particular

28  the calls made to Plaintiff as part of the Fluent/APC marketing campaign for Freedom, and therefore

1  is not proportional to the needs of the case. Fluent further objects to this Request on the basis that it

2  seeks information that is not relevant to any party's claim or defense and therefore is not proportional

3  to the needs of the case.  Fluent also objects to this Request to the extent that it requires Fluent to

4  search for third-party and non-party documents and information that are not within Fluent's

5  possession, custody, or control. Subject to and without waving the foregoing objections, Fluent

6  responds that it did not make calls promoting its products or services in connection with the

7  Fluent/APC marketing campaign for Freedom. By way of further response, see Bates Numbers

8  FREEDOM-435, 498-507.

9       **REQUEST FOR PRODUCTION NO. 5:**  Please produce any and all DATABASES or

10  lists identified in YOUR Answer to Interrogatory No. 3.

11       **RESPONSE:** Fluent objects to this Request on the grounds that it is overbroad and unduly

12  burdensome, is not limited in scope to any of the claims raised by Plaintiff in this action, in particular

13  the calls made to Plaintiff as part of the Fluent/APC marketing campaign for Freedom, and therefore

14  is not proportional to the needs of the case.  Fluent further objects to this Request on the basis that

15  it seeks information that is not relevant to any party's claim or defense and therefore is not

16  proportional to the needs of the case.  Subject to and without waiving the foregoing objections, see

17  Bates Number FREEDOM-435.

18       **REQUEST FOR PRODUCTION NO. 6:**  Please produce any and all data dictionaries or

19  keys to data tables for:

20            a.       Each system, platform, and/or equipment used by YOU, or any VENDOR,

21  to make telemarketing calls promoting YOUR products or services, or to store data about

22  telemarketing calls promoting YOUR products or services or leads used for such telemarketing

23  purposes;

24            b.       Each DATABASE, list, or other computer system or equipment YOU use to

25  maintain records of a PERSON'S purported consent to receive calls promoting YOUR products or

26  services on a cellular telephone; and

27

28

1       c.      Each DATABASE, list, or other computer system or equipment YOU use to

2 record a PERSON'S revocation of consent to receive calls promoting YOUR goods or services on

3 a cellular telephone.

4      **RESPONSE:** Fluent objects to this Request on the grounds that it is overbroad and unduly

5 burdensome, is not limited in scope to any of the claims raised by Plaintiff in this action, in particular

6 the calls made to Plaintiff as part of the Fluent/APC marketing campaign for Freedom, and therefore

7 is not proportional to the needs of the case. Fluent further objects to this Request on the basis that

8 it seeks information that is not relevant to any party's claim or defense and therefore is not

9 proportional to the needs of the case. Fluent also objects to this Request to the extent that it requires

10 Fluent to search for third-party and non-party documents and information that are not within

11 Fluent's possession, custody, or control. Subject to and without waving the foregoing objections,

12 Fluent responds that it did not make calls promoting its products or services in connection with the

13 Fluent/APC marketing campaign for Freedom.

14      **REQUEST FOR PRODUCTION NO. 7:**  Please produce all DOCUMENTS or ESI

15 related to YOUR records of any telemarketing calls made by YOU, or on YOUR behalf, during

16 the RELEVANT TIME PERIOD, including, but not limited to, the following:

17      a.     The date and time each call was made;

18      b.     The number of calls made;

19      c.     The telephone numbers and area codes of each call;

20      d.     The result of each call (i.e., live answer, answering machine, voicemail,

21 hang up, etc.);

22      e.     The duration of each call;

23      f.     Identifying information for the PERSON(S) called (e.g., name, address,

24 email address, etc.) and, if different, identifying information for the PERSON(S) to whom the

25 calls were intended to be made;

26      g.     The dialing mode each call was made in (e.g., predictive mode, preview

27 mode, manually, etc.);

28

1       h.       The telephone numbers for all outgoing telephone lines that were used in

2   making the calls;

3       i.       The identity of the telephone companies or carriers that were used to make

4   the calls; and

5       j.       Any other information regarding the calls (e.g., reports, data compilations,

6   verifications, opt-in or opt-out records, transmission reports, recordings, etc.).

