SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
  A Limited Liability Partnership
  Including Professional Corporations
JAY T. RAMSEY, Cal. Bar No. 273160
1901 Avenue of the Stars, Suite 1600
Los Angeles, California 90067-6055
Telephone:    310.228.3700
Facsimile:     310.228.3701
jramsey@sheppardmullin.com

KLEIN MOYNIHAN TURCO LLP
BRIAN P. ASTRUP (admitted *pro hac vice*)
450 Seventh Avenue, 40th Floor
New York, New York 10123
Telephone:    212-246-0900
Facsimile:     212-216-9559
bastrup@kleinmoynihan.com

Attorneys for Defendants
FREEDOM FINANCIAL NETWORK, LLC,
FREEDOM DEBT RELIEF, LLC, FLUENT,
INC., and LEAD SCIENCE, LLC

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### OAKLAND DIVISION

| | |
|---|---|
| DANIEL BERMAN,<br><br>    Plaintiff,<br><br>    v.<br><br>FREEDOM FINANCIAL NETWORK, LLC, FREEDOM DEBT RELIEF, LLC, FLUENT, INC., and LEAD SCIENCE, LLC,<br><br>    Defendants. | Case No.: 4:18-CV-01060-YGR<br><br>*Hon. Yvonne Gonzalez Rogers*<br><br>**DECLARATION OF DANIEL J. BARSKY, ESQ. IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT** |
| FREEDOM FINANCIAL NETWORK, LLC and FREEDOM DEBT RELIEF, LLC,<br><br>    Third-Party Plaintiffs,<br><br>    v.<br><br>DOES 1 through 5,<br><br>    Third-Party Defendants. | |

{00132375;1}

I, DANIEL J. BARSKY, hereby declare:

1. I am over the age of eighteen and have personal knowledge of all facts set forth in this Declaration. I make this Declaration based on my own personal knowledge obtained through the course of my employment as the General Counsel, Chief Compliance Officer, and Secretary for Defendant Fluent, Inc. and its wholly-owned subsidiaries since 2013 (collectively "Fluent"). If called as a witness, I could testify competently to such facts under oath.

2. I have reviewed the Opposition to Motion for Summary Judgment (Dkt. No. 164-4) filed by Daniel Berman ("Plaintiff") in the above-captioned matter as well as Defendants' Motion for Summary Judgment, and I am familiar with the allegations and claims asserted by Plaintiff. I make this Declaration to address Plaintiff's misunderstanding of my deposition testimony, excerpts of which are attached to and incorporated into Plaintiff's Opposition as Exhibit A (Dkt. Nos. 164-7 and 166-1.)

3. In my deposition, I testified as to how users who have registered on a Fluent owned and operated website and provided prior express written consent to be contacted can thereafter revoke that consent and "opt-out" from being contacted. Plaintiff cites to my deposition to suggest, incorrectly, that if a user opts-out of one campaign, Fluent may still contact that individual on behalf of other clients. Not so. To clear up what appears to be confusion arising from my testimony: if a user opts-out of a calling campaign, he will not be called again by any marketing partner (i.e., advertising client) by or on behalf of Fluent. The only way a user will be called again after the user opts-out is if he or she re-visits a Fluent website, provides certain registration information, and consents to be contacted again.

4. With respect to my testimony referencing global opt-outs for certain users, I was referring to users who file lawsuits. These users will be added to a global opt-out, in which Fluent advises its platform (including dialers) not to ever contact the user again, even if the user re-registers and provides express written consent to be contacted.

5. I testified that had Mr. Berman replied "stop" (or otherwise opted-out) to the first text message that he received on December 26, 2017 (which was sent on behalf of a different advertiser client than Freedom), that "we wouldn't be sitting here." By that, I meant that Mr. Berman

would not have received any additional text messages or calls, by or on behalf of that advertiser or any of Fluent's other advertiser clients, including by or on behalf of Freedom. (Dkt. 164-7 at 111:16-19.)

I declare under penalty of perjury that the foregoing is true and correct.

Executed in New York, New York on March 25TH, 2019.

Daniel J. Barsky, Esq.