Jon B. Fougner (State Bar No. 314097)
jon@fougnerlaw.com
600 California Street, 11th Floor
San Francisco, California 94108
Telephone: (415) 577-5829
Facsimile: (206) 338-0783

[Additional counsel appear on signature page]

*Attorneys for Plaintiff Daniel Berman and the*
*Proposed Class*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

DANIEL BERMAN,

                            Plaintiff,

            v.

FREEDOM FINANCIAL NETWORK, LLC,
FREEDOM DEBT RELIEF, LLC, FLUENT,
INC., and LEAD SCIENCE, LLC,

                            Defendants.

Case No. 4:18-cv-01060-YGR

**NOTICE IN RESPONSE TO COURT'S
APRIL 9, 2019, ORDER REGARDING
SEALING**

        Plaintiff Daniel Berman, through his undersigned counsel, hereby withdraws all of his

pending requests to seal.

        RESPECTFULLY SUBMITTED AND DATED on April 23, 2019.

                            By: */s/ Jon B. Fougner*
                                Jon B. Fougner

                            Edward A. Broderick, *Admitted Pro Hac Vice*
                            ted@broderick-law.com
                            BRODERICK LAW,  P.C.
                            99 High Street, Suite 304
                            Boston, Massachusetts 02110

1

Telephone: (617) 738-7080
Facsimile: (617) 830-0327

2

3

Anthony I. Paronich, *Admitted Pro Hac Vice*
anthony@paronichlaw.com
PARONICH LAW, P.C.

4

350 Lincoln Street, Suite 2400

5

Hingham, Massachusetts 02043

6

Telephone: (617) 485-0018
Facsimile: (508) 318-8100

7

8

Matthew P. McCue, *Admitted Pro Hac Vice*
mmccue@massattorneys.net

9

THE LAW OFFICE OF MATTHEW P. McCUE
1 South Avenue, Suite 3

10

Natick, Massachusetts 01760
Telephone: (508) 655-1415

11

Facsimile: (508) 319-3077

12

13

*Attorneys for Plaintiff Daniel Berman and the
Proposed Class*

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28