**UNREDACTED VERSION OF DOCUMENT(S) SOUGHT TO BE SEALED**

# Ex. 1

   Dan Berman ▮▮▮▮▮▮@gmail.com>

## National Do Not Call Registry - Your Registration Is Confirmed
1 message

**Verify@donotcall.gov** <Verify@donotcall.gov>   Wed, Sep 5, 2018 at 3:56 PM
To: ▮▮▮▮▮▮@gmail.com

Thank you for registering your phone number with the National Do Not Call Registry. You successfully registered your phone number ending in 9945 on July 27, 2003. Most telemarketers will be required to stop calling you 31 days from your registration date.

Visit https://www.donotcall.gov to register another number or file a complaint against someone violating the Registry.

***************************************************************************************************************

Please do not reply to this message as it is from an unattended mailbox. Any replies to this email will not be responded to or forwarded. This service is used for outgoing emails only and cannot respond to inquiries.

CONFIDENTIAL (EMAIL ADDRESS ONLY)   BERMAN 010



Billing period Feb 4, 2018 to Mar 3, 2018

# Daniel Berman

▮▮▮▮.9945 | iPhone 6S Non VZW

## Talk activity - continued

| Date | Time | Number | Origination | Destination | Min. | Airtime Charges | Long Dist/ Other Chgs | Total |
|---|---|---|---|---|---|---|---|---|
| Feb 14 | 11:34 AM | 409.359.9066 | Oakland, CA | Incoming, CL | 8 | -- | -- | -- |



**Billing period** Dec 4, 2017 to Jan 3, 2018 |

# Daniel Berman

▆▆▆▆.9945 | iPhone 6S Non VZW

## Talk activity

| Date | Time | Number | Origination | Destination | Min. | Airtime Charges | Long Dist/ Other Chgs | Total |
|---|---|---|---|---|---|---|---|---|



**Billing period** Jan 4, 2018 to Feb 3, 2018 | █████████

# Daniel Berman

███████.9945  |  iPhone 6S Non VZW

## Talk activity

| Date | Time | Number | Origination | Destination | Min. | Airtime Charges | Long Dist/ Other Chgs | Total |
|------|------|--------|-------------|-------------|------|-----------------|----------------------|-------|

*(All entries redacted)*



**Billing period** Feb 4, 2018 to Mar 3, 2018 |

# Daniel Berman
███.9945 | iPhone 6S Non VZW

## Talk activity

| Date | Time | Number | Origination | Destination | Min. | Airtime Charges | Long Dist/ Other Chgs | Total |
|------|------|--------|-------------|-------------|------|-----------------|----------------------|-------|

*(all entries redacted)*

| | |
|---|---|
| Message | |
| From: | Tom Carr [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=F5AF8104F935415BBD0FD9CC165BE0E4-TOM CARR] |
| Sent: | 8/25/2017 9:00:52 AM |
| To: | NiCE_TL_Team [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=c9a3e9e154784a63911bfd58229d1d9e-NiCE_TL_Tea] |
| CC: | FDR-Sales-Managers [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=61043e0f69c2472ba4062534c2db8ffa-FDR-Sales-M]; Patrick Kessel [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=87085d93736e4b439a5853e34750bf02-Patrick Kes] |
| Subject: | Fluent Inbound Call Campaign |
| Attachments: | Fluent Inbound Call Campaign-Billboard Script Pop.pdf; Fluent Inbound Call Campaign-Billboard Script Pop.docx |

Team,

On Monday, we will be launching a similar inbound ad campaign like "Got Consumer". The ad campaign is called "Fluent" and will reach out to consumers by text after they have expressed an interest in debt relief help.

OVERVIEW

Fluent is an online marketing company which utilizes digital media and other devices to collect fresh consumer data and accurately target and engage the right audience with the right offers, driving sales results.

Fluent will reach out via SMS/TEXT to consumers who have expressed an interest in debt help. These consumers will receive texts and, if interested, will click on the number to call and will listen to an IVR (Interactive Voice Response - highlighted example below). If interested after listening to the IVR, they will press "1" to speak with a specialist. The target minimum is $10,000 in debt, with a campaign average of $23,000. We are anticipating about 25 calls per day between 6am and 6pm.

Specifics:

- Perspective clients receive a text after expressing an interest in debt relief.
- The consumer who is interested, clicks on the number to call and will go through an IVR experience (shown below)
    - *Hello! This is Freedom Debt Relief, I'm ready to help you resolve your credit card debt for less than you owe! If you are not interested and would like to be removed from our list, press 9. Press 1 to speak with one of our specialists now to go over your options.*
- After pressing "1", the consumer is then transferred to FDR for a consultation.
- DC will now engage with the lead and use the transition statement and brief introductory script (attached) in order to pivot the conversation into our standard consultative pitch.
- After each pitch, complete the feedback sheet and deliver to your team lead.

Fluent Campaign phone # is (844) 752-5321.

Please let me know if you have any questions.

Thanks!


*Tom Carr*
Certified Manager, New Client Enrollment, Freedom Debt Relief

Direct: 602-427-9583
Toll Free: (877) 437-4999 ext.19583


Confidential                                                                                                                FREEDOM_000264



FLUENT_000397