**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **DANIEL BERMAN,**  Plaintiff**,**  vs.  **FREEDOM FINANCIAL NETWORK, LLC, ET AL.,**  Defendants**.** | CASE NO. 18-cv-01060-YGR  **ORDER VACATING COMPLIANCE HEARING; SETTING REVISED CASE MANAGEMENT SCHEDULE** |

Based upon the Court's review of the parties' Joint Statement as to Status of Case (Dkt. No. 210), the Court **ORDERS** as follows:

1. The compliance hearing currently set for October 25, 2019, is **VACATED**.

2. All parties shall be permitted to take oral and written discovery relevant to the allegations in any proposed amended complaint. Discovery will be reopened for the limited purpose of allowing both parties to obtain evidence relevant to the renewed motion for class certification. The parties shall meet and confer promptly to attempt to resolve their disputes to the extent possible, and otherwise to clearly frame the issues for Magistrate Judge Corley.

3. Either side's experts may disclose supplemental expert reports and may disclose a rebuttal report to any such supplemental expert report. Disclosure of supplemental reports and rebuttal reports **must** be accompanied by simultaneous disclosure of **all** materials relied upon in the report.

4. Depositions: Any party may depose any additional putative class representative. Any party may depose any expert offering a supplemental report or rebuttal report. In addition to any new class representative and supplemental expert depositions, any party may depose up to three (3) additional witnesses.

5. The Court **SETS** a revised case management schedule as follows:

| EVENT | DATE/DEADLINE |
|---|---|
| Deadline to file stipulation or motion for leave to file amended complaint naming additional plaintiffs | December 9, 2019 |
| Fact Discovery: Reopens Closes | October 25, 2019 March 25, 2020 |
| Supplemental expert reports Rebuttal | March 16, 2020 April 6, 2020 |
| Expert Discovery Closes | April 20, 2020 |
| Renewed motion for class certification filed by | May 18, 2020 |
| Opposition to renewed motion for class certification filed by | June 8, 2020 |
| Reply to renewed motion for class certification filed by | June 29, 2020 |
| Hearing on renewed motion for class certification | July 14, 2020 at 2:00 p.m. |

**IT IS SO ORDERED.**

Dated: October 24, 2019

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**