1  SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
     A Limited Liability Partnership
2     Including Professional Corporations
   JAY T. RAMSEY, Cal. Bar No. 273160
3  1901 Avenue of the Stars, Suite 1600
   Los Angeles, California 90067-6055
4  Telephone:  310.228.3700
   Facsimile:  310.228.3701
5  E mail      jramsey@sheppardmullin.com

6  Attorneys for Defendants
   FREEDOM FINANCIAL NETWORK,
7  LLC, FREEDOM DEBT RELIEF, LLC,
   FLUENT, INC., and LEAD SCIENCE,
8  LLC,

9
                  UNITED STATES DISTRICT COURT
10
                 NORTHERN DISTRICT OF CALIFORNIA
11

12
   DANIEL BERMAN, STEPHANIE              Case No. 4:18-cv-01060-YGR
13  HERNANDEZ, and ERICA RUSSELL,

14          Plaintiffs,                   **DECLARATION OF
                                          MITENKUMAR BHADANIA IN
15      v.                                SUPPORT OF DEFENDANTS'
                                          MOTION TO COMPEL
16  FREEDOM FINANCIAL NETWORK            ARBITRATION OF THE CLAIMS
   LLC, FREEDOM DEBT RELIEF,            ASSERTED BY STEPHANIE
17  LLC, FLUENT, INC., and LEAD          HERNANDEZ AND ERICA
   SCIENCE, LLC,                        RUSSELL**

18
           Defendants.
19

20  FREEDOM FINANCIAL NETWORK,
   LLC and FREEDOM DEBT RELIEF,
21  LLC,
                                          Date:  February 25, 2020
22          Third Party Plaintiffs,       Time:  2:00 p.m.
                                          Courtroom: 1, 4th Floor
23      v.

24  DOES 1 through 5 ,

25          Third Party Defendants.

26

27

28
                                              Case No. 4:18-cv-01060-YGR

1

## DECLARATION OF MITENKUMAR BHADANIA

2      I, Mitenkumar Bhadania, hereby declare:

3      1.      I am a Computer System Engineer for Defendant Fluent, Inc. and its
4  wholly-owned subsidiaries (collectively "Fluent").  In that role, I am responsible for
5  System Maintenance and Tech Support and together with other members of Fluent's
6  IT team, have designed and developed various modules of Fluent's proprietary ad
7  serving and lead generation system ("System"). In that capacity, I am familiar with
8  Fluent's database of System and user information ("Database") and the structure and
9  architecture of the Database.  I make this declaration based on my personal
10  knowledge obtained through the course of my employment at Fluent and upon
11  information obtained by me from individuals upon whom I regularly rely in the
12  normal course of business.

13      2.      Fluent is a digital marketing company that generates marketing leads
14  for its customers.  To do this, Fluent operates a number of consumer-facing websites
15  on which consumers can register, in exchange for which the consumers are offered
16  the opportunity to obtain rewards, enter into sweepstakes, receive job listings,
17  receive product samples, or receive other content (each a "Website" and
18  collectively, "Websites").  In order to be eligible for these opportunities, consumers
19  provide certain personal information and answer a series of survey questions.  If the
20  consumer also provides consent to be contacted by text message or autodialed phone
21  call (which is not required to obtain the rewards or other content), Fluent may then
22  post the consumer's contact information, including telephone number,  to one or
23  more of its advertiser clients. I understand that this case is about a campaign for
24  Fluent clients, Defendants Freedom Financial Network, LLC, Freedom Debt Relief,
25  LLC (collectively, "Freedom").

26      3.      When consumers visit Fluent's Websites, they are asked to input
27  certain personal information, including their first and last name, email address,
28  phone number, zip code, and birthday on the registration page(s).  Once a consumer

1  has completed entering his or her information, a consumer must agree to Fluent's
2  Terms & Conditions to continue on the Website.

3      4.      If consumers have previously visited a Fluent Website and provided
4  their registration information, Fluent's system may recognize them when they
5  return, and the Website may streamline the registration process.

6      5.      When a person accesses one of the Websites, the System assigns a
7  unique visitor ID to that user session in real time in the Database and then
8  contemporaneously stores several pieces of information about the user, including the
9  IP address, their browser user agent, and their landing domain. The System then
10 displays a series of webpages based on the information gathered and information
11 supplied by the user and records what was displayed and user inputs/responses in
12 various tables in the Database. All of the pieces of data from a user's visit are
13 relationally associated with the visitor ID enabling me to recreate the user
14 experience and their interaction with the Website.

15     6.      I understand that the phone number of Plaintiff Stephanie Hernandez is
16 (831) 230-XXXX and the phone number of Plaintiff Erica Russell is (918)-914-
17 XXXX. The full numbers were provided to me and I can provide them to the Court
18 if necessary. I researched the user experience and information stored in the
19 Database with respect to registrations associated with the phone numbers of Ms.
20 Hernandez and Ms. Russell. Those experiences are described below.

