1  Jon B. Fougner (State Bar No. 314097)
   jon@fougnerlaw.com
2  600 California Street, 11th Floor
   San Francisco, CA 94108
3  Telephone: (415) 577-5829
   Facsimile: (206) 338-0783
4

5  *Attorneys for Plaintiff Daniel Berman and the*
   *Proposed Classes*
6

7              UNITED STATES DISTRICT COURT
            NORTHERN DISTRICT OF CALIFORNIA
8                  OAKLAND DIVISION

9  DANIEL BERMAN,

10                                          Case No. 4:18-cv-01060-YGR
                    Plaintiff,
11         v.                               **PLAINTIFF'S SECOND SET OF**
                                            **DISCOVERY TO FLUENT, INC.**
12 FREEDOM FINANCIAL NETWORK, LLC,
   FREEDOM DEBT RELIEF, LLC, FLUENT,        JURY TRIAL DEMAND
13 Inc., and LEAD SCIENCE, LLC,
                                            Complaint Filed:  February 19, 2018
14                  Defendants.

15

16

17 TO:    FLUENT, INC.; and

18 TO:    ITS ATTORNEYS OF RECORD:

19        Pursuant to Rules 26, 33 and 34 of the Federal Rules of Civil Procedure (the "Rules"),

20 Plaintiff's Second Set of Discovery is hereby propounded to Fluent, Inc. ("Fluent" or

21 "Defendant") and its attorneys of record.  This discovery is intended to draw upon the combined

22 knowledge of you, your agents and your attorneys.

23              **I.     INSTRUCTIONS**

24        Pursuant to Rule 33, submit your answers to the interrogatories herein in writing and

25 under oath to the undersigned counsel within 30 days from the date of service on you.  If any of

26 these interrogatories cannot be answered in full, then you should answer to the fullest extent

27 possible, specifying the reasons for your inability to answer the remainder, and stating whatever

28 information or knowledge you have concerning the unanswered portion or portions. In answering

1   **REQUEST FOR PRODUCTION NO. 33:** Please produce all documents relevant to,

2   including but not limited to all communications with, each affiliate responsible for at least one of

3   the purported leads in FLUENT_441, FLUENT_571 and/or FLUENT_572.

4       **RESPONSE:**

5

6       **REQUEST FOR PRODUCTION NO. 34:** Please produce all data (if any) purchased

7   from the affiliates responsible for at least one of purported leads in FLUENT_441,

8   FLUENT_571 and/or FLUENT_572.

9       **RESPONSE:**

10

11      **REQUEST FOR PRODUCTION NO. 35:** Please produce all DOCUMENTS related to

12  PLAINTIFF (or any of them).

13      **RESPONSE:**

14

15      **REQUEST FOR PRODUCTION NO. 36:** Please produce all DOCUMENTS related to

16  your assertion that any class member or putative class member agreed to arbitrate.

17      **RESPONSE:**

18

19      **REQUEST FOR PRODUCTION NO. 37:** Please produce all DOCUMENTS relating

20  to whether YOU violated a rule of the AAA

21      **RESPONSE:**

22

23      **REQUEST FOR PRODUCTION NO. 38:** Please all DOCUMENTS relating to

24  whether YOU failed to timely pay filing fees or other monies owed or allegedly owed to the

25  AAA in connection with a consumer claim.

26      **RESPONSE:**

27

28

1     **REQUEST FOR PRODUCTION NO. 39:** Please produce all DOCUMENTS relating

2   to whether YOU failed to timely register an arbitration clause with the AAA.

3     **RESPONSE:**

4

5     **REQUEST FOR PRODUCTION NO. 40:** Please produce all DOCUMENTS relating

6   to whether the AAA refused to administer or threatened to refuse to administer an arbitration in

7   which a consumer sought to make YOU a respondent.

8     **RESPONSE:**

9

10    **REQUEST FOR PRODUCTION NO. 41:** Please produce all arbitration agreements

11  with putative class members and all DOCUMENTS pertaining to the question which putative

12  class member(s) purportedly entered into which arbitration agreement(s).

13    **RESPONSE:**

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28