SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
  A Limited Liability Partnership
  Including Professional Corporations
JAY T. RAMSEY, Cal. Bar No. 273160
1901 Avenue of the Stars, Suite 1600
Los Angeles, California 90067-6055
Telephone: 310.228.3700
Facsimile: 310.228.3701
jramsey@sheppardmullin.com

Attorneys for Defendants
FREEDOM FINANCIAL NETWORK, LLC, FREEDOM DEBT RELIEF, LLC, FLUENT, INC., and LEAD SCIENCE, LLC

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### OAKLAND DIVISION

| | |
|---|---|
| DANIEL BERMAN,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>FREEDOM FINANCIAL NETWORK, LLC, FREEDOM DEBT RELIEF, LLC, FLUENT, INC., and LEAD SCIENCE, LLC,<br><br>　　　　Defendants.<br><br>FREEDOM FINANCIAL NETWORK, LLC and FREEDOM DEBT RELIEF, LLC,<br><br>　　　　Third-Party Plaintiffs,<br><br>　　v.<br><br>DOES 1 through 5,<br><br>　　　　Third-Party Defendants. | Case No.: 4:18-CV-01060-YGR<br><br>*Hon. Yvonne Gonzalez Rogers*<br><br>**FLUENT'S RESPONSES AND OBJECTIONS TO PLAINTIFF'S SECOND SET OF DISCOVERY** |

Defendant Fluent, Inc. ("Fluent") hereby objects and responds to the Second Set fo Discovery propounded by Plaintiff Daniel Berman ("Plaintiff") ("Discovery Requests").

## I. PRELIMINARY STATEMENT

Fluent's response to the Discovery Requests propounded by Plaintiff are made solely for the purpose of this action. Each response is subject to all objections as to competence, relevance, materiality, propriety, and admissibility and any and all other objections and grounds that would require the exclusion of any statements herein if any requests were asked of, or if any statements contained herein were made by, a witness present and testifying in court. All objections and grounds are reserved and may be interposed by Fluent at the time of trial.

Fluent responds to the Discovery Requests based upon the information presently known. However, Fluent's discovery, investigation, and preparation for trial of this matter has not been completed as of the date of these responses, and therefore, Fluent does not purport to state anything more than information currently known and discovered by it.

Fluent reserves the right to continue discovery and investigate in this matter regarding facts, witnesses, and supporting data. Consequently, to the extent that the Discovery Requests ask for "all documents," etc., they are responded to only so far as information is currently available to the responding party. Fluent specifically reserves its right to present at trial information discovered after the date of these responses to Plaintiff's Discovery Requests.

Fluent's providing of documents and/or information herein pursuant to the Discovery Requests shall not be construed as an admission by Fluent that any such document and/or information is either relevant or admissible for any purpose, including trial, in this action.

The preliminary statement is incorporated into each and every response set forth below.

## II. GENERAL OBJECTIONS

Fluent generally objects to the Discovery Requests on the following grounds. These General Objections into each and every response below as if fully set forth in each response.

1. Fluent objects to the Discovery Requests to the extent that they purport to impose obligations upon Fluent that are inconsistent with and/or in addition to those imposed by the Federal Rules of Civil Procedure and/or applicable case law.

2. Fluent objects to the Discovery Requests to the extent that they are overly broad, unduly burdensome, and not proportional to the needs of the case.

3. Fluent objects to the Discovery Requests to the extent that they seek information that not relevant to the claims and defenses asserted in the action, particularly to the extent that the Discovery Requests seek information and documents outside the scope of the applicable statute of limitations period and outside the scope of the campaign on behalf of Freedom Financial Network, LLC and Freedom Debt Relief, LLC (collectively, "Freedom") (the "Freedom Campaign").

4. Fluent objects to the Discovery Requests to the extent that they are vague and ambiguous.

5. Fluent objects to the Discovery Requests to the extent that they call for the disclosure of information or communications protected by the attorney-client privilege and/or the work-product doctrine.

6. Fluent objects to the definition of "YOU" and "YOUR" on the grounds that it is overbroad, vague, and ambiguous. Fluent is responding on behalf of itself only.

class member would have gone, in which each putative class member agreed to the terms and conditions. Further, as previously stated, no lead would have been posted to Freedom, and therefore no data would have been included on the lead lists at issue in this case, unless the arbitration clause was agreed to.

**REQUEST FOR PRODUCTION NO. 37:**

Please produce all DOCUMENTS relating to whether YOU violated a rule of the AAA.

**ANSWER TO REQUEST FOR PRODUCTION NO. 37:**

Fluent incorporates herein its Preliminary Statement and General Objections, as set forth above. Fluent further objects to this RFP on the grounds that it seeks information not relevant to the claims or defenses asserted in this action. Fluent further objects to this RFP on the grounds that it is overly broad, unduly burdensome, and not proportional to the needs of the case. Fluent further objects to this RFP on the grounds that it is vague and ambiguous.

Notwithstanding, but without waiving the foregoing objections, Fluent responds as follows: Fluent's arbitration clause, as contained in the terms and conditions applicable to its websites, has been registered with the American Arbitration Association (the "AAA"), and the AAA has confirmed that it is prepared to administer consumer-related disputes filed pursuant to the clause. A copy of the AAA's letter is being produced herewith. Fluent is not aware of any circumstance or fact suggesting that the AAA would not administer disputes filed with the AAA related to Fluent's conduct, including with respect to any conduct related to the Freedom Campaign.

**REQUEST FOR PRODUCTION NO. 38:**

Please all DOCUMENTS relating to whether YOU failed to timely pay filing fees or other monies owed or allegedly owed to the AAA in connection with a consumer claim.

