UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL BERMAN, STEPHANIE HERNANDEZ, and ERICA RUSSELL,<br><br>Plaintiffs,<br><br>v.<br><br>FREEDOM FINANCIAL NETWORK LLC, FREEDOM DEBT RELIEF, LLC, FLUENT, INC., and LEAD SCIENCE, LLC,<br><br>Defendants.<br><br>FREEDOM FINANCIAL NETWORK, LLC and FREEDOM DEBT RELIEF, LLC,<br><br>Third Party Plaintiffs,<br><br>v.<br><br>DOES 1 through 5 ,<br><br>Third Party Defendants. | Case No. 4:18-cv-01060-YGR<br><br>**[PROPOSED] ORDER GRANTING STIPULATION TO MODIFY (1) BRIEFING SCHEDULE AND HEARING DATE ON DEFENDANTS' MOTION TO COMPEL ARBITRATION; AND (2) CERTAIN DEADLINES SET FORTH IN THE COURT'S REVISED CASE MANAGEMENT SCHEDULE (DKT. NO. 211)** |

For good cause appearing, the stipulation to modify (1) the briefing schedule and hearing date on Defendants' motion to compel arbitration; and (2) certain deadlines set forth in the Court's Revised Case Management Schedule (Dkt. No. 211) is **GRANTED**. As to Defendants' Motion to Compel Arbitration, the following deadlines and dates shall apply

| Event | Deadline |
|---|---|
| Plaintiffs' response to motion to compel arbitration | March 16, 2020 |
| Defendants' reply iso motion to compel arbitration | March 24, 2020 |
| Hearing on Motion to Compel Arbitration | April 7, 2020 at 2:00 p.m. |

As to the Case Management Schedule, the following revised deadlines and dates shall apply:

| Event | Deadline |
|---|---|
| Fact discovery cut off | April 3, 2020 |
| Parties' supplemental expert reports | April 6, 2020 |
| Parties' rebuttal expert reports | April 20, 2020 |
| Expert discovery cutoff | May 8, 2020 |
| Deadline for Defendants to take discovery from Hernandez and Russell | May 8, 2020 |
| Plaintiffs' renewed motion for class certification filed | May 18, 2020 (no change) |
| Defendants' response to Plaintiffs' renewed motion for class certification | June 8, 2020 (no change) |
| Plaintiffs' reply iso class certification | June 29, 2020 (no change) |
| Hearing on class certification | July 14, 2020 (no change) |

This order terminates Docket No. 238.  **PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: February 24, 2020__    _____

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**