Beth E. Terrell, SBN #178181
Email: bterrell@terrellmarshall.com
Jennifer Rust Murray
Email: jmurray@terrellmarshall.com
TERRELL MARSHALL LAW GROUP PLLC
936 North 34th Street, Suite 300
Seattle, Washington 98103
Telephone: (206) 816-6603
Facsimile: (206) 319-5450
[Additional counsel appear on signature page]

*Attorneys for Plaintiffs and Proposed Classes*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

| | |
|---|---|
| DANIEL BERMAN, STEPHANIE HERNANDEZ, and ERICA RUSSELL,<br><br>Plaintiffs,<br><br>v.<br><br>FREEDOM FINANCIAL NETWORK, LLC, FREEDOM DEBT RELIEF, LLC, FLUENT, INC., and LEAD SCIENCE, LLC,<br><br>Defendants. | NO. 4:18-cv-01060-YGR<br><br>**DECLARATION OF ERICA RUSSELL**<br><br><u>JURY TRIAL DEMAND</u><br><br>Honorable Yvonne Gonzalez Rogers |

I, Erica Russell, declare under penalty of perjury under the laws of the United States:

1. I am over 18 years of age. I make this declaration based on my personal knowledge. I am able to testify competently on the facts in this declaration.

2. I have looked online for coupons to save money for myself and my family.

3. On my cell phone, I remember seeing an ad that asked if I wanted to win a Walmart gift card. I clicked on it. That took me to a series of questions. Eventually, I typed my name, address, and email address into a form.

4.     I have read the document that I understand is Docket 224-2 in this case. I understand Defendants are saying that I would have seen images that look like the images on pages 14 to 19 of Docket 224-2.

5.     The series of questions I describe in paragraph 3 of this declaration looked somewhat like pages 14 to 16 of Docket 224-2. But I did not see a page that looked like page 19. For example, I don't remember any Target gift card being advertised. I don't remember any legal terms or conditions or a hyperlink to click to see them. I don't remember seeing anything about arbitration or agreeing to arbitration.

I declare under penalty of perjury under the laws of the United States that the statements in this declaration are true and correct.

EXECUTED this __6__ day of February, 2020, at __12:27 pm__, Rogers County protective order office.

_Erica Russell_ (signature)
Erica Russell

DECLARATION OF ERICA RUSSELL - 2
CASE NO. 4:18-CV-01060-YGR

CERTIFICATE OF SERVICE

I, Beth E. Terrell, hereby certify that on March 16, 2020, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

> Jay T. Ramsey, SBN #273160
> Email: jramsey@sheppardmullin.com
> SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
> 1901 Avenue of the Stars, Suite 1600
> Los Angeles, California 90067-6055
> Telephone: (310) 228-3700
> Facsimile: (310) 228-3701
>
> *Attorneys for Defendants Freedom Financial Network, LLC, Freedom Debt Relief, LLC, Fluent, Inc., and Lead Science, LLC*

DATED this 16th day of March, 2020.

> TERRELL MARSHALL LAW GROUP PLLC
>
>
> By: Beth E. Terrell, SBN #178181
> Beth E. Terrell, SBN #178181
> Email: bterrell@terrellmarshall.com
> 936 North 34th Street, Suite 300
> Seattle, Washington 98103
> Telephone: (206) 816-6603
> Facsimile: (206) 319-5450
>
> *Attorneys for Plaintiffs and the Proposed Classes*

DECLARATION OF ERICA RUSSELL - 3
CASE NO. 4:18-CV-01060-YGR