# **<u>EXHIBIT 7</u>**

EXHIBIT 2









# BARNES&NOBLE | Checkout

Continue Shopping›

## Shipping Address

If you already have an account, please **sign in** for faster checkout.

FAQ for Shipping Address »

### ENTER A SHIPPING ADDRESS * Required field

FIRST NAME: *

LAST NAME: *

COMPANY NAME:

☐ Check this box if this address **cannot** be serviced by UPS-for example, a P.O. Box or Military Address (APO or FPO).

ADDRESS LINE 1: *

ADDRESS LINE 2:

CITY: *

STATE/PROVINCE: *  Click to Select

ZIP/POSTAL CODE: *

COUNTRY: *  United States

PHONE:

☐ Check this box to use this address as your billing address.

### ENTER YOUR EMAIL ADDRESS * Required field

Your email address is required so we can contact you about your order.

EMAIL ADDRESS: *

CONFIRM EMAIL ADDRESS: *

**Continue Checkout**

## Shipping Options & Gift Preferences
## Payment
## Create Account (optional)
## Order Review

Customer Service: 1-800-THE-BOOK
Terms of Use, Copyright, and Privacy Policy

🔒 Safe Shopping Guarantee
© 1997-2012 BarnesandNoble.com llc




### Bag Summary  Edit Bag
Product Total  $8.98
Order Total  $8.98
View 1 Item

Member
BN.COM

**Get FREE Express Shipping**
Sign up for a FREE 2-Month Limited Membership
For new Members only, with credit card purchase.
**Learn How ›**



Exhibit 2, Page 12





Exhibit 2, Page 13







Check this box if this is a Bookfair Order. Details

**Continue Checkout**

You will still have a chance to review your order.

**Create Account (optional)**

**Order Review**

Customer Serv ce: 1-800-THE-BOOK
Terms of Use, Copyright, and Privacy Policy

🔒 Safe Shopping Guarantee
© 1997-2012 BarnesandNoble.com llc



Exhibit 2, Page 15







Case 4:12-cv-01060-YGR Document 50-2 Filed 03/30/20 Page 10 of 33

Order Review

Customer Service: 1-800-THE-BOOK
Terms of Use, Copyright, and Privacy Policy

Safe Shopping Guarantee
© 1997-2012 BarnesandNoble.com llc



Case 8:12-cv-01060-MGR Document 250-2 Filed 09/30/20 Page 11 of 33 Page ID
Case 8:12-cv-00811-JLS-DFM Document 10-4 Filed 09/25/12 Page 10 of 11 Page ID
#:152







Exhibit 2, Page 18



# Thank you for your order!

**Your Order Number:** 383964475

An email confirming the details of your order will be sent within 30 minutes.

**Order Total: $13.98** has been paid by credit card.

## Recommendations based on your order








Harry Potter and the Chamber...
J. K. Rowling
★★★★☆
Paperback **$8.98**

The Lightning Thief (Percy...
Rick Riordan
★★★★☆
Paperback **$7.99**

The Sea of Monsters (Percy...
Rick Riordan
★★★★☆
Paperback **$7.99**

The Maze of Bones (The 39...
Rick Riordan
★★★★☆
Hardcover **$8.44**

Harry Potter and the Prisoner...
J. K. Rowling
★★★★☆
Paperback **$8.98**

Harry Potter and the Goblet of...
J. K. Rowling
★★★★★
Paperback **$10.98**

ADVERTISEMENT



Exhibit 2, Page 19

Be in the Know.

Sign up for savings, news, updates.

Please enter a valid email address.

We're having trouble saving your address. Please try again.

Thank you. A welcome email has been sent.

Enter Your Email Address



GO

GO

GO

Read What You Love.

Anywhere You Like

NOOK for iPad™

NOOK for iPhone®

NOOK for Android™

NOOK for PC™

NOOK for Mac™

Learn More ›

Keep Up with BN's Buzz.

---

**B&N Services**

About B&N

Investor Relations

Barnes & Noble, Inc.

Careers at BN.com

Affiliate Network

Advertise

Publisher & Author Guidelines

B&N Membership

**Advanced Search**

Advanced Search

B&N MasterCard

Bulk Order Discounts

B&N Bookfairs

My B&N

**Shipping & Delivery**

About Free Shipping

About Shipping

Shipping Rates

Store Returns

Copyright, and Privacy Policy

**Quick Help**

Customer Service

Order Status

Easy Returns

Product Recalls

All Help Topics

Sitemap

Accessibility

Terms of Use,

© 1997-2012 Barnesandnoble com llc

Exhibit 2, Page 20

# **EXHIBIT 8**

## You Are 90 Seconds Away From **Better Results!**

① ② ③

**AS SEEN ON:**

| | |
|---|---|
| Total Debt Amount | $20,000 - $30,000 |
| Your Title | Select One ▼ |
| Your Age | Select One ▼ |
| First Name | |
| Last Name | |
| Email Address | |
| Phone Numbers | Home ( 310 ) - |
| | Work/Cell |

**Click to See Your FREE Results**

EBONY

⊙CBS NEWS

Los Angeles Times

CNBC

By clicking the button above you agree to be matched with up to 4 professional financial agencies and for them to contact you even if your telephone number is on a corporate, state, or the National Do Not Call Registry, and you agree to our Terms of Use and Privacy Policy.

