SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
  A Limited Liability Partnership
  Including Professional Corporations
JAY T. RAMSEY, Cal. Bar No. 273160
1901 Avenue of the Stars, Suite 1600
Los Angeles, California 90067-6055
Telephone:   310.228.3700
Facsimile:    310.228.3701
E mail         jramsey@sheppardmullin.com

Attorneys for Defendants
FREEDOM FINANCIAL NETWORK, LLC,
FREEDOM DEBT RELIEF, LLC, FLUENT,
INC., and LEAD SCIENCE, LLC,

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL BERMAN, STEPHANIE HERNANDEZ, and ERICA RUSSELL,<br><br>Plaintiffs,<br><br>v.<br><br>FREEDOM FINANCIAL NETWORK LLC, FREEDOM DEBT RELIEF, LLC, FLUENT, INC., and LEAD SCIENCE, LLC,<br><br>Defendants.<br><br>FREEDOM FINANCIAL NETWORK, LLC and FREEDOM DEBT RELIEF, LLC,<br><br>Third Party Plaintiffs,<br><br>v.<br><br>DOES 1 through 5,<br><br>Third Party Defendants. | Case No. 4:18-cv-01060-YGR<br><br>**DECLARATION OF DHARMA NAIK IN SUPPORT OF DEFENDANTS' OPPOSITION TO PLAINTIFFS' RENEWED MOTION FOR CLASS CERTIFICATION**<br><br>Hearing TBD per Court Order (Dkt. No. 252) |

# DECLARATION OF DHARMA NAIK

I, Dharma Naik, hereby declare:

1. I am the Associate General Counsel to Defendants Freedom Financial Network, LLC and Freedom Debt Relief, LLC (collectively, "Freedom"). I make this declaration based on my personal knowledge obtained through the course of my employment at Fluent and upon information obtained by me from individuals upon whom I regularly rely in the normal course of business.

2. Freedom and its various related entities are generally referred to collectively as "Freedom Financial" or the "Freedom Financial Network."

3. In 2017, Freedom and Defendants Fluent, Inc. ("Fluent") entered into a marketing campaign to generate leads (*i.e.*, target potential customers) for Freedom (the "Freedom Campaign"). Freedom provides, among other things, debt relief services. It is my understanding that Fluent is a digital marketing company that operates consumer-facing websites that collect first-party data from registrants that Fluent then uses to assist advertising clients, such as Freedom, in targeting and engaging potential customers.

4. Freedom engaged a number of clients that were leads generated as part of the Freedom Campaign. Freedom's records indicate that Freedom engaged 159 clients as a result of the Freedom Campaign. I understand that Freedom provided the list of clients, including first and last name, phone and email address, in discovery, and it was produced as FREEDOM_001924. The list contains private and confidential information about individuals, so is not being filed publicly. Freedom can provide the list if necessary.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on July 31, 2020.

*/s/ Dharma Naik*
DHARMA NAIK

1  I hereby attest, under penalty of perjury, that I received permission from Dharma Naik to
2 insert his electronic signature above.  He is currently moving from San Francisco to Washington,
3 D.C. and is driving cross-country with his family.  He did not have access to a scanner and so
4 could not execute in person.  Defendants can submit an executed version once Mr. Naik is settled
5 in Washington, D.C.

				*/s/ Jay T. Ramsey*
				JAY T. RAMSEY