SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
  A Limited Liability Partnership
  Including Professional Corporations
JAY T. RAMSEY, Cal. Bar No. 273160
1901 Avenue of the Stars, Suite 1600
Los Angeles, California 90067-6055
Telephone:    310.228.3700
Facsimile:    310.228.3701
E mail    jramsey@sheppardmullin.com

Attorneys for Defendants
FREEDOM FINANCIAL NETWORK, LLC,
FREEDOM DEBT RELIEF, LLC, FLUENT,
INC., and LEAD SCIENCE, LLC,

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL BERMAN, STEPHANIE HERNANDEZ, and ERICA RUSSELL,<br><br>    Plaintiffs,<br><br>  v.<br><br>FREEDOM FINANCIAL NETWORK LLC, FREEDOM DEBT RELIEF, LLC, FLUENT, INC., and LEAD SCIENCE, LLC,<br><br>    Defendants. | Case No. 4:18-cv-01060-YGR<br><br>**DECLARATION OF MITENKUMAR BHADANIA IN SUPPORT OF DEFENDANTS' OPPOSITION TO PLAINTIFFS' RENEWED MOTION FOR CLASS CERTIFICATION** |
| FREEDOM FINANCIAL NETWORK, LLC and FREEDOM DEBT RELIEF, LLC,<br><br>    Third Party Plaintiffs,<br><br>  v.<br><br>DOES 1 through 5 ,<br><br>    Third Party Defendants. | Hearing TBD per Court Order (Dkt. No. 252) |

## DECLARATION OF MITENKUMAR BHADANIA

I, Mitenkumar Bhadania, hereby declare:

1.     I am a Computer System Engineer for Defendant Fluent, Inc. and its wholly-owned subsidiaries (collectively "Fluent").  In that role, I am responsible for System Maintenance and Tech Support and together with other members of Fluent's IT team, have designed and developed various modules of Fluent's proprietary ad serving and lead generation system ("System"). In that capacity, I am familiar with Fluent's database of System and user information ("Database") and the structure and architecture of the Database.  I am further familiar with Fluent's lead generation processes.  I make this declaration based on my personal knowledge obtained through the course of my employment at Fluent and upon information obtained by me from individuals upon whom I regularly rely in the normal course of business.

**Fluent's Lead Generation Process**

2.     Fluent is a digital marketing company that generates leads for its customers.  To do this, Fluent operates a number of consumer-facing websites on which users can register, in exchange for which they are offered the opportunity to obtain rewards, enter into sweepstakes, receive job listings, receive product samples, or receive other content (each a "Website" and collectively, "Websites").  In order to be eligible for these opportunities, users must register on the Websites, as further described below, providing certain personal information and answering a series of survey questions.  If the user also provides consent to be contacted by text message or autodialed phone call (which is not required to obtain the rewards or other content), Fluent may then post the user's contact information, including telephone number, to one or more of its advertiser clients. I understand that this case is about a campaign for Fluent clients, Defendants Freedom Financial Network, LLC, Freedom Debt Relief, LLC (collectively, "Freedom"), and that Defendant Lead Science, LLC ("Lead Science" or "Drips") provided the platform through which calls and texts were placed.  The campaign for Freedom is referred to herein as the "Freedom Campaign."

3.     When users visit Fluent's Websites, they are asked to input certain personal information, including their first and last name, email address, phone number, zip code, and

birthday on the Websites' registration page(s).  In order to obtain the rewards and other benefits offered on the Websites, a user has to provide accurate contact information.  I understand that, for its promotional reward Websites, Fluent provides users who complete the program requirements with gift cards and merchandise.  I further understand that Plaintiff Russell received a $1,000 reward as a result of a registration in November 2017.  At the time that she received the reward, Fluent awarded, on average, more than $80,000 a month in rewards.  That amount has only grown since then.

4. Exemplars of the registration page are further described below.  In each case, on all of Fluent's Websites, once a user has completed entering his or her information, a user will have to click a button on the page to complete their registration and continue with the Website.  During the Freedom Campaign, on all of Fluent's Websites, above that button, there was the phrase: "I understand and agree to the <u>Terms & Conditions</u> which includes mandatory arbitration and <u>Privacy Policy</u>."  Both of the underlined phrases <u>Terms & Conditions</u> and <u>Privacy Policy</u> were hyperlinks that, when clicked, displayed the relevant Terms and Conditions and Privacy Policy applicable at that time.

