# EXHIBIT 1



Status: **AVAILABLE!** ✓

# $100 Target Gift Card*

Upon completion of purchase requirements. *Click for details*



TARGET

$100
Gift Card

👍❤️ 1732                                    2 min ago · ❶

**Question 1 of 3**

## Are you shopping at Target this Fall?



Yes                    No

This brand is the property of Target who is not affiliated with and does not endorse this promotion.

NATIONAL CONSUMER CENTER

**Program Requirements – Updated March 23, 2017.** To earn an incentive, you must: 1) be a U.S. resident 18 years or older; 2) provide accurate and complete registration information; 3) complete the survey questions; 4) view optional offers; and 5) complete the requisite number of Silver, Gold and Platinum offers which are split into two tiers based on the incentive's value. For Tier 1 incentives with a value of $100 or less, complete 1 Silver, 1 Gold and 2 Platinum offer. For Tier 2 incentives with a value of more than $100, complete 1 Silver, 1 Gold, and 8 Platinum offers. You must complete all offers within 20 days from when you complete your first offer. Completion of offers usually requires a purchase or entering into a paid subscription program for goods or services. Incentives are limited to one incentive of any kind per household (persons living at the same address) within any twelve calendar month period provided you must wait 24 calendar months after you claim a Tier 2 incentive before you can claim another Tier 2 incentive. The Representative Offer Chart describes the terms of several offers including a description of the offer, the initial commitment, ongoing obligations and how to cancel. We reserve the right to substitute a gift card of greater or equivalent value for any incentive. Failure to submit accurate registration information, complete the survey questions or comply with claim verification process will result in disqualification. SOLVING A PUZZLE, PROVIDING YOUR REGISTRATION INFORMATION, COMPLETING THE SURVEY OR VIEWING OPTIONAL OFFERS WITHOUT COMPLETING THE NUMBER OF REQUIRED OFFERS SPECIFIED ABOVE DOES NOT QUALIFY YOU FOR AN INCENTIVE. We verify your registration information and if it's inaccurate, the pages with the Gold, Silver and Platinum offers may not be displayed. If that happens, you won't be eligible to earn an incentive.

By participating, you agree to the Terms & Conditions which includes mandatory arbitration and Privacy Policy which includes your consent to our sharing your personally identifiable information with our Marketing Partners for which we may be compensated.

RewardZone USA administers this website and does not claim to represent or own any of the trademarks, tradenames or rights associated with the displayed brands or any of the incentives which are the property of their respective owners who do not own, endorse, or promote RewardZone or this promotion.

Member Support - Prize Status - Privacy Policy - Terms & Conditions - FAQ







This brand is the property of Target who is not affiliated with and does not endorse this promotion.

### NATIONAL CONSUMER CENTER

**Program Requirements – Updated March 23, 2017.** To earn an incentive, you must: 1) be a U.S. resident 18 years or older; 2) provide accurate and complete registration information; 3) complete the survey questions; 4) view optional offers; and 5) complete the requisite number of Silver, Gold and Platinum offers which are split into two tiers based on the incentive's value.  For Tier 1 incentives with a value of $100 or less, complete 1 Silver, 1 Gold and 2 Platinum offer.  For Tier 2 incentives with a value of more than $100, complete 1 Silver, 1 Gold and 8 Platinum offers. You must complete all offers within 20 days from when you complete your first offer. Completion of offers usually requires a purchase or entering into a paid subscription program for goods or services. Incentives are limited to one incentive of any kind per household (persons living at the same address) within any twelve calendar month period provided you must wait 24 calendar months after you claim a Tier 2 incentive before you can claim another Tier 2 incentive. The Representative Offer Chart describes the terms of several offers including a description of the offer, the initial commitment, ongoing obligations and how to cancel. We reserve the right to substitute a gift card of greater or equivalent value for any incentive. Failure to submit accurate registration information, complete the survey questions or comply with claim verification process will result in disqualification.  SOLVING   A   PUZZLE,   PROVIDING   YOUR REGISTRATION INFORMATION, COMPLETING THE SURVEY OR VIEWING OPTIONAL OFFERS WITHOUT COMPLETING THE NUMBER OF REQUIRED OFFERS SPECIFIED ABOVE DOES NOT QUALIFY YOU FOR AN INCENTIVE. We verify your registration information and, if it's inaccurate, the pages with the Gold, Silver and Platinum offers may not be displayed. If that happens, you won't be eligible to earn an incentive.

By participating, you agree to the Terms & Conditions which includes mandatory arbitration and Privacy Policy which includes your consent to our sharing your personally identifiable information with our Marketing Partners for which we may be compensated.

RewardZone USA administers this website and does not claim to represent or own any of the trademarks, tradenames or rights associated with the displayed brands or any of the incentives which are the property of their respective owners who do not own, endorse, or promote RewardZone or this promotion.

Member Support - Prize Status - Privacy Policy - Terms & Conditions - FAQ





**1732**          2 min ago ·



This brand is the property of Target who is not affiliated with and does not endorse this promotion.

## NATIONAL CONSUMER CENTER

**Program Requirements – Updated March 23, 2017.** To earn an incentive, you must: 1) be a U.S. resident 18 years or older; 2) provide accurate and complete registration information; 3) complete the survey questions; 4) view optional offers; and 5) complete the requisite number of Silver, Gold and Platinum offers which are split into two tiers based on the incentive's value. For Tier 1 incentives with a value of $100 or less, complete 1 Silver, 1 Gold and 2 Platinum offer. For Tier 2 incentives with a value of more than $100, complete 1 Silver, 1 Gold, and 8 Platinum offers. You must complete all offers within 20 days from when you complete your first offer. Completion of offers usually requires a purchase or entering into a paid subscription program for goods or services. Incentives are limited to one incentive of any kind per household (persons living at the same address) within any twelve calendar month period provided you must wait 24 calendar months after you claim a Tier 2 incentive before you can claim another Tier 2 incentive. The Representative Offer Chart describes the terms of several offers including a description of the offer, the initial commitment, ongoing obligations and how to cancel. We reserve the right to substitute a gift card of greater or equivalent value for any incentive. Failure to submit accurate registration information, complete the survey questions or comply with claim verification process will result in disqualification. SOLVING A PUZZLE, PROVIDING YOUR REGISTRATION INFORMATION, COMPLETING THE SURVEY OR VIEWING OPTIONAL OFFERS WITHOUT COMPLETING THE NUMBER OF REQUIRED OFFERS SPECIFIED ABOVE DOES NOT QUALIFY YOU FOR AN INCENTIVE. We verify your registration information and if it's inaccurate, the pages with the Gold, Silver and Platinum offers may not be displayed. If that happens, you won't be eligible to earn an incentive.

By participating, you agree to the Terms & Conditions which includes mandatory arbitration and Privacy Policy which includes your consent to our sharing your personally identifiable information with our Marketing Partners for which we may be compensated.

RewardZone USA administers this website and does not claim to represent or own any of the trademarks, tradenames or rights associated with the displayed brands or any of the incentives which are the property of their respective owners who do not own, endorse, or promote RewardZone or this promotion.

Member Support - Prize Status - Privacy Policy - Terms & Conditions - FAQ





Confirm your email address:

**Your Email**

**Continue**

This brand is the property of Target who is not affiliated with and
does not endorse this promotion.

NATIONAL CONSUMER CENTER

**Program Requirements – Updated March 23, 2017.** To earn an incentive,
you must: 1) be a U.S. resident 18 years or older; 2) provide accurate and
complete registration information; 3) complete the survey questions; 4)
view optional offers; and 5) complete the requisite number of Silver, Gold
and Platinum offers which are split into two tiers based on the incentive's
value. For Tier 1 incentives with a value of $100 or less, complete 1 Silver,
1 Gold and 2 Platinum offer. For Tier 2 incentives with a value of more than
$100, complete 1 Silver, 1 Gold, and 8 Platinum offers. You must complete
all offers within 20 days from when you complete your first offer.
Completion of offers usually requires a purchase or entering into a paid
subscription program for goods or services. Incentives are limited to one
incentive of any kind per household (persons living at the same address)
within any twelve calendar month period provided you must wait 24
calendar months after you claim a Tier 2 incentive before you can claim
another Tier 2 incentive. The Representative Offer Chart describes the
terms of several offers including a description of the offer, the initial
commitment, ongoing obligations and how to cancel. We reserve the right
to substitute a gift card of greater or equivalent value for any incentive.
Failure to submit accurate registration information, complete the survey
questions or comply with claim verification process will result in
disqualification.    SOLVING    A    PUZZLE,    PROVIDING    YOUR
REGISTRATION    INFORMATION,    COMPLETING    THE    SURVEY    OR
VIEWING OPTIONAL OFFERS WITHOUT COMPLETING THE NUMBER
OF REQUIRED OFFERS SPECIFIED ABOVE DOES NOT QUALIFY YOU
FOR AN INCENTIVE. We verify your registration information and if it's
inaccurate, the pages with the Gold, Silver and Platinum offers may not be
displayed. If that happens, you won't be eligible to earn an incentive.

By participating, you agree to the Terms & Conditions which includes
mandatory arbitration and Privacy Policy which includes your consent to
our sharing your personally identifiable information with our Marketing
Partners for which we may be compensated.

RewardZone USA administers this website and does not claim to represent
or own any of the trademarks, tradenames or rights associated with the
displayed brands or any of the incentives which are the property of their
respective owners who do not own, endorse, or promote RewardZone or
this promotion.

Member Support – Prize Status – Privacy Policy – Terms & Conditions – FAQ



**✔ Eligibility Confirmed.**



Confirm your email address:

ebou004@gmail.com ✓

**Continue**

This brand is the property of Target who is not affiliated with and
does not endorse this promotion

NATIONAL CONSUMER CENTER

**Program Requirements – Updated March 23, 2017.** To earn an incentive,
you must: 1) be a U.S. resident 18 years or older; 2) provide accurate and
complete registration information; 3) complete the survey questions; 4)
view optional offers; and 5) complete the requisite number of Silver, Gold
and Platinum offers which are split into two tiers based on the incentive's
value. For Tier 1 incentives with a value of $100 or less, complete 1 Silver,
1 Gold and 2 Platinum offer. For Tier 2 incentives with a value of more than
$100, complete 1 Silver, 1 Gold, and 8 Platinum offers. You must complete
all offers within 20 days from when you complete your first offer.
Completion of offers usually requires a purchase or entering into a paid
subscription program for goods or services. Incentives are limited to one
incentive of any kind per household (persons living at the same address)
within any twelve calendar month period provided you must wait 24
calendar months after you claim a Tier 2 incentive before you can claim
another Tier 2 incentive. The Representative Offer Chart describes the
terms of several offers including a description of the offer, the initial
commitment, ongoing obligations and how to cancel. We reserve the right
to substitute a gift card of greater or equivalent value for any incentive.
Failure to submit accurate registration information, complete the survey
questions or comply with claim verification process will result in
disqualification. SOLVING A PUZZLE, PROVIDING YOUR
REGISTRATION INFORMATION, COMPLETING THE SURVEY OR
VIEWING OPTIONAL OFFERS WITHOUT COMPLETING THE NUMBER
OF REQUIRED OFFER'S SPECIFIED ABOVE DOES NOT QUALIFY YOU
FOR AN INCENTIVE. We verify your registration information and if it's
inaccurate, the pages with the Gold, Silver and Platinum offers may not be
displayed. If that happens, you won't be eligible to earn an incentive.

By participating, you agree to the Terms & Conditions which includes
mandatory arbitration and Privacy Policy which includes your consent to
our sharing your personally identifiable information with our Marketing
Partners for which we may be compensated.

RewardZone USA administers this website and does not claim to represent
or own any of the trademarks, tradenames or rights associated with the
displayed brands or any of the incentives which are the property of their
respective owners who do not own, endorse, or promote RewardZone or
this promotion.

Member Support - Prize Status - Privacy Policy - Terms & Conditions - FAQ



FLUENT_004146





Total Points: **10** of **100**

✓ Take survey (20 pts) 🔒 🔒

**Do you plan to take advantage of Black Friday deals this year?**

YES

NO

NATI◌NALCONSUMERCENTER

User : Yes

FLUENT_004152



NATI◯NALCONSUMERCENTER

User : Yes



User: Popculture

FLUENT_004154

**Total Points: 10 of 100**

 **Take survey (20 pts)** 

## CONFIRM YOUR INFORMATION
### to finish your registration

FIRST NAME
Erica

LAST NAME
Russell

EMAIL
ebou004@gmail....

ZIP CODE
74019

DATE OF BIRTH
8 / 17 / 1989

PRIMARY PHONE
918 - 914 - 4481

*(You must be 18 years or older)*

By checking the box below I consent to receive phone sales calls and text messages - Msg and data rates may apply - from Verde Energy, CAC and our Marketing Partners on the landline or mobile number I provided even if I am on a federal or State do not call registry. I understand these calls may be generated using an autodialer and may contain pre-recorded messages and that consenting is not required to participate in the offers promoted.

For SMS message campaigns: Text STOP to stop and HELP for help. Msg & data rates may apply. Periodic messages; max. 30/month.

 **I CONFIRM** that all of my information is accurate and consent to be called and texted as provided above.



NATI◌NALCONSUMERCENTER

Total Points: **10** of **100**



## Take survey (20 pts)

 

### CONFIRM YOUR INFORMATION
to finish your registration

FIRST NAME
Erica

LAST NAME
Russell

EMAIL
ebou004@gmail....

ZIP CODE
74019

DATE OF BIRTH
8 / 17 / 1989

PRIMARY PHONE
918 - 914 - 4481

*(You must be 18 years or older)*

By checking the box below I consent to receive phone sales calls and text messages - Msg and data rates may apply - from Verde Energy, CAC and our Marketing Partners on the landline or mobile number I provided even if I am on a federal or State do not call registry. I understand these calls may be generated using an autodialer and may contain pre-recorded messages and that consenting is not required to participate in the offers promoted.

