SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
  A Limited Liability Partnership
  Including Professional Corporations
JAY T. RAMSEY, Cal. Bar No. 273160
1901 Avenue of the Stars, Suite 1600
Los Angeles, California 90067-6055
Telephone:    310.228.3700
Facsimile:    310.228.3701
E mail    jramsey@sheppardmullin.com

Attorneys for Defendants
FREEDOM FINANCIAL NETWORK, LLC,
FREEDOM DEBT RELIEF, LLC, FLUENT,
INC., and LEAD SCIENCE, LLC,

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL BERMAN, STEPHANIE HERNANDEZ, and ERICA RUSSELL,<br><br>    Plaintiffs,<br><br>    v.<br><br>FREEDOM FINANCIAL NETWORK LLC, FREEDOM DEBT RELIEF, LLC, FLUENT, INC., and LEAD SCIENCE, LLC,<br><br>    Defendants. | Case No. 4:18-cv-01060-YGR<br><br>**DECLARATION OF JAY T. RAMSEY IN SUPPORT OF DEFENDANTS' OPPOSITION TO PLAINTIFFS' RENEWED MOTION FOR CLASS CERTIFICATION** |
| FREEDOM FINANCIAL NETWORK, LLC and FREEDOM DEBT RELIEF, LLC,<br><br>    Third Party Plaintiffs,<br><br>    v.<br><br>DOES 1 through 5,<br><br>    Third Party Defendants. | Hearing TBD per Court Order (Dkt. No. 252) |

## DECLARATION OF JAY T. RAMSEY

I, Jay T. Ramsey, hereby declare:

1. I am a partner at Sheppard, Mullin, Richter & Hampton LLP, counsel of record for Defendants Freedom Financial Network, LLC, and Freedom Debt Relief, LLC (collectively, "Freedom"), Fluent, Inc. ("Fluent"), and Lead Science, LLC ("Lead Science" or "Drips") (collectively, "Defendants"). I make this declaration based on facts known by me to be true and correct.

2. Attached hereto as Exhibit 11 is a true and correct copy of excerpts from the transcript of the deposition of Erica Russell, taken in this action on June 29, 2020 by Zoom videoconference. I was the attorney who took the deposition of Ms. Russell. The court reporter included the exhibits marked at the deposition in her index, but, for reasons unknown, did not note the numbers in the transcript as they were being shown to the witness. Exhibit 200 at the deposition is a copy of the document attached as Exhibit 2 to the Bhadania Declaration, which is submitted concurrently herewith. This is referred to in Defendants' Opposition to Plaintiffs' Renewed Motion for Class Certification (the "Opposition") as the Hernandez Flow (it is a reproduction of the website pages that Plaintiff Hernandez would have seen when she visited Fluent's Website). Exhibit 201 at the deposition is a copy of the document attached as Exhibit 1 to the Bhadania Declaration. This is referred to in the Opposition as the Russell Flow (it is a reproduction of the website pages that Plaintiff Hernandez would have seen when she visited Fluent's Website).

3. Attached hereto as Exhibit 12 is a true and correct copy of excerpts from the transcript of the deposition of Stephanie Hernandez, taken in this action on July 2, 2020 by Zoom videoconference.

4. Attached hereto as Exhibit 13 is a true and correct copy of excerpts from the transcript of the deposition of Benjamin Beecher, taken in this action on February 22, 2019.

5. Attached hereto as Exhibit 14 is a true and correct copy of a sworn declaration from David Leidllein.

6. Attached hereto as Exhibit 15 is a true and correct copy of a sworn declaration from James Derby.

7. Attached hereto as Exhibit 16 is a true and correct copy of the Expert Report of David Kalat.  It has been redacted in part (redactions shown in blackout) to protect personally identifiable information of third-parties.  Defendants have also not included all of the attachments and workpapers included with the report so as to conserve paper.  To the extent the Court needs to review the redacted information or the attachments, Defendants can submit them, but Defendants do not believe that information affects the Court's consideration of the issues presented.

8. Attached hereto as Exhibit 17 is a true and correct copy of the Supplemental Expert Report of David Kalat.  It has been redacted in part (redactions shown in blackout) to protect personally identifiable information of third-parties.  Defendants have also not included all of the attachments and workpapers included with the report so as to conserve paper.  To the extent the Court needs to review the redacted information or the attachments, Defendants can submit them, but Defendants do not believe that information affects the Court's consideration of the issues presented.

9. Attached hereto as Exhibit 18 is a true and correct copy of the Supplemental Expert Report of David Kalat.  It has been redacted in part (redactions shown in blackout) to protect personally identifiable information of third-parties.  Defendants have also not included all of the attachments and workpapers included with the report so as to conserve paper.  To the extent the Court needs to review the redacted information or the attachments, Defendants can submit them, but Defendants do not believe that information affects the Court's consideration of the issues presented.

10. Attached hereto as Exhibit 19 is a true and correct copy of the Expert Report of Jan Kostyun.  It has been redacted in part (redactions shown in blackout) to protect personally identifiable information of third-parties.  Defendants have also not included all of the attachments and workpapers included with the report so as to conserve paper.  To the extent the Court needs to review the redacted information or the attachments, Defendants can submit them, but Defendants do not believe that information affects the Court's consideration of the issues presented.

11.     Attached hereto as Exhibit 20 is a compilation of the documents filed as Dkt. Nos. 64 and 64-1 in the matter titled *Christina Turner v. PillPack, Inc.*, Case No. 5:18-cv-00066-TBR, proceeding in the United States District Court for the Western District of Kentucky.  As reflected therein, Dkt. No. 64-1 is an Award issued in an arbitration that was compelled in the action.

12.     Attached hereto as Exhibit 21 is an excerpt from the Transcript of Proceedings of the hearing in this action held on September 30, 2019.

13.     Attached hereto as Exhibit 22 is a true and correct copy of Dkt. No. 79 in the matter titled *Lundbom v. Schwan's Home Service, Inc. et al.*, Case No. 3:18-cv-02187-IM, proceeding in the United States District Court for the District of Oregon.  This decision is also available on Westlaw, but the Westlaw version does not show the images shown in the decision, as filed on the Docket.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.  Executed on July 31, 2020 at Los Angeles, California.

                                                    */s/ Jay T. Ramsey*
                                                    JAY T. RAMSEY