Beth E. Terrell, SBN #178181
Email: bterrell@terrellmarshall.com
Jennifer Rust Murray, *Admitted Pro Hac Vice*
Email: jmurray@terrellmarshall.com
Amanda M. Steiner, SBN #190047
Email: asteiner@terrellmarshall.com
TERRELL MARSHALL LAW GROUP PLLC
936 North 34th Street, Suite 300
Seattle, Washington 98103
Telephone: (206) 816-6603
Facsimile: (206) 319-5450

[Additional counsel appear on signature page]

*Attorneys for Plaintiffs and Proposed Classes*

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

| | |
|---|---|
| DANIEL BERMAN, STEPHANIE HERNANDEZ, and ERICA RUSSELL,<br><br>Plaintiffs,<br><br>v.<br><br>FREEDOM FINANCIAL NETWORK, LLC, FREEDOM DEBT RELIEF, LLC, FLUENT, INC., and LEAD SCIENCE, LLC,<br><br>Defendants. | NO. 4:18-cv-01060-YGR<br><br>**SUPPLEMENTAL DECLARATION OF BETH TERRELL IN SUPPORT OF PLAINTIFFS' RENEWED MOTION FOR CLASS CERTIFICATION**<br><br><u>JURY TRIAL DEMAND</u><br><br>Honorable Yvonne Gonzalez Rogers<br><br>DATE:       September 8, 2020<br>TIME:       2:00 p.m.<br>LOCATION: Oakland Courthouse<br>                   Courtroom 1 - 4th Floor |

I, Beth Terrell, declare as follows:

1.     I am a member of the law firm of Terrell Marshall Law Group PLLC, counsel of record for Plaintiffs in this matter. I am a member in good standing of the bars of the states of California and Washington. I respectfully submit this declaration in support of Plaintiffs' Reply

SUPPLEMENTAL DECLARATION OF BETH TERRELL IN SUPPORT OF
PLAINTIFFS' RENEWED MOTION FOR CLASS CERTIFICATION - 1
CASE NO. 4:18-CV-01060-YGR

in Support of Renewed Motion for Class Certification. I have personal knowledge of the facts set forth in this declaration, and could testify competently to them if called upon to do so.

2. Attached hereto as Exhibit 30 is a true and correct copy of excerpts from the Transcript of Pretrial Motions Proceedings (ECF No. 260) in *Krakauer v. Dish Network, LLC*; M.D.N.C.; No. 1:14-cv-00333-CCE-JEP.

3. Attached hereto as Exhibit 31 is a true and correct copy of the Amended Joint Stipulation Regarding Call Categories (ECF No. 277) filed in *Krakauer v. Dish Network, LLC*; M.D.N.C.; No. 1:14-cv-00333-CCE-JEP.

4. Attached hereto as Exhibit 32 is a true and correct copy of excerpts from the July 2, 2020 deposition of Stephanie Hernandez.

5. Attached hereto as Exhibit 33 is a true and correct copy of excerpts from the June 29, 2020 deposition of Erica Russell.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

EXECUTED this 21st day of August, 2020, at Seattle, Washington.

　/s/ Beth E. Terrell, SBN #178181
Beth E. Terrell, SBN #178181

SUPPLEMENTAL DECLARATION OF BETH TERRELL IN SUPPORT OF
PLAINTIFFS' RENEWED MOTION FOR CLASS CERTIFICATION - 2
CASE NO. 4:18-CV-01060-YGR

# CERTIFICATE OF SERVICE

I, Beth Terrell, hereby certify that on August 21, 2020, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

> Jay T. Ramsey, SBN #273160
> Email: jramsey@sheppardmullin.com
> SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
> 1901 Avenue of the Stars, Suite 1600
> Los Angeles, California 90067-6055
> Telephone: (310) 228-3700
> Facsimile: (310) 228-3701
>
> Neil Asnen
> Email: nasnen@kleinmoynihan.com
> Evan King
> Email: eking@kleinmoynihan.com
> KLEIN MOYNIHAN TURCO LLP
> 450 Seventh Avenue
> New York, New York 10123
> Telephone: (646) 350-1736
> Facsimile: (212) 216-9559
>
> *Attorneys for Defendants Freedom Financial Network, LLC, Freedom Debt Relief, LLC, Fluent, Inc., and Lead Science, LLC*

DATED this 21st day of August, 2020.

> TERRELL MARSHALL LAW GROUP PLLC
>
> By: Beth E. Terrell, SBN #178181
>   Beth E. Terrell, SBN #178181
>   Email: bterrell@terrellmarshall.com
>   936 North 34th Street, Suite 300
>   Seattle, Washington 98103
>   Telephone: (206) 816-6603
>   Facsimile: (206) 319-5450
>
> *Attorneys for Plaintiffs and the Proposed Classes*

SUPPLEMENTAL DECLARATION OF BETH TERRELL IN SUPPORT OF
PLAINTIFFS' RENEWED MOTION FOR CLASS CERTIFICATION - 3
CASE NO. 4:18-CV-01060-YGR