- Exhibit 31 -

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

**THOMAS H. KRAKAUER,**
on behalf of a class of persons,

    Plaintiff,

v.                                        Civil Action No. 1:14-cv-00333-CCE-JEP

**DISH NETWORK, L.L.C.,**

    Defendant.

## AMENDED JOINT STIPULATION REGARDING CALL CATEGORIES

The parties, Plaintiff Thomas H. Krakauer and Defendant DISH Network L.L.C., hereby stipulate and agree as follows:

1.    The telephone numbers included within the category described as "Telephone numbers that LexisNexis always identifies as unknown" are reflected on the attached Exhibit 31D, showing 5,258 telephone numbers and 14,815 telephone calls.

2.    The telephone numbers included within the category described as "Telephone numbers that LexisNexis identifies as residential before May 1, 2010 or after August 1, 2011" are reflected on the attached Exhibit 31A, showing 5,118 telephone numbers and 14,519 telephone calls.

3.    The telephone numbers included within the category described as "Telephone numbers that LexisNexis identifies as unknown in the May 2010 to August 2011 time period that the calls were made but identifies differently at other times" are reflected on Exhibit 31K, showing 276 telephone numbers and 792 calls.

4. The telephone numbers included within the category described as "Telephone numbers that LexisNexis identifies as both residential and unknown" are reflected on Exhibit 31X, showing 1,770 telephone numbers and 5,031 calls.

5. The telephone numbers included within the category described as "Telephone numbers that LexisNexis always identifies as residential, including in the May 2010 to August 2011 time period that the calls were made" are reflected on Exhibit 31U, showing 5,801 telephone numbers and 16,491 calls.

6. The telephone numbers included within the category described as "Telephone numbers that LexisNexis identifies as cellular and possibly cellular" are reflected on Exhibit 31L, showing 3,005 telephone numbers and 8,326 calls.

7. At this time, the parties have reached a stipulation with respect to certain categories. However, DISH asserts additional categorical challenges and reserves all rights to pursue those defenses at trial.

Dated:  January 4, 2017

/s/John W. Barrett
John W. Barrett
Brian A. Glasser
Bailey & Glasser LLP
209 Capitol Street
Charleston, WV 25301
Telephone: (304) 345-6555
jbarrett@baileyglasser.com
bglasser@baileyglasser.com

/s/J. Matthew Norris
J. Matthew Norris
Norris Law Firm, PLLC
1033 Bullard Court, Suite 207
Raleigh, NC 27615
(919) 981-4775
(919) 926-1676 *facsimile*
jmn@ncconsumerlaw.com
Matthew P. McCue
The Law Office of Matthew P. McCue
1 South Ave., Third Floor
Natick, MA 01760
(508) 655-1415
Telephone: (508) 655-1415
mmcue@massattorneys.net

Edward A. Broderick
Anthony Paronich
Broderick & Paronich, P.C.
99 High Street, Suite 304
Boston, MA 02110
Telephone: (617) 738-7089
ted@broderick-law.com

*Counsel for Plaintiff Thomas H. Krakauer*

3

/s/Elyse D. Echtman
Peter A. Bicks
Elyse D. Echtman
John L. Ewald
Orrick, Herrington & Sutcliffe LLP
51 West 52nd Street
New York, New York 10019
Telephone: (212) 506-5000
pbicks@orrick.com
eechtman@orrick.com
jewald@orrick.com

/s/Eric Larson Zalud
Eric Larson Zalud
Benesch, Friedlander, Coplan & Aronoff LLP
200 Public Square, Suite 2300
Cleveland, Ohio 44114
Telephone: (216) 363-4588
ezalud@beneschlaw.com

/s/ Richard J. Keshian
North Carolina Bar No. 10681
Kilpatrick, Townsend & Stockton, LLP.
1001 West 4th Street
Winston-Salem, NC 27101
Telephone: (336) 607-7322
rkeshian@kilpatricktownsend.com

*Counsel for Defendant DISH Network L.L.C.*

4

## CERTIFICATE OF SERVICE

The foregoing document and accompanying exhibits were filed electronically on January 4, 2017. Notice of this filing will be sent to all parties registered with the Court's electronic filing system by operation of the Court's system. Parties may access this filing through the Court's electronic filing system.

/s/ Elyse D. Echtman
Elyse D. Echtman