- Exhibit 32 -

```
                    UNITED STATES DISTRICT COURT

              FOR THE NORTHERN DISTRICT OF CALIFORNIA

                         OAKLAND DIVISION



DANIEL BERMAN, STEPHANIE     )
HERNANDEZ, and ERICA RUSSEL, )
                             )
          Plaintiffs,        )
                             )
vs.                          ) Case No. 4:18-cv-01060-YGR
                             )
FREEDOM FINANCIAL NETWORK,   ) VIA ZOOM WEB
                             )       VIDEOCONFERENCE
LLC, FREEDOM DEBT RELIEF,    )
LLC, FLUENT, INC., and LEAD  )
SCIENCE, LLC.,               )
                             ) JOB NO. 52349
          Defendants.        )
                             )


              DEPOSITION OF STEPHANIE HERNANDEZ

                   THURSDAY, JULY 2, 2020

                  PASO ROBLES, CALIFORNIA









          REPORTED BY: Tracey Wiley, CSR #5396
```

```
 1  at the bottom what you should be looking at right
 2  now is a big blue button that says, "continue."  Do
 3  you see that?
 4       A.   I see it.
 5       Q.   Okay.  So I understand that you're saying
 6  you never visited this website.  I want you to sort
 7  of put all of that aside.  Okay?  And I want you to
 8  imagine that you are on a website and this is what
 9  you see.  Does that make sense?
10       A.   Okay.
11       Q.   If you were to check the box, do you see
12  the green box above the "continue?"
13       A.   I see it.
14       Q.   That says, "I confirm."  And there's an
15  orange arrow to the left of it.  Do you see that?
16       A.   I see it.
17       Q.   Okay.  If you were to click that box and
18  it -- what would you understand -- have you ever
19  seen -- let me strike all of that.
20            There's a box there next to the "I
21  confirm" that's in light gray.  Do you see that?
22       A.   I see it.
23       Q.   Have you seen boxes like this online
24  before?
25       A.   I have.
```

```
 1        Q.   And what do you understand it to be?  Is
 2   that a box that you can check?
 3        A.   It's a box I won't check.
 4        Q.   Fair.  But if you wanted to check, could
 5   you check it?  Do you understand that's what that
 6   is?
 7        A.   I understand that.
 8        Q.   Okay.  Why wouldn't you check that box?
 9        A.   That means you own -- you own me.
10        Q.   What makes you say that?
11        A.   The phone calls.  And I exited out, and I
12   still got all the phone calls, and I still got
13   everything done to me, and you guys still wouldn't
14   stop calling me, and I still was treated like crap.
15   And my doctors had to shut my phone off in the
16   hospital, and it still wouldn't stop.  And my house
17   got bombarded when I came home with a box and a
18   whole in my stomach.  And it still didn't stop when
19   the nurse's aide had to disconnect my house phone.
20   It didn't stop.  So you tell me.  And I didn't even
21   check no box.  I -- I exited out and I still got
22   harassed.  So you tell me.
23        Q.   Okay.  I have a few follow-up questions.
24   You mentioned earlier the hospital turning off your
25   phone.  That was during the first surgery, correct,
```

```
 1  in 2015?
 2       A.  Yeah.  And even in 2017.
 3       Q.  Okay.  You said that you didn't and
 4  wouldn't have checked this box.  Do you understand,
 5  though, that if you had checked the box you were
 6  providing consent to receive those phone calls?
 7           MR. BRODERICK:  Objection.
 8           THE WITNESS:  I didn't check no box.
 9  BY MR. RAMSEY:
10       Q.  I understand you're saying you didn't, but
11  if you did check the box, do you understand that to
12  mean that you were providing consent to being
13  contacted on your cell phone?
14           MR. BRODERICK:  Objection.
15           THE WITNESS:  I did not check no box.
16  BY MR. RAMSEY:
17       Q.  That's not answering to my question.  So
18  I'd like you to answer.
19           Okay.  If you had checked the box, did you
20  understand that that would mean that --
21       A.  I understand what that would mean.  I
22  heard you the first time.
23           (Speaking simultaneously.)
24           MR. BRODERICK: Objection.
25  ////
```

```
 1    A.  Says, "marketing partners."
 2    Q.  Yes.  So what do you understand that
 3  that's in blue text and underlined.  You see that;
 4  correct?
 5    A.  That means I can be harassed for the rest
 6  of my life.
 7    Q.  Because "marketing partners" is in blue
 8  and underlined?
 9    A.  Yeah.  That's how I take that.
10    Q.  Harassed by whom?
11    A.  By the people who dial your phone all
12  hours of the day and night and harass your cell
13  phone all hours of the day and night.
14    Q.  Okay.  And it's because you understood
15  this, right, that you just closed out of the
16  website when you visited?
17        MR. BRODERICK:  Objection.
18        THE WITNESS:  No.  I closed out of the
19  website when they started asking me medical
20  questions.
