- Exhibit 33 -

```
                      UNITED STATES DISTRICT COURT
                 FOR THE NORTHERN DISTRICT OF CALIFORNIA
                           OAKLAND DIVISION


DANIEL BERMAN, STEPHANIE        )
HERNANDEZ, and ERICA RUSSELL,   )
                                )
            Plaintiffs,          )
                                )
vs.                             )        Case Number
                                )        4:18-CV-01060-YGR
FREEDOM FINANCIAL NETWORK,       )
LLC, FREEDOM DEBT RELIEF, LLC,   )
FLUENT, INC., and LEAD SCIENCE,  )
LLC,                            )
                                )
            Defendants.          )
                                )
FREEDOM FINANCIAL NETWORK,       )
LLC and FREEDOM DEBT RELIEF,     )
LLC,                            )
                                )
       Third-Party Plaintiffs,   )
                                )
v.                              )
                                )
DOES 1 through 5,                )
                                )
       Third-Party Defendants    )
_____
```

     THE VIDEOTAPED DEPOSITION OF ERICA NICOLE RUSSELL,

taken on the 29th day of June, 2020, between the hours of

10:42 a.m. and 2:20 p.m., on behalf of the Defendants,

pursuant to Federal Rules of Civil Procedure 30, at the

Regus Business Center, 321 South Boston Avenue, Suite 300,

Tulsa, Oklahoma, before Linda Fisher, Certified Shorthand

Reporter, Registered Professional Reporter, and Notary

Public in and for the State of Oklahoma.

1    when you have it open.  Your name is not Stephanie,

2    correct?

3         A.   Correct.

4         Q.   Have you -- this is a website where basically,

5    you can sign up and potentially get free stuff.  Do you

6    understand that, looking at that?

7         A.   Yes.  Uh-huh.

8         Q.   And I should say it's not a website; this is a

9    screen capture of a website so that we can look at it

10   today.

11        A.   Okay.

12        Q.   Have you been on websites like this before?

13             MS. MURRAY:  Form and foundation.

14        A.   Specifically, I don't know.

15        Q.   (By Mr. Ramsey) Have you been on websites like

16   this where you -- where you enter your information and

17   then you may be offered different offers to get free

18   things?

19        A.   I'm sure I have at one point.

20        Q.   Okay.  And by the way, you can scroll through

21   this document.  But I'll be focusing really on this first

22   page.  Okay.  And on my screen, because my computer is

23   small, it's hard to see.  But you see where it says

24   confirm your zip code below?

25        A.   Yes.

ERICA NICOLE RUSSELL

June 29, 2020

```
 1        Q.   And then you see a zip code, right, 93930?
 2        A.   Yes.
 3        Q.   And below that, do you see the sentence that
 4   says, "I understand and agree to the terms and
 5   conditions"?  Do you see that sentence?
 6        A.   In the very, very small print, I can barely
 7   read, yes.
 8        Q.   Okay.
 9        A.   Sorry.  I understand.
10        Q.   That's fine.
11        A.   Okay.
12        Q.   You see that sentence?
13        A.   Yes.
14        Q.   Okay.  And it says, "I understand and agree to
15   the terms and conditions which includes mandatory
16   arbitration and privacy policy."  Did I read that right?
17        A.   I believe so.
18        Q.   Okay.  Have you seen --
19             MS. MURRAY:  Just object to the extent that
20   it calls for any kind of speculation on the part of Ms.
21   Russell.  Ms. Russell, make sure that you can see it
22   before you agree to it.
23        A.   I -- I'm having a hard time reading it.  Okay?
24   Is there a way to enlarge it?
25        Q.   (By Mr. Russell) Sure.  If you could have pdf
```

ERICA  NICOLE RUSSELL

June 29, 2020

1   open on the top, there should be a button with a hand and

2   then to the right of it is a plus and minus.  The plus

3   should zoom you in.

4        A.   Oh.  It's not working.

5        Q.   Does that make it easier?

6        A.   It's not working.  It's not showing.  It's just

7   showing all of us.  Yes, it's easier to see.  I can read

8   it now.

