Beth E. Terrell, SBN #178181
Email: bterrell@terrellmarshall.com
Jennifer Rust Murray, *Admitted Pro Hac Vice*
Email: jmurray@terrellmarshall.com
TERRELL MARSHALL LAW GROUP PLLC
936 North 34th Street, Suite 300
Seattle, Washington 98103
Telephone: (206) 816-6603
Facsimile: (206) 319-5450

[Additional counsel appear on signature page]

*Attorneys for Plaintiff Daniel Berman and the Proposed Class*

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

| | |
|---|---|
| DANIEL BERMAN, STEPHANIE HERNANDEZ, and ERICA RUSSELL,<br><br>Plaintiffs,<br>v.<br><br>FREEDOM FINANCIAL NETWORK, LLC, FREEDOM DEBT RELIEF, LLC, FLUENT, INC., and LEAD SCIENCE, LLC,<br><br>Defendants. | NO. 4:18-cv-01060-YGR<br><br>**DECLARATION OF ANYA VERKHOVSKAYA IN SUPPORT OF PLAINTIFFS' CLASS CERTIFICATION REPLY**<br><br><u>JURY TRIAL DEMAND</u><br><br>Honorable Yvonne Gonzalez Rogers<br><br>DATE:       September 8, 2020<br>TIME:       2:00 p.m.<br>LOCATION: Oakland Courthouse<br>                      Courtroom 1 - 4th Floor |

I, Anya Verkhovskaya, being duly sworn, declare as follows:

1. I am the President and the Chief Executive Officer of Class Experts Group, LLC ("CEG"). CEG offers litigation support services with a focus on data management and data

DECLARATION OF ANYA VERKHOVSKAYA IN SUPPORT OF PLAINTIFFS'
CLASS CERTIFICATION REPLY - 1
CASE NO. 4:18-CV-01060-YGR

1 analysis, particularly in the area of Telephone Consumer Protection Act, class administration and consumer class action litigation support services.

2. I am over the age of 21 and I am not a party to this action. If I were called to testify, I could and would competently do so.

3. I submit this declaration (the "Declaration") at the request of Plaintiffs' counsel in the above-captioned matter to address data processing and identification for the telephone numbers ████ 2068 (the "Hayes Number") and ████-9945 (the "Berman Number").

4. On August 20, 2020, I inputted the Hayes Number for reverse-append processing via TransUnion. The resulting output is attached hereto as <u>Exhibit A</u>. The output shows that Robert Hayes is returned/identified in relation to this telephone number.

5. On August 20, 2020, I inputted the Berman Number for processing via TransUnion. The resulting output is attached hereto as <u>Exhibit B</u>. The output shows that Daniel Berman and Ronald Berman are returned/identified in relation to this telephone number.

I declare under penalty of perjury under the laws of the United States of America that the statements above are true and correct.

EXECUTED this 21st day of August, 2020, at Milwaukee, Wisconsin.

*Anya Verkhovskaya*

DECLARATION OF ANYA VERKHOVSKAYA IN SUPPORT OF PLAINTIFFS' CLASS CERTIFICATION REPLY - 2
Case No. 4:18-cv-01060-YGR

# CERTIFICATE OF SERVICE

I, Beth E. Terrell, hereby certify that on August 21, 2020, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

>Jay T. Ramsey, SBN #273160
>Email: jramsey@sheppardmullin.com
>SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
>1901 Avenue of the Stars, Suite 1600
>Los Angeles, California 90067-6055
>Telephone: (310) 228-3700
>Facsimile: (310) 228-3701
>
>Neil Asnen
>Email: nasnen@kleinmoynihan.com
>Evan King
>Email: eking@kleinmoynihan.com
>KLEIN MOYNIHAN TURCO LLP
>450 Seventh Avenue
>New York, New York 10123
>Telephone: (646) 350-1736
>Facsimile: (212) 216-9559
>
>*Attorneys for Defendants Freedom Financial Network, LLC, Freedom Debt Relief, LLC, Fluent, Inc., and Lead Science, LLC*

DATED this 21st day of August, 2020.

>TERRELL MARSHALL LAW GROUP PLLC
>
>By: /s/ Beth E. Terrell, SBN #178181
>    Beth E. Terrell, SBN #178181
>    Email: bterrell@terrellmarshall.com
>    936 North 34th Street, Suite 300
>    Seattle, Washington 98103
>    Telephone: (206) 816-6603
>    Facsimile: (206) 319-5450
>
>*Attorneys for Plaintiffs*

— **EXHIBIT A** —

FOR GENERAL BUSINESS PURPOSES ONLY                    2068-Super-Reverse-Lookup-Search-202008201546

**1 Result Found** for people with Phone Number ▮▮▮ 2068.

▮▮▮-2068 - Hayes, Robert  (Montana)

**Robert Hayes**
Phone ▮▮▮ 2068 - Hayes, Robert
Listing Type: **Unknown**
Time Zone: **MT**
Carrier: **CELLCO PARTNERSHIP DBA VERIZON WIRELESS - MT (VERIZON WIRELESS)**
Carrier Type: **Fully Dedicated Cellular**
City: **BILLINGS**
State: **MT**
County: **YELLOWSTONE**

Address: ▮▮▮, Billings, MT 59102-6735 (YELLOWSTONE COUNTY)

— EXHIBIT B —

FOR GENERAL BUSINESS PURPOSES ONLY                          9945-Super-Reverse-Lookup-Search-202008201453

**2 Results Found** for people with Phone Number ███ -9945.

Subject 1 of 2 :
███ -9945 - BERMAN, DANIEL M  (California)

Score: **86% Likely Active**
**DANIEL M BERMAN** -  [ View Person Record ]
Phone ███ -9945 - BERMAN, DANIEL M (06/28/2019 to 08/02/2020)
Phone Type: **Mobile**
Listing Type: **Unknown**
Time Zone: **PT**
Carrier: **NEW CINGULAR WIRELESS PCS LLC (AT&T MOBILITY)**
Carrier Type: **WIRELESS**
City: **OAKLAND**
State: **CA**
County: **ALAMEDA**
Score: **86**

Address: ███ OAKLAND, CA 94611-5167 (ALAMEDA COUNTY)

Subject 2 of 2 :
███ 9945 - BERMAN, RONALD  (California)

Score: **1%** - **Likely Historical**
**RONALD BERMAN**
Phone ███ 9945 - BERMAN, RONALD (06/18/2006 to 10/06/2010)
Phone Type: **Mobile**
Listing Type: **Unknown**
Time Zone: **PT**
Carrier: **NEW CINGULAR WIRELESS PCS LLC (AT&T MOBILITY)**
Carrier Type: **WIRELESS**
City: **OAKLAND**
State: **CA**
County: **ALAMEDA**
Score: **1**

Address:  OAKLAND, CA 94606 (ALAMEDA COUNTY)