1

2

3

4

5

6

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| 7 **DANIEL BERMAN,** | CASE NO. 18-cv-01060-YGR |
| 8       Plaintiff, | **ORDER RE: MOTION FOR LEAVE TO FILE MOTION FOR RECONSIDERATION AND** |
| 9     vs. | **VACATING HEARING ON MOTION FOR CLASS CERTIFICATION** |
| 10 **FREEDOM FINANCIAL NETWORK, LLC, ET AL.,** | Re: Dkt. No. 268 |
| 11       Defendants. | |

12

     The Court is in receipt of the motion of defendants Fluent, Inc., Freedom Debt Relief,

13

LLC, Freedom Financial Network, LLC, and Lead Science, LLC for leave to file a motion for

14

reconsideration.  (Dkt. No. 268.)

15

     Plaintiffs are directed to file a response no later than **September 29, 2020**.  Defendants

16

shall file a reply no later than **October 6, 2020**.

17

     The hearing on plaintiffs' motion for class certification, currently set for hearing on

18

October 6, 2020, is **VACATED** to be set by further notice of the Court as needed.

19

     **IT IS SO ORDERED.**

20

Dated: September 14, 2020

21

                          **YVONNE GONZALEZ ROGERS**

22

                          **UNITED STATES DISTRICT COURT JUDGE**

23

24

25

26

27

28

United States District Court
Northern District of California