SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
  A Limited Liability Partnership
   Including Professional Corporations
JAY T. RAMSEY, Cal. Bar No. 273160
1901 Avenue of the Stars, Suite 1600
Los Angeles, California 90067-6055
Telephone:  310.228.3700
Facsimile:  310.228.3701
E mail     jramsey@sheppardmullin.com

Attorneys for Defendants
FREEDOM FINANCIAL NETWORK, LLC, FREEDOM DEBT RELIEF, LLC, FLUENT, INC., and LEAD SCIENCE, LLC,

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL BERMAN, STEPHANIE HERNANDEZ, and ERICA RUSSELL,<br><br>   Plaintiffs,<br><br>   v.<br><br>FREEDOM FINANCIAL NETWORK LLC, FREEDOM DEBT RELIEF, LLC, FLUENT, INC., and LEAD SCIENCE, LLC,<br><br>   Defendants.<br><br>FREEDOM FINANCIAL NETWORK, LLC and FREEDOM DEBT RELIEF, LLC,<br><br>   Third Party Plaintiffs,<br><br>   v.<br><br>DOES 1 through 5,<br><br>   Third Party Defendants. | Case No. 4:18-cv-01060-YGR<br><br>**NOTICE OF APPEAL AND REPRESENTATION STATEMENT**<br><br>*Honorable Yvonne Gonzalez Rogers* |

## NOTICE OF APPEAL

Notice is given that Defendants Freedom Financial Network, LLC, Freedom Debt Relief, LLC, Fluent, Inc., and Lead Science, LLC, hereby appeal to the United States Court of Appeals for the Ninth Circuit from the Order Denying Motion to Compel Arbitration (ECF 266) entered in this case on September 1, 2020.  The complaint in this case was filed in the United States District Court for the Northern District of California on February 19, 2018.  This is not a cross-appeal, and there have been no previous appeals in this case.  The appellate docketing fee is being paid concurrently with the filing of this notice of appeal.  The representation statement follows this notice of appeal as required by Ninth Circuit Rule 3-2(b).

Dated:  September 30, 2020    SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

By    */s/ Jay T. Ramsey*
JAY T. RAMSEY
Attorneys for Defendants

# REPRESENTATION STATEMENT

Pursuant to Federal Rule of Appellate Procedure 12(b) and Ninth Circuit Rule 3-2(b), Defendants Freedom Financial Network, LLC, Freedom Debt Relief, LLC, Fluent, Inc., and Lead Science, LLC submit this representation statement. The following list identifies all parties to the action as well as their respective counsel and appropriate contact information.

| Parties | Counsel of Record |
|---|---|
| Daniel Berman<br>Stephanie Hernandez<br>Erica Russell<br><br>Plaintiffs/Appellees | Paronich Law, P.C.<br>Anthony I. Paronich, anthony@paronichlaw.com<br>350 Lincoln Street, Suite 2400<br>Hingham, MA 02043<br>Telephone: (617) 485-0018<br>Facsimile: (617) 830-0327<br><br>The Law Office of Matthew P. McCue<br>Matthew Passi McCue, mmccue@massattorneys.net<br>1 South Avenue, Suite 3<br>Natick, MA 01760<br>Telephone: (508) 655-1415<br><br>Terrell Marshall Law Group PLLC<br>Beth E. Terrell, bterrell@terrellmarshall.com<br>Jennifer Rust Murray, jmurray@terrellmarshall.com<br>936 North 34th Street, Suite 300<br>Seattle, WA 98103<br>Telephone: (206) 816-6603<br>Facsimile: (206) 319-5450<br><br>Broderick and Paronich, P.C.<br>Edward A. Broderick, ted@broderick-law.com<br>99 High Street, Suite 304<br>Boston, MA 02110<br>Telephone: (617) 738-7080<br><br>Jon Bernhard Fougner, Jon@FougnerLaw.com<br>600 California Street, 11th Floor<br>San Francisco, CA 94108<br>Telephone: (434) 623-2843<br>Facsimile: (206) 338-0783 |

| | |
|---|---|
| Freedom Financial Network, LLC<br>Freedom Debt Relief, LLC<br>Fluent, Inc.<br>Lead Science, LLC<br><br>Defendants/Appellants | Sheppard Mullin Richter & Hampton LLP<br>Jay T. Ramsey, jramsey@sheppardmullin.com<br>1901 Avenue of the Stars, Suite 1600<br>Los Angeles, CA 90035<br>Telephone: 310-228-2259<br>Facsimile: 310-228-3701 |