| | |
|---|---|
| UNITED STATES COURT OF APPEALS<br><br>FOR THE NINTH CIRCUIT | **FILED**<br><br>OCT 20 2020<br><br>MOLLY C. DWYER, CLERK<br>U.S. COURT OF APPEALS |

| | |
|---|---|
| DANIEL BERMAN; et al.,<br><br>    Plaintiffs-Appellees,<br><br> v.<br><br>FREEDOM FINANCIAL NETWORK LLC; et al.,<br><br>    Defendants-Appellants. | No. 20-16900<br><br>D.C. No. 4:18-cv-01060-YGR<br>Northern District of California,<br>Oakland<br><br>ORDER |

 A review of the record reveals that appellants have filed a timely motion for reconsideration of the interlocutory order challenged in this appeal. Accordingly, appellate proceedings other than mediation shall be held in abeyance pending the district court's resolution of the pending reconsideration motion. *See S.O.C., Inc. v. Cty. of Clark*, 152 F.3d 1136, 1141 n.4 (9th Cir. 1998); *Leader Nat'l Ins. Co. v. Indus. Indem. Ins. Co.*, 19 F.3d 444, 445 (9th Cir. 1994).

 Within 7 days after the district court's ruling on the pending motion, appellants shall notify this court in writing of the ruling and shall advise whether appellants intend to prosecute this appeal.

LCC/MOATT

The Clerk shall serve this order on the district court.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT


By: Lance C. Cidre
Deputy Clerk
Ninth Circuit Rule 27-7