UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **DANIEL BERMAN, ET AL.** | |
| Plaintiffs, | Case No. 18-cv-1060-YGR |
| v. | |
| **FREEDOM FINANCIAL NETWORK, LLC, ET AL.** | **ORDER ADMINISTRATIVELY TERMINATING MOTIONS** |
| Defendants. | RE: Dkt. No. 254, 255 |

This case is stayed pending the appeal of defendants Freedom Financial Network, LLC, Freedom Debt Relief, LLC, Fluent, Inc., and Lead Science, LLC, from this Court's Order Denying Motion to Compel Arbitration (Dkt. No. 266) entered in this case on September 1, 2020 and the Order Denying Motion for Reconsideration (Dkt. No. 280) entered in this case on November 12, 2020. All pending motions are hereby administratively terminated.

Once the appeal is determined and mandate issued by the Ninth Circuit Court of Appeals, the parties shall file a request for case management conference to discuss further proceedings, including which, if any, of the administratively terminated motions should be restored to the calendar. The request shall be filed within 14 days of issuance of the mandate.

**IT IS SO ORDERED**.

Dated: June 29, 2021

_____
YVONNE GONZALEZ ROGERS
UNITED STATES DISTRICT JUDGE