| | |
|---|---|
| UNITED STATES COURT OF APPEALS<br><br>FOR THE NINTH CIRCUIT | **FILED**<br><br>APR 27 2022<br><br>MOLLY C. DWYER, CLERK<br>U.S. COURT OF APPEALS |

| | |
|---|---|
| DANIEL BERMAN; et al.,<br><br>　　　　Plaintiffs - Appellees,<br><br>　v.<br><br>FREEDOM FINANCIAL NETWORK LLC; et al.,<br><br>　　　　Defendants - Appellants. | No. 20-16900<br><br>D.C. No. 4:18-cv-01060-YGR<br>U.S. District Court for Northern California, Oakland<br><br>**MANDATE** |

The judgment of this Court, entered April 05, 2022, takes effect this date.

This constitutes the formal mandate of this Court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

Costs are taxed against the appellant in the amount of $75.70.

　　　　　　　　　　　　　　　　FOR THE COURT:

　　　　　　　　　　　　　　　　MOLLY C. DWYER
　　　　　　　　　　　　　　　　CLERK OF COURT

　　　　　　　　　　　　　　　　By: David J. Vignol
　　　　　　　　　　　　　　　　Deputy Clerk
　　　　　　　　　　　　　　　　Ninth Circuit Rule 27-7