UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

**DANIEL BERMAN, ET AL.,**

    Plaintiffs,

  v.

**FREEDOM FINANCIAL NETWORK, LLC, ET AL.,**

    Defendants.

Case No. 18-cv-1060-YGR

**SCHEDULING ORDER AND ORDER VACATING CASE MANAGEMENT CONFERENCE**

The Court has reviewed the parties' updated Case Management Conference Statement and is satisfied that the above case is proceeding accordingly. Therefore, the Case Management Conference currently set for June 6, 2022 is **VACATED**.

In addition, the Court **HEREBY ORDERS** the following class certification schedule:

| | |
|---|---|
| PLAINTIFFS FILE FOURTH AMENDED COMPLAINT | June 10, 2022 |
| DEFENDANTS ANSWER FOURTH AMENDED COMPLAINT | June 24, 2022 |
| PLAINTIFFS FILE RENEWED MOTION FOR CLASS CERTIFICATION | July 1, 2022 |
| DEFENDANTS FILE CLASS CERTIFICATION OPPOSITION | July 29, 2022 |
| PLAINTIFFS FILE CLASS CERTIFICATION REPLY | August 12, 2022 |
| CLASS CERTIFICATION HEARING | September 6, 2022 at 2:00 p.m. |

**IT IS SO ORDERED**.

Dated: June 2, 2022

                                        **YVONNE GONZALEZ ROGERS**
                                        **UNITED STATES DISTRICT JUDGE**