Michael F. Ram, CSB #104805
Email: mram@forthepeople.com
MORGAN & MORGAN
101 Montgomery Street, Suite 1800
San Francisco, California 94104
Telephone: (415) 358-6913

Beth E. Terrell, CSB #178181
Email: bterrell@terrellmarshall.com
Jennifer Rust Murray, *Admitted Pro Hac Vice*
Email: jmurray@terrellmarshall.com
TERRELL MARSHALL LAW GROUP PLLC
936 North 34th Street, Suite 300
Seattle, Washington 98103
Telephone: (206) 816-6603

*Attorneys for Plaintiffs*

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

| | |
|---|---|
| DANIEL BERMAN, STEPHANIE HERNANDEZ, and ERICA RUSSELL,<br><br>Plaintiffs,<br><br>v.<br><br>FREEDOM FINANCIAL NETWORK, LLC, FREEDOM DEBT RELIEF, LLC, FLUENT, INC., and LEAD SCIENCE, LLC,<br><br>Defendants. | Case No. 4:18-cv-01060-YGR<br><br>**DECLARATION OF BETH E. TERRELL IN SUPPORT OF PLAINTIFFS' NOTICE OF MOTION AND SECOND MOTION FOR CLASS CERTIFICATION**<br><br><u>JURY TRIAL DEMAND</u><br><br>Honorable Yvonne Gonzalez Rogers<br><br>DATE:       September 6, 2022<br>TIME:        2:00 p.m.<br>LOCATION: Oakland Courthouse<br>                    Courtroom 1 - 4th Floor |

I, Beth Terrell, declare as follows:

**A.    Background and experience.**

1.    I am a member of the law firm of Terrell Marshall Law Group PLLC, counsel of record for Plaintiffs in this matter. I am a member in good standing of the bars of the states of

DECLARATION OF BETH E. TERRELL IN SUPPORT OF PLAINTIFFS' NOTICE OF
MOTION AND SECOND MOTION FOR CLASS CERTIFICATION - 1
Case No. 4:18-cv-01060-YGR

California and Washington. I respectfully submit this declaration in support of Plaintiffs' Second Renewed Motion for Class Certification. I have personal knowledge of the facts set forth in this declaration, and could testify competently to them if called upon to do so.

2. Terrell Marshall is a law firm in Seattle, Washington, that focuses on complex civil and commercial litigation with an emphasis on consumer protection, product defect, civil rights, and wage and hour cases. Terrell Marshall has been appointed lead or co-lead counsel representing multi-state and nationwide classes in state and federal court in Washington and throughout the United States. Since its founding in 2008, the attorneys at Terrell Marshall have represented scores of classes, tried class actions in state and federal court, and obtained hundreds of millions of dollars in monetary relief to workers, consumers, and other individuals.

3. I am a founding member of Terrell Marshall. With over twenty years of experience, and I concentrate my practice in complex litigation, including the prosecution of consumer protection, defective product, and wage and hour class actions.  I have served as co-lead counsel on multi-state, multi-district, and nationwide class actions, resulting in hundreds of millions of dollars in settlements for consumers and workers.  I also represent individual employees with wage and hour, workplace exposure, and discrimination claims. I have tried and won cases in state and federal courts and argued before the Washington State Court of Appeals and the Washington State Supreme Court as well as several federal circuit level courts. I served as the President of the Public Justice Foundation Board of Directors from July 2019 to July 2020, served on the Equal Justice Works' Board of Counselors, and I am Chair of both the Northwest Consumer Law Center and the Washington Employment Lawyers Association. I am a member of the State Bar of California and the Washington State Bar Association, and Co-Chair PLI's Consumer Financial Services Institute, and frequently presents on a wide variety of topics, including class actions, consumer protection, legal ethics, gender equity, and electronic discovery.

