# FILED UNDER SEAL

## - Exhibit 3 -