**REDACTED VERSION OF DOCUMENTS SOUGHT TO BE SEALED.**

- Exhibit 4 -

Confidential

Confidential

FLUENT_001181

[redacted]

Confidential FLUENT_001182



Confidential





**From:** Sadiya Omer [mailto:saomer@bills.com]
**Sent:** Monday, October 23, 2017 12:21 PM
**To:** Morris Laniado | Fluent <mlaniado@fluentco.com>; Andrew Levine | Fluent <andrewlevine@fluentco.com>; Jonathan Rykman | Fluent <jRykman@fluentco.com>
**Cc:** Francesco Fagnini <ffagnini@bills.com>
**Subject:** Re: Another marketing debacle

Hi Morris,

Here is a recap of all the numbers we got complains on, and need to be DNC'd.

407-454-2757
239-362-7715
352-497-3101
330-282-2177

How does 1:30pm PT today sound for a call?
Thanks!

--



**Sadiya Omer**
Online Marketing Manager
Work | 650.393.6686
Cell | 650.862.1531
Skype | sadiya.omer
Freedom Financial Network

---

**From:** Sadiya Omer <saomer@bills.com>
**Date:** Monday, October 23, 2017 at 8:55 AM
**To:** Morris Laniado | Fluent <mlaniado@fluentco.com>, Andrew Levine | Fluent <andrewlevine@fluentco.com>, Jonathan Rykman | Fluent <jRykman@fluentco.com>
**Subject:** Another marketing debacle

Hi Morris,

Unfortunately, there has been another complain regarding the FDR SMS-call campaign. This total 3 complains thus far in the last month. If the pattern continues, I'm afraid I may be asked to pause the campaign till there is a resolve.

The latest complain came in from a mom who was very upset at her 10-year-old receiving text messages, and wanted her son removed from the marketing list immediately.

239-362-7715

Thanks!

--

Confidential

FLUENT_001187