**REDACTED VERSION OF DOCUMENTS SOUGHT TO BE SEALED.**

- Exhibit 6 -

Page 1

```
 1      UNITED STATES DISTRICT COURT
 2     NORTHERN DISTRICT OF CALIFORNIA
 3            OAKLAND DIVISION
 4
 5   ------------------------------x
 6   DANIEL BERMAN, et al,
 7          Plaintiff,
 8     vs.    Case No.  418-CV-01060-YGR
 9   FREEDOM FINANCIAL NETWORK,
10   and FREEDOM DEBT RELIEF,
11   LLC,
12          Defendants.
13   ------------------------------x
14
15      DEPOSITION OF DANIEL J. BARSKY
16           New York, New York
17         Friday, March 8, 2019
18              9:16 a.m.
19
20
21
22
23
24   Reported by:
25   Maureen Ratto, RPR, CCR
```

Page 2

1                    * * *
2
3        Deposition of Daniel J. Barsky,
4   held at the offices of Klein Moynihan
5   Turco, LLP, 450 Seventh Avenue, New
6   York, New York 10123 pursuant to
7   notice, before Maureen Ratto, Certified
8   Court Reporter, License No. XI01165,
9   Registered Professional Reporter,
10  License No. 817125, and Notary Public.
11
12                   * * *
13
14
15
16
17
18
19
20
21
22
23
24
25

```
                                                      Page 3
 1   A P P E A R A N C E S:
 2   Counsel for the Plaintiff:
 3       BRODERICK & PARONICH, P.C.
 4       99 High Street, Suite 304
 5       Boston, Massachusetts 02110
 6       617-738-7080
 7       BY: EDWARD A. BRODERICK, ESQ.
 8           ted@broderick-law.com
 9
10       JON FOUGNER, ESQ.
11       600 California Street
12       San Francisco, California 94108
13       415-5776-5829
14       BY:  JON FOUGNER, ESQ.
15           jon@fougnerlaw.com
16
17   Counsel for the Defendants:
18       KLEIN MOYNIHAN TURCO, LLP
19       450 Seventh Avenue
20       New York, New York 10123
21       212-246-0900
22       BY: JOSEPH JOHNSON, ESQ.
23           jjohnson@kleinmoynihan.com
24           BRIAN ASTRUP, ESQ.
25           bastrup@kleinmoynihan.com
```

Page 4

1  ALSO PRESENT:
2  Carlos King, Legal Video Specialist
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

DANIEL J. BARSKY

1

1-800-727-6396   Veritext Legal Solutions   www.veritext.com

Page 72

1  DANIEL J. BARSKY
2  that their name not be used in text
3  messages sent by Fluent?
4  　　　　MR. JOHNSON:  Object to the
5  　　form of the question.
6  　　Q.　Are you aware whether Freedom
7  asked that -- let me clean up that
8  problem.
9  　　　　Do you know whether Freedom
10 asked that its name not be used in text
11 messages sent promoting its products?
12 　　Q.　Only in the context that I've
13 heard it discussed, but I wasn't aware of
14 it at the time.
15 　　Q.　Is that unusual, that an
16 entity that services your advertising
17 doesn't want its name being used in that
18 advertisement?
19 　　A.　Many advertisers don't want to
20 make it easy for plaintiff lawyers to
21 find them and sue them.
22 　　Q.　Isn't it unusual, though, that
23 you're advertising a product or a company
24 and not promoting the company's name?
25 　　　　MR. JOHNSON:  Object to the

Page 138

1           C E R T I F I C A T E
2           I, MAUREEN M. RATTO, a
3   Registered Professional Reporter, do
4   hereby certify that prior to the
5   commencement of the examination, DANIEL
6   BARSKY was sworn by me to testify the
7   truth, the whole truth and nothing but
8   the truth.
9           I DO FURTHER CERTIFY that the
10  foregoing is a true and accurate
11  transcript of the proceedings as taken
12  stenographically by and before me at
13  the time, place and on the date
14  hereinbefore set forth.
15          I DO FURTHER CERTIFY that I am
16  neither a relative nor employee nor
17  attorney nor counsel of any of the
18  parties to this action, and that I am
19  neither a relative nor employee of such
20  attorney or counsel, and that I am not
21  financially interested in this action.
22
                        *Maureen Ratto*
23              MAUREEN M. RATTO, RPR
24              License No. 817125
25