# FILED UNDER SEAL

# - Exhibit 7 -