- Exhibit 8 -

```
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION
----------------------------------------x
DANIEL BERMAN,
                    Plaintiff,   Case No.
        v.                       4:18-cv-01060-YGR
FREEDOM FINANCIAL NETWORK, LLC,
FREEDOM DEBT RELIEF, LLC, FLUENT,
INC., and LEAD SCIENCE, LLC,
                    Defendants.
----------------------------------------x
                        June 20, 2019
                        10:30 a.m.


     DEPOSITION taken pursuant to Rule
30(b)(6) Notice, of Lead Science, LLC by
TOM MARTINDALE, at the law offices of
SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
30 Rockefeller Plaza, New York, New York,
before Eleanor Greenhouse, a Shorthand
Reporter and Notary Public within and for
the state of New York.


         GREENHOUSE REPORTING, INC.
       313 West 118th Street - Unit 4C
          New York, New York  10026
              (212) 279-5108
```

```
 1
 2   A P P E A R A N C E S:
 3
 4   Attorneys for Plaintiff Daniel Berman
 5      and the Proposed Class:
 6   PARONICH LAW, P.C.
 7         350 Lincoln Street, Suite 2400
 8         Hingham, Massachusetts   02043
 9   BY:   ANTHONY I. PARONICH, ESQ.
10         Anthony@paronichlaw.com
11
12   Attorney for Defendants:
13   KLEIN MOYNIHAN TURCO LLP
14         450 Seventh Avenue
15         New York, New York   10123
16   BY:   BRIAN P. ASTRUP, ESQ.
17         bastrup@kleinmoynihan.com
18
19
20
21
22
23
24
25
```

```
 1                T. Martindale
 2   attorney but I don't want to hear about
 3   that.  I understand from earlier you spoke
 4   to Mr. Greco and Mr. Evans, and did you
 5   speak to any other individuals to prepare
 6   to testify about those topics?
 7        A.    Mr. Greco, Mr. Evans, and my
 8   attorney.
 9        Q.    Thank you.  Got it.
10              So I'd like to talk about the
11   Drips relationship with Fluent to start.
12        A.    Sure.
13        Q.    So could you describe Drips'
14   relationship with Fluent for me, please.
15        A.    Sure.  Fluent is a company that
16   generates leads.  They're a co-registration
17   company and Drips, we have a system, I
18   think of it as a black box type of
19   technology, where Fluent is able to send
20   their leads, their interested parties that
21   have TCPA consent, into the Drips system.
22              Drips then interacts with those
23   leads in a manner that we feel is an
24   elegant way to communicate with someone to
25   get them on the phone with the call center
```

```
 1                    T. Martindale
 2    for whatever good or service they were
 3    interested in.
 4              So if Fluent has somebody that
 5    is interested in debt settlement maybe,
 6    they could send that lead to Drips.  Drips
 7    could run through our process with that
 8    lead and when that client had time and was
 9    ready to talk about their debt settlement,
10    we would transfer.  We would connect them
11    on a call and transfer that call back to
12    Fluent.
13         Q.    Thank you.  You mentioned that
14    Fluent is a co-registration company.  What
15    is Drips' understanding about what
16    co-registration is?
17         A.    It's an online -- it's a way to
18    generate leads online, online lead
19    generation company.
20         Q.    When you say online, does that
21    mean via websites or are there other ways
22    to generate them online?
23         A.    I'm not sure what other ways
24    they would be generated online other than
25    websites.
```

```
 1                    T. Martindale
 2           as Tom Martindale, not as a 30(b)(6)
 3           representative.
 4                THE WITNESS:  Understood.
 5         A.     Can you clarify what you're
 6   talking about with telephone calls and text
 7   messages?
 8         Q.     Sure.  So we had talked before
 9   about how like on the Freedom campaign,
10   information will get delivered into the
11   silo for Freedom from Fluent to Drips.
12   Correct?
13         A.     Information will be relayed
14   from Fluent to Drips, correct.
15         Q.     And then that information gets
16   placed into a dialing mechanism that
17   contacts the phone number with the other
18   information; correct?
19         A.     Kind of.
20         Q.     Okay.  Well, explain to me,
21   then, how it is.
