- Exhibit 9 -

# DANIEL BERMAN

## vs.

## FREEDOM FINANCIAL NETWORK, et al.

Deposition of

# Thomas Martindale

January 17, 2019



pri court reporting, llc

390 S. Washington Avenue
Columbus, Ohio 43215

614.460.5000 • 800.229.0675

fax 614.460.5566

www.priohio.com • pri@priohio.com

prompt. precise. professional.

1   Financial.

2       Q.   Okay.

3       A.   So the question I think is more how does

4   it work with Fluent?

5       Q.   Yeah, fine.

6       A.   Okay.  When you say mechanically, can

7   you tell me a little bit more about what you're

8   asking?

9       Q.   Well, you know, what's the process?

10  Does Fluent send you a batch of numbers and says

11  we want you to -- I mean, starting from -- how

12  do they sign you up to do a campaign?  Is there

13  a separate contract for every campaign that you

14  do?

15      A.   No.  No.  It's more of an insertion

16  order or work order.

17      Q.   Okay.

18      A.   Fluent would contact us and say, we have

19  this campaign, this is the script that we want

20  to use, so we would go in and facilitate setting

21  up the script.  There would also be a -- as we

22  use SMS and IVR, we would have to record in IVR,

23  so they would send us what they want that to

24  look like.  We record that.  Usually customized

 1   for the Freedom campaign in this case.  While
 2   those are getting done, they would set up API
 3   posting of a record.
 4       Q.  Could you tell me what API stands for?
 5       A.  I can't tell you what it stands for.
 6   It's a web hook.
 7       Q.  A web hook?
 8       A.  Sure.  So my system could talk to your
 9   system electronically and pass data.  Freedom
10   would -- sorry, Fluent would pass -- they would
11   pass some test leads over, some test records,
12   which is -- which isn't the full lead.  It's
13   just what we need, what Drips needs to
14   facilitate the drip campaign.  And once those
15   are approved and set up, we launch.
16       Q.  And so does -- does Lead Science -- do
17   you ever have input on how to -- what the script
18   should say, the recorded IVR script?
19       MR. ASTRUP:  Objection to form.
20       A.  The -- well, with regards to the offer,
21   we don't necessarily.  We're more scripting for
22   things like -- that are more -- let me back up.
23   Our job at Drips is to take a record and turn it
24   into a phone call for a client.  At the end of

```
 1   the day, that's what we do.  We're a middleman
 2   and between the end user and the client, in this
 3   case Fluent and Freedom.
 4           So what our scripting does is really
 5   tweaks how to get the best response out of the
 6   client.  So for instance, we may say something
 7   like -- well, here's a recent example.  We were
 8   running campaigns that would say, you know, dear
 9   Brian -- or hi, Brian, thanks for responding.
10   Or if we missed -- if the client had a call that
11   was set up and we missed it, we would say, sorry
12   we missed you.  Is there a better time we can
13   get you on the phone?  So that would be one of
14   our scripts.  We changed that to say, hey,
15   Brian, sorry we missed you.  We have time
16   tomorrow either at 10:00 or at 2:00.  Which one
17   works better?  So that piece right there created
18   about a 12 percent jump in conversions for us.
19   And a conversion for us is a lead to a call.
20   That's what we're trying to do.
21        Q.  A lead to a call.  And to whom does
22   the -- so you send the -- let me back up.
23        A.  Sure.
24        Q.  IVR, is that interactive voice
```

```
 1                      CERTIFICATE

 2    STATE OF OHIO        :
                              SS:
 3    COUNTY OF FRANKLIN :

 4              I, Rhonda Lawrence, a Notary Public in
      and for the State of Ohio, duly commissioned and
 5    qualified, do hereby certify that the
      within-named THOMAS MARTINDALE was first duly
 6    sworn to testify to the truth, the whole truth,
      and nothing but the truth in the cause
 7    aforesaid; that the testimony then given was
      reduced to stenotypy in the presence of said
 8    witness, afterwards transcribed; that the
      foregoing is a true and correct transcript of
 9    the testimony; that this deposition was taken at
      the time and place in the foregoing caption
10    specified.

11              I certify that I am not a relative or
      employee of any attorney or counsel employed by
12    the parties hereto and that I am not financially
      interested in the action.  I further certify
13    review of the transcript was not requested.

14              In witness whereof, I have hereunto
      set my hand and affixed my seal of office at
15    Columbus, Ohio, on this 29th day of January,
      2019.
16

17

18

19

20

21
                    *Rhonda Lawrence*
22
                    Rhonda Lawrence
23                  Notary Public, State of Ohio.

24    My commission expires:  October 9, 2023
```