- Exhibit 10 -

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**OAKLAND DIVISION**

| | |
|---|---|
| DANIEL BERMAN, | Case No. 4:18-cv-01060-YGR |
| Plaintiff, | |
| v. | **DECLARATION OF RANDALL A. SNYDER** |
| FREEDOM FINANCIAL NETWORK, LLC, FREEDOM DEBT RELIEF, LLC, FLUENT, INC., and LEAD SCIENCE, LLC | |
| Defendants. | |

**DECLARATION OF RANDALL A. SNYDER**

I, Randall A. Snyder, hereby declare as follows:

1.     My name is Randall A. Snyder. I am an adult over the age of 18 and a resident of the state of Nevada. I have personal knowledge of each of the matters stated herein, and if called to testify I could and would testify competently about them.

2.     I am an independent telecommunications technology consultant and reside at 8113 Bay Pines Avenue, Las Vegas, Nevada, 89128. I have been retained by Broderick & Paronich, P.C. in the matter *Berman v. Freedom Financial Network, LLC, et al.*, 4:18-cv-01060-YGR (N.D. Cal.) to provide my opinions relating to the dialing technology utilized by the defendants in this case ("Defendants"). In particular, I have been asked to determine whether the equipment utilized to send the text messages at issue has the capacity to store or produce telephone numbers to be called, using a random or sequential number generator, and to dial such numbers and whether the equipment has the capacity to dial telephone numbers from a list or database of numbers without human intervention. In addition, I have been asked to provide my opinions on whether the

Defendants utilized equipment that initiates calls using an artificial or prerecorded voice.

## RELEVANT TRAINING, EXPERIENCE AND CREDENTIALS

3.      I have over 34 years of experience in telecommunications network and system architecture, engineering, design and technology. I have expertise in the fields of both wireline and wireless telecommunications networking technology. I have a Bachelor of Arts degree with a major in mathematics from Franklin and Marshall College. I have been retained as a testifying or consulting expert in over 320 cases regarding cellular telecommunications technology, including over 280 cases regarding the TCPA and over 95 cases regarding Short Message Service ("SMS") technology. Additionally, I have been retained by both plaintiffs and defendants regarding the TCPA and associated regulations.

4.      I was a software engineer who designed, developed, tested and deployed code for complex real-time database, data communications and telecommunications systems for the first eight years of my career. This work included designing and developing relational databases, database applications, data communications protocols, telecommunications protocols, signaling protocols, call control and call processing systems and dynamic traffic engineering and overload control systems for the cellular networks. Overall, these software systems were written in assembly computer language (ASM), Pascal and C programming languages.

5.      I have taught numerous classes and seminars on both wireline and wireless telecommunication network technologies. I have also been a panelist and speaker at numerous conferences, including at the Institute of Electrical and Electronics Engineers ("IEEE"), the Personal Communication Society ("PCS"), and the Cellular Telecommunications and Internet Association ("CTIA") as an expert in telecommunication networks. I spent seven years developing standards within the American National Standards Institute's subsidiary organization, the Telecommunications Industry Association ("TIA"), where I provided technical contributions,

authored and edited documents proposing standards for telecommunications. I authored and oversaw the standardization of Interim Standard 93, which concerns providing interconnection technology between wireline and wireless networks. This standard is now a fully accredited national standard of the American National Standards Institute ("ANSI").

6.      I am the co-author of the McGraw-Hill books "Mobile Telecommunications Networking with IS-41," and "Wireless Telecommunications Networking with ANSI-41, 2nd edition" published in 1997 and 2001, respectively. I have been issued 41 patents on telecommunications networking technology. I have been hired as a consultant by the CTIA and many wireline and wireless telecommunications companies, including Bell Laboratories, McCaw Cellular, AirTouch, AirTouch International, AT&T Wireless, AT&T Mobility, Lucent, Nokia, Ericsson, Motorola, Samsung, Siemens, Nextwave, MCI, Daewoo, Globalstar, T-Mobile, Sprint, U.S. Cellular, Teleglobe Canada, Teledesic and other telecommunications technology vendors and service providers. I was nominated in 2006 for a National Television Arts Emmy Award for Outstanding Achievement in Advanced Media Technology for unique wireless content distribution technology I designed while employed at Entriq, Inc.

7.      In 2002, I co-founded m-Qube, Inc., the first combined text message-based mobile marketing and SMS aggregator company in the United States. M-Qube, Inc. founded and established the Mobile Marketing Association, which subsequently established guidelines and methodologies for text message campaigns and mobile marketing guidelines and rules within North America.

8.      I was on the team that drafted the original versions of the Mobile Marketing Association's guidelines for text messaging to mobile subscribers. I have also managed and designed dozens of automated text messaging programs for both small and large companies and marketing channels, including Viacom, MTV, Comedy Central, Coca-Cola, National Basketball

Association (NBA), Major League Baseball (MLB) and World Wrestling Entertainment (WWE).

9.     I have personal and detailed hands-on design and development experience and knowledge regarding the functions of mobile marketing technology, mobile messaging technology, and SMS aggregator technology.

10.     I have been issued 13 patents relating to SMS technology, including the invention of "short code" technology, and my books have been cited in four additional patents on SMS technology. More detail about my training, credentials and experience, and details of publications that I have authored or co-authored within at least the past 10 years, are provided in my attached *curriculum vitae* (attached hereto as Exhibit A). Also included in my attached *curriculum vitae* is a list of cases in which I served as a testifying or consulting expert.

11.     I am being compensated at the rate of $485 per hour for my study, analysis and written testimony in this case and $525 per hour for depositions and in-court testimony.

## DOCUMENTS REVIEWED AND CONSIDERED

12.     My opinions in this Declaration are based on my education, knowledge, experience, expertise and training and my review of the following materials in this case:

    a.     Second Amended Complaint for Damages and Injunctive Relief;

    b.     Freedom Financial Network, LLC's and Freedom Debt Relief, LLC's Answer to First Amended Class Action Complaint, Affirmative Defenses, and Third-Party Complaint;

    c.     Notice of Errata Re Freedom Financial Network, LLC's and Freedom Debt Relief, LLC's Answer to First Amended Class Action Complaint, Affirmative Defenses, and Third-Party Complaint;

    d.     Fluent, Inc.'s Answer to First Amended Class Action Complaint and Affirmative Defenses;

    e.     Lead Science, LLC's Answer to First Amended Class Action Complaint and Affirmative Defenses;

    f.     Defendants' Responses and Objections to Plaintiff's First Set of

Discovery;

g.   Fluent, Inc.'s Responses and Objections to Plaintiff's First Set of Discovery;

h.   Lead Science, LLC's Responses and Objections to Plaintiff's First Set of Discovery;

i.   Defendants' Notice of Motion to Dismiss Pursuant to FRCP 12(B)(1), Deny Class Certification and/or to Strike Plaintiff's Class Claims;

j.   Declaration of Daniel J. Barsky, Esq. in Support of Defendants' Motion to Dismiss Deny Class Certification and/or Strike Plaintiff's Class Claims;

k.   Declaration of Dharma Naik, Esq. in Support of Defendants' Motion to Dismiss, Deny Class Certification and/or Strike Plaintiff's Class Claims;

l.   [Proposed] Order Granting Defendants' Motion to Dismiss Pursuant to FRCP 12(B)(1), Deny Class Certification and/or to Strike Plaintiff's Class Claims;

m.   Opposition to Defendants' Motion to Dismiss, Strike Class Claims and/or Deny Class Certification;

n.   Declaration of Jon B. Fougner (November 27, 2018);

o.   Email from Tom Carr to NiCE_TL_Team, Fluent Inbound Call Campaign, August 25, 2017 (Bates No. FREEDOM_000264);

p.   Ytel Application Programming Interface documentation (Bates Nos. LEADSCIENCE_000664–LEADSCIENCE_000669);

q.   Public information from Fluent, Inc.'s website (https://www.fluentco.com), and related links and hyperlinks;

r.   Public information from Lead Science, LLC's website (https://www.drips.com), and related links and hyperlinks;

s.   Public information from Ytel Inc.'s website (https://www.ytel.com), and related links and hyperlinks;

t.   Mobile Marketing Association, Global Code of Conduct, July 15, 2008;

u.   Mobile Marketing Association, U.S. Consumer Best Practices for Messaging, Version 7.0, October 16, 2012; and

v.      Telephone Consumer Protection Act, 47 U.S.C. § 227 ("TCPA"), and regulations promulgated thereunder.

## INTRODUCTION AND SUMMARY OF CONCLUSIONS

13.     The TCPA defines an automatic telephone dialing system ("ATDS") as "equipment which has the capacity – (i) to store or produce telephone numbers to be called, using a random or sequential number generator; and (ii) to dial such numbers." 47 U.S.C. § 227(a)(1).

14.     Furthermore, the Federal Communications Commission ("FCC") has issued regulations and orders that also define an ATDS as including the capacity to dial telephone numbers from a stored list or database of telephone numbers without human intervention.

15.     In addition, the TCPA makes it unlawful "to make any call (other than a call made for emergency purposes or made with the prior express consent of the called party) using any automatic telephone dialing system or an artificial or prerecorded voice . . . to any telephone number assigned to a paging service, cellular telephone service, specialized mobile radio service, or other radio common carrier service, or any service for which the called party is charged for the call, unless such call is made solely to collect a debt owed to or guaranteed by the United States." 47 U.S.C. § 227(b)(1)(A)(iii).

16.     Based on my review of the relevant documents and the facts described above, it is my opinion that the equipment used by the Defendants to send the text messages at issue had the capacity to store or produce telephone numbers to be called, using a random or sequential number generator, and to dial such numbers. Further, the equipment had the capacity to dial telephone numbers from a stored list or database of numbers without human intervention.

17.     Based on my review of the relevant documents and the facts described above, it is my opinion that the equipment used by the Defendants initiates calls using an artificial or prerecorded voice.

---

18.     I base these opinions on my knowledge, education, experience, expertise and training and the evidence I have reviewed.

**INDUSTRY BACKGROUND – MOBILE MARKETING AND TEXT MESSAGING**

19.     Short Message Service ("SMS"), more commonly known as "text messaging," is a communications system and method that was designed to enable an individual cellular telephone subscriber to send, or originate, a short text message communication (typically no more than 160 characters) from his or her cellular telephone to another individual subscriber's cellular telephone that is the intended destination of the message, *i.e.*, the message recipient. SMS text messages are sent individually from one subscriber to another using a cellular telephone number as the destination address of the message. The message sender's cellular telephone number is preserved as part of the message at the destination cellular telephone where the message is received so that the message recipient knows the cellular telephone number of the message sender.

20.     Many companies provide what is known as value-added text messaging services using SMS technology, meaning that they provide a variety of text messaging services (*i.e.*, SMS) that are not strictly peer-to-peer in the sense of subscriber-to-subscriber manual text communications; rather, these companies use computer equipment to send and receive text messages using SMS to and from individual cellular telephone subscribers. These include "mobile marketing" companies, which are not the cellular network carriers.

21.     Mobile marketing companies are typically in the business of creating and operating text message-based applications on behalf of branded companies in order to develop and maintain communication with cellular telephone subscribers for commercial purposes. These mobile marketing companies use automatic computer equipment for a variety of text messaging applications, marketing campaigns and dialogs on behalf of the branded company to communicate with cellular subscribers. Common applications are for voting, such as on reality television shows,

as well as receiving news alerts, informative notifications, coupons and sports scores where short messages are sent to cellular subscribers on a regular basis.

22.     Moreover, these mobile marketing companies use equipment that has the ability to send any number of text messages *en masse* to cellular telephone subscribers as well as receive individual text messages from those subscribers, on behalf of a branded company. Messages sent from the branded company, using a mobile marketing company's computerized messaging platform, to a cellular subscriber are termed "mobile-terminated" and messages sent from a cellular subscriber to a branded company are termed "mobile-originated." These are also referred to as outgoing and incoming text messages.

## TECHNICAL BACKGROUND REGARDING MASS SMS TRANSMISSION

23.     Mobile marketing companies and their SMS aggregators (described below) typically provide a software-based application programming interface ("API"), or an equivalent interface method, that can be used by branded company clients to access and use their platform. An API is a programmatic method of communication between two computer systems. The API can be used as part of a software application created by the branded company to access the message delivery platform, or it can be an online portal accessible by the branded company via a web-based user interface ("UI"). In addition, an application is sometimes developed and run by the mobile marketing company on behalf of the branded company. These software methods enable a branded company to directly access the mobile marketing platform (or indirectly if the mobile marketing company develops and runs the application), create a message template for the content that will appear in the body of the text messages and then often upload, or otherwise choose, a list of cellular telephone numbers to which the text messages are to be sent. Furthermore, the mobile marketing application can be designed and implemented to enable automatic text messaging dialogs between the software application and cellular subscribers using preprogrammed messages.

24.     The message template is a preprogrammed text message body that is stored within the mobile marketing application system. The essential function of mobile marketing platforms, such as those used by Defendants, and the basic purpose for which they are used, is to fully automate the process of repeatedly copying and constructing individual text messages with the preprogrammed message body to be sent *en masse* as mobile-terminated text messages, as well as formatting, validating, and transmitting those messages to the previously provided and stored cellular telephone numbers, such that there is human intervention or action required to send thousands of text messages in a short period of time.

25.     Mobile marketing companies send and receive text messages utilizing their platforms by connecting to the cellular carrier networks using internet-based connections and conforming to the appropriate communications protocols required by the carriers. The primary protocol used is known as the Short Message Peer-to-Peer ("SMPP") protocol. SMPP is an internet-based communications protocol specifically designed for communications between a mobile marketing company and a cellular network's Short Message Service Center ("SMSC"). SMSCs are network entities that are maintained and controlled within the cellular carriers' networks and are the store and forward repositories for text messages to be both transmitted to and sent from mobile subscribers. All messages sent to a particular subscriber are transmitted to that subscriber's "home" SMSC within the subscriber's home cellular network.

26.     Often, mobile marketing companies connect directly to the cellular carrier networks (*e.g.*, Verizon Wireless or AT&T Mobility). However, in some cases, mobile marketing companies do not connect directly to the cellular carrier networks. Establishing and maintaining direct connections to individual carrier networks is expensive, time consuming and technically difficult. Because of business and technical barriers, mobile marketing companies sometimes connect indirectly to the carrier networks through intermediary companies known as "SMS aggregators."

SMS aggregators are in the business of connecting to multiple cellular carrier networks and reselling that connectivity to mobile marketing companies as a single aggregated connection.

27.     Aggregation of multiple cellular carrier network connections into a single connection to a mobile marketing company—whether using an SMS aggregator or not—is highly advantageous. First, it enables a mobile marketing company to send and receive text messages to and from cellular telephone subscribers quickly and easily. Second, it enables the mobile marketing company to send and receive text messages to and from all mobile subscribers in the United States at once, regardless of which cellular carrier serves them. Third, it ensures that any short codes or long codes used to access SMS applications are provisioned on all the cellular carrier networks (described below).

28.     In some instances, text messages that are sent by branded companies with the assistance of mobile marketing companies are not identified by an originating 10-digit mobile telephone number. Rather, the originating number is a special number for text messages sent to cellular subscribers. This number is known as a "short code." A short code is a special and unique 5- or 6-digit number that is obtained from an independent agency, Telcordia Technologies, Inc. dba "iconectiv"[1] that manages and assigns these number resources in the U.S. Over the past few years, many mobile messaging companies have also begun to provide cellular text messaging applications using "long numbers" or "long codes" instead of short codes.

29.     A long code is an actual dialable telephone number that cellular subscribers can use as the address for which to send mobile-originated text messages for a particular text messaging application or program. When a cellular subscriber receives a text message, the long code address used appears to a cellular telephone subscriber as just another cellular telephone number belonging

---

[1] https://www.usshortcodes.com/info/

to another person. Thus, text messages from long code numbers tend to have a higher response rate from subscribers as they appear as more of a personalized message. Mobile marketing companies can provide long code numbers to their branded company clients or, in some cases, the branded companies can use telephone numbers that belong to them as long codes.

30.     Unfortunately, mobile marketing companies and SMS aggregators that use long codes—unlike short codes—for automated computer applications can be abused by the branded companies that employ them. Automated computer messaging applications using long codes require no explicit registration or approval from any organization and there is no oversight from the cellular network carriers before they are run. Furthermore, a software application using long codes can be created to send out cellular text messages *en masse* to a stored list of cellular telephone numbers obtained by any means.[2] The Plaintiff received automatically transmitted text messages from a long code number. (Exhibit B.)

## YTEL'S TEXT MESSAGING TECHNOLOGY

31.     It is my understanding that Lead Science, LLC (known as Drips[3]) provided the marketing technology application software to create the mobile marketing campaigns and voice calling campaigns at issue. According to the Drips website:

> Our platform is proven to improve lead-to-call conversion and reduce overall lead gen costs. Hundreds of customers rely on us and we are passionate about serving them with white glove service and the highest levels of security and compliance. We turn your leads into high intent inbound calls so you can maximize agent time and reduce your costs. Our fully scalable solution allows you to increase or decrease your lead flow without having to hire or fire agents or worry about space constraints.[4]

32.     Based on my review of the relevant materials and documentation provided to me in

---

[2] *See* https://intercom.help/Ytel_Help/sms-text-messaging/sms-short-code-vs-long-code
[3] http://www.leadscience.com or https://www.drips.com
[4] https://www.drips.com

this case, Ytel Inc.[5] ("Ytel") was the technology company utilized by Drips to automatically transmit cellular text messages *en masse*. (Exhibit C.)

33.     Drips markets, sells and operates a mobile marketing software application incorporating Ytel's application programming interface ("API").

34.     Ytel, a telecommunications software company, transmits text messages *en masse* on behalf of its customers. Specifically, Ytel enables its clients to create and run automatic text message campaigns using its software platform. Ytel provides API software that enables its customers, such as Drips, to create applications for automatic text message campaigns and send text messages *en masse* using the Ytel messaging and aggregation software system.

35.     Ytel, besides being a telecommunication technology company, is a large telecommunications carrier and, therefore, provides its own SMS aggregation technology and functions as an SMS aggregator.[6] Put another way, Ytel provides text-messaging services to mobile marketing companies, such as Drips, connecting them to the hundreds of downstream cellular networks and millions of cellular subscribers. Ytel's computerized SMS aggregation service ensures that mobile-originated text messages are in the proper format (based on the individual message parameters passed to it using Ytel's API) and comply with the standard SMPP protocol. Ytel operates an automatic computer equipment system providing SMS-based services that enable text message communications between its automatic system and cellular telephone subscribers. Ytel's automated SMS aggregation service enables the Ytel messaging software to automatically engage in mobile text message communications with cellular telephone subscribers.

36.     Working together, Ytel's messaging software and aggregation services automatically transmitted the cellular text messages at issue in this case, *en masse*, to cellular subscribers.

---

[5] https://ytel.com/products/
[6] https://ytel.com/resources/ytel-network/

37.     Based on my knowledge and experience, in order for an SMS aggregator to send text messages from a computerized platform to cellular subscribers, it must first validate the cellular telephone number that is the destination address of the text message and then determine which cellular carrier serves that number. Telephone number validation is the process whereby a number is determined to be of a proper format and numerical value. If the telephone number is not valid, an error is recorded and no text message is transmitted. If the format is valid, the SMS aggregator checks the national database (known as the number portability database) requesting the identification of the carrier serving that number. If the telephone number in the query is not in service, or otherwise not a verifiable number, an error response is returned to the SMS aggregator and a message is not transmitted. (Exhibit D, p. 1.)

38.     If a carrier identifier is returned from the database to the SMS aggregator for the query, and if the SMS aggregator maintains a connection to the indicated cellular carrier, only then can the text message be transmitted by the SMS aggregator to the carrier indicated in the query response. In this way, text messages are transmitted to particular carriers over the appropriate connection and subsequently to cellular subscribers.

39.     In addition, the SMS aggregation software performs several automated tasks with the information. It ensures that message traffic does not exceed predefined message throughput rates, typically dictated by the cellular carrier connectivity contracts. The purpose of these rate limits is to prevent the cellular carriers' short message service centers ("SMSCs") from being inundated and overloaded with message traffic. When a traffic overload condition occurs, text messages will be discarded to prevent the SMSCs from failing. Cellular carriers typically contractually limit the message transmission rate for messages that can be sent to them. Companies that violate these limits can have their contracts voided and their connections removed. The SMS aggregator automatically manages and throttles the automated text message transmission rate to ensure that the automated

text messages do not overload the carriers' systems. In this way, the SMS aggregator and mobile marketing platforms control the timing at which text messages are transmitted to their recipients.

40.      As a mobile messaging software and SMS aggregation company, Ytel connects to the hundred or so cellular networks and hundreds of millions of cellular subscribers nationwide. Yel's computerized text messaging software platform ensures that outgoing text messages are in the proper format (based on the individual message parameters passed to it from the Drips application software) and comply with the standard SMPP protocol as described above.

41.      Ytel, therefore, operated an automated computer equipment system for SMS-based services that enabled text message communications between the Drips messaging application and cellular telephone subscribers.

42.      Preprogrammed text message content is entered into the Drips mobile marketing software application and stored for some time in both its and Ytel's computer systems. This preprogrammed message content is automatically replicated and used to create the text messages to be sent *en masse* to cellular subscribers. The textual content of automated mobile-terminated text messages is first entered into the software systems by a human being and stored within the application; however, the replication of the content for each message, replication of one or more originating long code addresses for each message, and addition of destination cellular telephone numbers from the previously uploaded list of numbers for each message[7] occur in a completely automated fashion using the Ytel messaging software. Placement of the content and long code and each destination cellular telephone number into the body of each text message, constructing each message into the standard SMS communications protocol format, and timing of the transmission of the SMS messages also occur in a completely automated fashion using the Ytel messaging software

---

[7] https://intercom.help/Ytel_Help/how-to/ytel-contact-center-product-formerly-known-as-x5/contact-center-upload-a-list

and aggregation service. Identical text messages for a particular campaign are sent *en masse* by Drips in a completely automated fashion using both the Ytel messaging software and the aggregation service working in concert.

43.     Thus, the sending of the text messages at issue through the Drips mobile marketing software application, incorporating Ytel's API, and thus Ytel's automated text messaging transmission system, is an automated process. (Exhibit D, P. 2.)

44.     The text messages automatically transmitted by the Drips mobile marketing software application and Ytel are not messages sent peer-to-peer by a human; rather, they are automatic text messages sent *en masse* from the Drips application using Ytel's computerized automatic text messaging application to cellular telephone subscribers.

## CONCLUSIONS ABOUT THE YTEL MESSAGING SYSTEM SOFTWARE

45.     The entire process of how the text messages at issue are automatically transmitted can essentially be summarized as follows. First, the Ytel messaging software reads the list of uploaded telephone numbers from its database. Second, the preprogrammed message template content and long code addresses are automatically replicated for each telephone number on the list in order to create each individual text message to be sent *en masse* to cellular subscribers. Third, the software automatically converts each message into the proper format adhering to Ytel's messaging requirements and transmits this data package to the SMS aggregation software. The Drips mobile marketing application software communicates with, and incorporates, Ytel's API to automatically transmit the text message information to Ytel's computerized text messaging transmission platforms.

46.     Ytel's computer system receives the message information from the Drips mobile marketing application software and performs several further automatic tasks with that information. Ytel validates and verifies the outbound text message parameters, including the destination

telephone number formats. Ytel formats and configures the data into the standard SMPP protocol. Ytel verifies the telephone number and cellular carrier. And, Ytel transmits the text messages to each cellular carrier for delivery to each individual cellular telephone.

47.     In addition to these automated steps, Ytel automatically controls the pace, and thus the timing, of text message transmission, by first scheduling and then throttling the rate of transmission to ensure that the text message blast does not exceed predefined message throughput rates, typically dictated by the cellular carrier connectivity contracts.

48.     Thus, the actual dialing, or transmission, of the text messages, which is described above, and which includes the replication of the message content and long codes for each individual message, formatting of syntax, number validation, creation of the SMS communications protocol format, and actual transmission of the text messages to the carrier, requires no human action or intervention and is fully automated by the Ytel messaging software platform.

49.     The text messages automatically transmitted by Ytel via the Drips application are not messages sent peer-to-peer by a human; rather, they are automatic text messages sent *en masse* from the Drips application and Ytel's computerized automatic text messaging system to cellular telephone subscribers.

50.     The Ytel messaging software platform automatically dialed (sent messages to) cellular telephone numbers. Moreover, the Ytel messaging software platform dials numbers (sends messages) from a database of stored telephone numbers automatically.

51.     The stored message content was automatically replicated and used to create the text messages sent automatically and *en masse* to cellular subscribers. The predefined text, entered into the application, was certainly entered into the computer by humans at some point before the initiation of automatic text messaging blasts; however, the dialing of numbers to which the texts were directed, including the replication of this content, placement of the content into the body of

the appropriate mobile-terminated text messages, creation of the SMS communications protocol format and the transmission of the SMS messages that were sent *en masse* occurred in a completely and entirely automatic fashion.

52.    Therefore, it is my opinion, based on my knowledge, education, experience, expertise, training and review of the relevant documents and the facts described above, that the Ytel messaging software platform automatic dialing system is equipment which has the capacity to store or produce telephone numbers to be called, using a random or sequential number generator, and to dial such numbers and it is equipment which has the capacity to dial telephone numbers from a stored list of numbers automatically.

53.    Moreover, Drips engaged these functionalities in calling Plaintiff and putative Class members.

## YTEL'S PRERECORDED VOICE TECHNOLOGY SYSTEM

54.    Based on my review of the relevant materials and documentation provided to me in this case, Ytel was the technology company utilized by Drips to initiate calls using an artificial or prerecorded voice. Ytel provides automatic dialing and voice calling services to branded companies. (Exhibit C.)

55.    Drips markets and sells voice calling technology using Ytel's voice calling software platform.

56.    Ytel, a telecommunications software company, enables automatic dialing of voice calls and the ability to initiate calls using a prerecorded voice. Specifically, Ytel enables its users to create and run automatic dialing campaigns using its software platform. Ytel provides API software that enables its customers, such as Drips, to create applications for automatic dialing campaigns and initiate calls using a prerecorded voice. The API software provided by Ytel enables users to create their own automated prerecorded voice message broadcast applications. Using the

API commands, an application can repeatedly make calls using a prerecorded voice. (Exhibit D, p. 3, 4.) An automated outbound voice calling application can be developed such that when a person, voicemail system or answering machine answers the outbound call, an audio recording will automatically play. (Exhibit D, p. 5.)

57.     Alternatively, Ytel enables prerecorded voice message blasts to a stored list of telephone numbers directly via its online application portal. Through the online portal, an automated outbound voice message broadcast campaign using a prerecorded voice can be easily executed.

