- Exhibit 13 -

```
                UNITED STATES DISTRICT COURT

              NORTHERN DISTRICT OF CALIFORNIA

                      OAKLAND DIVISION


DANIEL BERMAN,

              Plaintiff,

        vs.                          Case No.
                                     4:18-CV-01060-DMR
FREEDOM FINANCIAL NETWORK,
LLC, FREEDOM DEBT RELIEF, LLC,
FLUENT, INC. and LEAD SCIENCE,
LLC,

              Defendants.
_____




         VIDEO DEPOSITION OF DANIEL MARCUS BERMAN

                   February 26, 2019

                      10:06 a.m.

          Four Embarcadero Center, Suite 1700

               San Francisco, California




Reported By:
QUYEN N. DO, CSR No. 12447

Job: 35798
```

DANIEL MARCUS BERMAN

February 26, 2019

```
 1    APPEARANCES:

 2

 3         For Plaintiff:

 4             LAW OFFICES OF JON FOUGNER
               JON FOUGNER, ESQ.
 5             600 California Street, 11th Floor
               San Francisco, California  94108
 6             415.577.5829
               jon@fougnerlaw.com
 7

 8         For Defendants:

 9             KLEIN MOYNIHAN TURCO LLP
               BRIAN P. ASTRUP, ESQ.
10             450 Seventh Avenue, 40th Floor
               New York, New York  10123
11             212.246.0900
               212.216.9559 Fax
12             bastrup@kleinmoynihan.com

13
           Also Present:
14
               Tom Filmyer, Videographer
15

16

17

18

19

20

21

22

23

24

25
```

```
 1   anyone for most of the day, because I think most
 2   people I know were doing things with their families,
 3   but I'm not certain about that.
 4       Q    And I'm correct that you were not in
 5   Alameda, California, on that day.
 6       A    To the best of my memory, I was not in
 7   Alameda.
 8       Q    Okay.  And I'm correct that you did not
 9   visit a Fluent-owned or -operated website on
10   December 24, 2017?
11       A    I don't believe I have visited a
12   Fluent-owned or -operated website prior to this
13   litigation.
14       Q    Okay.  That was my next question.
15            Did you visit a Fluent website before
16   December 24, 2017?
17       A    No.
18       Q    Okay.  Do you recall if anyone that you
19   know was in Alameda on December 24, 2017?
20       A    I don't know.
21       Q    Okay.
22       A    I don't have any reason to believe that
23   anyone was.
24       Q    Do you recall what you ate for dinner that
25   night?
```

```
 1                  CERTIFICATE OF REPORTER
 2            I, Quyen N. Do, CSR No. 12447, a Certified
 3   Shorthand Reporter, hereby certify that the witness in
 4   the foregoing deposition was, by me, duly sworn to tell
 5   the truth, the whole truth, and nothing but the truth in
 6   the within-entitled cause;
 7            That said deposition was taken down in
 8   shorthand by me, a disinterested person, at the time and
 9   place therein stated, and that the testimony of the said
10   witness was thereafter reduced to typewriting, by
11   computer, under my direction and supervision;
12            That before completion of the deposition,
13   review of the transcript [ ] was [X] was not requested.
14   If requested, any changes made by the deponent (and
15   provided to the reporter) during the period allowed are
16   appended hereto.
17            I further certify that I am not of counsel or
18   attorney for either or any of the parties to the said
19   deposition, nor in any way interested in the event of
20   this cause, and that I am not related to any of the
21   parties thereto.
22
     Dated: March 5th, 2019
23
                      [signature]
24
     _____
25         Quyen N. Do, CSR No. 12447
```