- Exhibit 14 -

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

DANIEL BERMAN,

                Plaintiff,

    v.

FREEDOM FINANCIAL NETWORK, LLC,
and FREEDOM DEBT RELIEF, LLC,

                Defendants.

Case No. 4:18-cv-01060-DMR

**DECLARATION OF DANIEL BERMAN IN OPPOSITION TO DEFENDANTS' MOTION TO COMPEL ARBITRATION**

Date: June 14, 2018
Time: 11:00 a.m.
Department: Courtroom 4, 3rd Fl.

I, Daniel Berman, declare under penalty of perjury:

1. I am an adult over 18 years of age.

2. I have personal knowledge of the facts set forth herein. I could and would testify to them if called upon to do so.

3. In the above-captioned matter, I am the plaintiff and I seek to represent the putative class.

4. This declaration is made in opposition to Defendants' Motion to Compel Arbitration.

5. I placed my telephone number on the National Do Not Call Registry in 2003. I have never removed it.

6. I never visited http://signup.electronics-sweepstakes.com before hearing about it during the course of this litigation, after the case was filed on February 19, 2018. I never authorized anyone to visit it on my behalf.

7. I have never filled out a survey on or agreed to any contract on http://signup.electronics-sweepstakes.com, nor have I authorized anyone to do so on my behalf.

8. I do not recall ever participating in an online sweepstakes.

9. I am not routinely in Hayward. To the best of my recollection, I was not there on December 24, 2017.

10. I do not routinely access the internet via Comcast. I do not recall doing so on December 24, 2017.

11. I have never identified myself as "Dunk Loka" or authorized anyone else to identify me by that name.

12. I have never used or stated that I use the email address "Buffola@gmail.com" or authorized anyone else to do so on my behalf.

13. I have never lived on, worked on, or received mail at Grand Street in Alameda or stated or authorized anyone else to state that I do.

14. I was not born on the alleged birthdate that appears in paragraph 11 of Exhibit A

1 | to Defendants' Motion to Compel Arbitration. I have never claimed to have been born on that
2 | date or authorized anyone else to claim that I was born on that date.
3 |     15.    If a person did indeed put my phone number into a website on December 24,
4 | 2017, I do not know who it was or why he or she did so.

RESPECTFULLY SUBMITTED AND DATED this 10th day of May, 2018.

By: */s/ Daniel Berman*
Daniel Berman