# FILED UNDER SEAL

# - Exhibit 16 -