- Exhibit 17 -

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL BERMAN,<br><br>  Plaintiff,<br><br>v.<br><br>FREEDOM FINANCIAL NETWORK, LLC, FREEDOM DEBT RELIEF, LLC, FLUENT, INC and LEAD SCIENCE, LLC,<br><br>  Defendants. | Case No.: 4:18-cv-01060-YGR |

**SUPPLEMENTAL EXPERT REPORT OF ANYA VERKHOVSKAYA**

I.   **INTRODUCTION AND SUMMARY OF OPINIONS**

I, Anya Verkhovskaya, hereby certify as follows:

1. Plaintiff's Counsel retained me to perform the following supplemental analysis in addition to the analysis I described in my Expert Report dated December 7, 2018:

    a. analysis of text message (or "text") and call records to identify those telephone numbers that were wireless at the time of the text or call; and

    b. analysis of text and call records to identify the telephone numbers that received texts or calls on particular dates.

2. All of the work accomplished in connection with this Supplemental Expert Report was performed at my direction and with my supervision.

3. I am over the age of 18. If called upon to testify to the facts contained herein, I could and would competently do so.

4. I provided information regarding my experience, qualifications, and requisite disclosures in my Expert Report. This information remains correct. An updated listing of cases where I have testified as an expert witness at deposition or trial in the prior four years is attached hereto as Exhibit A.

Supplemental Expert Report of Anya Verkhovskaya                                                                 Page 1
*Berman v. Freedom Financial Network, LLC, Freedom Debt Relief, LLC, Fluent, Inc., and Lead Science, LLC*, Case No. 4:18-cv-01060-YGR (N.D. Cal.)

5. For this analysis, I reviewed LeadScience_000677.csv and LeadScience_000677.txt (the "Records"). I deduplicated the files as described in Paragraph 11 below. I also reviewed Bates Number LEADSCIENCE_005228 and an email dated January 7, 2019, from Brian Astrup to Jon Fougner, Anthony Paronich and Matthew McCue describing LEADSCIENCE_005228 as "opt-out responses."

6. I have come to the opinions included herein based upon a reasonable degree of certainty within the fields of data management, data analysis, class member identification, and class action notice program design and implementation.

7. The records that I relied on upon in arriving at my opinions are of the type of records reasonably relied upon by experts in my field.

8. This Supplemental Expert Report is based upon my current understanding and the documents currently made available to me. I reserve the right to amend this Supplemental Expert Report should additional information or data become available.

**II. WIRELESS IDENTIFICATION, DATE ANALYSIS AND TEXT OPT-OUTS**

9. In cases brought under the TCPA, 47 U.S.C. § 227, I routinely analyze call and text records to identify class members. As part of this analysis, I use established and reputable data vendors, including Interactive Marketing Solutions ("IMS"). IMS maintains and provides access to the wireless block, landline-to-wireless and wireless-to-landline ported telephone numbers files, and audit file (the "IMS Files").

10. To perform the analysis, the Records were standardized and loaded into a Structured Query Language ("SQL") table from which further data analysis could be conducted, queries could be run, and additional data points could be tracked.

11. I next completed the following data-hygiene steps: filtering out non-10-digit telephone numbers; filtering out telephone numbers with invalid or toll-free area codes; filtering out exact duplicative records; and filtering out call records with "null" duration.

12. In order to identify the telephone numbers within the Records that were called when they were wireless telephone numbers, I used the standard protocol of cross-referencing the

Supplemental Expert Report of Anya Verkhovskaya                                           Page 2
*Berman v. Freedom Financial Network, LLC, Freedom Debt Relief, LLC, Fluent, Inc., and Lead Science, LLC*, Case No. 4:18-cv-01060-YGR (N.D. Cal.)

Records' telephone numbers (and dates of calls or text messages thereto) against the IMS Files. The IMS Files include dates for landline-to-wireless and wireless-to-landline porting.

13. The methodology of utilizing the IMS Files is a standard process that has been approved by many courts in various cases. A representative listing of these cases is attached hereto as Exhibit B.

14. Through my analysis, I identified 4,492,433 calls and text messages that were made to 691,157 unique telephone numbers that were wireless at the time of the call or text (the "Wireless Numbers"). A listing of these telephone numbers and the count of calls and/or text messages thereto is attached here as Exhibit C.

