# FILED UNDER SEAL

- Exhibit 18 -