- Exhibit 19 -

Message

| | |
|---|---|
| From: | Patrick Kessel [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=87085D93736E4B439A5853E34750BF02-PATRICK KES] |
| Sent: | 3/14/2018 9:14:40 AM |
| To: | Sadiya Omer [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=f23894d1b0a843d5b5e1f34ed8adf168-Sadiya Omer] |
| CC: | Francesco Fagnini [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=765a477c2ed94de9aba0b29ec46a1026-Francesco F] |
| Subject: | FW: Please STOP Fluent Marketing |

FYI – please remove 510 – 731 – 9116 from the Fluent Campaign. Thanks.

**Patrick Kessel** | Senior Director of Sales Operations | Freedom Financial Network | Office 602.427.9505 | Email pkessel@freedomdebtrelief.com

**From:** Tyler Deterville
**Sent:** Tuesday, March 13, 2018 6:02 PM
**To:** Patrick Kessel <pkessel@freedomdebtrelief.com>
**Subject:** Please STOP Fluent Marketing

Every lead I take is irritated and wants to know why we are calling or texting them. Why are we using this marketing partner? I just got this inbound call asking to be taken off our list.

