- Exhibit 20 -

Message

| | |
|---|---|
| From: | Patrick Kessel [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=87085D93736E4B439A5853E34750BF02-PATRICK KES] |
| Sent: | 3/6/2018 10:56:44 AM |
| To: | Sadiya Omer [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=f23894d1b0a843d5b5e1f34ed8adf168-Sadiya Omer] |
| CC: | Francesco Fagnini [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=765a477c2ed94de9aba0b29ec46a1026-Francesco F] |
| Subject: | RE: Fluent Marketing |

Thanks, Sadiya. I've shared this with them, they get it. But when one agent gets one complaint, they believe the sky is falling!

I tell them this is campaign has a good ROI, make sure they understand the process, and remind them to use the script designed for this.

As we move forward, I'll continue to share the feedback as it comes up, so you can add that to the value balance scale.

Patrick Kessel | Senior Director of Sales Operations | Freedom Financial Network | Office 602.427.9505 | Email pkessel@freedomdebtrelief.com

---

**From:** Sadiya Omer
**Sent:** Tuesday, March 06, 2018 11:00 AM
**To:** Patrick Kessel <pkessel@freedomdebtrelief.com>
**Cc:** Francesco Fagnini <ffagnini@bills.com>
**Subject:** Re: Fluent Marketing

Thanks for the feedback!

Fluent is maintaining a FDR DNC list, and we keep a tight communicatio0n loop, especially in regard to when the noise amps up. Having said that we have thoroughly reviewed the campaign design and opt in process, and it boils down to the nature of the call/sms campaigns. ☹

--



**Sadiya Omer**
Online Marketing Manager
Work | 650.393.6686
Cell | 650.862.1531
Skype | sadiya.omer
Freedom Financial Network

---

**From:** Patrick Kessel <pkessel@freedomdebtrelief.com>
**Date:** Monday, March 5, 2018 at 2:07 PM
**To:** Sadiya Omer <saomer@bills.com>
**Cc:** Francesco Fagnini <ffagnini@bills.com>
**Subject:** FW: Fluent Marketing

No need for action, just some anecdotal feedback.

Thanks.

**Patrick Kessel** | Senior Director of Sales Operations | Freedom Financial Network | Office 602.427.9505 | Email pkessel@freedomdebtrelief.com

---

**From:** Amy Hiller
**Sent:** Monday, March 05, 2018 2:40 PM
**To:** Patrick Kessel <pkessel@freedomdebtrelief.com>
**Subject:** FW: Fluent Marketing

Hey Patrick ☺

FYI.....


**Amy Hiller**
Certified Team Lead, Debt Consultant, Freedom Debt Relief

Direct: 602-427-9410
Toll Free: (877) 437-4999 ext.19410

Fax: (650)393-6891

The information contained in this transmission is confidential and is intended only for the use of the individual or entity named above. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please notify us immediately by reply e-mail.  Please note, we do not provide legal or tax advice, and nothing in this email should be construed as such.  No information contained in this communication is intended to provide any revision or amendment to any written contract that you have with the sender's company, and should not be relied on for such.

---

**From:** Cody Longfield
**Sent:** Monday, March 05, 2018 1:59 PM
**To:** Amy Hiller <ahiller@freedomdebtrelief.com>
**Subject:** Fluent Marketing

Hey Amy,

Just a heads up and maybe you can pass this message along, but every time I take a lead that is from Fluent marketing it is typically somebody just very angry telling this number to stop calling them.  There is no way for me to put them on a DNC list or anything like that, but not sure if this marketing campaign is working so well.  Just a heads up.  I have already taken two of them today and many in the past that never even want any information from us.  They just want us to leave them alone.

Thanks,


**Cody Longfield** | Certified Debt Consultant II, Freedom Debt Relief
Direct: 602-732-3664 | Toll Free: (877) 437-4999 ext.19735 | Fax: (650)393-6891

Visit our website | View testimonials | AFCC Charter Member

*#1 in the United States, find out why:*

¤ *Making a difference in the lives of consumers:* [https://www.freedomdebtrelief.com/why-were-better/](https://www.freedomdebtrelief.com/why-were-better/)
¤ *In the news:* Freedom Debt Relief Settles over $5 Billion in Consumer Debt

¤ View our A+ rating on the BBB - [http://www.bbb.org](http://www.bbb.org)

The information contained in this transmission is confidential and is intended only for the use of the individual or entity named above. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please notify us immediately by reply e-mail. Please note, we do not provide legal or tax advice, and nothing in this email should be construed as such. No information contained in this communication is intended to provide any revision or amendment to any written contract that you have with the sender's company, and should not be relied on for such.