# FILED UNDER SEAL

## - Exhibit 21 -