# FILED UNDER SEAL

## - Exhibit 22 -