# FILED UNDER SEAL

- Exhibit 23 -