# FILED UNDER SEAL

# - Exhibit 24 -