# - Exhibit 26 -



Submit Date Time: 2/20/2018 1:12:51 PM EST

Data Base Screen Shots:







Academic Advisor| All About The Baby, LLC| EducationDirect| Great American| SweepsCraze.com| Viking Magazine Service, Inc| Sweepstakes Entry Center|Global Readers Services, Inc. |Alliance Legal Center|Allied Insurance Partners|America's Debt Choice|AmeriQuote| eQuoto| Mutual of Omaha Insurance Company| Gerber Life Insurance Company|Arco Media, Inc. | Express information Systems| Family Readers|Global Periodical Services, LLC| Gulf Coast Readers, Inc.| Magazine Direct| NAMC| Research Rewards| Viking Magazine Service, Inc|AutoDeals|Talking Customers|Better Health Kare|BillHelp|Adduco Media, LLC|BillHelp|JG Wentworth|Green Apple Management Company LLC|Bradley Lead Group LLC| Renttoownenterprise.com|CAC|CAC|HomeHelp |California Gen Medical Group Inc|CallerReady LLC| HyperTarget Marketing, LLC

|Career Advisor| Career School Advisor| Royal Sea Cruises, Inc. |Career School Advisors|Carefree Health Services, Inc.| Clearchoice Health| Hypertarget Marketing, LLC|Cash Doc|Cash MSG|Sprint|DirecTV|The Credit Pros|CreditRepair.com|CreditRepair.com|DiscountTV|SaveAuto|PhoneDeals|DocMSG|HomeImprov|MobileSavings|MedHelp|AutoDeals|DebtMSG|CreditRelief|FootballMSG|FootballWinner|PetHelp|JobsToday|PainMSG|AutoMSG|Clear Link Insurance Agency, LLC|Vixicom|Goojibear|Oasis Financial|Community Tax LLC|Satellite Country|Outside the Box|SweepstakesADay|AidNow|AutoSaver|CheapElectric|DegreeHelp|FundAssist|HomeAssist|DealAlerts|BestDeals|BetterMobile|BetterWireless|Clearlink| SaveAuto|Columbia Utilities Power, LLC| PALMco, LLC |Community Tax LLC|Comparehealthplan.com| Precision Marketing, LLC | Usmedicareonline.com| Bankers Life| Casualty Company|

Precision Marketing, LLC| |Complete Medical Solutions, LLC|CredAid|DebtAid|AutoIns|Lifeline Systems Company|Nutrisystem|Digital Media Solutions|PainHelp|PainFree|SaveHome|PillSavings|National Consumer Center|MobileAlerts|DriveForMoney|JobRecruiter|PaidToDrive|Ting.com|Global Financial, LLC|Cred Doc|More Savings|CreditRelief|CreditFix|DebtAssist|Mortgage Advisor|DebtDoc|Outside the Box|DebtHelp|Freedom Financial|Diabetic Discount Club, Inc.| Diabetic Total Care| Instinctive Edge, LLC| Health Body News| RXAssistProgram| Your Diabetic Source| Backpain Discount Club| Festive Health| Festive Health Backbrace|Diabetic Solutions, Inc. |Direct Energy, LP|Direct Pharmacy Source Inc.| Cape Pharmacy| Kim Long Pharmacy| Boca Raton Pharmacy| Hollis Prescription Center| Super Pharmacy| Albertson Pharmacy| Valley to Valley Pharmacy|Direct Pharmacy Source| Kim Long Pharmacy| Hollis Prescription Center| Cape Pharmacy and Supplies| Alberston Pharmacy| TrustedMedRx| Super Pharmacy|DiscountNow|DiscountNow|Listen Clear|DocMSG|CareFree Health|Clear Choice|e-TeleQuote Insurance, Inc.|Easy Rest|Eximia Health| Pharmacy Group|Family Readers Service|SurveyRedemption.com/Research Rewards|Time2Read|Find Dream Jobs|Find Dream Jobs| GSC| My Job List, Inc. | Industry Magazine, Inc.| Uber Technologies, Inc.|Find Dream Jobs| GSC|My Job List, Inc. | Industry Magazine, Inc.| Uber Technologies, Inc.

