- Exhibit 28 -

```
              UNITED STATES DISTRICT COURT
         FOR THE NORTHERN DISTRICT OF CALIFORNIA
                    OAKLAND DIVISION


DANIEL BERMAN, STEPHANIE            )
HERNANDEZ, and ERICA RUSSELL,       )
                                    )
          Plaintiffs,               )
                                    )
vs.                                 )   Case Number
                                    )   4:18-CV-01060-YGR
FREEDOM FINANCIAL NETWORK,          )
LLC, FREEDOM DEBT RELIEF, LLC,      )
FLUENT, INC., and LEAD SCIENCE,     )
LLC,                                )
                                    )
          Defendants.               )
                                    )
FREEDOM FINANCIAL NETWORK,          )
LLC and FREEDOM DEBT RELIEF,        )
LLC,                                )
                                    )
     Third-Party Plaintiffs,        )
                                    )
v.                                  )
                                    )
DOES 1 through 5,                   )
                                    )
     Third-Party Defendants         )
_____
```

THE VIDEOTAPED DEPOSITION OF ERICA NICOLE RUSSELL, taken on the 29th day of June, 2020, between the hours of 10:42 a.m. and 2:20 p.m., on behalf of the Defendants, pursuant to Federal Rules of Civil Procedure 30, at the Regus Business Center, 321 South Boston Avenue, Suite 300, Tulsa, Oklahoma, before Linda Fisher, Certified Shorthand Reporter, Registered Professional Reporter, and Notary Public in and for the State of Oklahoma.

