# FILED UNDER SEAL

- Exhibit 29 -