- Exhibit 30 -

Sent: Tue, 05 Dec 2017 05:06:54 EST
From: FreedomPop <subscribers@freedompopmail.com>
Subject: Friendly Reminder from FreedomPop for Erica
To: "Erica Russell" <ebou004@gmail.com>

## Enjoying your exclusive trial offer?

Dear Erica,

We hope you've been taking advantage of your FreedomPop trial offer accepted during your signup. We're pleased to have you as our valued customer.

By now you will have enjoyed the benefits of your trial offer and we would love to hear from you on how things are working out. If you haven't done so already, we encourage you to submit your own thoughts and feedback on your trial experience [here](#).

As a courtesy, to avoid the hassle of setting up your new SIM card, we have taken the initiative to assist you with activation so that you may enjoy your services right out of the packaging.  Please keep in mind that because we have already assisted you with activation upon delivery, your subscription offer will begin as soon as your SIM card is shipped!

Please be advised that your trial premium plan will automatically renew at the given monthly rate when your trial offer expires 30 days after your original signup date as stated in the terms of service agreement. You may continue enjoying your premium plan through the remainder of your subscription period, upgrade to a higher plan or downgrade your plan anytime in your online account. Should you decide to downgrade your plan prior to the end of your 30-day subscription period, all additional data, voice minutes, texts and value-added services will no longer be available for your account.

We hope you continue to enjoy your trial membership, and look forward to serving you further.

–Your Friends at FreedomPop

Login Now

Questions? Visit Support

© 2017 FreedomPop - All Rights Reserved.
FreedomPop | 1100 Glendon Ave. SUITE 700 | Los Angeles, CA 90024

Privacy Policy  |  Unsubscribe

RUSSELL_000112