- Exhibit 31 -

Beth E. Terrell, SBN #178181
Email: bterrell@terrellmarshall.com
Jennifer Rust Murray
Email:  jmurray@terrellmarshall.com
TERRELL MARSHALL LAW GROUP PLLC
936 North 34th Street, Suite 300
Seattle, Washington 98103
Telephone: (206) 816-6603
Facsimile: (206) 319-5450

[Additional counsel appear on signature page]

*Attorneys for Plaintiffs and the Proposed Class*

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

| | |
|---|---|
| DANIEL BERMAN, STEPHANIE HERNANDEZ, and ERICA RUSSELL,<br><br>                          Plaintiffs,<br><br>          v.<br><br>FREEDOM FINANCIAL NETWORK, LLC, FREEDOM DEBT RELIEF, LLC, FLUENT, INC., and LEAD SCIENCE, LLC,<br><br>                          Defendants. | NO. 4:18-cv-01060-YGR<br><br>**DECLARATION OF STEPHANIE HERNANDEZ**<br><br>JURY TRIAL DEMAND<br><br>Honorable Yvonne Gonzalez Rogers |

I, Stephanie Hernandez, declare that the following is true and correct:

1.      I am over 18 years of age. I make the following declaration based on my personal knowledge. I am able to competently testify on the facts in this declaration.

2.      A couple of years ago my daughter told me that there are websites on the Internet where I could get free samples of products. I decided to visit one of these websites.

3.      I visited the website using my phone. But the website required me to answer personal questions, including private questions about my health. I did not want to answer these

DECLARATION OF STEPHANIE HERNANDEZ - 1
CASE NO. 4:18-CV-01060-YGR

1  questions so I left the website. Over the next couple of years, I used my phone to visit other

2  websites to try to get free samples.

3      4.     I have read the document that I understand is Document Number 224-2 in this

4  case. I understand Defendants are saying that I would have seen a screen that looked like the

5  picture on page 2 of Docket 224-2. I don't remember seeing that screen. I don't remember the

6  screen saying, "Welcome back, stephanie!" And I don't remember pressing "This is correct,

7  Continue!" I don't remember seeing any legal terms or conditions or a hyperlink to click to see

8  them. I don't remember seeing anything about arbitration or agreeing to arbitration.

9      I declare under penalty of perjury under the laws of the United States that the statements

10  in this declaration are true and correct.

11

12      EXECUTED this __6__ day of February, 2020, at __King City CA__,

13  __93930__.

14

15

16

17  Stephanie Hernandez

18

19

20

21

22

23

24

DECLARATION OF STEPHANIE HERNANDEZ - 2
CASE NO. 4:18-CV-01060-YGR

<u>CERTIFICATE OF SERVICE</u>

I, Beth E. Terrell, hereby certify that on March 16, 2020, I electronically filed the

foregoing with the Clerk of the Court using the CM/ECF system which will send notification of

such filing to the following:

> Jay T. Ramsey, SBN #273160
> Email: jramsey@sheppardmullin.com
> SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
> 1901 Avenue of the Stars, Suite 1600
> Los Angeles, California 90067-6055
> Telephone: (310) 228-3700
> Facsimile: (310) 228-3701
>
> *Attorneys for Defendants Freedom Financial Network, LLC, Freedom Debt*
> *Relief, LLC, Fluent, Inc., and Lead Science, LLC*

DATED this 16th day of March, 2020.

                              TERRELL MARSHALL LAW GROUP PLLC


                              By: <u>Beth E. Terrell, SBN #178181</u>
                                 Beth E. Terrell, SBN #178181
                                 Email: bterrell@terrellmarshall.com
                                 936 North 34th Street, Suite 300
                                 Seattle, Washington 98103
                                 Telephone: (206) 816-6603
                                 Facsimile: (206) 319-5450

                              *Attorneys for Plaintiffs and the Proposed Classes*