- Exhibit 32 -

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL BERMAN, et al. | ) |
| Plaintiffs, | ) Case No.: 4:18-cv-01060-YGR |
| v. | ) |
| | ) SECOND SUPPLEMENTAL |
| FREEDOM FINANCIAL NETWORK, LLC, FREEDOM DEBT RELIEF, LLC, FLUENT, INC and LEAD SCIENCE, LLC, | ) EXPERT REPORT OF ANYA VERKHOVSKAYA |
| Defendants. | ) |

## I. INTRODUCTION AND SUMMARY OF OPINIONS

I, Anya Verkhovskaya, hereby certify as follows:

1. Plaintiffs' Counsel retained me to perform a supplemental analysis in addition to the analysis I described in my Expert Report dated December 7, 2018 and my Supplemental Expert Report dated February 8, 2019. For this report, I was retained to perform analysis of text message (or "text") records, call records, and lead records to identify telephone calls to telephone numbers:

   a. from which Lead Science received (not necessarily before the calls and/or texts were made) a do-not-call request; and/or

   b. obtained by Fluent in connection with a patently fictitious address; and/or

   c. both (a) and (b).

2. All of the work accomplished in connection with this Second Supplemental Expert Report was performed at my direction and with my supervision.

3. I am over the age of 18. If called upon to testify to the facts contained herein, I could and would competently do so.

4. I provided information regarding my experience, qualifications, and requisite disclosures in my Expert Report. This information remains correct. An updated listing of cases where I have testified as an expert witness at deposition or trial in the prior four years

Second Supplemental Expert Report of Anya Verkhovskaya                                Page 1 of 4
*Berman v. Freedom Financial Network, LLC, Freedom Debt Relief, LLC, Fluent, Inc., and Lead Science, LLC*, Case No. 4:18-cv-01060-YGR (N.D. Cal.)

is attached hereto as Exhibit 1.

5. For this analysis, I reviewed LeadScience_000677.csv and LeadScience_000677.txt (the "Records") as described in my previous report. I also reviewed Bates Number LEADSCIENCE_005228, an email dated January 7, 2019, from Brian Astrup to Jon Fougner, Anthony Paronich and Matthew McCue describing LEADSCIENCE_005228 as "opt out responses," an email dated December 19, 2018, from Brian Astrup to Jon Fougner, Anthony Paronich, Ted Broderick and Matthew McCue describing the purported Fluent lead files, and Bates Number Fluent_000441 and Bates Number Fluent_000572.

6. I understand based upon the email dated December 19, 2018, from Brian Astrup to Jon Fougner, Anthony Paronich, Ted Broderick and Matthew McCue that the file Fluent_000441 includes the purported Fluent leads through March 31, 2018, and the file Fluent_000572 includes purported leads through April 30, 2018.

7. I have come to the opinions included herein based upon a reasonable degree of certainty within the fields of data management, data analysis, class member identification, and class action notice program design and implementation.

8. The records that I relied upon in arriving at my opinions are of the type of records reasonably relied upon by experts in my field.

9. This Second Supplemental Expert Report is based upon my current understanding and the documents currently made available to me. I reserve the right to amend this Second Supplemental Expert Report should additional information or data become available.

## II. CROSS-COMPARE OF FLUENT_000441, FLUENT_000572, LEADSCIENCE_005228, AND RESULTS OF WIRELESS IDENTIFICATION PROCESS

10. Through my analysis completed in my prior Supplemental Expert Report, I had identified 4,492,433 calls and text messages that were made to 691,157 unique telephone numbers that were wireless at the time of the call or text (the "Wireless Numbers"). A listing of these telephone numbers and the count of calls and/or text messages thereto was attached

to my prior Supplemental Expert Report as its Exhibit C; I have attached the listing hereto as Exhibit 2.

11. I compared the telephone numbers from (on the one hand) the files Fluent_000441 and Fluent_000572 to the telephone numbers from (on the other hand) LeadScience_005228 in order to identify telephone numbers that exist in both, meaning that the telephone number had been a purported Fluent lead and was a telephone number from which Lead Science received (not necessarily before the calls and/or texts were made) a do-not-call request. This comparison resulted in identification of 195,228 telephone numbers (the "Fluent/DNC Numbers"). A listing of these telephone numbers is attached as Exhibit 3.

12. Next, I compared the Fluent/DNC Numbers to the Wireless Numbers in order to identify telephone numbers that exist in both, meaning that the telephone number was wireless, had been a purported Fluent lead and was a telephone number from which Lead Science received (not necessarily before the calls were made) a do-not-call request. This comparison resulted in identification of 194,877 telephone numbers (the "Fluent/DNC Wireless Numbers"). The Fluent/DNC Wireless Numbers received a total of 777,692 calls and text messages.

### III. LEAD FILE ANALYSIS

13. As I disclosed in my Expert Report of December 7, 2018, I utilized a conservative, under-inclusive, programmatic approach to analyze Fluent's leads, in the file Fluent_000441 in this case. That approach revealed that 60,982 records have an invalid street address on its face, without doing any verification via the United States Postal Service (40,169 without street numbers and 20,813 without street names).

14. In this Second Supplemental Expert Report, I added the file Fluent_000572 to my analysis utilizing a programmatic approach.

15. After deduplicating for any exact duplicate records between Fluent_000572 and Fluent_000441, I performed an initial verification via the United States Postal Service's National Change of Address database and Delivery Point Validation system. I found that a combined total of 68,924 lead records with unique wireless telephone numbers have an

invalid street address either with no street number or an invalid street number (56,915 without street number, 12,009 with an invalid street number). This identification process finds addresses that cannot be mailed to, including, but not limited to "addresses" without street names; with made up letter combinations, like "zfvzxvzxvzfvfv" or "yyyyyuy" – those are not simple misspellings or typos.

## IV. OPINIONS

16. I have no changes to the opinions in my prior reports.

17. From the Records, I identified 4,492,433 calls and text messages that were made to 691,157 Wireless Numbers. These included the following as indicated in the chart below:

| Category of Wireless Telephone Numbers | Exhibit | Qty. Numbers | Qty. Calls | Qty. Texts |
|---|---|---|---|---|
| (a) Patently Fictitious Address | Exhibit 4 | 68,924 | 129,276 | 333,331 |
| (b) Do-Not-Call Request | Exhibit 5 | 194,877 | 197,299 | 580,393 |
| Both (a) and also (b) | Exhibit 6 | 15,190 | 17,141 | 48,793 |
| Combined and de-duplicated Totals | | 248,611 | 309,434 | 864,931 |

Executed at Milwaukee, Wisconsin, this May 22, 2020.

_[signature]_

Anya Verkhovskaya