Anthony I. Paronich *Pro Hac Vice*
Paronich Law, P.C.
350 Lincoln Street, Suite 2400
Hingham, MA 02043
Telephone: 508.221.1510
E-mail: anthony@paronichlaw.com

*Attorneys for Plaintiffs and the Proposed Class*

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

| | |
|---|---|
| DANIEL BERMAN, STEPHANIE HERNANDEZ, and ERICA RUSSELL,<br><br>Plaintiffs,<br>v.<br>FREEDOM FINANCIAL NETWORK, LLC, FREEDOM DEBT RELIEF, LLC, FLUENT, INC., and LEAD SCIENCE, LLC,<br><br>Defendants. | NO. 4:18-cv-01060-YGR<br><br>**DECLARATION OF ANTHONY I. PARONICH IN SUPPORT OF PLAINTIFFS' SECOND MOTION FOR CLASS CERTIFICATION**<br><br><u>JURY TRIAL DEMAND</u><br><br>Honorable Yvonne Gonzalez Rogers<br><br>DATE:     September 6, 2022<br>TIME:     2:00 p.m.<br>LOCATION: Oakland Courthouse<br>               Courtroom 1 - 4th Floor |

I, Anthony I. Paronich, declare under penalty of perjury:

1. I am an attorney duly admitted to practice in the Commonwealth of Massachusetts, I am over 18 years of age, am competent to testify and make this affidavit on personal knowledge. I make this declaration in support of Plaintiffs' Second Motion for Class Certification. In this declaration I will describe the work that I and my co-counsel have done in identifying and investigating potential claims in the action, set forth my qualifications to serve as class counsel, and describe my experience in representing plaintiff classes in class actions and cases brought under the 47 U.S.C. § 227, the Telephone Consumer Protection Act. ("TCPA").

2. I was involved in every stage of representing Plaintiffs in this case, from pre-trial investigation, analysis of Plaintiffs' potential claims, and review of documents and discovery

1

responses, depositions, motion practice including a prior motion for class certification. I am an attorney duly admitted to practice in the Commonwealth of Massachusetts, I am over 18 years of age, am competent to testify and make this affidavit on personal knowledge.  I have extensive experience in the prosecution of class actions on behalf of consumers, particularly claims under the TCPA. If appointed class counsel, I will faithfully, effectively and zealously represent the interests of the class in this action. My firm possesses the resources required to litigate this case to a successful conclusion.

## Qualifications of Counsel

3. I am a 2010 graduate of Suffolk Law School.  In 2010, I was admitted to the Bar in Massachusetts.  Since then, I have been admitted to practice before the Federal District Court for the District of Massachusetts.  From time to time, I have appeared in other State and Federal District Courts *pro hac vice*.  I am in good standing in every court to which I am admitted to practice.

4. I was an associate at Broderick Law, P.C. in Boston, Massachusetts from 2010 through 2016.

5. I was a partner at Broderick & Paronich, P.C. in Boston, Massachusetts from 2016 through 2019.

6. In 2019, I started Paronich Law, P.C., focused on protecting consumers in class action lawsuits.

7. I have been appointed class counsel in more than 25 TCPA cases, including the following:

   i. <u>Desai and Charvat v. ADT Security Services, Inc.</u>, USDC, ND. Ill., Civil Action No. 11-CV-1925, TCPA class settlement of $15,000,000 granted final approval on June 21, 2013.

   ii. <u>Jay Clogg Realty Group, Inc. v. Burger King Corporation</u>, USDC, D. MD., Civil Action No. 13-cv-00662, TCPA class settlement of $8,500,000 granted final approval on April 15, 2015.

   iii. <u>Charvat v. AEP Energy, Inc.</u>, USDC, ND. Ill., 1:14-cv-03121, TCPA class settlement of $6,000,000 granted final approval on September 28, 2015.

iv. <u>Bull v. US Coachways, Inc.</u>, USDC, ND. Ill., 1:14-cv-05789, TCPA class settlement finally approved on November 11, 2016 with an agreement for judgment in the amount of $49,932,375 and an assignment of rights against defendant's insurance carrier.

v. <u>Smith v. State Farm Mut. Auto. Ins. Co., et. al.</u>, USDC, ND. Ill., 1:13-cv-02018, TCPA class settlement of $7,000,000.00 granted final approval on December 8, 2016.

vi. <u>Mey v. Frontier Communications Corporation</u>, USDC, D. Ct., 3:13-cv-1191-MPS, a TCPA class settlement of $11,000,000 granted final approval on June 2, 2017.

vii. <u>Heidarpour v. Central Payment Co.</u>, USDC, MD. Ga., 15-cv-139, a TCPA class settlement of $6,500,000 granted final approval on May 4, 2017.

viii. <u>Thomas Krakauer v. Dish Network, L.L.C.</u>, USDC, MD. NC., Civil Action No. 1:14-CV-333 on September 9, 2015. Following a contested class certification motion, this case went to trial in January of 2017 returning a verdict of $20,446,400. On May 22, 2017, this amount was trebled by the Court after finding that Dish Network's violations were "willful or knowing", for a revised damages award of $61,339,200. (Dkt. No. 338).

ix. <u>Charvat v. Carnival Corporation & PLC, et. al.</u>, USDC, ND. Ill., 1:13-cv-00042, a TCPA class settlement of $12,500,000 granted preliminary approval on July 6, 2017.

x. <u>Abante Rooter and Plumbing, Inc. v. Birch Communications, Inc.</u>, USDC, ND Ga., 1:15-CV-03562-AT, a TCPA class settlement of $12,000,000 granted final approval on December 14, 2017.

xi. <u>Abante Rooter and Plumbing, Inc. v. Pivotal Payments, Inc.</u>, USDC, ND. Ca., 3:16-cv-05486-JCS, a TCPA class settlement of $9,000,000 granted final approval on October 15, 2018.

xii. <u>In re Monitronics International, Inc.</u>, USDC, ND. WV., 1:13-md-02493-JPB-JES, a TCPA class settlement of $28,000,0000 granted final approval on June 12, 2018.

PURSUANT TO 28 U.S.C. § 1746, I DECLARE SIGNED UNDER PENALTY OF PERJURY OF THE UNITED STATES OF AMERICA THAT THE FOREGOING IS TRUE AND CORRECT EXECUTED THIS THIS 29th DAY OF JUNE 2022 IN THE COMMONWEALTH OF MASSACHUSETTS.

*/s/ Anthony I. Paronich*
Anthony I. Paronich