Michael F. Ram, CSB #104805
Email: mram@forthepeople.com
MORGAN & MORGAN
101 Montgomery Street, Suite 1800
San Francisco, California 94104
Telephone: (415) 358-6913

Beth E. Terrell, CSB #178181
Email: bterrell@terrellmarshall.com
Jennifer Rust Murray, *Admitted Pro Hac Vice*
Email: jmurray@terrellmarshall.com
TERRELL MARSHALL LAW GROUP PLLC
936 North 34th Street, Suite 300
Seattle, Washington 98103
Telephone: (206) 816-6603

*Attorneys for Plaintiffs*

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

| | |
|---|---|
| DANIEL BERMAN, STEPHANIE HERNANDEZ, and ERICA RUSSELL, | Case No. 4:18-cv-01060-YGR |
| Plaintiffs, | **DECLARATION OF JODI NUSS IN SUPPORT OF PLAINTIFFS' SECOND RENEWED MOTION FOR CLASS CERTIFICATION** |
| v. | |
| FREEDOM FINANCIAL NETWORK, LLC, FREEDOM DEBT RELIEF, LLC, FLUENT, INC., and LEAD SCIENCE, LLC, | JURY TRIAL DEMAND |
| Defendants. | Complaint Filed: February 19, 2018 |
| | Honorable Yvonne Gonzalez Rogers |
| | DATE: September 6, 2022 |
| | TIME: 2:00 p.m. |
| | LOCATION: Oakland Courthouse Courtroom 1 - 4th Floor |

I, Jodi Nuss, declare as follows:

1.     I am over 18 years of age, and the matters stated herein are based on my personal knowledge, except as otherwise noted. If called upon, I would competently testify to them.

2.      I am a senior paralegal at the law firm of Terrell Marshall Law Group PLLC, counsel of record for Plaintiffs in this matter. I respectfully submit this declaration in support of Plaintiffs' Second Renewed Motion for Class Certification.

3.      I was asked to identify the wireless telephone numbers listed on Exhibit 2 to Anya Verkhovskaya's Second Supplemental Report that received telephone calls only or both telephone calls and text messages. To do this I reviewed an Excel version of Exhibit 2 and, using Excel's standard filter tool, removed all telephone numbers with "blanks" in the "call" column. After removing the numbers that did not receive calls, 529,201 unique numbers remained.

4.      I next was asked to compare the list of 529,201 wireless telephone numbers that received calls to the list of 4,533 telephone numbers that Ms. Verkhovskaya identified as having received two or more calls within a twelve-month period after being listed on the National Do-Not-Call Registry for at least 31 days (Verkhovskaya Report ¶¶ 37-43, Ex. C) and count the total unique numbers between the two sets. I used Alteryx, a data analytics tool, to identify 530,007 unique telephone numbers between the two lists. I will refer to those numbers as the Class List.

5.      I next was asked to join the Class List with lead data produced by Fluent and Lead Science in Fluent_000441 and Fluent_000572, and Lead Science_000586. I again used Alteryx to join that data and create a list I will call the Class List With Lead Data. There are 530,006 numbers on the Class List With Lead Data. This means that there is no Lead Data for 1 number.

6.      I next was asked to identify any telephone numbers on the Class List that also were on the "hundred numbers list" that Fluent produced in this case at FLUENT_004052. Note that the name "hundred numbers list" is a misnomer as the file contains leads for only 99 unique numbers. Using Alteryx, I identified 77 numbers on the Class List for which data existed on the hundred numbers list. For each of the identified numbers I joined the telephone number with the lead data on the hundred numbers list and created a list called the "Class List with Hundred Numbers Lead Data."

7.      I next was asked to review the "Class List With Lead Data" to identify any telephone numbers that Ms. Verkhovskaya had identified as obviously invalid leads or that had

received a Do-Not-Call request. I did this by using Alteryx to compare Exhibits 4-5 to Ms. Verkhovskaya's Second Supplemental Report to the "Class List With Lead Data" and the "Class List With Hundred Numbers Lead Data." I identified the following:

- 51,161 telephone numbers on the Class List associated with leads that Ms. Verkhovskaya identified as having a patently fictitious address. These telephone numbers received 129,276 calls and 251,586 text messages;

- 136,413 telephone numbers on the Class List where a Do-Not-Call Request was submitted via text message. These telephone numbers received 197,299 calls and 481,600 text messages.

8.      I next was asked to review the "Class List With Lead Data" to identify any telephone numbers associated with leads in which the first or last names were obviously invalid. I did this by using Alteryx to compare the names listed in Exhibits D and E to Ms. Verkhovskaya's Expert Report to the "Class List With Lead Data." I identified 5,979 telephone numbers on the Class List associated with leads that Ms. Verkhovskaya identified as having obviously invalid first or last names. These telephone numbers received 15,180 calls and 29,781 text messages.

9.      I next was asked to review the lists identified in paragraph 7 above to identify any telephone numbers that had obviously invalid first or last names. To do this I used Alteryx to normalize the first and last name fields for analysis. I removed all non-printable characters, extraneous whitespace, numbers, punctuation, and symbols from both fields. I decomposed any Unicode characters capable of being converted to a letter in the English alphabet. For example, "Dương" was converted to "Duong," Sàck was converted to "Sack," "ᴬᵀᵂᴱᴸᴸ" was converted to "**ATWELL**," etc. Finally, I set all first and last names to upper case.

10.      Next, I filtered the cleansed first and last names to identify phone numbers associated with leads where the name fields meet any of the following conditions:

- First or last names contain zero letters;
- First or last names contain a single letter;

DECLARATION OF JODI NUSS IN SUPPORT OF PLAINTIFFS' SECOND RENEWED
MOTION FOR CLASS CERTIFICATION - 3
Case No. 4:18-cv-01060-YGR

- First or last names contain a null value;
- First or last names contain only consonants and contain three or more letters;
- First or last names contain only vowels and contain three or more letters;
- First or last names contain field placeholders or terms describing the parameter contained in the field ("name," "subscriber," "capitalized," "firstname," "lastname," "first name," and "last name");
- First name is "first" and the last name is "last;"
- First or last names contain common non-word letter combinations ("blah," "asdf," "jkl," "qwert," and "uiop")

11.     The filters I applied were based on Regular Expressions crafted to ensure that potentially valid names, described in paragraphs 19-21, and 23 of the Second Supplemental Expert Report of David Kalat, were not erroneously counted as invalid. With all of these safeguards in place, I identified 5,918 telephone numbers on the Class List associated with leads with obviously invalid first or last names. These telephone numbers received 14,857 calls and 28,838 text messages. The names that I identified as invalid include some names not identified by Ms. Verkhovskaya and omit some criticized by Mr. Kalat in his Second Supplemental Expert report.

12.     I have attached as <u>Exhibit 1</u> to this declaration an excerpt of the lead data for the 5,979 telephone numbers on the Class List that Ms. Verkhovskaya identified as having obviously invalid first or last names.

13.     I have attached as <u>Exhibit 2</u> to this declaration excerpt of the lead data for the 5,918 telephone numbers on the Class List that I identified as having obviously invalid first or last names.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

EXECUTED this 1st day of July, 2022, at Seattle, Washington.

By: _____

Jodi Nuss

DECLARATION OF JODI NUSS IN SUPPORT OF PLAINTIFFS' SECOND RENEWED MOTION FOR CLASS CERTIFICATION - 4
Case No. 4:18-cv-01060-YGR