Michael F. Ram, CSB #104805
Email: mram@forthepeople.com
MORGAN & MORGAN
101 Montgomery Street, Suite 1800
San Francisco, California 94104
Telephone: (415) 358-6913

Beth E. Terrell, CSB #178181
Email: bterrell@terrellmarshall.com
Jennifer Rust Murray, *Admitted Pro Hac Vice*
Email:  jmurray@terrellmarshall.com
TERRELL MARSHALL LAW GROUP PLLC
936 North 34th Street, Suite 300
Seattle, Washington 98103
Telephone: (206) 816-6603

[Additional counsel appear on signature page]

*Attorneys for Plaintiffs*

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

| | |
|---|---|
| DANIEL BERMAN, STEPHANIE HERNANDEZ, and ERICA RUSSELL,<br><br>Plaintiffs,<br><br>v.<br><br>FREEDOM FINANCIAL NETWORK, LLC, FREEDOM DEBT RELIEF, LLC, FLUENT, INC., and LEAD SCIENCE, LLC,<br><br>Defendants. | Case No. 4:18-cv-01060-YGR<br><br>**ADMINISTRATIVE MOTION TO FILE UNDER SEAL**<br><br><u>JURY TRIAL DEMAND</u><br><br>Honorable Yvonne Gonzalez Rogers |

TO: THE CLERK OF COURT; and

TO: ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that, pursuant to Local Rules 79-5 and 7-11, Plaintiffs seek leave to file under seal the documents described herein. This Administrative Motion is supported by the Declaration of Beth E. Terrell in Support of Administrative Motion to File Under Seal.

**ADMINISTRATIVE MOTION TO FILE UNDER SEAL**

Civil L.R. 79-5(e) states that if the party submitting a motion to file under seal "is seeking to file under seal a document designated as confidential by the opposing party or a non-party pursuant to a protective order, or a document containing information so designated by an opposing party or a non-party, the Submitting Party's declaration in support of the Administrative Motion to File Under Seal must identify the document or portions thereof which contain the designated confidential material and identify the party that has designated the material as confidential ('the Designating Party')."

The parties are subject to a stipulated protective order in this case (Dkt. No. 27). Defendants Freedom Financial Network, LLC, Freedom Debt Relief, LLC, Fluent, Inc., and Lead Science, LLC have designated certain documents and deposition testimony as "confidential." Plaintiffs now move to file the following documents under seal in compliance with the stipulated protective order:

1. An unredacted version of Plaintiffs' Second Renewed Motion for Class Certification highlighting references to documents and testimony designated as "confidential" that have not previously been filed in open court;

2. Exhibits 1-3, 5, 12, 16, 18, 21-24, 29 to the Declaration of Beth E. Terrell in Support of Plaintiffs' Second Renewed Motion for Class Certification.

3. Portions of Exhibits 4, 6, and 15 to the Declaration of Beth E. Terrell in Support of Plaintiffs' Second Renewed Motion for Class Certification that have been designated "confidential" that have not previously been filed in open court

4. Exhibit 7 to the Declaration of Beth E. Terrell in Support of Plaintiffs' Second Renewed Motion for Class Certification is being filed under seal pursuant to the Court's order at Dkt. No. 198, n. 1.

Plaintiffs request that the Court grant this administrative motion to seal.

**SIGNATURE ATTESTATION**

The CM/ECF user filing this paper attests that concurrence in its filing has been obtained from its other signatories.

RESPECTFULLY SUBMITTED AND DATED this 1st day of July, 2022.

TERRELL MARSHALL LAW GROUP PLLC

By: /s/ Beth E. Terrell, CSB #178181
    Beth E. Terrell, CSB #178181
    Email: bterrell@terrellmarshall.com
    Jennifer Rust Murray, *Admitted Pro Hac Vice*
    Email: jmurray@terrellmarshall.com
    936 North 34th Street, Suite 300
    Seattle, Washington 98103
    Telephone: (206) 816-6603
    Facsimile: (206) 319-5450

    Michael F. Ram, CSB #104805
    Email: mram@forthepeople.com
    MORGAN & MORGAN
    101 Montgomery Street, Suite 1800
    San Francisco, California 94104
    Telephone: (415) 358-6913
    Facsimile: (415) 358-6923

    Anthony I. Paronich, *Admitted Pro Hac Vice*
    Email: anthony@paronichlaw.com
    PARONICH LAW, P.C.
    350 Lincoln Street, Suite 2400
    Hingham, Massachusetts 02043
    Telephone: (617) 738-7080
    Facsimile: (617) 830-0327

    Edward A. Broderick, *Admitted Pro Hac Vice*
    Email: ted@broderick-law.com
    BRODERICK LAW, P.C.
    99 High Street, Suite 304
    Boston, Massachusetts 02110
    Telephone: (617) 738-7080
    Facsimile: (617) 830-0327

| | |
|---|---|
| 1 | |
| 2 | Matthew P. McCue, *Admitted Pro Hac Vice* |
|   | Email: mmccue@massattorneys.net |
| 3 | THE LAW OFFICE OF MATTHEW P. McCUE |
|   | 1 South Avenue, Suite 3 |
| 4 | Natick, Massachusetts 01760 |
|   | Telephone: (508) 655-1415 |
| 5 | Facsimile: (508) 319-3077 |
| 6 | |
|   | *Attorneys for Plaintiffs* |