1  Michael F. Ram, CSB #104805
   Email: mram@forthepeople.com
2  MORGAN & MORGAN
3  101 Montgomery Street, Suite 1800
   San Francisco, California 94104
4  Telephone: (415) 358-6913

5  Beth E. Terrell, CSB #178181
   Email: bterrell@terrellmarshall.com
6  Jennifer Rust Murray, *Admitted Pro Hac Vice*
7  Email:  jmurray@terrellmarshall.com
   TERRELL MARSHALL LAW GROUP PLLC
8  936 North 34th Street, Suite 300
   Seattle, Washington 98103
9  Telephone: (206) 816-6603

10 *Attorneys for Plaintiffs*

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

| | |
|---|---|
| DANIEL BERMAN, STEPHANIE HERNANDEZ, and ERICA RUSSELL,<br><br>Plaintiffs,<br><br>v.<br><br>FREEDOM FINANCIAL NETWORK, LLC, FREEDOM DEBT RELIEF, LLC, FLUENT, INC., and LEAD SCIENCE, LLC,<br><br>Defendants. | Case No. 4:18-cv-01060-YGR<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFFS' ADMINISTRATIVE MOTION TO FILE UNDER SEAL**<br><br><u>JURY TRIAL DEMAND</u><br><br>Honorable Yvonne Gonzalez Rogers |

The Court has reviewed Plaintiffs' Administrative Motion to File Under Seal, as well as all papers filed by Plaintiffs in support of the Motion. IT IS HEREBY ORDERED that the following documents will be sealed:

| DOCUMENT OR PORTION OF DOCUMENT SOUGHT TO BE SEALED | EVIDENCE OFFERED IN SUPPORT OF SEALING | ORDER |
|---|---|---|
| Exhibit 1 – Excerpts of Deposition of Sadiya Omer | | |
| Exhibit 2 – Email correspondence between Fluent and Freedom regarding script approval and campaign set up, dated August 4, 2017 to May 16, 2017 and labeled FLUENT_000192-198. | | |
| Exhibit 3 – Email correspondence between Fluent and Freedom regarding scripting and indemnification, dated April 10, 2017 to September 7, 2017 and labeled FLUENT_000238-257. | | |
| Exhibit 4 – Email correspondence between Fluent and Freedom regarding complaint and sequencing of text messages, dated October 23, 2017 to October 25, 2017 and labeled FLUENT_001180-85 & 1187. | | |
| Exhibit 5 – Excerpts of the Deposition of Morris Laniado. | | |
| Exhibit 6 – Excerpts of the Deposition of Daniel Barsky. | | |
| Exhibit 12 – Email correspondence between Drips and Fluent regarding scripts dated August 21, 2017 to September 1, 2017 and labeled FLUENT_003464-3469. | | |

[PROPOSED] ORDER GRANTING PLAINTIFFS' ADMINISTRATIVE
MOTION TO FILE UNDER SEAL - 2
Case No. 4:18-cv-01060-YGR

| Document or Portion of Document Sought to be Sealed | Evidence Offered in Support of Sealing | Order |
|---|---|---|
| Exhibit 15 – Exhibit C to Expert Report of Anya Verkhovskaya | | |
| Exhibit 16 – Excerpts of the Deposition of Dharma Naik. | | |
| Exhibit 18 – Email correspondence between Drips and Fluent regarding opt outs dated November 13, 2017 to December 4, 2017 and labeled FLUENT_000447-450. | | |
| Exhibit 21 – Transcript of recorded call labeled FREEDOM_001525. | | |
| Exhibit 22 – Transcript of recorded call labeled FREEDOM_001527. | | |
| Exhibit 23 – Transcript of recorded call labeled FREEDOM_001534. | | |
| Exhibit 24 – Transcript of recorded call labeled FREEDOM_001561. | | |
| Exhibit 29 – Excerpt of text messages and calls placed to Plaintiffs labeled LEADSCIENCE_000677. | | |

IT IS SO ORDERED.

DATED this _____ day of _____, 2022.

_____
UNITED STATES DISTRICT JUDGE

[PROPOSED] ORDER GRANTING PLAINTIFFS' ADMINISTRATIVE MOTION TO FILE UNDER SEAL - 3
Case No. 4:18-cv-01060-YGR