Michael F. Ram, CSB #104805
Email: mram@forthepeople.com
MORGAN & MORGAN
101 Montgomery Street, Suite 1800
San Francisco, California 94104
Telephone: (415) 358-6913

Beth E. Terrell, CSB #178181
Email: bterrell@terrellmarshall.com
Jennifer Rust Murray, *Admitted Pro Hac Vice*
Email:  jmurray@terrellmarshall.com
TERRELL MARSHALL LAW GROUP PLLC
936 North 34th Street, Suite 300
Seattle, Washington 98103
Telephone: (206) 816-6603

[Additional counsel appear on signature page]

*Attorneys for Plaintiffs*

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

| | |
|---|---|
| DANIEL BERMAN, STEPHANIE HERNANDEZ, and ERICA RUSSELL,<br><br>Plaintiffs,<br><br>v.<br><br>FREEDOM FINANCIAL NETWORK, LLC, FREEDOM DEBT RELIEF, LLC, FLUENT, INC., and LEAD SCIENCE, LLC,<br><br>Defendants. | Case No. 4:18-cv-01060-YGR<br><br>**STIPULATED REQUEST TO MODIFY BRIEFING SCHEDULE ON DEFENDANT LEAD SCIENCE'S MOTION TO DISMISS (ECF 295)**<br><br>JURY TRIAL DEMAND<br><br>Honorable Yvonne Gonzalez Rogers |

Pursuant to Civil Local Rule 6, Plaintiffs Daniel Berman, Stephanie Hernandez, and Erica Russell and Defendants Freedom Financial Network, LLC, Freedom Debt Relief, LLC, Fluent, Inc., and Lead Science, LLC and, by and through their undersigned counsel, stipulate and respectfully request the entry of an order as follows.

STIPULATED REQUEST TO MODIFY BRIEFING SCHEDULE ON DEFENDANT LEAD
SCIENCE'S MOTION TO DISMISS (ECF 295) - 1
Case No. 4:18-cv-01060-YGR

**WHEREAS**, on June 24, 2022, Defendant Lead Science, LLC filed a motion to dismiss Plaintiffs' Fourth Amended Complaint (Dkt. No. 292) on the ground that Plaintiffs failed to allege sufficient facts to state a claim against Lead Science upon which relief can be granted.

**WHEREAS**, the Court entered an order setting a briefing schedule that requires Plaintiffs to file their responses to Lead Science's motion by July 8, 2022, Lead Science to file its reply by July 15, 2022, and sets a hearing for hearing for August 9, 2022.

**WHEREAS**, several members of Plaintiffs' legal team contracted COVID 19 after Lead Science's brief was filed. Plaintiffs' counsel are working as best they can on their response to Lead Science's motion, but need extra time to complete it.

**WHEREAS**, a short extension of the briefing schedule on the motion to dismiss would not affect any other deadline set by the Court.

**NOW, THEREFORE**, all parties respectfully request the entry of an order modifying the schedule as to Lead Science's Motion to Dismiss the Fourth Amended Complaint as follows:

| Event | Current Deadline | Proposed Deadline |
|---|---|---|
| Plaintiffs' response to Defendant Lead Science's Motion to Dismiss the Fourth Amended Complaint | July 8, 2022 | July 15, 2022 |
| Defendants' replies to Defendant Lead Science's Motion to Dismiss the Fourth Amended Complaint | July 15, 2022 | July 22, 2022 |
| Hearing on Motion to Dismiss | August 9, 2022 at 2:00 pm | No change |

## SIGNATURE ATTESTATION

The CM/ECF user filing this paper attests that concurrence in its filing has been obtained from its other signatories.

1
2
STIPULATED AND DATED this 5th day of July, 2022.

3  TERRELL MARSHALL LAW GROUP          SHEPPARD, MULLIN, RICHTER &
   PLLC                                HAMPTON LLP
4
5  By: /s/ Jennifer Rust Murray, *Pro Hac Vice*   By: /s/  Jay T. Ramsey, CSB #273160
       Beth E. Terrell, CSB #178181                  Jay T. Ramsey, CSB #273160
6      Email: bterrell@terrellmarshall.com           Email: jramsey@sheppardmullin.com
       Jennifer Rust Murray,                         1901 Avenue of the Stars, Suite 1600
7      *Admitted Pro Hac Vice*                        Los Angeles, California 90067-6055
       Email: jmurray@terrellmarshall.com            Telephone: (310) 228-3700
8      936 North 34th Street, Suite 300
       Seattle, Washington 98103                     Robert James Guite, CSB #244590
9      Telephone: (206) 816-6603                     Email: Rguite@sheppardmullin.com
       Facsimile: (206) 319-5450                     SHEPPARD MULLIN RICHTER &
10                                                    HAMPTON LLP
11     Michael F. Ram, CSB #104805                   Four Embarcadero Center, 17th Floor
       Email: mram@forthepeople.com                  San Francisco, California 94111
12     MORGAN & MORGAN                               Telephone: (415) 434-9100
       101 Montgomery Street, Suite 1800
13     San Francisco, California 94104               Jonah Sampson VanZandt, CSB #224348
       Telephone: (415) 358-6913                     Email: jvanzandt@freedomdebtrelief.com
14     Facsimile: (415) 358-6923                     SEVERSON AND WERSON
                                                      One Embarcadero Center, Suite 2600
15                                                    San Francisco, California 94111
       Anthony I. Paronich,                          Telephone: (415) 398-3344
16     *Admitted Pro Hac Vice*
       Email: anthony@paronichlaw.com                Joseph Thomas Johnson,
17     PARONICH LAW, P.C.                            *Admitted Pro Hac Vice*
       350 Lincoln Street, Suite 2400                Email: jjohnson@kleinmoynihan.com
18     Hingham, Massachusetts 02043                  KLEIN MOYNIHAN TURCO LLP
       Telephone: (617) 738-7080                     450 Seventh Avenue
19     Facsimile: (617) 830-0327                     New York, New York 10123
20                                                    Telephone: (212) 246-0900
21     Edward A. Broderick,
       *Admitted Pro Hac Vice*                        *Attorneys for Defendants Freedom Financial*
22     Email: ted@broderick-law.com                  *Network, LLC, Freedom Debt Relief, LLC,*
       BRODERICK LAW, P.C.                            *Fluent, Inc., and Lead Science, LLC*
23     99 High Street, Suite 304
       Boston, Massachusetts 02110
24     Telephone: (617) 738-7080
       Facsimile: (617) 830-0327
25
26
27
28

1

2    Matthew P. McCue,
     *Admitted Pro Hac Vice*
3    Email: mmccue@massattorneys.net
     THE LAW OFFICE OF MATTHEW P.
4    McCUE
     1 South Avenue, Suite 3
5    Natick, Massachusetts 01760
     Telephone: (508) 655-1415
6    Facsimile: (508) 319-3077

7
     *Attorneys for Plaintiffs*
8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28