Michael F. Ram, CSB #104805
Email: mram@forthepeople.com
MORGAN & MORGAN
101 Montgomery Street, Suite 1800
San Francisco, California 94104
Telephone: (415) 358-6913

Beth E. Terrell, CSB #178181
Email: bterrell@terrellmarshall.com
Jennifer Rust Murray, *Admitted Pro Hac Vice*
Email:  jmurray@terrellmarshall.com
TERRELL MARSHALL LAW GROUP PLLC
936 North 34th Street, Suite 300
Seattle, Washington 98103
Telephone: (206) 816-6603

[Additional counsel appear on signature page]

*Attorneys for Plaintiffs*

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

| | |
|---|---|
| DANIEL BERMAN, STEPHANIE HERNANDEZ, and ERICA RUSSELL,<br><br>Plaintiffs,<br><br>v.<br><br>FREEDOM FINANCIAL NETWORK, LLC, FREEDOM DEBT RELIEF, LLC, FLUENT, INC., and LEAD SCIENCE, LLC,<br><br>Defendants. | Case No. 4:18-cv-01060-YGR<br><br>**[PROPOSED] ORDER GRANTING STIPULATED REQUEST TO MODIFY BRIEFING SCHEDULE ON DEFENDANT LEAD SCIENCE'S MOTION TO DISMISS (ECF 295)**<br><br>JURY TRIAL DEMAND<br><br>Honorable Yvonne Gonzalez Rogers |

THIS MATTER came before the Court on Stipulated Request for an Order modifying the briefing schedule on Lead Science's Motion to Dismiss the Fourth Amended Complaint (Dkt. No. 295). Upon careful consideration of the submissions and applicable authorities, and for good cause appearing, the Court hereby GRANTS the motion. The following schedule will apply:

[PROPOSED] ORDER GRANTING STIPULATED REQUEST TO MODIFY BRIEFING
SCHEDULE ON DEFENDANT LEAD SCIENCE'S MOTION TO DISMISS (ECF 295) - 1
Case No. 4:18-cv-01060-YGR

| Event | Current Deadline | New Deadline |
|---|---|---|
| Plaintiffs' response to Defendant Lead Science's Motion to Dismiss the Fourth Amended Complaint | July 8, 2022 | July 15, 2022 |
| Defendants' replies to Defendant Lead Science's Motion to Dismiss the Fourth Amended Complaint | July 15, 2022 | July 22, 2022 |
| Hearing on Defendant Lead Science's Motion to Dismiss the Fourth Amended Complaint | August 9, 2022 at 2:00 pm | No change |

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: _____

            YVONNE GONZALEZ ROGERS
           UNITED STATES DISTRICT COURT JUDGE