Michael F. Ram, CSB #104805
Email: mram@forthepeople.com
MORGAN & MORGAN
101 Montgomery Street, Suite 1800
San Francisco, California 94104
Telephone: (415) 358-6913

Beth E. Terrell, CSB #178181
Email: bterrell@terrellmarshall.com
Jennifer Rust Murray, *Admitted Pro Hac Vice*
Email:  jmurray@terrellmarshall.com
TERRELL MARSHALL LAW GROUP PLLC
936 North 34th Street, Suite 300
Seattle, Washington 98103
Telephone: (206) 816-6603

[Additional counsel appear on signature page]

*Attorneys for Plaintiffs*

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

| | |
|---|---|
| DANIEL BERMAN, STEPHANIE HERNANDEZ, and ERICA RUSSELL,<br><br>Plaintiffs,<br>v.<br><br>FREEDOM FINANCIAL NETWORK, LLC, FREEDOM DEBT RELIEF, LLC, FLUENT, INC., and LEAD SCIENCE, LLC,<br><br>Defendants. | Case No. 4:18-cv-01060-YGR<br><br>**DECLARATION OF JENNIFER RUST MURRRAY IN SUPPORT OF STIPULATED REQUEST TO MODIFY BRIEFING SCHEDULE ON DEFENDANT LEAD SCIENCE'S MOTION TO DISMISS (ECF 295)**<br><br><u>JURY TRIAL DEMAND</u><br><br>Honorable Yvonne Gonzalez Rogers |

I, Jennifer Rust Murray, declare as follows:

1. I am a member of the law firm of Terrell Marshall Law Group PLLC (Terrell Marshall), counsel of record for Plaintiffs in this matter. I am admitted to practice before this Court and am a member in good standing of the bar of the states of Washington and Oregon. I

respectfully submit this declaration in support of the parties' Stipulated Request to Modify the Briefing Schedule on Defendant Lead Science's Motion to Dismiss the Fourth Amended Complaint. Except as otherwise noted, I have personal knowledge of the facts set forth in this declaration and could testify competently to them if called upon to do so.

2. Plaintiffs timely filed their Fourth Amended Complaint (Dkt. No. 292) on June 10, 2022.

3. Defendant Lead Science filed a motion to dismiss the Fourth Amended Complaint on June 24, 2022.

4. Plaintiffs' response to Lead Science's motion to dismiss is due on July 8, 2022 (Dkt. No. 291). Lead Science's reply is due on July 15, 2022.

5. After Lead Science filed its motion, several members of Plaintiffs' legal team, including one of the attorneys assisting with the motion to dismiss response, contracted COVID 19.

6. Plaintiffs' counsel are diligently working on the response brief, but require additional time to complete it.

7. Plaintiffs do not oppose a similar extension on Lead Science's reply brief.

8. This is the parties' first request to enlarge the briefing schedule for Lead Science's motion to dismiss.

9. Except as described below, the parties' requested changes to the briefing schedule would not affect any other deadline set by the Court. The following briefing schedule on Defendant Lead Science's Motion to Dismiss the Fourth Amended Complaint would apply:

| Event | Current Deadline | Proposed Deadline |
|---|---|---|
| Plaintiffs' response to Defendant Lead Science's Motion to Dismiss the Fourth Amended Complaint | July 8, 2022 | July 15, 2022 |

DECLARATION OF JENNIFER RUST MURRRAY IN SUPPORT OF STIPULATED REQUEST TO MODIFY BRIEFING SCHEDULE ON DEFENDANT LEAD SCIENCE'S MOTION TO DISMISS (ECF 295) - 2
Case No. 4:18-cv-01060-YGR

| Defendants' replies to Defendant Lead Science's Motion to Dismiss the Fourth Amended Complaint | July 15, 2022 | July 22, 2022 |
|---|---|---|
| Hearing on Defendant Lead Science's Motion to Dismiss the Fourth Amended Complaint | August 9, 2022 at 2:00 pm | No change |

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

EXECUTED this 5th day of July, 2022, at Seattle, Washington.

By: /s/ Jennifer Rust Murray, WSBA #36983
Jennifer Rust Murray, WSBA #36983