SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
  A Limited Liability Partnership
  Including Professional Corporations
JAY T. RAMSEY, Cal. Bar No. 273160
CHLOE G. CHUNG, Cal. Bar No. 341398
1901 Avenue of the Stars, Suite 1600
Los Angeles, California 90067-6055
Telephone:  310.228.3700
Facsimile:  310.228.3701
E mail       jramsey@sheppardmullin.com
                 cchung@sheppardmullin.com

Attorneys for Defendants
FREEDOM FINANCIAL NETWORK, LLC, FREEDOM DEBT RELIEF, LLC, FLUENT, INC., and LEAD SCIENCE, LLC,

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL BERMAN, STEPHANIE HERNANDEZ, and ERICA RUSSELL,<br><br>Plaintiffs,<br><br>v.<br><br>FREEDOM FINANCIAL NETWORK LLC, FREEDOM DEBT RELIEF, LLC, FLUENT, INC., and LEAD SCIENCE, LLC,<br><br>Defendants.<br><br>FREEDOM FINANCIAL NETWORK, LLC and FREEDOM DEBT RELIEF, LLC,<br><br>Third Party Plaintiffs,<br><br>v.<br><br>DOES 1 through 5 ,<br><br>Third Party Defendants. | Case No. 4:18-cv-01060-YGR<br><br>*Honorable Yvonne Gonzalez Rogers*<br><br>**NOTICE OF APPEARANCE OF CHLOE G. CHUNG**<br><br>Action Filed:   February 19, 2018<br>Trial Date:      None Set |

**TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** of the appearance of Chloe G. Chung of Sheppard Mullin Richter and Hampton LLP, as counsel of record for and on behalf of Defendants, FREEDOM FINANCIAL NETWORK, LLC, FREEDOM DEBT RELIEF, LLC, FLUENT, INC., and LEAD SCIENCE, LLC in the above-captioned action.  I certify that I am admitted to practice before this Court and I am authorized to receive service of all pleadings, notices, orders and other papers in the above captioned matter on behalf of Defendants, FREEDOM FINANCIAL NETWORK, LLC, FREEDOM DEBT RELIEF, LLC, FLUENT, INC., and LEAD SCIENCE, LLC.  My address, email, and telephone numbers are as follows:

Chloe G. Chung<br>
cchung@sheppardmullin.com<br>
SHEPPARD, MULLIN, RICHTER & HAMPTON LLP<br>
1901 Avenue of the Stars, Suite 1600<br>
Los Angeles, California 90067-6055<br>
Telephone:  310.228.3700<br>
Facsimile:   310.228.3701

Dated:  July 8, 2022                    SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

By      /s/ Chloe G. Chung
         CHLOE G. CHUNG

Attorneys for Defendants<br>
FREEDOM FINANCIAL NETWORK, LLC,<br>
FREEDOM DEBT RELIEF, LLC, FLUENT,<br>
INC., and LEAD SCIENCE, LLC,