1  SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
     A Limited Liability Partnership
2    Including Professional Corporations
   JAY T. RAMSEY, Cal. Bar No. 273160
3  1901 Avenue of the Stars, Suite 1600
   Los Angeles, California 90067-6055
4  Telephone:  310.228.3700
   Facsimile:  310.228.3701
5  E mail       jramsey@sheppardmullin.com

6  Attorneys for Defendants
   FREEDOM FINANCIAL NETWORK,
7  LLC, FREEDOM DEBT RELIEF, LLC,
   FLUENT, INC., and LEAD SCIENCE,
8  LLC,

9

10                    UNITED STATES DISTRICT COURT

11                  NORTHERN DISTRICT OF CALIFORNIA

12

13  DANIEL BERMAN, STEPHANIE          | Case No. 4:18-cv-01060-YGR
    HERNANDEZ, and ERICA RUSSELL,     |
14                                    | *Honorable Yvonne Gonzalez Rogers*
           Plaintiffs,                |
15                                    | **DECLARATION OF JAY T.
           v.                         | RAMSEY IN SUPPORT OF
16                                    | PLAINTIFFS' ADMINISTRATIVE
    FREEDOM FINANCIAL NETWORK         | MOTION TO SEAL (DKT. NO. 304)**
17  LLC, FREEDOM DEBT RELIEF,         |
    LLC, FLUENT, INC., and LEAD       |
18  SCIENCE, LLC,                     |

           Defendants.

19

20  FREEDOM FINANCIAL NETWORK,
    LLC and FREEDOM DEBT RELIEF,
21  LLC,

22  Third Party Plaintiffs,

23  v.

24  DOES 1 through 5 ,

25  Third Party Defendants.

26

27

28

SMRH:4875-8063-7736.1                    RAMSEY DECLARATION IN SUPPORT OF SEALING

## DECLARATION OF JAY T. RAMSEY

I, Jay T. Ramsey, hereby declare:

1.      I am an attorney at Sheppard, Mullin, Richter & Hampton LLP, counsel of record herein for Defendants Freedom Financial Network LLC, Freedom Debt relief LLC, Fluent, Inc., and Lead Science, LLC ("Defendants").  I make this declaration based on facts known by me to be true and correct.

2.      **Defendants' Partial Joinder.**  The vast majority of the documents submitted under seal were previously filed in this action publicly.  Based on that, at this time, of the documents that Plaintiffs submitted under seal with Docket No. 304, Defendants seek to remain sealed the following:

| Document | Portions to be Filed Under Seal |
| --- | --- |
| Unredacted Exhibit 7 to the Declaration of Beth Terrel | Entirety of the exhibit |
| Exhibit 15 to the Declaration of Beth Terrel (Exhibit C thereto is what was filed under seal) | Entirety of Exhibit C to Exhibit 15 (*i.e.*, the entirety of what Plaintiffs' filed under seal) |

3.      **Statement in Support of Sealing**.  In support of Defendants' sealing request, I submit the following.

4.      Exhibit 7 to the Terrel Declaration is a copy of the Access Agreement to Data Transmission, effective as of July 22, 2016, entered into by and between Lead Science, LLC and Fluent, Inc.  This document was previously sealed by the Court pursuant to Court order.  *See* ECF Dkt. No. 198, n.1.  As before, both Fluent, Inc. and Lead Science, LLC keep their contractual agreement confidential, and it is not publicly disclosed.  Courts routinely seal such documents, particularly in the context of a non-dispositive motion, where the sealing standard is lower, the information is not material to the Court's determination of the issue presented, and the information is, on its face, reflects confidential business arrangements and

1  strategies. *See, e.g. Stanislaus Food Prods. Co. v. USS-POSCO Indus.*, 2012 U.S.

2  Dist. LEXIS 176346, at *6 (E.D. Cal. Dec. 11, 2012); *In re NCAA Student-Athlete*

3  *Name & Likeness Licensing Litig.*, 2013 U.S. Dist. LEXIS 68611, at *12 (N.D. Cal.

4  May 13, 2013); *Muench Photography, Inc. v. Pearson Educ., Inc.*, 2013 U.S. Dist.

5  LEXIS 115847, at *11-12 (N.D. Cal. Aug. 15, 2013).

6        5.     Exhibit 15 to the Declaration of Beth Terrel is an exhibit to the expert

7  declaration of Anya Verkhovskaya.  This exhibit includes the telephone numbers of

8  the putative class, and is thus confidential, private information of non-parties.  Such

9  information is again no material to the Court's determination of the issue presented.

10       I declare under penalty of perjury under the laws of the United States of

11  America that the foregoing is true and correct.  Executed on July 8, 2022 in Los

12  Angeles, California.

13

14

15                                        */s/ Jay T. Ramsey*
                                          JAY T. RAMSEY

16

17

18

19

20

21

22

23

24

25

26

27

28