SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
  A Limited Liability Partnership
  Including Professional Corporations
JAY T. RAMSEY, Cal. Bar No. 273160
1901 Avenue of the Stars, Suite 1600
Los Angeles, California 90067-6055
Telephone:  310.228.3700
Facsimile:   310.228.3701
E mail          jramsey@sheppardmullin.com

Attorneys for Defendants
FREEDOM FINANCIAL NETWORK, LLC, FREEDOM DEBT RELIEF, LLC, FLUENT, INC., and LEAD SCIENCE, LLC,

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL BERMAN, STEPHANIE HERNANDEZ, and ERICA RUSSELL,<br><br>Plaintiffs,<br><br>v.<br><br>FREEDOM FINANCIAL NETWORK LLC, FREEDOM DEBT RELIEF, LLC, FLUENT, INC., and LEAD SCIENCE, LLC,<br><br>Defendants.<br><br>FREEDOM FINANCIAL NETWORK, LLC and FREEDOM DEBT RELIEF, LLC,<br><br>Third Party Plaintiffs,<br><br>v.<br><br>DOES 1 through 5 ,<br><br>Third Party Defendants. | Case No. 4:18-cv-01060-YGR<br><br>*Honorable Yvonne Gonzalez Rogers*<br><br>**[PROPOSED] ORDER GRANTING IN PART PLAINTIFFS' ADMINISTRATIVE MOTION TO SEAL (DKT. NO. 304)** |

## **DECLARATION OF JAY T. RAMSEY**

The Court has reviewed Plaintiffs' Administrative Motion to File Under Seal, all papers filed by Plaintiffs in support of the Motion, and the Declaration of Jay T. Ramsey in support.  IT IS HEREBY ORDERED that the following documents will be sealed:

| Document | Evidence Offered in Support of Sealing | Order |
|---|---|---|
| Exhibit 7 to the Declaration of Beth Terrel | Ramsey Declaration, ¶ 4; Court's prior Order sealing document (ECF Dkt. No. 198, n.1) | |
| Exhibit 15 to the Declaration of Beth Terrel – Exhibit C to the Expert Report of Anya Verkhovskaya | Ramsey Declaration, ¶ 5 | |

IT IS SO ORDERED

Dated this _____ day of _____, 2022

_____
HONORABLE YVONNE GONZALEZ ROGERS
UNITED STATES DISTRICT JUDGE