- Exhibit 3 -

 Platform   Industries   Resources   Events   About Us    



# Complete Control

Our platform offers unlimited flexibility and an open API, allowing you to integrate with any CRM, Marketing Automation, Dialer, Analytics, and Call Center Platform.

Schedule a Demo

## Let's Get Integrated
Need a Custom Build-Out? We Can help!

 



### Event Triggered by Customer/Prospect

Meet Lisa, a prospective client in search of a better insurance plan. Lisa came across a plan on your site she thought best fit her needs, but had a few questions before she could make a decision – so she filled out a form with her contact information.

### Received by Client CRM

We use our integrations capabilities to capture the information Lisa provides to begin the communication process. We have yet to meet a system we can't connect with.



### Drips Project or Campaign Identified

Our integrations help us identify the campaign best suited to your client, and determine the best way to move forward to develop engaging communication which will provide the best results.

### Customer Engaged & Talking to Drips

We use a conversational outreach strategy consisting of human-like AI-powered SMS, scheduled calling, and voicemail messages to develop a strong connection with Lisa to identify her needs. Once we have a confirmation we use your agent software so you can do what you do best – sell your product.





### Your Sales or Service Agent

We will find the perfect time that works for the user to connect them with your qualified agents, remind them to pay their bill, download your app, sign a document, or drive to whatever other outcomes are important to you.

## Seamless Integration with Your Tech Stack
We Can Help You Succeed

### Custom Integrations

Our platform integrates with the systems that matter most to you. Don't see your system listed above? We've worked with every tool on the market, and have yet to meet one we can't connect with. Contact us for a deep dive into custom integrations today.





## Your Support Team

When you work with Drips, you're not alone. We work closely with you to make sure the right data is passing through our system, and develop creative solutions to ensure your conversational outreach strategy is built for success.

— Meet Your Drips Team

## Open API

As a client, you'll have access to our API, which gives you the ability to upload and download the data that's most important to your business.

— Learn more



## Your customers will love you for it.

The legacy approaches are burdensome, bothersome, and expensive. Drips is a platform made for companies that care about thoughtfully communicating with their consumers.

Contact Us



| SOCIAL | PLATFORM | INDUSTRIES | RESOURCES | ABOUT US | CONTACT US |
|---|---|---|---|---|---|
| ⓘ ⓕ | Our Product | Mortgage | Blogs | Who We Are | (512)643-7477 |
| 🐦 in | Why Drips | Healthcare | Press Room | Careers | Sales@drips.com |
| | Integrations | Home Services | Podcasts | Referral Program | Contact Us |
| | | Insurance | | | |

© 2022 All Rights Reserved.    Privacy Policy | Terms of Use