**REDACTED PER AGREEMENT OF THE PARTIES AND DKT. NO. 198**

- Exhibit 4 -

## Access Agreement to Data Transmission

This Access Agreement to Data Transmission ("Agreement"), effective as of January 17, 2017 (the "Effective Date"), is entered into by and between LEAD SCIENCE, LLC, an Ohio Limited Liability Company ("Lead Science") and FLUENT, LLC, a Delaware limited liability company ("Publisher") and its use of the Drips.com website and related services. Lead Science and Publisher may be referred herein individually as a Party and collectively as "Parties," as dictated by context.



**WHEREAS,** some of the services that Lead Science provides may be considered pre-recorded calls sent from an automatic telephone dialing system.



**WHEREAS,** Lead Science, as Publisher's agent, will develop and implement a marketing plan for Publisher's benefit using the telephone numbers that Publisher generates and will send text or SMS messages to those telephone numbers using what someone might argue is an automatic telephone dialing system.



***WHEREAS, Lead Science may provide general information and advice based on what it has learned about the TCPA laws, but such matters should not be relied upon as legal opinion.***



**2.1 Prior Express Written Consent; Opt-out Mechanism**

(a) Publisher will not transmit leads or data of individuals for Lead Science to contact via any message or mobile communications using the Lead Science Service/Lead Science's Application Program Interface ("API") if the intended recipient has not given Publisher prior express written consent, even if Publisher had a previous business relationship with the intended recipient. Under no circumstances will Publisher direct that a message be sent to an individual where Publisher obtained the consent of the recipient as a condition to a purchase.

(b) For purposes of the Agreement, "Prior express written consent" means a written agreement, signed by the intended recipient, that authorizes Publisher to deliver marketing messages using an automatic telephone dialing system or prerecorded message to the specific number authorized in the agreement, even if the intended recipient is on a state or national Do Not Call List. The agreement must include a clear and conspicuous disclosure that the intended recipient may receive calls or mobile communications from Publisher and must also state that there is no requirement to provide consent as a condition of making any purchase. The signature may be evidenced by any electronic or digital form of signature recognized under applicable state or federal law, including any signatures that satisfy the E-SIGN Act. Publisher must retain copies of all written agreements for at least four years from the last date that the consent was relied upon to initiate a call or text/SMS message. At Lead Science's discretion and request, Publisher shall provide documentary proof confirming that Publisher obtained prior express written consent within five (5) business days' notice.



(d) As Lead Science serves as Publisher's agent, Lead Science shall submit to Publisher all marketing campaigns, including scripting, prior to Lead Science commencing such campaign for its prior approval. If Publisher does not respond within 5 business days of submission, such marketing campaign shall be deemed approved. In no way shall Lead Science be responsible for unlawful campaigns if Publisher has approved or been deemed to approve such campaign beforehand.

(e) **Opt-Out API link**: Lead Science will include an opt-out feature for messages that it sends. To the extent that Publisher receives an opt out request, Publisher will immediately provide Lead Science with information pertaining to such consumers or businesses who have requested to opt-out so that Publisher will not message them through the Service in the future. Publisher must send the opt out information to Lead Science through Lead Service's separate opt out API link to facilitate the transfer of this data. Lead Science is not responsible for any opt out requests that Publisher receives and

that Publisher fails to transmit through the opt-out API link or for delays in Publisher transmitting the opt-out request. For example, such requests will not suffice through e-mail, facsimile or telephone calls/voicemail. Lead Science shall have 12 hours from Publisher transmitting an opt-out request through the API system to cease contacting any specifically designated consumers or businesses as part of the specific campaign tied to the opt-out request. That is, to the extent that Publisher has contracted with Lead Science to conduct multiple campaigns, Publisher must submit an opt-out request for each unique project. The burden to prove that an opt-out request was submitted under this section shall rest with the Publisher.

(f) **Time of Day Calling Restrictions**.   As part of Publisher's responsibility for obtaining the necessary consent to text message or call Leads using an autodialer under the TCPA, Publisher will also provide the zip codes for each of the Leads so that Lead Science can determine the time zone of the individuals it will be contacting to comport with time of day restrictions to contact such individuals. Lead Science will determine the time that it can contact consumers based upon their zip code. And if a zip code is not provided, it will rely on the state if that has been provided. And if no zip code or state has been provided, Lead Science will rely on the area code of the telephone numbers that Publisher is providing and for which Publisher is responsible. As long as Lead Science complies with the time frame that is permitted to contact the consumer based on those three items of information, it will not be held responsible for calling outside of permitted hours.







Confidential

LEADSCIENCE_000560



Confidential

LEADSCIENCE_000561

**IN WITNESS WHEREOF,** each of the undersigned has caused this Agreement to be duly executed in its name and on its behalf.

| **LEAD SCIENCE** | **PUBLISHER** |
|---|---|
| LEAD SCIENCE, LLC | Company: FLUENT, LLC |
| By:_____ | By: _[signature]_ |
| Print Name: _____ | Print Name: Daniel J. Barsky |
| Print Title: _____ | Print Title: General Counsel |
| Date: _____ | Date: January 17, 2017 |

Confidential
LEADSCIENCE_000562