- Exhibit 5 -

```
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION
-----------------------------------------x
DANIEL BERMAN,
                        Plaintiff,   Case No.
          v.                         4:18-cv-01060-YGR
FREEDOM FINANCIAL NETWORK, LLC,
FREEDOM DEBT RELIEF, LLC, FLUENT,
INC., and LEAD SCIENCE, LLC,
                        Defendants.
-----------------------------------------x
                        June 20, 2019
                        10:30 a.m.


     DEPOSITION taken pursuant to Rule
30(b)(6) Notice, of Lead Science, LLC by
TOM MARTINDALE, at the law offices of
SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
30 Rockefeller Plaza, New York, New York,
before Eleanor Greenhouse, a Shorthand
Reporter and Notary Public within and for
the state of New York.


          GREENHOUSE REPORTING, INC.
       313 West 118th Street - Unit 4C
          New York, New York  10026
               (212) 279-5108
```

```
1                    T. Martindale
2   partners?  How did that work?
3        A.   Both -- well, Aaron Evans and
4   myself talk to Fluent quite a bit.  Yeah.
5        Q.   And then you have a second
6   partner to you, a third individual, who
7   talks to them less?
8        A.   If ever.
9        Q.   As someone who talks with
10  Fluent quite a bit, who are the key persons
11  of contact on the other side of the
12  relationship?
13       A.   Morris -- I always forget his
14  last name -- Laniado.
15       Q.   I'll say Morris for now.
16       A.   That's what I say.
17       Q.   Morris is a main point of
18  contact.  Is he a primary contact?
19       A.   He is primary.
20       Q.   Any other secondaries that
21  you'll interact with?
22       A.   He has an assistant that we
23  will talk to from time to time.
24       Q.   That makes sense.  So the
25  relationship with Drips and Fluent is
```

```
 1                  T. Martindale
 2   starting in 2017, and at some point the
 3   Freedom campaign starts.
 4             So when the relationship
 5   started, did Drips do any independent due
 6   diligence of Fluent's gathering of phone
 7   numbers for these calls to be made?
 8        A.   Yes.
 9        Q.   And could you explain that
10   process to me.
11        A.   The due diligence that we did
12   was not necessarily respective to the
13   Freedom campaign in particular, but as to
14   how Fluent operates as a whole.  We met
15   with Fluent, we met with their general
16   counsel.  His name is Dan Barsky.
17             We went through with him in
18   great detail how they generate their leads,
19   well, from what they showed us, how they
20   get consent and the systems that they use
21   to ensure that that's -- that those are
22   adhered to throughout their process.
23        Q.   So you mentioned that you
24   reviewed it in great detail.  Could you
25   give me some of those details?
```

1      T. Martindale
2      A.     Sure.  We talked to Dan about
3   the pages that he has -- I shouldn't say
4   we -- they showed us examples of the pages
5   that they used to generate interest.  They
6   showed us the consent language that they
7   had.  We talked to Dan with regards to, you
8   know, his philosophy on how these are
9   generated.
10            We also looked at their
11  financials.  Being a publicly-traded
12  company, you know, Fluent is a half a
13  billion dollar company, and we felt very
14  secure in the data access agreement that we
15  executed with them.  It's our contract with
16  them where they agreed to take all the
17  liability for TCPA issues, or the lion's
18  share, I should say of it, and we had their
19  general counsel's, you know, assurance that
20  that's what they were doing.
21            So we felt, you know, based on
22  those items, all of those things put
23  together, and the fact that, you know, at
24  the time, we were a six-man shop or
25  eight-man shop in Akron, Ohio, that this

1  T. Martindale
2  Q. We've marked as Exhibit 113 an
3  electronic file that Mr. Martindale is
4  viewing and that I am viewing that is
5  labeled LEADSCIENCE_5228.XLSX.
6  Do you have that document in
7  front of you?
8  A. I do.
9  Q. Could you explain to me what it
10 is?
11 A. This is a database query of
12 opt-outs for the Fluent Freedom Financial
13 campaign.
14 Q. Was that document produced in
15 this litigation?
16 A. It was.
17 Q. Who performed that query?
18 A. Tony Greco.
19 Q. And again, Mr. Greco is a
20 partner at Drips?
21 A. Correct.
22 Q. Both the calling records we
23 looked at earlier and the opt-outs we're
24 looking at now, for Drips' regular business
25 practices, will they keep those documents?

```
 1                T. Martindale
 2           MR. ASTRUP:  Objection to form.
 3      A.   Yes.
 4      Q.   That means that Drips will
 5  regularly keep records of calls it makes
 6  and opt-outs it receives?
 7           MR. ASTRUP:  Objection to form.
 8      A.   Yes.
 9      Q.   So just to make sure I'm
10  framing the issue correctly, we've talked
11  about these different silos on the Fluent
12  campaigns; correct?
13      A.   Yes.
14      Q.   So if it needed to be
15  requested, Drips would be able to go into
16  any of those 60 silos and retrieve the
17  record of calls and the record of opt-out
18  requests?
19      A.   Yes.
20      Q.   On this document 5228, it
21  appears that there are 226,435 rows of
22  data.  Is that correct?
23      A.   Yes.
24      Q.   Could you explain to me how
25  this information gets into the Drips
```

1
2                C E R T I F I C A T E
3   STATE OF NEW YORK )
4                     :
5   COUNTY OF NEW YORK)
6           I, ELEANOR GREENHOUSE, a Shorthand
7   Reporter and Notary Public within and for
8   the State of New York, do hereby certify:
9           That, TOM MARTINDALE, the witness
10  whose deposition is hereinbefore set forth,
11  was duly sworn by me and that such
12  deposition is a true record of the
13  testimony given by such witness.
14          I further certify that I am not
15  related to any of the parties to this
16  action by blood or marriage, and that I am
17  in no way interested in the outcome of this
18  matter.
19          IN WITNESS WHEREOF, I have hereunto
20  set my hand this 2nd day of July, 2019.
21
22                   *Eleanor Greenhouse*
23          _____
24                   ELEANOR GREENHOUSE
25