- Exhibit 6 -



Search | RSS | Updates | E-Filing | Initiatives | Consumers | Find People

**FCC Form 499 Filer Database Search Results**

FCC > CGB Home > FCC Form 499 Filer Database > FCC Form 499 Filer Database Search Results

FCC site map

## FCC Form 499 Filer Database
# SEARCH RESULTS

Name, Trade Name or DBA contains "*Drips*"

## No records were found matching your criteria.

Return to Search Form

This database reflects filings received by USAC as of Jun. 20, 2022

FCC Form 499 Filer Database Software Version 01.03.06 July 21, 2011

FCC Home | Search | RSS | Updates | E-Filing | Initiatives | Consumers | Find People



Federal Communications Commission
45 L Street NE
Washington, DC 20554
More FCC Contact Information...

Phone: 1-888-CALL-FCC (1-888-225-5322)
TTY: 1-888-TELL-FCC (1-888-835-5322)
Fax: 1-866-418-0232

- Privacy Policy
- Website Policies & Notices
- Required Browser Plug-ins
- Freedom of Information Act