- Exhibit 7 -



Search | RSS | Updates | E-Filing | Initiatives | Consumers | Find People

**FCC Form 499 Filer Database Search Results**

FCC > CGB Home > FCC Form 499 Filer Database > FCC Form 499 Filer Database Search Results

FCC site map

## FCC Form 499 Filer Database
# SEARCH RESULTS

Name, Trade Name or DBA contains "*Lead Science*"

## No records were found matching your criteria.

[ Return to Search Form ]

This database reflects filings received by USAC as of Jun. 20, 2022

FCC Form 499 Filer Database Software Version 01.03.06 July 21, 2011

FCC Home | Search | RSS | Updates | E-Filing | Initiatives | Consumers | Find People



Federal Communications Commission
45 L Street NE
Washington, DC 20554
More FCC Contact Information...

Phone: 1-888-CALL-FCC (1-888-225-5322)
TTY: 1-888-TELL-FCC (1-888-835-5322)
Fax: 1-866-418-0232

- Privacy Policy
- Website Policies & Notices
- Required Browser Plug-ins
- Freedom of Information Act