7       **<u>RESPONSE:</u>** Fluent objects to this Request on the grounds that it is overbroad and unduly

8   burdensome, is not limited in scope to any of the claims raised by Plaintiff in this action, in particular

9   the calls made to Plaintiff as part of the Fluent/APC marketing campaign for Freedom, and therefore

10  is not proportional to the needs of the case.  Fluent further objects to this Request on the basis that

11  it seeks information that is not relevant to any party's claim or defense and therefore is not

12  proportional to the needs of the case.  Fluent also objects to this Request to the extent that it requires

13  Fluent to search for third-party and non-party documents and information that are not within

14  Fluent's possession, custody, or control. Subject to and without waving the foregoing objections,

15  Fluent responds that it did not make telephone calls in connection with the Fluent/APC marketing

16  campaign for Freedom. By way of further response, see Bates Number FREEDOM-435.

17      **<u>REQUEST FOR PRODUCTION NO. 8:</u>**    Please produce all DOCUMENTS or ESI

18  provided to YOU by any THIRD PARTY or VENDOR related to records of telemarketing calls

19  made for purposes of generating leads and/or acquiring or identifying prospective customers for

20  YOU during the RELEVANT TIME PERIOD, including, but not limited to, the following:

21      a.       The date and time each call was made;

22      b.       The number of calls made;

23      c.       The telephone numbers and area codes of each call;

24      d.       The result of each call (i.e., live answer, answering machine, voicemail,

25  hang up, etc.);

26      e.       The duration of each call;

27      f.       The dialing mode each call was made in (e.g., predictive mode, preview

28  mode, manually, etc.);

1          g.      The telephone numbers for all outgoing telephone lines that were used in

2 making the calls;

3          h.      The identity of the telephone companies or carriers that were used to make

4 the calls;

5          i.      Identifying information for the PERSON(S) or lead(s) called (e.g., name,

6 address, email address, etc.) and, if different, identifying information for the PERSON(S) to whom

7 the calls were intended to be made;

8          j.      Data regarding the source of each lead called, including, but not limited to,

9 the company name, web page visited, or keyword searched;

10         k.      Any data received from the lead source, including, but not limited to,

11 consent records;

12         l.      Hot/warm transfer data;

13         m.      Call routing data; and

14         n.      Any other information regarding the calls (e.g., call data records, reports,

15 data compilations, verifications, opt-in or opt-out records, transmission reports, recordings, etc.).

16     **RESPONSE:** Fluent objects to this Request on the grounds that it is overbroad and unduly

17 burdensome, is not limited in scope to any of the claims raised by Plaintiff in this action, in particular

18 the calls made to Plaintiff as part of the Fluent/APC marketing campaign for Freedom, and therefore

19 is not proportional to the needs of the case. Fluent further objects to this Request on the basis that

20 it seeks information that is not relevant to any party's claim or defense and therefore is not

21 proportional to the needs of the case. Fluent also objects to this Request to the extent that it requires

22 Fluent to search for third-party and non-party documents and information that are not within

23 Fluent's possession, custody, or control. Subject to and without waving the foregoing objections,

24 Fluent responds that it did not make telephone calls in connection with the Fluent/APC marketing

25 campaign for Freedom. By way of further response, see Bates Number FREEDOM-435.

26     **REQUEST FOR PRODUCTION NO. 9:**   Please produce all DOCUMENTS or ESI

27 related to YOUR records of any leads generated for or provided to YOU for telemarketing

28

purposes during the RELEVANT TIME PERIOD, including, but not limited to, the dates the leads were generated, the number of leads, and their source.