21     **Ms. Hernandez**

22     7.      Fluent's records indicate that Ms. Hernandez visited Fluent's websites
23 on at least four occasions, including on May 19, 2017, February 16, 2018, April 12,
24 2019, and May 19, 2019. It was her visit on February 16, 2018 that resulted in her
25 information being posted as a lead on the Freedom campaign.

26     8.      On February 16, 2018, Fluent's records indicate that Ms. Hernandez,
27 using a desktop computer, visited the Fluent operated website,
28 www.getsamplesonlinenow.com. Because Ms. Hernandez had visited a Fluent

-2-

1  website before and inputted her personal information previously, the website
2  recognized her and streamlined the registration process by prepopulating her zip
3  code and asking her to confirm that it was correct.  Attached hereto as Exhibit 1 is a
4  true and correct copy of a regenerated image of what Ms. Hernandez would have
5  seen on the website.

6      9.      As reflected in Exhibit 1, Ms. Hernandez would have been prompted to
7  confirm her information, and to press a button stating "This is correct, Continue!"
8  Immediately below her personal information, and a few lines above the button was
9  the following notice:  "I understand and agree to the Terms & Conditions which
10  includes mandatory arbitration and Privacy Policy."  The underlined phrases Terms
11  & Conditions and Privacy Policy were hyperlinks that, if clicked, would have
12  displayed the relevant Terms and Conditions and Privacy Policy applicable at that
13  time.

14     10.     In addition, the same Terms and Conditions and Privacy Policy could
15  also be accessed via links at the top-right of the screen and at the bottom of the
16  webpage.  The bottom of the website also included an additional notice that "[b]y
17  visiting the website and participating, you agree to the Terms & Conditions, which
18  includes mandatory arbitration . . . ."

19     11.     On February 16, 2018, at or about 3:34 p.m., Ms. Hernandez pressed
20  the button "This is correct, Continue!," and then continued to the next page of the
21  Website.  A true and correct copy of the Terms and Conditions applicable at the
22  time of her registration are attached as Exhibit 2.

23     **Ms. Russell**

24     12.     Fluent's records indicate that Ms. Russell visited one of Fluent's
25  websites on November 20, 2017.  It was this  visit that resulted in her information
26  being posted as a lead on the Freedom campaign.

27     13.     On November 20, 2017, Fluent's records indicate that Ms. Russell,
28  using a mobile phone, visited the Fluent operated website,

-3-

1   www.retailproductzone.com.  Ms. Russell responded to three engagement questions
2   including "Are you shopping at Target this Fall?," "How old are you?," and "About
3   how many time do you go shopping per week."  Attached hereto as Exhibit 3 is a
4   true and correct copy of regenerated images of what Ms. Hernandez would have
5   seen.

6        14.    As reflected in Exhibit 3, on the footer the following notice was
7   provided: "By participating, you agree to the Terms & Conditions, which includes
8   mandatory arbitration. . . ."  The underlined phrase Terms & Conditions was a
9   hyperlink that, if clicked, would have displayed the relevant Terms and Conditions
10  applicable at that time.

11       15.    After answering the engagement questions, Ms. Russell was prompted
12  to enter her email address.  After entering her email address, she was then promoted
13  to enter the balance of her registration information.  Attached hereto as Exhibit 4 is a
14  true and correct copy of a regenerated image of what Ms. Russell would have seen.
15  As reflected in Exhibit 4, the same notice described above appeared again at the
16  bottom of that page .  In addition, immediately above the "Continue" button was the
17  notice: "I understand and agree to the Terms & Conditions which includes
18  mandatory arbitration and Privacy Policy."  The underlined phrases Terms &
19  Conditions and Privacy Policy were hyperlinks that, if clicked, would have
20  displayed the relevant Terms and Conditions and Privacy Policy applicable at that
21  time.

22       16.    On November 20, 2017, at or about 12:21 p.m., Ms. Russell entered her
23  personal information, pressed the "Continue" button, and continued with the
24  registration process.  A true and correct copy of the Terms and Conditions
25  applicable at the time of her registration are attached as Exhibit 5.

26       17.    As a result of her registration and the completion of the program
27  requirements, Ms. Russell was awarded a $1,000 gift card.  In order to claim her
28  reward, Ms. Russell was required to verify her identify and submit a Winner Claim

-4-

1    form.  A true and correct copy of Ms. Russell's Winner Claim Form is attached

2    hereto as Exhibit 6.  In it, she agrees as follows:  "I complied with the Terms &

3    Conditions posted on the Website when I entered the Promotional Program."  As

4    reflected thereon, the Claim Form was executed before a notary and was notarized.

5       I declare under penalty of perjury under the laws of the United States of

6    America that the foregoing is true and correct.  Executed on January 21, 2020 at

7    New York, New York.

8

9

10                            MITENKUMAR BHADANIA

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

SMRH:4822-8470-9042.1