**ANSWER TO REQUEST FOR PRODUCTION NO. 38:**

Fluent incorporates herein its Preliminary Statement and General Objections, as set forth above. Fluent further objects to this RFP on the grounds that it seeks information not relevant to the claims or defenses asserted in this action. Fluent further objects to this RFP on the grounds that it is overly broad, unduly burdensome, and not proportional to the needs of the case. Fluent further objects to this RFP on the grounds that it is vague and ambiguous.

Notwithstanding, but without waiving the foregoing objections, Fluent responds as follows: Fluent's arbitration clause, as contained in the terms and conditions applicable to its websites, has been registered with the AAA and the AAA has confirmed that it is prepared to administer consumer-related disputes filed pursuant to the clause. A copy of the AAA's letter is being produced herewith. Fluent is not aware of any circumstance or fact suggesting that the AAA would not administer disputes filed with the AAA related to Fluent's conduct, including with respect to any conduct related to the Freedom Campaign.

**REQUEST FOR PRODUCTION NO. 39:**

Please produce all DOCUMENTS relating to whether YOU failed to timely register an arbitration clause with the AAA.

**ANSWER TO REQUEST FOR PRODUCTION NO. 39:**

Fluent incorporates herein its Preliminary Statement and General Objections, as set forth above. Fluent further objects to this RFP on the grounds that it seeks information not relevant to the claims or defenses asserted in this action. Fluent further objects to this RFP on the grounds that it is overly broad, unduly burdensome, and not proportional to the needs of the case. Fluent further objects to this RFP on the grounds that it is vague and ambiguous.

Notwithstanding, but without waiving the foregoing objections, Fluent responds as follows: Fluent's arbitration clause, as contained in the terms and conditions applicable to its websites, has been registered with the AAA and the

AAA has confirmed that it is prepared to administer consumer-related disputes filed pursuant to the clause. A copy of the AAA's letter is being produced herewith. Fluent is not aware of any circumstance or fact suggesting that the AAA would not administer disputes filed with the AAA related to Fluent's conduct, including with respect to any conduct related to the Freedom Campaign.

**REQUEST FOR PRODUCTION NO. 40:**

Please produce all DOCUMENTS relating to whether the AAA refused to administer or threatened to refuse to administer an arbitration in which a consumer sought to make YOU a respondent.

**ANSWER TO REQUEST FOR PRODUCTION NO. 40:**

Fluent incorporates herein its Preliminary Statement and General Objections, as set forth above. Fluent further objects to this RFP on the grounds that it seeks information not relevant to the claims or defenses asserted in this action. Fluent further objects to this RFP on the grounds that it is overly broad, unduly burdensome, and not proportional to the needs of the case. Fluent further objects to this RFP on the grounds that it is vague and ambiguous.

Notwithstanding, but without waiving the foregoing objections, Fluent responds as follows: Fluent's arbitration clause, as contained in the terms and conditions applicable to its websites, has been registered with the AAA and the AAA has confirmed that it is prepared to administer consumer-related disputes filed pursuant to the clause. A copy of the AAA's letter is being produced herewith. Fluent is not aware of any circumstance or fact suggesting that the AAA would not administer disputes filed with the AAA related to Fluent's conduct, including with respect to any conduct related to the Freedom Campaign.

**REQUEST FOR PRODUCTION NO. 41:**

Please produce all arbitration agreements with putative class members and all DOCUMENTS pertaining to the question which putative class member(s) purportedly entered into which arbitration agreement(s).

| | | |
|---|---|---|
| 1 | Dated: December 2, 2019 | SHEPPARD, MULLIN, RICHTER & HAMPTON LLP |
| 2 | | |
| 3 | | By _____ |
| 4 | | JAY T. RAMSEY |
| 5 | | Attorneys for Defendants |

| | |
|---|---|
| 1 | <u>PROOF OF SERVICE</u> |
| 2 | <u>STATE OF CALIFORNIA, COUNTY OF LOS ANGELES</u> |
| 3 | At the time of service, I was over 18 years of age and **not a party to this action**. I am employed in the County of Los Angeles, State of California. My business address is 1901 Avenue of the Stars, Suite 1600, Los Angeles, CA 90067-6055. |
| 5 | On December 2, 2019, I served true copies of the following document(s) described as: **FLUENT'S RESPONSES AND OBJECTIONS TO PLAINTIFF'S SECOND SET OF DISCOVERY** on the interested parties in this action as follows: |
| 7 | **SEE ATTACHED SERVICE LIST** |
| 8 | **BY MAIL:** I enclosed the document(s) in a sealed envelope or package addressed to the persons at the addresses listed in the Service List and placed the envelope for collection and mailing, following our ordinary business practices. I am readily familiar with the firm's practice for collecting and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope with postage fully prepaid. I am a resident or employed in the county where the mailing occurred. |
| 13 | I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. |
| 14 | Executed on December 2, 2019, at Los Angeles, California. |



Jay T. Ramsey

SMRH:4812-6569-0281.1

**SERVICE LIST**

| | |
|---|---|
| Jon B. Fougner, Esq.<br>600 California Street, 11th Floor<br>San Francisco, California  94108 | Edward A. Broderick, Esq.<br>BRODERICK LAW P.C.<br>99 High Street, Suite 304<br>Boston Massachusetts  02110 |
| Anthony I. Paronich, Esq.<br>PARONICH LAW P.C.<br>350 Lincoln Street, Suite 2400<br>Hingham, Massachusetts  02043 | Matthew P. McCue, Esq.<br>THE LAW OFFICE OF MATTHEW P. McCUE<br>1 South Avenue, Suite 3<br>Natick. Massachusetts  01760 |

SMRH:4812-6569-0281.1