About Us . Site Map . Press . Careers . Affiliates . Partners . For Lenders . For Debt Partners . Unsubscribe . Home
Terms of Use . Privacy . Licenses & Disclosures . Ad Targeting Policy

© 2000-2011 LowerMyBills, Inc. All Rights Reserved. Patent Pending. 4859 W Slauson Ave #405, Los Angeles, CA 90056

   

(UNKNOWN) (Q-1) (T-8048) (P-8028) (PG-42040) (8-1)

## You Are 90 Seconds Away From Better Results!

**AS SEEN ON:**

| | |
|---|---|
| Total Debt Amount | $20,000 - $30,000 |
| Your Title | Select One ▾ |
| Your Age | Select One ▾ |
| First Name | |
| Last Name | |
| Email Address | |
| Phone Numbers | Home ( 310 ) - |
| | Work/Cell |

**Click to See Your FREE Results!**

✓ Recommend  585

By clicking the button above you agree to be matched with up to 4 professional financial agencies, and for them to contact you (including through automated means, e.g. dialing and text messaging) via telephone, mobile device (including SMS and MMS) and/or email, even if your telephone number or email address is on a corporate, state, or the National Do Not Call Registry, and you agree to our Terms of Use and Privacy Policy. Such providers may convey information on a variety of debt related products and services, including but not limited to debt settlement or consolidation, debt counseling, or bankruptcy, depending on the service information inquiries selected by the consumer.

About Us . Site Map . Press . Careers . Affiliates . Partners . For Lenders . For Debt Partners . Unsubscribe . Home
Terms of Use . Privacy . Licenses & Disclosures . Ad Targeting Policy

© 2000-2011 LowerMyBills, Inc. All Rights Reserved. Patent Pending. 4859 W Slauson Ave #405, Los Angeles, CA 90056






(UNKNOWN) (Q-1) (T-6048) (P-6228) (PG-42040) (S-1)

# **EXHIBIT 9**

Case 4:19-cv-01060-YGR   Document 250-2   Filed 03/30/20   Page 18 of 33

# EXHIBIT 1



match.com SUBSCRIBE Home Search Matches Connections Messages Profile Sign In
mobile + invite friends

## Sign up and become a member today for free!

Only members can view the millions of profiles and photos on our site, save their searches and favorite profiles. Plus, you can create a free profile and start sending winks and flirting with other members. So, take the first step to finding love on match.com and sign up today!

## Register Now and Look for FREE!

**Your Email Address:**

**Your Birthday**

**Your Country:** United States

**Your Zip / Postal:**

**I am a:** Man Woman

**Seeking:** Man Woman

**Choose a Username:**

**Choose a Password:**

☑ I'm ready. Please email me new matches you identify, and send me updates on special offers from Match.com only.

CONTINUE »

By Choosing "Continue", I certify I am at least 18 years old and have read and agree to the Match.com privacy policy and terms of use.

Already a member? Sign in »

About Match.com | Terms of Use** | Your Privacy | Media Room | Careers
Online Dating Safety Tips | Dating Articles & Advice | How Online Dating Works | Success Stories | Relationship Tips
Help/FAQs | Profile Assistance | Contact Us | Site Map | Match International
Match.com Guarantee | Mobile | Gift Subscriptions | ProfilePro
Advertise on Match.com | Become an Affiliate | Promotions & Sponsorships | Business Development

** Our Terms of Use Agreement was revised 6/29/2011.

© Copyright 2011 Match.com, L.L.C. wda1-079fda1-002sda1-802

partner sites: Evite | Expedia | Hotels | Hotwire | Proust | OkCupid | Online Dating

# EXHIBIT 2

# match.com

SUBSCRIBE    Home | Search | Matches | Daily 5 | Messages | Profile

account | mobile | help | sign out

**Welcome qatestsayh6**

## Enter payment information to complete your subscription.

You will be billed $125.94. Please fill out the information below.

### ➡ STEP 1. Billing Address

For your safety, we make sure that your billing address matches the one on your credit card.

**FIRST NAME:**

**LAST NAME:**

**BILLING ADDRESS:**

**CITY:**         **STATE:** California ▼     **ZIP:**

**COUNTRY:** United States ▼

**PHONE:**
                    *optional*

### STEP 2. Payment Info

🔒 This is a secure site.

**CARD TYPE**     Visa ▼                        Other forms of payment

**NAME ON CARD**                                  PayPal

**CARD NUMBER**                                   MAIL IN PAYMENT

**EXPIRATION**    Month ▼ Year ▼

**SECURITY CODE**
                  ❓ WHERE DO I FIND THIS?

Your subscription will continue indefinitely unless cancelled by you. Unless you cancel before your free trial ends, after your initial subscription commitment period and again after any subsequent subscription period, your subscription will automatically continue for the same period and rate you chose when signing up for the free trial. By subscribing, you authorize Match.com to charge your credit or debit card upon completion of your free trial and again at the beginning of any subsequent subscription period. To cancel future subscription periods at any time, go to your "account" page. Learn More

You, the buyer, may cancel this agreement, without penalty or obligation, at any time prior to midnight of the original contract seller's third business day following the original date of this contract, excluding Sundays and holidays. To cancel this agreement, mail or deliver a signed and dated notice, or send a telegram to which states that you, the buyer, are canceling this agreement, or words of similar effect. This notice shall be sent to: Match.com, L.L.C., Attn: Cancellations, P.O. Box 12305, Dallas, TX 75225, USA. Please include your Match.com username and email address in any correspondence or your refund may be delayed.