5. Although the registration page shares certain common characteristics across Fluent's Websites, the specific screen that any given user sees varies (and this was also true during the Freedom Campaign).  What the screen looked like depended on, among other things, which Website was visited and when, how the individual landed on the Website (e.g., by clicking on a link in an email or by being directed there from another website by clicking on a banner ad or some other link), whether the individual had visited the Website before, what type of device the individual was using (computer, tablet, iPhone, Android, etc.), the internet browser and version that the individual was using, and what campaigns were running at the time of the visit.

6. Fluent's Terms and Conditions are occasionally updated.  Attached hereto as Exhibits 7, 8, 9, and 10 are true and correct copies of different versions of the Terms and Conditions applicable at different times throughout the Freedom Campaign.  Each has listed a "Last Modified" date, and that is the date the set of Terms and Conditions became applicable and was available on Fluent's Websites.

7. If users have previously visited a Fluent Website and provided their registration information, Fluent's system may recognize them when they return, and the Website may streamline the registration process.

8. After the user registers, as noted above, Fluent's Websites will display a series of survey questions. Which survey questions are displayed depends on several factors, including what answers the user provides to the initial survey questions and what advertising campaigns Fluent's customers are currently running. A user may be presented with 15 or more survey questions.

9. Once the user completes the survey questions, the Websites display a page seeking TCPA consent. That page re-states some of the user's personal information, as provided earlier in the process, and then has a paragraph with TCPA consent language, asking for consent to be contacted by autodialed text message or phone call by Fluent or any of its "Marketing Partners." Exemplars of the registration page are further described below. In each case, the underlined phrase "Marketing Partners," which also appears in blue type, is a hyperlink that, if clicked, displays the full list of Fluent's Marketing Partners. Throughout the Freedom Campaign, "Freedom Financial" was listed as one of Fluent's Marketing Partners. Immediately below the TCPA consent language is an unchecked box, next to which the Website states: "I CONFIRM that all of my information is accurate and consent to be called and texted as provided above." Below that is a button to continue with the Website. The TCPA consent language on the page indicates that a user is not required to check the "I Confirm" checkbox to continue with the Website and is not required to consent in order to obtain the rewards and other benefits offered on the Website. Approximately 30 percent of users who click the button to continue with the Website do not check the "I Confirm" checkbox.

10. If a user does check the "I Confirm" checkbox, Fluent's system records this information. Where a user has checked the box, Fluent may post their contact information to one or more of its clients. If a user does not check the "I Confirm" checkbox, the System will not post a lead pertaining to the user to any of Fluent's call center or text message clients.

-3-                                                                            Case No. 4:18-cv-01060-YGR
SMRH:4819-6353-4277.2                                                                              BHADANIA DECLARATION

11. Fluent does not, as part of its lead generation process, scrape the Internet for public records for information about users.  Fluent also does not buy leads from third parties to then provide to its advertiser clients, like Freedom, and did not do so for the Freedom Campaign.  The information that Fluent provided as part of the Freedom Campaign all came from users completing the flows on its Websites and only if those users checked the unchecked TCPA consent box.

12. Fluent does use third-party publishers and affiliates to drive traffic to Fluent's owned and operated Websites.  Fluent may post an advertisement for its own website on another website and, if the link is clicked, the user will be taken to Fluent's website.  Third-party publishers and affiliates are paid based on: (1) a user landing on a Fluent website; (2) when a user lands on a Fluent website and submits an email address; or (3) starting in March 2018, based on a user completing the survey questions and clicking the "Continue" button. Third-party publishers and/or affiliates are not paid based on a user: (i) consenting to be contacted by telemarketing or text message/SMS; or (ii) signing up for any offer advertised on a Fluent website.

13. Fluent maintains a database of users who revoke their previously provided TCPA consent.  When a user revokes their consent, Fluent informs those advertiser clients to whom the user information was provided of the revocation with instructions not to contact the user again.

**Fluent's System And Database**

14. As noted above, I am responsible for System Maintenance and Tech Support and together with other members of Fluent's IT team, have designed and developed various modules of Fluent's lead generation System, the processes for which I generally described above.  I am also familiar with and regularly access the Database that stores information about users and the System.  Fluent maintains its System and Database in the ordinary course of its business operations as part of its business records, and it is the regular practice of Fluent to make and maintain its System and Database.  The Database is maintained on redundant servers located in Ashburn, Virginia under a Hosting Services Agreement with Rackspace US, Inc.

15. When a person accesses one of the Websites, the System assigns a unique visitor ID to that user in real time in the Database and then contemporaneously stores several pieces of information about the user, including the IP address, their browser user agent, and their landing

1  domain. In addition, as users input information into the Website, the System records what was
2  displayed and user inputs/responses in various tables in the Database. All of the pieces of data
3  from a user's visit are relationally associated with the visitor ID enabling me to recreate the user
4  experience and their interaction with the Website and access the information they provided.