For SMS message campaigns: Text STOP to stop and HELP for help. Msg & data rates may apply. Periodic messages; max. 30/month.

 **that all of my information is accurate and consent to be called and texted as provided above.**



NATIONALCONSUMERCENTER

The following is a list of our call center/marketing partners. A select group of these partners may contact you by telephone and/or SMS text messaging.

**A** - Academic Advisor, Accredited Debt Relief, Advanced Orthopedic, Alberston Pharmacy, All About The Baby, LLC, Allied Insurance Partners, American Health, American Publishers, LLC, AmeriQuote, Arco Media, Inc., Atlas, Austin Wellness Pharmacy, Auto Repair Defense, AutoDeals, AutoMSG

**B** - B and E Pharmacy, Bankers Life, BD Business Process Outsourcing Solutions, Inc, Better Health, Better Health Kare, BillHelp, Bluegreen Vacations Unlimited, Inc, Bradley Lead Group LLC, Brightstar Corp.

**C** - CAC, CAC MSG, California Gen Medical Group Inc, Call Center West, CallerReady LLC, Cape Pharmacy and Supplies, Career Advisor, Career School Advisor, Career School Advisors, CareersNow, Cash Doc, Cash Help, Cash MSG, Casualty Company, Centerfield Media Holdings, LLC, Champion Energy Services, LLC, CheapTV, Columbia Utilities Power, LLC, Comparehealthplan.com, Complete Medical Solutions, LLC, CoolSavings, CPSLeader, Creative Intellects, Credit Pros, LLC, CreditFix, CreditHelp, CreditMSG, CreditNow, CreditRelief, CreditRepair.com

**D** - DailySaver, DailyWinner, DailyWinnerMSG, DebtDoc, DebtHelp, DebtManagementProject.com, DebtMSG, Diabetic Discount Club, Inc., Diabetic Total Care, Digital Remedy, Direct Energy, LP, Direct Pharmacy Source, DirecTV, Disabetic Solutions, Inc., DiscountNow, DiscountTV, DME Direct, DocMSG

**E** - Easy Rest, EducationDirect, Education-Project.com, eHealth, EmploymentAlert.com, eQuoto, eTelequote, e-Telequote Insurance, e-TeleQuote Insurance, Inc., Express information Systems

**F** - Family Readers, Family Readers Service, FDJ, FDJ MSG, Find Dream Jobs, First Fidelity Services, Fluent, Fluent, LLC, FootballMSG, FootballWinner, Freedom Financial, Fresh Start Financial

**G** - Gerber Life Insurance Company, GetTruckerJobs.com, Gig MSG, GigMSG, Glades Drugs, Inc., Global Connections, Global Healthcare Management, LLC, Global Periodical Services, LLC, Global Readers Services, Inc., Go Direct Lead Generation LLC & ASSURANCE IQ, INC, Great American, GSC, Gulf Coast Readers, Inc.

**H** - Health Benefits Center, Health Benefits One, Health Benefits One, LLC, Health Body News, Health Insurance Services, HealthRight, HealthRight, LLC, Helping Hands Associates, Hollis Prescription Center, Home Care Delivered, Inc., Home Doc, Home Help, Home



**<u>EXHIBIT 3</u>**

**$amples & $avings**   TERMS | PRIVACY POLICY

# Welcome back, stephanie!



Confirm your ZIP Code Below:

**93930**

I understand and agree to the Terms & Conditions which includes mandatory arbitration and Privacy Policy

☐ **I AGREE** to receive daily emails from SamplesandSavings and SweepstakesAlerts

**This is correct, Continue! »**



## Getting Free Stuff Has Never Been Easier!







**JOIN US!**
Sign up and join our community of millions of users just like you on the prowl for samples, coupons, and freebies!

**EXPLORE!**
We will not only match you with products you are most interested, but you'll also be able to browse all samples we have available at the time.

**SAVE BIG!**
Let us provide you with freebies, trials, and samples that you'd typically be spending hard earned money on.

## Getting Free Stuff Has Never Been Easier!







**JOIN US!**
Sign up and join our community of millions of users just like you on the prowl for samples, coupons, and freebies!

**EXPLORE!**
We will not only match you with products you are most interested, but you'll also be able to browse all samples we have available at the time.

**SAVE BIG!**
Let us provide you with freebies, trials, and samples that you'd typically be spending hard earned money on.

There is no purchase necessary to access our list of links for samples but you do need to provide personal information, respond to survey questions and agree to be contacted by our marketing partners to qualify for a sample collection. By visiting the website and participating, you agree to the Terms & Conditions, which includes mandatory arbitration, and our Privacy Policy under which you allow us to share your personal information with our marketing partners who may also contact you via email, or if you separately consent, by telephone or text message. Message and Data rates may apply. Reply "STOP" to cancel. For customer service, reply "HELP". Sign up to receive deals via text from Samples and Savings. You may request up to a maximum of 10 offers on selected days of the week, with no more than 4 text messages in one day. We may be compensated for connecting our marketing partners with consumers who may be interested in their products or services. We may substitute other products.

www.SamplesandSavings.com administers this website and does not claim to represent or own any of the trademarks, trade names or right associated with any of the samples which are the property of their respective owners who do not own, endorse or promote this website or the offers promoted on this website. Samples depicted above are representative only; actual samples available will vary from time to time.

Privacy Policy - Terms & Conditions

American Prize Center LLC
128 Court Street, 3rd Floor
White Plains, NY 10601

   FLUENT_004126

**Samples&Savings**

TERMS | PRIVACY POLICY

# Welcome back, stephanie!



### Confirm your ZIP Code Below:

93930

I understand and agree to the Terms & Conditions which includes mandatory arbitration and Privacy Policy

☑ I AGREE to receive daily emails from SamplesandSavings and SweepstakesAlerts

**This is correct, Continue! »**

## Getting Free Stuff Has Never Been Easier!







**JOIN US!**

Sign up and join our community of millions of users just like you on the prowl for

**EXPLORE!**

We will not only match you with products you are most interested, but you'll also be able to browse all

**SAVE BIG!**

Let us provide you with freebies, trials, and samples that you'd typically be spending

**JOIN US!**

Sign up and join our community of millions of users just like you on the prowl for samples, coupons, and freebies!

**EXPLORE!**

We will not only match you with products you are most interested, but you'll also be able to browse all samples we have available at the time.

**SAVE BIG!**

Let us provide you with freebies, trials, and samples that you'd typically be spending hard earned money on.

There is no purchase necessary to access our list of lines for samples but you, do need to provide personal information, respond to survey questions and agree to be contacted by our marketing partners to qualify for a sample collection. By visiting the website and participating, you agree to the Terms & Conditions, which includes mandatory arbitration, and our Privacy Policy under which you allow us to share your personal information with our marketing partners who, may also contact you via email, or if you separately consent, by telephone or text message. Message and Data rates may apply. Reply "STOP" to cancel. For customer service, reply "HELP". Sign up to receive daily via text from Samples and Savings. You may request up to a maximum of 10 offers on selected days of the week, with no more than 4 text messages in one day. We may be compensated for connecting our marketing partners with consumers who may be interested in their products or services. We may substitute other products.

www.SamplesandSavings.com administers this website and does not claim to represent or own any of the trademarks, trade names or right associated with any of the samples which are the property of their respective owners who do not own, endorse or promote this website or the offers promoted on this website. Samples depicted above are representative only, actual samples available will vary from time to time.

Privacy Policy - Terms & Conditions

American Prize Center LLC
128 Court Street, 3rd Floor
White Plains, NY 10601

FLUENT_004127



```
SELECT
    HistoryID,
    HistoryDate,
    DataForm,
    Javascript
FROM lgV3_History.lgV3_Flow_T_Bank_DataForm
WHERE ID = 47779
AND HistoryDate < '2018-2-17'
ORDER BY HistoryID DESC;
```



**STEPHANIE, GET FREE SAMPLES IN 3 STEPS!**

Step 1: Take survey to get your freebies!



## Do you think North Korea deserves to be in the Olympics?

Yes

No

I don't care



User answered : Yes



## What kind of content do you enjoy most?



Pop Culture

Health/Advice

Personal Finance

News/Politics

Sports



User answered: newspolitics

FLUENT_004130



## What kind of debt do you have?



Tax

Credit Card

Student Loan

Medical

Mortgage

Other



User : creditcard

FLUENT_004131

# STEPHANIE, GET FREE SAMPLES IN 3 STEPS!

**samples & savings**

Step 1: Take **survey** to get your freebies!

## CONFIRM YOUR INFORMATION TO FINISH YOUR REGISTRATION

**FIRST NAME**

stephanie

**LAST NAME**

hernandez

**EMAIL**

dalland@att.net

**ZIP CODE**

93930

**DATE OF BIRTH**

9 / 4 / 1971

**PRIMARY PHONE**

831 - 320 - 5244

*(You must be 18 years or older)*

By checking the box below I consent to receive phone sales calls and text messages - Msg and data rates may apply - from Verde Energy, CAC and our Marketing Partners on the landline or mobile number I provided even if I am on a federal or State do not call registry. I understand these calls may be generated using an autodialer and may contain pre-recorded messages and that consenting is not required to participate in the offers promoted.

For SMS message campaigns: Text STOP to stop and HELP for help. Msg & data rates may apply. Periodic messages: max. 30/month.



■ **I CONFIRM** that all of my information is accurate and consent to be called and texted as provided above.

## CONTINUE ▶



**samples & savings**

**DEAL SEEKERS**
Coupon
More Samples

**ENTER TO WIN**
Sweepstakes

**LEARN MORE**
Blog

Privacy Policy

FLUENT_004132

**STEPHANIE, GET FREE SAMPLES IN 3 STEPS!**

samples & savings

Step 1: Take _survey_ to get your freebies!

## CONFIRM YOUR INFORMATION TO FINISH YOUR REGISTRATION

FIRST NAME

stephanie

LAST NAME

hernandez

EMAIL

dalland@att.net

ZIP CODE

93930

DATE OF BIRTH

9 / 4 / 1971

PRIMARY PHONE

831 - 320 - 5244

_(You must be 18 years or older)_

By checking the box below I consent to receive phone sales calls and text messages - Msg and data rates may apply - from Verde Energy, CAC and our Marketing Partners on the landline or mobile number I provided even if I am on a federal or State do not call registry. I understand these calls may be generated using an autodialer and may contain pre-recorded messages and that consenting is not required to participate in the offers promoted.

For SMS message campaigns: Text STOP to stop and HELP for help. Msg & data rates may apply. Periodic messages; max. 30/month.

☑ **I CONFIRM** that all of my information is accurate and consent to be called and texted as provided above.

## CONTINUE ▶

samples & savings

DEAL SEEKERS
Coupon
More Samples

ENTER TO WIN
Sweepstakes

LEARN MORE
Blog

Privacy Policy

FLUENT_004133



FLUENT_004134

# **EXHIBIT 2**

**Take Your Chance To**

# WIN $1,000

**RETAIL SHOPPING SPREE**





## Claim Your FREE ENTRY:

Enter Email Address

## SUBMIT

**SWEEPSTAKES** A MONTH.COM

Congratulations to

Kim H. from Middletown, OH,

our most recent $1,000.00 Winner!



NO PURCHASE NECESSARY TO ENTER OR WIN. VOID WHERE
PROHIBITED BY LAW. CLICK HERE FOR ALTERNATE MEANS OF
ENTRY. SEE RULES OF DETAILS.

THE BRANDS DISPLAYED ABOVE ARE PROPERTY OF THEIR
RESPECTIVE OWNERS WHO DO NOT ENDORSE OR SPONSOR THIS
PROMOTION

Rules | Terms | Privacy | Support | Unsubscribe





Congratulations to

Kim H. from Middletown, OH,

our most recent $1,000.00 Winner!



NO PURCHASE NECESSARY TO ENTER OR WIN. VOID WHERE PROHIBITED BY LAW. CLICK HERE FOR ALTERNATE MEANS OF ENTRY. SEE RULES OF DETAILS.

THE BRANDS DISPLAYED ABOVE ARE PROPERTY OF THEIR RESPECTIVE OWNERS WHO DO NOT ENDORSE OR SPONSOR THIS PROMOTION

Rules | Terms | Privacy | Support | Unsubscribe



Congratulations to

Larry W. from Greensboro, NC,

our most recent $1,000.00 Winner!



NO PURCHASE NECESSARY TO ENTER OR WIN. VOID WHERE
PROHIBITED BY LAW. CLICK HERE FOR ALTERNATE MEANS OF
ENTRY. SEE RULES OF DETAILS.

THE BRANDS DISPLAYED ABOVE ARE PROPERTY OF THEIR
RESPECTIVE OWNERS WHO DO NOT ENDORSE OR SPONSOR
THIS PROMOTION

Rules | Terms | Privacy | Support | Unsubscribe



Congratulations to

Larry W. from Greensboro, NC,

our most recent $1,000.00 Winner!

★ ★ ★ ★ ☆

NO PURCHASE NECESSARY TO ENTER OR WIN. VOID WHERE
PROHIBITED BY LAW. CLICK HERE FOR ALTERNATE MEANS OF
ENTRY. SEE RULES OF DETAILS.

THE BRANDS DISPLAYED ABOVE ARE PROPERTY OF THEIR
RESPECTIVE OWNERS WHO DO NOT ENDORSE OR SPONSOR
THIS PROMOTION

Rules | Terms | Privacy | Support | Unsubscribe



Congratulations to

Larry W. from Greensboro, NC,

our most recent $1,000.00 Winner!

★ ★ ★ ★ ⯨

NO PURCHASE NECESSARY TO ENTER OR WIN. VOID WHERE PROHIBITED BY LAW. CLICK HERE FOR ALTERNATE MEANS OF ENTRY. SEE RULES OF DETAILS.