21  BY MR. RAMSEY:
22    Q.  What were those medical questions?
23    A.  Oh, do you have diabetes.  Oh, do you have
24  this disease.  Oh, do you need care for your back.
25  Oh, do you need care for your stomach.  Oh, do you
```

```
 1   need care for your head.  Oh, do you have insomnia.
 2          Oh, sorry.  I don't answer medical
 3   questions.  I have enough medical problems of my
 4   own.  I ex-nayed out of there.
 5          Q.  So you just listed seven or eight
 6   questions.  Were all of them on a single page or
 7   were you -- or were you answering some of them and
 8   ultimately decided to stop?
 9          A.  Oh, no, I just quit.
10          Q.  Okay.  Let me repeat that.  So you listed
11   seven or eight questions.  Did you see them all on
12   a single page or did you see them on a series of
13   pages?
14          A.  No.  They were on two different pages and
15   I was out of there.
16          Q.  On the first page, do you remember
17   answering any of the questions?
18          A.  No.  I didn't answer none of them.
19          Q.  So you were able to go to the second page
20   without answering them?
21          A.  Yeah.  And I ex-nayed out of there.  I
22   don't answer medical questions.
23          Q.  You mentioned before the major surgery in
24   2015.  What was that for?
25          A.  I can't tell you that.
```

```
 1   website, a phrase like this that says, "I
 2   understand and agree to the terms and conditions"?
 3        A.   Yes, I do.
 4        Q.   Okay.  So you've seen something like this
 5   before?
 6        A.   Yes, I have.
 7        Q.   And when you see something like that, do
 8   you ever click on the terms and conditions link and
 9   read the terms and conditions?
10        A.   Yes, I do.
11             MR. BRODERICK:  Objection.
12   BY MR. RAMSEY:
13        Q.   Do you do that regularly?
14        A.   Quite often.
15        Q.   Do you do that every time you visit a
16   website?
17        A.   No, not every time.
18        Q.   What would cause you not to read -- to
19   click on them and read them?
20        A.   Something like Costco, Walmart, Lowe's.
21   Places like that.
22        Q.   You would not read them?
23        A.   No.
24        Q.   And why is that?
25        A.   Because they're too big in the community.
```

```
 1     Q.   So you trust them?
 2     A.   Yeah.
 3     Q.   On a website like this that's offering you
 4  product, would you read the terms and conditions
 5  then?
 6     A.   Yeah.
 7          MR. BRODERICK:  Objection.
 8  BY MR. RAMSEY:
 9     Q.   Would you completed -- complete your
10  registration without reading the terms and
11  conditions?
12     A.   No.
13          MR. BRODERICK:  Objection.
14  BY MR. RAMSEY:
15     Q.   Why did you want to read the terms and
16  conditions?
17     A.   Because it's fraud.
18     Q.   You would be concerned about fraud?
19     A.   Yes.
20     Q.   So you would want to read the terms and
21  conditions to make sure that you're not getting
22  screwed over?
23     A.   Yes.
24     Q.   And if you were to read the terms and
25  conditions and conclude that you were getting
```

```
 1  screwed over, you would not continue with the
 2  website?
 3       A.   Yes.
 4       Q.   Looking at the screen in front of you, if
 5  you were to see this, let's say you went online
 6  today and you were to see this, and you clicked on
 7  the terms and conditions and you read them and you
 8  decided, you know what, I like this.  I trust them.
 9  I'm not getting screwed over.  You would then click
10  this, is this correct, I can continue button?
11            MR. BRODERICK:  Objection.
12            THE WITNESS:  I would not.
13  BY MR. RAMSEY:
14       Q.   Why not?
15       A.   Because of what I've been through.
16       Q.   Okay.  I understand.  What I'm asking you
17  is, if you were to visit this website and conclude
18  after reading the terms and conditions or otherwise
19  that you wanted to go forward, let's say this --
20  let me strike that.
21            Let's say we're on Lowes.com.  You trust
22  them, and you see a screen like this and it says,
23  "I understand and agree to the terms and conditions
24  which includes mandatory arbitration and privacy
25  policy."  Would you click continue and continue on
```

```
 1                REPORTER'S CERTIFICATION
 2
 3          I, Tracey Wiley, CSR NO. 5396, certify:
 4          That the foregoing deposition was taken
 5  before me at the time and place therein set forth,
 6  at which time the witness was put under oath by me;
 7          That the testimony of the witness and all
 8  objections made at the time of the deposition were
 9  recorded stenographically by me and thereafter by
10  computer transcribed;
11          That the foregoing deposition is a true
12  record of the testimony and of all objections made
13  at the time of the deposition.
14          I further certify that I am neither
15  counsel for nor related to any party to said
16  action, nor in any way interested in the outcome
17  thereof.
18          In witness whereof, I have subscribed my
19  name this 4th day of July 2020.
20
21
22                           *Tracey Wiley*
23                      _____
                        Tracey Wiley, CSR NO. 5396
24
25
```