9        Q.   Okay.  Okay.  So beneath the box with the zip

10  code, it says, "I understand and agree to the terms and

11  conditions which includes mandatory arbitration and

12  privacy policy."  You see that, right?

13       A.   Yes.

14       Q.   Okay.  Have you seen websites like this before

15  with that type of sentence?

16       A.   Only in seeing this.

17       Q.   You've never before seen a website like this?

18       A.   Not that would say "mandatory arbitration," not

19  to my knowledge, no.

20       Q.   Okay.  But you've seen websites before that

21  say, "I understand and agree to the terms and conditions

22  and privacy policy," for example?

23       A.   Yes, uh-huh.

24       Q.   Okay.  And is it like this where that sentence

25  is sort of near a button but you click to continue?

ERICA  NICOLE  RUSSELL

June 29, 2020

```
 1                    MS. MURRAY:  Object to the form.

 2        A.    I'm not sure.  All -- all websites are

 3    different.

 4        Q.    (By Mr. Ramsey) Okay.  But have you seen

 5    something similar to this, --

 6        A.    I'm sure.

 7        Q.    -- where there's a sentence like that --

 8        A.    Yes.

 9        Q.    -- near a button that you have to click?

10        A.    Yes.

11        Q.    Okay.  And do you see here that the terms and

12    conditions and privacy policy language is underlined?

13        A.    Yeah, which is a hyperlink.

14        Q.    Okay.  And what do you understand that to mean,

15    then, like --

16        A.    Then you need to click on them to read them.

17        Q.    I'm sorry.  I cut you off accidentally.  What

18    did you say?

19        A.    You would need to click on them to read them.

20        Q.    Okay.  And when you see websites like this, do

21    you click on them to read them?

22        A.    I usually do, yes.

23        Q.    Okay.  Are there circumstances in which you do

24    not?

25        A.    If it's a site I've already been familiarized
```

ERICA  NICOLE RUSSELL

June 29, 2020

1    with or I'm already a member with, then I've already read

2    the terms and conditions usually.

3         Q.   Okay.  But if it's -- so if it's a new site,

4    you generally read them.  If it's not a new site, then you

5    won't read them again; is that fair?

6         A.   Yes.

7         Q.   And you mentioned before -- I think you were

8    talking about Amazon -- and you had remembered having to

9    scroll through the terms and conditions.  Do you remember?

10        A.   I believe so, yes.

11        Q.   And is this what you mean, though, that you

12   would click the link and then scroll through them --

13        A.   Yes.

14        Q.   -- or something?

15        A.   Yes.

16        Q.   So it's -- Amazon, from your memory, looked

17   something like this?

18        A.   Something to a degree of this, yes.

19        Q.   Okay.

20        A.   Granted, --

21        Q.   And you were --

22        A.   -- I've had --

23        Q.   Sorry.  Go ahead.

24        A.   I've had my Amazon account for 15 years; so...

25        Q.   Sure.  That's -- that's fair.  And Walmart.  Do

ERICA NICOLE RUSSELL

June 29, 2020

```
 1                        CERTIFICATE

 2   STATE OF OKLAHOMA        )

 3   COUNTY OF TULSA          )   ss.

 4            I, Linda Fisher, a Certified Shorthand

 5   Reporter, Registered Professional Reporter, and Notary

 6   Public within and for the State of Oklahoma, do hereby

 7   certify that on the 29th day of June, 2020, at the Regus

 8   Business Center, 321 South Boston Avenue, Suite 300,

 9   Tulsa, Oklahoma, pursuant to Federal Rules of Civil

10   Procedure 30, appeared the above witness, ERICA NICOLE

11   RUSSELL, who was by me first duly sworn to testify the

12   truth, the whole truth, and nothing but the truth in the

13   case aforesaid, and that the deposition by her was reduced

14   to writing by me in stenograph, and thereafter transcribed

15   by me, and is fully and accurately set forth in the

16   preceding pages.

17            I do further certify that I am not related to

18   nor attorney for any of the said parties, nor otherwise

19   interested in the event of said action.

20            WITNESS my hand and official seal this 1st day

21   of July, 2020.

22

23

24   _____
     Linda Fisher, CSR-RPR #866

25
```