DECLARATION OF BETH E. TERRELL IN SUPPORT OF PLAINTIFFS' NOTICE OF
MOTION AND SECOND MOTION FOR CLASS CERTIFICATION - 2
Case No. 4:18-cv-01060-YGR

**B.     Qualifications of other Terrell Marshall attorneys.**

4.     Jennifer Rust Murray is a founding member of Terrell Marshall who practices complex litigation, including the prosecution of consumer and wage and hour class actions. In 2005, Ms. Murray received her J.D. from the University of Washington School of Law where she was a member of the Washington Law Review. Ms. Murray's law review article entitled "Proving Cause in Fact under Washington's Consumer Protection Act: The Case for a Rebuttable Presumption of Reliance" won the Carkeek prize for best submission by a student author. Before law school, Ms. Murray earned a Ph.D. in Philosophy from Emory University. Ms. Murray has been an active member of the Washington State Bar Association since her admission to the bar in 2005. She was admitted to the Oregon State Bar in 2010. Ms. Murray currently is vice-president of the board of Washington's Unemployment Law Project. She regularly presents at legal conferences on consumer issues.

5.     Amanda M. Steiner became a member of Terrell Marshall in 2015. She practices complex litigation, including the prosecution of consumer, defective product, wage and hour, and civil rights class actions. Ms. Steiner received her J.D. from the UC Berkeley School of Law in 1997. Admitted in Washington, California, New York and Hawaii, she has authored briefs that have resulted in numerous favorable decisions for plaintiffs in high-profile and complex securities, antitrust, consumer and civil rights class action in federal and state courts throughout the United States. Ms. Steiner was selected for inclusion in the annual Northern California "Super Lawyers" list and was named to the Top 50 Women Lawyers of Northern California. She is a Fellow of the American Bar Foundation.

**C.     Other cases litigated by Terrell Marshall.**

6.     Examples of Telephone Consumer Protection Act class actions that Terrell Marshall is litigating or has litigated to successful completion include:

   a. *Horton v. Cavalry Portfolio Services* – Filed in 2013 on behalf of individuals who received debt collection calls on their cell phones. The Southern District of California granted final

DECLARATION OF BETH E. TERRELL IN SUPPORT OF PLAINTIFFS' NOTICE OF
MOTION AND SECOND MOTION FOR CLASS CERTIFICATION - 3
Case No. 4:18-cv-01060-YGR

approval of the settlement offering up to $24 million in debt relief and cash on October 13, 2020.

b. *Abante Rooter & Plumbing, Inc., et al. v. Alarm.com Inc., et al.*—Filed in 2015 on behalf of consumers who received solicitation calls on their cellular and residential telephones without their prior express consent. The Northern District of California granted final approval of the $28 million settlement on August 15, 2019.

c. *Borecki v. Raymours Furniture Co., Inc.*—Filed in 2017 on behalf of consumers who received spam text messages on their cellular telephones without their prior express consent. The Southern District of New York granted final approval of the $4.25 million settlement on September 10, 2019.

d. *Snyder v. Ocwen Loan Servicing, LLC*—Filed in 2014 on behalf of consumers who received automated collection calls on their cellular telephones without their prior express consent. The Northern District of Illinois granted final approval of the $21.5 million settlement on May 14, 2019.

e. *Melito, et al. v. American Eagle Outfitters, Inc., et al.*—Filed in 2014 on behalf of consumers who received spam text messages on their cellular telephones without their prior express consent. The Southern District of New York granted final approval to the $14.5 million settlement on September 11, 2017, which the Second Circuit affirmed on April 30, 2019.

f. *In re Capital One Telephone Consumer Protection Act Litigation*—Filed in 2012 on behalf of consumers who received automated, prerecorded collection calls on their cellular telephones without their prior express consent. Terrell Marshall served as co-lead counsel in the multidistrict litigation. The Northern District of Illinois granted final approval of the $75 million settlement on February 23, 2015.

g. *In re Monitronics International, Inc. Telephone Consumer Protection Act Litigation*—Filed in 2011 on behalf consumers who received automated, prerecorded solicitation calls on their residential and telephones without their prior express consent. Terrell Marshall served as co-lead counsel in the multidistrict litigation. The Northern District of West Virginia granted final approval of the $28 million settlement on June 12, 2018.