22         A.     So the way the system works is
23   -- I think what you may be referring to is
24   like a dialer-type technology.  That is not
25   how our system works.  Our system works on
```

```
 1                    T. Martindale
 2   an API, an interface between two systems,
 3   and it does it on a one-to-one ratio.
 4              So that means that like the
 5   system, our Drips system, will get a piece
 6   of data in and then it will fire out to one
 7   of our carriers saying, "Send this text
 8   message" or "Send this call," and then the
 9   carrier fires back and says, "Did it."
10              And then it will fire out
11   another message to the carrier for another
12   piece of data, "Send this message" or "Send
13   this call," and then the carrier will send
14   it out and it will reply to us "Did it."
15              So there's always a one-to-one
16   ratio.  There's nothing happening in any
17   sort of bulk capacity.  There's no list
18   being loaded into a dialer that is being
19   robo'd out.  It's all very specific
20   one-to-one and the reason it is like
21   that -- well, there's a number of reasons
22   it's like that, but the main one is, there
23   may be different messages that are being
24   sent out for different points -- there's
25   different messages that are sent out for
```

```
 1                      T. Martindale
 2   different points in the conversation.
 3              So if you said, "I'm at work, I
 4   can't talk now," then we would receive that
 5   message back, and then we would send
 6   another one message out to our carrier,
 7   "Respond with this message."  It would
 8   respond and send it back.
 9        Q.   Got it.  We will cover that
10   later.  So call it one-to-one, call it robo
11   calling, telephone calls are going out to
12   potential customers, and my question was if
13   you had ever worked in that space before.
14        A.   Sending telephone calls out to
15   customers?
16        Q.   Potential customers, yes.
17        A.   Sure.
18        Q.   What jobs covered that?
19        A.   Well, starting at Prudential
20   Securities, Smith Barney, Etrade investment
21   banking firm.  I mean all the way through,
22   everything I've done in my professional
23   career has been involved in some sort of,
24   from a banking standpoint all the way up to
25   the Drips standpoint, has been -- had
```

```
 1                    T. Martindale
 2   something to do with reaching out to a
 3   person and offering them a good or service.
 4        Q.    So I understand -- good.
 5   That's good to know.  I understand where
 6   you would have done that in banking and as
 7   a stock broker, and I understand also where
 8   you would have done it in terms of perhaps
 9   generating new customers for the Facebook
10   leads.  I would like to quickly go over
11   where else you would have done it.
12        A.    I mean, I've run hundreds of
13   campaigns over years so we could say --
14        Q.    That's at Drips; right?
15        A.    No, no, no.
16        Q.    Before?
17        A.    Yes.  I'm 51 years old.
18        Q.    I shouldn't have interrupted
19   then.  Go ahead.
20        A.    So lots of campaigns, so I
21   don't know where you'd like to start.
22        Q.    Let me ask it another way then.
23   One of the dialing systems that is used is
24   Ytel by Drips; correct?
25        A.    For this campaign, yes.
```

```
                           T. Martindale
 1
 2        Q.    So that's one of the dialing
 3   systems Drips uses; correct?
 4        A.    It's one of the carriers we
 5   use.
 6        Q.    So have you ever worked in a
 7   job where you operated the Ytel system
 8   before?
 9        A.    I've worked in call centers
10   that have used the Ytel system before.
11        Q.    That is what I want to hear
12   about.  Could you start with those, please.
13        A.    I worked for a company that did
14   deregulated energy and they used the Ytel
15   system to -- a power carrier would give a
16   list of numbers to this company.  This
17   company then used -- Ytel had a product
18   that you plugged into a computer with the
19   headset and then you used that system to
20   outbound dial those leads that the power
21   company gave.
22        Q.    So I'm very familiar with the
23   deregulated energy process so on that one
24   we can kind of cut to the chase.  Which
25   company did you do that for and when?
```

```
1                    T. Martindale
2        Q.    Nexemo?
3        A.    Nexemo.
4        Q.    Would you mind spelling that?
5        A.    N-e-x-e-m-o.  We're negotiating
6   with like two others right now.
7        Q.    Two others to supplement those,
8   or potentially replace the ones you have?
9        A.    Both.
10       Q.    Have you ever used the Five9
11  system?
12       A.    No.
13       Q.    To deliver the recorded
14  messages, is that always done on Ytel?