58.     To create a prerecorded voice message calling campaign, Ytel enables users to upload a contact list of telephone numbers, record and test voice messages, upload voice messages, associate voice messages to particular campaigns, and then execute those campaigns. (Exhibit E[8].)

59.     Therefore, it is my opinion that the Ytel system is equipment that initiates calls using an artificial or prerecorded voice.

## THE YTEL SOFTWARE TECHNOLOGY GENERATES NEW SEQUENTIAL AND RANDOM LISTS OF NUMBERS FOR AUTOMATIC TEXT AND VOICE MESSAGE CAMPAIGNS

60.     Ytel enables its customer clients to create and run various automatic text message and voice calling campaigns using its telecommunications software platform.

61.     The Ytel system enables automatic management, sorting, filtering and re-sequencing of telephone numbers to be automatically dialed, either for automatic text message campaigns or automatic voice calling campaigns, including voice message broadcast campaigns.

62.     These functions use programmatic rules to sort, filter, and reorder telephone numbers in contact lists for particular campaigns for many reasons. For example, a large list of numbers may

---

[8] https://intercom.help/Ytel_Help/how-to/ytel-contact-center-product-formerly-known-as-x5/contact-center-upload-audio

contain various area codes that represent nationwide numbers. It is sometimes undesirable or illegal to call telephone numbers at certain times of day or certain days of the week. In some cases, numbers are automatically removed from a contact list for a campaign because they are designated "do not call" ("DNC"). In some cases, for voice calling campaigns, calls not answered can be retried a specified number of times per day, and then only within specified time intervals.

63.     The Ytel system provides these functions, in particular, for automatic text message campaigns and automatic voice calling campaigns by specifying dialing rules and creating "state filters."

64.     In particular, for automatic voice message blast campaigns, the online portal application enables users to create dialing rules for previously uploaded contact lists. These dialing rules, for example, instruct the software to automatically sort telephone number contacts by time zone (sequentially) and then randomize those numbers. (Exhibit E, p.15.)

65.     State filters[9] (Exhibit F) can be created for telephone number contacts, for example, to instruct the software to automatically filter out contacts from an automatic dialing campaign that may contain a DNC[10] indication or any other value contained in the contact record. This function automatically sorts, filters, reorders, and re-sequences telephone numbers that have been defined for a campaign. Once properly processed, the telephone numbers are stored in a new and specially ordered sequence, based on the filtering rules. The automatic dialing system (text or voice call) automatically resequences the telephone numbers so they can be automatically dialed according to the programmatic rules.

66.     The Ytel system enables automatic management, sorting, filtering, re-sequencing,

---

[9] https://intercom.help/Ytel_Help/how-to/creating-state-filters
[10] https://intercom.help/Ytel_Help/how-to/ytel-contact-center-product-formerly-known-as-x5/contact-center-do-not-call-dnc

and randomization of telephone numbers to be automatically dialed.

67.    Therefore, it is my opinion that the Ytel system stores or produces telephone numbers to be called, using a random or sequential number generator, and then dials those numbers automatically.

## SUMMARY OF OPINIONS

68.    Ytel provides automated text messaging and voice calling services to branded companies.

69.    Drips utilized Ytel's automated text messaging and voice calling services to contact consumers.

70.    For text messages sent to cellular subscribers, personnel drafted and stored the textual character content of a given message template; but, that content was stored in the Drips mobile marketing application software and the Ytel messaging system software. This content was later multiplied automatically across hundreds or thousands of destination telephone numbers, which were then automatically transmitted to cellular subscribers via Ytel's messaging software, transmission, and aggregation system. For automatic text messages sent to cellular subscribers, the Ytel software automatically inserted the preprogrammed text content for the messages and transmitted them with no human involvement.

71.    The cellular telephone numbers to which text messages were sent were uploaded and stored in the Ytel messaging software database. These stored cellular telephone numbers enabled Ytel's software to transmit automated mobile-terminated text messages *en masse* to those cellular telephone numbers.

72.    The Ytel system enables automatic management, sorting, filtering, re-sequencing, and randomization of telephone numbers to be automatically dialed.

73.    Therefore, based on my knowledge, education, experience, expertise and training and

the facts described above, it is my opinion that the Drips mobile marketing application software, along with Ytel's messaging software and transmission system used to send the automated mobile text messages at issue in this case (1) had the capacity to store or produce telephone numbers to be called, using a random or sequential number generator, and dial those numbers, (2) had the capacity to, and did, store telephone numbers to be called, (3) dialed (sent messages to) telephone numbers from a stored list or database of numbers, and (4) automatically dialed (sent text messages to) those telephone numbers without human intervention.

74.     In addition, based on my knowledge, education, experience, expertise and training and the facts described above, the Ytel system is equipment that initiates calls using an artificial or prerecorded voice.

75.     My opinions in this Declaration are based upon extensive experience in the telecommunications industry, a detailed understanding of telecommunications systems, a detailed understanding of SMS technology, a detailed understanding of the commercial use of SMS technology, a detailed understanding of SMS mobile marketing technology and SMS aggregator technology and operations, and a detailed understanding of call processing and automatic dialing systems. I hereby reserve the right to supplement or modify my opinions detailed in this Declaration to the extent that new information is made available through discovery or other means.

I declare that the foregoing is true and correct subject to the laws of perjury of the United States.

Executed in Las Vegas, Nevada, on this 7th day of December, 2018.

*Randall A. Snyder*

_____

Randall A. Snyder

# EXHIBIT A

## Randall A. Snyder
## Curriculum Vitae

## Professional Summary

Mr. Snyder has over 34 years of experience in telecommunications network and system architecture, engineering, design and technology. He has expertise in the fields of both wireline and wireless telecommunications networking technology. He has been retained as an expert witness in over 330 cases regarding telecommunications technology including over 290 Telephone Consumer Protection Act (TCPA) cases, patent and intellectual property cases, breach of contract cases and other areas of litigation regarding telecommunications network technology.

Mr. Snyder has taught many classes and seminars on both wireline and wireless telecommunication network technologies and has been a panelist and speaker at numerous conferences at the Institute of Electrical and Electronics Engineers (IEEE) and the Cellular Telecommunications and Internet Association (CTIA). He spent several years developing network technology standards within the American National Standards Institute (ANSI) and the Telecommunications Industry Association (TIA), providing technical contributions and authoring and editing telecommunications proposed standards documents. Most notably, ANSI-93, providing interconnection technology between wireline and wireless telecommunications networks.

Mr. Snyder is the co-author of the McGraw-Hill books "Mobile Telecommunications Networking with IS-41," and "Wireless Telecommunications Networking with ANSI-41, 2nd edition" published in 1997 and 2001, respectively. He holds 41 patents on telecommunications networking technology and has been hired as a consultant by the CTIA, as well as many wireline and wireless telecommunications companies, including Bell Laboratories, IBM, Google, McCaw Cellular, AirTouch, AirTouch International, AT&T Wireless, AT&T Mobility, Lucent, Nokia, Ericsson, Motorola, Samsung, Siemens, Nextwave, MCI, Daewoo, Globalstar, T-Mobile, Sprint, U.S. Cellular, Teleglobe Canada, Teledesic and others. He was also nominated in 2006 for a National Television Arts Emmy Award for Outstanding Achievement in Advanced Media Technology for unique wireless content distribution technology he designed while at Entriq, Inc.

## Subject Matter Expertise

- Wireless and cellular network systems
- Wireless and cellular network architectures
- Network interconnectivity
- GSM, UMTS, LTE and ANSI-41 (CDMA) standards and networks
- Location Based Services (LBS)
- Short Message Service (SMS)
- Multimedia Message Service (MMS)
- Wireless Application Protocol (WAP)

- Call Processing and Calling Features
- Billing Systems Support (BSS)
- Operations, Administration, Maintenance & Provisioning (OAM&P, OSS)
- Signaling System No. 7 (SS7)
- LTE Diameter Signaling
- Multifrequency Signaling
- Session Initiation Protocol (SIP)/VoIP
- Automatic Telephone Dialing Systems (ATDS)

**Randall A. Snyder**
**Curriculum Vitae**

## Notable Expert Witness Engagements

- Retained as Plaintiff's testifying expert witness in *Satterfield v. Simon & Schuster, Inc.* No. 07-16356, D.C. No. CV-06-02893-CW Opinion. Appeal from the United States District Court for the Northern District of California. Opinion remanded by the United States Court of Appeals for the Ninth Circuit. Personally cited in opinion by N.R. Smith, Circuit Judge, June 19, 2009.

  Result of expert opinion greatly expanded the TCPA and was followed by formal FCC Declaratory Rulings citing this case that text messages are calls as defined by the TCPA, and sending messages to a stored electronic list of telephone numbers falls within the definition of an Automatic Telephone Dialing System (ATDS).

- Retained as Plaintiff's testifying expert witness in *Gomez v. Campbell-Ewald Company*. No. 13-55486, D.C. No. 2:10-CV-02007-DMG-CW Opinion. Appeal from the United States District Court for the Central District of California. Opinion vacated by the United States Court of Appeals for the Ninth Circuit. Opinion by Fortunato P. Benavides, Circuit Judge. Filed September 19, 2014. Appellate court opinion upheld by the Supreme Court of the United States. Opinion by Justice Ginsburg, January 20, 2016.

- Retained by the Department of Justice Canada as Plaintiff's consulting expert in *Commissioner of Competition v. Rogers Communications Inc., Bell Canada, Telus Corporation and the Canadian Wireless Telecommunications Association*, Court File No. 12-55497. Defendants accused of deceptive and misleading marketing practices related to premium text messages leading to improper charging for multimedia content delivery using various mobile billing mechanisms. Case settled favorably for the Canada Competition Bureau in May, 2016.

- Retained by the U.S. Department of Justice as Defendant's testifying expert witness in *In re Inter Partes Review of U.S. Patent No. 7,693,938, U.S. Patent No. 8,103,719, Patent No. 8,438,212, Patent No. 8,438,221 and Patent No. 9,236,954*. Defendant accused of patent infringement in *CellCast Technologies, LLC v. The United States of America*, Case No. 1:15-cv-01307-VJW (Fed. Cl.).

- Retained by IBM de México as testifying expert witness in *IBM de México Comercialización y Servicios, S. de R.L. de C.V. adverse Iusacell, S.A. de C.V.*, ICC Case No. 19879/ASM. International $4B material breach of contract case under the International Chamber of Commerce International Court of Arbitration.

## Education

| Year | College or University | Degree |
|------|----------------------|--------|
| 1984 | Franklin and Marshall College | B.A., Mathematics (minor in Astronomy/Astrophysics) |

| Randall A. Snyder |
| Curriculum Vitae |

## Professional Experience

From:           January 2007
To:             Present
Organization:   Wireless Research Services, LLC; Las Vegas, NV
Title:          President and Founder
Summary:        Technology and expert witness consulting services. Areas of subject matter expertise include mobile and cellular networking, 2G, 2.5G, 3G, LTE, GSM, ANSI-41, LBS, SMS, MMS, WAP, SS7, Diameter Signaling, Automatic Telephone Dialing Systems (ATDS) and mobile multimedia systems. With this expertise, primary consulting is in the area of system and product analysis, architecture, design, development, management and marketing as well as patent preparation and development, expert reports, expert testimony and litigation support. Particular areas of expert witness experience include patent litigation and the Telephone Consumer Protection Act (TCPA).

From:           September 2007
To:             August 2010
Organization:   Finsphere Corporation; Bellevue, WA (acquired by Visa)
Title:          Vice President Wireless Engineering and Product Management
Summary:        Was among the first handful of employees at Finsphere prior to Series A funding. As vice president of product management and wireless engineering and a member of the executive management team, was responsible for product management activities and wireless technology solutions for Finsphere's products. These products encompassed mobile location based software-as-a-service (SaaS) products offered primarily to financial institutions and banks. Responsibilities included product requirements and system functionality, strategic planning, R&D of new technologies, wireless network interconnectivity as well as wireless technology for Finsphere's products. Was also responsible for market strategies, white papers and development and management of intellectual property and patent applications.

From:           May 2004
To:             April 2007
Organization:   Entriq, Inc.; Carlsbad, CA
Title:          Vice President Product Management
Summary:        Was responsible for the entire product management team and system architecture for Entriq's products and services. Products encompassed mobile and broadband pay media applications (specializing in video), digital rights management (DRM) and security solutions, e-commerce and m-commerce systems as well as ad management and delivery solutions for both broadband and mobile media services. Responsibilities also included network and protocol analysis, market analysis, evaluation of third-party software and services, all vendor contract negotiations, RFP responses and overall administrative responsibility for the entire product line. Was responsible for directing

<div align="center">

**Randall A. Snyder**
**Curriculum Vitae**

</div>

and managing the technical writing department producing all user documentation associated with the products. Was nominated for a National Television Arts and Sciences Emmy Award for Outstanding Achievement in Advanced Media Technology for unique mobile technology designed, developed and commercially deployed as part of Entriq's solution.

| | |
|---|---|
| From: | February 2002 |
| To: | November 2003 |
| Organization: | m-Qube, Inc. (acquired by Verisign); Boston, MA |
| Title: | Founder, Vice President Product Management and Carrier Marketing |
| Summary: | Was responsible for the entire product management and carrier marketing teams, member of the executive management team and one of the founders. Was responsible for all product management, system engineering and product strategy for all business conducted with the wireless industry and carriers. Was in charge of the market strategy and wireless network architecture for m-Qube's mobile marketing service, a value-added service offering mobile marketing solutions to wireless carriers using short message services (SMS) for GSM and CDMA networks. The service architecture enabled branded companies to deploy promotional marketing and messaging campaign dialogs with mobile subscribers via SMS. The network architecture required definition and design of all aspects of the overall network including SMS technology, interconnectivity to the wireless carriers, signaling, traffic management, market requirements for features and services, network equipment specifications and OA&M. |

| | |
|---|---|
| From: | April 2001 |
| To: | February 2002 |
| Organization: | Bitfone Corporation; Mountain View, CA |
| Title: | Vice President Product Management and Marketing |
| Summary: | Was responsible for the entire product management team and all of the company's product definitions, strategies and positioning. Had direct responsibility for market and product requirements, market research, competitive analysis, product strategy and sales strategy. Bitfone's products included the iBroker, a mobile Internet technology infrastructure platform to enhance WAP, MMS, mobile e-mail and wireless messaging. Was also responsible for the mProve product (obtained via merger with Digital Transit, Inc.) providing over-the-air firmware and software update technology to mobile devices. |

| | |
|---|---|
| From: | November 2000 |
| To: | April 2001 |
| Organization: | Openwave Systems (via merger of Phone.com and Software.com); Redwood City, CA |
| Title: | Executive Director Emerging Technologies |
| Summary: | Was responsible for new 3G technologies and providing market and product plans for those technologies for the entire product line. Primary responsibility for the 3GPP Multimedia Messaging Service (MMS), collecting market requirements from customers, developing corporate strategy for MMS and preparing the organization for |

> ### Randall A. Snyder
> ### Curriculum Vitae

additional development of the product. In addition, taught wireless technology classes to the different departments at Openwave and educated them on wireless service provider strategies and network technologies.

| | |
|---|---|
| From: | March 2000 |
| To: | November 2000 |
| Organization: | @Mobile and Software.com (via acquisition); Santa Barbara, CA |
| Title: | Director Wireless Product Management |
| Summary: | Was responsible for the product managers and for all of the wireless internet infrastructure products. Responsibilities included the overall market and product strategy for Software.com's wireless e-mail, short message service, instant messaging and unified messaging products. Was responsible for the overall revenues generated from these products based on detailed product plans and internal organizational planning. Much of his time was spent working with the executive management team and the sales directors on corporate market strategy. |

| | |
|---|---|
| From: | December 1999 |
| To: | March 2000 |
| Organization: | FreeSpace Communications, Inc.; Palo Alto, CA |
| Title: | Consulting Network Systems Engineer |
| Summary: | Was responsible for the complete design of the backbone network architecture for a new broadband fixed wireless data network. This new architecture incorporated DSL as the backbone network technology. The network architecture required definition and design of all aspects of the overall network plan including DSL technology, IP technology, ATM technology, interconnectivity to the PSTN, operations signaling, traffic engineering, market requirements for network features and services, network equipment specifications and OA&M. |

| | |
|---|---|
| From: | April 1992 |
| To: | December 1999 |
| Organization: | Synacom Technology, Inc.; San Jose, CA |
| Title: | Executive Director Product Marketing and Management |
| Summary: | |

1998 – 1999    Executive Director Product Marketing and Management

- Responsible for managing the entire product management and marketing department of Synacom Technology, including market research and planning, product management and market communications. Lead the entire design, definition and product direction of all aspects of Synacom's products.

1997 – 1998    Director Systems Engineering

- Responsible for coordinating and managing the overall functional and requirements specifications for all Synacom's products as well as the detailed test

plans used for alpha system testing of those products. Also responsible for directing and managing the technical writing department producing all of the user documentation associated with all of the products. Provided the primary sales engineering support for sales and marketing and was involved in nearly every aspect of the product lifecycle.

1996 – 1997

Director Consulting Services and Principal Engineer

- Responsible for obtaining, coordinating and managing all technical consulting projects performed by the company. These projects included wireless network architecture and design for both IS-41 and GSM networks for dozens of client companies (carriers and equipment manufacturers). In this role, continued as a member of both the ANSI/TIA TR45.2 Subcommittee for cellular radio intersystem operations standards and the ANSI/TIA TR46 Committee for 1900 MHz GSM PCS standards. Major contributor to TR46 in the area of GSM-to-IS-41 network interworking. Also authored, edited and published TIA standard specification IS-93 for cellular network interconnections to the PSTN and ISDN.

1992 – 1996

Principal Engineer

- Consulted for McCaw Cellular, AT&T Wireless, AirTouch Cellular, AirTouch Satellite Services, Globalstar, Nokia, MCI, Sprint PCS, XYPoint, NextWave, NewNet American Personal Communications, CTIA and several other national and international wireless telecommunications companies.

- Wrote wireless network design and analysis papers including HLR specifications, Authentication Center specifications, PCS network design, short message service (SMS) design, intelligent network applications of wireless technology and in-house expert in signaling protocols. Extensive experience with Signaling System No. 7, including both protocol implementation and design. Authored the Standard Requirements Document for the SS7-based A-interface between the base station and MSC used throughout the TIA. Also involved in the design of the Bellcore WACS/PACS technology, digital cellular network service and feature descriptions, SCPs and HLRs. Extensive experience developing the architecture and design of distributed intelligent networks including, SS7, cellular, PCS, AIN and WIN networks. Key member of the original Cellular Digital Packet Data (CDPD) architecture and design team. Designed the CDPD air interface protocol emulator developed and marketed by AirLink Communications, Inc.

From:         December 1990
To:           April 1992
Organization: AT&T Bell Laboratories; Whippany, NJ
Title:        Consulting Member of the Technical Staff
Summary:      Evaluated wireless technology services for the Wireless Systems Architecture group. Also participated as a system engineer on the design of the Global System for Mobile (GSM) communication architecture and a software engineer developing the base station controller (BSC) for GSM. Also responsible for planning, coordinating, designing and testing the SS7 protocol software for the GSM A-interface between the BSC, MSC and operations and maintenance center (OMC). High-level and detailed

> **Randall A. Snyder**
> **Curriculum Vitae**

design specifications were developed to coordinate the protocol testing between two remote laboratories. Provided the traffic analysis and traffic engineering of call traffic for the BSC. Specifically designed and developed the dynamic traffic overload control subsystem for the BSC. Presentations were given to technical staffs at multiple Bell Laboratories facilities supporting this work.

| | |
|---|---|
| From: | May 1987 |
| To: | December 1990 |
| Organization: | DGM&S, Inc.; Mt. Laurel, NJ |
| Title: | Senior Staff Consultant |
| Summary: | Responsible for the design, development and test coordination of an advanced intelligent network applications platform for a service control point (SCP). Also spent several years as a consulting software engineer for Siemens AG, developing and testing SS7 and call control software for the EWSD digital switching system for international as well as U.S. national network implementations. This work involved extensive travel to both Frankfurt and Munich, Germany for software system design and testing. Also involved in the concept, design and technical marketing of proprietary enabling technology software products for SS7 and ISDN. |

| | |
|---|---|
| From: | May 1986 |
| To: | May 1987 |
| Organization: | ADP, Inc.; Mt. Laurel, NJ |
| Title: | Senior Software Engineer and Analyst |
| Summary: | Responsible for the design and development of data communications and real time database application software for a host data center that provided real time financial information to large brokerage houses. Data communication protocol expertise in HDLC, RS-232 and IBM BiSync. |

| | |
|---|---|
| From: | June 1984 |
| To: | May 1986 |
| Organization: | C3, Inc.; Cape May, NJ |
| Title: | Consulting Systems Analyst and Software Engineer |
| Summary: | Civilian consulting systems analyst and engineer to the U.S. Coast Guard Electronics Engineering Center (EECEN) for C3, Inc. Developed sophisticated database software for shipboard use including inventory and law enforcement applications. The work included the follow-through of the entire project lifecycle including writing of requirements, functional, design and program specifications, coding, debugging, alpha and beta testing, release, shipboard installation and continuing technical support of the product. Received a personal commendation from Admiral W.F. Merlin, Chief, Office of Command, Control and Communications, for successful efforts on these projects. |

| Randall A. Snyder |
| Curriculum Vitae |

---

## Professional Affiliations, Achievements & Awards

- Personal commendation from Admiral W.F. Merlin, Chief, Office of Command, Control and Communications, USCG (1986)
- Nominated, Technology and Engineering Emmy Award for Outstanding Achievement in Advanced Media Technology, 2006

## Patents, Publications & Citations

### Issued Patents

| Patent | Date | Description |
|--------|------|-------------|
| US 10,117,291 | 10/30/2018 | Wireless Messaging Address System and Method |
| US 9,838,872 | 12/5/2017 | Systems and Method for Mobile Identity Protection for Online User Authentication |
| US 9,818,121 | 11/14/2017 | Mobile Communications Message Verification of Financial Transactions |
| US 9,736,662 | 8/15/2017 | Mobile Messaging Short Code Translation and Routing System and Method |
| US 9,679,312 | 6/13/2017 | System and Method to Initiate a Mobile Data Communication Utilizing a Trigger System |
| US 9,603,023 | 3/21/2017 | System and Method for Identity Protection Using Mobile Device Signaling Network Derived Location Pattern Recognition |
| US 9,456,348 | 9/27/2016 | System and Method for Automated Analysis Comparing a Wireless Device Location with Another Geographic Location |
| US 9,432,845 | 8/30/2016 | System and Method for Automated Analysis Comparing a Wireless Device Location with Another Geographic Location |
| US 9,420,448 | 8/16/2016 | System and Method for Determining and Delivering Appropriate Multimedia Content to Data Communication Devices |
| US 9,313,628 | 4/12/2016 | System and Method for Determining and Delivering Appropriate Multimedia Content to Data Communication Devices |
| US 9,185,123 | 11/10/2015 | Systems and Method for Mobile Identity Protection for Online User Authentication |
| US 9,154,952 | 10/6/2015 | Systems and Methods for Authenticating a User of a Computer Application, Network, or Device Using a Wireless Device |
| US 9,092,803 | 7/28/2015 | System and Method to Initiate a Mobile Data Communication Utilizing a Trigger System |
| US 8,954,102 | 2/10/2015 | System and Method for Determining and Delivering Appropriate Multimedia Content to Data Communication |

|  |  |  |
|---|---|---|
|  |  | Devices |
| US 8,938,215 | 1/20/2015 | System and Method to Initiate a Mobile Data Communication Utilizing a Trigger System |
| US 8,923,902 | 12/30/2014 | Mobile Messaging Short Code Translation and Routing System and Method |
| US 8,839,394 | 9/16/2014 | Systems and Methods for Authenticating a User of a Computer Application, Network, or Device Using a Wireless Device |
| US 8,831,564 | 9/9/2014 | System and Method for Mobile Identity Protection Using Mobile Device Signaling Network Derived Location Pattern Recognition |
| US 8,819,141 | 8/26/2014 | Centralized Mobile and Wireless Messaging Opt-out Registry System and Method |
| US 8,761,732 | 6/24/2014 | System and Method to Initiate a Mobile Data Communication Utilizing a Trigger System |
| US 8,670,753 | 3/11/2014 | System and Method for Determining and Delivering Appropriate Multimedia Content to Data Communication Devices |
| Israel 200949 | 1/10/2014 | System and Method for Automated Analysis Comparing a Wireless Device Location with Another Geographic Location |
| Mexico 308720 B | 12/4/2013 | Sistema y Metodo para el Analisis Automatizado que Compara una Ubicacion del Dispositivo Inalambrico con Otra Ubicacion Geografica |
| US 8,588,748 | 11/19/2013 | System and Method for Mobile Identity Protection of a User of Multiple Computer Applications, Networks or Devices |
| US 8,437,784 | 5/7/2013 | System and Method to Initiate a Mobile Data Communication Utilizing a Trigger System |
| US 8,374,634 | 2/12/2013 | System and Method for Automated Analysis Comparing a Wireless Device Location with Another Geographic Location |
| US 8,280,348 | 10/2/2012 | System and Method for Mobile Identity Protection Using Mobile Device Signaling Network Derived Location Pattern Recognition |
| US 8,155,677 | 4/10/2012 | Mobile Messaging Short Code Translation and Routing System and Method |
| New Zealand 580499 | 8/31/2012 | System and Method for Automated Analysis Comparing a Wireless Device Location with Another Geographic Location |
| US 8,131,262 | 3/6/2010 | System and Method to Initiate a Mobile Data Communication Utilizing a Trigger System |
| US 8,116,731 | 2/14/2012 | System and Method for Mobile Identity Protection of a User of Multiple Computer Applications, Networks or Devices |
| Australia 2008/115299 | 2/9/2012 | System and Method for Automated Analysis Comparing a Wireless Device Location with Another Geographic Location |
| S. Africa 2009/06947 | 1/26/2011 | System and Method for Automated Analysis Comparing a Wireless Device Location with Another Geographic Location |
| US 7,792,518 | 9/7/2010 | System and Method to Initiate a Mobile Data Communication Utilizing a Trigger System |
| US 7,403,788 | 7/22/2008 | System and Method to Initiate a Mobile Data Communication Utilizing a Trigger System |

| | | |
|---|---|---|
| **Randall A. Snyder** | | |
| **Curriculum Vitae** | | |

| | | |
|---|---|---|
| US 6,128,389 | 10/3/2000 | Authentication Key Management System and Method |
| US 5,970,144 | 10/19/1999 | Secure Authentication-Key Management System and Method for Mobile Communications |
| US 5,850,445 | 12/15/1998 | Authentication Key Management System and Method |
| US 5,799,084 | 8/25/1998 | System and Method for Authenticating Cellular Telephonic Communication |

## Publications

1. What Workers Want from Wireless by Randall A. Snyder; April 15, 2004. America's Network, Advanstar Communications, Santa Ana, California USA.