15. Next, I queried the Wireless Numbers to find those that received a call or text message from February 14, 2018, through and including April 17, 2018 (the "Date-Delimited Wireless Numbers"). A listing of the Date-Delimited Wireless Numbers along with the quantity of calls and/or texts they received from February 14, 2018, through and including April 17, 2018, is attached here as Exhibit D.

16. From the Records, I identified exactly one call and exactly one text made to Plaintiff Berman's telephone number, 510-326-XXXX. Both were on February 14, 2018.

17. It is my understanding that LEADSCIENCE_005228 was produced by Lead Science's counsel as a list of opt-out messages received via text from people who had purportedly consented to receive telemarketing promoting Freedom.

18. LEADSCIENCE_005228 shows 226,434 opt-out messages from 195,228 unique telephone numbers. As shown in the charts further below, call logs produced by Lead Science show that 688,041 people (526,085 plus 161,956) received text messages as part of the Freedom campaign. Thus, without counting opt-outs communicated in any other form or manner, 28% of the unique text-receiving wireless telephone numbers submitted opt-outs.

### III. OPINIONS

19. I have no changes to the opinions in my Expert Report.

Supplemental Expert Report of Anya Verkhovskaya                                    Page 3
*Berman v. Freedom Financial Network, LLC, Freedom Debt Relief, LLC, Fluent, Inc., and Lead Science, LLC*, Case No. 4:18-cv-01060-YGR (N.D. Cal.)

20. From the Records, I identified 4,492,433 calls and text messages that were made to 691,157 Wireless Numbers as listed on Exhibit C. These included the following as indicated in the below chart.

    a.    3,116 calls to 3,116 telephone numbers that received only calls;

    b.    638,321 texts 161,956 telephone numbers that received only texts; and

    c.    526,085 telephone numbers that received both calls (1,307,931) and texts (2,543,065).

| Category | Quantity of Telephone Numbers | Quantity of Calls | Quantity of Texts |
|---|---:|---:|---:|
| Calls Only | 3,116 | 3,116 | n/a |
| Texts Only | 161,956 | n/a | 638,321 |
| Both Calls and Texts | 526,085 | 1,307,931 | 2,543,065 |
| **Combined Totals** | **691,157** | **1,311,047** | **3,181,386** |

| | |
|---|---:|
| Combined Total Calls and Texts | **4,492,433** |

21. From the Records, I identified 989,295 calls and text messages that were made to 149,838 Date-Delimited Wireless Numbers as listed on Exhibit D. These included the following as indicated in the following chart.

    a.    55 calls to 55 telephone numbers that received only calls;

    b.    102,068 texts to 26,871 telephone numbers that received only texts; and

    c.    122,912 telephone numbers that received both calls (305,605) and texts (581,567).

Supplemental Expert Report of Anya Verkhovskaya     Page 4
*Berman v. Freedom Financial Network, LLC, Freedom Debt Relief, LLC, Fluent, Inc., and Lead Science, LLC*, Case No. 4:18-cv-01060-YGR (N.D. Cal.)

| Category | Quantity of Telephone Numbers | Quantity of Calls | Quantity of Texts |
|---|---:|---:|---:|
| Calls Only | 55 | 55 | n/a |
| Texts Only | 26,871 | n/a | 102,068 |
| Both Calls and Texts | 122,912 | 305,605 | 581,567 |
| **Combined Totals** | **149,838** | **305,660** | **683,635** |

| Combined Total Calls and Texts | **989,295** |
|---|---:|

22. Overall, there were 4,492,433 calls and text messages to Wireless Numbers out of 5,100,377 calls and text messages in the Records. This equals approximately 88% of the calls and text messages.

23. From the Records, I identified exactly one call and exactly one text made to Plaintiff Berman's telephone number, 510-326-XXXX. Both were on February 14, 2018.

24. Based only upon opt-outs received via text in LEADSCIENCE_005228, approximately 28% of text-receiving unique wireless telephone numbers submitted a text opt-out.

Executed at Milwaukee, Wisconsin, this February 8, 2019.