|Fluent|Fluent, LLC|Glades Drugs, Inc. |Global Connections |Global Financial, LLC| InjuryMSG|HC Enterprises | JMS Marketing, Inc.| PhoneDeals|Health Benefits One, LLC |HealthRight, LLC|Home Care Delivered, Inc.|Home Doc|Better Health|Medical Alert Center|Home Help|Openjar|Home Improvement Leads and home services companies|HomeImprov|Frontier|Marchex|HomeImprov|Vixicom|Hypertarget Marketing, LLC|IDT Energy|injurycall or its affiliated law firms|InjuryHelp|Oasis Financial|InjuryMSG|Health Benefits Center|Health Benefits One|Simple Insurance Leads|Insurance Services|Health Insurance Services|Simple Health|Simple Health Plans Inc.|SACT|SACT MSG|VeteransMSG|CareersNow|MedSavings|InsuranceNow|DebtDoc|The Bill Wizard|Inside Response|Allied Insurance Partners|Instinctive Edge, LLC|Instinctive Edge, LLC| Teletransform, Inc.| BD Business Process Outsourcing Solutions, Inc| Global Healthcare Management, LLC| Medx Publishing, Inc| US Med| e-Telequote Insurance|PillPack, Inc.| B and E Pharmacy| Austin Wellness Pharmacy| |iOnMyHealth|Jackpot promo| Sweeps Entry Center|Lexington Law Firm|Lexington Law Firm|CreditHelp|CreditRelief|CreditExpert|Local Gig|Localgig|Gig MSG|Local Gig|Localgig|Gig MSG|Prize Centr|Media Mix365 LLC| Solar Research Group|Medical Alert Center|MedSavings|Clear Link Insurance Agency, LLC|MedSavings|PillPack, Inc.|National Disability|National Magazine Exchange|HC Enterprises |JMS Marketing, Inc.|Viking Magazine Service, Inc|American Publishers, LLC| Subcription Ink, Co.| United Readers Service, Inc.

|Nationwide Vehicle Assurance|need tcpa|NextGen Leads, LLC|NOC Solutions|Fast5KLoans|North American Power & Gas, LLC|Champion Energy Services, LLC|NutrisystemAffiliate|NutrisystemPartner|NutrisystemPub|Bill Savings|CableDeals|CreditExpert|DealAssist|DealDoc|DealsNow|DealsToday|DebtAssist|DebtExpert|DietHelp|DietMS G|Discount Alerts|DiscountDoc|Fast5KLoans|FundNow|GlobeDeals|HealthAssist|HealthNow|NutrisystemPub|Nutrisystem|Omni Research|Call Center West|Omni Research|Save Better|Better Health|Schools.com|Medical Care Alert|US Direct LLC|fast5kloans.com|HealthRight, LLC|Accredited Debt Relief|CareFree Health|Clear Choice|Talking Customers|Credit Pros, LLC|Synergy Attorney Services, LLC|Digital Remedy|OpenJar|Degree Search|Jobcase|JG Wentworth|Green Apple Management Company LLC|Hearing Help Express|SafetyNow|WebDeals|HomeAssist|InjuryRightsCenter|Quintessa Marketing|Lifeline Systems Company|InstantSave|CarSave|HomeDeals|InstantCable|Orthotic Care| Olympus Medical Group| Brightstar Corp. | American Health | Preferred Pharmacy | PA Healthcare Pharmaceutical |Patriot Trust Lending|Preferred Pharmacy| PA Healthcare Pharmaceutical| Lynbrook Medical|Protect My Car|Q3M Insurance Solution |Quintessa Marketing|DocMSG|RateMarketplace|Reality Debt Solutions|ReliantOne|Atlas|Residents Energy, LLC|Rewards4U|SafetyNow|Lifeline Systems Company |Save with Us|Start Fresh|You Save Today|Value Central|Value Center|We Can Help|Debt Fixer|SaveAuto|Solid Quote, LLC|Datalot|SaveCash|CreditNow|CreditHelp|CreditMSG|DebtHelp|CheapTV|BillHelp|SaveMSG|SaveHelp|SaveNOW|SurveyRedemption|SurveyRedemption.com|Prize MSG|Rewards4U|MobileDeals|WirelessDeals|SaveMobile|SaveMore|DailySaver|DiscountNow|CreditFix|FDJ|FDJ MSG|Cash Help|SaveMore|Credit Pros, LLC|SaveMore|Digital Remedy|SaveMore|Palo Media Group|SaveMore|Synergy Attorney Services, LLC|SaveMSG|Verde Energy USA, Inc.|SaveNow|Datalot|Senior Care Authority| Helping Hands Associates | Royal Sea Cruises, Inc. |Senior Care Authority|Helping Hands Associates |Royal

Sea Cruises, Inc. |Septic Savior| Septic Maxx, LLC|Solid Quote, LLC|Datalot|Freedom Financial|Complete Medical Solutions, LLC|HyperTarget Marketing|Listen Clear|Frontier|Marchex|Pet First Healthcare|Medical Care Alert|Ovation Credit Repair|Palo Media Group|PillPack|Schools.com|SafeStreets|Split Rock Development, LLC|SpotDeals|Start A Career Today| GSC| My Job List, Inc. | Industry Magazine, Inc.|Uber Technologies, Inc.|JobNotice.net