ERICA NICOLE RUSSELL

June 29, 2020

```
 1                     A p p e a r a n c e s

 2    For the Plaintiff        MS. JENNIFER R. MURRAY
      /Proposed Class          Terrell, Marshall Law Group
 3    (via Zoom video):        936 North 34th Street
                               Suite 300
 4                             Seattle, Washington  98103
                               (206) 890-5207
 5
      For the Defendants       MR. JAY T. RAMSEY
 6    (via Zoom video):        Sheppard, Mullin, Richter &
                                Hampton, LLP
 7                             1901 Avenue of the Stars
                               Suite 1600
 8                             Los Angeles, California  90067-6055
                               (310) 228-3700
 9                             jramsey@sheppardmullin.com
                                    -and-
10                             MR. NEIL ASNEN
                               Klein, Moynihan, Turco, LLP
11                             450 Seventh Avenue, 40th Floor
                               New York, New York  10123
12                             (516) 312-8249
                               nasnen@kleinmoynihan.com
13
      Also present:            MS. LISA ALLEN, Video Specialist
14

15

16

17

18

19

20

21

22

23

24

25
```

```
 1      A.   I have a restraining order against my husband.
 2   And a lot of my email addresses I was no longer able to
 3   use for harassment purposes that he was harassing me.  So
 4   I had to come up with new email addresses for different
 5   things.
 6      Q.   Which husband, which ex-husband?
 7      A.   The only one I've had.
 8      Q.   Oh, I'm sorry, I thought you had two exs.
 9      A.   Well, an ex-boyfriend in Portland.  But one
10   ex-husband, yes.  And we're -- we've been separated one
11   year so I can't find him to serve him papers.
12      Q.   All right.  Were you living with him as of
13   approximately a year ago, then?
14      A.   Yes.
15      Q.   Have you ever been or have you ever looked for
16   services that would assist you in relieving any debt you
17   may have?
18      A.   No.
19      Q.   Have you ever been in substantial debt?
20      A.   Substantial?  I would say no.
21      Q.   Have you ever been a plaintiff in a class
22   action lawsuit before other than this case?
23      A.   No.
24      Q.   Have you ever been involved in any type of
25   lawsuit?
```

```
 1    have you ever entered into, you know, a sweepstakes
 2    online?
 3         A.   Honestly, I don't know.  I can't recall
 4    specific times if I did.  It's not something, no, I
 5    generally don't do.
 6         Q.   How about, have you ever gone online and
 7    they're offering a reward and you -- let me just back up.
 8    So in this case, you went onto a website and ultimately
 9    got a reward; is that correct?
10         A.   That's one way to put it, yes.
11         Q.   Okay.  What was the reward or gift card?
12         A.   It was supposed to be for a Walmart thousand
13    dollar gift card.  I believe it ended up being a Visa card
14    for a thousand dollars.
15         Q.   And did you -- you spent the thousand dollars?
16         A.   Uh-huh.
17         Q.   All right.  That's a yes?
18         A.   Yes.
19         Q.   Okay.  I don't know how you want to call that,
20    but that type of website where you go on and you're trying
21    to get a reward like that or a gift card, is that
22    something you typically sign up for online?
23         A.   No.
24         Q.   Okay.  How many times would you say you have
25    done it roughly?
```

```
 1   information.  You see a name, email, zip code, date of
 2   birth, and phone number?
 3        A.   Yes.
 4        Q.   And below those gray boxes, do you see sort of
 5   a paragraph of texts that starts with, "by checking the
 6   box below"?
 7        A.   Yes.  Can you zoom in one more time, please.
 8        Q.   Sure.
 9        A.   Sorry.  I'm having a hard time reading that
10   small print.
11        Q.   That's fine.  Good?
12        A.   Yes.
13        Q.   Okay.  And then below that sort of block of
14   texts, you see a green box that says, "I confirm" with a
15   check box next to it?
16        A.   Yes.
17        Q.   Okay.  And next to the "I confirm" sort of
18   within that green box thing, it says that "all of my
19   information is accurate and consents to be called and
20   texted as provided above."  Correct?
21        A.   Yes.
22        Q.   Okay.  Have you seen websites like this before
23   where you are being asked for your consent to be called
24   and texted?
25        A.   No.
```

```
 1                 MS. MURRAY:  Object to the form.
 2        Q.    (By Mr. Ramsey) If you saw a website like this
 3   one or if you saw this website, would you check the "I
 4   confirm" box?
 5        A.    No.
 6                 MS. MURRAY:  Objection.  Calls for
 7   speculation.  Go ahead.
 8        A.    No.  Because I do not give out my personal
 9   information as far as phone number.  I don't want to be
10   called.  I don't want to be texted.  I don't want to be
11   repeatedly called by what looks like an auto dialer and