**RESPONSE:** Fluent objects to this Request on the grounds that it is overbroad and unduly burdensome, is not limited in scope to any of the claims raised by Plaintiff in this action, in particular the calls made to Plaintiff as part of the Fluent/APC marketing campaign for Freedom, and therefore is not proportional to the needs of the case.  Fluent further objects to this Request on the basis that it seeks information that is not relevant to any party's claim or defense and therefore is not proportional to the needs of the case.  Fluent also objects to this Request to the extent that it requires Fluent to search for third-party and non-party documents and information that are not within Fluent's possession, custody, or control. Subject to and without waiving the foregoing objections, Fluent responds that no leads were generated for or provided to Fluent as part of the Fluent/APC marketing campaign for Freedom. By way of further response, see Bates Numbers FREEDOM-435, 498-507.

**REQUEST FOR PRODUCTION NO. 10:** Produce any written script(s) used by YOU or provided by YOU to any THIRD PARTY or VENDOR, for telemarketing purposes including, but not limited to, generating leads, during the RELEVANT TIME PERIOD.

**RESPONSE:** Fluent objects to this Request on the grounds that it is overbroad and unduly burdensome, is not limited in scope to any of the claims raised by Plaintiff in this action, in particular the calls made to Plaintiff as part of the Fluent/APC marketing campaign for Freedom, and therefore is not proportional to the needs of the case.  Fluent further objects to this Request on the basis that it seeks information that is not relevant to any party's claim or defense and therefore is not proportional to the needs of the case. Fluent also objects to this Request to the extent that it requires Fluent to search for third-party and non-party documents and information that are not within Fluent's possession, custody, or control. Subject to and without waiving the foregoing objections, see Bates Numbers FREEDOM-250-54, 264-67, 435.

**REQUEST FOR PRODUCTION NO. 11:** Please produce any and all DOCUMENTS or ESI relating to the written script(s) used by YOU, or any THIRD PARTY or VENDOR, for

1  telemarketing purposes including, but not limited to, generating leads, during the RELEVANT
2  TIME PERIOD, including, but not limited to, any draft or proposed language.

3      **RESPONSE:** Fluent objects to this Request on the grounds that it is overbroad and unduly
4  burdensome, is not limited in scope to any of the claims raised by Plaintiff in this action, in particular
5  the calls made to Plaintiff as part of the Fluent/APC marketing campaign for Freedom, and therefore
6  is not proportional to the needs of the case.  Fluent further objects to this Request on the basis that
7  it seeks information that is not relevant to any party's claim or defense and therefore is not
8  proportional to the needs of the case. Fluent also objects to this Request to the extent that it requires
9  Fluent to search for third-party and non-party documents and information that are not within
10 Fluent's possession, custody, or control. Subject to and without waiving the foregoing objections,
11 see Bates Numbers FREEDOM-250-54, 264-67, 435.

12     **REQUEST FOR PRODUCTION NO. 12:** Please produce any and all DOCUMENTS,
13 DATABASES, list(s), or ESI relating to any and all THIRD PARTIES or VENDORS whose work
14 relates to telemarketing, including, but not limited to, generating leads for telemarketing purposes,
15 which DOCUMENTS or ESI also relate to such activities.

16     **RESPONSE:** Fluent objects to this Request on the grounds that it is overbroad and unduly
17 burdensome, is not limited in scope to any of the claims raised by Plaintiff in this action, in particular
18 the calls made to Plaintiff as part of the Fluent/APC marketing campaign for Freedom, and therefore
19 is not proportional to the needs of the case.  Fluent further objects to this Request on the basis that
20 it seeks information that is not relevant to any party's claim or defense and therefore is not
21 proportional to the needs of the case. Fluent also objects to this Request to the extent that it requires
22 Fluent to search for third-party and non-party documents and information that are not within
23 Fluent's possession, custody, or control. Subject to and without waiving the foregoing objections,
24 Fluent responds that it will produce non-privileged documents as it relates to the claims made by
25 Plaintiff that are in its possession, custody or control at a time and place convenient to the parties.

26     **REQUEST FOR PRODUCTION NO. 13:** Please produce all DOCUMENTS or ESI in
27 YOUR possession demonstrating that any PERSON, including PLAINTIFF, gave prior express
28 consent to receive calls promoting YOUR products or services on their cellular telephones.