If you send or deliver the notice to cancel your subscription agreement within such three day period, we will refund the full amount of your subscription.

For information regarding cancellation on death and disability, click here.

☐ By checking this box, I affirm: I agree to the Match.com terms of use.     **SUBSCRIBE NOW »**

---

**Review your subscription**

🎁 14 days FREE          $0.00
                  Total = $0.00

You will be billed $125.94 for a 6-month subscription after your 14 free days.

VISA  MasterCard  DISCOVER  [card]  [card]
[card]  PayPal

[VeriSign Secured]

---

About Match.com | Online Dating Safety Tips | Help/FAQs | ✓ Match.com Guarantee | Advertise on Match.com
Terms of Use | Dating Articles & Advice | Profile Assistance | 📱 Mobile | Become an Affiliate
Your Privacy | How Online Dating Works | Contact Us | 👥 Gift Subscriptions | Promotions & Sponsorships
Media Room | Success Stories | Site Map | 👤 ProSisPro | Business Development
Careers | Relationship Tips | Match International

Like  17K

© Copyright 2011 Match.com, L.L.C. sds0-1g3fds0-1g3sds0-1g3

partner sites:  Chemistry | Domains | Expedia | GetSmart | Hotels | Hotwire | Live Action | Ticketmaster | Online Dating

# EXHIBIT 3

Home    Search    Matches    Connections    Messages    Profile    Sign In

mobile    invite friends

## Match.com Terms of Use Agreement

*Last revised on September 7, 2011*

Welcome to Match.com, the service for single adults to meet each other online, operated by Match.com, L.L.C. ("Match.com"). By using the Match.com Website, (the "Website") you agree to be bound by these Terms of Use (this "Agreement"), whether or not you register as a member of Match.com ("Member"). If you wish to become a Member and make use of the Match.com service (the "Service"), please read these Terms of Use. If you object to anything in this Agreement or the Match.com Privacy Policy, do not use the Website or the Service.

1.  **Acceptance of Terms of Use Agreement.**

    a.  **Electronic Agreement.** This Agreement is an electronic contract that sets out the legally binding terms of your use of the Website and your membership in the Service. This Agreement may be modified by Match.com from time to time, such modifications to be effective upon posting by Match.com on the Website. This Agreement includes Match.com's Acceptable Use Policy for Content Posted on the Website, Match.com's Privacy Policy, Match.com's subscription policies and any notices regarding the Website. By accessing the Website or becoming a Member, you accept this Agreement and agree to all of the terms, conditions and notices contained or referenced herein.

    b.  **Electronic Form.** By accessing the Website or becoming a Member, you consent to have this Agreement provided to you in electronic form.

    c.  **Non-electronic Copy.** You have the right to receive this Agreement in non-electronic form. You may request a non-electronic copy of this Agreement either before or after you electronically sign the Agreement. To receive a non-electronic copy of this Agreement, please Contact Us online or send a letter and self-addressed stamped envelope to: Match.com, P.O. Box 25458, Dallas, TX 75225.

    d.  **Withdrawing Your Consent.** You have the right at any time to withdraw your consent to have this Agreement provided to you in electronic form.

        i.  Effect. Should you choose to withdraw your consent to have this Agreement provided to you in electronic form, we will discontinue your then-current username and password. This means that you will not have the right to use the Service unless, and until, we issue you a new username and password. We only will issue you a new username and password after we receive a signed copy of a non-electronic version of this Agreement, which we will send to you upon request.

        ii.  Notice. To withdraw your consent and/or request a non-electronic copy of this Agreement, please Contact Us online or send a letter and self-addressed stamped envelope to: Match.com, P.O. Box 25458, Dallas, TX 75225.

        iii.  Effective Timing. Your withdrawal of consent shall be effective within a reasonable time after we receive your withdrawal notice described above. Your withdrawal of consent will not affect the legal validity or enforceability of the Agreement provided to, and electronically signed by, you prior to the effective date of your withdrawal.

    e.  **Access and Retention.** In order to access and retain this electronic Agreement, you must have access to the World Wide Web, either directly or through devices that access web-based content, and pay any service fees associated with such access. In addition, you must use all equipment necessary to make such connection to the World Wide Web, including a computer and modem or other access device. Please print a copy of this document for your records. To retain an electronic copy of this Agreement, you may save it into any word processing program. Via, the Website, we will notify you of any changes in the hardware or software requirements needed to access and/or retain this Agreement that create a material risk that you will not be able to continue to access and/or retain this electronic Agreement.

2.  **Eligibility.**
    You must be at least eighteen (18) years of age and single or separated from your spouse to register as a member of Match.com or use the Website. Membership in the Service is void where prohibited. By using the Website, you represent and warrant that you have the right, authority and capacity to enter into this Agreement and to abide by all of the terms and conditions of this Agreement. If you become a Member, you represent and warrant that you have never been convicted of a felony and that you are not required to register as a sex offender with any government entity.

3.  **Membership and Subscription; Pricing.**
    You may become a Member of the Service at no cost. As a Member, you will have the ability to participate in some, but not all, of the features and services available within the Service. In order to access additional features and services, including the ability to communicate with other Members, you must become a paying subscriber to the Service. Please see Subscribe for a description of the current subscription plans and their prices. Please note that the subscription policies that are disclosed to you in subscribing to the service are deemed part of this Agreement.