5        16. In addition to other data, the System stores in the Database (i) the date and time
6  stamp when each user pressed the continue (or other similar button) on the registration page; (ii)
7  whether the user checked the TCPA consent box on the TCPA consent page; and (iii) the date and
8  time stamp when each user pressed the continue button on the TCPA consent page (whether or not
9  the TCPA consent box was checked).

10       17. As to the Website images that each user would have seen, at the time of the
11 Freedom Campaign, the System and Database did not store a full image of each webpage that any
12 user may have seen. Rather, the System and Database stored the Java Script and HTML images
13 that, when combined together, would have created the entire webpage, and did so for each unique
14 visitor ID. This allows me to replicate the user experience for any particular user any given time
15 that they visited the website. To do so, I have to take the stored Java Script and HTML images
16 and piece them together to regenerate the user flow. This is a time intensive, laborious, and
17 manual process, but it can be done as to each visit by each user.

18 **Lead List On The Freedom Campaign**

19       18. The Freedom Campaign ran from approximate May 2017 to April 2018. Over the
20 course of the Freedom Campaign, Fluent posted approximately 887,682 leads to the Lead Science
21 platform. Based on my review of the Database concerning those leads, each of the users registered
22 on Fluent's Websites (thus agreeing to the Terms and Conditions) and each checked the TCPA
23 consent box described above. Further, none of the 887,682 users revoked their TCPA Consent to
24 Fluent prior to the leads being posted to Lead Science or, to the best of my knowledge, prior to
25 being contacted.

26       19. The Freedom campaign has concluded. Fluent has ceased posting or otherwise
27 providing any leads to Freedom.

28

**Specific User Flows For The Hernandez, Russell, And Berman Leads**

*Ms. Hernandez*

20.     I was provided a number of telephone numbers and email addresses that I understand belong to Ms. Hernandez.  I searched Fluent's Database for registrations associated with those telephone numbers and email addresses and located 31 separate registrations.  A true and correct copy of a printout of certain information from Fluent's Database regarding these registrations is attached hereto as Exhibit 6.  The full phone numbers and contact information are redacted.  If the Court requires or needs the full set of information, all of which was produced in discovery, I can provide it.

21.     Fluent's records indicate that it was her visit on February 16, 2018 that resulted in her information being posted as a lead on the Freedom campaign.  Through the process described above, I searched Fluent's Database and, using the Java script and HTML associated with Ms. Hernandez's visit, regenerated images of the website flow that Ms. Hernandez would have seen.  A true and correct copy of those images is attached hereto as Exhibit 2.  Based on these images and the other data in Fluent's Database regarding her visit, I describe her experience further below.

22.     On February 16, 2018, Fluent's records indicate that Ms. Hernandez, using a desktop computer, visited the Fluent operated website, www.getsamplesonlinenow.com.  Because Ms. Hernandez had visited a Fluent website before and inputted her personal information previously, the website recognized her and streamlined the registration process by prepopulating her zip code and asking her to confirm that it was correct.

23.     As reflected in Exhibit 2, Ms. Hernandez would have been prompted to confirm her information, and to press a button stating "This is correct, Continue!"  Immediately below her personal information, and a few lines above the button was the following notice:  "I understand and agree to the Terms & Conditions which includes mandatory arbitration and Privacy Policy."  The underlined phrases Terms & Conditions and Privacy Policy were hyperlinks that, if clicked, would have displayed the relevant Terms and Conditions and Privacy Policy applicable at that time.

24. In addition, the same Terms and Conditions and Privacy Policy could also be accessed via links at the top-right of the screen and at the bottom of the webpage. The bottom of the website also included an additional notice that "[b]y visiting the website and participating, you agree to the Terms & Conditions, which includes mandatory arbitration . . . ."

25. On February 16, 2018, at or about 3:34 p.m., Ms. Hernandez pressed the button "This is correct, Continue!," and then continued to the next page of the Website. A true and correct copy of the Terms and Conditions applicable at the time of her registration are attached as Exhibit 9.

26. After registering, Ms. Hernandez would have been presented with a series of survey questions. To save time and resources, I did not regenerate each survey question, but included three samples. After completing the survey, as reflected in Exhibit 2, Ms. Hernandez would have been presented with the TCPA consent screen. Fluent's records indicate that she checked the unchecked "I confirm" box and pressed the "Continue" button thereafter at on or about 3:40 p.m. on February 16, 2018. Further, as also reflected on Exhibit 2, pressing the Marketing Partners hyperlink, which appeared in blue, underlined text in the TCPA consent disclosure, would have caused a window to pop up. Freedom Financial was listed as a Marketing Partner.