THE BRANDS DISPLAYED ABOVE ARE PROPERTY OF THEIR RESPECTIVE OWNERS WHO DO NOT ENDORSE OR SPONSOR THIS PROMOTION

Rules | Terms | Privacy | Support | Unsubscribe



Congratulations to

Larry W. from Greensboro, NC,

our most recent $1,000.00 Winner!

★ ★ ★ ★ ☆

NO PURCHASE NECESSARY TO ENTER OR WIN. VOID WHERE PROHIBITED BY LAW. CLICK HERE FOR ALTERNATE MEANS OF ENTRY. SEE RULES OF DETAILS.

THE BRANDS DISPLAYED ABOVE ARE PROPERTY OF THEIR RESPECTIVE OWNERS WHO DO NOT ENDORSE OR SPONSOR THIS PROMOTION

Rules | Terms | Privacy | Support | Unsubscribe

FLUENT_004090



# COMPLETE YOUR FREE ENTRY
## FOR YOUR CHANCE TO WIN $1,000!

**Date of Birth:**

MM ▾   DD ▾   1928 ▾

I understand and agree to the Terms & Conditions which includes mandatory arbitration and Privacy Policy.

☐ I AGREE   to receive daily emails from SweepstakesAMonth, LivingLargeSweeps and Major Sweeps

## ENTER TO WIN!

**SWEEPSTAKES** A MONTH.COM

Congratulations to

Larry W. from Greensboro, NC,

our most recent $1,000.00 Winner!



NO PURCHASE NECESSARY TO ENTER OR WIN. VOID WHERE PROHIBITED BY LAW. CLICK HERE FOR ALTERNATE MEANS OF ENTRY. SEE RULES OF DETAILS.

THE BRANDS DISPLAYED ABOVE ARE PROPERTY OF THEIR RESPECTIVE OWNERS WHO DO NOT ENDORSE OR SPONSOR THIS PROMOTION

Rules | Terms | Privacy | Support | Unsubscribe



Congratulations to

Larry W. from Greensboro, NC,

our most recent $1,000.00 Winner!



NO PURCHASE NECESSARY TO ENTER OR WIN. VOID WHERE
PROHIBITED BY LAW. CLICK HERE FOR ALTERNATE MEANS OF
ENTRY. SEE RULES OF DETAILS.

THE BRANDS DISPLAYED ABOVE ARE PROPERTY OF THEIR
RESPECTIVE OWNERS WHO DO NOT ENDORSE OR SPONSOR
THIS PROMOTION

Rules | Terms | Privacy | Support | Unsubscribe



## Uber just bought 24,000 self-driving cars from Volvo. Will you ride in one?

**YES, WHY NOT?**

**MAYBE, WE'LL SEE**

**NO, SOUNDS**

NO PURCHASE NECESSARY TO ENTER OR WIN. VOID WHERE PROHIBITED BY LAW. CLICK HERE FOR ALTERNATE MEANS OF ENTRY. SEE RULES FOR DETAILS. SweepstakesAMonth.com is not associated with any of the prizes listed above. If the listed prizes are name brands, the trademarks and service marks are the property of their respective owners, who do not endorse or sponsor SweepstakesAMonth.com offers and are not liable for any alleged or actual claims related to any prizes.

Rules | Terms & Conditions | Privacy Policy | Support | Unsubscribe

Confidential



### 75% of Americans have an active bank account. Do you?



NO PURCHASE NECESSARY TO ENTER OR WIN. VOID WHERE PROHIBITED BY LAW. CLICK HERE FOR ALTERNATE MEANS OF ENTRY. SEE RULES FOR DETAILS. SweepstakesAMonth.com is not associated with any of the prizes listed above. If the listed prizes are name brands, the trademarks and service marks are the property of their respective owners, who do not endorse or sponsor SweepstakesAMonth.com offers and are not liable for any alleged or actual claims related to any prizes.

Rules | Terms & Conditions | Privacy Policy | Support | Unsubscribe



**CONFIRM YOUR INFORMATION**
to finish your registration

FIRST NAME
Dunk

LAST NAME
Loka

EMAIL
Buffola@gmail.c...

ZIP CODE
94501

DATE OF BIRTH
03 / 04 / 1974

PRIMARY PHONE
510 - 326 - 9945

*(You must be 18 years or older)*

By checking the box below I consent to receive phone sales calls and text messages - Msg and data rates may apply - from Verde Energy, CAC and our Marketing Partners on the landline or mobile number I provided even if I am on a federal or State do not call registry. I understand these calls may be generated using an autodialer and may contain pre-recorded messages and that consenting is not required to participate in the offers promoted.

For SMS message campaigns: Text STOP to stop and HELP for help. Msg & data rates may apply. Periodic messages; max. 30/month.



☐ **I CONFIRM** that all of my information is accurate and consent to be called and texted as provided above.

## Continue »

NO PURCHASE NECESSARY TO ENTER OR WIN. VOID WHERE PROHIBITED BY LAW. CLICK HERE FOR ALTERNATE MEANS OF ENTRY. SEE RULES FOR DETAILS. SweepstakesAMonth.com is not associated with any of the prizes listed above. If the listed prizes are name brands, the trademarks and service marks are the property of their respective owners, who do not endorse or sponsor SweepstakesAMonth.com offers and are not liable for any alleged or actual claims related to any prizes.

Rules | Terms & Conditions | Privacy Policy | Support | Unsubscribe

Confidential



**SWEEPSTAKES** A MONTH.COM

Take Survey        View Offers

## CONFIRM YOUR INFORMATION
### to finish your registration

FIRST NAME
Dunk

LAST NAME
Loka

EMAIL
Buffola@gmail.c...

ZIP CODE
94501

DATE OF BIRTH
03 / 04 / 1974

PRIMARY PHONE
510 - 326 - 9945

*(You must be 18 years or older)*

By checking the box below I consent to receive phone sales calls and text messages - Msg and data rates may apply - from Verde Energy, CAC and our Marketing Partners on the landline or mobile number I provided even if I am on a federal or State do not call registry. I understand these calls may be generated using an autodialer and may contain pre-recorded messages and that consenting is not required to participate in the offers promoted.

For SMS message campaigns: Text STOP to stop and HELP for help. Msg & data rates may apply. Periodic messages; max. 30/month.

 **I CONFIRM**    **that all of my information is accurate and consent to be called and texted as provided above.**



**Continue »**

NO PURCHASE NECESSARY TO ENTER OR WIN. VOID WHERE PROHIBITED BY LAW. CLICK HERE FOR ALTERNATE MEANS OF ENTRY. SEE RULES FOR DETAILS. SweepstakesAMonth.com is not associated with any of the prizes listed above. If the listed prizes are name brands, the trademarks and service marks are the property of their respective owners, who do not endorse or sponsor SweepstakesAMonth.com offers and are not liable for any alleged or actual claims related to any prizes.

Rules | Terms & Conditions | Privacy Policy | Support | Unsubscribe

# **<u>EXHIBIT 4</u>**

| Phone | Email | Firstname | Lastname | Address | City | State | Zippost | TCPA cons | DateTime TCPA Consent |
|---|---|---|---|---|---|---|---|---|---|
| 9186444969 | erica_nicole8800@yahoo.com | Erica | Russell | 8520 e meadowlake rd | Claremore | OK | 74019 | | 8/25/2017 14:43 |
| 9186444969 | Erica_nicole8800@yahoo.com | Erica | Russell | 8530 e meadowlake rd | Claremore | OK | 74019 | yes | 8/25/2017 15:14 |
| 9189144481 | ebou004@gmail.com | Erica | Russell | 9194 e 530 rd | Claremore | OK | 74019 | yes | 11/20/2017 12:23 |
| 9189144481 | ebou004@gmail.com | Erica | Russell | 9194 e 530 rd | Claremore | OK | 74019 | yes | 11/20/2017 12:32 |
| 9186444969 | erica_nicole8800@yahoo.com | Erica | Russell | 8530 e meadowlake rd | Claremore | OK | 74019 | yes | 1/13/2018 22:50 |
| 9122715651 | erica_nicole8800@yahoo.com | erica | boucher | 12270 Sw Center St | Soperton | GA | 30457 | yes | 12/15/2018 19:04 |
| 9189347791 | ebou004@gmail.com | Erica | Russell | 9194 e 530 rd | Claremore | OK | 74019 | no | 3/13/2019 7:53 |
| 9189347791 | erica_nicole8800@yahoo.com | erica | boucher | 9194 E 530 Rd | Claremore | OK | 74019 | yes | 5/2/2019 10:48 |

# **EXHIBIT 5**

**Tier 2 Prize - Winner Claim Form**

RewardZone USA, LLC - 128 Court Street, 3rd FL - White Plains, NY 10601

I want to claim my Tier 2 (greater than $100 value) prize and hereby represent and warrant to RewardZone USA, LLC, ("you") as follows:

1. My name is: *Erica N Russell*

2. I reside at: *9194 E 530 Rd* [Street Address Line 1]

   _____ [Street Address Line 2]

   *Claremore OK 74019* [City, State]

   _____ [Zip code]

   _____ [Email address]

3. ☑ By checking this box, I understand that I must send proof of my identity and mailing address in the form of a valid, unredacted, government-issued photo ID (such as a driver's license, non-driver State ID, or U.S. passport) AND proof of my current household mailing address (e.g. a utility bill).  I can send a photo image from a smartphone or a scan by email to claims@rewardzoneusa.com, by fax to 646-349-3872 or by regular mail to the address above.

4. I acknowledge that, after completing the Verification process, I will be given the option between a virtual gift card that can be used online and ships free of charge, or a plastic gift card that I can use in stores and will pay to ship to my address.

5. The prize I have won is *$1000 gift card  Walmart*

6. I am furnishing this form to claim a Tier 2 prize, which I won as a result of entering the RewardZone USA, LLC Promotional Program, sponsored by you on www.rewardzoneusa.com or another website owned and operated by you (the "Website"), which promoted the Promotional Program subject to your claim verification.

7. I am at least 18 years of age and a resident of the United States.

8. I complied with the Terms & Conditions posted on the Website when I entered the Promotional Program.

9. The registration information I supplied when I entered the Promotional Program was true, correct and accurate in all respects.

10. I agree that you may identify me by my first name and last name initial and City/ State (John S, Toledo, OH) on the Website.

11. If I supply you with a photograph other than the one on my ID and/or a testimonial, I grant you the right to use and display the photograph and/or testimonial on the Website and in your marketing materials.

12. I understand that I have 30 days from the date I am sent this claim form to return it signed and notarized, along with my ID/proof of address, or my prize claim will be invalidated.

*Erica Russell*                    *ERICA M RUSSELL*                    *11/28/17*
Signature                           Print Name                           Date

**ACKNOWLEDGEMENT**

On the above date, before me, the undersigned notary public, personally appeared *Nov 28, 2017*, proved to me through satisfactory evidence of identification, which was a *Drivers License*, to be the person whose name is signed on the preceding document, and acknowledged to me that s/he signed it voluntarily for its stated purpose.

[official seal of notary]