DECLARATION OF BETH E. TERRELL IN SUPPORT OF PLAINTIFFS' NOTICE OF MOTION AND SECOND MOTION FOR CLASS CERTIFICATION - 4
Case No. 4:18-cv-01060-YGR

    h. *Abante Rooter & Plumbing, Inc. v. Pivotal Payments Inc.*—Filed in 2016 on behalf of consumers that received automated solicitation telephone calls to their cell phones without their prior express consent. The Northern District of California granted final approval of the $9 million settlement on October 15, 2018.

    i. *Wilkins, et al. v. HSBC Bank Nevada, N.A., et al.*—Filed in 2014 on behalf of individuals who received prerecorded calls using an automatic dialing system without their prior consent. The Northern District of Illinois granted final approval of the $39.9 million settlement on March 17, 2015.

    j. *Booth v. Appstack, Inc.*—Filed in 2013 on behalf of small businesses that received prerecorded calls using an automatic dialing system on cellular telephone lines without their prior consent. The court certified the class, denied a motion to decertify, denied the defendants' motion for summary judgment and granted partial summary judgment for the class. The case settled on the eve of trial and the court granted final approval of the $975,000 settlement in 2017.

**D.  The prosecution of this action.**

7.  Each of the Plaintiffs has worked with counsel to investigate and develop the class claims, respond to discovery, and prepare for their depositions.

8.  Plaintiffs' counsel have devoted a significant amount of time to investigating and litigating the claims in this case including substantial discovery of Defendants and third parties and motion practice. Plaintiffs' counsel can and will continue to commit the resources necessary to vigorously represent the classes.

9.  Attached hereto as Exhibit 1 is a true and correct copy of excerpts from the April 24, 2019 deposition of Sadiya Omer. This testimony has been designated "confidential" and is being filed under seal.

10.  Attached hereto as Exhibit 2 is a true and correct copy of a document labeled FLUENT_000192-198. This exhibit has been designated "confidential" and is being filed under seal.

11. Attached hereto as <u>Exhibit 3</u> is a true and correct copy of a document labeled FLUENT_000238-257. This exhibit has been designated "confidential" and is being filed under seal.

12. Attached hereto as <u>Exhibit 4</u> is a true and correct copy of a document labeled FLUENT_001180-1187. A portion of this exhibit has been designated "confidential" and is being filed under seal.

13. Attached hereto as <u>Exhibit 5</u> is a true and correct copy of excerpts from the March 7, 2019 deposition of Morris Laniado. This testimony has been designated "confidential" and is being filed under seal.

14. Attached hereto as <u>Exhibit 6</u> is a true and correct copy of excerpts from the March 8, 2019 deposition of Daniel J. Barsky. A portion of this testimony has been designated "confidential" and is being filed under seal.

15. Attached hereto as <u>Exhibit 7</u> is a true and correct copy of a document labeled LEAD SCIENCE_000556-562. This exhibit has been designated "confidential" and is being filed under seal pursuant to the Court's order at Dkt. No. 198, n.1.

16. Attached hereto as <u>Exhibit 8</u> is a true and correct copy of excerpts from the June 20, 2019 deposition of Lead Science, LLC taken pursuant to Fed R. Civ. P. 30(b)(6).

17. Attached hereto as <u>Exhibit 9</u> is a true and correct copy of the January 17, 2019 deposition of Tom Martindale. This testimony was previously filed in open court at Dkt. No. 203-7.

18. Attached hereto as <u>Exhibit 10</u> is a true and correct copy of the December 7, 2018 Declaration of Randall A. Snyder.

19. Attached hereto as <u>Exhibit 11</u> is a true and correct copy of excerpts from Lead Science, LLC's August 13, 2018, Responses and Objections to Plaintiff's First Set of Discovery.

20. Attached hereto as <u>Exhibit 12</u> is a true and correct copy of a document labeled FLUENT_003464-3469. This exhibit has been designated "confidential" and is being filed under seal.

21. Attached hereto as <u>Exhibit 13</u> is a true and correct copy of excerpts from the February 26, 2019 deposition of Daniel Marcus Berman.

22. Attached hereto as <u>Exhibit 14</u> is a true and correct copy of the May 10, 2018 Declaration of Daniel Berman in Opposition to Defendants' Motion to Compel Arbitration.