15       A.    That's always done at the
16  carrier level.
17       Q.    Right.
18       A.    So when I say carrier, that's
19  the Twilio, Ytel, Nexemo.  We call them the
20  O's.  So it goes to an O, and they deliver
21  it.  Again, it's that one-to-one
22  relationship:  "Hey Ytel, send this message
23  to Anthony."  They send it and then they
24  come back and say "Sent."
25       ==Q.    I do understand that.  My==
```

```
 1                    T. Martindale
 2    question is for the recorded message ones,
 3    is that always done on Ytel, or could it be
 4    done using Twilio or Nexemo?
 5          A.    It could be Twilio or Nexemo.
 6    In Freedom's case, it was all Ytel.
 7          Q.    That was my next question.
 8    You're saving us time.
 9          A.    Yeah.
10          Q.    So the sales team you had
11    mentioned, it seems like it's grown since
12    the inception of Drips; is that true?
13          A.    That's true.
14          Q.    Would you mind giving me an
15    overview of where the sales team started
16    and where it is now?
17          A.    Sure.  The sales team was AC
18    and myself for 2016, 2017 and most of 2018.
19    And we hired a -- we hired an insurance guy
20    who had 12 or 15 years in the insurance
21    space, and we hired him as an insurance
22    expert so he has been talking to insurance
23    companies for us.  We hired another guy in
24    insurance late in 2018.
25          Q.    Just because I don't know if
```

```
1                T. Martindale
2    this in your answer, but I just want to
3    confirm, to make all of these calls, the
4    Ytel system was used?
5         A.    Correct.
6         Q.    Column F says the type.
7         A.    Correct.
8         Q.    And under there is, "Voice
9    Outbound."  Correct?
10        A.    Correct.
11        Q.    Could you explain to me what
12   "voice outbound" means?
13        A.    Yes.  That's an outbound call.
14        Q.    And so I understand what an
15   outbound call means, but does "voice" also
16   mean that a recorded message was used?
17        A.    It could have been.  I believe
18   that's the case for this campaign.
19        Q.    When you say this campaign, do
20   you mean for the Freedom Financial --
21        A.    For the Fluent campaign for
22   Freedom.
23        Q.    And just to make sure we have a
24   clean record where we aren't interrupting
25   each other here, and my apologies for that,
```

```
 1                    T. Martindale
 2    your understanding, Drips' understanding,
 3    is that for the Freedom Financial campaign,
 4    the Ytel calls used prerecorded messages?
 5         A.    The calls were made through the
 6    Ytel system.  This is just telling me
 7    there's an outbound call made.  If there
 8    was a message played, that would have been
 9    through Ytel, yes.
10         Q.    So that I think answers most of
11    my question, but the remaining part is, is
12    it Drips' understanding that for the
13    Freedom campaign, it was a prerecorded
14    message that was sent?
15         A.    Yes.
16         Q.    I understand what last name,
17    first name, postal -- column C which says
18    "Postal," is that also zip code?
19         A.    Zip code, yes.
20         Q.    On the date, and that's column
21    G, the date looks like there's of course a
22    year, a month, and then a day.  And to me
23    that looks like a military time reading
24    next, but could you explain to me what that
25    is?
```

```
 1                    T. Martindale
 2   marketplace, because that I've never seen
 3   before.  So sometimes the advertising
 4   mentioned instead of predictably dialing
 5   all these leads, Drips has X system in
 6   place.
 7            So this system, it doesn't
 8   require someone like logged into Ytel
 9   pressing send; correct?
10       A.   No.
11       Q.   That's interesting.  So during
12   a regular calling campaign, any Drips
13   employee, like are they watching a screen
14   to make sure everything is working, or how
15   does the QA work?
16       A.   Got it.  No one is watching the
17   screen watching dials go out.  It's just --
18   it's all done through software.  We manage
19   results.
20       Q.   Understood.  But someone has to
21   set the parameters to allow it to be done
22   automatically; correct?
23       A.   Someone has to set these are
24   the hours that the call center is open so
25   we don't want to send them calls outside
```

1  T. Martindale
2  those hours.  Someone has to set this
3  message and this call and this message and
4  this call and this cadence, someone has to
5  set that up at the beginning of the
6  campaign when it's set up, but once that
7  piece is set up, that's a one-day thing and
8  then the campaign can run.