2. Snyder, Randall A. and Gallagher, Michael D. Wireless Telecommunications Networking with ANSI-41 Second Edition; McGraw-Hill, New York, NY USA; © Copyright 2001 Randall A. Snyder and Michael D. Gallagher. *Foreword by Tom Wheeler, former Chairman, Federal Communications Commission.*

3. Forecasting SS7 Traffic by Randall A. Snyder; November 1, 2000. Wireless Review, Volume 17, Number 21, Intertec Publishing, Overland Park, KS USA.

4. Gallagher, Michael D. and Snyder, Randall A. Mobile Telecommunications Networking with IS-41; McGraw-Hill, New York, NY USA; © Copyright 1997 Michael D. Gallagher and Randall A. Snyder.

5. IS-41/GSM Interoperability by Randy Snyder; December, 1995, Cellular Networking Perspectives, Cellular Networking Perspectives, LTD, Calgary, Alberta, Canada.

## Citations

1. Commendation from Admiral W.F. Merlin, Chief, Office of Command, Control and Communications, USCG (1986).

2. Method and Apparatus for Routing Short Messages, US Patent #6308075, Issued October 23, 2001.

3. Mediation Software for Delivery of Interactive Mobile Messaging and Personalized Content to Mobile Devices. Patent Application # 20020120779, August 29, 2002.

4. Automatic In-Line Messaging System, US Patent #6718178, Issued April 6, 2004.

5. Method and System for Wireless Instant Messaging, US Patent #7058036, Issued June 6, 2006.

6. United States Court of Appeals for the Ninth Circuit. Satterfield v. Simon & Schuster, Inc. No. 07-16356, D.C. No. CV-06-02893-CW Opinion. Appeal from the United States District Court for the Northern District of California. Opinion by N.R. Smith, Circuit Judge. Filed June 19, 2009.

<div align="center">

**Randall A. Snyder**
**Curriculum Vitae**

</div>

## Litigation Support Experience

*Expert Engagement:*

| | |
|---|---|
| Type of Matter: | Telephone Consumer Protection Act (TCPA), 47 U.S.C. § 227 related to unlawful cellular telephone calls |
| Law Firm: | Morgan & Morgan, P.A. |
| Case Name: | Dixon v. Conn Appliances, Inc. |
| Services Provided: | Testifying expert, expert report for plaintiff |
| Disposition: | Ongoing |
| Date: | 2018 |

*Expert Engagement:*

| | |
|---|---|
| Type of Matter: | Telephone Consumer Protection Act (TCPA), 47 U.S.C. § 227 class action related to unlawful cellular telephone calls |
| Law Firm: | Hiraldo P.A. |
| Case Name: | Pagano v. Quicken Loans Inc. |
| Services Provided: | Testifying expert, expert report for plaintiff |
| Disposition: | Ongoing |
| Date: | 2018 |

*Expert Engagement:*

| | |
|---|---|
| Type of Matter: | Telephone Consumer Protection Act (TCPA), 47 U.S.C. § 227 related to unlawful cellular telephone calls |
| Law Firm: | Morgan & Morgan, P.A. |
| Case Name: | Boyd v. Conn Appliances, Inc. |
| Services Provided: | Testifying expert, expert report for plaintiff |
| Disposition: | Ongoing |
| Date: | 2018 |

*Expert Engagement:*

| | |
|---|---|
| Type of Matter: | Telephone Consumer Protection Act (TCPA), 47 U.S.C. § 227 class action related to short message service (SMS) technology |
| Law Firm: | Butsch Roberts & Associates, LLC |
| Case Name: | Gould v. Farmers Insurance Exchange, et al. |
| Services Provided: | Testifying expert, expert report for plaintiff |
| Disposition: | Ongoing |
| Date: | 2018 |

*Expert Engagement:*

| | |
|---|---|
| Type of Matter: | Telephone Consumer Protection Act (TCPA), 47 U.S.C. § 227 class action related to short message service (SMS) technology |
| Law Firm: | Hiraldo P.A. |
| Case Name: | Eisenband v. Pine Belt Automotive, Inc. |
| Services Provided: | Testifying expert, expert report for plaintiff |
| Disposition: | Ongoing |

---

## Randall A. Snyder
## Curriculum Vitae

---

Date:                    2018

*Expert Engagement:*

| | |
|---|---|
| Type of Matter: | Telephone Consumer Protection Act (TCPA), 47 U.S.C. § 227 class action related to short message service (SMS) technology |
| Law Firm: | Zemel Law, LLC |
| Case Name: | Schleiffer v. Lexus of Manhattan |
| Services Provided: | Testifying expert, expert report for plaintiff |
| Disposition: | Ongoing |
| Date: | 2018 |

*Expert Engagement:*

| | |
|---|---|
| Type of Matter: | Telephone Consumer Protection Act (TCPA), 47 U.S.C. § 227 class action related to short message service (SMS) technology |
| Law Firm: | Broderick & Paronich, P.C. |
| Case Name: | Clough v. Revenue Frontier LLC, et al. |
| Services Provided: | Testifying expert, expert report for plaintiff |
| Disposition: | Ongoing |
| Date: | 2018 |

*Expert Engagement:*

| | |
|---|---|
| Type of Matter: | Telephone Consumer Protection Act (TCPA), 47 U.S.C. § 227 class action related to unlawful cellular telephone calls |
| Law Firm: | Broderick & Paronich, P.C. |
| Case Name: | Berman v. Freedom Financial Network, LLC |
| Services Provided: | Testifying expert, expert report for plaintiff |
| Disposition: | Ongoing |
| Date: | 2018 |

*Expert Engagement:*

| | |
|---|---|
| Type of Matter: | Telephone Consumer Protection Act (TCPA), 47 U.S.C. § 227 related to unlawful cellular telephone calls |
| Law Firm: | Law Offices of Jeffrey Lohman |
| Case Name: | Johnson v. Navient Solutions, Inc. |
| Services Provided: | Testifying expert, expert report for plaintiff |
| Disposition: | Ongoing |
| Date: | 2018 |

*Expert Engagement:*

| | |
|---|---|
| Type of Matter: | Telephone Consumer Protection Act (TCPA), 47 U.S.C. § 227 class action related to short message service (SMS) technology |
| Law Firm: | Edelsberg Law, PA |
| Case Name: | Poririer v. CubaMax Travel Inc. |
| Services Provided: | Testifying expert, expert report for plaintiff |
| Disposition: | Ongoing |
| Date: | 2018 |

> **Randall A. Snyder**
> **Curriculum Vitae**

*Expert Engagement:*

| | |
|---|---|
| Type of Matter: | Telephone Consumer Protection Act (TCPA), 47 U.S.C. § 227 related to unlawful cellular telephone calls |
| Law Firm: | Law Offices of Jeffrey Lohman |
| Case Name: | White, et al. v. Navient Solutions, LLC |
| Services Provided: | Testifying expert, expert report for plaintiff |
| Disposition: | Ongoing |
| Date: | 2018 |

*Expert Engagement:*

| | |
|---|---|
| Type of Matter: | Telephone Consumer Protection Act (TCPA), 47 U.S.C. § 227 class action related to unlawful cellular telephone calls |
| Law Firm: | Patterson Law Group, APC |
| Case Name: | Trenz, et al. v. On-line Administrators, Inc., et al. |
| Services Provided: | Testifying expert, expert report for plaintiff |
| Disposition: | Ongoing |
| Date: | 2018 |

*Expert Engagement:*

| | |
|---|---|
| Type of Matter: | Telephone Consumer Protection Act (TCPA), 47 U.S.C. § 227 related to unlawful cellular telephone calls |
| Law Firm: | Davis Law Firm PLLC |
| Case Name: | Hiebert v. World Omni Financial Corp. |
| Services Provided: | Testifying expert, expert report, deposition for plaintiff |
| Disposition: | Ongoing |
| Date: | 2018 |

*Expert Engagement:*

| | |
|---|---|
| Type of Matter: | Telephone Consumer Protection Act (TCPA), 47 U.S.C. § 227 class action related to unlawful cellular telephone calls |
| Law Firm: | Broderick & Paronich, P.C. |
| Case Name: | Abante Rooter and Plumbing, Inc. v. Oh Insurance Agency, et al. |
| Services Provided: | Testifying expert, expert report for plaintiff |
| Disposition: | Ongoing |
| Date: | 2018 |

*Expert Engagement:*

| | |
|---|---|
| Type of Matter: | Telephone Consumer Protection Act (TCPA), 47 U.S.C. § 227 class action related to unlawful cellular telephone calls |
| Law Firm: | Bursor & Fisher, P.A. |
| Case Name: | Beets v. Molina Healthcare, Inc. |
| Services Provided: | Testifying expert, expert report for plaintiff |
| Disposition: | Ongoing |
| Date: | 2018 |

*Expert Engagement:*

| | |
|---|---|
| **Randall A. Snyder** | |
| **Curriculum Vitae** | |

Type of Matter:      Telephone Consumer Protection Act (TCPA), 47 U.S.C. § 227 class action
                     related to short message service (SMS) technology
Law Firm:            Zebersky Payne LLP
Case Name:           Silverman v. Move, Inc. et al.
Services Provided:   Testifying expert, expert report for plaintiff
Disposition:         Ongoing
Date:                2018

*Expert Engagement:*

Type of Matter:      Telephone Consumer Protection Act (TCPA), 47 U.S.C. § 227 related to
                     unlawful cellular telephone calls
Law Firm:            Price Law Group
Case Name:           Smith, G. v. Navient Solutions, Inc.
Services Provided:   Testifying expert, expert report for plaintiff
Disposition:         Ongoing
Date:                2018

*Expert Engagement:*

Type of Matter:      Telephone Consumer Protection Act (TCPA), 47 U.S.C. § 227 related to
                     unlawful cellular telephone calls
Law Firm:            Law Offices of Jeffrey Lohman
Case Name:           Huddy v. USAA Federal Savings Bank
Services Provided:   Testifying expert, expert report for plaintiff
Disposition:         Ongoing
Date:                2018

*Expert Engagement:*

Type of Matter:      Telephone Consumer Protection Act (TCPA), 47 U.S.C. § 227 class action
                     related to unlawful cellular telephone calls
Law Firm:            Law Offices of Stefan Coleman, P.A.
Case Name:           Nicholson v. REI Energy LLC
Services Provided:   Testifying expert, expert report for plaintiff
Disposition:         Ongoing
Date:                2018

*Expert Engagement:*

Type of Matter:      Telephone Consumer Protection Act (TCPA), 47 U.S.C. § 227 class action
                     related to unlawful cellular telephone calls
Law Firm:            Hiraldo P.A.
Case Name:           Papa v. Grieco Ford Fort Lauderdale, LLC
Services Provided:   Testifying expert, expert report for plaintiff
Disposition:         Settled
Date:                2018

*Expert Engagement:*

Type of Matter:      Telephone Consumer Protection Act (TCPA), 47 U.S.C. § 227 related to
                     unlawful cellular telephone calls

Law Firm:            The Consumer Rights Law Group, PLLC
Case Name:           Denova v. Ocwen Loan Servicing, LLC
Services Provided:   Testifying expert, expert report, deposition for plaintiff
Disposition:         Ongoing
Date:                2018

*Expert Engagement:*

Type of Matter:      Telephone Consumer Protection Act (TCPA), 47 U.S.C. § 227 class action
                     related to short message service (SMS) technology
Law Firm:            Cohen & Malad, LLP
Case Name:           Katz v. Judicial Crisis Network
Services Provided:   Testifying expert, expert report for plaintiff
Disposition:         Ongoing
Date:                2018

*Expert Engagement:*

Type of Matter:      Telephone Consumer Protection Act (TCPA), 47 U.S.C. § 227 class action
                     related to unlawful cellular telephone calls
Law Firm:            Girard Gibbs, LLP
Case Name:           Pieterson, et al. v. Wells Fargo Bank, N.A.
Services Provided:   Testifying expert, expert report, deposition for plaintiff
Disposition:         Ongoing
Date:                2018

*Expert Engagement:*

Type of Matter:      Telephone Consumer Protection Act (TCPA), 47 U.S.C. § 227 class action
                     related to unlawful cellular telephone calls
Law Firm:            Lieff Cabraser Heimann & Bernstein, LLP
Case Name:           Pine v. A Place for Mom, Inc.
Services Provided:   Testifying expert, expert report for plaintiff
Disposition:         Ongoing
Date:                2018

*Expert Engagement:*

Type of Matter:      Telephone Consumer Protection Act (TCPA), 47 U.S.C. § 227 class action
                     related to short message service (SMS) technology
Law Firm:            Hiraldo P.A.
Case Name:           Powell v. YouFit Health Clubs, LLC
Services Provided:   Testifying expert, expert report for plaintiff
Disposition:         Ongoing
Date:                2018

*Expert Engagement:*

Type of Matter:      Telephone Consumer Protection Act (TCPA), 47 U.S.C. § 227 class action
                     related to unlawful cellular telephone calls
Law Firm:            McGuire Law, P.C.
Case Name:           Garcia v. Target Corporation

<div align="center">

**Randall A. Snyder**
**Curriculum Vitae**

</div>

Services Provided:     Testifying expert, expert report, deposition for plaintiff
Disposition:           Ongoing
Date:                  2018

*Expert Engagement:*
Type of Matter:        Telephone Consumer Protection Act (TCPA), 47 U.S.C. § 227 related to
                       unlawful cellular telephone calls
Law Firm:              Sulaiman Law Group, Ltd.
Case Name:             Salah v. Synchrony Bank
Services Provided:     Testifying expert, expert report for plaintiff
Disposition:           Settled
Date:                  2018

*Expert Engagement:*
Type of Matter:        Telephone Consumer Protection Act (TCPA), 47 U.S.C. § 227 related to
                       unlawful cellular telephone calls
Law Firm:              Hughes Ellzey, LLP
Case Name:             Miller v. Conn Appliances, Inc.
Services Provided:     Testifying expert, expert report for plaintiff
Disposition:           Ongoing
Date:                  2018

*Expert Engagement:*
Type of Matter:        Telephone Consumer Protection Act (TCPA), 47 U.S.C. § 227 related to
                       unlawful cellular telephone calls
Law Firm:              Hughes Ellzey, LLP
Case Name:             Flowers v. Conn Appliances, Inc.
Services Provided:     Testifying expert, expert report for plaintiff
Disposition:           Ongoing
Date:                  2018

*Expert Engagement:*
Type of Matter:        Telephone Consumer Protection Act (TCPA), 47 U.S.C. § 227 related to
                       unlawful cellular telephone calls
Law Firm:              Hughes Ellzey, LLP
Case Name:             Vickrey v. Conn Appliances, Inc.
Services Provided:     Testifying expert, expert report for plaintiff
Disposition:           Ongoing
Date:                  2018

*Expert Engagement:*
Type of Matter:        Telephone Consumer Protection Act (TCPA), 47 U.S.C. § 227 class action
                       related to unlawful cellular telephone calls
Law Firm:              Bursor & Fisher, P.A.
Case Name:             Revitch v. Citibank, N.A.
Services Provided:     Testifying expert, expert report for plaintiff
Disposition:           Ongoing

| Randall A. Snyder |
| Curriculum Vitae |

Date:                    2018

*Expert Engagement:*
Type of Matter:          Telephone Consumer Protection Act (TCPA), 47 U.S.C. § 227 related to
                         unlawful cellular telephone calls
Law Firm:                Hughes Ellzey, LLP
Case Name:               Gipson v. Conn Appliances, Inc.
Services Provided:       Testifying expert, expert report for plaintiff
Disposition:             Ongoing
Date:                    2018

*Expert Engagement:*
Type of Matter:          Telephone Consumer Protection Act (TCPA), 47 U.S.C. § 227 related to
                         unlawful cellular telephone calls
Law Firm:                Krohn & Moss, Ltd.
Case Name:               McNeil v. Synchrony Bank
Services Provided:       Testifying expert, expert report for plaintiff
Disposition:             Ongoing
Date:                    2018

*Expert Engagement:*
Type of Matter:          Telephone Consumer Protection Act (TCPA), 47 U.S.C. § 227 related to
                         unlawful cellular telephone calls
Law Firm:                Hughes Ellzey, LLP
Case Name:               Hargis v. Conn Appliances, Inc.
Services Provided:       Testifying expert, expert report for plaintiff
Disposition:             Ongoing
Date:                    2018

*Expert Engagement:*
Type of Matter:          Telephone Consumer Protection Act (TCPA), 47 U.S.C. § 227 related to
                         unlawful cellular telephone calls
Law Firm:                Krohn & Moss, Ltd.
Case Name:               Long v. Synchrony Bank
Services Provided:       Testifying expert, expert report for plaintiff
Disposition:             Ongoing
Date:                    2018

*Expert Engagement:*
Type of Matter:          Telephone Consumer Protection Act (TCPA), 47 U.S.C. § 227 related to
                         unlawful cellular telephone calls
Law Firm:                Hughes Ellzey, LLP
Case Name:               Leon v. Conn Appliances, Inc.
Services Provided:       Testifying expert, expert report for plaintiff
Disposition:             Ongoing
Date:                    2018

## Randall A. Snyder
## Curriculum Vitae

*Expert Engagement:*

| | |
|---|---|
| Type of Matter: | Telephone Consumer Protection Act (TCPA), 47 U.S.C. § 227 related to unlawful cellular telephone calls |
| Law Firm: | Law Offices of Jeffrey Lohman |
| Case Name: | Stephens v. Conn Appliances, Inc. |
| Services Provided: | Testifying expert, expert report for plaintiff |
| Disposition: | Ongoing |
| Date: | 2018 |

*Expert Engagement:*

| | |
|---|---|
| Type of Matter: | Telephone Consumer Protection Act (TCPA), 47 U.S.C. § 227 related to unlawful cellular telephone calls |
| Law Firm: | Krohn & Moss, Ltd. |
| Case Name: | Thompson-Harbach v. USAA Federal Savings Bank |
| Services Provided: | Testifying expert, expert report, deposition for plaintiff |
| Disposition: | Ongoing |
| Date: | 2018 |

*Expert Engagement:*

| | |
|---|---|
| Type of Matter: | Telephone Consumer Protection Act (TCPA), 47 U.S.C. § 227 related to unlawful cellular telephone calls |
| Law Firm: | Kuhn Raslavich, P.A. |
| Case Name: | Kuhn v. Diversified Consultants, Inc. |
| Services Provided: | Testifying expert, expert report for plaintiff |
| Disposition: | Ongoing |
| Date: | 2018 |

*Expert Engagement:*

| | |
|---|---|
| Type of Matter: | Telephone Consumer Protection Act (TCPA), 47 U.S.C. § 227 related to unlawful cellular telephone calls |
| Law Firm: | Krohn & Moss, Ltd. |
| Case Name: | Riazi v. Ally Financial Inc. |
| Services Provided: | Testifying expert, expert report, deposition for plaintiff |
| Disposition: | Ongoing |
| Date: | 2018 |

*Expert Engagement:*

| | |
|---|---|
| Type of Matter: | Telephone Consumer Protection Act (TCPA), 47 U.S.C. § 227 related to unlawful cellular telephone calls |
| Law Firm: | Lemberg & Associates LLC |
| Case Name: | Devrouax v. Conn Appliances, Inc. |
| Services Provided: | Testifying expert, expert report for plaintiff |
| Disposition: | Ongoing |
| Date: | 2018 |

*Expert Engagement:*

| Randall A. Snyder |
| Curriculum Vitae |

Type of Matter:         Telephone Consumer Protection Act (TCPA), 47 U.S.C. § 227 related to
                        unlawful cellular telephone calls
Law Firm:               Lemberg & Associates LLC
Case Name:              Thorn v. Conn Appliances, Inc.
Services Provided:      Testifying expert, expert report for plaintiff
Disposition:            Ongoing
Date:                   2018

*Expert Engagement:*
Type of Matter:         Telephone Consumer Protection Act (TCPA), 47 U.S.C. § 227 related to
                        unlawful cellular telephone calls
Law Firm:               Lemberg & Associates LLC
Case Name:              Harris v. Conn Appliances, Inc.
Services Provided:      Testifying expert, expert report for plaintiff
Disposition:            Ongoing
Date:                   2018

*Expert Engagement:*
Type of Matter:         Telephone Consumer Protection Act (TCPA), 47 U.S.C. § 227 related to
                        unlawful cellular telephone calls
Law Firm:               Lemberg & Associates LLC
Case Name:              Kea v. Conn Appliances, Inc.
Services Provided:      Testifying expert, expert report for plaintiff
Disposition:            Ongoing
Date:                   2018

*Expert Engagement:*
Type of Matter:         Telephone Consumer Protection Act (TCPA), 47 U.S.C. § 227 related to
                        unlawful cellular telephone calls
Law Firm:               Lemberg & Associates LLC
Case Name:              Smith v. Conn Appliances, Inc.
Services Provided:      Testifying expert, expert report for plaintiff
Disposition:            Ongoing
Date:                   2018

*Expert Engagement:*
Type of Matter:         Telephone Consumer Protection Act (TCPA), 47 U.S.C. § 227 related to
                        unlawful cellular telephone calls
Law Firm:               Lemberg & Associates LLC
Case Name:              Murden v. Conn Appliances, Inc.
Services Provided:      Testifying expert, expert report for plaintiff
Disposition:            Ongoing
Date:                   2018

*Expert Engagement:*
Type of Matter:         Telephone Consumer Protection Act (TCPA), 47 U.S.C. § 227 related to
                        unlawful cellular telephone calls

<div align="center">

**Randall A. Snyder**
**Curriculum Vitae**

</div>

Law Firm:            Lemberg & Associates LLC
Case Name:           King v. Conn Appliances, Inc.
Services Provided:   Testifying expert, expert report for plaintiff
Disposition:         Ongoing
Date:                2018

*Expert Engagement:*

Type of Matter:      Telephone Consumer Protection Act (TCPA), 47 U.S.C. § 227 related to
                     unlawful cellular telephone calls
Law Firm:            Lemberg & Associates LLC
Case Name:           McCullough v. Conn Appliances, Inc.
Services Provided:   Testifying expert, expert report for plaintiff
Disposition:         Ongoing
Date:                2018

*Expert Engagement:*

Type of Matter:      Telephone Consumer Protection Act (TCPA), 47 U.S.C. § 227 related to
                     unlawful cellular telephone calls
Law Firm:            Lemberg & Associates LLC
Case Name:           Mireles v. Conn Appliances, Inc.
Services Provided:   Testifying expert, expert report for plaintiff
Disposition:         Ongoing
Date:                2018

*Expert Engagement:*

Type of Matter:      Telephone Consumer Protection Act (TCPA), 47 U.S.C. § 227 related to
                     unlawful cellular telephone calls
Law Firm:            Lemberg & Associates LLC
Case Name:           Perez v. Conn Appliances, Inc.
Services Provided:   Testifying expert, expert report for plaintiff
Disposition:         Ongoing
Date:                2018

*Expert Engagement:*

Type of Matter:      Telephone Consumer Protection Act (TCPA), 47 U.S.C. § 227 related to
                     unlawful cellular telephone calls
Law Firm:            Lemberg & Associates LLC
Case Name:           Castillo v. Conn Appliances, Inc.
Services Provided:   Testifying expert, expert report for plaintiff
Disposition:         Ongoing
Date:                2018

*Expert Engagement:*

Type of Matter:      Telephone Consumer Protection Act (TCPA), 47 U.S.C. § 227 related to
                     unlawful cellular telephone calls
Law Firm:            Lemberg & Associates LLC
Case Name:           Cruz v. Conn Appliances, Inc.