_____
Anya Verkhovskaya

# EXHIBIT A

Verkhovskaya Expert Testimony at Deposition or Trial (Past Four Years)

1. *Abante Rooter & Plumbing, Inc. v. Alarm.com, Inc. and Alarm.com Holdings, Inc.*, No. 4:15-cv-06314, United States District Court, Northern District of California

2. *Biringer v. First Family Ins., Inc.*, No. 4:14-cv-00566, United States District Court, Northern District of Florida, Tallahassee Division

3. *Cordoba et al v. DIRECTV, LLC.*, No. 1:15-cv-03755, United States District Court, Northern District of Georgia

4. *Drayton v. Toyota Motor Credit Corporation*, No. 3:16-cv-00046, United States District Court, Middle District of Florida

5. *Duchene v. Westlake Services, LLC*, No. 2:13-cv-01577, United States District Court, Western District of Pennsylvania

6. *Garcia vs. Target Corporation*, No. 1:16-cv-20727, United States District Court, Southern District of Florida

7. *Gilmore v. USCB Corporation*, No. 5:17-cv-00119, United States District Court, Middle District of Georgia, Macon Division

8. *Goins v. Palmer Recovery Attorneys, PLLC.*, No. 6:17-cv-00654, United States District Court, Middle District of Florida

9. *Heidarpour v. Central Payment Co LLC.*, No. 4:15-cv-00139, United States District Court, Middle District of Georgia

10. *Hopkins v. Modernize, Inc.*, No. 4:17-cv-40087, United States District Court, District of Massachusetts

11. *Hossfeld v. Compass Bank, et al.*, No. 2:16-cv-02017, United States District Court, Northern District of Alabama

12. *In re: Monitronics International, Inc. Telephone Consumer Protection Act Litigation*, No. 1:13-md-02493, United States District Court, Northern District of West Virginia

13. *Johansen v. HomeAdvisor, Inc., One Planet Ops Inc., et al,* No. 2:16-cv-00121, United States District Court, Southern District of Ohio

14. *Johnson v. Navient Solutions, Inc.*, No. 1:15-cv-00716, United States District Court, Southern District of Indiana

15. *Johnson v. Comodo Group, Inc., and Comodo CA, Inc.*, No 16-cv-004469, United States District Court, District of New Jersey

16. *Krakauer v. DISH Network, LLC.*, No. 1:14-cv-00333, United States District Court, Middle District of North Carolina

17. *Luster v. Green Tree Servicing LLC.*, No. 1:14-cv-01763, United States District Court, Northern District of Georgia

18. *Manopla et al v. Home Depot USA, Inc. et al.*, No. 3:15-cv-01120, United States District Court, District of New Jersey

19. *Mcmillion v. Rash Curtis & Associates*, No. 3:16-cv-03396, United States District Court, Northern District of California

20. *Mey v. Frontier Communications Corporation*, No. 3:13-cv-01191, United States District Court, District of Connecticut

21. *Morris v. SolarCity Corp.*, No. 3:15-cv-05107, United States District Court, Northern District of California

22. *Pieterson v Wells Fargo Bank, N.A.*, No. 3:17-cv-02306, United States District Court, Northern District of California

23. *Reyes v. BCA Financial Services, Inc.*, No. 1:16-cv-24077, United States District Court, Southern District of Florida

24. *Roberts v. Wyndham International, Inc. et al.*, No. 5:12-cv-05083, United States District Court, Northern District of California

25. *Slovin v. Sunrun, Inc. et al.*, No. 4:15-cv-05340, United States District Court, Northern District of California

26. *Tomeo v. Citigroup Inc.*, No. 1:13-cv-04046, United States District Court, Northern District of Illinois

27. *West v. California Service Bureau, Inc.*, No. 4:16-cv-03124, United States District Court, Northern District of California

28. *Winters v. Capital One Bank (USA) N.A., et al.*, No. 2:17-cv-01178, United States District Court, Central District of California

# EXHIBIT B

a. *Carroll v. SGS North America, Inc.*, No. 3:16-cv-00537, United States District Court, Middle District of Louisiana

b. *Clough v. Revenue Frontier, LLC et al.*, No. 1:17-cv-00411, United States District Court, District of New Hampshire

c. *Flowers v. Twilio, Inc.*, No. RG16804363 Superior Court of the State of California, County of Alameda

d. *Hopkins v. Modernize, Inc.*, No. 4:17-cv-40087, United States District Court, District of Massachusetts

e. *Lennartson v. Papa Murphy's International LLC et al.*, No. 3:15-cv-05307, United States District Court, Western District of Washington

f. *Mcmillion v. Rash Curtis & Associates*, No. 3:16-cv-03396, United States District Court, Northern District of California

g. *Youngman v. A&B Insurance & Financial Inc.*, No. 6:16-cv-01478, United States District Court for the Middle District of Florida

# EXHIBIT C

# EXHIBIT D

Provided in native format.

Provided in native format.