|Start A Career Today| GSC|My Job List, Inc. | Industry Magazine, Inc.| Uber Technologies, Inc.|JobNotice.net|Student Loan Forgive| First Fidelity Services| Fresh Start Financial|Sunrise Communications AG|T-Mobile International AG|Verde Energy USA, Inc.|Visiqua|ADT|Power Source Marketing LLC|Advanced Orthopedic|Centerfield Media Holdings, LLC|CPSLeader|Omni Research|Call Center West|MDFHoldings, LLC|Adduco Media, LLC|Sweepstakes Entry Center| My Job List, Inc. | Industry Magazine, Inc.| Uber Technologies, Inc.|SweepstakesEntryCenter|StartaCareerToday.com|PickMyDegree|CoolSavings|SizzlingCreditCards|SweepstakesADay|VHMnetwork LLC|EmploymentAlert.com|HomeDoc|HomeHelp|HomeMSG|DailyWinnerMSG|WinnerCenter|JobCenter|JobHelp|GigMSG|RewardsMSG|PrizeCentr|SaveMSG|The Degree Source | DirectDegrees | The College Degree|The Ridge Tahoe|The Wellness Center | National Med Group| DME Direct|The-Solar-Project.com| Homewarrantyproject.com| Education-Project.com| NationalHomeProject.com|

```
select VID, Date, DataformBankID, ParamXML from lgV3_Archive_20180406.T_Leads_Survey_p840
  where date >= '2018-2-20 13:10' and date < '2018-2-20 13:20'
  and EXTRACTVALUE(ParamXML, '//phonecode') = 507
  and EXTRACTVALUE(ParamXML, '//phoneprefix') = 403
  and EXTRACTVALUE(ParamXML, '//phonesuffix') = 9014;
```

| VID DECIMAL(20, 0) | Date TIMESTAMP | DataformBankID BIGINT(11) | ParamXML MEDIUMTEXT |
|---|---|---|---|
| 72457301199 | 2/20/2018 1:12:51 PM | 47779 | |

<s><timespan>153</timespan><ismobile>0</ismobile><browser>Chrome</browser><device>NA</device><istrack>0</istrack><email>chester474@gmail.com</email><firstname>Chester</firstname><lastname>Graham</lastname><gender>True</gender><dobmonth>5</dobmonth><dobday>15</dobday><dobyear>1941</dobyear><phonecode>507</phonecode><phoneprefix>403</phoneprefix><phonesuffix>9014</phonesuffix><address1>408 Spring Street</address1><city>Northfield</city><state>MN</state><zippost>55057</zippost><carrier>Sprint</carrier><iswireless>True</iswireless><isuserlookup>True</isuserlookup><vahe>idcontcare</vahe><vap3>noneoftheabove</vap3><vamo>newspolitics</vamo><vapr>notsureyet</vapr><vaqd>heyilltakeit</vaqd><vf4>single</vf4><vamq>none</vamq><vamn>noneoftheabove</vamn><vaf>yes</vaf><vagv>overamonthago</vagv><vdk>yes</vdk><vaj>never</vaj><vapn>noneoftheabove</vapn><vabj>no</vabj><vaop>no</vaop><vda>no</vda><vady>no</vady><vbz>other</vbz><vamj>definitelynot</vamj><vaqc>noneoftheabove</vaqc><vaqb>nonerightnow</vaqb><vac5>no</vac5><vaa6>no</vaa6><vai>lessthan10k</vai><vafy>other</vafy><v4h>no</v4h><vaom>no</vaom><vaiv>no</vaiv><vadh>no</vadh><vapc>againsthisdecision</vapc><vacf>no</vacf><vaiw>no</vaiw><v7m>none</v7m><van7>noneoftheabove</van7><vgv>no</vgv><vagx>inperson</vagx><vreward>citi1000pre</vreward><vex1673>citi1000pre</vex1673><vtf5426>https://cert.trustedform.com/4ea66a5eb93df33c43d947290ae8b41cee868b42</vtf5426><vtf6158>https://cert.trustedform.com/ae716e16075088dca78e31b6642ac2ff4a7f27a7</vtf6158><vtf8120>https://cert.trustedform.com/34fe4013363d0927a3d82fca1c04371dbb44c016</vtf8120><vtf9298>https://cert.trustedform.com/a3f8244ec032e1d3d77f48c507120dafb61e523e</vtf9298><vtf10130>https://cert.trustedform.com/f4a86a8b61124d5c92d796c2b998b6d3b8e46d04</vtf10130><vtf10139>https://cert.trustedform.com/9c838bf9b40d9bdd0b74f1c393a6d8530c1b57f6</vtf10139><vjv>yes</vjv><v4x>no</v4x><v5k>no</v5k><v5m>white</v5m><vae>yes</vae><var>no</var><vdr>no</vdr><vpf>no</vpf><age>76</age><v

2m>democrat</v2m><vaa8>25kto35k</vaa8><vac>no</vac><vad7>rarely</vad7><vag>rent</vag><val>yes</val><vap>no</vap><vaq>no</vaq><vas>no</vas><vax>no</vax><vjf>retired</vjf><vkb>no</vkb><vl9>good</vl9><vpg>care</vpg><vq5>no</vq5><vqp>no</vqp><vt7>no</vt7><vyf>yes</vyf><reward>citi1000pre</reward><o>207264</o><speed>4g</speed><tid>32859</tid></s>