12   prerecorded message.  I wouldn't confirm.
13        Q.    (By Mr. Ramsey) Okay.  And sort of consistent
14   with what you were saying before, when you are on a
15   website and you see one of these check boxes like the one
16   in green, you don't automatically click them, right?
17        A.    No.
18        Q.    Okay.  You read what you're confirming or
19   consenting to and then either click or don't?
20        A.    Generally, yes.
21        Q.    Do you see in the block of texts sort of
22   beneath the gray boxes and above the, "I confirm" button,
23   the blue underlined text, "marketing partner"?
24        A.    Yes.
25        Q.    And what do you understand that to be?
```

```
 1      A.   Yes.
 2      Q.   Okay.  Have you ever seen -- have you ever been
 3   to a website that looks like this before on your phone?
 4           MS. MURRAY:  Object to the form.
 5      A.   Not -- not for Target.  But I'm sure I've seen
 6   one for the Walmart gift card.
 7      Q.   (By Mr. Ramsey) Okay.  So it would look similar
 8   to this, but you're saying the Target card instead of
 9   Walmart?
10      A.   Correct, for a thousand dollars.
11      Q.   Okay.
12      A.   I believe it was similar.
13      Q.   Okay.  And in this image that you're looking
14   at, beneath the red Target card, the picture of the card,
15   but above the sort of big blue box that starts with
16   Question 1 of 3, there's a little line here.
17      A.   Uh-huh.
18      Q.   I don't know if you can actually see the
19   highlighting that I'm doing.  But it looks like there's a
20   thumbs up on the left, and then a heart, and "2 minutes
21   ago" on the right.  Do you see that?
22      A.   Yes, uh-huh, yes.
23      Q.   What do you understand that to be, if anything?
24      A.   It looks like something off Facebook.
25      Q.   Okay.  And if you saw that, what -- does that
```

```
 1    "Select gender," male, female.  Do you remember that?
 2         A.   No.  But female, obviously.
 3         Q.   Okay.  And then below that do you see --
 4    there's that sentence again that says, "I understand and
 5    agree to the terms and conditions which includes mandatory
 6    arbitration and privacy calls."  Do you see that?
 7         A.   I see it.
 8         Q.   Okay.  Do you remember seeing that that day?
 9         A.   I do not.
10         Q.   Okay.  But it could have been there, you just
11    don't remember one way or the other?
12         A.   Well, no, I -- I don't think I would have
13    continued had I seen "mandatory arbitration."  I think
14    that's kind of a weird thing for an official site.
15         Q.   Okay.  So had you seen, or if you saw that that
16    day, you would have not pressed "continue"?
17         A.   Had I seen it, yeah, I probably would have not
18    pressed "continue."
19         Q.   Okay.  Any way that you pressed "continue"
20    without having seen -- or, I mean, is there a chance that
21    it was there and you decided to click "continue"?
22         A.   No.  Because I'm -- I'm pretty good about
23    reading terms and conditions.  And I feel it's kind of odd
24    to have to have a mandatory arbitration if it's a
25    legitimate company.
```

```
 1        Q.    Okay.  So -- and in this instance, how would
 2   you have gotten to the terms and conditions?
 3        A.    And, well, in looking at this, you would have
 4   to click on them.
 5        Q.    The link that -- the underlined text --
 6        A.    Yes.
 7        Q.    -- that says, "Terms and Conditions"?
 8        A.    Yeah, correct.  Now, I don't specifically
 9   remember seeing "mandatory arbitrations."  But I -- that's
10   to the best of my recollection.  I do not remember seeing
11   it.
12        Q.    Okay.  And had this sentence simply said, "I
13   understand and agree to the terms and conditions and
14   privacy policy," so if we sort of took out which includes
15   "mandatory arbitration" in the sentence, would you have
16   clicked -- do you think you would have clicked "continue"?
17              MS. MURRAY:  Object.  It calls for
18   speculation.
19              THE COURT REPORTER:  Ms. Murray, I'm having
20   a trouble hearing you a little.
21              MS. MURRAY:  Okay.  Objection.  Calls for
22   speculation.  Can you hear me better now?
23              THE COURT REPORTER:  Yes.
24        A.    I -- I --
25        Q.    (By Mr. Russell) Let me know if you want me to
```

```
 1   repeat the question.
 2        A.   Can you please repeat.
 3        Q.   Sure.  So you said that you would not have
 4   clicked "continue" if you had seen "mandatory
 5   arbitration."  And so what I was asking is if this said,
 6   "I understand and agree to the terms and conditions and
 7   privacy policy," so if we took out the reference to
 8   mandatory arbitration, do you believe you would have
 9   clicked "continue"?
10             MS. MURRAY:  Same -- same objection.
11        A.   I probably would have went through the terms
12   and conditions in privacy policy.  And I probably would
13   have clicked, probably.  I'm sure I --
14        Q.   (By Mr. Ramsey) Okay.  Fair.  And if you saw in