1      **RESPONSE:** Fluent objects to this Request on the grounds that it is overbroad and unduly

2    burdensome, is not limited in scope to any of the claims raised by Plaintiff in this action, in particular

3    the calls made to Plaintiff as part of the Fluent/APC marketing campaign for Freedom, and therefore

4    is not proportional to the needs of the case.  Fluent further objects to this Request on the basis that

5    it seeks information that is not relevant to any party's claim or defense and therefore is not

6    proportional to the needs of the case. Fluent also objects to this Request to the extent that it requires

7    Fluent to search for third-party and non-party documents and information that are not within

8    Fluent's possession, custody, or control. Subject to and without waiving the foregoing objections,

9    Fluent did not promote its goods or services in connection with the Fluent/APC marketing campaign

10    for Freedom. By way of further response, see Bates Number FREEDOM-498-504.

11      **REQUEST FOR PRODUCTION NO. 14:**  Please produce all DOCUMENTS or ESI

12    evidencing any and all POLICIES related to telemarketing, and a timeline indicating the periods

13    during which each such POLICY was in effect.  This request specifically includes, but is not

14    limited to, POLICIES related to compliance with the Telephone Consumer Protection Act, 47

15    U.S.C. § 227, including, but not limited to, the rules, regulations, opinions, advisories, comments,

16    or filings of the Federal Communications Commission that relate to 47 U.S.C. § 227 and

17    47 C.F.R. § 64.1200(c)(2) & (d) as well as obtaining or verifying prior express consent; and the

18    handling of do-not-call requests.

19      **RESPONSE:** Fluent objects to this Request on the grounds that it is overbroad and unduly

20    burdensome, is not limited in scope to any of the claims raised by Plaintiff in this action, in particular

21    the calls made to Plaintiff as part of the Fluent/APC marketing campaign for Freedom, and therefore

22    is not proportional to the needs of the case.  Fluent further objects to this Request on the basis that

23    it seeks information that is not relevant to any party's claim or defense and therefore is not

24    proportional to the needs of the case. Subject to and without waiving the foregoing objections, see

25    Bates Numbers FREEDOM-22, 32-33, 197, 498-504.

26      **REQUEST FOR PRODUCTION NO. 15:** Please produce all DOCUMENTS or ESI that

27    relate to the failure, alleged failure, or possible failure of YOUR THIRD PARTIES or VENDORS

28

1   to comply with the parameters of any agreements, contracts, scopes of work, or other

2   instruction(s) imposed by YOU regarding telemarketing.

3       **RESPONSE:** Fluent objects to this Request on the grounds that it is overbroad and unduly

4   burdensome, is not limited in scope to any of the claims raised by Plaintiff in this action, in particular

5   the calls made to Plaintiff as part of the Fluent/APC marketing campaign for Freedom, and therefore

6   is not proportional to the needs of the case.  Fluent further objects to this Request on the basis that

7   it seeks information that is not relevant to any party's claim or defense and therefore is not

8   proportional to the needs of the case. Fluent also objects to this Request to the extent that it requires

9   Fluent to search for third-party and non-party documents and information that are not within

10  Fluent's possession, custody, or control. Subject to and without waiving the foregoing objections,

11  Fluent responds that with respect to the Fluent/APC marketing campaign for Freedom to which

12  Plaintiff was contacted, Fluent obtained prior express written consent before users were contacted

13  on behalf of Freedom.