Please see Section 12 below for a description of such policies. For purposes of this Agreement the term "Member" includes subscribers, unless where its usage indicates otherwise. From time to time, Match.com may remove the profiles of non-subscribers.

4. **Term.**

This Agreement will remain in full force and effect while you use the Website and/or are a Member. You may terminate your membership and/or subscription at any time, for any reason, by following the instructions on the Resign pages in "Account Settings" on your profile page, or you may Contact Us online or send Match.com written notice of termination to Match.com, P.O. Box 25458, Dallas, TX 75225. If you resign or cancel your membership and/or subscription via the Match.com site, to help Match.com analyze and improve the Service, you may be asked to provide a reason for your resignation/cancellation. You may bypass this brief resignation survey page and continue the resignation/cancellation process by clicking the "Continue Cancellation" or other similar button on the page. If you terminate your subscription, your subscription will remain active until the end of your then-current subscription period (that is, the subscription period through which you had paid prior to your termination). Match.com may terminate your membership and/or subscription by sending notice to you at the email address you provide in your application for membership, or such other email address as you may later provide to Match.com. If Match.com terminates your membership in the Service because you have breached this Agreement, you will not be entitled to any refund of unused subscription fees. All decisions regarding the termination of accounts shall be made in the sole discretion of Match.com. Match.com is not required to provide you notice prior to terminating your membership and/or subscription. Match.com is not required, and may be prohibited, from disclosing a reason for the termination of your account. After your membership and/or subscription is terminated, all terms that by their nature may survive termination of this Agreement shall be deemed to survive such termination.

5. **Non-commercial Use by Members.**

The Website is for the personal use of individual Members only and may not be used in connection with any commercial endeavors. Organizations, companies, and/or businesses may not become Members and should not use the Service or the Website for any purpose. Illegal and/or unauthorized uses of the Website, including collecting usernames and/or email addresses of members by electronic or other means for the purpose of sending unsolicited email and unauthorized framing of or linking to the Website may be investigated, and appropriate legal action will be taken, including without limitation, civil, criminal, and injunctive redress. Use of the Website is with the permission of Match.com, which may be revoked at any time, for any reason, in Match.com's sole discretion.

6. **Account Security.**

You are responsible for maintaining the confidentiality of the username and password that you designate during the Registration process, and you are fully responsible for all activities that occur under your username and password. You agree to (a) immediately notify Match.com of any unauthorized use of your username or password or any other breach of security, and (b) ensure that you exit from your account at the end of each session. Match.com will not be liable for any loss or damage arising from your failure to comply with this provision. You should use particular caution when accessing your account from a public or shared computer so that others are not able to view or record your password or other personal information. If you share your computer with others, you may wish to consider disabling your auto-sign in feature if you have linked your Window's Live ID to your Match.com account.

7. **Your Interactions with Other Members.**

a. **YOU ARE SOLELY RESPONSIBLE FOR YOUR INTERACTIONS WITH OTHER MEMBERS. YOU UNDERSTAND THAT MATCH.COM CURRENTLY DOES NOT CONDUCT CRIMINAL BACKGROUND CHECKS ON ITS MEMBERS. MATCH.COM ALSO DOES NOT INQUIRE INTO THE BACKGROUNDS OF ALL OF ITS MEMBERS OR ATTEMPT TO VERIFY THE STATEMENTS OF ITS MEMBERS. MATCH.COM MAKES NO REPRESENTATIONS OR WARRANTIES AS TO THE CONDUCT OF MEMBERS OR THEIR COMPATIBILITY WITH ANY CURRENT OR FUTURE MEMBERS. MATCH.COM RESERVES THE RIGHT TO CONDUCT ANY CRIMINAL BACKGROUND CHECK OR OTHER SCREENINGS (SUCH AS SEX OFFENDER REGISTER SEARCHES), AT ANY TIME AND USING AVAILABLE PUBLIC RECORDS.**

b. **IN NO EVENT SHALL MATCH.COM BE LIABLE FOR ANY DAMAGES WHATSOEVER, WHETHER DIRECT, INDIRECT, GENERAL, SPECIAL, COMPENSATORY, CONSEQUENTIAL, AND/OR INCIDENTAL, ARISING OUT OF OR RELATING TO THE CONDUCT OF YOU OR ANYONE ELSE IN CONNECTION WITH THE USE OF THE SERVICE, INCLUDING WITHOUT LIMITATION, BODILY INJURY, EMOTIONAL DISTRESS, AND/OR ANY OTHER DAMAGES RESULTING FROM COMMUNICATIONS OR MEETINGS WITH OTHER REGISTERED USERS OF THIS SERVICE OR PERSONS YOU MEET THROUGH THIS SERVICE. YOU AGREE TO TAKE REASONABLE PRECAUTIONS IN ALL INTERACTIONS WITH OTHER MEMBERS OF THE SERVICE, PARTICULARLY IF YOU DECIDE TO MEET OFFLINE OR IN PERSON. IN ADDITION, YOU AGREE TO REVIEW MATCH.COM'S DATING SAFETY TIPS PRIOR TO USING THE SERVICE. YOU UNDERSTAND THAT MATCH.COM MAKES NO GUARANTEES, EITHER EXPRESS OR IMPLIED, REGARDING YOUR ULTIMATE COMPATIBILITY WITH INDIVIDUALS YOU**

**MEET THROUGH THE SERVICE. YOU SHOULD NOT PROVIDE YOUR FINANCIAL INFORMATION (FOR EXAMPLE, YOUR CREDIT CARD OR BANK ACCOUNT INFORMATION) TO OTHER MEMBERS.**