*Ms. Russell*

27. I was provided a number of telephone numbers and email addresses that I understand belong to Ms. Russell. I searched Fluent's Database for registrations associated with those telephone numbers and email addresses and located 6 separate registrations. A true and correct copy of a printout of certain information from Fluent's Database regarding these registrations is attached hereto as Exhibit 4. The full phone numbers and contact information are redacted. If the Court requires or needs the full set of information, all of which was produced in discovery, I can provide it.

28. Fluent's records indicate that it was her visit on November 20, 2017 that resulted in her information being posted as a lead on the Freedom campaign. Through the process described above, I searched Fluent's Database and, using the Java script and HTML associated with Ms. Ruselll's visit, regenerated images of the website flow that Ms. Hernandez would have seen. A

true and correct copy of those images is attached hereto as Exhibit 1.  Based on these images and the other data in Fluent's Database regarding her visit, I describe her experience further below.

29. On November 20, 2017, Fluent's records indicate that Ms. Russell, using a mobile phone, visited the Fluent operated website, www.retailproductzone.com.  Ms. Russell responded to three engagement questions including "Are you shopping at Target this Fall?," "How old are you?," and "About how many time do you go shopping per week."

30. As reflected in Exhibit 1, on the footer of each page the following notice was provided:  "By participating, you agree to the <u>Terms & Conditions</u>, which includes mandatory arbitration. . . ."  The underlined phrase <u>Terms & Conditions</u> was a hyperlink that, if clicked, would have displayed the relevant Terms and Conditions applicable at that time.

31. After answering the engagement questions, Ms. Russell was prompted to enter her email address.  After entering her email address, she was then promoted to enter the balance of her registration information.  As reflected in Exhibit 1, the same notice described above appeared again at the bottom of that page.  In addition, immediately above the "Continue" button was the notice:  "I understand and agree to the <u>Terms & Conditions</u> which includes mandatory arbitration and <u>Privacy Policy</u>."  The underlined phrases <u>Terms & Conditions</u> and <u>Privacy Policy</u> were hyperlinks that, if clicked, would have displayed the relevant Terms and Conditions and Privacy Policy applicable at that time.

32. On November 20, 2017, at or about 12:21 p.m., Ms. Russell entered her personal information, pressed the "Continue" button, and continued with the registration process.  A true and correct copy of the Terms and Conditions applicable at the time of her registration are attached as Exhibit 8.

33. After registering, Ms. Russell would have been presented with a series of survey questions.  To save time and resources, I did not regenerate each survey question, but included three samples.  After completing the survey, as reflected in Exhibit 1, Ms. Russel would have been presented with the TCPA consent screen.  Fluent's records indicate that she checked the unchecked "I confirm" box and pressed the "Continue" button thereafter at on or about 12:32 p.m. on November 20, 2017.  Further, as also reflected on Exhibit 1, pressing the Marketing Partners

1  hyperlink, which appeared in blue, underlined text in the TCPA consent disclosure, would have
2  caused a window to pop up. Freedom Financial was listed as a Marketing Partner.
3     34.     As a result of her registration and the completion of the program requirements, Ms.
4  Russell was awarded a $1,000 gift card. In order to claim her reward, Ms. Russell was required to
5  verify her identify and submit a Winner Claim form. A true and correct copy of Ms. Russell's
6  Winner Claim Form is attached hereto as Exhibit 5. In it, she agrees as follows: "I complied with
7  the Terms & Conditions posted on the Website when I entered the Promotional Program." As
8  reflected thereon, the Claim Form was executed before a notary and was notarized.

*Berman*

10    35.     It is my understanding that Mr. Berman contends that he did not visit a Fluent
11  Website or input the information that resulted in his being contacted. In prior declarations, I
12  described the registration process and flow for his lead. In any event, following the same process
13  as above, I replicated the images that would have been seen for the vast majority of the flow
14  related to the Berman Lead (leaving out only the full set of survey questions). Attached hereto as
15  Exhibit 3 is a true and correct copy of the images I replicated showing the flow related to the
16  Berman Lead. The only difference between what is reflected in Exhibit 3 and the actual flow is
17  that Exhibit 3 shows only two survey questions, and the registrant for the Berman Lead would
18  have been shown approximately ten.
19     I declare under penalty of perjury under the laws of the United States of America that the
20  foregoing is true and correct. Executed on July 31, 2020 at New York, New York.

_____
MITENKUMAR BHADANIA