*SANTAISSJA WILLARD*
*NOTARY PUBLIC*
*COMM.# 14006097*
*EXPIRES 07/10/18*
*IN AND FOR*
*STATE OF OKLAHOMA*

*Santaissja Willard*
Name:
My commission expires: *7-10-18*

**YOU MUST PRINT THIS FORM, SIGN IN THE PRESENCE OF A NOTARY PUBLIC, AND RETURN TO US BY MAIL**

**<u>EXHIBIT 6</u>**

| Phone | Email | Firstname | Lastname | Address | City | State | Zippost | TCPA cons | DateTime TCPA Consent |
|---|---|---|---|---|---|---|---|---|---|
| 8313851506 | dalland@redshift.com | Stephanie | hernandez | 809 King St | King City | CA | 93930 | | 5/29/2016 10:10 |
| 8313851506 | dalland@redshift.com | Stephanie | hernandez | 809 King St | King City | CA | 93930 | yes | 8/25/2016 11:02 |
| 8313851506 | dalland@redshift.com | Stephanie | hernandez | 809 King St | King City | CA | 93930 | | 9/12/2016 15:15 |
| 8313851506 | dalland@redshift.com | Stephanie | Hernandez | 809 King St | King City | CA | 93930 | | 9/21/2016 13:05 |
| 8313851506 | dalland@redshift.com | Stephanie | Hernandez | 809 King St | Carmel | CA | 93923 | yes | 10/12/2016 9:32 |
| 8313851506 | dalland@redshift.com | Stephanie | Hernandez | 809_King_St | King_City | CA | 93930 | | 10/15/2016 15:16 |
| 8313851506 | dalland@redshift.com | Stephanie | Hernandez | 809_King_St | King_City | CA | 93930 | | 11/6/2016 11:44 |
| 8313851506 | dalland@redshift.com | Stephanie | Hernandez | 809_King_St | King_City | CA | 93930 | | 11/6/2016 12:03 |
| 8313205244 | dalland@redshift.com | Stephanie | Hernandez | 809_King_St | King City | CA | 93930 | | 11/6/2016 12:51 |
| 8313851506 | dalland@redshift.com | Stephanie | Hernandez | 809_King_St | King_City | CA | 93930 | yes | 11/6/2016 13:02 |
| 8313851506 | dalland@redshift.com | Stephanie | Hernandez | 809_King_St | Carmel | CA | 93923 | yes | 11/6/2016 23:45 |
| 8313851506 | dalland@redshift.com | Stephanie | Hernandez | 809 King St | King City | CA | 93930 | | 11/8/2016 11:24 |
| 8313851506 | dalland@redshift.com | Stephanie | Hernandez | 809 King St | King City | CA | 93930 | yes | 11/10/2016 10:20 |
| 8313851506 | dalland@redshift.com | Stephanie | Hernandez | 809 King St | King City | CA | 93930 | | 11/11/2016 17:43 |
| 8313851506 | dalland@redshift.com | Stephanie | Hernandez | 809 King St | King City | CA | 93930 | | 11/15/2016 20:52 |
| 8313851506 | dalland@redshift.com | Stephanie | Hernandez | 809 King St | King City | CA | 93930 | yes | 11/17/2016 12:27 |
| 8313207521 | dalland@redshift.com | Abraham | Hernandez | 809. King St. | King City | CA | 93930 | yes | 11/23/2016 14:50 |
| 8313207521 | dalland@redshift.com | Stephanie | Hernandez | 809 King St | King City | CA | 93930 | yes | 11/23/2016 15:09 |
| 8313207521 | dalland@redshift.com | Stephanie | Hernandez | 809 King St | King City | CA | 93930 | yes | 1/26/2017 14:05 |
| 8313851506 | Dalland@redshift.comm | Stephanie | Hernandez | 809 King St | King City | CA | 93930 | yes | 3/5/2017 16:50 |
| 8313207521 | dalland@redshift.com | Stephanie | Hernandez | 809 King St | King City | CA | 93930 | yes | 3/5/2017 16:52 |
| 8313851506 | dalland@redshift.com | Stephanie | Hernandez | 809 King St | King City | CA | 93930 | yes | 3/5/2017 19:18 |
| 8313205244 | dalland@refshift.com | Stephanie | Hernandez | 809 King st | King City | CA | 93930 | yes | 3/10/2017 16:19 |
| 8313205244 | dalland@att.net | Stephanie | Hernandez | 809 king st | King City | CA | 93930 | | 5/19/2017 12:44 |
| 8313851506 | dalland@redshift.com | Stephanie | Hernandez | 809 King St | King City | CA | 93930 | yes | 7/6/2017 10:30 |
| 8313205244 | dalland@att.net | stephanie | hernandez | 809 king st | King City | CA | 93930 | yes | 2/16/2018 15:40 |
| 8313851506 | dalland@redshift.com | S)stephanie | $) hernandez | 809 king st | King City | CA | 93930 | yes | 3/22/2019 7:29 |
| 8313205244 | dalland@att.net | stephanie | hernandez | 809 king st | King City | CA | 93930 | yes | 4/12/2019 10:25 |
| 8313205244 | dalland@att.net | stephanie | hernandez | 809 king st | King City | CA | 93930 | | 5/19/2019 11:53 |
| 8313205244 | dalland@att.net | stephanie | hernandez | 809 king st | King City | CA | 93930 | | 5/23/2019 15:00 |
| 8313205244 | dalland@att.net | stephanie | hernandez | 809 king st | King City | CA | 93930 | | 5/23/2019 15:00 |

# **<u>EXHIBIT 7</u>**

**REWARDZONEUSA, LLC WEBSITES - TERMS AND CONDITIONS.**

Last Modified: March 23, 2017

We (RewardZone USA, LLC) operate RewardZoneUSA.com, NationalConsumerCenter.com and other websites (RZU Websites) where you can qualify to earn incentives – merchandise or gift cards (Incentives) - by completing certain offers (Promotions).

**How the Promotions Work.** To qualify for an Incentive, you must (a) be at least 18 years old and a U.S. resident; (b) submit your accurate name, contact (registration) and demographic information including your valid mailing and email addresses; (c) complete the survey questions; (d) meet the applicable Promotion requirements set forth below within a twenty (20) day period beginning with the date of your first completed offer (if you register but don't complete an offer, the 20 day period does not start); (e) start the Incentive claims process within 10 days of when you complete the required number of offers and complete the claims verification process within 60 days thereafter; and (f) provide a properly completed claim form and supporting documentation (see below).

| Incentive | Silver Offers | Gold Offers | Platinum Offers |
|---|---|---|---|
| Tier 1 - Value of $100 or less[1] | 1 | 1 | 2 |
| Tier 2 - Value greater than $100 [2] | 1 | 1 | 8 |

The Silver, Gold and Platinum offers appear AFTER the registration forms, surveys and optional offers, which do not count towards qualifying for an Incentive. To be credited with the completion of an offer as shown in the table above, you must first access the offer through this RZU Website or through a valid link provided to you by Customer Support. We use third party services to verify your registration information. If your registration information is determined to be invalid, we reserve the right to not display the pages with the Promotion offers. In that case, you will be ineligible to earn an Incentive. You must use the same accurate contact information for completing the required offers as you did during the registration process. If you don't complete all of the requisite offers during your initial visit to this RZU Website, go to Incentive Status and log in and use the provided link that will enable you to resume signing up for offers or contact Customer Support who will provide you with a re-entry link. You should retain any confirmation emails or other documentation received applicable to the completed offers. You cannot sign up for the same offer more than once to get credit for an Incentive.

For a subscription or purchase offer, the advertiser must be able to successfully bill your credit card at least once or for the number of times specified in the particular offer's terms to receive credit. Some of our advertisers will not accept prepaid cards to complete offers. You will not be credited with completing an offer unless the advertiser confirms your completion, so do not use a prepaid card for offers or cancel an offer right after you signup. (Many advertisers will not give credit to a "quick cancel.") . For this reason, there may be a delay from the time you sign up for an offer and when it is appears as a completed offer if you check your Incentive Status. For a financial offer such as a credit card, the card must be activated by making a purchase, transferring a balance or taking a cash advance for the offer to be considered "completed", and the user must remain a card holder for at least 60

days.  Additional terms and conditions may apply to participate in select marketing offers.  You should read the terms of each offer provided by the advertiser for an explanation of these terms where they exist.  The Representative Offer Chart provides important information on many of the offers including initial cost, ongoing obligations and how to cancel.   If you have questions about any offers, please review the chart or contact the third party sponsor/advertiser.  Customer Support is also available to provide assistance.

**Incentive Status.** You can check on your progress at any time by logging in with your email address on "Incentive Status."  (If you haven't completed any offers, you will not be able to log in to Incentive Status.) Sometimes offers aren't properly accounted for when you check on your Incentive Status.  You should keep email confirmations from completed offers as we may ask for them during the claims process to confirm you're entitled to claim an incentive.  We also reserve the right to require you to provide us with proof of payment for completed offers.  Acceptable proof includes copies of bank or credit card statements.  When you make copies of your statements, we ask that you mask out your account number.

**Claiming Your Incentive.**  Start the claims process by logging onto the "Incentive Status" and selecting "Claim My Incentive." Complete the required information: name, mailing address, email address, telephone number and Incentive Promotion.  We will review your claim and confirm whether you qualify.   If one or more offers haven't registered in our system, we will send a Confirmation of Completed Offer form via email.  Please print out the form and complete it and provide an unaltered copy of the confirmation email(s) and proof of payment.  You can send a photos of the required documentation using your smart phone.  Once we have verified that you completed the requisite offers, we will send you a claim form via email or USPS if you prefer.  Currently we use Adobe EchoSign to send our claim forms.  Follow the instructions on the Claim Form.   If your name, email, or mailing address is different than what you provided when you registered, we may ask you to provide proof of your current mailing address by providing, for example, a current utility bill.  Once we have verified that you completed the offers and received a properly executed claim form and a government issued Photo ID (you can mask out your identification number from the ID), we will send you your Incentive within two to four weeks.

If the Incentive is a gift card, for added security we will send you a gift card with a $0 balance.  You must contact us to have your card activated and loaded with the appropriate Incentive amount using the activation instructions included with your gift card.  You need to complete the claims verification process within 60 days of when you first start the process by clicking on Claim My Incentive and then must file your claim form with your ID and proof of address (if required) within 30 days of when we send the claim form.   We reserve the right to substitute an Incentive of equal or greater value if the Incentive you earned is unavailable for any reason.  We are not responsible and will not replace any lost, stolen or mis-delivered Incentives unless the mis-delivery is clearly because of our error.

We rely on our users providing accurate registration information so we and our marketing partners can connect with and market to our users.  **If your registration information (name, postal address, email address) does not match the information on your claim form, we reserve the right to disqualify you.**

**Publicity.**  We may use your first name, last initial and City and State of residence (for example John S. Wichita, KS) on a RZU Website.  We will also ask for a testimonial and/or a picture of you with your

Incentive. If you submit either, you grant us a royalty-free license to display and use what you submit to us in any medium.

**Limitations. Incentives are limited to one Incentive of any kind per household (persons living at the same address) within any twelve calendar month period provided you must wait 24 calendar months after you claim a Tier 2 Incentive before you claim another Tier 2 Incentive.** You cannot complete offers using a bot or other automated means of signing up or otherwise tamper with our system or attempt to defraud us by using multiple email addresses or other means or otherwise "game" the Program to circumvent the limitations described above.  You also cannot use a link to an RZU Website provided by another person or one obtained outside of our normal marketing channels such as a YouTube video or gaming site or reuse a link that you previously used to claim an Incentive.   We may also disqualify you If you  access an RZU Website 'mid-path' by skipping the registration and/or survey pages.  If we reasonably believe you are attempting to do so, we may void all of your attempts to qualify for an Incentive.

**Privacy, Security and Links:**  Please review our Privacy Policy for more information concerning our collection and use of your information, the security of your information and how to have your information deleted from our database.  For a timely response to any inquiry regarding your offer submissions, qualification, and incentive delivery, please write an email to info@rewardzoneusa.com.  The RZU Websites may contain links to other sites or services. We are not responsible for the privacy practices or the content of such third party sites.

**Tax Liability:** You are responsible for all local, state, and federal taxes on any Incentive you receive.

**Agreement; Choice of Law:** You agree that the Full Terms constitute the agreement between us and that New York law controls, without regard to conflicts of law provisions.

**Arbitration/Dispute Resolution:**

If you have a dispute concerning any aspect of these Terms & Conditions, the RZU Website, your participation in a Promotion, or entitlement to an Incentive, you should first contact customer support on the RZU Website or by completing a customer support ticket.  We will attempt to resolve the matter to your satisfaction within thirty (30) days of our receipt of a customer support ticket. We may choose to provide you with a final written settlement offer during this process. If we provide you with a final written settlement offer and you don't accept it, or we can't otherwise satisfactorily resolve your dispute or you chose to skip this step, you can submit your dispute for resolution by arbitration before the American Arbitration Association ("AAA") in the county where you live by filing a separate Demand for Arbitration online by following the instructions at https://apps.adr.org/webfile/. You will need our mailing address to file online. To obtain our mailing address, contact us by clicking **here**.

If we have a dispute, we will submit our dispute for resolution by arbitration before the AAA in New York, NY. If either party files for arbitration, it will be conducted in accordance with the then current AAA Commercial Arbitration Rules. The arbitrator will have exclusive authority to resolve any dispute including any claim that all or any part of the Terms & Conditions, including this provision, are unenforceable. If you proceed to arbitration, we will pay all AAA filing, administration and arbitrator fees unless the arbitrator determines that your claim is frivolous or brought for an improper purpose (as measured by the standards set forth in Federal Rule of Civil Procedure 11(b)). For claims brought by you of Ten Thousand Dollars ($10,000.00) or less, you can choose whether the arbitration proceeds in person, by telephone or based only on submissions. The arbitrator may award any form of individual or

equitable relief, including injunctive relief. Any award will be final and conclusive to the parties and may be entered in any court of competent jurisdiction. If you initiate arbitration and the arbitrator awards you relief that is greater than our final written settlement offer made before an arbitrator was selected, then we will pay you a minimum recovery of Five Hundred Dollars ($500.00), plus we will reimburse any reasonable expenses incurred by your attorney, if any, including fees reasonably accrued for investigating, preparing and pursuing the claim in arbitration. Although under some laws we may have a right to an award of attorneys' fees and expenses if we prevail in arbitration, we agree that we will not seek such an award from you. You and your attorneys are not required to keep the results of the arbitration confidential. This provision shall not be construed to preclude any party from seeking injunctive relief to protect its rights pending an outcome in arbitration.

You agree to the entry of injunctive relief to stop such a lawsuit or to remove you as a participant in such a suit. The Terms & Conditions do not constitute a waiver of any of your rights and remedies to pursue a claim individually and not as a class action in binding arbitration as provided above. This provision preventing you from bringing, joining or participating in class action lawsuits is an independent agreement. You may opt-out of these Dispute Resolution Provisions by providing written notice of your decision within thirty (30) days of the date that you first register on the RZU Website.
**YOU ACKNOWLEDGE AND AGREE THAT, VIA YOUR ACCEPTANCE OF THESE DISPUTE RESOLUTION PROVISIONS, YOU WAIVE ANY RIGHT TO A JURY TRIAL, AS WELL AS YOUR RIGHT TO BRING, JOIN OR PARTICIPATE AS A PLAINTIFF OR A CLASS MEMBER IN A CLASS ACTION SUIT OR MULTI-PARTY ARBITRATION BROUGHT AGAINST US, ANY PERSON RELATED TO US OR A SERVICE PROVIDER USED BY US TO PROVIDE THE SERVICE.**

**Liability Release:** By accessing one of the RZU Websites or participating in any of our Promotions, you release us and our respective parents, subsidiaries, and other affiliated companies, and the directors, shareholders, officers, employees, or agencies of any of the above organizations, for any and all liability for any injury, death, loss, tax liability or damage of any kind arising from your participation in a Promotion, or resulting from acceptance, possession, use or misuse of any sponsor offer or Incentive.

**LIMITATION OF LIABILITY:** TO THE MAXIMUM EXTENT ALLOWED BY APPLICABLE LAW, WE WILL NOT BE LIABLE FOR ANY INDIRECT, INCIDENTAL, SPECIAL OR CONSEQUENTIAL DAMAGES ARISING OUT OF OR RELATING TO THE FULL TERMS, THE RZU WEBSITES, A PROMOTION OR AN INCENTIVE, NO MATTER HOW CAUSED. IN NO EVENT WILL OUR TOTAL CUMULATIVE LIABILITY TO ANY USER EXCEED AN AMOUNT EQUAL TO THE LESSER OF (I) THE VALUE OF THE INCENTIVE FOR WHICH THE CONSUMER HAS REGISTERED, OR (II) $1,000, OR (III) ACTUAL DOLLAR AMOUNT CONSUMER SPENT ON A RZU WEBSITE COMPLETING SPONSOR OFFERS.