23. Attached hereto as <u>Exhibit 15</u> is a true and correct copy of the December 7, 2018 Expert Report of Anya Verkhovskaya and Exhibits C, D, & E thereto. A portion of this exhibit has been designated "confidential" and is being filed under seal.

24. Attached hereto as <u>Exhibit 16</u> is a true and correct copy of excerpts from the April 24, 2019 deposition of Dharma R. Naik. This exhibit has been designated "confidential" and is being filed under seal.

25. Attached hereto as <u>Exhibit 17</u> is a true and correct copy of the February 8, 2019 Supplemental Expert Report of Anya Verkhovskaya.

26. Attached hereto as <u>Exhibit 18</u> is a true and correct copy of a document labeled FLUENT_000447-450. This exhibit has been designated "confidential" and is being filed under seal.

27. Attached hereto as <u>Exhibit 19</u> is a true and correct copy of a document labeled FREEDOM_001064. This exhibit has been designated "confidential" but the confidentiality designation was subsequently withdrawn. The exhibit was previously filed in open court at Dkt. No. 203-6.

28. Attached hereto as <u>Exhibit 20</u> is a true and correct copy of a document labeled FREEDOM_000991-993. This exhibit has been designated "confidential" but the confidentiality designation was subsequently withdrawn. The exhibit was previously filed in open court at Dkt. No. 203-6.

29. Attached hereto as <u>Exhibit 21</u> is a true and correct copy of a transcript of a recorded call produced as a .wav file with Bates number FREEDOM_001525.  This exhibit has been designated "confidential" and is being filed under seal.

30. Attached hereto as Exhibit 22 is a true and correct copy of a transcript of a recorded call produced as a .wav file with Bates number FREEDOM_001527.  This exhibit has been designated "confidential" and is being filed under seal.

31. Attached hereto as Exhibit 23 is a true and correct copy of a transcript of a recorded call produced as a .wav file with Bates number FREEDOM_001534.  This exhibit has been designated "confidential" and is being filed under seal.

32. Attached hereto as Exhibit 24 is a true and correct copy of a transcript of a recorded call produced as a .wav file with Bates number FREEDOM_001561.  This exhibit has been designated "confidential" and is being filed under seal.

33. Attached hereto as Exhibit 25 is a true and correct copy of the May 22, 2020 Second Supplemental Expert Report of Benjamin H. Beecher.

34. Attached hereto as Exhibit 26 is a true and correct copy of a document labeled FLUENT_000388-392.  This exhibit has been designated "confidential" but the confidentiality designation was subsequently withdrawn. The exhibit was previously filed in open court at Dkt. No. 203-6.

35. Attached hereto as Exhibit 27 is a true and correct copy of the February 6, 2020 Declaration of Erica Russell, which was filed with the Court on March 16, 2020.

36. Attached hereto as Exhibit 28 is a true and correct copy of excerpts from the June 29, 2020 deposition of Erica Russell.

37. Attached hereto as Exhibit 29 is a true and correct copy of an excerpt of LEADSCIENCE_000677. This exhibit has been designated "confidential" and is being filed under seal.

38. Attached hereto as Exhibit 30 is a true and correct copy of a December 5, 2017 email regarding Erica Russell's FreedomPop trial offer, labeled RUSSELL_000111.

39. Attached hereto as Exhibit 31 is a true and correct copy of the February 6, 2020 Declaration of Stephanie Hernandez, which was filed with the Court on March 16, 2020.

1    40.     Attached hereto as <u>Exhibit 32</u> is a true and correct copy of May 22, 2020 Second Supplemental Expert Report of Anya Verkhovskaya.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

EXECUTED this 1st day of July, 2022, at Seattle, Washington.

By: /s/ Beth E. Terrell, SBN #178181<br>
Beth E. Terrell, SBN #178181

DECLARATION OF BETH E. TERRELL IN SUPPORT OF PLAINTIFFS' NOTICE OF MOTION AND SECOND MOTION FOR CLASS CERTIFICATION - 9
Case No. 4:18-cv-01060-YGR