9      Q.   Understood.  I call those
10 parameters.  I don't know if you use a
11 different word for it, but who would set
12 those campaign parameters?
13     A.   A Drips employee.
14     Q.   A Drips employee would.  Would
15 they do it using parameters that are
16 received from Fluent or not?
17     A.   100 percent from Fluent.
18     Q.   Okay.  So I want to talk
19 specifically about the Freedom campaign for
20 this next line of questions and talk about
21 the role of some of the Drips employees
22 here.
23     A.   Sure.
24     Q.   So Aaron Christopher, AC, what
25 role, if any, did he play in the Freedom

```
 1                    T. Martindale
 2        A.     Yes.
 3        Q.     What did she do on the Freedom
 4   campaign?
 5        A.     She was also involved in the
 6   onboarding.  By onboarding, I mean Leeron,
 7   Monica, Gabe and Danielle all went through
 8   the onboarding process.
 9        Q.     For purposes of these last few
10   questions, have you been using "setup" and
11   "onboarding" interchangeably?
12        A.     I have.
13        Q.     I just want to talk about some
14   of the roles in the Freedom campaign that
15   Drips would do to clarify some of what we
16   talked about.  So when we're looking at the
17   scripting for the voice recording or the
18   text messages or the IVR, is that something
19   that Drips and Fluent are working on
20   together?
21              MR. ASTRUP:  Objection to form.
22        A.     Let me take a step back.
23        Q.     Please do.
24        A.     What Drips does is we almost
25   exclusively work with getting a potential
```

```
 1                    T. Martindale
 2    customer on the phone with a call center,
 3    in essence.  So our scripting is all
 4    designed to kind of lead somebody in that
 5    direction:  "Would you have time to talk
 6    now?"  "No."  "When is a better time to
 7    talk?"  "Call me at 7:00."  "Great, we will
 8    call you at 7:00."
 9                    So we have a basic script we
10    can put in front of any campaign that is a
11    vanilla type of script and then Fluent
12    would come in and add particulars to it,
13    specifics.
14                    So that there's a
15    collaboration between the two, but at the
16    end of the day, Fluent may or may not like
17    our script.  They may or may not want more
18    text messages, less calls.  That's up to
19    them.  Whatever they want, at the end, they
20    have to sign off on and that's what we roll
21    on.
22         Q.    The timing or frequency of
23    calls, is that a determination made by
24    Drips or Fluent?
25         A.    It's more Fluent.
```

```
1                T. Martindale
2       Q.   Because you were talking about
3  your conversation with Mr. Barsky earlier,
4  in terms of the time of day that the calls
5  are made, is that something that Drips is
6  responsible for?
7       A.   Yes.
8       Q.   Just to clarify, so in the
9  opt-out files we looked at, there's that
10 message column.
11      A.   Correct.
12      Q.   Fluent does or does not ever
13 receive the content of that message column?
14      A.   They never receive that content
15 unless requested.
16      Q.   Have they ever requested it?
17      A.   No, not that I'm aware of.
18      Q.   I think you may have touched on
19 this but I just want to be clear.  Has
20 Drips ever interacted with a Freedom
21 employee?
22      A.   Yes.
23      Q.   Who?
24      A.   There's some e-mails that were
25 in the discovery where AC, around the time
```

```
 1
 2                C E R T I F I C A T E
 3   STATE OF NEW YORK )
 4                    :
 5   COUNTY OF NEW YORK)
 6          I, ELEANOR GREENHOUSE, a Shorthand
 7   Reporter and Notary Public within and for
 8   the State of New York, do hereby certify:
 9          That, TOM MARTINDALE, the witness
10   whose deposition is hereinbefore set forth,
11   was duly sworn by me and that such
12   deposition is a true record of the
13   testimony given by such witness.
14          I further certify that I am not
15   related to any of the parties to this
16   action by blood or marriage, and that I am
17   in no way interested in the outcome of this
18   matter.
19          IN WITNESS WHEREOF, I have hereunto
20   set my hand this 2nd day of July, 2019.
21
22                  [signature: Eleanor Greenhouse]
23               _____
24                     ELEANOR GREENHOUSE
25
```