┌─────────────────────────────────┐
│         **Randall A. Snyder**       │
│         **Curriculum Vitae**        │
└─────────────────────────────────┘

Services Provided:    Testifying expert, expert report for plaintiff
Disposition:          Ongoing
Date:                 2018

*Expert Engagement:*
Type of Matter:       Telephone Consumer Protection Act (TCPA), 47 U.S.C. § 227 related to
                      unlawful cellular telephone calls
Law Firm:             Lemberg & Associates LLC
Case Name:            Santiago v. Conn Appliances, Inc.
Services Provided:    Testifying expert, expert report for plaintiff
Disposition:          Ongoing
Date:                 2018

*Expert Engagement:*
Type of Matter:       Telephone Consumer Protection Act (TCPA), 47 U.S.C. § 227 related to
                      unlawful cellular telephone calls
Law Firm:             Lemberg & Associates LLC
Case Name:            Johnson v. Conn Appliances, Inc.
Services Provided:    Testifying expert, expert report for plaintiff
Disposition:          Ongoing
Date:                 2018

*Expert Engagement:*
Type of Matter:       Telephone Consumer Protection Act (TCPA), 47 U.S.C. § 227 related to
                      unlawful cellular telephone calls
Law Firm:             Lemberg & Associates LLC
Case Name:            Ward v. Conn Appliances, Inc.
Services Provided:    Testifying expert, expert report for plaintiff
Disposition:          Ongoing
Date:                 2018

*Expert Engagement:*
Type of Matter:       Telephone Consumer Protection Act (TCPA), 47 U.S.C. § 227 related to
                      unlawful cellular telephone calls
Law Firm:             Lemberg & Associates LLC
Case Name:            Strolberg v. Conn Appliances, Inc.
Services Provided:    Testifying expert, expert report for plaintiff
Disposition:          Ongoing
Date:                 2018

*Expert Engagement:*
Type of Matter:       Telephone Consumer Protection Act (TCPA), 47 U.S.C. § 227 related to
                      unlawful cellular telephone calls
Law Firm:             Lemberg & Associates LLC
Case Name:            Champlin v. Conn Appliances, Inc.
Services Provided:    Testifying expert, expert report for plaintiff
Disposition:          Ongoing

## Randall A. Snyder
## Curriculum Vitae

Date:                    2018

*Expert Engagement:*
Type of Matter:          Telephone Consumer Protection Act (TCPA), 47 U.S.C. § 227 related to
                         unlawful cellular telephone calls
Law Firm:                Lemberg & Associates LLC
Case Name:               Williams v. Conn Appliances, Inc.
Services Provided:       Testifying expert, expert report for plaintiff
Disposition:             Ongoing
Date:                    2018

*Expert Engagement:*
Type of Matter:          Telephone Consumer Protection Act (TCPA), 47 U.S.C. § 227 related to
                         unlawful cellular telephone calls
Law Firm:                Lemberg & Associates LLC
Case Name:               Beadore v. Conn Appliances, Inc.
Services Provided:       Testifying expert, expert report for plaintiff
Disposition:             Ongoing
Date:                    2018

*Expert Engagement:*
Type of Matter:          Telephone Consumer Protection Act (TCPA), 47 U.S.C. § 227 related to
                         unlawful cellular telephone calls
Law Firm:                Lemberg & Associates LLC
Case Name:               Camacho, et al. v. Conn Appliances, Inc.
Services Provided:       Testifying expert, expert report for plaintiff
Disposition:             Ongoing
Date:                    2018

*Expert Engagement:*
Type of Matter:          Telephone Consumer Protection Act (TCPA), 47 U.S.C. § 227 related to
                         unlawful cellular telephone calls
Law Firm:                Lemberg & Associates LLC
Case Name:               Hernandez v. Conn Appliances, Inc.
Services Provided:       Testifying expert, expert report for plaintiff
Disposition:             Ongoing
Date:                    2018

*Expert Engagement:*
Type of Matter:          Telephone Consumer Protection Act (TCPA), 47 U.S.C. § 227 related to
                         unlawful cellular telephone calls
Law Firm:                Law Offices of Jeffrey Lohman
Case Name:               Deubner v. Navient Solutions, Inc.
Services Provided:       Testifying expert, expert report for plaintiff
Disposition:             Ongoing
Date:                    2018

<div style="border:1px solid black; text-align:center;">

**Randall A. Snyder**
**Curriculum Vitae**

</div>

*Expert Engagement:*

| | |
|---|---|
| Type of Matter: | Telephone Consumer Protection Act (TCPA), 47 U.S.C. § 227 related to unlawful cellular telephone calls |
| Law Firm: | Law Offices of Jeffrey Lohman |
| Case Name: | Godard v. Navient Solutions, Inc. |
| Services Provided: | Testifying expert, expert report for plaintiff |
| Disposition: | Settled |
| Date: | 2018 |

*Expert Engagement:*

| | |
|---|---|
| Type of Matter: | Telephone Consumer Protection Act (TCPA), 47 U.S.C. § 227 class action related to short message service (SMS) technology |
| Law Firm: | Hiraldo P.A. |
| Case Name: | Aparicio v. Strax Wellness Center, LLC |
| Services Provided: | Testifying expert, expert report, deposition for plaintiff |
| Disposition: | Ongoing |
| Date: | 2018 |

*Expert Engagement:*

| | |
|---|---|
| Type of Matter: | Telephone Consumer Protection Act (TCPA), 47 U.S.C. § 227 related to unlawful cellular telephone calls |
| Law Firm: | Sulaiman Law Group, Ltd. |
| Case Name: | Oh v. Ocwen Loan Servicing, LLC |
| Services Provided: | Testifying expert, expert report for plaintiff |
| Disposition: | Ongoing |
| Date: | 2018 |

*Expert Engagement:*

| | |
|---|---|
| Type of Matter: | Telephone Consumer Protection Act (TCPA), 47 U.S.C. § 227 related to unlawful cellular telephone calls |
| Law Firm: | Sulaiman Law Group, Ltd. |
| Case Name: | Jones v. Enhanced  Recovery Company, LLC |
| Services Provided: | Testifying expert, expert report for plaintiff |
| Disposition: | Ongoing |
| Date: | 2018 |

*Expert Engagement:*

| | |
|---|---|
| Type of Matter: | Telephone Consumer Protection Act (TCPA), 47 U.S.C. § 227 class action related to short message service (SMS) technology |
| Law Firm: | McGuire Law, P.C. |
| Case Name: | Smith, et al. v. eRelevance Corp. |
| Services Provided: | Testifying expert, expert report, deposition for plaintiff |
| Disposition: | Ongoing |
| Date: | 2018 |

*Expert Engagement:*

<table>
<tr><td>

**Randall A. Snyder**
**Curriculum Vitae**

</td></tr>
</table>

Type of Matter: Telephone Consumer Protection Act (TCPA), 47 U.S.C. § 227 class action
        related to unlawful cellular telephone calls
Law Firm:   Haines & Krieger, LLC
Case Name:  Fauley v. Seterus, Inc.
Services Provided: Testifying expert, expert report for plaintiff
Disposition:  Ongoing
Date:    2018

*Expert Engagement:*

Type of Matter: Telephone Consumer Protection Act (TCPA), 47 U.S.C. § 227 related to
        unlawful cellular telephone calls
Law Firm:   Heaney Law Firm, LLC
Case Name:  Talcott v. Credit One Bank, N.A.
Services Provided: Testifying expert, expert report for plaintiff
Disposition:  Ongoing
Date:    2018

*Expert Engagement:*

Type of Matter: Telephone Consumer Protection Act (TCPA), 47 U.S.C. § 227 related to
        unlawful cellular telephone calls
Law Firm:   Davis Law Firm PLLC
Case Name:  Green-Mobley v. Capital One Auto Finance, Inc.
Services Provided: Testifying expert, expert report, deposition for plaintiff
Disposition:  Ongoing
Date:    2018

*Expert Engagement:*

Type of Matter: Telephone Consumer Protection Act (TCPA), 47 U.S.C. § 227 class action
        related to unlawful cellular telephone calls
Law Firm:   Murray Murphy Moul & Basil, LLP
Case Name:  Cunningham v. Homeside Financial, LLC
Services Provided: Testifying expert, expert report for plaintiff
Disposition:  Ongoing
Date:    2018

*Expert Engagement:*

Type of Matter: Telephone Consumer Protection Act (TCPA), 47 U.S.C. § 227 class action
        related to unlawful cellular telephone calls
Law Firm:   Hughes Ellzey, LLP
Case Name:  Fennell v. Navient Solutions, Inc.
Services Provided: Testifying expert, expert report for plaintiff
Disposition:  Ongoing
Date:    2018

*Expert Engagement:*

Type of Matter: Telephone Consumer Protection Act (TCPA), 47 U.S.C. § 227 class action
        related to unlawful cellular telephone calls

<div style="border:1px solid black; text-align:center">

**Randall A. Snyder**
**Curriculum Vitae**

</div>

Law Firm:            Berger & Montague, P.C.
Case Name:           Johnson v. Ally Financial Inc.
Services Provided:   Testifying expert, expert report for plaintiff
Disposition:         Ongoing
Date:                2018

*Expert Engagement:*

Type of Matter:      Telephone Consumer Protection Act (TCPA), 47 U.S.C. § 227 related to
                     unlawful cellular telephone calls
Law Firm:            Law Offices of Jeffrey Lohman
Case Name:           Lewis, D. v. Navient Solutions, Inc.
Services Provided:   Testifying expert, expert report for plaintiff
Disposition:         Dismissed
Date:                2018

*Expert Engagement:*

Type of Matter:      Telephone Consumer Protection Act (TCPA), 47 U.S.C. § 227 related to
                     unlawful cellular telephone calls
Law Firm:            Marcus & Zelman, LLC
Case Name:           Lemos v. Credit One Bank, N.A.
Services Provided:   Testifying expert, expert report for plaintiff
Disposition:         Ongoing
Date:                2018

*Expert Engagement:*

Type of Matter:      Telephone Consumer Protection Act (TCPA), 47 U.S.C. § 227 class action
                     related to unlawful cellular telephone calls
Law Firm:            Preston Law Offices
Case Name:           Katz v. Liberty Power Corp., LLC, et al.
Services Provided:   Testifying expert, expert report for plaintiff
Disposition:         Ongoing
Date:                2018

*Expert Engagement:*

Type of Matter:      Telephone Consumer Protection Act (TCPA), 47 U.S.C. § 227 related to
                     unlawful cellular telephone calls
Law Firm:            Morgan & Morgan, P.A.
Case Name:           Huntley v. Nationstar Mortgage, LLC
Services Provided:   Testifying expert, expert report for plaintiff
Disposition:         Ongoing
Date:                2018

*Expert Engagement:*

Type of Matter:      Telephone Consumer Protection Act (TCPA), 47 U.S.C. § 227 related to
                     unlawful cellular telephone calls
Law Firm:            Ryan Lee, PLLC
Case Name:           Wishert v. Navient Solutions, Inc.

<div style="border:1px solid black; text-align:center">

**Randall A. Snyder**
**Curriculum Vitae**

</div>

Services Provided:     Testifying expert, expert report for plaintiff
Disposition:           Ongoing
Date:                  2018

*Expert Engagement:*

Type of Matter:        Telephone Consumer Protection Act (TCPA), 47 U.S.C. § 227 related to unlawful cellular telephone calls
Law Firm:              Morgan & Morgan, P.A.
Case Name:             Griffin v. Nationstar Mortgage, LLC
Services Provided:     Testifying expert, expert report for plaintiff
Disposition:           Settled
Date:                  2018

*Expert Engagement:*

Type of Matter:        Telephone Consumer Protection Act (TCPA), 47 U.S.C. § 227 related to unlawful cellular telephone calls
Law Firm:              Morgan & Morgan, P.A.
Case Name:             Francois v. Nationstar Mortgage, LLC
Services Provided:     Testifying expert, expert report for plaintiff
Disposition:           Ongoing
Date:                  2018

*Expert Engagement:*

Type of Matter:        Telephone Consumer Protection Act (TCPA), 47 U.S.C. § 227 related to unlawful cellular telephone calls
Law Firm:              Morgan & Morgan, P.A.
Case Name:             Anderson v. Nationstar Mortgage, LLC
Services Provided:     Testifying expert, expert report for plaintiff
Disposition:           Ongoing
Date:                  2018

*Expert Engagement:*

Type of Matter:        Telephone Consumer Protection Act (TCPA), 47 U.S.C. § 227 class action related to unlawful cellular telephone calls
Law Firm:              Burke Law Offices, LLC
Case Name:             Hossfeld v. Compass Bank and MSR Group, LLC
Services Provided:     Testifying expert, expert report for plaintiff
Disposition:           Ongoing
Date:                  2018

*Expert Engagement:*

Type of Matter:        Telephone Consumer Protection Act (TCPA), 47 U.S.C. § 227 class action related to unlawful cellular telephone calls
Law Firm:              Burke Law Offices, LLC
Case Name:             Meredith v. United Collection Bureau, Inc.
Services Provided:     Testifying expert, expert report for plaintiff
Disposition:           Ongoing

<div style="text-align:center">

**Randall A. Snyder**
**Curriculum Vitae**

</div>

Date:                    2018

*Expert Engagement:*
Type of Matter:          Telephone Consumer Protection Act (TCPA), 47 U.S.C. § 227 class action
                         related to unlawful cellular telephone calls
Law Firm:                Shamis & Gentile, P.A.
Case Name:               Schaevitz v. Braman Hyundai, Inc.
Services Provided:       Testifying expert, expert report for plaintiff
Disposition:             Ongoing
Date:                    2018

*Expert Engagement:*
Type of Matter:          Telephone Consumer Protection Act (TCPA), 47 U.S.C. § 227 related to
                         unlawful cellular telephone calls
Law Firm:                Lemberg & Associates LLC
Case Name:               Thomas v. Conn Appliances, Inc.
Services Provided:       Testifying expert, expert report for plaintiff
Disposition:             Ongoing
Date:                    2018

*Expert Engagement:*
Type of Matter:          Telephone Consumer Protection Act (TCPA), 47 U.S.C. § 227 related to
                         unlawful cellular telephone calls
Law Firm:                Lemberg & Associates LLC
Case Name:               Richard v. Conn Appliances, Inc.
Services Provided:       Testifying expert, expert report for plaintiff
Disposition:             Ongoing
Date:                    2018

*Expert Engagement:*
Type of Matter:          Telephone Consumer Protection Act (TCPA), 47 U.S.C. § 227 related to
                         unlawful cellular telephone calls
Law Firm:                Lemberg & Associates LLC
Case Name:               Paris v. Conn Appliances, Inc.
Services Provided:       Testifying expert, expert report for plaintiff
Disposition:             Ongoing
Date:                    2018

*Expert Engagement:*
Type of Matter:          Telephone Consumer Protection Act (TCPA), 47 U.S.C. § 227 related to
                         unlawful cellular telephone calls
Law Firm:                Lemberg & Associates LLC
Case Name:               Castile v. Conn Appliances, Inc.
Services Provided:       Testifying expert, expert report for plaintiff
Disposition:             Ongoing
Date:                    2018

<div style="text-align: center;">

**Randall A. Snyder**
**Curriculum Vitae**

</div>

*Expert Engagement:*

| | |
|---|---|
| Type of Matter: | Telephone Consumer Protection Act (TCPA), 47 U.S.C. § 227 related to unlawful cellular telephone calls |
| Law Firm: | Lemberg & Associates LLC |
| Case Name: | Brandenburg, et al. v. Conn Appliances, Inc. |
| Services Provided: | Testifying expert, expert report for plaintiff |
| Disposition: | Ongoing |
| Date: | 2018 |

*Expert Engagement:*

| | |
|---|---|
| Type of Matter: | Telephone Consumer Protection Act (TCPA), 47 U.S.C. § 227 related to unlawful cellular telephone calls |
| Law Firm: | Lemberg & Associates LLC |
| Case Name: | Moore, et al. v. Conn Appliances, Inc. |
| Services Provided: | Testifying expert, expert report for plaintiff |
| Disposition: | Ongoing |
| Date: | 2018 |

*Expert Engagement:*

| | |
|---|---|
| Type of Matter: | Telephone Consumer Protection Act (TCPA), 47 U.S.C. § 227 related to unlawful cellular telephone calls |
| Law Firm: | Lemberg & Associates LLC |
| Case Name: | Betts v. Conn Appliances, Inc. |
| Services Provided: | Testifying expert, expert report for plaintiff |
| Disposition: | Ongoing |
| Date: | 2018 |

*Expert Engagement:*

| | |
|---|---|
| Type of Matter: | Telephone Consumer Protection Act (TCPA), 47 U.S.C. § 227 related to unlawful cellular telephone calls |
| Law Firm: | Lemberg & Associates LLC |
| Case Name: | Gearghty v. Conn Appliances, Inc. |
| Services Provided: | Testifying expert, expert report for plaintiff |
| Disposition: | Ongoing |
| Date: | 2018 |

*Expert Engagement:*

| | |
|---|---|
| Type of Matter: | Telephone Consumer Protection Act (TCPA), 47 U.S.C. § 227 related to unlawful cellular telephone calls |
| Law Firm: | Lemberg & Associates LLC |
| Case Name: | St. Mary v. Conn Appliances, Inc. |
| Services Provided: | Testifying expert, expert report for plaintiff |
| Disposition: | Ongoing |
| Date: | 2018 |

*Expert Engagement:*

<div align="center">

**Randall A. Snyder**
**Curriculum Vitae**

</div>

| | |
|---|---|
| Type of Matter: | Telephone Consumer Protection Act (TCPA), 47 U.S.C. § 227 related to unlawful cellular telephone calls |
| Law Firm: | Lemberg & Associates LLC |
| Case Name: | Scott v. Conn Appliances, Inc. |
| Services Provided: | Testifying expert, expert report for plaintiff |
| Disposition: | Ongoing |
| Date: | 2018 |

*Expert Engagement:*

| | |
|---|---|
| Type of Matter: | Telephone Consumer Protection Act (TCPA), 47 U.S.C. § 227 related to unlawful cellular telephone calls |
| Law Firm: | Lemberg & Associates LLC |
| Case Name: | Larson v. Conn Appliances, Inc. |
| Services Provided: | Testifying expert, expert report for plaintiff |
| Disposition: | Ongoing |
| Date: | 2018 |

*Expert Engagement:*

| | |
|---|---|
| Type of Matter: | Telephone Consumer Protection Act (TCPA), 47 U.S.C. § 227 related to unlawful cellular telephone calls |
| Law Firm: | Lemberg & Associates LLC |
| Case Name: | Castro v. Conn Appliances, Inc. |
| Services Provided: | Testifying expert, expert report for plaintiff |
| Disposition: | Ongoing |
| Date: | 2018 |

*Expert Engagement:*

| | |
|---|---|
| Type of Matter: | Telephone Consumer Protection Act (TCPA), 47 U.S.C. § 227 class action related to unlawful cellular telephone calls |
| Law Firm: | Kazerouni Law Group, APC |
| Case Name: | Fontes v. Time Warner Cable Inc. |
| Services Provided: | Testifying expert, expert report for plaintiff |
| Disposition: | Ongoing |
| Date: | 2018 |

*Expert Engagement:*

| | |
|---|---|
| Type of Matter: | Telephone Consumer Protection Act (TCPA), 47 U.S.C. § 227 class action related to short message service (SMS) technology |
| Law Firm: | Carey Rodriguez Milian Gonya LLP |
| Case Name: | Soukhaphonh v. Hot Topic, Inc. |
| Services Provided: | Testifying expert, expert report for plaintiff |
| Disposition: | Ongoing |
| Date: | 2018 |

*Expert Engagement:*

| | |
|---|---|
| Type of Matter: | Telephone Consumer Protection Act (TCPA), 47 U.S.C. § 227 related to unlawful cellular telephone calls |

| | |
|---|---|
| **Randall A. Snyder** | |
| **Curriculum Vitae** | |

Law Firm:            Law Office of Michael A. Ziegler, P.L.
Case Name:           Illes v. Santander Consumer USA Inc.
Services Provided:   Testifying expert, expert report for plaintiff
Disposition:         Settled
Date:                2018

*Expert Engagement:*

Type of Matter:      Telephone Consumer Protection Act (TCPA), 47 U.S.C. § 227 related to
                     unlawful cellular telephone calls
Law Firm:            Stephen A. Thomas, PLC
Case Name:           Jones v. Credit Acceptance Corporation
Services Provided:   Testifying expert, expert report for plaintiff
Disposition:         Settled
Date:                2018

*Expert Engagement:*

Type of Matter:      Telephone Consumer Protection Act (TCPA), 47 U.S.C. § 227 related to
                     unlawful cellular telephone calls
Law Firm:            Law Offices of Jeffrey Lohman
Case Name:           Toupin v. Wells Fargo Bank, N.A.
Services Provided:   Testifying expert, expert report for plaintiff
Disposition:         Settled
Date:                2018

*Expert Engagement:*

Type of Matter:      Telephone Consumer Protection Act (TCPA), 47 U.S.C. § 227 related to
                     unlawful cellular telephone calls
Law Firm:            Law Offices of Jeffrey Lohman
Case Name:           Pohl v. Navient Solutions, Inc.
Services Provided:   Testifying expert, expert report for plaintiff
Disposition:         Settled
Date:                2018

*Expert Engagement:*

Type of Matter:      Telephone Consumer Protection Act (TCPA), 47 U.S.C. § 227 related to
                     unlawful cellular telephone calls
Law Firm:            Andrew L. Campbell, Attorney at Law
Case Name:           Pyciak v. Credit One Bank
Services Provided:   Testifying expert, expert report for plaintiff
Disposition:         Ongoing
Date:                2018

*Expert Engagement:*

Type of Matter:      Telephone Consumer Protection Act (TCPA), 47 U.S.C. § 227 class action
                     related to unlawful cellular telephone calls
Law Firm:            Consumer Attorney Advocates Inc.
Case Name:           Cole v. Sierra Pacific Mortgage Company, Inc.

<div style="text-align:center; border:1px solid black;">

**Randall A. Snyder**
**Curriculum Vitae**

</div>

Services Provided:    Testifying expert, expert report for plaintiff
Disposition:    Ongoing
Date:    2018

*Expert Engagement:*
Type of Matter:    Telephone Consumer Protection Act (TCPA), 47 U.S.C. § 227 related to unlawful cellular telephone calls
Law Firm:    Price Law Group
Case Name:    Renner v. Navient Solutions, Inc.
Services Provided:    Testifying expert, expert report for plaintiff
Disposition:    Ongoing
Date:    2018

*Expert Engagement:*
Type of Matter:    Telephone Consumer Protection Act (TCPA), 47 U.S.C. § 227 related to unlawful cellular telephone calls
Law Firm:    Price Law Group
Case Name:    Desmangles v. Navient Solutions, Inc.
Services Provided:    Testifying expert, expert report for plaintiff
Disposition:    Ongoing
Date:    2018

*Expert Engagement:*
Type of Matter:    Telephone Consumer Protection Act (TCPA), 47 U.S.C. § 227 related to unlawful cellular telephone calls
Law Firm:    Price Law Group
Case Name:    Reed v. Navient Solutions, Inc.
Services Provided:    Testifying expert, expert report for plaintiff
Disposition:    Ongoing
Date:    2018

*Expert Engagement:*
Type of Matter:    Telephone Consumer Protection Act (TCPA), 47 U.S.C. § 227 related to unlawful cellular telephone calls
Law Firm:    Price Law Group
Case Name:    Bryson v. Credit One Bank, N.A.
Services Provided:    Testifying expert, expert report for plaintiff
Disposition:    Settled
Date:    2018

*Expert Engagement:*
Type of Matter:    Telephone Consumer Protection Act (TCPA), 47 U.S.C. § 227 related to unlawful cellular telephone calls
Law Firm:    SM Law Group, APC
Case Name:    Johnson v. Wells Fargo Bank, N.A.
Services Provided:    Testifying expert, expert report for plaintiff
Disposition:    Ongoing

> ### Randall A. Snyder
> ### Curriculum Vitae

Date:                  2018

*Expert Engagement:*
Type of Matter:        Telephone Consumer Protection Act (TCPA), 47 U.S.C. § 227 related to
                       unlawful cellular telephone calls
Law Firm:              Marcus & Zelman, LLC
Case Name:             Jiminez v. Credit One Bank, N.A.
Services Provided:     Testifying expert, expert report for plaintiff
Disposition:           Ongoing
Date:                  2018

*Expert Engagement:*
Type of Matter:        Telephone Consumer Protection Act (TCPA), 47 U.S.C. § 227 related to
                       unlawful cellular telephone calls
Law Firm:              Price Law Group
Case Name:             Ziegler v. Navient Solutions, Inc.
Services Provided:     Testifying expert, expert report for plaintiff
Disposition:           Ongoing
Date:                  2018

*Expert Engagement:*
Type of Matter:        Telephone Consumer Protection Act (TCPA), 47 U.S.C. § 227 related to
                       unlawful cellular telephone calls
Law Firm:              Law Offices of Jeffrey Lohman
Case Name:             Whitaker v. Navient Solutions, Inc.
Services Provided:     Testifying expert, expert report for plaintiff
Disposition:           Settled
Date:                  2018

*Expert Engagement:*
Type of Matter:        Telephone Consumer Protection Act (TCPA), 47 U.S.C. § 227 related to
                       unlawful cellular telephone calls
Law Firm:              Law Offices of Jeffrey Lohman
Case Name:             Jaimes v. Navient Solutions, Inc.
Services Provided:     Dismissed
Disposition:           Ongoing
Date:                  2018

*Expert Engagement:*
Type of Matter:        Telephone Consumer Protection Act (TCPA), 47 U.S.C. § 227 class action
                       related to short message service (SMS) technology
Law Firm:              Kopelowitz Ostrow Ferguson Weiselberg Gilbert
Case Name:             Grigorian v. The Keyes Company
Services Provided:     Testifying expert, expert report for plaintiff
Disposition:           Settled
Date:                  2018

**Randall A. Snyder**
**Curriculum Vitae**

*Expert Engagement:*

| | |
|---|---|
| Type of Matter: | Telephone Consumer Protection Act (TCPA), 47 U.S.C. § 227 class action related to unlawful cellular telephone calls |
| Law Firm: | Law Office of Michael A. Ziegler, P.L. |
| Case Name: | Bernstein v. Genpact Services, LLC |
| Services Provided: | Testifying expert, expert report for plaintiff |
| Disposition: | Settled |
| Date: | 2018 |

*Expert Engagement:*

| | |
|---|---|
| Type of Matter: | Telephone Consumer Protection Act (TCPA), 47 U.S.C. § 227 class action related to unlawful cellular telephone calls |
| Law Firm: | Hiraldo P.A. |
| Case Name: | Eisenband v. Starion Energy, Inc. |
| Services Provided: | Testifying expert, expert report, deposition for plaintiff |
| Disposition: | Ongoing |
| Date: | 2018 |

*Expert Engagement:*

| | |
|---|---|
| Type of Matter: | Telephone Consumer Protection Act (TCPA), 47 U.S.C. § 227 related to unlawful cellular telephone calls |
| Law Firm: | Law Offices of Jeffrey Lohman |
| Case Name: | Myers v. Navient Solutions, Inc. |
| Services Provided: | Testifying expert, expert report for plaintiff |
| Disposition: | Settled |
| Date: | 2018 |

*Expert Engagement:*

| | |
|---|---|
| Type of Matter: | Telephone Consumer Protection Act (TCPA), 47 U.S.C. § 227 related to unlawful cellular telephone calls |
| Law Firm: | Sulaiman Law Group, Ltd. |
| Case Name: | Decker v. Receivables Performance Management, LLC |
| Services Provided: | Testifying expert, expert report for plaintiff |
| Disposition: | Ongoing |
| Date: | 2018 |

*Expert Engagement:*

| | |
|---|---|
| Type of Matter: | Telephone Consumer Protection Act (TCPA), 47 U.S.C. § 227 related to unlawful cellular telephone calls |
| Law Firm: | Law Offices of Jeffrey Lohman |
| Case Name: | Arndts v. Navient Solutions, Inc. |
| Services Provided: | Testifying expert, expert report for plaintiff |
| Disposition: | Settled |
| Date: | 2018 |

*Expert Engagement:*

<table>
<tr><td></td><td style="text-align:center"><strong>Randall A. Snyder<br>Curriculum Vitae</strong></td></tr>
</table>

| | |
|---|---|
| Type of Matter: | Telephone Consumer Protection Act (TCPA), 47 U.S.C. § 227 related to unlawful cellular telephone calls |
| Law Firm: | Law Offices of Jeffrey Lohman |
| Case Name: | Baldon v. Navient Solutions, Inc. |
| Services Provided: | Testifying expert, expert report for plaintiff |
| Disposition: | Dismissed |
| Date: | 2018 |

*Expert Engagement:*

| | |
|---|---|
| Type of Matter: | Telephone Consumer Protection Act (TCPA), 47 U.S.C. § 227 related to unlawful cellular telephone calls |
| Law Firm: | Law Offices of Jeffrey Lohman |
| Case Name: | Santiago v. Navient Solutions, Inc. |
| Services Provided: | Testifying expert, expert report for plaintiff |
| Disposition: | Ongoing |
| Date: | 2018 |

*Expert Engagement:*

| | |
|---|---|
| Type of Matter: | Telephone Consumer Protection Act (TCPA), 47 U.S.C. § 227 class action related to unlawful cellular telephone calls |
| Law Firm: | Maney & Gordon, P.A. |
| Case Name: | Silverman v. Navient Solutions, Inc. |
| Services Provided: | Testifying expert, expert report for plaintiff |
| Disposition: | Ongoing |
| Date: | 2018 |