15   the terms and conditions when you clicked on them, an
16   arbitration, a mandatory arbitration clause, would you
17   still have not clicked or --
18        A.   No, I probably wouldn't have clicked.  Like I
19   said, I don't feel like mandatory arbitration is necessary
20   if it's a legitimate company, in my opinion.
21        Q.   Okay.  Fair.  And looking at this today, if you
22   were clicking "continue," would you, assuming you decide
23   to click "continue," right?
24        A.   Yes.
25        Q.   I understand that you may opt not to.  But
```

```
 1   survey, no.
 2       Q.   Okay.  But you could have, you may --
 3       A.   I -- I --
 4       Q.   You just don't remember?
 5       A.   Yeah, I might have.  I -- I don't remember.
 6       Q.   Sure.  Okay.  Okay.  So looking at this, you
 7   see it's much like the website before.  You see gray boxes
 8   for your first, last name, email address, zip code, date
 9   of birth, and phone number.  Do you see that?
10       A.   Yes.
11       Q.   Okay.  And then below that, there is two
12   paragraphs of texts.  And then below that, there's that
13   button that says -- or check box that says, "I confirm,"
14   and then at the very bottom, continue.  Do you see that?
15       A.   Yes.
16       Q.   Okay.  Do you remember seeing this screen when
17   you signed up on the website?
18       A.   I -- I don't remember seeing it, no.
19       Q.   You could have seen it; you just don't remember
20   one way or the other?
21       A.   Yes.
22       Q.   Looking at it today, would you have checked the
23   "I confirm" box?
24            MS. MURRAY:  Object to the form.
25       A.   Let me read it.  No, because I don't -- I
```

```
 1   wouldn't want to be called by different companies.
 2        Q.   (By Mr. Russell) And this one like before, you
 3   see the -- who would you be getting called by if you
 4   clicked, "I confirm"?
 5        A.   I would assume the marketing partners.
 6   Correct?
 7        Q.   Okay.  And to see the list of marketing
 8   partners, what would you have to do based on your --
 9        A.   You would have to click on the link.
10        Q.   Okay.  The link, the blue underlined text --
11        A.   Correct.
12        Q.   -- that says, "Marketing Partners"?
13        A.   The hyperlink, yes.
14        Q.   Looking at this today, do you -- if you did not
15   click the box that says, "I confirm," the check box next
16   to "I confirm," do you believe that you could just click
17   "continue"?
18        A.   I'm not sure.
19             MS. MURRAY:  Objection.  Foundation.
20        Q.   (By Mr. Russell) I'm sorry, I couldn't hear
21   that.
22             MS. MURRAY:  Erica, make sure you give me a
23   chance to object and then go ahead and answer.
24        A.   Okay.
25        Q.   (By Mr. Ramsey) Do you want me to ask the
```

```
 1        Q.   Okay.  I would like -- I sent you a number of
 2   documents in the chat.  And you're welcome to open it or I
 3   will share my screen.  But I'm going to show you what will
 4   be marked as Exhibit 202.  And I will pull that up for you
 5   right now.  Okay.
 6            You should see an email at the top that says, "Sent
 7   on Tuesday, December 5th."  Do you see that?
 8        A.   Yes.
 9        Q.   Okay.  So I'll represent to you that your
10   counsel, or your lawyers, produced to us a handful of
11   documents.  You'll see in the bottom right-hand corner of
12   this it says, Russell_000111.
13        A.   Uh-huh.
14        Q.   The "Russell" means that it was a document that
15   your attorneys produced to us.  So presumably, it was a
16   document you had engaged them.  So with that, this is an
17   email on December 5th, 2017, from FreedomPop.  And it's to
18   you at your EBOU004 email address.  Do you see that?
19        A.   Yes.
20        Q.   Okay.  Do you remember receiving this email?
21        A.   Vaguely, yes.
22        Q.   Okay. And do you -- can you explain to me what
23   it is?
24        A.   FreedomPop was one of the tiers that you had to
25   complete to get the gift card.  So signing up for -- it
```

```
 1   was for a free SIM card, I believe.
 2        Q.   SIM, S-I-M?
 3        A.   Yes.
 4        Q.   Like on your phone?
 5        A.   Yes.
 6        Q.   Okay.  And you said it was a tier, I think you
 7   said?
 8        A.   Yes.
 9        Q.   Okay.  What was your understanding of what that
10   was, what that was?
11        A.   You had to do certain things like ABC Mouse was
12   another company.  Highlights.  There was another book
13   company.  There was a weight loss supplement company, a
14   coffee place.
15             And you were supposed to, like, get these free
16   offers that they were offering.  And once you completed
17   that, it would go on that rewards and website.  It would
18   show that you did the -- what you were supposed to do with
19   them to get the gift card.
20        Q.   So you had to complete a certain number of
21   these things --
22        A.   Yeah.
23        Q.   -- in order to get the gift card?
24        A.   Uh-huh.
25        Q.   And FreedomPop was one of those?
```