14      **REQUEST FOR PRODUCTION NO. 16:**   Please produce all DOCUMENTS and

15  communications that relate to the failure, alleged failure, or possible failure of YOUR THIRD

16  PARTIES or VENDORS to comply with YOUR POLICIES related to making telemarketing calls

17  promoting YOUR products or services, including, but not limited to, DOCUMENTS and

18  communications related to the failure, alleged failure, or possible failure of YOUR THIRD

19  PARTIES or VENDORS to honor do-not-call requests.

20      **RESPONSE:** Fluent objects to this Request on the grounds that it is overbroad and unduly

21  burdensome, is not limited in scope to any of the claims raised by Plaintiff in this action, in particular

22  the calls made to Plaintiff as part of the Fluent/APC marketing campaign for Freedom, and therefore

23  is not proportional to the needs of the case.  Fluent further objects to this Request on the basis that

24  it seeks information that is not relevant to any party's claim or defense and therefore is not

25  proportional to the needs of the case. Fluent also objects to this Request to the extent that it requires

26  Fluent to search for third-party and non-party documents and information that are not within

27  Fluent's possession, custody, or control.

28

1    **REQUEST FOR PRODUCTION NO. 17:**  Please produce all DOCUMENTS and
2    communications that relate to YOUR failure, alleged failure, or possible failure to comply with
3    YOUR POLICIES related to making telemarketing calls, including, but not limited to,
4    DOCUMENTS and communications related to YOUR failure, alleged failure, or possible failure
5    to honor do-not-call requests.

6       **RESPONSE:** Fluent objects to this Request on the grounds that it is overbroad and unduly
7    burdensome, is not limited in scope to any of the claims raised by Plaintiff in this action, in particular
8    the calls made to Plaintiff as part of the Fluent/APC marketing campaign for Freedom, and therefore
9    is not proportional to the needs of the case.  Fluent further objects to this Request on the basis that
10   it seeks information that is not relevant to any party's claim or defense and therefore is not
11   proportional to the needs of the case. Fluent also objects to this Request to the extent that it requires
12   Fluent to search for third-party and non-party documents and information that are not within
13   Fluent's possession, custody, or control.

14      **REQUEST FOR PRODUCTION NO. 18:** Please produce all DOCUMENTS or ESI
15   relating to any and all POLICIES regarding the generation of leads, including, but not limited to,
16   POLICIES related to confirming the validity of all leads.

17      **RESPONSE:** Fluent objects to this Request on the grounds that it is overbroad and unduly
18   burdensome, is not limited in scope to any of the claims raised by Plaintiff in this action, in particular
19   the calls made to Plaintiff as part of the Fluent/APC marketing campaign for Freedom, and therefore
20   is not proportional to the needs of the case.  Fluent further objects to this Request on the basis that
21   it seeks information that is not relevant to any party's claim or defense and therefore is not
22   proportional to the needs of the case. Subject to and without waiving the foregoing objections, see
23   Bates Numbers FREEDOM-498-504.

24      **REQUEST FOR PRODUCTION NO. 19:** Please produce all DOCUMENTS or ESI that
25   relate to the failure, alleged failure, or possible failure of YOUR THIRD PARTIES or VENDORS
26   to comply with the parameters of any agreements, contracts, scopes of work, or other
27   instruction(s) imposed by YOU regarding the generation of leads.

28

1   **RESPONSE:** Fluent objects to this Request on the grounds that it is overbroad and unduly

2   burdensome, is not limited in scope to any of the claims raised by Plaintiff in this action, in particular

3   the calls made to Plaintiff as part of the Fluent/APC marketing campaign for Freedom, and therefore

4   is not proportional to the needs of the case.  Fluent further objects to this Request on the basis that

5   it seeks information that is not relevant to any party's claim or defense and therefore is not

6   proportional to the needs of the case. Fluent also objects to this Request to the extent that it requires

7   Fluent to search for third-party and non-party documents and information that are not within

8   Fluent's possession, custody, or control. Subject to and without waiving the foregoing objections,

9   Fluent responds that with respect to the Fluent/APC marketing campaign for Freedom to which

10  Plaintiff was contacted, Fluent obtained prior express written consent before users were contacted

11  on behalf of Freedom.

12  **REQUEST FOR PRODUCTION NO. 20:**   Please produce all DOCUMENTS and

13  communications that relate to the failure, alleged failure, or possible failure of YOUR THIRD

14  PARTIES or VENDORS to comply with YOUR POLICIES related to the generation of leads,

15  including, but not limited to, DOCUMENTS and communications related to the failure, alleged

16  failure, or possible failure of YOUR THIRD PARTIES or VENDORS to validate any lead(s).