8. **Content on Match.com.**

   a. **Proprietary Rights.** Match.com owns and retains all proprietary rights in the Website and the Service. The Website contains the copyrighted material, trademarks, and other proprietary information of Match.com, and its licensors. Except for that information which is in the public domain or for which you have been given written permission, you may not copy, modify, publish, transmit, distribute, perform, display, or sell any such proprietary information.

   b. **Reliance on Content, Advice, Etc.** Opinions, advice, statements, offers, or other information or content made available through the Service, but not directly by Match.com, are those of their respective authors, and should not necessarily be relied upon. Such authors are solely responsible for such content. **Match.com does not: (i) guarantee the accuracy, completeness, or usefulness of any information on the Service, or (ii) adopt, endorse or accept responsibility for the accuracy or reliability of any opinion, advice, or statement made by any party that appears on the Website. Under no circumstances will Match.com or its affiliates be responsible for any loss or damage resulting from your reliance on information or other content posted on the Website or transmitted to or by any Members.**

9. **Content Posted by You on Match.com.**

   a. You are solely responsible for the Content that you publish or display (hereinafter, "post") on the Service, or transmit to other Members. You will not post on the Service, or transmit to other Members, any defamatory, inaccurate, abusive, obscene, profane, offensive, sexually oriented, threatening, harassing, racially offensive, or illegal material, or any material that infringes or violates another party's rights (including, but not limited to, intellectual property rights, and rights of privacy and publicity). You will not provide inaccurate, misleading or false information to the Company or to any other Member. If information provided to Match.com, or another Member, subsequently becomes inaccurate, misleading or false, you will promptly notify Match.com of such change.

   b. You understand and agree that Match.com may review and delete any content, messages, double-blind emails, photos or profiles (collectively, "Content"), in each case in whole or in part, that in the sole judgment of Match.com violate this Agreement or which might be offensive, illegal, or that might violate the rights, harm, or threaten the safety of Members.

   c. By posting Content to any public area of Match.com, you automatically grant, and you represent and warrant that you have the right to grant, to Match.com, its affiliates, licensees and successors, an irrevocable, perpetual, non-exclusive, fully paid, worldwide license to use, copy, perform, display, reproduce, adapt, modify and distribute such information and content and to prepare derivative works of, or incorporate into other works, such information and content, and to grant and authorize sublicenses of the foregoing. You further represent and warrant that public posting and use of your content by Match.com will not infringe or violate the rights of any third party.

   d. The following is a partial list of the kind of Content that is illegal or prohibited on the Website. Match.com reserves the right to investigate and take appropriate legal action in its sole discretion against anyone who violates this provision, including without limitation, removing the offending communication from the Service and terminating the membership of such violators. It includes, but is not limited to, Content that:

      • is patently offensive to the online community, such as Content that promotes racism, bigotry, hatred or physical harm of any kind against any group or individual;

      • harasses or advocates harassment of another person;

      • involves the transmission of "junk mail", "chain letters," or unsolicited mass mailing or "spamming";

      • promotes information that is false, misleading or promotes illegal activities or conduct that is abusive, threatening, obscene, defamatory or libelous;

      • promotes an illegal or unauthorized copy of another person's copyrighted work, such as providing pirated computer programs or links to them, providing information to circumvent manufacture-installed copy-protect devices, or providing pirated images, audio or video, or links to pirated images, audio or video files;

      • contains restricted or password only access pages, or hidden pages or images (those not linked to or from another accessible page);

      • provides material that exploits people under the age of 18 in a sexual or violent manner, or solicits personal information from anyone under the age of 18;

      • provides instructional information about illegal activities such as making or buying illegal weapons, violating someone's privacy, or providing or creating computer viruses;

      • solicits passwords or personal identifying information for commercial or unlawful purposes from other users; and

      • engages in commercial activities and/or sales without our prior written consent such as contests, sweepstakes, barter, advertising, and pyramid schemes.

   **e.**  Your use of the Service, including but not limited to the Content you post on the Service, must be in accordance with any and all applicable laws and regulations.

   **f.**  You may not include in your Member profile any telephone numbers, street addresses, last names, URLs or email addresses.

   **g.**  You may not engage in advertising to, or solicitation of, other Members. This includes but is not limited to solicitation or advertising to buy or sell any products or services through the Service or to attend parties or other social functions or networking for commercial purposes. You may not transmit any chain letters or junk email to other Members. Although Match.com cannot monitor the conduct of its Members off the Website, it is also a violation of these rules to use any information obtained from the Service in order to harass, abuse, or harm another person, or in order to contact, advertise to, solicit, or sell to any Member without their prior explicit consent. In order to protect our Members from such advertising or solicitation, we reserve the right to restrict the number of emails which a Member may send to other Members in any 24-hour period to a number which we deem appropriate in our sole discretion.