**DISCLAIMER OF WARRANTIES**: THE RZU WEBSITES, PROMOTIONS, INCENTIVES, AND ANY PRODUCTS AND/OR SERVICES THAT YOU MAY RECEIVE FROM US OR ONE OF OUR THIRD PARTY PARTNERS ARE PROVIDED TO YOU ON AN 'AS IS' AND 'AS AVAILABLE' BASIS AND ALL WARRANTIES, EXPRESS AND IMPLIED, ARE DISCLAIMED TO THE FULLEST EXTENT PERMISSIBLE PURSUANT TO APPLICABLE LAW.

**Updates:** We may revise the Full Terms and this summary at any time.  Your continued use of a RZU Website and/or participation in a Promotion evidences your acceptance of any changes.

If you do not accept any of the terms of the Full Terms or this summary, we ask that you not complete our registration process or access a RZU Website.

Confidential

---

[1] Gift cards with a face value of $100 or less and other merchandise with an average retail value of $100 or less.
[2] Gift cards with a face value of more than $100 and merchandise, such as iPads, iPhones and laptops, with an average retail value more than of $100.

FLUENT_004059

# **EXHIBIT 8**

# REWARDZONEUSA, LLC WEBSITES TERMS & CONDITIONS

# Last Modified: September 25, 2017

We (RewardZone USA, LLC) operate RewardZoneUSA.com, NationalConsumerCenter.com and other websites ("RZU Websites") where you can earn incentives – merchandise or gift cards ("Incentives") - by registering and providing information and completing certain promotional offers ("Offers"). By accessing and using the RZU Websites, you agree and accept these Terms & Conditions. If you do not agree and accept these Terms & Conditions, please do not use or visit any RZU Websites.

**Mandatory Arbitration.** These Terms & Conditions contain a mandatory arbitration provision below that requires you to arbitrate individually any disputes or claims you may have with us and waives your right to participate in a class action or multi-party arbitration. You may opt-out of the mandatory arbitration provision by providing written notice of your decision within thirty (30) days of the date that you first register on an RZU Website.

**How the Promotions Work.** To earn an Incentive, you must (a) be at least 18 years old and a U.S. resident; (b) submit your accurate name, contact (registration) and demographic information including your valid residential mailing and email addresses; (c) complete the survey questions; (d) meet the applicable Promotion requirements set forth below within a twenty (20) day period beginning with the date of your first completed Offer (if you register but don't complete an Offer, the 20 day period does not start); (e) start the Incentive claims process within 10 days of when you complete the required number of Offers; (f) complete the Manual Credit Packet verification process (if applicable) within 60 days of starting the Incentive Claim process; (g) provide a properly completed claim form and supporting documentation (see below) within 30 days of our sending you the claim form via Adobe EchoSign; and (h) comply with our Offer Cancellation Policy.

| Incentive | Silver Offers | Gold Offers | Platinum Offers |
|---|---|---|---|
| Tier 1 - Value of $100 or less[1] | 1 | 1 | 2 |
| Tier 2 - Value greater than $100 [2] | 1 | 1 | 8 |

The Silver, Gold and Platinum Offers appear AFTER the registration forms, surveys and optional offers, which do not count towards earning for an Incentive. To be credited with the completion of an Offer as shown in the table above, you must first access the Offer through this RZU Website or through a valid

link provided to you by Customer Support.  We use third party services to verify your registration information.  If your registration information is determined to be invalid, we reserve the right to not display the pages with the Promotion Offers.  In that case, you will be ineligible to earn an Incentive. You must use the same accurate contact information for completing the required Offers as you did during the registration process.  If you don't complete all of the requisite Offers during your initial visit to this RZU Website, go to Incentive Status and log in and use the provided link that will enable you to resume signing up for Offers or contact Customer Support who will provide you with a re-entry link.  You should retain any confirmation emails or other documentation received applicable to the completed Offers.  You cannot sign up for the same Offer more than once to get credit for an Incentive.

For a subscription or purchase Offer, the advertiser must be able to successfully bill your credit card at least once or for the number of times specified in the particular Offer's terms to receive credit.  Some of our advertisers will not accept prepaid cards to complete Offers.  You will not be credited with completing an Offer unless the advertiser confirms your completion, so do not use a prepaid card for Offers or cancel an Offer right after you signup.  (Many advertisers will not give credit to a "quick cancel.").  For this reason, there may be a delay from the time you sign up for an Offer and when it appears as a completed Offer if you check your Incentive Status.  For a financial Offer, such as a credit card, the card must be activated by making a purchase, transferring a balance or taking a cash advance for the Offer to be considered "completed", and the user must remain a card holder for at least 60 days.  Additional terms and conditions may apply to participate in select marketing Offers.  You should read the terms of each Offer provided by the advertiser for an explanation of these terms where they exist.  The Representative Offer Chart provides important information on many of the Offers including initial cost, ongoing obligations and how to cancel.  If you have questions about any Offers, please review the chart or contact the third party sponsor/advertiser.  Customer Support is also available to provide assistance.

**Offer Cancellation Policy**.  If you signed up for an Offer on or after October 1, 2017, you must comply with our Offer Cancellation Policy.  To obtain your Incentive, you must stay in half of the required Offers for at least 30 days.  This is generally enough time for the advertiser to successfully charge you for the second billing cycle.  The 30-day period begins as soon as you sign up for an Offer.  If you would like to earn a Tier 1 Incentive you must keep 2 or more Offers for at least 30 days, and if you would like to earn a Tier 2 Incentive you must keep 5 or more Offers for at least 30 days.  These Offers must remain current and active throughout the entire 30-day period.  After the 30-day period, you may choose to keep or cancel your Offers.

To verify you complied with our Offer Cancellation Policy, we will ask for verification.  We might ask for unaltered email confirmations or copies of bank or credit card statements.  When you make copies of your statements, we ask that you mask out your account number.  This verification must be legitimate and undoctored.  If we determine that you have altered your documents in any way, we reserve the right to disqualify you.

**Incentive Status.**  You can check on your progress at any time by logging in with your email address on Incentive Status. (If you haven't completed any Offers, you will not be able to log in to Incentive Status.) Sometimes Offers aren't properly accounted for when you check your Incentive Status.  You should keep email confirmations from completed Offers as we may ask for them during the claims process to confirm you're entitled to claim an Incentive.  We also reserve the right to require you to provide us with proof of payment for completed Offers.  Acceptable proof includes copies of bank or credit card statements. When you make copies of your statements, we ask that you mask out your account number.

Confidential

FLUENT_004061

**Claiming Your Incentive.** Start the claims process by logging onto the "Incentive Status" and selecting "Claim My Incentive." Complete the required information: name, mailing address, email address, telephone number, and Incentive Promotion. We will review your claim and confirm whether you have completed all the required steps to earn an Incentive. If one or more Offers haven't registered in our system, we will send a Manual Credit form via email. Please print out the form and complete it and provide an unaltered copy of the confirmation email(s) and proof of payment. You can send a photo of the required documentation using your smart phone.

Once we have verified that you completed the requisite Offers, we will send you a claim form via email or USPS, if you prefer. Currently we use Adobe EchoSign to send our claim forms. You will need to print out the claim form and take it to a notary public and sign it and have your signature notarized. Most bank branches and UPS stores will have a notary on staff. Notaries typically require you to have a government issued photo ID. Mail back the signed and notarized claim form to us via Unites States Postal Service. Once we have verified that you completed the Offers and received a properly executed claim form along with a valid government issued Photo ID (you can mask out your identification number from the ID) and proof of your current household mailing address (e.g. a utility bill), we will send you your Incentive within two to four weeks. We reserve the right to audit claims to ensure that only users who fully comply with these Terms & Conditions can claim an Incentive.

If your Incentive is fulfilled with a gift card, you will receive an email requesting you to choose between a virtual gift card, which is delivered free of charge but can only be used for online purchases, or a plastic gift card, where you must pay the third-party shipping costs but can be used anywhere VISA is accepted. You need to complete the claims verification process within 60 days of when you first start the process by clicking on Claim My Incentive and then must file your claim form with your ID and proof of address within 30 days of when we send the claim form. We reserve the right to substitute an Incentive of equal or greater value if the Incentive you earned is unavailable for any reason. We are not responsible and will not replace any lost, stolen or mis-delivered Incentives unless the mis-delivery is clearly because of our error.

We rely on our users providing accurate registration information so we and our marketing partners can connect with and market to our users. **If your registration information (name, postal address, email address) does not match the information on our claim form, we reserve the right to disqualify you.** In some situations, our system may pre-populate inaccurate registration information. If this happens, please contact us here and provide us the correct information so we can update the system.

**Publicity.** We may use your first name, last initial, and City and State of residence (for example John S. Wichita, KS) on a RZU Website. We will also ask for a testimonial and/or a picture of you with your Incentive. If you submit either, you grant us a royalty-free license to display and use what you submit to us in any medium.

**Limitations - Household Waiting Period Rule. Incentives are limited to one Incentive of any kind per person and household (persons living at the same residential address) per eligibility period. You and the members of your household must wait 12 months after completing all of the offers required for a Tier 1 Incentive before becoming eligible for another Incentive, and you must wait 24 months after completing all of the offers required for a Tier 2 Incentive before becoming eligible for another Incentive.** A household means a residence – where you live - and cannot be a PO box, where you work, or other non-residential address. We may ask you to prove your household address so we can ensure

compliance with the rule that limits Incentives to one Incentive per household per one year or two year depending on the Incentive Tier.  You can prove this by supplying a copy of, for example, a utility bill, your lease, a mortgage statement, a property tax bill or if you are a student, a printout from you school with your dorm room address.  If you live with someone and do not own or rent your residence, we may require you AND the person you live with to supply affidavits attesting to your household address. Please be aware that the person you live with and the other members of your household also cannot get an Incentive if you get a Tier 1 or Tier 2 incentive for one or two years, respectively.

You cannot complete Offers using a bot or other automated means of signing up or otherwise tamper with our system or attempt to defraud us by using multiple email addresses or other means or otherwise "game" the Program to circumvent the limitations described above.  You also cannot use a link to an RZU Website provided by another person or one obtained outside of our normal marketing channels such as a YouTube video or gaming site or reuse a link that you previously used to claim an Incentive.  We may also disqualify you If you access an RZU Website 'mid-path' by skipping the registration and/or survey pages.  If we reasonably believe you are attempting to do so, we may void all of your attempts to earn for an Incentive.

**Telemarketing and Text Messages.**  Where you provide "prior express written consent" within the meaning of the Telephone Consumer Protection Act ("TCPA"), you consent to receive telephone calls, including artificial voice calls, pre-recorded messages and/or calls delivered via automated technology, and text and SMS messages to the telephone number(s) that you provided from us and the marketing partners listed in and hyperlinked to the consent.  You are not required to provide this consent to earn an Incentive or purchase any of the other goods or services offered on the RZU Websites.  Your consent simply allows us to contact you via these means.  If you provide consent, CAC an affiliate of ours and any of our other affiliates or Marketing Partners named in the consent may send you SMS messages from their short codes or long codes.  Our short codes are 53294, 91982, and 411411; we may acquire additional short codes.  Message Frequency Varies, maximum 15 messages per month.  Message and data rates may apply.  Text STOP to opt-out from future messages and HELP for help.  The mobile carriers are not liable for delayed or undelivered messages.

**Privacy, Security and Links.**  Please review our Privacy Policy for more information concerning our collection and use of your information, the security of your information and how to have your information deleted from our database.  For a timely response to any inquiry regarding your Offer submissions, qualification, and Incentive delivery, please submit your question here.  The RZU Websites may contain links to other sites or services.  We are not responsible for the privacy practices, the content, or the security of such third  party sites.

**Tax Liability.** You are responsible for all local, state, and federal taxes on any Incentive you receive.

**Agreement; Choice of Law/Jurisdiction and Venue.**  You agree that these Terms & Conditions constitute the agreement between us and that New York law controls, without regard to conflicts of law provisions.  Any dispute that is not resolved by arbitration and proceeds in a state or federal court will be adjudicated in a court in the state of New York.  You expressly waive any defense or objection to venue or personal jurisdiction.

FLUENT_004063

**Arbitration/Dispute Resolution.** If you have a dispute concerning any aspect of these Terms & Conditions, the RZU Website, your participation in a Promotion, or entitlement to an Incentive, you should first contact customer support on the RZU Website or by completing a customer support ticket. We will attempt to resolve the matter to your satisfaction within thirty (30) days of our receipt of a customer support ticket. We may choose to provide you with a final written settlement offer during this process. If we provide you with a final written settlement offer and you don't accept it, or we can't otherwise satisfactorily resolve your dispute or you chose to skip this step, you can submit your dispute for resolution by arbitration before the American Arbitration Association ("AAA") in the county where you live by filing a separate Demand for Arbitration online by following the instructions at https://apps.adr.org/webfile/. You will need our mailing address to file online. To obtain our mailing address, contact us by clicking here.

If we have a dispute, we will submit our dispute for resolution by arbitration before the AAA in New York, NY. If either party files for arbitration, it will be conducted in accordance with the then current AAA Commercial Arbitration Rules. The arbitrator will have exclusive authority to resolve any dispute including any claim that all or any part of the Terms & Conditions, including this provision, are unenforceable.