*Expert Engagement:*

| | |
|---|---|
| Type of Matter: | Telephone Consumer Protection Act (TCPA), 47 U.S.C. § 227 class action related to unlawful cellular telephone calls |
| Law Firm: | Dostart Hannink Coveney, LLP |
| Case Name: | Harrison v. Great HealthWorks, Inc. |
| Services Provided: | Testifying expert, expert report for plaintiff |
| Disposition: | Withdrawn |
| Date: | 2018 |

*Expert Engagement:*

| | |
|---|---|
| Type of Matter: | Telephone Consumer Protection Act (TCPA), 47 U.S.C. § 227 related to unlawful cellular telephone calls |
| Law Firm: | Kazerouni Law Group, APC |
| Case Name: | Lucero v. Smith-Palluck Associates Corp. |
| Services Provided: | Testifying expert, expert report for plaintiff |
| Disposition: | Settled |
| Date: | 2018 |

*Expert Engagement:*

| | |
|---|---|
| Type of Matter: | Telephone Consumer Protection Act (TCPA), 47 U.S.C. § 227 class action related to short message service (SMS) technology |

| | |
|---|---|
| Law Firm: | Keogh Law, Ltd. |
| Case Name: | Gadelhak v. AT&T Services, Inc. |
| Services Provided: | Testifying expert, expert report, deposition for plaintiff |
| Disposition: | Ongoing |
| Date: | 2018 |

*Expert Engagement:*

| | |
|---|---|
| Type of Matter: | Telephone Consumer Protection Act (TCPA), 47 U.S.C. § 227 class action related to unlawful cellular telephone calls |
| Law Firm: | Law Office of Matthew P. McCue |
| Case Name: | Hopkins v. Modernize, Inc. |
| Services Provided: | Testifying expert, expert report for plaintiff |
| Disposition: | Ongoing |
| Date: | 2018 |

*Expert Engagement:*

| | |
|---|---|
| Type of Matter: | Telephone Consumer Protection Act (TCPA), 47 U.S.C. § 227 class action related to unlawful cellular telephone calls |
| Law Firm: | Haines & Krieger, LLC |
| Case Name: | Thomas v. Smith-Palluck Associates Corp. |
| Services Provided: | Testifying expert, expert report for plaintiff |
| Disposition: | Ongoing |
| Date: | 2018 |

*Expert Engagement:*

| | |
|---|---|
| Type of Matter: | Telephone Consumer Protection Act (TCPA), 47 U.S.C. § 227 class action related to short message service (SMS) technology |
| Law Firm: | Kopelowitz Ostrow Ferguson Weiselberg Gilbert |
| Case Name: | Ramos v. Hopele of Fort Lauderdale, LLC |
| Services Provided: | Testifying expert, expert report, deposition for plaintiff |
| Disposition: | Ongoing |
| Date: | 2018 |

*Expert Engagement:*

| | |
|---|---|
| Type of Matter: | Telephone Consumer Protection Act (TCPA), 47 U.S.C. § 227 class action related to short message service (SMS) technology |
| Law Firm: | Smith Law Firm, LLC |
| Case Name: | Etzkorn v. 3 Day Blinds, LLC |
| Services Provided: | Testifying expert, expert report for plaintiff |
| Disposition: | Settled |
| Date: | 2018 |

*Expert Engagement:*

| | |
|---|---|
| Type of Matter: | Telephone Consumer Protection Act (TCPA), 47 U.S.C. § 227 class action related to unlawful cellular telephone calls |
| Law Firm: | Thompson Consumer Law Group |
| Case Name: | Eady v. Enhanced Recovery Company, LLC |

<div align="center">

**Randall A. Snyder
Curriculum Vitae**

</div>

| | |
|---|---|
| Services Provided: | Testifying expert, expert report for plaintiff |
| Disposition: | Ongoing |
| Date: | 2018 |

*Expert Engagement:*

| | |
|---|---|
| Type of Matter: | Telephone Consumer Protection Act (TCPA), 47 U.S.C. § 227 related to unlawful cellular telephone calls |
| Law Firm: | Davis Law Firm PLLC |
| Case Name: | Robart v. Credit One Bank, N.A. |
| Services Provided: | Testifying expert, expert report for plaintiff |
| Disposition: | Ongoing |
| Date: | 2018 |

*Expert Engagement:*

| | |
|---|---|
| Type of Matter: | Telephone Consumer Protection Act (TCPA), 47 U.S.C. § 227 class action related to short message service (SMS) technology |
| Law Firm: | Gray, LLC |
| Case Name: | Fitzgerald v. Universal City Studios, LLC |
| Services Provided: | Testifying expert, expert report for plaintiff |
| Disposition: | Settled |
| Date: | 2018 |

*Expert Engagement:*

| | |
|---|---|
| Type of Matter: | Telephone Consumer Protection Act (TCPA), 47 U.S.C. § 227 related to unlawful cellular telephone calls |
| Law Firm: | Los Angeles County District Attorney |
| Case Name: | State of California v. Allied Interstate, LLC |
| Services Provided: | Testifying expert for plaintiff |
| Disposition: | Ongoing |
| Date: | 2018 |

*Expert Engagement:*

| | |
|---|---|
| Type of Matter: | Telephone Consumer Protection Act (TCPA), 47 U.S.C. § 227 related to unlawful cellular telephone calls |
| Law Firm: | Law Offices of Jeffrey Lohman |
| Case Name: | Rios v. Synchrony Bank |
| Services Provided: | Testifying expert, expert report for plaintiff, arbitration testimony for plaintiff |
| Disposition: | Ongoing |
| Date: | 2017 |

*Expert Engagement:*

| | |
|---|---|
| Type of Matter: | Telephone Consumer Protection Act (TCPA), 47 U.S.C. § 227 class action related to short message service (SMS) technology |
| Law Firm: | Kopelowitz Ostrow Ferguson Weiselberg Gilbert |
| Case Name: | Dipuglia v. US Coachways, Inc. |
| Services Provided: | Testifying expert, expert report for plaintiff |
| Disposition: | Settled |

<div style="text-align: center; border: 1px solid black;">

**Randall A. Snyder**
**Curriculum Vitae**

</div>

Date:                    2017-2018

*Expert Engagement:*

| | |
|---|---|
| Type of Matter: | Telephone Consumer Protection Act (TCPA), 47 U.S.C. § 227 class action related to unlawful cellular telephone calls |
| Law Firm: | Terrell Marshall Law Group PLLC |
| Case Name: | Abante Rooter v. Alarm.com, Inc. |
| Services Provided: | Testifying expert, expert report, deposition for plaintiff |
| Disposition: | Settled |
| Date: | 2017-2018 |

*Expert Engagement:*

| | |
|---|---|
| Type of Matter: | Telephone Consumer Protection Act (TCPA), 47 U.S.C. § 227 class action related to unlawful cellular telephone calls |
| Law Firm: | Bursor & Fisher, P.A. |
| Case Name: | Cortes v. National Credit Adjusters, L.L.C. |
| Services Provided: | Testifying expert, expert report for plaintiff |
| Disposition: | Ongoing |
| Date: | 2017-2018 |

*Expert Engagement:*

| | |
|---|---|
| Type of Matter: | Telephone Consumer Protection Act (TCPA), 47 U.S.C. § 227 class action related to unlawful cellular telephone calls |
| Law Firm: | Morgan & Morgan, P.A. |
| Case Name: | Ansley v. Comcast Corporation |
| Services Provided: | Testifying expert, expert report for plaintiff |
| Disposition: | Ongoing |
| Date: | 2017-2018 |

*Expert Engagement:*

| | |
|---|---|
| Type of Matter: | Telephone Consumer Protection Act (TCPA), 47 U.S.C. § 227 class action related to short message service (SMS) technology |
| Law Firm: | Lemberg & Associates LLC |
| Case Name: | Larson v. Harman Management Corporation and 3Seventy, Inc. |
| Services Provided: | Testifying expert, expert report, deposition for plaintiff |
| Disposition: | Ongoing |
| Date: | 2017-2018 |

*Expert Engagement:*

| | |
|---|---|
| Type of Matter: | Telephone Consumer Protection Act (TCPA), 47 U.S.C. § 227 related to unlawful cellular telephone calls |
| Law Firm: | Law Office of Chris R. Miltenberger, PLLC |
| Case Name: | In Re Portfolio Recovery Associates, LLC |
| Services Provided: | Testifying expert, expert report, deposition for plaintiff |
| Disposition: | Ongoing |
| Date: | 2017-2018 |

```
┌─────────────────────────────────┐
│      Randall A. Snyder           │
│      Curriculum Vitae            │
└─────────────────────────────────┘
```

*Expert Engagement:*

| | |
|---|---|
| Type of Matter: | Telephone Consumer Protection Act (TCPA), 47 U.S.C. § 227 class action related to unlawful cellular telephone calls |
| Law Firm: | Dostart Hannink Coveney, LLP |
| Case Name: | Kerr v. Zacks Investment Research, Inc. |
| Services Provided: | Testifying expert, expert report for plaintiff |
| Disposition: | Settled |
| Date: | 2017-2018 |

*Expert Engagement:*

| | |
|---|---|
| Type of Matter: | Telephone Consumer Protection Act (TCPA), 47 U.S.C. § 227 related to unlawful cellular telephone calls |
| Law Firm: | Law Offices of Jeffrey Lohman |
| Case Name: | Smith v. Navient Solutions, Inc. |
| Services Provided: | Testifying expert, expert report for plaintiff |
| Disposition: | Settled |
| Date: | 2017-2018 |

*Expert Engagement:*

| | |
|---|---|
| Type of Matter: | Telephone Consumer Protection Act (TCPA), 47 U.S.C. § 227 related to unlawful cellular telephone calls |
| Law Firm: | Krohn & Moss, Ltd. |
| Case Name: | Blake v. Navient Solutions, Inc. |
| Services Provided: | Testifying expert, expert report for plaintiff |
| Disposition: | Ongoing |
| Date: | 2017 |

*Expert Engagement:*

| | |
|---|---|
| Type of Matter: | Telephone Consumer Protection Act (TCPA), 47 U.S.C. § 227 class action related to unlawful cellular telephone calls |
| Law Firm: | Burke Law Offices, LLC |
| Case Name: | Saunders v. Dyck O'Neal, Inc. |
| Services Provided: | Testifying expert, expert report for plaintiff |
| Disposition: | Ongoing |
| Date: | 2017 |

*Expert Engagement:*

| | |
|---|---|
| Type of Matter: | Telephone Consumer Protection Act (TCPA), 47 U.S.C. § 227 related to unlawful cellular telephone calls |
| Law Firm: | Law Offices of Jeffrey Lohman |
| Case Name: | Millora v. Navient Solutions, Inc. |
| Services Provided: | Testifying expert, expert report for plaintiff |
| Disposition: | Dismissed |
| Date: | 2017 |

*Expert Engagement:*

Type of Matter:        Telephone Consumer Protection Act (TCPA), 47 U.S.C. § 227 class action
                       related to unlawful cellular telephone calls
Law Firm:              Law Offices of Ronald A. Marron
Case Name:             Gulley v. Comenity, LLC
Services Provided:     Testifying expert, expert report for plaintiff
Disposition:           Withdrawn
Date:                  2017

*Expert Engagement:*
Type of Matter:        Telephone Consumer Protection Act (TCPA), 47 U.S.C. § 227 related to
                       unlawful cellular telephone calls
Law Firm:              Sulaiman Law Group, Ltd.
Case Name:             O'Connor/Figueroa v. HSBC Mortgage Corporation (USA), et al.
Services Provided:     Testifying expert, expert report for plaintiff
Disposition:           Settled
Date:                  2017

*Expert Engagement:*
Type of Matter:        Telephone Consumer Protection Act (TCPA), 47 U.S.C. § 227 related to
                       unlawful cellular telephone calls
Law Firm:              Law Offices of Jeffrey Lohman
Case Name:             Mayer v. Navient Solutions, Inc.
Services Provided:     Testifying expert, expert report, arbitration testimony for plaintiff
Disposition:           Dismissed
Date:                  2017

*Expert Engagement:*
Type of Matter:        Telephone Consumer Protection Act (TCPA), 47 U.S.C. § 227 related to
                       unlawful cellular telephone calls
Law Firm:              Law Offices of Jeffrey Lohman
Case Name:             Wunderlich v. Navient Solutions, Inc.
Services Provided:     Testifying expert, expert report for plaintiff
Disposition:           Settled
Date:                  2017

*Expert Engagement:*
Type of Matter:        Telephone Consumer Protection Act (TCPA), 47 U.S.C. § 227 class action
                       related to unlawful cellular telephone calls
Law Firm:              Berger & Montague, P.C.
Case Name:             Richardson v. Verde Energy USA, Inc.
Services Provided:     Testifying expert, expert report for plaintiff
Disposition:           Ongoing
Date:                  2017

*Expert Engagement:*
Type of Matter:        Telephone Consumer Protection Act (TCPA), 47 U.S.C. § 227 related to
                       unlawful cellular telephone calls

> **Randall A. Snyder**
> **Curriculum Vitae**

Law Firm:              Martin & Bontrager, APC
Case Name:             Foss v. Navient Solutions, Inc.
Services Provided:     Testifying expert, expert report for plaintiff
Disposition:           Ongoing
Date:                  2017

*Expert Engagement:*

Type of Matter:        Telephone Consumer Protection Act (TCPA), 47 U.S.C. § 227 related to
                       unlawful cellular telephone calls
Law Firm:              Law Offices of Jeffrey Lohman
Case Name:             Givens v. Navient Solutions, Inc.
Services Provided:     Testifying expert, expert report for plaintiff
Disposition:           Settled
Date:                  2017

*Expert Engagement:*

Type of Matter:        Telephone Consumer Protection Act (TCPA), 47 U.S.C. § 227 related to
                       unlawful cellular telephone calls
Law Firm:              Law Offices of Jeffrey Lohman
Case Name:             Ibarra v. Navient Solutions, Inc.
Services Provided:     Testifying expert, expert report for plaintiff
Disposition:           Settled
Date:                  2017

*Expert Engagement:*

Type of Matter:        Telephone Consumer Protection Act (TCPA), 47 U.S.C. § 227 class action
                       related to short message service (SMS) technology
Law Firm:              Hyde & Swigart
Case Name:             Foley v. GatherApp, Inc.
Services Provided:     Testifying expert, expert report for plaintiff
Disposition:           Withdrawn
Date:                  2017

*Expert Engagement:*

Type of Matter:        Telephone Consumer Protection Act (TCPA), 47 U.S.C. § 227 related to
                       unlawful cellular telephone calls
Law Firm:              Law Offices of Jeffrey Lohman
Case Name:             Stringham v. Navient Solutions, Inc.
Services Provided:     Testifying expert, expert report for plaintiff
Disposition:           Settled
Date:                  2017

*Expert Engagement:*

Type of Matter:        Telephone Consumer Protection Act (TCPA), 47 U.S.C. § 227 related to
                       unlawful cellular telephone calls
Law Firm:              Krohn & Moss, Ltd.
Case Name:             Brown v. Crescent Bank & Trust, Inc.

┌─────────────────────────────┐
│      **Randall A. Snyder**      │
│      **Curriculum Vitae**       │
└─────────────────────────────┘

Services Provided:     Testifying expert, expert report for plaintiff
Disposition:           Ongoing
Date:                  2017

*Expert Engagement:*
Type of Matter:        Telephone Consumer Protection Act (TCPA), 47 U.S.C. § 227 related to
                       unlawful cellular telephone calls
Law Firm:              Law Offices of Jeffrey Lohman
Case Name:             Rogers v. Navient Solutions, Inc.
Services Provided:     Testifying expert, expert report for plaintiff
Disposition:           Settled
Date:                  2017

*Expert Engagement:*
Type of Matter:        Telephone Consumer Protection Act (TCPA), 47 U.S.C. § 227 related to
                       unlawful cellular telephone calls
Law Firm:              Law Offices of Jeffrey Lohman
Case Name:             Saballos v. Navient Solutions, Inc.
Services Provided:     Testifying expert, expert report for plaintiff
Disposition:           Ongoing
Date:                  2017

*Expert Engagement:*
Type of Matter:        Telephone Consumer Protection Act (TCPA), 47 U.S.C. § 227 related to
                       unlawful cellular telephone calls
Law Firm:              Law Offices of Jeffrey Lohman
Case Name:             Kelsaw v. Navient Solutions, Inc.
Services Provided:     Testifying expert, expert report for plaintiff
Disposition:           Ongoing
Date:                  2017

*Expert Engagement:*
Type of Matter:        Telephone Consumer Protection Act (TCPA), 47 U.S.C. § 227 related to
                       unlawful cellular telephone calls
Law Firm:              Hyde & Swigart
Case Name:             DeMun v. National Enterprise Systems, Inc.
Services Provided:     Testifying expert, expert report for plaintiff
Disposition:           Settled
Date:                  2017

*Expert Engagement:*
Type of Matter:        Telephone Consumer Protection Act (TCPA), 47 U.S.C. § 227 related to
                       unlawful cellular telephone calls
Law Firm:              Krohn & Moss, Ltd.
Case Name:             Dillard v. Credit Protection Association LP
Services Provided:     Testifying expert, expert report for plaintiff
Disposition:           Ongoing

<table>
<tr><td colspan="2" align="center">**Randall A. Snyder**<br>**Curriculum Vitae**</td></tr>
</table>

Date:                          2017

*Expert Engagement:*

Type of Matter:        Telephone Consumer Protection Act (TCPA), 47 U.S.C. § 227 class action
                              related to unlawful cellular telephone calls
Law Firm:               Berger & Montague, P.C.
Case Name:             Rubenstein v. Loandepot.com, LLC
Services Provided:     Testifying expert, expert report for plaintiff
Disposition:             Settled
Date:                      2017

*Expert Engagement:*

Type of Matter:        Telephone Consumer Protection Act (TCPA), 47 U.S.C. § 227 related to
                              unlawful cellular telephone calls
Law Firm:               Law Offices of Jeffrey Lohman
Case Name:             Collier v. Navient Solutions, Inc.
Services Provided:     Testifying expert, expert report for plaintiff
Disposition:             Settled
Date:                      2017

*Expert Engagement:*

Type of Matter:        Telephone Consumer Protection Act (TCPA), 47 U.S.C. § 227 related to
                              unlawful cellular telephone calls
Law Firm:               Law Offices of Jeffrey Lohman
Case Name:             Moore v. Navient Solutions, Inc.
Services Provided:     Testifying expert, expert report, arbitration testimony for plaintiff
Disposition:             Dismissed
Date:                      2017

*Expert Engagement:*

Type of Matter:        Telephone Consumer Protection Act (TCPA), 47 U.S.C. § 227 related to
                              unlawful cellular telephone calls
Law Firm:               Law Offices of Jeffrey Lohman
Case Name:             Deffenbaugh v. Navient Solutions, Inc.
Services Provided:     Testifying expert, expert report, arbitration testimony for plaintiff
Disposition:             Ongoing
Date:                      2017

*Expert Engagement:*

Type of Matter:        Telephone Consumer Protection Act (TCPA), 47 U.S.C. § 227 related to
                              unlawful cellular telephone calls
Law Firm:               Law Offices of Jeffrey Lohman
Case Name:             McClogan v. Navient Solutions, Inc.
Services Provided:     Testifying expert, expert report, arbitration testimony for plaintiff
Disposition:             Settled
Date:                      2017

*Expert Engagement:*

| | Randall A. Snyder |
| --- | --- |
| | **Randall A. Snyder** |
| | **Curriculum Vitae** |

Type of Matter:        Telephone Consumer Protection Act (TCPA), 47 U.S.C. § 227 related to unlawful cellular telephone calls
Law Firm:              Law Offices of Jeffrey Lohman
Case Name:             Blankson v. Navient Solutions, Inc.
Services Provided:     Testifying expert, expert report for plaintiff
Disposition:           Ongoing
Date:                  2017

*Expert Engagement:*
Type of Matter:        Telephone Consumer Protection Act (TCPA), 47 U.S.C. § 227 related to unlawful cellular telephone calls
Law Firm:              Law Offices of Jeffrey Lohman
Case Name:             Natoli v. Navient Solutions, Inc.
Services Provided:     Testifying expert, expert report for plaintiff
Disposition:           Settled
Date:                  2017

*Expert Engagement:*
Type of Matter:        Telephone Consumer Protection Act (TCPA), 47 U.S.C. § 227 related to unlawful cellular telephone calls
Law Firm:              Law Offices of Jeffrey Lohman
Case Name:             Welch v. Navient Solutions, Inc.
Services Provided:     Testifying expert, expert report, arbitration testimony for plaintiff
Disposition:           Ongoing
Date:                  2018

*Expert Engagement:*
Type of Matter:        Telephone Consumer Protection Act (TCPA), 47 U.S.C. § 227 related to unlawful cellular telephone calls
Law Firm:              Law Offices of Jeffrey Lohman
Case Name:             Amaral v. Navient Solutions, Inc.
Services Provided:     Testifying expert, expert report for plaintiff
Disposition:           Dismissed
Date:                  2017

*Expert Engagement:*
Type of Matter:        Telephone Consumer Protection Act (TCPA), 47 U.S.C. § 227 related to unlawful cellular telephone calls
Law Firm:              Law Offices of Jeffrey Lohman
Case Name:             Lewis, H. v. Navient Solutions, Inc.
Services Provided:     Testifying expert, expert report for plaintiff
Disposition:           Ongoing
Date:                  2017

*Expert Engagement:*
Type of Matter:        Telephone Consumer Protection Act (TCPA), 47 U.S.C. § 227 related to unlawful cellular telephone calls

```
┌─────────────────────────────┐
│      Randall A. Snyder       │
│      Curriculum Vitae        │
└─────────────────────────────┘
```

Law Firm:                Law Offices of Jeffrey Lohman
Case Name:               Smith v. Navient Solutions, Inc.
Services Provided:       Testifying expert, expert report for plaintiff
Disposition:             Settled
Date:                    2017

*Expert Engagement:*

Type of Matter:          Telephone Consumer Protection Act (TCPA), 47 U.S.C. § 227 related to
                         unlawful cellular telephone calls
Law Firm:                Law Offices of Jeffrey Lohman
Case Name:               Turner v. Navient Solutions, Inc.
Services Provided:       Testifying expert, expert report for plaintiff
Disposition:             Ongoing
Date:                    2017

*Expert Engagement:*

Type of Matter:          Telephone Consumer Protection Act (TCPA), 47 U.S.C. § 227 related to
                         unlawful cellular telephone calls
Law Firm:                Law Offices of Jeffrey Lohman
Case Name:               Hernandez v. Navient Solutions, LLC
Services Provided:       Testifying expert, expert report, arbitration testimony for plaintiff
Settled                  Settled
Date:                    2017

*Expert Engagement:*

Type of Matter:          Telephone Consumer Protection Act (TCPA), 47 U.S.C. § 227 related to
                         unlawful cellular telephone calls
Law Firm:                Law Offices of Jeffrey Lohman
Case Name:               Stotler v. Navient Solutions, LLC
Services Provided:       Testifying expert, expert report for plaintiff
Disposition:             Settled
Date:                    2017

*Expert Engagement:*

Type of Matter:          Telephone Consumer Protection Act (TCPA), 47 U.S.C. § 227 class action
                         related to unlawful cellular telephone calls
Law Firm:                Haines & Krieger, LLC
Case Name:               Mitchell v. LRE of Nevada, LLC
Services Provided:       Testifying expert, expert report for plaintiff
Disposition:             Ongoing
Date:                    2017

*Expert Engagement:*

Type of Matter:          Telephone Consumer Protection Act (TCPA), 47 U.S.C. § 227 related to
                         unlawful cellular telephone calls
Law Firm:                Krohn & Moss, Ltd.
Case Name:               Tokarski v. Navient Solutions, LLC

## Randall A. Snyder
## Curriculum Vitae

Services Provided:     Testifying expert, expert report for plaintiff
Disposition:           Ongoing
Date:                  2017

*Expert Engagement:*

Type of Matter:        Telephone Consumer Protection Act (TCPA), 47 U.S.C. § 227 class action
                       related to unlawful cellular telephone calls
Law Firm:              Thompson Consumer Law Group
Case Name:             Larson v. Online Information Services, Inc.
Services Provided:     Testifying expert, expert report for plaintiff
Disposition:           Settled
Date:                  2017

*Expert Engagement:*

Type of Matter:        Telephone Consumer Protection Act (TCPA), 47 U.S.C. § 227 related to
                       unlawful cellular telephone calls
Law Firm:              Krohn & Moss, Ltd.
Case Name:             Moody v. Navient Solutions, LLC
Services Provided:     Testifying expert, expert report for plaintiff
Disposition:           Ongoing
Date:                  2017

*Expert Engagement:*

Type of Matter:        Telephone Consumer Protection Act (TCPA), 47 U.S.C. § 227 related to
                       unlawful cellular telephone calls
Law Firm:              Law Offices of Jeffrey Lohman
Case Name:             Centrella v. Navient Solutions, LLC
Services Provided:     Testifying expert, expert report for plaintiff
Disposition:           Settled
Date:                  2017

*Expert Engagement:*

Type of Matter:        Telephone Consumer Protection Act (TCPA), 47 U.S.C. § 227 related to
                       unlawful cellular telephone calls
Law Firm:              Sulaiman Law Group, Ltd.
Case Name:             Cain v. Ocwen Loan Servicing, LLC
Services Provided:     Testifying expert, expert report for plaintiff
Disposition:           Settled
Date:                  2017

*Expert Engagement:*

Type of Matter:        Telephone Consumer Protection Act (TCPA), 47 U.S.C. § 227 related to
                       unlawful cellular telephone calls
Law Firm:              Law Office of Chris R. Miltenberger, PLLC
Case Name:             Lockett v. Conn Appliances, Inc. et al.
Services Provided:     Testifying expert, expert report for plaintiff
Disposition:           Ongoing

┌─────────────────────────────┐
│      **Randall A. Snyder**      │
│      **Curriculum Vitae**       │
└─────────────────────────────┘

Date:                2017

*Expert Engagement:*
Type of Matter:      Telephone Consumer Protection Act (TCPA), 47 U.S.C. § 227 class action
                     related to short message service (SMS) technology
Law Firm:            Kopelowitz Ostrow Ferguson Weiselberg Gilbert
Case Name:           Gottlieb v. CITGO Petroleum Corporation
Services Provided:   Testifying expert, expert report for plaintiff
Disposition:         Settled
Date:                2017