 1      A.    Correct.

 2      Q.    All right.  Did you -- so you signed up for it,
 3   it appears, from this email.  Did you use it at all?

 4      A.    No.

 5      Q.    You have to unsubscribe from it?

 6      A.    Yes.

 7      Q.    Did you?

 8      A.    Yes.

 9      Q.    Okay.  Did you have any intent to actually use
10   the FreedomPop services when you were signing up?

11      A.    I really wasn't sure exactly what they even
12   entailed.  And then when I realized, you know, it was for
13   a SIM card but then you would have to subscribe further,
14   then, no.  Afterwards, realizing that it was a
15   subscription, no.

16      Q.    Got it.  Okay.  Other than FreedomPop, do you
17   remember having to sign up for any other types than --

18      A.    Yeah, ABC Mouse, Amora Coffee.  It was some
19   type of weight loss supplement pill.  Highlights magazine.
20   There was another series of books.

21      Q.    And did you mean that you signed up for each of
22   these things or these were options to sign up?

23      A.    You -- you had, like, different -- they had
24   about I want to say 10 or 15 things on the screen,
25   different things you could sign up for.  But you had to

1  sign up for at least 10 of them.  Which I had done 10 of
2  them.  And it still wasn't accepting that I had done all
3  10 of them, so I wound up having to sign up for 11.
4       Q.   I see.  Of the 11 that you signed up for, did
5  you end up using any of the services provided?
6       A.   I think we tried to use ABC Mouse one time.
7  When I realized they were all subscriptions, because it
8  says like, well, before your 30 days or whatnot, you have
9  this free trial of this.  Or you get a free sample.
10           When I called to confirm that with the companies,
11  they had actually put me in as subscriptions for these
12  things.  And so I canceled them.  But that did not keep
13  them from still charging my card.
14       Q.   Did you have to sign up for any services from a
15  company called Freedom Debt Relief?
16       A.   I'm not sure.  I don't believe that was one
17  of--
18       Q.   So you don't remember one way --
19       A.   I don't believe that was one of the incentive
20  things, no.
21       Q.   Did you have to sign up with any type of debt
22  related or debt relief related service?
23       A.   Not to my knowledge.
24       Q.   Okay.  Sorry.  I'm going to stop sharing this
25  one.  And I'm going to go to the next one which is Exhibit

```
 1                     CROSS-EXAMINATION
 2   BY MS. MURRAY:
 3        Q.   Can you see that, Ms. Russell?
 4        A.   Yeah.
 5        Q.   Okay.  Do you see the -- the middle box that
 6   says -- it's got some green shading and some sort of light
 7   gray shading?
 8        A.   Yes.
 9        Q.   Have you seen this box before?
10        A.   Only in -- for what has to do with this case.
11        Q.   Okay.  If you were to see this box that says,
12   "I agree" in green and then in beige, it says, "To agree
13   daily emails from samples and savings and sweepstakes
14   alerts," what do you think that box means?  What are you
15   agreeing to?
16        A.   Receiving the email samples and savings and
17   sweepstakes alerts.
18        Q.   Would you be agreeing to anything else?
19        A.   No, because it doesn't say anything else.  It's
20   the box to I agree to those.
21             MS. MURRAY:  I have nothing further.
22             MR. RAMSEY:  Okay.  This is Jay.  I just
23   have a couple of questions.
24
25
```

```
 1                     CERTIFICATE
 2    STATE OF OKLAHOMA        )
 3    COUNTY OF TULSA          )   ss.
 4              I, Linda Fisher, a Certified Shorthand
 5    Reporter, Registered Professional Reporter, and Notary
 6    Public within and for the State of Oklahoma, do hereby
 7    certify that on the 29th day of June, 2020, at the Regus
 8    Business Center, 321 South Boston Avenue, Suite 300,
 9    Tulsa, Oklahoma, pursuant to Federal Rules of Civil
10    Procedure 30, appeared the above witness, ERICA NICOLE
11    RUSSELL, who was by me first duly sworn to testify the
12    truth, the whole truth, and nothing but the truth in the
13    case aforesaid, and that the deposition by her was reduced
14    to writing by me in stenograph, and thereafter transcribed
15    by me, and is fully and accurately set forth in the
16    preceding pages.
17              I do further certify that I am not related to
18    nor attorney for any of the said parties, nor otherwise
19    interested in the event of said action.
20              WITNESS my hand and official seal this 1st day
21    of July, 2020.
22
23
24                              _____
                                Linda Fisher, CSR-RPR #866
25
```