17  **RESPONSE:** Fluent objects to this Request on the grounds that it is overbroad and unduly

18  burdensome, is not limited in scope to any of the claims raised by Plaintiff in this action, in particular

19  the calls made to Plaintiff as part of the Fluent/APC marketing campaign for Freedom, and therefore

20  is not proportional to the needs of the case.  Fluent further objects to this Request on the basis that

21  it seeks information that is not relevant to any party's claim or defense and therefore is not

22  proportional to the needs of the case. Fluent also objects to this Request to the extent that it requires

23  Fluent to search for third-party and non-party documents and information that are not within

24  Fluent's possession, custody, or control. Subject to and without waiving the foregoing objections,

25  Fluent responds that with respect to the Fluent/APC marketing campaign for Freedom to which

26  Plaintiff was contacted, Fluent obtained prior express written consent before users were contacted

27  on behalf of Freedom.

28

1  **REQUEST FOR PRODUCTION NO. 21:**  Please produce all DOCUMENTS and

2  communications that relate to YOUR failure, alleged failure, or possible failure to comply with

3  YOUR POLICIES related to the generation of leads, including, but not limited to, DOCUMENTS

4  and communications related to YOUR failure, alleged failure, or possible failure to validate any

5  lead(s).

6  **RESPONSE:** Fluent objects to this Request on the grounds that it is overbroad and unduly

7  burdensome, is not limited in scope to any of the claims raised by Plaintiff in this action, in particular

8  the calls made to Plaintiff as part of the Fluent/APC marketing campaign for Freedom, and therefore

9  is not proportional to the needs of the case.  Fluent further objects to this Request on the basis that

10 it seeks information that is not relevant to any party's claim or defense and therefore is not

11 proportional to the needs of the case. Subject to and without waiving the foregoing objections, Fluent

12 responds that with respect to the Fluent/APC marketing campaign for Freedom to which Plaintiff

13 was contacted, Fluent obtained prior express written consent before users were contacted on behalf

14 of Freedom.

15 **REQUEST FOR PRODUCTION NO. 22:** Please produce copies of all materials,

16 business plans, memoranda, minutes, or other DOCUMENTS or ESI that reference telemarketing

17 and/or generating leads, including any such materials directed to THIRD PARTIES.

18 **RESPONSE:** Fluent objects to this Request on the grounds that it is overbroad and unduly

19 burdensome, is not limited in scope to any of the claims raised by Plaintiff in this action, in particular

20 the calls made to Plaintiff as part of the Fluent/APC campaign for Freedom, and therefore is not

21 proportional to the needs of the case. Fluent further objects to this Request on the basis that it seeks

22 information that is not relevant to any party's claim or defense and therefore is not proportional to

23 the needs of the case. Fluent also objects to this Request to the extent that it requires Fluent to search

24 for third-party and non-party documents and information that are not within Fluent's possession,

25 custody, or control. Subject to and without waiving the foregoing objections, Fluent responds that

26 it will produce non-privileged documents as it relates to the claims made by Plaintiff that are in its

27 possession, custody or control at a time and place convenient to the parties.

28

1    **REQUEST FOR PRODUCTION NO. 23:**   Please produce copies of all contracts or

2    other DOCUMENTS or ESI relating to any and all agreements between YOU and any THIRD

3    PARTIES or VENDORS.  This Request specifically seeks drafts of such DOCUMENTS and

4    correspondence regarding same.