   **h.**  All information you include in your Member profile must be accurate, current and complete.

10. **Prohibited Activities.**

Match.com reserves the right to investigate and terminate your membership if you have misused the Service, or behaved in a way which could be regarded as inappropriate or whose conduct is unlawful or illegal. The following is a partial list of the type of actions that you may not engage in with respect to the Service:

- You will not impersonate any person or entity.
- You will not "stalk" or otherwise harass any person.
- You will not express or imply that any statements you make are endorsed by Match.com without our specific prior written consent.
- You will not use any robot, spider, site search/retrieval application, or other manual or automatic device or process to retrieve, index, "data mine", or in any way reproduce or circumvent the navigational structure or presentation of the Service or its contents.
- You will not post, distribute or reproduce in any way any copyrighted material, trademarks, or other proprietary information without obtaining the prior consent of the owner of such proprietary rights.
- You will not remove any copyright, trademark or other proprietary rights notices contained in the Service.
- You will not interfere with or disrupt the Services or the site or the servers or networks connected to the Services or the site.
- You will not post, email or otherwise transmit any material that contains software viruses or any other computer code, files or programs designed to interrupt, destroy or limit the functionality of any computer software or hardware or telecommunications equipment.
- You will not forge headers or otherwise manipulate identifiers in order to disguise the origin of any information transmitted through the Service.
- You will not "frame" or "mirror" any part of the Service or the Website, without Match.com's prior written authorization. You also shall not use meta tags or code or other devices containing any reference to Match.com or the Service or the site in order to direct any person to any other web site for any purpose.
- You will not modify, adapt, sublicense, translate, sell, reverse engineer, decipher, decompile or otherwise disassemble any portion of the Service or the Website or any software used on or for the Service or cause others to do so.

11. **Customer Service.**

Match.com provides assistance and guidance through its customer care representatives. When communicating with our customer care representatives, you may not to be abusive, obscene, profane, offensive, sexist, threatening, harassing, racially offensive, or otherwise behave inappropriately. Telephone calls between you and our customer care representatives may be recorded for quality assurance purposes. If we feel that your behavior towards any of our customer care representatives or other employees is at any time threatening or offensive, we reserve the right to immediately terminate your membership and you will not be entitled to any refund of unused subscription fees.

12. **Subscriptions; Charges on Your Billing Account.**

   **a.**  **Billing and Payment.** Match.com bills you through an online account (your "Billing Account") for use of the Service. You agree to pay Match.com all charges at the prices you agreed to for any use of the Service by you or other persons (including your agents) using your Billing Account, and you authorize Match.com to charge your chosen payment provider (your "Payment Method") for the Service. You agree to make payment using that selected Payment Method. Match.com may correct any billing errors or mistakes that it makes even if it has already requested or received payment. This Section 12 includes any agreements you made with Match.com on the Website when becoming a Member or subscribing to the Service. The terms of your payment will be based on your Payment Method and may be determined by agreements between you and the financial institution, credit card issuer or other provider of your chosen Payment Method.

   **b.**  **Automatic Renewal.** Your subscription will continue indefinitely until cancelled by you. After your initial subscription commitment period, and again after any subsequent subscription period, your subscription will automatically continue for an additional equivalent period, at the price you agreed to when subscribing. You agree that your account will be subject to this automatic renewal feature. If you do not wish your account to renew automatically, or if you want to change or terminate your subscription, please log in and go to the

"Change / Cancel Membership" (or similar) page on your "Account Settings" page. If you cancel your subscription, you may use your subscription until the end of your then-current subscription term; your subscription will not be renewed after your then-current term expires. However, you won't be eligible for a prorated refund of any portion of the subscription fee paid for the then-current subscription period. By subscribing, you authorize Match.com to charge your Payment Method now and again at the beginning of any subsequent subscription period. You also authorize Match.com to charge you for any sales or similar taxes that may be imposed on your subscription payments. Upon the renewal of your subscription, if Match.com does not receive payment from your Payment Method provider, (i) you agree to pay all amounts due on your Billing Account upon demand, and/or (ii) you agree that Match.com may either terminate or suspend your subscription and continue to attempt to charge your Payment Method provider until payment is received (upon receipt of payment, your account will be activated and for purposes of automatic renewal, your new subscription commitment period will begin as of the day payment was received).

c. **Current Information.** You must provide current, complete and accurate information for your Billing Account. You must promptly update all information to keep your Billing Account current, complete and accurate (such as a change in billing address, card number or expiration date), and you must promptly notify Match.com if your Payment Method is canceled (including if you lose your card or it is stolen), or if you become aware of a potential breach of security (such as an unauthorized disclosure or use of your name or password). Changes to such information can be made at "Account Settings" on the Website. If you fail to provide Match.com any of the foregoing information, you agree that you are responsible for fees accrued under your Billing Account. In addition, you authorize us to obtain updated or replacement expiration dates and card numbers for you credit or debit card as provided by your credit or debit card issuer.

d. **Reaffirmation of Authorization.** Your non-termination or continued use of the Service reaffirms that Match.com is authorized to charge your Payment Method. Match.com may submit those charges for payment and you will be responsible for such charges. This does not waive Match.com's right to seek payment directly from you. Your charges may be payable in advance, in arrears, per usage, or as otherwise described when you initially subscribed to the Service.

e. **Free Trials and Other Promotions.** Any free trial or other promotion that provides subscriber-level access to the Service must be used within the specified time of the trial. You must cancel your subscription before the end of the trial period in order to avoid being charged a subscription fee. If you cancel prior to the end of the trial period and are inadvertently charged for a subscription, please contact Customer Care to have the charges reversed.

13. ## Modifications to Service.
Match.com reserves the right at any time to modify or discontinue, temporarily or permanently, the Service (or any part thereof) with or without notice. You agree that Match.com shall not be liable to you or to any third party for any modification, suspension or discontinuance of the Service.