If you proceed to arbitration, we will pay all AAA filing, administration and arbitrator fees unless the arbitrator determines that your claim is frivolous or brought for an improper purpose (as measured by the standards set forth in Federal Rule of Civil Procedure 11(b)). For claims brought by you of Ten Thousand Dollars ($10,000.00) or less, you can choose whether the arbitration proceeds in person, by telephone or based only on submissions. The arbitrator may award any form of individual or equitable relief, including injunctive relief. Any award will be final and conclusive to the parties and may be entered in any court of competent jurisdiction. If you initiate arbitration and the arbitrator awards you relief that is greater than our final written settlement offer made before an arbitrator was selected, then we will pay you a minimum recovery of Five Hundred Dollars ($500.00), plus we will reimburse any reasonable expenses incurred by your attorney, if any, including fees reasonably accrued for investigating, preparing and pursuing the claim in arbitration. Although under some laws we may have a right to an award of attorneys' fees and expenses if we prevail in arbitration, we agree that we will not seek such an award from you. You and your attorneys are not required to keep the results of the arbitration confidential. You agree to the entry of injunctive relief to stop such a lawsuit or to remove you as a participant in such a suit.

**Opt-Out of Arbitration/Class Action Waiver**. The Terms & Conditions do not constitute a waiver of any of your rights and remedies to pursue a claim individually and not as a class action in binding arbitration as provided above. This provision preventing you from bringing, joining or participating in class action lawsuits is an independent agreement. You may opt-out of these Dispute Resolution Provisions by providing written notice of your decision within thirty (30) days of the date that you first register on the RZU Website.

**YOU ACKNOWLEDGE AND AGREE THAT, VIA YOUR ACCEPTANCE OF THESE DISPUTE RESOLUTION PROVISIONS, YOU WAIVE ANY RIGHT TO A JURY TRIAL, AS WELL AS YOUR RIGHT TO BRING, JOIN OR PARTICIPATE AS A PLAINTIFF OR A CLASS MEMBER IN A CLASS ACTION SUIT OR MULTI-PARTY ARBITRATION BROUGHT AGAINST US, ANY PERSON RELATED TO US OR A SERVICE PROVIDER USED BY US TO PROVIDE THE SERVICE.**

FLUENT_004064

**Policy Against Spam.** We require that all emails promoting the RZU Websites are sent only to users who have agreed to receive such emails. We prohibit any advertising of RZU Websites using "spam"-unsolicited emails. If an advertiser or other person advertising or promoting our Sites fails to comply with our "no spam" policy, we will terminate our agreement with such person. If you feel you've been sent unsolicited spam emails promoting an RZU Website and would like to register a complaint, please let us know here. We will immediately investigate all allegations of spam email and take appropriate action.

**Disclaimer of Warranties.** The RZU Websites, Promotions, Incentives, and any products and/or services that you may receive from us or one of our third party partners (collectively "activity and content relating to the RZU Websites") is subject to change and is provided to you "as is" without any warranty of any kind, either expressed or implied, including, but not limited to, the implied warranties of merchantability, fitness for a particular purpose, or noninfringement. We make no warranty that the activity and content relating to the RZU Websites will (i) meet your requirements; (ii) be uninterrupted, timely, secure or error-free; or (iii) be accurate or reliable. We assume no responsibility for any damage to your computer system or loss of data that may have resulted from material downloaded or otherwise obtained through activity relating to the RZU Websites. We assume no responsibility for the deletion of, or failure to store, email messages and any other personalization settings in relation to activity and content relating to the RZU Websites. No advice or information, whether oral or written, obtained by you from us, shall create any warranty not expressly stated in these Terms & Conditions. Please note that some jurisdictions may not allow the exclusion of implied warranties, so some of the above exclusions may not apply to you. We do not represent that your use of any content will not infringe the rights of any third parties.

**Limitation of Liability.** To the maximum extent allowed by applicable law, we will not be liable for any indirect, incidental, special or consequential damages arising out of or relating to the Terms & Conditions, the RZU Websites, a Promotion or an Incentive, no matter how caused. In no event will our total cumulative liability to any user exceed an amount equal to the lesser of (i) the value of the Incentive for which the consumer has registered, or (ii) $1,000, or (iii) actual dollar amount consumer spent on an RZU Website completing sponsor Offers.

**Liability Release.** By accessing one of the RZU Websites or participating in any of our Promotions, you release us and our respective parents, subsidiaries, and other affiliated companies, and the directors, shareholders, officers, employees, or agencies of any of the above organizations, for any and all liability for any injury, death, loss, tax liability or damage of any kind arising from your participation in a Promotion, or resulting from acceptance, possession, use or misuse of any sponsor Offer or Incentive.

**Indemnification.** You agree to indemnify and hold us, our parents, subsidiaries and affiliates, and each of their respective members, officers, directors, employees, agents and/or other partners, harmless from and against any and all claims, expenses (including reasonable attorneys' fees, costs and settlement costs), damages, suits, costs, demands and/or judgments whatsoever, made by any third party due to or arising out of: (i) your use of an RZU Website, any service provided by us, user generated content ("UGC") or Content; (ii) your breach of these Terms & Conditions; (iii) your violation of any rights including, but not limited to, intellectual property right; or (iv) any deceptive, threatening, libelous, obscene, harassing or offensive material contained in any of your email communications or other submissions to an RZU Website.

**Updates.**  We may revise these Terms & Conditions any time.  Your continued use of an RZU Website and/or participation in a Promotion evidences your acceptance of any changes.  If you do not accept any of the Terms & Conditions or this summary, we ask that you not complete our registration process or access an RZU Website.

---

[1] Gift cards with a face value of $100 or less and other merchandise with an average retail value of $100 or less.
[2] Gift cards with a face value of more than $100 and merchandise, such as iPads, iPhones and laptops, with an average retail value more than of $100.

FLUENT_004066

**<u>EXHIBIT 9</u>**

REWARDZONEUSA, LLC WEBSITES

TERMS & CONDITIONS

Last Modified: January 18, 2018

We (RewardZone USA, LLC) operate RewardZoneUSA.com, NationalConsumerCenter.com and other websites ("RZU Websites") where you can earn incentives – merchandise or gift cards ("Incentives") - by registering and providing information and completing certain promotional offers ("Offers").  By accessing and using the RZU Websites, you agree and accept these Terms & Conditions.  If you do not agree and accept these Terms & Conditions, please do not use or visit any RZU Websites.

**Mandatory Arbitration**.  These Terms & Conditions contain a mandatory arbitration provision below that requires you to arbitrate individually any disputes or claims you may have with us or our affiliates, advertiser clients and marketing partners (collectively, "Marketing Partners").  Thus, for example, if you provide prior express written consent to be contacted via telemarketing or SMS/text messaging, any claims you may have regarding any telemarketing or SMS/text messages you receive are subject to the mandatory arbitration provision. The mandatory arbitration provision also waives your right to participate in a class action or multi-party arbitration.  You may opt-out of the mandatory arbitration provision by providing written notice of your decision within thirty (30) days of the date that you first register on an RZU Website.

**How the Promotions Work.**  To earn an Incentive, you must (a) be at least 18 years old and a U.S. resident; (b) submit your accurate name, contact (registration) and demographic information including your valid residential mailing and email addresses; (c) complete the survey questions; (d) meet the applicable Promotion requirements set forth below within a 20 day period beginning with the date of your first completed Offer (if you register but don't complete an Offer, the 20 day period does not start); (e) start the Incentive claims process within 10 days of when you complete the required number of Offers; (f) complete the Manual Credit Packet verification process (if applicable) within 60 days of starting the Incentive Claim process; and (g) provide a properly completed claim form and supporting documentation (see below) within 30 days of our sending you the claim form via Adobe EchoSign.

| Incentive | Silver Offers | Gold Offers | Platinum Offers |
|---|---|---|---|

FLUENT_004067

| Tier 1 - Value of $100 or less [1] | 1 | 1 | 2 |
| Tier 2 - Value greater than $100 [2] | 1 | 1 | 8 |

The Silver, Gold and Platinum Offers appear AFTER the registration forms, surveys and optional offers, which do not count towards earning an Incentive.  To be credited with the completion of an Offer as shown in the table above, you must first access the Offer through this RZU Website or through a valid link provided to you by customer support.  We use third party services to verify your registration information.  If your registration information is determined to be invalid, we reserve the right to not display the pages with the Promotion Offers.  In that case, you will be ineligible to earn an Incentive.

You must use the same accurate contact information for completing the required Offers as you did during the registration process.  If you don't complete all of the requisite Offers during your initial visit to this RZU Website, go to Incentive Status and log in and use the provided link that will enable you to resume signing up for Offers or contact customer support who will provide you with a re-entry link.  You should retain any confirmation emails or other documentation received applicable to the completed Offers.  You cannot sign up for the same Offer more than once to get credit for an Incentive.

For a subscription or purchase Offer, the advertiser must be able to successfully bill your credit card at least once or for the number of times specified in the particular Offer's terms to receive credit.  Some of our advertisers will not accept prepaid cards to complete Offers.  You will not be credited with completing an Offer unless the advertiser confirms your completion, so do not use a prepaid card for Offers or cancel an Offer right after you signup.  Many advertisers will not give credit to a "quick cancel.".  For this reason, there may be a delay from the time you sign up for an Offer and when it appears as a completed Offer on your Incentive Status.  For a financial Offer, such as a credit card, the card must be activated by making a purchase, transferring a balance or taking a cash advance for the Offer to be considered "completed", and the user must remain a card holder for at least 60 days.  Additional terms and conditions may apply to participate in select marketing Offers.  You should read the terms of each Offer provided by the advertiser for an explanation of these terms (if applicable) .  The Representative Offer Chart provides important information on many of the Offers including initial cost, ongoing obligations and how to cancel.  If you have questions about any Offers, please

FLUENT_004068

review the chart or contact the third party sponsor/advertiser.  customer support is also available to provide assistance at [contact info].

**Incentive Status.**  You can check on your progress at any time by logging in with your email address on Incentive Status. (If you haven't completed any Offers, you will not be able to log in to Incentive Status.) Sometimes Offers aren't properly accounted for when you check your Incentive Status.  You should keep email confirmations from completed Offers as we may ask for them during the claims process to confirm you're entitled to claim an Incentive.  We also reserve the right to require you to provide us with proof of payment for completed Offers.  Acceptable proof includes copies of bank or credit card statements.  When you make copies of your statements, we ask that you cover your account number.

**Claiming Your Incentive.**  Start the claims process by logging onto the "Incentive Status" and selecting "Claim My Incentive."  Complete the required information: name, mailing address, email address, telephone number, and Incentive Promotion. We will review your claim and confirm whether you have completed all the required steps to earn an Incentive.  If one or more Offers haven't registered in our system, we will send a Manual Credit form via email.  Please print out the form and complete it and provide an unaltered copy of the confirmation email(s) and proof of payment.  You can send a photo of the required documentation using your smart phone.

Once we have verified that you completed the requisite Offers, we will send you a claim form via email.  Currently we use Adobe EchoSign to send our claim forms.  You will need to print out the claim form and take it to a notary public and sign it and have your signature notarized.  Most bank branches and UPS stores will have a notary on staff.  Notaries typically require you to have a government issued photo ID.  Mail back the signed and notarized claim form to us via Unites States Postal Service.   Once we have verified that you completed the Offers and received a properly executed claim form along with a valid government issued Photo ID (you can cover your identification number from the ID) and proof of your current household mailing address (e.g. a utility bill), we will send you your Incentive within two to four weeks.  We reserve the right to audit claims to ensure that only users who fully comply with these Terms & Conditions can claim an Incentive.

If your Incentive is fulfilled with a gift card, you will receive an email requesting you to choose between a virtual gift card, which is delivered free of charge but can only be used for online purchases, or a plastic gift card, where you must pay the third-party shipping costs but can be used anywhere VISA is accepted.  You need to complete the claims verification process within 60 days of when you first start the process by clicking

FLUENT_004069

on Claim My Incentive and then must file your claim form with your ID and proof of address within 30 days of when we send the claim form.  We reserve the right to substitute an Incentive of equal or greater value if the Incentive you earned is unavailable for any reason.  We are not responsible and will not replace any lost, stolen or mis-delivered Incentives unless the mis-delivery is clearly because of our error.

We rely on our users providing accurate registration information so we and our Marketing Partners can connect with and market to our users.  **If your registration information (name, postal address, email address) does not match the information on your claim form, we reserve the right to disqualify you.  In some situations, our system may pre-populate inaccurate registration information.**  If this happens, please contact us here and provide us the correct information so we can update the system.

**Publicity.**  We may use your first name, last initial, and City and State of residence (for example John S. Wichita, KS) on a RZU Website.  We will also ask for a testimonial and/or a picture of you with your Incentive.  If you submit either, you grant us a royalty-free license to display and use what you submit to us in any medium.

**Limitations - Household Waiting Period Rule.  Incentives are limited to one Incentive of any kind per person and household (persons living at the same residential address) per eligibility period.  You and the members of your household must wait 12 months after completing all of the offers required for a Tier 1 Incentive before becoming eligible for another Incentive, and you must wait 24 months after completing all of the offers required for a Tier 2 Incentive before becoming eligible for another Incentive.**  A household means a residence – where you live - and cannot be a PO box, where you work, or other non-residential address.  We may ask you to prove your household address so we can ensure compliance with the rule that limits Incentives to one Incentive per household per one year or two years depending on the Incentive Tier.  You can prove this by supplying a copy of, for example, a utility bill, your lease, a mortgage statement, a property tax bill or if you are a student, a printout from you school with your dorm room address.  If you live with someone and do not own or rent your residence, we may require you AND the person you live with to supply affidavits attesting to your household address.  Please be aware that the person you live with and the other members of your household also cannot get an Incentive if you get a Tier 1 or Tier 2 incentive for one or two years, respectively.