*Expert Engagement:*
Type of Matter:      Telephone Consumer Protection Act (TCPA), 47 U.S.C. § 227 related to
                     unlawful cellular telephone calls
Law Firm:            Krohn & Moss, Ltd.
Case Name:           Martinez v. Navient Solutions, LLC
Services Provided:   Testifying expert, expert report for plaintiff
Disposition:         Ongoing
Date:                2017

*Expert Engagement:*
Type of Matter:      Telephone Consumer Protection Act (TCPA), 47 U.S.C. § 227 class action
                     related to short message service (SMS) technology
Law Firm:            Zimmerman Reed LLP
Case Name:           Lennartson v. Papa Murphy's Holdings, Inc.
Services Provided:   Testifying expert, expert report for plaintiff
Disposition:         Ongoing
Date:                2017

*Expert Engagement:*
Type of Matter:      Telephone Consumer Protection Act (TCPA), 47 U.S.C. § 227 class action
                     related to unlawful cellular telephone calls
Law Firm:            Bursor & Fisher, P.A.
Case Name:           McMillion v. Rash Curtis & Associates
Services Provided:   Testifying expert, expert report, deposition for plaintiff
Disposition:         Ongoing
Date:                2017

*Expert Engagement:*
Type of Matter:      Telephone Consumer Protection Act (TCPA), 47 U.S.C. § 227 class action
                     related to unlawful cellular telephone calls
Law Firm:            Bursor & Fisher, P.A.
Case Name:           Mbazomo v. ETourandTravel, Inc.
Services Provided:   Testifying expert, expert report for plaintiff
Disposition:         Ongoing
Date:                2017

<div align="center">

**Randall A. Snyder**
**Curriculum Vitae**

</div>

*Expert Engagement:*

| | |
|---|---|
| Type of Matter: | Telephone Consumer Protection Act (TCPA), 47 U.S.C. § 227 class action related to unlawful cellular telephone calls |
| Law Firm: | Bursor & Fisher, P.A. |
| Case Name: | Bakov v. Consolidated Travel Holdings Group, Inc. |
| Services Provided: | Testifying expert, expert report, deposition for plaintiff |
| Disposition: | Ongoing |
| Date: | 2017 |

*Expert Engagement:*

| | |
|---|---|
| Type of Matter: | Telephone Consumer Protection Act (TCPA), 47 U.S.C. § 227 related to unlawful cellular telephone calls |
| Law Firm: | Haines & Krieger, LLC |
| Case Name: | Miles v. Receivables Performance Management, LLC |
| Services Provided: | Testifying expert, expert report for plaintiff |
| Disposition: | Settled |
| Date: | 2017 |

*Expert Engagement:*

| | |
|---|---|
| Type of Matter: | Telephone Consumer Protection Act (TCPA), 47 U.S.C. § 227 class action related to unlawful cellular telephone calls |
| Law Firm: | Law Office of Chris R. Miltenberger, PLLC |
| Case Name: | Mahoney v. TT of Pine Ridge, Inc. |
| Services Provided: | Testifying expert, expert report for plaintiff |
| Disposition: | Settled |
| Date: | 2017 |

*Expert Engagement:*

| | |
|---|---|
| Type of Matter: | Telephone Consumer Protection Act (TCPA), 47 U.S.C. § 227 related to unlawful cellular telephone calls |
| Law Firm: | Haines & Krieger, LLC |
| Case Name: | Toldi v. Hyundai Capital America |
| Services Provided: | Testifying expert, expert report for plaintiff |
| Disposition: | Withdrawn |
| Date: | 2017 |

*Expert Engagement:*

| | |
|---|---|
| Type of Matter: | Telephone Consumer Protection Act (TCPA), 47 U.S.C. § 227 class action related to short message service (SMS) technology |
| Law Firm: | McGuire Law, P.C. |
| Case Name: | Serban v. CarGurus, Inc. |
| Services Provided: | Testifying expert, expert report for plaintiff |
| Disposition: | Dismissed |
| Date: | 2017 |

*Expert Engagement:*

| Randall A. Snyder |
| Curriculum Vitae |

Type of Matter:       Telephone Consumer Protection Act (TCPA), 47 U.S.C. § 227 related to
                      unlawful cellular telephone calls
Law Firm:             Haines & Krieger, LLC
Case Name:            Marshall v. The CBE Group, Inc.
Services Provided:    Testifying expert, expert report, deposition for plaintiff
Disposition:          Ongoing
Date:                 2017

*Expert Engagement:*

Type of Matter:       Telephone Consumer Protection Act (TCPA), 47 U.S.C. § 227 class action
                      related to unlawful cellular telephone calls
Law Firm:             Keogh Law, Ltd.
Case Name:            Glasser v. Hilton Grand Vacations, Inc.
Services Provided:    Testifying expert, expert report, deposition for plaintiff
Disposition:          Ongoing
Date:                 2017

*Expert Engagement:*

Type of Matter:       Telephone Consumer Protection Act (TCPA), 47 U.S.C. § 227 class action
                      related to short message service (SMS) technology
Law Firm:             Carey Rodriguez Milian Gonya LLP
Case Name:            Farnham v. Caribou Coffee Company, Inc.
Services Provided:    Testifying expert, expert report for plaintiff
Disposition:          Settled
Date:                 2017

*Expert Engagement:*

Type of Matter:       Telephone Consumer Protection Act (TCPA), 47 U.S.C. § 227 class action
                      related to unlawful cellular telephone calls
Law Firm:             Bursor & Fisher, P.A.
Case Name:            Hunter v. Time Warner Cable Inc.
Services Provided:    Testifying expert, expert report for plaintiff
Disposition:          Ongoing
Date:                 2016

*Expert Engagement:*

Type of Matter:       Unlawful Recording of and Eavesdropping Upon Confidential Communications
                      (Cal. Penal. Code §§ 632) and Unlawful Wiretapping (Cal. Penal. Code §§ 631)
                      class action related to unlawful recording of telephone conversations
Law Firm:             Da Vega Fisher Mechtenberg LLP
Case Name:            Gruber v. Yelp, Inc.
Services Provided:    Consulting expert for plaintiff
Disposition:          Dismissed
Date:                 2016

*Expert Engagement:*

┌─────────────────────────────┐
│      **Randall A. Snyder**      │
│      **Curriculum Vitae**       │
└─────────────────────────────┘

Type of Matter:       Telephone Consumer Protection Act (TCPA), 47 U.S.C. § 227 class action
                      related to unlawful cellular telephone calls
Law Firm:             Law Office of Michael A. Ziegler, P.L.
Case Name:            Francescutti v. The CBE Group, Inc.
Services Provided:    Testifying expert, expert report for plaintiff
Disposition:          Withdrawn
Date:                 2016

*Expert Engagement:*

Type of Matter:       Telephone Consumer Protection Act (TCPA), 47 U.S.C. § 227 related to
                      unlawful cellular telephone calls
Law Firm:             Haines & Krieger, LLC
Case Name:            Self-Forbes v. Advanced Call Center Technologies, LLC
Services Provided:    Testifying expert, expert report for plaintiff
Disposition:          Ongoing
Date:                 2016

*Expert Engagement:*

Type of Matter:       Telephone Consumer Protection Act (TCPA), 47 U.S.C. § 227 class action
                      related to short message service (SMS) technology
Law Firm:             Engstrom, Lipscomb & Lack
Case Name:            Nghiem v. Dick's Sporting Goods, Inc.
Services Provided:    Testifying expert, expert report for plaintiff
Disposition:          Dismissed
Date:                 2016

*Expert Engagement:*

Type of Matter:       Intellectual property (patents) related to short message service (SMS) technology
Law Firm:             United States Department of Justice (DOJ)
Case Name:            CellCast Technologies, LLC v. The United States of America
Services Provided:    Testifying expert, affidavits for inter partes review for defendant
Disposition:          Ongoing
Date:                 2016

*Expert Engagement:*

Type of Matter:       Telephone Consumer Protection Act (TCPA), 47 U.S.C. § 227 class action
                      related to unlawful cellular telephone calls
Law Firm:             McGuire Law, P.C.
Case Name:            Katz v. American Honda Motor Co., Inc.
Services Provided:    Testifying expert, expert report, deposition for plaintiff
Disposition:          Ongoing
Date:                 2016

*Expert Engagement:*

Type of Matter:       Telephone Consumer Protection Act (TCPA), 47 U.S.C. § 227 related to
                      unlawful cellular telephone calls
Law Firm:             Bursor & Fisher, P.A.

<table>
<tr><td colspan="2" align="center"><strong>Randall A. Snyder<br>Curriculum Vitae</strong></td></tr>
</table>

Case Name:          Morris v. SolarCity Corp.
Services Provided:   Testifying expert, expert report, deposition for plaintiff
Disposition:         Settled
Date:               2016

*Expert Engagement:*

Type of Matter:      Telephone Consumer Protection Act (TCPA), 47 U.S.C. § 227 class action
                    related to short message service (SMS) technology
Law Firm:            Keller Rohrback, L.L.P.
Case Name:           Wick v. Twilio, Inc.
Services Provided:   Consulting expert for plaintiff
Disposition:         Dismissed
Date:               2016

*Expert Engagement:*

Type of Matter:      Telephone Consumer Protection Act (TCPA), 47 U.S.C. § 227 related to
                    unlawful cellular telephone calls
Law Firm:            Edelman, Combs, Latturner & Goodwin, LLC
Case Name:           Bailey v. Santander Consumer USA, Inc.
Services Provided:   Testifying expert, expert report, deposition for plaintiff
Disposition:         Settled
Date:               2016

*Expert Engagement:*

Type of Matter:      Telephone Consumer Protection Act (TCPA), 47 U.S.C. § 227 class action
                    related to unlawful cellular telephone calls
Law Firm:            Bailey & Glasser LLP
Case Name:           Newhart v. Quicken Loans, Inc. et al.
Services Provided:   Testifying expert, expert report for plaintiff
Disposition:         Ongoing
Date:               2016

*Expert Engagement:*

Type of Matter:      Telephone Consumer Protection Act (TCPA), 47 U.S.C. § 227 related to
                    unlawful cellular telephone calls
Law Firm:            Manchee & Manchee, PC
Case Name:           Gibbs v. Ocwen Loan Servicing, LLC
Services Provided:   Testifying expert, expert report for plaintiff
Disposition:         Settled
Date:               2016

*Expert Engagement:*

Type of Matter:      Telephone Consumer Protection Act (TCPA), 47 U.S.C. § 227 related to
                    unlawful cellular telephone calls
Law Firm:            Maney & Gordon, P.A.
Case Name:           Holland v. Keesler Federal Credit Bureau
Services Provided:   Testifying expert, expert report, deposition for plaintiff

<div style="border:1px solid black; text-align:center;">

**Randall A. Snyder**
**Curriculum Vitae**

</div>

Disposition:         Dismissed
Date:                2016

*Expert Engagement:*
Type of Matter:      Telephone Consumer Protection Act (TCPA), 47 U.S.C. § 227 class action
                     related to short message service (SMS) technology
Law Firm:            McGuire Law, P.C.
Case Name:           Spencer v. Kohl's Department Stores, Inc.
Services Provided:   Testifying expert, expert report for plaintiff
Disposition:         Ongoing
Date:                2016

*Expert Engagement:*
Type of Matter:      Telephone Consumer Protection Act (TCPA), 47 U.S.C. § 227 class action
                     related to unlawful cellular telephone calls
Law Firm:            Parisi & Havens LLP
Case Name:           Slovin v. SunRun. Inc.
Services Provided:   Testifying expert, expert report for plaintiff
Disposition:         Ongoing
Date:                2016

*Expert Engagement:*
Type of Matter:      Telephone Consumer Protection Act (TCPA), 47 U.S.C. § 227 related to
                     unlawful cellular telephone calls
Law Firm:            Law Office of Chris R. Miltenberger, PLLC
Case Name:           Harrington v. RoundPoint Mortgage Servicing Corporation
Services Provided:   Testifying expert, expert report, deposition for plaintiff
Disposition:         Dismissed
Date:                2016

*Expert Engagement:*
Type of Matter:      Telephone Consumer Protection Act (TCPA), 47 U.S.C. § 227 related to short
                     message service (SMS) technology
Law Firm:            Law Office of Troy D. Krenning, LLC
Case Name:           Newton v. Comdata, Inc.
Services Provided:   Testifying expert, expert report for plaintiff
Disposition:         Settled
Date:                2016

*Expert Engagement:*
Type of Matter:      Telephone Consumer Protection Act (TCPA), 47 U.S.C. § 227 related to
                     unlawful cellular telephone calls
Law Firm:            Bursor & Fisher, P.A.
Case Name:           Yerkes v. RGS, Financial, Inc.
Services Provided:   Testifying expert, expert report for plaintiff
Disposition:         Settled
Date:                2016

Randall A. Snyder
Curriculum Vitae

*Expert Engagement:*

| | |
|---|---|
| Type of Matter: | Telephone Consumer Protection Act (TCPA), 47 U.S.C. § 227 class action related to short message service (SMS) technology |
| Law Firm: | Manning Law APC |
| Case Name: | Vizcarra v. Macys.com Inc. et al. |
| Services Provided: | Testifying expert, expert report for plaintiff |
| Disposition: | Settled |
| Date: | 2016 |

*Expert Engagement:*

| | |
|---|---|
| Type of Matter: | Telephone Consumer Protection Act (TCPA), 47 U.S.C. § 227 related to unlawful cellular telephone calls |
| Law Firm: | Sulaiman Law Group, Ltd. |
| Case Name: | Deaderick v. Contract Callers, Inc. |
| Services Provided: | Testifying expert, expert report for plaintiff |
| Disposition: | Withdrawn |
| Date: | 2016 |

*Expert Engagement:*

| | |
|---|---|
| Type of Matter: | Telephone Consumer Protection Act (TCPA), 47 U.S.C. § 227 class action related to short message service (SMS) technology |
| Law Firm: | Tycko & Zavareei LLP |
| Case Name: | Lathrop v. Uber Technologies, Inc. |
| Services Provided: | Testifying expert, exert report for plaintiff |
| Disposition: | Settled |
| Date: | 2015–2017 |

*Expert Engagement:*

| | |
|---|---|
| Type of Matter: | Telephone Consumer Protection Act (TCPA), 47 U.S.C. § 227 class action related to short message service (SMS) technology |
| Law Firm: | McGuire Law, P.C. |
| Case Name: | Zeidel v. A&M (2015) LLC |
| Services Provided: | Testifying expert, expert report for plaintiff |
| Disposition: | Settled |
| Date: | 2015–2016 |

*Expert Engagement:*

| | |
|---|---|
| Type of Matter: | Telephone Consumer Protection Act (TCPA), 47 U.S.C. § 227 class action related to unlawful cellular telephone calls |
| Law Firm: | Marquis Aurbach Coffing |
| Case Name: | Fisher v. MJ Christensen Jewelers, LLC |
| Services Provided: | Testifying expert, expert report for plaintiff |
| Disposition: | Ongoing |
| Date: | 2015–2016 |

| | |
|---|---|
| **Randall A. Snyder** | |
| **Curriculum Vitae** | |

*Expert Engagement:*
Type of Matter:     Competition Act, § 74.1 R.S.C. 1985, c. C-34 class action related to false and misleading advertisements related to premium text messaging and short message service (SMS) technology
Law Firm:           Department of Justice Canada
Case Name:          Commissioner of Competition v. Rogers Communications Inc., Bell Canada, Telus Corporation and the Canadian Wireless Telecommunications Association
Services Provided:  Consulting expert for plaintiff
Disposition:        Settled
Date:               2013–2016

*Expert Engagement:*
Type of Matter:     Telephone Consumer Protection Act (TCPA), 47 U.S.C. § 227 related to unlawful cellular telephone calls
Law Firm:           Maney & Gordon, P.A.
Case Name:          Ritter v. Wells Fargo Bank, N.A.
Services Provided:  Testifying expert, expert report for plaintiff
Disposition:        Settled
Date:               2015

*Expert Engagement:*
Type of Matter:     Telephone Consumer Protection Act (TCPA), 47 U.S.C. § 227 class action related to short message service (SMS) technology
Law Firm:           Bock & Hatch, LLC
Case Name:          Kozlow v. Shopkick, Inc.
Services Provided:  Testifying expert, expert report for plaintiff
Disposition:        Withdrawn
Date:               2015

*Expert Engagement:*
Type of Matter:     Telephone Consumer Protection Act (TCPA), 47 U.S.C. § 227 class action related to unlawful cellular telephone calls
Law Firm:           Edelson PC
Case Name:          Suttles v. Mutual of Omaha Insurance Company
Services Provided:  Testifying expert, expert report for plaintiff
Disposition:        Ongoing
Date:               2015

*Expert Engagement:*
Type of Matter:     Telephone Consumer Protection Act (TCPA), 47 U.S.C. § 227 related to unlawful cellular telephone calls
Law Firm:           Manchee & Manchee, PC
Case Name:          Gebray v. Ocwen Loan Servicing, LLC
Services Provided:  Testifying expert, expert report for plaintiff
Disposition:        Ongoing
Date:               2015

*Expert Engagement:*

<div style="text-align:center; border:1px solid black;">

**Randall A. Snyder**
**Curriculum Vitae**

</div>

Type of Matter:        Invasion of Privacy Act (Cal. Penal. Code §§ 630) class action related to
                       unlawful recording of telephone conversations
Law Firm:              Keller Grover LLP and Law Offices of Scot D. Bernstein
Case Name:             Saunders v. Cabela's Incorporated
Services Provided:     Testifying expert, expert report for plaintiff
Disposition:           Settled
Date:                  2015

*Expert Engagement:*

Type of Matter:        Telephone Consumer Protection Act (TCPA), 47 U.S.C. § 227 class action
                       related to short message service (SMS) technology
Law Firm:              McGuire Law, P.C.
Case Name:             Lozano v. Avenue Stores, LLC
Services Provided:     Consulting expert for plaintiff
Disposition:           Settled
Date:                  2015

*Expert Engagement:*

Type of Matter:        Telephone Consumer Protection Act (TCPA), 47 U.S.C. § 227 class action
                       related to short message service (SMS) technology
Law Firm:              Bailey & Glasser LLP
Case Name:             Phillips v. Mozes, Inc. et al.
Services Provided:     Testifying expert, expert report, deposition for plaintiff
Disposition:           Settled
Date:                  2015

*Expert Engagement:*

Type of Matter:        Intellectual property (patents) related to mobile location based technology and
                       short message service (SMS) technology
Law Firm:              Knobbe, Martens, Olson & Bear, LLP
Case Name:             TeleCommunication Systems, Inc. v. Airbus DS Communications, Inc.
Services Provided:     Testifying expert for defendant
Disposition:           Settled
Date:                  2015

*Expert Engagement:*

Type of Matter:        Intellectual property (patents) related to machine-to-machine (M2M) mobile
                       technology
Law Firm:              Paul Hastings LLP
Case Name:             M2M Solutions LLC v. Novatel Wireless Solutions, Inc.
Services Provided:     Testifying expert, USPTO affidavits for patent reexamination for defendant
Disposition:           Unknown
Date:                  2015

*Expert Engagement:*

┌─────────────────────────────┐
│      **Randall A. Snyder**      │
│      **Curriculum Vitae**       │
└─────────────────────────────┘

Type of Matter:        Telephone Consumer Protection Act (TCPA), 47 U.S.C. § 227 class action
                       related to short message service (SMS) technology
Law Firm:              Mazie Slater Katz & Freeman LLC
Case Name:             Meyer v. Bebe Stores Inc.
Services Provided:     Testifying expert, expert report for plaintiff
Disposition:           Settled
Date:                  2015

*Expert Engagement:*

Type of Matter:        Telephone Consumer Protection Act (TCPA), 47 U.S.C. § 227 class action
                       related to short message service (SMS) technology
Law Firm:              Strategic Legal Practices, APC
Case Name:             Haghayeghi v. Guess Inc.
Services Provided:     Testifying expert, expert report for plaintiff
Disposition:           Settled
Date:                  2015

*Expert Engagement:*

Type of Matter:        Telephone Consumer Protection Act (TCPA), 47 U.S.C. § 227 related to
                       unlawful cellular telephone calls
Law Firm:              Bailey & Glasser LLP
Case Name:             Stein v. Monterey Financial Services, Inc.
Services Provided:     Testifying expert, expert report for plaintiff
Disposition:           Settled
Date:                  2015

*Expert Engagement:*

Type of Matter:        Telephone Consumer Protection Act (TCPA), 47 U.S.C. § 227 related to
                       unlawful cellular telephone calls
Law Firm:              Aronovitz Law
Case Name:             McKee v. Navient Solutions, Inc.
Services Provided:     Testifying expert, expert report for plaintiff
Disposition:           Ongoing
Date:                  2015

*Expert Engagement:*

Type of Matter:        Telephone Consumer Protection Act (TCPA), 47 U.S.C. § 227 class action
                       related to short message service (SMS) technology
Law Firm:              Butsch Roberts & Associates, LLC
Case Name:             Moore v. Family Dollar Stores, Inc.
Services Provided:     Testifying expert, expert report for plaintiff
Disposition:           Settled
Date:                  2015

*Expert Engagement:*

Type of Matter:        Telephone Consumer Protection Act (TCPA), 47 U.S.C. § 227 related to
                       unlawful cellular telephone calls

<div align="center">

**Randall A. Snyder**
**Curriculum Vitae**

</div>

Law Firm:            Bailey & Glasser LLP
Case Name:           Jones v. FMS Corp., U.S. Department of Education
Services Provided:   Testifying expert, expert report for plaintiff
Disposition:         Settled
Date:                2015

*Expert Engagement:*

Type of Matter:      Invasion of Privacy Act (Cal. Penal. Code §§ 630) class action related to
                     unlawful recording of telephone conversations
Law Firm:            Keller Grover LLP and Law Offices of Scot D. Bernstein
Case Name:           Roberts v. Wyndham International, Inc.
Services Provided:   Testifying expert, expert report, deposition for plaintiff
Disposition:         Settled
Date:                2015

*Expert Engagement:*

Type of Matter:      Intellectual property (patents) related to short message service (SMS) technology
Law Firm:            Paul Hastings LLP
Case Name:           Nova Transforma Technologies, LLC v. AT&T Mobility LLC
Services Provided:   Testifying expert, USPTO affidavits for inter partes review for defendant
Disposition:         Settled
Date:                2015

*Expert Engagement:*

Type of Matter:      Telephone Consumer Protection Act (TCPA), 47 U.S.C. § 227 related to
                     unlawful cellular telephone calls
Law Firm:            Maney & Gordon, P.A.
Case Name:           Drew v. Ocwen Loan Servicing, LLC
Services Provided:   Testifying expert, expert report, deposition, trial testimony for plaintiff
Disposition:         Plaintiff obtained statutory damages for willful TCPA violations
Date:                2015

*Expert Engagement:*

Type of Matter:      Telephone Consumer Protection Act (TCPA), 47 U.S.C. § 227 class action
                     related to unlawful cellular telephone calls
Law Firm:            Parisi & Havens LLP
Case Name:           Kleja v. Transworld Systems, Inc.
Services Provided:   Testifying expert, expert report for plaintiff
Disposition:         Settled
Date:                2015

*Expert Engagement:*

Type of Matter:      Invasion of Privacy Act (Cal. Penal. Code §§ 630) class action related to
                     unlawful recording of telephone conversations
Law Firm:            Keller Grover LLP and Law Offices of Scot D. Bernstein
Case Name:           McCabe v. Six Continents Hotels, Inc.
Services Provided:   Testifying expert, expert report, deposition for plaintiff

<div style="text-align:center; border:1px solid black;">

**Randall A. Snyder
Curriculum Vitae**

</div>

Disposition:        Settled
Date:               2015

*Expert Engagement:*
Type of Matter:     Material Breach of Contract
Law Firm:           Hogan Lovells USA LLP
Case Name:          IBM de México Comercialización y Servicios, S. de R.L. de C.V. adverse
                    Iusacell, S.A. de C.V.
Services Provided:  Testifying expert, expert report for IBM México
Disposition:        Unknown
Date:               2014–2016

*Expert Engagement:*
Type of Matter:     Telephone Consumer Protection Act (TCPA), 47 U.S.C. § 227 class action
                    related to unlawful cellular telephone calls
Law Firm:           Caddell & Chapman
Case Name:          Hooker v. Sirius XM Radio, Inc.
Services Provided:  Testifying expert, expert report for plaintiff
Disposition:        Settled
Date:               2014–2016

*Expert Engagement:*
Type of Matter:     Telephone Consumer Protection Act (TCPA), 47 U.S.C. § 227 class action
                    related to short message service (SMS) technology
Law Firm:           Heyrich Kalish McGuigan, PLLC
Case Name:          Gragg v. Orange Cab Company, Inc. et al
Services Provided:  Testifying expert, expert report, deposition for plaintiff
Disposition:        Settled
Date:               2013–2016

*Expert Engagement:*
Type of Matter:     Telephone Consumer Protection Act (TCPA), 47 U.S.C. § 227 class action
                    related to unlawful cellular telephone calls
Law Firm:           McGuire Law, P.C.
Case Name:          Valladares v. Blackboard, Inc.
Services Provided:  Testifying expert, expert report for plaintiff
Disposition:        Settled
Date:               2014–2015

*Expert Engagement:*
Type of Matter:     Telephone Consumer Protection Act (TCPA), 47 U.S.C. § 227 related to
                    unlawful cellular telephone calls
Law Firm:           Lemberg & Associates LLC
Case Name:          Hamlett et al v. Santander Consumer USA Inc. et al
Services Provided:  Testifying expert, expert report, deposition for plaintiff
Disposition:        Settled
Date:               2014–2015

<div align="center">

**Randall A. Snyder**
**Curriculum Vitae**

</div>

*Expert Engagement:*

| | |
|---|---|
| Type of Matter: | Telephone Consumer Protection Act (TCPA), 47 U.S.C. § 227 class action related to unlawful cellular telephone calls |
| Law Firm: | Parisi & Havens LLP |
| Case Name: | Lofton v. Verizon Wireless LLC |
| Services Provided: | Testifying expert, expert report for plaintiff |
| Disposition: | Settled |
| Date: | 2014–2015 |

*Expert Engagement:*

| | |
|---|---|
| Type of Matter: | Telephone Consumer Protection Act (TCPA), 47 U.S.C. § 227 class action related to short message service (SMS) technology |
| Law Firm: | McGuire Law, P.C. |
| Case Name: | Spencer v. AT&T Digital Life, Inc. |
| Services Provided: | Testifying expert, expert report, deposition for plaintiff |
| Disposition: | Settled |
| Date: | 2014 |