5        **RESPONSE:** Fluent objects to this Request on the grounds that it is overbroad and unduly

6    burdensome, is not limited in scope to any of the claims raised by Plaintiff in this action, in particular

7    the calls made to Plaintiff as part of the Fluent/APC marketing campaign for Freedom, and therefore

8    is not proportional to the needs of the case. Fluent further objects to this Request on the basis that it

9    seeks information that is not relevant to any party's claim or defense and therefore is not proportional

10   to the needs of the case. Fluent also objects to this Request to the extent that it requires Fluent to

11   search for third party and non-party documents and information that are not within Fluent's

12   possession, custody, or control. Subject to and without waiving the foregoing objections, Fluent

13   responds that it will produce non-privileged documents as it relates to the claims made by Plaintiff

14   that are in its possession, custody or control at a time and place convenient to the parties. By way of

15   further response, see Bates Numbers FREEDOM-43-45, 440-41.

16       **REQUEST FOR PRODUCTION NO. 24:**   Please produce all DOCUMENTS or ESI

17   relating to the training YOU, or any PERSON acting on YOUR behalf, provided to any THIRD

18   PARTIES or VENDORS regarding techniques, methods, systems, or procedures for making

19   telemarketing calls and/or generating leads.

20       **RESPONSE:** Fluent objects to this Request on the grounds that it is overbroad and unduly

21   burdensome, is not limited in scope to any of the claims raised by Plaintiff in this action, in particular

22   the calls made to Plaintiff as part of the Fluent/APC marketing campaign for Freedom, and therefore

23   is not proportional to the needs of the case. Fluent further objects to this Request on the basis that it

24   seeks information that is not relevant to any party's claim or defense and therefore is not proportional

25   to the needs of the case.

26       **REQUEST FOR PRODUCTION NO. 25:**   Please produce copies of all letters, emails,

27   and other communication between YOU and any THIRD PARTY or VENDOR that relate to

28

1 telemarketing and/or generating leads (including, but not limited to, all affidavits from FLUENT

2 and correspondence related thereto).

3    **RESPONSE:** Fluent objects to this Request on the grounds that it is overbroad and unduly

4 burdensome, is not limited in scope to any of the claims raised by Plaintiff in this action, in particular

5 the calls made to Plaintiff as part of the Fluent/APC campaign for Freedom, and therefore is not

6 proportional to the needs of the case. Fluent further objects to this Request on the basis that it seeks

7 information that is not relevant to any party's claim or defense and therefore is not proportional to

8 the needs of the case. Subject to and without waiving the foregoing objections, Fluent responds that

9 it will produce non-privileged documents as it relates to the claims made by Plaintiff that are in its

10 possession, custody or control at a time and place convenient to the parties.

11    **REQUEST FOR PRODUCTION NO. 26:**   Please produce all DOCUMENTS relating to

12 or comprising any payments made by YOU to any THIRD PARTY or VENDOR.

13    **RESPONSE:** Fluent objects to this Request on the grounds that it is overbroad and unduly

14 burdensome, is not limited in scope to any of the claims raised by Plaintiff in this action, in particular

15 the calls made to Plaintiff as part of the Fluent/APC marketing campaign for Freedom, and therefore

16 is not proportional to the needs of the case. Fluent further objects to this Request on the basis that it

17 seeks information that is not relevant to any party's claim or defense and therefore is not proportional

18 to the needs of the case. Subject to and without waiving the foregoing objections, see Bates Numbers

19 FREEDOM-46.

20    **REQUEST FOR PRODUCTION NO. 27:**   Please produce any and all complaints made

21 to YOU concerning telemarketing and or lead generation by YOU, or any VENDOR promoting

22 YOUR products or services, including, but not limited to, lists or DATABASE(S) containing

23 complaints, the content of complaints, and the names, addresses, telephone numbers, and email

24 addresses of all PERSONS known to have made complaints.  This Request specifically includes

25 any complaints to YOU by mail, email, or telephone; submitted through online forms (including,

26 but not limited to, forums dedicated to the reporting of unwanted calls) or social media; submitted

27 to any government agency; submitted to any other organization such as the Better Business

28 Bureau, Chamber of Commerce, or other consumer advice or protection organization; or any other

1  organization of any kind.  (Note: This request is limited to requests and complaints that were

2  either made directly to YOU or that YOU were notified about.)