14. ## Blocking of IP Addresses.
In order to protect the integrity of the Service, Match.com reserves the right at any time in its sole discretion to block Members from certain IP addresses from accessing the Website.

15. ## Copyright Policy.
You may not post, distribute, or reproduce in any way any copyrighted material, trademarks, or other proprietary information without obtaining the prior written consent of the owner of such proprietary rights. Without limiting the foregoing, if you believe that your work has been copied and posted on the Service in a way that constitutes copyright infringement, please provide our Copyright Agent with the following information: an electronic or physical signature of the person authorized to act on behalf of the owner of the copyright interest; a description of the copyrighted work that you claim has been infringed; a description of where the material that you claim is infringing is located on the Website; your address, telephone number, and email address; a written statement by you that you have a good faith belief that the disputed use is not authorized by the copyright owner, its agent, or the law; a statement by you, made under penalty of perjury, that the above information in your notice is accurate and that you are the copyright owner or authorized to act on the copyright owner's behalf. Match.com's Copyright Agent for notice of claims of copyright infringement can be reached as follows: copyright@match.com or Match.com Legal, P.O. Box 25458, Dallas, TX 75225.

16. ## Member Disputes.
You are solely responsible for your interactions with other Match.com Members. Match.com reserves the right, but has no obligation, to monitor disputes between you and other Members.

17. ## Privacy and Communications.
Use of the Website and/or the Service is also governed by our Privacy Policy. When you become a Member, you agree and consent to receive email messages from us. These emails may be transactional or relationship communications relating to the Service, such as administrative notices and service announcements or changes, or emails containing commercial offers, promotions or special offers from us. Please see the Match.com Privacy Policy for more information regarding these communications.

18. ## Disclaimers.
a. Match.com is not responsible for any incorrect or inaccurate Content posted on the Website or in connection with the Service, whether caused by users of the Website, Members or by any of the equipment or programming associated with or utilized in the Service. **Match.com is not responsible for the conduct, whether online or offline, of any user of the Website or Member of the Service.** Match.com assumes no responsibility for any error, omission, interruption, deletion, defect, delay in operation or transmission,

communications line failure, theft or destruction or unauthorized access to, or alteration of, user or Member communications. Match.com is not responsible for any problems or technical malfunction of any telephone network or lines, computer online systems, servers or providers, computer equipment, software, failure of email or players on account of technical problems or traffic congestion on the Internet or at any Website or combination thereof, including injury or damage to users and/or Members or to any other person's computer related to or resulting from participating or downloading materials in connection with the Web and/or in connection with the Service. Under no circumstances will Match.com or any of its affiliates, advertisers, promoters or distribution partners be responsible for any loss or damage, including personal injury or death, resulting from anyone's use of the Website or the Service, any Content posted on the Website or transmitted to Members, or any interactions between users of the Website, whether online or offline. The Website and the Service are provided "AS-IS" and Match.com expressly disclaims any warranty of fitness for a particular purpose or non-infringement. Match.com cannot guarantee and does not promise any specific results from use of the Website and/or the Service.

**b.** In addition to the preceding paragraph and other provisions of this Agreement, any advice that may be posted on the Website is for informational and entertainment purposes only and is not intended to replace or substitute for any professional financial, medical, legal, or other advice. Match.com makes no representations or warranties and expressly disclaims any and all liability concerning any treatment, action by, or effect on any person following the information offered or provided within or through the Website. If you have specific concerns or a situation arises in which you require professional or medical advice, you should consult with an appropriately trained and qualified specialist.

19. **Links.**
The Service may provide, or third parties may provide, links to other World Wide Web sites or resources. Because Match.com has no control over such sites and resources, you acknowledge and agree that Match.com is not responsible for the availability of such external sites or resources, and does not endorse and is not responsible or liable for any Content, advertising, products or other materials on or available from such sites or resources. You further acknowledge and agree that Match.com shall not be responsible or liable, directly or indirectly, for any damage or loss caused or alleged to be caused by or in connection with the use of, or reliance upon, any such Content, goods or services available on or through any such site or resource.

20. **Linked Accounts**
Match.com permits you to associate a Match.com username and password with your Window's Live ID. When you establish a linked account, you can sign into Window's Live or AOL ScreenName and automatically sign into Match.com at the same time. Match.com is not responsible for the operation or functionality of Window's Live or AOL ScreenName. Microsoft is a registered trademark of Microsoft Corporation and AOL is a registered trademark of America Online, Inc.

21. **Limitation on Liability.**
Except in jurisdictions where such provisions are restricted, in no event will Match.com be liable to you or any third person for any indirect, consequential, exemplary, incidental, special or punitive damages, including also lost profits arising from your use of the Web site or the Service, even if Match.com has been advised of the possibility of such damages. Notwithstanding anything to the contrary contained herein, Match.com's liability to you for any cause whatsoever, and regardless of the form of the action, will at all times be limited to the amount paid, if any, by you to Match.com for the Service during the term of membership.

22. **U.S. Export Controls.**
Software from this Website (the "Software") is further subject to United States export controls. No Software may be downloaded from the Website or otherwise exported or re-exported (i) into (or to a national or resident of) Cuba, Iraq, Libya, North Korea, Iran, Syria, or any other Country to which the U.S. has embargoed goods; or (ii) to anyone on the U.S. Treasury Department's list of Specially Designated Nationals or the U.S. Commerce Department's Table of Deny Orders. By downloading or using the Software, you represent and warrant that you are not located in, under the control of, or a national or resident of any such country or on any such list.