Employees of RZU and its parent, subsidiaries and affiliates and its advertising, publisher, fulfillment, agency and marketing partners, and their immediate families

(including those living in the same households) are not eligible to earn an Incentive.  If we determine you are affiliated with RZU, we reserve the right to disqualify you. You cannot complete Offers using a bot or other automated means of signing up or otherwise tamper with our system or attempt to defraud us by using multiple email addresses or other means or otherwise "game" the Program to circumvent the limitations described above.  You also cannot use a link to an RZU Website provided by another person or one obtained outside of our normal marketing channels such as a YouTube video or gaming site or reuse a link that you previously used to claim an Incentive.  We may also disqualify you If you access an RZU Website 'mid-path' by skipping the registration and/or survey pages.  If we reasonably believe you are attempting to do so, we may void all of your attempts to earn for an Incentive.

**Telemarketing and Text Messages**.  Where you provide "prior express written consent" within the meaning of the Telephone Consumer Protection Act ("TCPA"), you consent to receive telephone calls, including artificial voice calls, pre-recorded messages and/or calls delivered via automated technology, and text and SMS messages to the telephone number(s) that you provided from us and the Marketing Partners.  You are not required to provide this consent to earn an Incentive or purchase any of the other goods or services offered on the RZU Websites.  Your consent simply allows you to be contacted via these means. If you provide consent, we and any of the Marketing Partners may send you SMS messages from their short codes or long codes. Our short codes are 53294, 91982, 27367, 68766 and 411411; we may acquire additional short codes.  Message Frequency Varies, maximum 15 messages per month.  Message and data rates may apply.  Text STOP to opt-out from future messages and HELP for help.  The mobile carriers are not liable for delayed or undelivered messages.

Any claims you may have under the TCPA against us or any of the Marketing Partners will be subject to the Arbitration/Dispute Resolution provision below.

**Privacy, Security and Links.**  Please review our Privacy Policy for more information concerning our collection and use of your information, the security of your information and how to have your information deleted from our database.  For a timely response to any inquiry regarding your Offer submissions, qualification, and Incentive delivery, please submit your question here.  The RZU Websites may contain links to other sites or services.  We are not responsible for the privacy practices, the content, or the security of such third- party sites.

**Tax Liability.** You are responsible for all local, state, and federal taxes on any Incentive you receive.

FLUENT_004071

**Agreement; Choice of Law/Jurisdiction and Venue.**  You agree that these Terms & Conditions constitute the agreement between us and that New York law controls, without regard to conflicts of law provisions.  Any dispute that is not resolved by arbitration and proceeds in a state or federal court will be adjudicated in a court in the state of New York.  You expressly waive any defense or objection to venue or personal jurisdiction.

**Arbitration/Dispute Resolution.**  If you have a dispute concerning any aspect of these Terms & Conditions, the RZU Website, your participation in a Promotion, entitlement to an Incentive or a telemarketing call or SMS/text message you received from us or a Marketing Partner, you should first contact customer support on the RZU Website or complete a customer support ticket.  We will attempt to resolve the matter to your satisfaction within thirty (30) days of our receipt of a customer support ticket.  We may choose to provide you with a final written settlement offer during this process.  If we provide you with a final written settlement offer and you don't accept it, or we can't otherwise satisfactorily resolve your dispute, or you chose to skip this step, you must submit your dispute for resolution by arbitration before the American Arbitration Association ("AAA") in the county where you live by filing a separate Demand for Arbitration online by following the instructions at https://apps.adr.org/webfile/. If the claim is against us, you will need our mailing address to file online.  To obtain our mailing address, contact us by clicking here.

If we have a dispute, we will submit our dispute for resolution by arbitration before the AAA in New York, NY.  If either party files for arbitration, it will be conducted in accordance with the then current AAA Commercial Arbitration Rules.  The arbitrator will have exclusive authority to resolve any dispute including any claim that all or any part of the Terms & Conditions, including this provision, are unenforceable.

If you proceed to arbitration against us, we will pay all AAA filing, administration and arbitrator fees unless the arbitrator determines that your claim is frivolous or brought for an improper purpose (as measured by the standards set forth in Federal Rule of Civil Procedure 11(b)).  For claims brought by you of Ten Thousand Dollars ($10,000.00) or less, you can choose whether the arbitration proceeds in person, by telephone or based only on submissions.  The arbitrator may award any form of individual or equitable relief, including injunctive relief.  Any award will be final and conclusive to the parties and may be entered in any court of competent jurisdiction.  If you initiate arbitration against us and the arbitrator awards you relief that is greater than our final written settlement offer made before an arbitrator was selected, then we will pay you a minimum recovery of Five Hundred Dollars ($500.00), plus we will reimburse any reasonable expenses incurred by your attorney, if any, including fees reasonably accrued

FLUENT_004072

for investigating, preparing and pursuing the claim in arbitration.  Although under some laws we may have a right to an award of attorneys' fees and expenses if we prevail in arbitration, we agree that we will not seek such an award from you.  You and your attorneys are not required to keep the results of the arbitration confidential.  You agree to the entry of injunctive relief to stop such a lawsuit or to remove you as a participant in such a suit.

**Opt-Out of Arbitration/Class Action Waiver.**  The Terms & Conditions do not constitute a waiver of any of your rights and remedies to pursue a claim individually and not as a class action in binding arbitration as provided above.  This provision preventing you from bringing, joining or participating in class action lawsuits is an independent agreement.  You may opt-out of these Dispute Resolution Provisions by providing written notice of your decision within thirty (30) days of the date that you first register on the RZU Website.

**YOU ACKNOWLEDGE AND AGREE THAT, VIA YOUR ACCEPTANCE OF THESE DISPUTE RESOLUTION PROVISIONS, YOU WAIVE ANY RIGHT TO A JURY TRIAL, AS WELL AS YOUR RIGHT TO BRING, JOIN OR PARTICIPATE AS A PLAINTIFF OR A CLASS MEMBER IN A CLASS ACTION SUIT OR MULTI-PARTY ARBITRATION BROUGHT AGAINST US OR MARKETING PARTNERS, OR A SERVICE PROVIDER USED BY US TO PROVIDE THE SERVICE.**

**Policy Against Spam.**  We require that all emails promoting the RZU Websites are sent only to users who have agreed to receive such emails.  We prohibit any advertising of RZU Websites using "spam"- unsolicited emails.  If an advertiser or other person advertising or promoting our Sites fails to comply with our "no spam" policy, we will terminate our agreement with such person.  If you feel you've been sent unsolicited spam emails promoting an RZU Website and would like to register a complaint, please let us know here.  We will immediately investigate all allegations of spam email and take appropriate action.

**Disclaimer of Warranties.**  The RZU Websites, Promotions, Incentives, and any third-party partners products and/or services that you may receive from us, one of our Marketing Partners or other third-party partners (collectively "activity and content relating to the RZU Websites") is subject to change and is provided to you "as is" without any warranty of any kind, either expressed or implied, including, but not limited to, the implied warranties of merchantability, fitness for a particular purpose, or noninfringement.  We make no warranty that the activity and content relating to the RZU Websites will (i) meet your requirements; (ii) be uninterrupted, timely, secure or error-free; or (iii) be accurate or reliable.  We assume no responsibility for any damage

to your computer system or loss of data that may have resulted from material downloaded or otherwise obtained through activity relating to the RZU Websites.  We assume no responsibility for the deletion of, or failure to store, email messages and any other personalization settings in relation to activity and content relating to the RZU Websites.  No advice or information, whether oral or written, obtained by you from us, shall create any warranty not expressly stated in these Terms & Conditions.  Please note that some jurisdictions may not allow the exclusion of implied warranties, so some of the above exclusions may not apply to you.  We do not represent that your use of any content will not infringe the rights of any third parties.

**Limitation of Liability.**  To the maximum extent allowed by applicable law, we will not be liable for any indirect, incidental, special or consequential damages arising out of or relating to the Terms & Conditions, the RZU Websites, a Promotion or an Incentive, no matter how caused. In no event will our total cumulative liability to any user exceed an amount equal to the lesser of (i) the value of the Incentive for which the consumer has registered, or (ii) $1,000, or (iii) actual dollar amount consumer spent on an RZU Website completing sponsor Offers.

**Liability Release.**  By accessing one of the RZU Websites or participating in any of our Promotions, you release us and our respective parents, subsidiaries, and other affiliated companies, and the directors, shareholders, officers, employees, or agencies of any of the above organizations, for any and all liability for any injury, death, loss, tax liability or damage of any kind arising from your participation in a Promotion, or resulting from acceptance, possession, use or misuse of any sponsor Offer or Incentive.

**Indemnification.**  You agree to indemnify and hold us, our parents, subsidiaries and affiliates, and each of their respective members, officers, directors, employees, agents and/or other partners, harmless from and against any and all claims, expenses (including reasonable attorneys' fees, costs and settlement costs), damages, suits, costs, demands and/or judgments whatsoever, made by any third party due to or arising out of: (i) your use of an RZU Website, any service provided by us, user generated content ("UGC") or Content; (ii) your breach of these Terms & Conditions; (iii) your violation of any rights including, but not limited to, intellectual property right; or (iv) any deceptive, threatening, libelous, obscene, harassing or offensive material contained in any of your email communications or other submissions to an RZU Website.

**Updates.**  We may revise these Terms & Conditions any time.  Your continued use of an RZU Website and/or participation in a Promotion evidences your acceptance of any changes.  If you do not accept any of the Terms & Conditions or this summary, we ask that you not complete our registration process or access an RZU Website.

FLUENT_004074

_____

[1] Gift cards with a face value of $100 or less and other merchandise with an average retail value of $100 or less.
[2] Gift cards with a face value of more than $100 and merchandise, such as iPads, iPhones and laptops, with an average retail value more than of $100.

Confidential

# **EXHIBIT 10**

REWARDZONEUSA, LLC WEBSITES

TERMS & CONDITIONS

Last Modified: March 23, 2018

We (RewardZone USA, LLC) operate RewardZoneUSA.com, NationalConsumerCenter.com and other websites ("RZU Websites") where you can earn incentives – merchandise or gift cards ("Incentives") - by registering and providing information and completing certain promotional offers ("Offers"). By accessing and using the RZU Websites, you agree and accept these Terms & Conditions. If you do not agree and accept these Terms & Conditions, please do not use or visit any RZU Websites.

**Mandatory Arbitration**. These Terms contain a mandatory arbitration provision below that requires you to arbitrate individually any disputes or claims you may have with us and our affiliates, advertiser clients and marketing partners (collectively, "Marketing Partners") who are third party beneficiaries of the mandatory arbitration provision. Thus, for example, if you provide prior express written consent to be contacted via telemarketing or SMS/text messaging, any claims you may have regarding any telemarketing or SMS/text messages you receive are subject to the mandatory arbitration provision. The mandatory arbitration provision also waives your right to participate in a class action or multi-party arbitration. You may opt-out of the mandatory arbitration provision by providing written notice of your decision within thirty (30) days of the date that you first register on an RZU Website.

**How the Promotions Work.** To earn an Incentive, you must (a) be at least 18 years old and a U.S. resident; (b) submit your accurate name, contact (registration) and demographic information including your valid residential mailing and email addresses; (c) complete the survey questions; (d) meet the applicable Promotion requirements set forth below within a 20 day period beginning with the date of your first completed Offer (if you register but don't complete an Offer, the 20 day period does not start); (e) start the Incentive claims process within 10 days of when you complete the required number of Offers; (f) complete the Manual Credit Packet verification process (if applicable) within 60 days of starting the Incentive Claim process; and (g) provide a properly completed claim form and supporting documentation (see below) within 30 days of our sending you the claim form via Adobe EchoSign.

| Incentive | Silver Offers | Gold Offers | Platinum Offers |
|-----------|---------------|-------------|-----------------|

FLUENT_004076

| | | | |
|---|---|---|---|
| Tier 1 - Value of $100 or less[1] | 1 | 1 | 2 |
| Tier 2 - Value greater than $100 [2] | 1 | 1 | 8 |

The Silver, Gold and Platinum Offers appear AFTER the registration forms, surveys and optional offers, which do not count towards earning an Incentive.  To be credited with the completion of an Offer as shown in the table above, you must first access the Offer through this RZU Website or through a valid link provided to you by customer support.  We use third party services to verify your registration information.  If your registration information is determined to be invalid, we reserve the right to not display the pages with the Promotion Offers.  In that case, you will be ineligible to earn an Incentive.

You must use the same accurate contact information for completing the required Offers as you did during the registration process.  If you don't complete all of the requisite Offers during your initial visit to this RZU Website, go to Incentive Status and log in and use the provided link that will enable you to resume signing up for Offers or contact customer support who will provide you with a re-entry link.  You should retain any confirmation emails or other documentation received applicable to the completed Offers.  You cannot sign up for the same Offer more than once to get credit for an Incentive.

For a subscription or purchase Offer, the advertiser must be able to successfully bill your credit card at least once or for the number of times specified in the particular Offer's terms to receive credit.  Some of our advertisers will not accept prepaid cards to complete Offers.  You will not be credited with completing an Offer unless the advertiser confirms your completion, so do not use a prepaid card for Offers or cancel an Offer right after you signup.  Many advertisers will not give credit to a "quick cancel.".  For this reason, there may be a delay from the time you sign up for an Offer and when it appears as a completed Offer on your Incentive Status.  Additional terms and conditions may apply to participate in select marketing Offers.  You should read the terms of each Offer provided by the advertiser for an explanation of these terms (if applicable).  The Representative Offer Chart provides important information on many of the Offers including initial cost, ongoing obligations and how to cancel.  If you have questions about any Offers, please review the chart or contact the third party sponsor/advertiser.  customer support is also available to provide assistance at [contact info].