*Expert Engagement:*

| | |
|---|---|
| Type of Matter: | Telephone Consumer Protection Act (TCPA), 47 U.S.C. § 227 class action related to short message service (SMS) technology |
| Law Firm: | Butsch Roberts & Associates, LLC |
| Case Name: | In re: Life Time Fitness, Inc. |
| Services Provided: | Consulting expert for plaintiff |
| Disposition: | Settled |
| Date: | 2014 |

*Expert Engagement:*

| | |
|---|---|
| Type of Matter: | Telephone Consumer Protection Act (TCPA), 47 U.S.C. § 227 class action related to unlawful cellular telephone calls |
| Law Firm: | Morgan & Morgan, P.A. |
| Case Name: | Cauchon v. Whetstone Partners, LLC, d/b/a eTitleLoan |
| Services Provided: | Testifying expert, expert report for plaintiff |
| Disposition: | Settled |
| Date: | 2014 |

*Expert Engagement:*

| | |
|---|---|
| Type of Matter: | Intellectual property (patents) related to short message service (SMS) technology |
| Law Firm: | McGuireWoods LLP |
| Case Name: | Comcast Cable Communications, LLC v. Sprint Communications Company L.P. |
| Services Provided: | Consulting expert for defendant |
| Disposition: | Settled |
| Date: | 2014 |

*Expert Engagement:*

Randall A. Snyder
Curriculum Vitae

Type of Matter:      Telephone Consumer Protection Act (TCPA), 47 U.S.C. § 227 class action
                     related to short message service (SMS) technology
Law Firm:            Bock & Hatch, LLC
Case Name:           Kozlow v. Hangtime, Inc.
Services Provided:   Testifying expert, expert report for plaintiff
Disposition:         Settled
Date:                2014

*Expert Engagement:*
Type of Matter:      Telephone Consumer Protection Act (TCPA), 47 U.S.C. § 227 class action
                     related to unlawful cellular telephone calls
Law Firm:            Parisi & Havens LLP
Case Name:           In re Collecto, Inc.
Services Provided:   Testifying expert, expert report for plaintiff
Disposition:         Settled
Date:                2014

*Expert Engagement:*
Type of Matter:      Telephone Consumer Protection Act (TCPA), 47 U.S.C. § 227 class action
                     related to unlawful cellular telephone calls
Law Firm:            Edelson PC
Case Name:           Birchmeier et al v. Caribbean Cruise Line, Inc. et al
Services Provided:   Testifying expert, expert report for plaintiff
Disposition:         Settled
Date:                2014

*Expert Engagement:*
Type of Matter:      Telephone Consumer Protection Act (TCPA), 47 U.S.C. § 227 class action
                     related to short message service (SMS) technology
Law Firm:            Keogh Law, Ltd.
Case Name:           Johnson v. Yahoo! Inc.
Services Provided:   Testifying expert, expert report, deposition for plaintiff
Disposition:         Class Decertified
Date:                2014

*Expert Engagement:*
Type of Matter:      Telephone Consumer Protection Act (TCPA), 47 U.S.C. § 227 class action
                     related to short message service (SMS) technology
Law Firm:            Jacobs Kolton, Chtd.
Case Name:           Nunes v. Twitter, Inc.
Services Provided:   Consulting expert for plaintiff
Disposition:         Dismissed
Date:                2014

*Expert Engagement:*
Type of Matter:      Telephone Consumer Protection Act (TCPA), 47 U.S.C. § 227 class action
                     related to unlawful cellular telephone calls

<div style="border:1px solid black; text-align:center">

**Randall A. Snyder**
**Curriculum Vitae**

</div>

| | |
|---|---|
| Law Firm: | Manning Law, PLLC |
| Case Name: | Manning v. Lendio, Inc. |
| Services Provided: | Testifying expert, expert report for plaintiff |
| Disposition: | Ongoing |
| Date: | 2014 |

*Expert Engagement:*

| | |
|---|---|
| Type of Matter: | Telephone Consumer Protection Act (TCPA), 47 U.S.C. § 227 class action related to short message service (SMS) technology |
| Law Firm: | The Law Offices of Joseph R. Manning, Jr. |
| Case Name: | Vargem v. Tax Defense Partners, LLC |
| Services Provided: | Testifying expert, expert report for plaintiff |
| Disposition: | Unknown |
| Date: | 2014 |

*Expert Engagement:*

| | |
|---|---|
| Type of Matter: | Telephone Consumer Protection Act (TCPA), 47 U.S.C. § 227 class action related to unlawful cellular telephone calls |
| Law Firm: | Steptoe & Johnson PLLC |
| Case Name: | Cain v. Monitronics, International, Inc. |
| Services Provided: | Consulting expert for defendant |
| Disposition: | Dismissed |
| Date: | 2014 |

*Expert Engagement:*

| | |
|---|---|
| Type of Matter: | Telephone Consumer Protection Act (TCPA), 47 U.S.C. § 227 class action related to short message service (SMS) technology and unlawful cellular telephone calls |
| Law Firm: | Mantese Honigman Rossman and Williamson, P.C. |
| Case Name: | Glassbrook v. Rose Acceptance, Inc. and First National Bank of America |
| Services Provided: | Testifying expert, expert report, deposition for plaintiff |
| Disposition: | Dismissed |
| Date: | 2014 |

*Expert Engagement:*

| | |
|---|---|
| Type of Matter: | Telephone Consumer Protection Act (TCPA), 47 U.S.C. § 227 class action related to unlawful cellular telephone calls |
| Law Firm: | Kazerouni Law Group, APC |
| Case Name: | Iniguez v. The CBE Group, Inc. |
| Services Provided: | Testifying expert, expert report for plaintiff |
| Disposition: | Settled |
| Date: | 2014 |

*Expert Engagement:*

| | |
|---|---|
| Type of Matter: | Telephone Consumer Protection Act (TCPA), 47 U.S.C. § 227 class action related to unlawful cellular telephone calls |
| Law Firm: | Keogh, Cox & Wilson, Ltd. |

<div align="center">

**Randall A. Snyder**
**Curriculum Vitae**

</div>

Case Name:              Hetherington v. Omaha Steaks, Inc. and Omaha Steaks International, Inc.
Services Provided:      Testifying expert, expert report for plaintiff
Disposition:            Settled
Date:                   2014

*Expert Engagement:*
Type of Matter:         Telephone Consumer Protection Act (TCPA), 47 U.S.C. § 227 class action
                        related to unlawful cellular telephone calls
Law Firm:               Potter Handy, LLP
Case Name:              Potter v. Bank of America Corporation
Services Provided:      Testifying expert, expert report for plaintiff
Disposition:            Settled
Date:                   2014

*Expert Engagement:*
Type of Matter:         Telephone Consumer Protection Act (TCPA), 47 U.S.C. § 227 class action
                        related to short message service (SMS) technology
Law Firm:               Lemberg & Associates LLC
Case Name:              Shiyan v. Lucille Roberts Health Clubs, Inc.
Services Provided:      Testifying expert, expert report for plaintiff
Disposition:            Withdrawn
Date:                   2014

*Expert Engagement:*
Type of Matter:         Telephone Consumer Protection Act (TCPA), 47 U.S.C. § 227 class action
                        related to unlawful cellular telephone calls
Law Firm:               Lemberg & Associates LLC
Case Name:              Meyer v. Receivables Performance Management LLC
Services Provided:      Testifying expert, expert report for plaintiff
Disposition:            Settled
Date:                   2014

*Expert Engagement:*
Type of Matter:         Telephone Consumer Protection Act (TCPA), 47 U.S.C. § 227 class action
                        related to unlawful cellular telephone calls
Law Firm:               McGuire Law, P.C.
Case Name:              Murray v. Bill Me Later, Inc.
Services Provided:      Consulting expert for plaintiff
Disposition:            Settled
Date:                   2014

*Expert Engagement:*
Type of Matter:         Telephone Consumer Protection Act (TCPA), 47 U.S.C. § 227 class action
                        related to unlawful cellular telephone calls
Law Firm:               Lemberg & Associates LLC
Case Name:              Creel v. GC Services, L.P.
Services Provided:      Testifying expert, expert report, deposition for plaintiff

<div style="border:1px solid black; text-align:center;">

**Randall A. Snyder**
**Curriculum Vitae**

</div>

Disposition:    Settled
Date:    2014

*Expert Engagement:*

| | |
|---|---|
| Type of Matter: | Intellectual property (patents) related to short message service (SMS) technology and communication protocols |
| Law Firm: | White & Case LLP |
| Case Name: | Nokia Corporation v. Google Inc. |
| Services Provided: | Testifying expert for defendant |
| Disposition: | Settled |
| Date: | 2014 |

*Expert Engagement:*

| | |
|---|---|
| Type of Matter: | Telephone Consumer Protection Act (TCPA), 47 U.S.C. § 227 class action related to short message service (SMS) technology |
| Law Firm: | McGuire Law, P.C. |
| Case Name: | Gomez v. Campbell-Ewald Company |
| Services Provided: | Consulting expert for plaintiff |
| Disposition: | Ongoing |
| Date: | 2014 |

*Expert Engagement:*

| | |
|---|---|
| Type of Matter: | Telephone Consumer Protection Act (TCPA), 47 U.S.C. § 227 class action related to short message service (SMS) technology |
| Law Firm: | Francis & Mailman, P.C. |
| Case Name: | Dominguez v. Yahoo! Inc. |
| Services Provided: | Testifying expert, expert report, deposition for plaintiff |
| Disposition: | Dismissed |
| Date: | 2013–2018 |

*Expert Engagement:*

| | |
|---|---|
| Type of Matter: | Telephone Consumer Protection Act (TCPA), 47 U.S.C. § 227 class action related to short message service (SMS) technology |
| Law Firm: | McGuire Law, P.C. |
| Case Name: | Smith v. Microsoft Corporation |
| Services Provided: | Testifying expert, expert report for plaintiff |
| Disposition: | Dismissed |
| Date: | 2013–2016 |

*Expert Engagement:*

| | |
|---|---|
| Type of Matter: | Telephone Consumer Protection Act (TCPA), 47 U.S.C. § 227 class action related to unlawful cellular telephone calls |
| Law Firm: | Lemberg & Associates LLC; Terrell Marshall Law Group PLLC |
| Case Name: | Horton v. Cavalry Portfolio Services LLC |
| Services Provided: | Testifying expert, expert report, deposition for plaintiff |
| Disposition: | Ongoing |
| Date: | 2013–2018 |

┌─────────────────────────────┐
│     **Randall A. Snyder**       │
│     **Curriculum Vitae**        │
└─────────────────────────────┘

*Expert Engagement:*

| | |
|---|---|
| Type of Matter: | Telephone Consumer Protection Act (TCPA), 47 U.S.C. § 227 class action related to short message service (SMS) technology |
| Law Firm: | Law Office of Scott D. Owens, Esq. and Farmer, Jaffee, Weissing, Edwards, Fistos & Lehrman, P.L. |
| Case Name: | Legg v. Voice Media Group, Inc. |
| Services Provided: | Testifying expert, expert report for plaintiff |
| Disposition: | Dismissed |
| Date: | 2013–2014 |

*Expert Engagement:*

| | |
|---|---|
| Type of Matter: | Telephone Consumer Protection Act (TCPA), 47 U.S.C. § 227 class action related to short message service (SMS) technology |
| Law Firm: | Edelson LLC |
| Case Name: | Sterk v. Path, Inc. |
| Services Provided: | Testifying expert, expert report for plaintiff |
| Disposition: | Settled |
| Date: | 2013–2014 |

*Expert Engagement:*

| | |
|---|---|
| Type of Matter: | Telephone Consumer Protection Act (TCPA), 47 U.S.C. § 227 class action related to short message service (SMS) technology |
| Law Firm: | Wooten, Kimbrough & Normand, PA |
| Case Name: | Murphy v. DCI Biologicals, LLC |
| Services Provided: | Testifying expert, expert report for plaintiff |
| Disposition: | Settled |
| Date: | 2013–2014 |

*Expert Engagement:*

| | |
|---|---|
| Type of Matter: | Telephone Consumer Protection Act (TCPA), 47 U.S.C. § 227 class action related to short message service (SMS) technology |
| Law Firm: | Kazerouni Law Group, APC |
| Case Name: | Sherman v. Yahoo! Inc. |
| Services Provided: | Testifying expert, expert report for plaintiff |
| Disposition: | Class Decertified |
| Date: | 2013–2014 |

*Expert Engagement:*

| | |
|---|---|
| Type of Matter: | Telephone Consumer Protection Act (TCPA), 47 U.S.C. § 227 and Fair Debt Collection Practices Act (FDCPA) 15 U.S.C. 15 § 1692 related to unlawful cellular telephone calls |
| Law Firm: | Collins & Story, PA |
| Case Name: | Keen v. Delta Outsource Group, Inc. |
| Services Provided: | Testifying expert, expert report, deposition for plaintiff |
| Disposition: | Settled |
| Date: | 2013–2014 |

<div style="border: 1px solid black; text-align: center;">

**Randall A. Snyder**
**Curriculum Vitae**

</div>

---

*Expert Engagement:*

| | |
|---|---|
| Type of Matter: | Intellectual property (patents) related to short message service (SMS) technology and mobile banking |
| Law Firm: | Panovia Group LLP |
| Case Name: | N5 Technologies, LLC v. Capital One, N.A. et al |
| Services Provided: | Testifying expert, expert report, deposition for plaintiff |
| Disposition: | Settled |
| Date: | 2013–2014 |

*Expert Engagement:*

| | |
|---|---|
| Type of Matter: | Telephone Consumer Protection Act (TCPA), 47 U.S.C. § 227 and California's Unfair Competition Law, Cal. Bus. & Prof. Code § 17200 class action related to short message service (SMS) technology |
| Law Firm: | Hartmann and Kananen |
| Case Name: | Baird v. Sabre, Inc. |
| Services Provided: | Testifying expert, expert report for plaintiff |
| Disposition: | Dismissed |
| Date: | 2013–2014 |

*Expert Engagement:*

| | |
|---|---|
| Type of Matter: | Telephone Consumer Protection Act (TCPA), 47 U.S.C. § 227 class action related to short message service (SMS) technology and unlawful charging of cellular telephone customers |
| Law Firm: | Edelson LLC |
| Case Name: | Lee v. Stonebridge Life Insurance Company |
| Services Provided: | Testifying expert, expert report, deposition for plaintiff |
| Disposition: | Settled |
| Date: | 2012–2014 |

*Expert Engagement:*

| | |
|---|---|
| Type of Matter: | Intellectual property (patents) related to short message service (SMS) technology and multimedia message service (MMS) technology |
| Law Firm: | Baker Botts LLP |
| Case Name: | Intellectual Ventures LLC v. AT&T Mobility LLC, T-Mobile USA, Inc., Sprint Spectrum L.P., US Cellular Corporation |
| Services Provided: | Testifying expert, expert report for defendants |
| Disposition: | Patent withdrawn from litigation |
| Date: | 2012–2014 |

*Expert Engagement:*

| | |
|---|---|
| Type of Matter: | Telephone Consumer Protection Act (TCPA), 47 U.S.C. § 227 class action related to short message service (SMS) technology |
| Law Firm: | Keogh Law, Ltd. |
| Case Name: | Wanca v. LA Fitness International, LLC |
| Services Provided: | Testifying expert, expert report, deposition for plaintiff |
| Disposition: | Settled |

## Randall A. Snyder
## Curriculum Vitae

Date:                2013

*Expert Engagement:*
Type of Matter:      Telephone Consumer Protection Act (TCPA), 47 U.S.C. § 227 class action
                     related to unlawful cellular telephone calls
Law Firm:            Lemberg & Associates LLC
Case Name:           Penn v. NRA Group, LLC
Services Provided:   Consulting expert for plaintiff
Disposition:         Unknown
Date:                2013

*Expert Engagement:*
Type of Matter:      Telephone Consumer Protection Act (TCPA), 47 U.S.C. § 227 class action
                     related to unlawful cellular telephone calls
Law Firm:            Lemberg & Associates LLC
Case Name:           Reed v. GC Services LP
Services Provided:   Consulting expert for plaintiff
Disposition:         Settled
Date:                2013

*Expert Engagement:*
Type of Matter:      Telephone Consumer Protection Act (TCPA), 47 U.S.C. § 227 class action
                     related to short message service (SMS) technology
Law Firm:            The Lavery Law Firm
Case Name:           Volpe v. Caribbean Cruise Line, Inc.
Services Provided:   Consulting expert for plaintiff
Disposition:         Dismissed
Date:                2013

*Expert Engagement:*
Type of Matter:      Washington Consumer Protection Act, RCW 19.86 and RCW 80.36.400 related
                     to unfair business practices and unlawful cellular telephone calls
Law Firm:            Williamson and Williams Law
Case Name:           Kids Northwest v. First Data Corporation
Services Provided:   Consulting expert for plaintiff
Disposition:         Unknown
Date:                2013

*Expert Engagement:*
Type of Matter:      Telephone Consumer Protection Act (TCPA), 47 U.S.C. § 227 class action
                     related to short message service (SMS) technology
Law Firm:            George Rikos Law
Case Name:           Van Patten v. Vertical Fitness
Services Provided:   Testifying expert, expert report for plaintiff
Disposition:         Dismissed
Date:                2013–2016

## Randall A. Snyder
## Curriculum Vitae

*Expert Engagement:*

| | |
|---|---|
| Type of Matter: | Telephone Consumer Protection Act (TCPA), 47 U.S.C. § 227 and California Business and Professions Code § 17200 class action related to short message service (SMS) technology |
| Law Firm: | Milberg LLP |
| Case Name: | D'Agostino v. Jesta Digital, LLC (dba Jamster) |
| Services Provided: | Testifying expert, expert report for plaintiff |
| Disposition: | Settled |
| Date: | 2013 |

*Expert Engagement:*

| | |
|---|---|
| Type of Matter: | Telephone Consumer Protection Act (TCPA), 47 U.S.C. § 227 and Restrictions on Telemarketing, Telephone Solicitation, and Facsimile Advertising 47 C.F.R. § 64.1200(d)(3) class action related to unlawful cellular telephone calls |
| Law Firm: | Burke Law Offices, LLC |
| Case Name: | Benzion v. Vivint, Inc. |
| Services Provided: | Testifying expert, expert report, deposition for plaintiff |
| Disposition: | Settled |
| Date: | 2013 |

*Expert Engagement:*

| | |
|---|---|
| Type of Matter: | Telephone Consumer Protection Act (TCPA), 47 U.S.C. § 227 class action related to unlawful cellular telephone calls |
| Law Firm: | Lemberg & Associates LLC |
| Case Name: | Rutigliano v. Convergent Outsourcing, Inc. |
| Services Provided: | Testifying expert, expert report for plaintiff |
| Disposition: | Unknown |
| Date: | 2013 |

*Expert Engagement:*

| | |
|---|---|
| Type of Matter: | Telephone Consumer Protection Act (TCPA), 47 U.S.C. § 227 class action related to short message service (SMS) technology |
| Law Firm: | Kazerouni Law Group, APC |
| Case Name: | Emanuel v. The Los Angeles Lakers, Inc. |
| Services Provided: | Testifying expert, expert report for plaintiff |
| Disposition: | Dismissed |
| Date: | 2013 |

*Expert Engagement:*

| | |
|---|---|
| Type of Matter: | Telephone Consumer Protection Act (TCPA), 47 U.S.C. § 227 class action related to short message service (SMS) technology |
| Law Firm: | Kazerouni Law Group, APC |
| Case Name: | Barani v. Wells Fargo Bank, N.A. |
| Services Provided: | Consulting expert for plaintiff |
| Disposition: | Settled |
| Date: | 2013 |

<div style="border: 1px solid black; text-align: center;">

**Randall A. Snyder**
**Curriculum Vitae**

</div>

*Expert Engagement:*

| | |
|---|---|
| Type of Matter: | Intellectual property (patents) related to wireless calling party identification technology |
| Law Firm: | K&L Gates LLP |
| Case Name: | Cequint Inc. v. Apple Inc. |
| Services Provided: | Consulting expert for plaintiff |
| Disposition: | Settled |
| Date: | 2013 |

*Expert Engagement:*

| | |
|---|---|
| Type of Matter: | Telephone Consumer Protection Act (TCPA), 47 U.S.C. § 227 class action related to unlawful cellular telephone calls |
| Law Firm: | Donald A. Yarbrough, Esq. |
| Case Name: | Mais v. Gulf Coast Collection Bureau, Inc. |
| Services Provided: | Testifying expert, expert report for plaintiff |
| Disposition: | Dismissed on appeal |
| Date: | 2013 |

*Expert Engagement:*

| | |
|---|---|
| Type of Matter: | Telephone Consumer Protection Act (TCPA), 47 U.S.C. § 227 class action related to unlawful cellular telephone calls |
| Law Firm: | Donald A. Yarbrough, Esq. |
| Case Name: | Manno v. Healthcare Revenue Recovery Group, LLC |
| Services Provided: | Testifying expert, expert report, deposition for plaintiff |
| Disposition: | Settled |
| Date: | 2013 |

*Expert Engagement:*

| | |
|---|---|
| Type of Matter: | Telephone Consumer Protection Act (TCPA), 47 U.S.C. § 227 class action related to short message service (SMS) technology and unlawful charging of cellular telephone customers |
| Law Firm: | Law Office of Scott D. Owens, Esq. |
| Case Name: | Wojcik v. Buffalo Bills, Inc. |
| Services Provided: | Testifying expert, expert report for plaintiff |
| Disposition: | Settled |
| Date: | 2012–2013 |

*Expert Engagement:*

| | |
|---|---|
| Type of Matter: | Telephone Consumer Protection Act (TCPA), 47 U.S.C. § 227 class action related to short message service (SMS) technology and unlawful charging of cellular telephone customers |
| Law Firm: | Law Office of Scott D. Owens, Esq. |
| Case Name: | Keim v. ADF Midatlantic, LLC (Pizza Hut) |
| Services Provided: | Testifying expert, expert report for plaintiff |
| Disposition: | Ongoing |
| Date: | 2012–2013 |

<div style="text-align:center">

**Randall A. Snyder**
**Curriculum Vitae**

</div>

*Expert Engagement:*

| | |
|---|---|
| Type of Matter: | Telephone Consumer Protection Act (TCPA), 47 U.S.C. § 227 class action related to unlawful cellular telephone calls |
| Law Firm: | Liner Grode Stein Yankelevitz Sunshine Regenstreif & Taylor LLP |
| Case Name: | Connelly v. Hilton Grand Vacations Company, LLC |
| Services Provided: | Testifying expert, expert report, deposition for defendant |
| Disposition: | Dismissed |
| Date: | 2012–2013 |

*Expert Engagement:*

| | |
|---|---|
| Type of Matter: | Telephone Consumer Protection Act (TCPA), 47 U.S.C. § 227 class action related to short message service (SMS) technology |
| Law Firm: | Kirby Law Group |
| Case Name: | Agne v. Papa John's International, Inc. et al |
| Services Provided: | Consulting expert for plaintiff |
| Disposition: | Settled |
| Date: | 2012 |

*Expert Engagement:*

| | |
|---|---|
| Type of Matter: | Telephone Consumer Protection Act (TCPA), 47 U.S.C. § 227 class action and NY GBL 399-P class action related to unlawful calls |
| Law Firm: | Bellin and Associates LLC |
| Case Name: | Tipoo v. Enhanced Recovery Company, LLC |
| Services Provided: | Testifying expert, expert report for plaintiff |
| Disposition: | Unknown |
| Date: | 2012 |

*Expert Engagement:*

| | |
|---|---|
| Type of Matter: | Telephone Consumer Protection Act (TCPA), 47 U.S.C. § 227 class action related to unlawful calls |
| Law Firm: | Burke Law Offices, LLC |
| Case Name: | Bailey v. Household Finance Corporation et al |
| Services Provided: | Testifying expert, expert report for plaintiff |
| Disposition: | Unknown |
| Date: | 2011–2012 |

*Expert Engagement:*

| | |
|---|---|
| Type of Matter: | Telephone Consumer Protection Act (TCPA), 47 U.S.C. § 227 class action related to short message service (SMS) technology |
| Law Firm: | Burke Law Offices, LLC |
| Case Name: | Annoni v. FYISMS.com, LLC |
| Services Provided: | Testifying expert, expert report for plaintiff |
| Disposition: | Unknown |
| Date: | 2011–2012 |

*Expert Engagement:*

| | |
|---|---|
| **Randall A. Snyder** |
| **Curriculum Vitae** |

Type of Matter:    Telephone Consumer Protection Act (TCPA), 47 U.S.C. § 227 class action related to short message service (SMS) technology and unlawful charging of cellular telephone customers
Law Firm:    KamberEdelson, LLC
Case Name:    Schrock v. Wenner Media LLC
Services Provided:    Consulting expert for plaintiff
Disposition:    Unknown
Date:    2011

*Expert Engagement:*

Type of Matter:    Telephone Consumer Protection Act (TCPA), 47 U.S.C. § 227 class action related to short message service (SMS) technology and unlawful charging of cellular telephone customers
Law Firm:    Summit Law Group
Case Name:    Kramer v. Autobytel, Inc. and B2Mobile, LLC
Services Provided:    Consulting expert for defendant
Disposition:    Settled
Date:    2011

*Expert Engagement:*

Type of Matter:    Intellectual property (patents) related to wireless location based services (LBS)
Law Firm:    Mintz, Levin, Cohn, Ferris, Glovsky and Popeo PC
Case Name:    Emsat Geolocation Technology, LLC v. CellCo Limited Partnership (dba Verizon Wireless) et al
Services Provided:    Testifying expert, USPTO affidavits for inter partes reviewfor plaintiff
Disposition:    Unknown
Date:    2010–2011

*Expert Engagement:*

Type of Matter:    Telephone Consumer Protection Act (TCPA), 47 U.S.C. § 227 class action related to unlawful calls
Law Firm:    Keogh Law, Ltd.
Case Name:    Griffith v. Consumer Portfolio Services, Inc.
Services Provided:    Testifying expert, expert report for plaintiff
Disposition:    Unknown
Date:    2010–2011

*Expert Engagement:*

Type of Matter:    Telephone Consumer Protection Act (TCPA), 47 U.S.C. § 227 class action related to unlawful calls
Law Firm:    Keogh Law, Ltd.
Case Name:    Dobbin v. Wells Fargo Auto Finance, Inc.
Services Provided:    Testifying expert, expert report for plaintiff
Disposition:    Dismissed
Date:    2010–2011

*Expert Engagement:*

> ### Randall A. Snyder
> ### Curriculum Vitae

| | |
|---|---|
| Type of Matter: | Intellectual property (patents) related to short message service (SMS) technology |
| Law Firm: | Nelson Bumgardner Casto PC |
| Case Name: | Celltrace LLC v. AT&T Inc. et al |
| Services Provided: | Consulting expert for plaintiff |
| Disposition: | Unknown |
| Date: | 2010 |