3      **RESPONSE:** Fluent objects to this Request on the grounds that it is overbroad and unduly

4  burdensome, is not limited in scope to any of the claims raised by Plaintiff in this action, in particular

5  the calls made to Plaintiff as part of the Fluent/APC marketing campaign for Freedom, and therefore

6  is not proportional to the needs of the case. Fluent further objects to this Request on the basis that it

7  seeks information that is not relevant to any party's claim or defense and therefore is not proportional

8  to the needs of the case. Fluent also objects to this Request on the grounds that it seeks information

9  and documents equally available to Plaintiff.

10     **REQUEST FOR PRODUCTION NO. 28:**  Please produce all DOCUMENTS or ESI

11  constituting or referring to audits, investigations, inquiries, or studies, by YOU or any THIRD

12  PARTY, including, but not limited to, any independent auditor, law firm, or governmental agency,

13  regarding the compliance by YOU, or any THIRD PARTY or VENDOR acting on YOUR behalf,

14  with any state or federal laws or regulations involving telemarketing activities, including

15  generating leads or making telemarketing calls.

16     **RESPONSE:** Fluent objects to this Request on the grounds that it is overbroad and unduly

17  burdensome, is not limited in scope to any of the claims raised by Plaintiff in this action, in particular

18  the calls made to Plaintiff as part of the Fluent/APC marketing campaign for Freedom, and therefore

19  is not proportional to the needs of the case. Fluent further objects to this Request on the basis that it

20  seeks information that is not relevant to any party's claim or defense and therefore is not proportional

21  to the needs of the case.  Subject to and without waiving the foregoing objections, Fluent responds

22  that it did not perform any audits, investigations, inquiries, or studies for any independent auditor,

23  law firm, or governmental agency in connection with the Fluent/APC marketing campaign for

24  Freedom.

25     **REQUEST FOR PRODUCTION NO. 29:**  Please produce copies of all pleadings in

26  each lawsuit in state and/or federal court, including small claims court, in which YOU currently

27  are or were a named party and in which the plaintiff's claims arose under any state or federal laws

28  regulating telemarketing.

1   **RESPONSE:** Fluent objects to this Request on the grounds that it is overbroad and unduly

2   burdensome, is not limited in scope to any of the claims raised by Plaintiff in this action, in particular

3   the calls made to Plaintiff as part of the Fluent/APC marketing campaign for Freedom, and therefore

4   is not proportional to the needs of the case. Fluent further objects to this Request on the basis that it

5   seeks information that is not relevant to any party's claim or defense and therefore is not proportional

6   to the needs of the case. Fluent also objects to this Request on the grounds that it seeks information

7   and documents equally available to Plaintiff.

8   **REQUEST FOR PRODUCTION NO. 30:**   Please produce all DOCUMENTS or ESI

9   relating to insurance coverage of the acts alleged by PLAINTIFF, including, but not limited to, all

10  policies issued by any insurer and all communications with any insurers, including, but not limited

11  to, reservation of rights letters, regardless of whether or not such coverage purports to exclude the

12  acts alleged in this matter and regardless of whether or not such insurers have declined coverage in

13  this matter.

14  **RESPONSE:** Fluent objects to this Request on the grounds that it is overbroad and unduly

15  burdensome, is not limited in scope to any of the claims raised by Plaintiff in this action, in particular

16  the calls made to Plaintiff as part of the Fluent/APC marketing campaign for Freedom, and therefore

17  is not proportional to the needs of the case. Fluent further objects to this Request on the basis that it

18  seeks information that is not relevant to any party's claim or defense and therefore is not proportional

19  to the needs of the case. Subject to and without waiving the foregoing objections, Fluent responds

20  that it will produce copies of any insurance agreement(s) that are in their possession, custody or

21  control at a time and place convenient to the parties.

22  Dated:  August 13, 2018          SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

23

24  By _____ */s/ Jay T. Ramsey* _____
                    JAY T. RAMSEY

25

26  Attorneys for Defendants
                    FLUENT, INC.

27

28