23. **Arbitration and Governing Law.**

**a.** **Arbitration Agreement.** The exclusive means of resolving any dispute or claim arising out of or relating to this Agreement (including any alleged breach thereof), the Service, or the Website shall be **BINDING ARBITRATION** administered by the American Arbitration Association. The one exception to the exclusivity of arbitration is that you have the right to bring an individual claim against Match.com in a small-claims court of competent jurisdiction. But whether you choose arbitration or small-claims court, you may not under any circumstances commence or maintain against Match.com any class action, class arbitration, or other representative action or proceeding.

**b.** **Notice of Rights.** By using the Website or the Service in any manner, you agree to the above arbitration agreement. In doing so, **YOU GIVE UP YOUR RIGHT TO GO TO COURT** to assert or defend any claims between you and Match.com (except for matters that may be taken to small-claims court). **YOU ALSO GIVE UP YOUR RIGHT TO PARTICIPATE IN A CLASS ACTION OR OTHER CLASS PROCEEDING.** Your rights will be determined by a **NEUTRAL ARBITRATOR, NOT A JUDGE OR JURY.** You are entitled to a fair hearing before the arbitrator. The arbitrator can grant any relief that a court can, but you should note that arbitration proceedings are usually simpler and more streamlined than trials and other judicial proceedings. Decisions by the arbitrator are enforceable in court and may be overturned by a court only for very limited reasons. For details on the arbitration process, see our Arbitration Procedures.

**c.** **Court Proceedings.** Any proceeding to enforce this arbitration agreement, including any proceeding to

confirm, modify, or vacate an arbitration award, may be commenced in any court of competent jurisdiction. In the event that this arbitration agreement is for any reason held to be unenforceable, any litigation against Match.com (except for small-claims court actions) may be commenced only in the federal or state courts located in Dallas County, Texas. You hereby irrevocably consent to the jurisdiction of those courts for such purposes.

    d.   <u>Governing Law.</u> This Agreement, and any dispute between you and Match.com, shall be governed by the laws of the state of Texas without regard to principles of conflicts of law, provided that this arbitration agreement shall be governed by the Federal Arbitration Act.

### 24. Indemnity by You.
You agree to indemnify and hold Match.com, its subsidiaries, affiliates, officers, agents, and other partners and employees, harmless from any loss, liability, claim, or demand, including reasonable attorney's fees, made by any third party due to or arising out of your use of the Service in violation of this Agreement and/or arising from a breach of this Agreement and/or any breach of your representations and warranties set forth above.

### 25. No Third Party Beneficiaries.
You agree that, except as otherwise expressly provided in this Agreement, there shall be no third party beneficiaries to this Agreement.

### 26. Other and Amendments.
This Agreement contains the entire agreement between you and Match.com regarding the use of the Website and/or the Service. If any provision of this Agreement is held invalid, the remainder of this Agreement shall continue in full force and effect. This Agreement is subject to change by Match.com at any time. If you are a non-subscribing Member at the time of any change, the revised terms will be effective upon posting on the Match.com website and your use of the Service after such posting will constitute acceptance by you of the revised Agreement. If you are a subscribing Member at the time of any change, this Agreement will continue to govern your membership until such time that you renew your subscription as contemplated by Section 12. If you continue your subscription, your renewal will constitute acceptance by you of the revised Agreement. Alternatively, if you terminate your subscription at such time, your use of the Service after your termination will constitute acceptance by you of the Agreement.

Please Contact Us with any questions regarding this agreement. Match.com is a trademark of Match.com, L.L.C.

I HAVE READ THIS AGREEMENT AND AGREE TO ALL OF THE PROVISIONS CONTAINED ABOVE.

**About Match.com** | **Online Dating Safety Tips** | **Help/FAQs** | **Match.com Guarantee** | **Advertise on Match.com**
Terms of Use** | Dating Articles & Advice | Profile Assistance | Mobile | Become an Affiliate
Your Privacy | How Online Dating Works | Contact Us | Gift Subscriptions | Promotions & Sponsorships
Media Room | Success Stories | Site Map | ProfilePro | Business Development
Careers | Relationship Tips | Match International

** Our Terms of Use Agreement was revised 9/7/2011.

© Copyright 2012 Match.com, L.L.C. wda1-050fda1-005sda1-806

partner sites:   Yahoo Personals | 50+ Dating | Black Dating | SingleParents | Christian Dating | Personals

# **<u>EXHIBIT 10</u>**

# EXHIBIT B

At Home Workout Videos & Fitness Programs - Beachbody.com          Page 1 of 2



Exhibit B Page 5

At Home Workout Videos & Fitness Programs - Beachbody.com                    Page 2 of 2

**Important:** Billing Name, Address, and Zip Code must be the same as on your billing statement.

By clicking *Place Order* below, you are agreeing that you have read and understand the Beachbody Purchase Terms and Conditions, and Team Beachbody Terms and Conditions.

**PLACE ORDER**

Home | About Us | Press | Newsletters | Message Boards | Customer Service | Live Chat | My Account | Terms of Use | Privacy Policy | Site Map | Contact Us

†Results may vary. Exercise and proper diet are necessary to achieve and maintain weight loss and muscle definition.
Please consult with a physician before beginning any exercise program.
© 2014 Beachbody, LLC. All rights reserved.

https://www.beachbody.com/checkout/upsellcheckout.do                    9/11/2014

Exhibit B Page 6