FLUENT_004077

**Incentive Status.** You can check on your progress at any time by logging in with your email address on Incentive Status. (If you haven't completed any Offers, you will not be able to log in to Incentive Status.) Sometimes Offers aren't properly accounted for when you check your Incentive Status. You should keep email confirmations from completed Offers as we may ask for them during the claims process to confirm you're entitled to claim an Incentive. We also reserve the right to require you to provide us with proof of payment for completed Offers. Acceptable proof includes copies of bank or credit card statements. When you make copies of your statements, we ask that you cover your account number.

**Claiming Your Incentive.** Start the claims process by logging onto the "Incentive Status" and selecting "Claim My Incentive." Complete the required information: name, mailing address, email address, telephone number, and Incentive Promotion. We will review your claim and confirm whether you have completed all the required steps to earn an Incentive. If one or more Offers haven't registered in our system, we will send a Manual Credit form via email. Please print out the form and complete it and provide an unaltered copy of the confirmation email(s) and proof of payment. You can send a photo of the required documentation using your smart phone.

Once we have verified that you completed the requisite Offers, we will send you a claim form via email. Currently we use Adobe EchoSign to send our claim forms. You will need to print out the claim form and sign it. For Tier 2 incentives, you will need to print out the claim form and take it to a notary public and sign it and have your signature notarized. Most bank branches and UPS stores will have a notary on staff. Notaries typically require you to have a government issued photo ID. Mail back the signed claim form (or notarized claim form if applicable) to us via Unites States Postal Service. Once we have verified that you completed the Offers and received a properly executed claim form along with a valid government issued Photo ID (you can cover your identification number from the ID) and proof of your current household mailing address (e.g. a utility bill), we will send you your Incentive within two to four weeks. We reserve the right to audit claims to ensure that only users who fully comply with these Terms & Conditions can claim an Incentive.

If your Incentive is fulfilled with a gift card, you will receive an email requesting you to choose between a virtual gift card, which is delivered free of charge but can only be used for online purchases, or a plastic gift card, where you must pay the third-party shipping costs but can be used anywhere VISA is accepted. You need to complete the claims verification process within 60 days of when you first start the process by clicking on Claim My Incentive and then must file your claim form with your ID and proof of address within 30 days of when we send the claim form. We reserve the right to

substitute an Incentive of equal or greater value if the Incentive you earned is unavailable for any reason.  We are not responsible and will not replace any lost, stolen or mis-delivered Incentives unless the mis-delivery is clearly because of our error.

We rely on our users providing accurate registration information so we and our Marketing Partners can connect with and market to our users.  **If your registration information (name, postal address, email address) does not match the information on your claim form, we reserve the right to disqualify you.  In some situations, our system may pre-populate inaccurate registration information.**  If this happens, please contact us here and provide us the correct information so we can update the system.

**Publicity.**  We may use your first name, last initial, and City and State of residence (for example John S. Wichita, KS) on a RZU Website.  We will also ask for a testimonial and/or a picture of you with your Incentive.  If you submit either, you grant us a royalty-free license to display and use what you submit to us in any medium.

**Limitations - Household Waiting Period Rule.  Incentives are limited to one Incentive of any kind per person and household (persons living at the same residential address) per eligibility period.  You and the members of your household must wait 12 months after completing all of the offers required for a Tier 1 Incentive before becoming eligible for another Incentive, and you must wait 24 months after completing all of the offers required for a Tier 2 Incentive before becoming eligible for another Incentive.**  A household means a residence – where you live - and cannot be a PO box, where you work, or other non-residential address.  We may ask you to prove your household address so we can ensure compliance with the rule that limits Incentives to one Incentive per household per one year or two years depending on the Incentive Tier.  You can prove this by supplying a copy of, for example, a utility bill, your lease, a mortgage statement, a property tax bill or if you are a student, a printout from you school with your dorm room address.  If you live with someone and do not own or rent your residence, we may require you AND the person you live with to supply affidavits attesting to your household address.  Please be aware that the person you live with and the other members of your household also cannot get an Incentive if you get a Tier 1 or Tier 2 incentive for one or two years, respectively.

Employees of RZU and its parent, subsidiaries and affiliates and its advertising, publisher, fulfillment, agency and marketing partners, and their immediate families (including those living in the same households) are not eligible to earn an Incentive.  If we determine you are affiliated with RZU, we reserve the right to disqualify you.

You cannot complete Offers using a bot or other automated means of signing up or otherwise tamper with our system or attempt to defraud us by using multiple email addresses or other means or otherwise "game" the Program to circumvent the limitations described above.  You also cannot use a link to an RZU Website provided by another person or one obtained outside of our normal marketing channels such as a YouTube video or gaming site or reuse a link that you previously used to claim an Incentive.  We may also disqualify you If you access an RZU Website 'mid-path' by skipping the registration and/or survey pages.  If we reasonably believe you are attempting to do so, we may void all of your attempts to earn for an Incentive.

**Telemarketing and Text Messages**.  Where you provide "prior express written consent" within the meaning of the Telephone Consumer Protection Act ("TCPA"), you consent to receive telephone calls, including artificial voice calls, pre-recorded messages and/or calls delivered via automated technology, and text and SMS messages to the telephone number(s) that you provided from us and the Marketing Partners.  You are not required to provide this consent to earn an Incentive or purchase any of the other goods or services offered on the RZU Websites.  Your consent simply allows you to be contacted via these means. If you provide consent, we and any of the Marketing Partners may send you SMS messages from their short codes or long codes. Our short codes are 53294, 91982, 27367, 68766 and 411411; we may acquire additional short codes.  Message Frequency Varies, maximum 15 messages per month.  Message and data rates may apply.  Text STOP to opt-out from future messages and HELP for help.  The mobile carriers are not liable for delayed or undelivered messages.

Any claims you may have under the TCPA against us or any of the Marketing Partners will be subject to the Arbitration/Dispute Resolution provision below.

**Privacy, Security and Links.**  Please review our Privacy Policy for more information concerning our collection and use of your information, the security of your information and how to have your information deleted from our database.  For a timely response to any inquiry regarding your Offer submissions, qualification, and Incentive delivery, please submit your question here.  The RZU Websites may contain links to other sites or services.  We are not responsible for the privacy practices, the content, or the security of such third- party sites.

**Tax Liability.** You are responsible for all local, state, and federal taxes on any Incentive you receive.

**Agreement; Choice of Law/Jurisdiction and Venue.**  You agree that these Terms & Conditions constitute the agreement between us and that New York law controls,

FLUENT_004080

without regard to conflicts of law provisions.  Any dispute that is not resolved by arbitration and proceeds in a state or federal court will be adjudicated in a court in the state of New York.  You expressly waive any defense or objection to venue or personal jurisdiction.

**Arbitration/Dispute Resolution.**  If you have a dispute concerning any aspect of these Terms & Conditions, the RZU Website, your participation in a Promotion, entitlement to an Incentive or a telemarketing call or SMS/text message you received from us or a Marketing Partner, you should first contact customer support on the RZU Website or complete a customer support ticket.  We will attempt to resolve the matter to your satisfaction within thirty (30) days of our receipt of a customer support ticket.  We may choose to provide you with a final written settlement offer during this process.  If we provide you with a final written settlement offer and you don't accept it, or we can't otherwise satisfactorily resolve your dispute, or you chose to skip this step, you must submit your dispute for resolution by arbitration before the American Arbitration Association ("AAA") in the county where you live by filing a separate Demand for Arbitration online by following the instructions at https://apps.adr.org/webfile/. If the claim is against us, you will need our mailing address to file online.  To obtain our mailing address, contact us by clicking here.

If we have a dispute, we will submit our dispute for resolution by arbitration before the AAA in New York, NY.  If either party files for arbitration, it will be conducted in accordance with the then current AAA Commercial Arbitration Rules.  The arbitrator will have exclusive authority to resolve any dispute including any claim that all or any part of the Terms & Conditions, including this provision, are unenforceable.

If you proceed to arbitration against us, we will pay all AAA filing, administration and arbitrator fees unless the arbitrator determines that your claim is frivolous or brought for an improper purpose (as measured by the standards set forth in Federal Rule of Civil Procedure 11(b)).  For claims brought by you of Ten Thousand Dollars ($10,000.00) or less, you can choose whether the arbitration proceeds in person, by telephone or based only on submissions.  The arbitrator may award any form of individual or equitable relief, including injunctive relief.  Any award will be final and conclusive to the parties and may be entered in any court of competent jurisdiction.  If you initiate arbitration against us and the arbitrator awards you relief that is greater than our final written settlement offer made before an arbitrator was selected, then we will pay you a minimum recovery of Five Hundred Dollars ($500.00), plus we will reimburse any reasonable expenses incurred by your attorney, if any, including fees reasonably accrued for investigating, preparing and pursuing the claim in arbitration.  Although under some laws we may have a right to an award of attorneys' fees and expenses if we prevail in

FLUENT_004081

arbitration, we agree that we will not seek such an award from you.  You and your attorneys are not required to keep the results of the arbitration confidential.  You agree to the entry of injunctive relief to stop such a lawsuit or to remove you as a participant in such a suit.

**Opt-Out of Arbitration/Class Action Waiver.**  The Terms & Conditions do not constitute a waiver of any of your rights and remedies to pursue a claim individually and not as a class action in binding arbitration as provided above.  This provision preventing you from bringing, joining or participating in class action lawsuits is an independent agreement.  You may opt-out of these Dispute Resolution Provisions by providing written notice of your decision within thirty (30) days of the date that you first register on the RZU Website.

**YOU ACKNOWLEDGE AND AGREE THAT, VIA YOUR ACCEPTANCE OF THESE DISPUTE RESOLUTION PROVISIONS, YOU WAIVE ANY RIGHT TO A JURY TRIAL, AS WELL AS YOUR RIGHT TO BRING, JOIN OR PARTICIPATE AS A PLAINTIFF OR A CLASS MEMBER IN A CLASS ACTION SUIT OR MULTI-PARTY ARBITRATION BROUGHT AGAINST US OR MARKETING PARTNERS, OR A SERVICE PROVIDER USED BY US TO PROVIDE THE SERVICE.**

**Small Claims Court**.  You may choose to pursue your dfispute or claim in small claims court rather than by arbitration if your dispute or claim qualifies for small claims court in a location where jurisdiction and venue over you and RZU is proper.

**Policy Against Spam.**  We require that all emails promoting the RZU Websites are sent only to users who have agreed to receive such emails.  We prohibit any advertising of RZU Websites using "spam"- unsolicited emails.  If an advertiser or other person advertising or promoting our Sites fails to comply with our "no spam" policy, we will terminate our agreement with such person.  If you feel you've been sent unsolicited spam emails promoting an RZU Website and would like to register a complaint, please let us know here.  We will immediately investigate all allegations of spam email and take appropriate action.

**Disclaimer of Warranties.**  The RZU Websites, Promotions, Incentives, and any third-party partners products and/or services that you may receive from us, one of our Marketing Partners or other third-party partners (collectively "activity and content relating to the RZU Websites") is subject to change and is provided to you "as is" without any warranty of any kind, either expressed or implied, including, but not limited to, the implied warranties of merchantability, fitness for a particular purpose, or noninfringement.  We make no warranty that the activity and content relating to the

FLUENT_004082

RZU Websites will (i) meet your requirements; (ii) be uninterrupted, timely, secure or error-free; or (iii) be accurate or reliable.  We assume no responsibility for any damage to your computer system or loss of data that may have resulted from material downloaded or otherwise obtained through activity relating to the RZU Websites.  We assume no responsibility for the deletion of, or failure to store, email messages and any other personalization settings in relation to activity and content relating to the RZU Websites.  No advice or information, whether oral or written, obtained by you from us, shall create any warranty not expressly stated in these Terms & Conditions.  Please note that some jurisdictions may not allow the exclusion of implied warranties, so some of the above exclusions may not apply to you.  We do not represent that your use of any content will not infringe the rights of any third parties.

**Limitation of Liability.**  To the maximum extent allowed by applicable law, we will not be liable for any indirect, incidental, special or consequential damages arising out of or relating to the Terms & Conditions, the RZU Websites, a Promotion or an Incentive, no matter how caused. In no event will our total cumulative liability to any user exceed an amount equal to the lesser of (i) the value of the Incentive for which the consumer has registered, or (ii) $1,000, or (iii) actual dollar amount consumer spent on an RZU Website completing sponsor Offers.

**Liability Release.**  By accessing one of the RZU Websites or participating in any of our Promotions, you release us and our respective parents, subsidiaries, and other affiliated companies, and the directors, shareholders, officers, employees, or agencies of any of the above organizations, for any and all liability for any injury, death, loss, tax liability or damage of any kind arising from your participation in a Promotion, or resulting from acceptance, possession, use or misuse of any sponsor Offer or Incentive.

**Indemnification.**  You agree to indemnify and hold us, our parents, subsidiaries and affiliates, and each of their respective members, officers, directors, employees, agents and/or other partners, harmless from and against any and all claims, expenses (including reasonable attorneys' fees, costs and settlement costs), damages, suits, costs, demands and/or judgments whatsoever, made by any third party due to or arising out of: (i) your use of an RZU Website, any service provided by us, user generated content ("UGC") or Content; (ii) your breach of these Terms & Conditions; (iii) your violation of any rights including, but not limited to, intellectual property right; or (iv) any deceptive, threatening, libelous, obscene, harassing or offensive material contained in any of your email communications or other submissions to an RZU Website.

**Updates.**  We may revise these Terms & Conditions any time.  Your continued use of an RZU Website and/or participation in a Promotion evidences your acceptance of any

FLUENT_004083

changes.  If you do not accept any of the Terms & Conditions or this summary, we ask that you not complete our registration process or access an RZU Website.

---------------------------------------------------------------

[1] Gift cards with a face value of $100 or less and other merchandise with an average retail value of $100 or less.
[2] Gift cards with a face value of more than $100 and merchandise, such as iPads, iPhones and laptops, with an average retail value more than of $100.

FLUENT_004084