*Expert Engagement:*

| | |
|---|---|
| Type of Matter: | California Constitution, Article VI, § 10, class action related to short message service (SMS) technology and unlawful charging of cellular telephone customers |
| Law Firm: | KamberEdelson, LLC |
| Case Name: | VanDyke v. Media Breakaway, LLC |
| Services Provided: | Testifying expert, expert report for plaintiff |
| Disposition: | Settled |
| Date: | 2009 |

*Expert Engagement:*

| | |
|---|---|
| Type of Matter: | Telephone Consumer Protection Act (TCPA), 47 U.S.C. § 227 class action related to unlawful calls |
| Law Firm: | Gordon & Rees LLP |
| Case Name: | Allen v. Rickenbacker Collection Services |
| Services Provided: | Consulting expert for defendant |
| Disposition: | Unknown |
| Date: | 2009 |

*Expert Engagement:*

| | |
|---|---|
| Type of Matter: | Intellectual property (trademarks) related to short message service (SMS) technology |
| Law Firm: | Fish & Richardson P.C. |
| Case Name: | Cricket Communications, Inc. v. HipCricket, Inc. |
| Services Provided: | Testifying expert, expert report, deposition for plaintiff |
| Disposition: | Unknown |
| Date: | 2008–2009 |

*Expert Engagement:*

| | |
|---|---|
| Type of Matter: | California Constitution, Article VI, § 10, class action related to short message service (SMS) technology and unlawful charging of cellular telephone customers |
| Law Firm: | KamberEdelson, LLC |
| Case Name: | Albrecht v. mBlox, Inc. et al |
| Services Provided: | Testifying expert, expert report for plaintiff |
| Disposition: | Settled |
| Date: | 2008–2009 |

*Expert Engagement:*

| | |
|---|---|
| Type of Matter: | Telephone Consumer Protection Act (TCPA), 47 U.S.C. § 227 class action related to short message service (SMS) technology |
| Law Firm: | Blim & Edelson, LLC |

> **Randall A. Snyder**
> **Curriculum Vitae**

Case Name:        Satterfield v. Simon & Schuster, Inc.
Services Provided: Testifying expert, expert report for plaintiff
Disposition:      Settled
Date:             2007–2009

*Expert Engagement:*
Type of Matter:   Class action related to short message service (SMS) technology and unlawful charging of cellular telephone customers
Law Firm:         KamberEdelson, LLC
Case Name:        Walker v. Motricity, Inc.
Services Provided: Testifying expert, expert report, deposition for plaintiff
Disposition:      Settled
Date:             2008

*Expert Engagement:*
Type of Matter:   Class action related to short message service (SMS) technology and unlawful charging of cellular telephone customers
Law Firm:         KamberEdelson, LLC
Case Name:        Rynearson v. Motricity, Inc.
Services Provided: Testifying expert, expert report, deposition for plaintiff
Disposition:      Settled
Date:             2008

*Expert Engagement:*
Type of Matter:   California Constitution, Article VI, § 10, class action related to short message service (SMS) technology and unlawful charging of cellular telephone customers
Law Firm:         KamberEdelson, LLC
Case Name:        Reed v. Sprint Nextel Corporation
Services Provided: Testifying expert, expert report for plaintiff
Disposition:      Settled
Date:             2008

*Expert Engagement:*
Type of Matter:   Class action related to short message service (SMS) technology and unlawful charging of cellular telephone customers
Law Firm:         KamberEdelson, LLC
Case Name:        Paluzzi v. CellCo Limited Partnership (dba Verizon Wireless) and mBlox. Inc.
Services Provided: Consulting expert for plaintiff
Disposition:      Settled
Date:             2008

*Expert Engagement:*
Type of Matter:   Class action related to short message service (SMS) technology and unlawful charging of cellular telephone customers
Law Firm:         KamberEdelson, LLC
Case Name:        Nava v. Predicto Mobile, LLC
Services Provided: Consulting expert for plaintiff

| | |
|---|---|
| **Randall A. Snyder** | |
| **Curriculum Vitae** | |

Disposition:          Settled
Date:                2008

*Expert Engagement:*
Type of Matter:      Class action related to short message service (SMS) technology and unlawful
                     charging of cellular telephone customers
Law Firm:            KamberEdelson, LLC
Case Name:           McFerren v. AT&T Mobility, LLC
Services Provided:   Consulting expert for plaintiff
Disposition:         Settled
Date:                2008

*Expert Engagement:*
Type of Matter:      California's Unfair Competition Law, Cal. Bus. & Prof. Code § 17200 class
                     action related to short message service (SMS) technology and unlawful charging
                     of cellular telephone customers
Law Firm:            KamberEdelson, LLC
Case Name:           Guerrero v. MobileFunster, Inc.
Services Provided:   Consulting expert for plaintiff
Disposition:         Settled
Date:                2008

*Expert Engagement:*
Type of Matter:      Computer Fraud and Abuse Act, 18 U.S.C. Article § 1030, class action related to
                     short message service (SMS) technology and unlawful charging of cellular
                     telephone customers
Law Firm:            KamberEdelson, LLC
Case Name:           Gray v. Mobile Messenger Americas, Inc.
Services Provided:   Consulting expert for plaintiff
Disposition:         Settled
Date:                2008

*Expert Engagement:*
Type of Matter:      Class action related to short message service (SMS) technology and unlawful
                     charging of cellular telephone customers
Law Firm:            KamberEdelson, LLC
Case Name:           Goddard v. Google, Inc.
Services Provided:   Consulting expert for plaintiff
Disposition:         Settled
Date:                2008

*Expert Engagement:*
Type of Matter:      Class action related to short message service (SMS) technology and unlawful
                     charging of cellular telephone customers
Law Firm:            KamberEdelson, LLC
Case Name:           Duffy v. Nevis Mobile, LLC
Services Provided:   Consulting expert for plaintiff

```
┌─────────────────────────────┐
│      Randall A. Snyder        │
│      Curriculum Vitae         │
└─────────────────────────────┘
```

Disposition:          Settled
Date:                 2008

*Expert Engagement:*
Type of Matter:       Class action related to short message service (SMS) technology and unlawful
                      charging of cellular telephone customers
Law Firm:             KamberEdelson, LLC
Case Name:            Criswell v. MySpace, Inc.
Services Provided:    Testifying expert, expert report for plaintiff
Disposition:          Unknown
Date:                 2008

*Expert Engagement:*
Type of Matter:       Class Action Fairness Act of 2005, 28 U.S.C. §§ 1332, 1453 and 28 U.S.C. §
                      1367(a) class action related to short message service (SMS) technology and
                      unlawful charging of cellular telephone customers
Law Firm:             KamberEdelson, LLC
Case Name:            Bradberry v. mBlox, Inc.
Services Provided:    Consulting expert for plaintiff
Disposition:          Settled
Date:                 2008

*Expert Engagement:*
Type of Matter:       California Constitution, Article VI, § 10, class action related to short message
                      service (SMS) technology and unlawful charging of cellular telephone customers
Law Firm:             KamberEdelson, LLC
Case Name:            Ayers v. Media Breakaway, LLC
Services Provided:    Testifying expert, expert report for plaintiff
Disposition:          Settled
Date:                 2008

*Expert Engagement:*
Type of Matter:       Intellectual property (patents) related to wireless location based services (LBS)
Law Firm:             Hahn Loeser & Parks, LLC
Case Name:            Emsat Geolocation Technology, LLC v. CellCo Limited Partnership (dba
                      Verizon Wireless) et al
Services Provided:    Consulting expert for plaintiff
Disposition:          Unknown
Date:                 2008

*Expert Engagement:*
Type of Matter:       Class action related to short message service (SMS) technology and unlawful
                      charging of cellular telephone customers
Law Firm:             Blim & Edelson, LLC
Case Name:            Valdez v. Sprint Nextel Corporation
Services Provided:    Consulting expert for plaintiff
Disposition:          Settled

<div style="border:1px solid black; text-align:center;">

**Randall A. Snyder**
**Curriculum Vitae**

</div>

Date:                2007

*Expert Engagement:*
Type of Matter:       Telephone Consumer Protection Act (TCPA), 47 U.S.C. § 201 class action
                      related to short message service (SMS) technology and unlawful charging of
                      cellular telephone customers
Law Firm:             Blim & Edelson, LLC
Case Name:            Bradberry v. T-Mobile USA, Inc.
Services Provided:    Testifying expert, expert report for plaintiff
Disposition:          Settled
Date:                 2007

*Expert Engagement:*
Type of Matter:       California Computer Crime Law, Cal. Pen. Code § 502 and California's Unfair
                      Competition Law, Cal. Bus. & Prof. Code § 17200 class action related to short
                      message service (SMS) technology
Law Firm:             KamberEdelson, LLC
Case Name:            Abrams v. Facebook, Inc.
Services Provided:    Testifying expert, expert report for plaintiff
Disposition:          Settled
Date:                 2007

*Expert Engagement:*
Type of Matter:       Intellectual property (patents) related to short message service (SMS) technology
Law Firm:             Paul Hastings LLP
Case Name:            TeleCommunication Systems, Inc. v. Mobile365, Inc.
Services Provided:    Testifying expert, expert report, deposition, trial testimony for defendant
Disposition:          Settled
Date:                 2007



*Wireless
Research
Services*

Wireless Research Services, LLC
Rate Sheet January 1, 2018

## Wireless Research Services, LLC Rate Sheet (2018)

| ITEM | FEE |
|---|---|
| Non-refundable Retainer at Time of Engagement | $4,000 |
| Expert Witness Consulting, Expert Reports | $485 per hour |
| Depositions and In-court Testimony | $525 per hour (Depositions are payable at time of Deposition) |
| Required Travel, Lodging, Board and Administrative Expenses | $1,000 per airline travel day plus actual incurred expenses |
| Invoicing | Payment due upon receipt |
| Penalty for Late Payments | 10% of total invoice outstanding after each 30 days late until full payment is received |

By signing below and returning an executed copy to Wireless Research Services, LLC along with payment of the non-refundable retainer, you agree to the payment terms contained on this rate sheet.

Agreed to by: _TED   BRODERICK_

Law firm/Company: _BRODERICK  &  PARONICH, P.C._

Case Name: _Berman v.  Freedom Financial Network_

Date: _10/23/18_

# EXHIBIT B



Verizon LTE                    11:23 AM



(786) 808-4370

Cash Help: Dunk have structured settlement and need cash immediately? Have cash approved in 48 hours or less. Call 7868084370 for info. Text 'NO' to remove

Wed, Dec 27, 12:44 PM

Have bills piling up? Waiting to settle your case? Find cash from us! If you don't win your case, you don't pay us back. Give me a quick call for details.

Wed, Dec 27, 5:00 PM

Do you have annuity & need cash ASAP? You may have access to $500-$100K in your bank account by tomorrow! Give me a quick call soon. Reply no to opt out

Text Message

BERMAN 001





Verizon LTE    11:28 AM

< 

(786) 808-4370

Do you have annuity & need cash ASAP? You may have access to $500–$100K in your bank account by tomorrow! Give me a quick call soon. Reply no to opt out

**Thu, Dec 28,** 11:09 AM

Dunk, we have approved cash for the largest number of consumers across the country. If you want the cash ASAP, don't wait. Can we schedule a call this morning?

**Thu, Dec 28,** 4:16 PM

Find the most cash for your annuity or structured settlement with us! Have the cash you need in 24-48 hours! When is the best time for a quick call?

Text Message












BERMAN 002

 Verizon LTE   **11:29 AM**   



(608) 299-6259

**Text Message**
Fri, Jan 5, 12:43 PM

Debt-Help: Do you have debt + would love support? Now's your opportunity to trim your debt by up to half. Reach out ASAP for your free quote. Write NO to end

Mon, Jan 8, 1:54 PM

Take the 1st step to financial freedom & a chance to lessen your balance in 1/2. Ring soon if you owe at least 10K in debt for a no cost quote & the aid you would like.

Now's your chance to lessen your bill by half & pay a portion of what you owe. Reach out this afternoon & get a free quote & receive the assistance you need.

  Text Message 

      

BERMAN 003

 Verizon LTE   **11:23 AM**   



(608) 299-6259

Now's your chance to lessen your bill by half & pay a portion of what you owe. Reach out this afternoon & get a free quote & receive the assistance you need.

Tue, Jan 9, 3:14 PM

Consumed by collections harassing you for money? Now's your opportunity to reduce your balance in half. Pay a portion of the total. Reach out this afternoon

Wed, Jan 10, 2:40 PM

Keep collectors from annoying you for bills. Now's your chance to trim your debt in 1/2. Call ASAP to get a no cost quote + the help you deserve!

   Text Message 

      

BERMAN 004

 Verizon LTE **11:29 AM** 



(910) 370-4211

Text Message
Wed, Jan 17, 10:37 AM

SaveMore: You're qualified for a FREE no risk security system + $100 Visa Gift Card Dunk. Call at 9103704211 to claim. Write Stop to stop.

Wed, Jan 17, 2:55 PM

Interested in a risk FREE home security system and a $100 Visa GC from the best in home security? Call us to learn info! Send no to end

Thu, Jan 18, 11:47 AM

Ensure safety for your home & family through a free of risk security system + $100 Visa GC. Call in to learn more details!Reply no to quit.

  Text Message 

     

BERMAN 005

 Verizon LTE   **11:23 AM**



(910) 370-4211

Thu, Jan 18, 11:47 AM

Ensure safety for your home & family through a free of risk security system + $100 Visa GC. Call in to learn more details!Reply no to quit.

Thu, Jan 18, 4:58 PM

Don't miss your chance at a house security system with no risk + $100 Visa GC, Connect with us now! Write stop to end

Mon, Jan 22, 11:12 AM

Call for details on our home security system + $100 Visa GC. You can easily begin protecting your family and home FREE of risk today! Write Stop to quit.

Text Message

BERMAN 006

 Verizon   LTE   **11:23 AM**



(404) 600-0537

Text Message
Wed, Jan 31, 9:05 AM

Òmni Research: You got selected to have the opportunity to win 5K! Call to claim your entry at 4046000537 in the next 24 hrs. Reply no to quit

Wed, Jan 31, 4:56 PM

GREAT NEWS Dunk! You could join the plenty of others who have won $5,000 through us. Call right away to hear how you'll be able to win! Respond 'NO' to stop.

  Text Message 

      

BERMAN 007



(409) 359-9066

**Text Message**
**Wed, Feb 14,** 10:50 AM

Dêbt-Help: Need to pay $10,000 + in cc bills? We're here to help! We can save you a ton of money. Call for more info. Respond no to quit

Text Message

BERMAN 008

# EXHIBIT C

# Our Products

Ytel communications platform, your enterprise carrier in the cloud. Add SMS and voice capabilities to your software or products and improve user experience, operational efficiency, and security.



## SMS API

Programmable SMS API to send and receive text messages from local phone numbers and short codes.



**Get Started**

## Inbound SMS

Fuel more conversations on the channel of your customer's preference through inbound text messages.

## Outbound SMS

Send outgoing messages to increase sales, engagement, and brand visibility.



## Short Code Messages

Send and receive high throughput and volume SMS using a shortcode anywhere in the nation.

## Toll Free Messages

Utilize toll-free numbers to send more engaging messages to all of your customers and prospects.

## A2P Messages

Send high volume, event-based SMS within your software with reliable deliverability and flexible scaling.




1



Voice API

Add programmable voice, conferencing, and transcription capabilities built directly into your software or product.

**Get Started**

Inbound Calls

Receive and route phone calls without worrying about carrier complexities.

Call Recordings

Record calls for quality control and tracking purposes.

Conferencing

Programmable audio conferencing to connect groups together on one phone call.

Outbound Calls

Make outbound calls on a network that guarantees the highest quality voice calling.

Transcription

Transcribe voice calls to text to improve customer experience and internal productivity.

IVR

Programmable IVR to improve self-service customer experiences and operational flow.

2



ytel.com/products/#

Our Products | Ytel

### Broadcast

Easily launch and test outbound campaigns using SMS, voice, and ringless voicemail.

**Get Started**

⊘ No Coding Required

### SMS

Send and receive SMS messages and measure campaign performance.

### Voice

Automatically call a list and provide an interactive call to action.

### Ringless Voicemail

A compliant, effective, and non-intrusive way to deliver voicemail messages directly to your audience.



# Contact Center

The all-in-one blended contact center solution built for call centers, marketing and sales teams.



**Get Started**

⊘ No Coding Required



## Inbound Calls

Robust features to power inbound calls including Automatic Call Distributor (ACD), IVR, and custom call queues.



## Call Recordings

Record calls for quality control and tracking purposes.

## DNC Safeguards

Rest easy knowing your campaigns are running compliantly with real-time DNC scrubbing.

## Time Zone Protection

Establish a local presence by using a number in the area code of your choice.

## Outbound Calls

Reach prospects or customers through custom dial types and maximize agent productivity by increasing possible touchpoints with customers.

## Agent Scripting

Define agent responses to create predictable conversations that meet the needs of sales and support expectations.



## Skill-based Routing

Routing calls to the best agent currently available improves agent productivity and drastically increases closed deals.



4



Our Products | Ytel

ytel.com/products/#

## Phone Numbers

Purchase and manage various types of phone numbers based on your business needs.

**Get Started**

### Local Numbers

Establish a local presence by using a phone number that matches your recipients area code.

### Toll Free Vanity Numbers

Use toll free numbers to engage with your audience and build rapport through brand visibility.

### Short Codes

Deliver high volume and throughput SMS messages with a 5 or 6 digit short code number.

### SMS Enable Business Lines

SMS enable business phone numbers and communicate on the channel your customers prefer.

### Tracking Numbers

Use local or toll free numbers for marketing campaigns, tracking, and attribution.

5

# EXHIBIT D





docs.ytel.com/reference#smssendsms

Send SMS

YTEL API
- API Authentication
- SharedShortCode
- Conference
- Phone Number
- Transcription
- Recording
- Email
- SMS
  - POST Send SMS
  - POST View SMS
  - POST List SMS
  - POST List Inbound SMS
  - POST View SMS
- Call
- Carrier
- Sub Account
- Account
- ShortCode
- Usage

# Send SMS

Send an SMS from a Ytel number

SUGGEST EDITS

POST https://api.ytel.com/api/v3/sms/sendsms.json

Try It

cURL Node Ruby JavaScript Objective-C Python Java PHP C# Swift Go

```
curl --request POST \
  --url https://api.ytel.com/api/v3/sms/sendsms.json \
  --header 'accept: application/json' \
  --header 'content-type: application/x-www-form-urlencoded'
```

*Try the API to see Results*

## FORM DATA

| | | |
|---|---|---|
| **From*** string | The 10-digit SMS-enabled Ytel number (E.164 format) in which the message is sent. | |
| **To*** string | The 10-digit phone number (E.164 format) that will receive the message. | |
| **Body*** string | The body message that is to be sent in the text. | |
| **Method** string | Specifies the HTTP method used to request the required URL once SMS sent. | |
| **MessageStatusCallback** string | URL that can be requested to receive notification when SMS has Sent. A set of default parameters will be sent here once the SMS is finished. | |
| **Smartsms** boolean | Check's 'to' number can receive sms or not using Carrier API, if wireless = true then text sms is sent, else wireless = false then call is recieved to end user with audible message. | false |
| **DeliveryStatus** boolean | Delivery reports are a method to tell your system if the message has arrived on the destination phone. | false |

RESPONSE 200

*Response schema type:* ***string***



3



4



docs.ytel.com/reference#callsplayaudios

Play Audio

Done

## Play Audio

Play Audio from a url

POST  https://api.ytel.com/api/v3/calls/playaudios.json

cURL  Node  Ruby  JavaScript  Objective-C  Python  Java  PHP  C#  Swift  Go

```
curl --request POST \
  --url https://api.ytel.com/api/v3/calls/playaudios.json \
  --header 'accept: application/json' \
  --header 'content-type: application/x-www-form-urlencoded'
```

### FORM DATA

**CallSid\*** string

The unique identifier of each call resource

**AudioUrl\*** string

URL to sound that should be played. You also can add more
than one audio file using semicolons e.g.
http://example.com/audio1.mp3;http://example.com/audio2.wav

**SayText\*** string

Valid alphanumeric string that should be played
to the in-progress call.

**Length** integer:int32

Time limit in seconds for audio play back

**Direction** string

The leg of the call audio will be played to

**Mix** boolean

If false, all other audio will be muted

SUGGEST EDITS

Try It

200

Try the API to see Results

RESPONSE

Response schema type: *string*

YTEL API

API Authentication

SharedShortCode

Conference

Phone Number

Transcription

Recording

Email

SMS

Call

Make Call

Play Audio

Record Call

Voice Effect

Play DTMF

Interrupt Call

List Calls

Send RVM

View Call

View Call Details

Group Call

Carrier

Sub Account

Account

# EXHIBIT E

All Collections  >  How To  >  Ytel Campaign (product formerly known as Beacon)  >  Create a Voice Broadcast

# Create a Voice Broadcast

Add a Voice broadcast to your Broadcast system

Written by Daniel Richard
Updated over a week ago

Login using your credentials

Terms:

**VB** - Voice Broadcast
**VM** - Voicemail

Click on Broadcast, and then Create New Broadcast





2

Create a Voice Broadcast | Help Center

Enter a Broadcast Name, tag, Calls per hour (see note) and  Answer Machine Detected Action (what you want to happen when the system detects it has reached an answering machine).

**Digit-** If you are doing a VB broadcast, you can have several options as to what will happen when the contact presses a digit.

For example you may have a VB broadcast with a message like this " ......If you are interested, press 1, if you would like to be removed from this list press 2....." In digit you can designate what numbers perform what actions.



**Time Zone Protect** - Start hour/start minute to End Hour/End Minute

**Caller ID Mapping** - Broadcast can dynamically change the Caller ID based on the phone number you are dialing. For example: You call 949-867-5309, you own 949-555-3423, you can broadcast 949-555-3423 as your caller ID. This will greatly increase the pickup rate of your calls. To enable this, you must own the numbers you want to broadcast. Ytel can provide numbers across the country to help. If you do not have a number for that corresponding area code, your default caller ID will be used.

3

Create a Voice Broadcast | Help Center

# Audio



You can link audio you have already uploaded in your Audio Library

You can upload pre-recorded audio

You can record audio directly in the browser

Make sure all audio is between 30 and 60 seconds.

Link Audio:

To Link audio, click the link box



Then choose from the drop down to designate what type of message it is.
Repeat for Voicemail Message, DNC Confirmation, and any others (if applicable).

**Upload Audio:**

Once you have selected the file off of your computer



Designate the type and add a description.

**Record Audio:**

You can record audio directly in the browser from record.ytel.com  Before recording, please make sure your microphone is set up and registered to your computer. Your browser may ask for permission to use the microphone before recording - click Allow.

When you are ready, click record. When you are finished recording, click stop.







You can also Record in the broadcast wizard.

## Record audio file

*Recorded file must be between 30 and 60 seconds in length.*

Record audio

**Record**   **Stop**

Audio recording preview

10 seconds

Name *

Description *

For use as

Voicemail message

**Upload recorded audio**

intercom.help/Ytel_Help/how-to/ytel-campaign-production

Create a Voice Broadcast | Help Center

10

Push record to start you recording, making sure your microphone is allowed by your browser.



After you are finished making your recording, push stop.

You can can listen to your recording, and if you are satisfied, fill out the Filename, Audio Type, and Description. Then click Upload Audio. You will still need to designate the file within the Audio Library tab, see **Link Audio** above.

## Uploading Data



Click Choose File, and upload your CSV file containing your Data (leads, phone numbers, etc).

Note: you must have your single column with your phone numbers labeled "number" in the first cell of that row. When the file is ready and you have it selected, click the upload icon.



Once the progress has reached 100%, click complete, and you're done!



**Advanced**

**Ring timeout** - limits the number of rings until the system will give up on a call. A small number of phones will not have a voicemail and just continuously ring.

Create a Voice Broadcast | Help Center

**Dial Order -**

Timezone Randomized - Contacts are sorted by timezone, and then randomized within that sorting.

Top Down - The list will be dialed in the broadcast from a top to bottom approach, in the order it was organized in when uploaded.

Bottom Up - The list will be dialed in the broadcast from a bottom to top approach, in the order it was organized in when uploaded.

**Voicemail settings** - Min voicemail length, Max voicemail length

**Adaptive Dialing Settings -**

Disabled - Disable the ability of adaptive dialing settings.

Enabled: Manual - The Admin will manually change the number of agents available to take incoming calls.

Enabled: Sync with Contact Center - Integrate with our Contact Center solution to find the amount of agents available to take incoming calls.

Enable Contact Center Filter - - This is a secondary toggle-able DNC list that can be enabled per broadcast.

Once completed, click save & finish.

Now your broadcast is completed. It is highly recommended that **before** you run that broadcast, you make a few test calls. This can be done by sending a test call.

15

# EXHIBIT F

# Creating State Filters

How to filter out certain states from being dialed

Written by James Rivas
Updated this week

This article will walk you through creating a filter to block certain states from entering your hopper - preventing them from being dialed

First navigate to your dashboard and click the Admin Utilities and then select Lead Filter List.





Creating State Filters | Help Center

intercom.help/Ytel_Help/how-to/creating-state-filters

Next we will be working on creating a new lead filter.

In the upper right of the lead filter list page there is a button that says Add New Lead Filter, click on that to take us to the next step.

2

Creating State Filters | Help Center

intercom.help/Ytel_Help/how-to/creating-state-filters

1. Give the filter a ID.

   *(Do not use any spaces or punctuation for this field. max 10 characters, minimum of 2 characters)*

2. Give the filter a name.

   *(This is a short summary of the filter. max 30 characters, minimum of 2 characters)*

3. Give the filter a comment.

4. This is where you are going to start the filter. Details below...



3



Creating State Filters | Help Center

intercom.help/Ytel_Help/how-to/creating-state-filters

1. Click the drop down box

2. Click State

There are many filters but in this article we are going to focus on filtering out states.

1. Click the drop down

2. Select Not In

1. Add the states you want and then click the add stat, so in this case add CA. After you have added all the states you want move to the next step.

2. Click the Generate SQL



Your finished product should look similar to the image above .

You can then test your filter on a campaign to see how many leads will be removed if you use this filter.



intercom.help/Ytel_Help/how-to/creating-state-filters

Creating State Filters | Help Center

Next lets activate this on a campaign

1. Navigate back to campaigns
2. Click Campaign
3. Click Modify
4.

1. Scroll down to list
2. Use the drop down to select the Lead Filter
3. Hit save and your filter will be activated