- Exhibit 8 -

 Platform   Industries   Resources   Events   About Us    

# Drips Holdings, LLC (Drips.com) Online Terms of Use

**AGREEMENT BETWEEN USER AND DRIPS HOLDINGS, LLC.**

Drips Holdings, LLC ("Drips") provides our website visitors with access to its content, resources, and other services through its network of websites at www.Drips.com (the "Website"). Drips provides its service to the user and all visitors, subject to the following Terms of Use.

The Website is comprised of various Web pages owned and operated by Drips. Drips is based out of Ohio.

**The Website is offered to you conditioned on your acceptance without modification of the terms, conditions, and notices contained herein. Your use of the Website constitutes your agreement to all such terms, conditions, and notices.**

**Conditions of Use**
THESE TERMS AND CONDITIONS OF USE APPLY TO ALL MATERIALS, ONLINE COMMUNICATIONS AND OTHER INFORMATION AND MATERIALS THAT ARE OR BECOME AVAILABLE ON OR THROUGH THE WEBSITE (COLLECTIVELY, THE "MATERIAL"). PLEASE READ THESE TERMS AND CONDITIONS OF USE CAREFULLY. BY ACCESSING THE WEBSITE YOU SPECIFICALLY ACKNOWLEDGE THAT YOU HAVE READ THESE TERMS AND CONDITIONS OF USE AND YOU SPECIFICALLY AGREE, WITHOUT LIMITATION OR QUALIFICATION, TO EACH OF THE PROVISIONS CONTAINED HEREIN. THESE TERMS AND CONDITIONS MAY BE REVISED AT ANY TIME BY UPDATING THIS POSTING. YOU ARE BOUND BY ANY SUCH REVISIONS AND SHOULD THEREFORE PERIODICALLY VISIT THIS PAGE TO REVIEW THE THEN CURRENT TERMS AND CONDITIONS TO WHICH YOU ARE BOUND.

THESE TERMS AND CONDITIONS OF USE FORM A LEGALLY BINDING AGREEMENT. IF YOU DO NOT AGREE TO ANY OR ALL OF THE PROVISIONS FOUND IN THESE TERMS AND CONDITIONS OF USE, PLEASE IMMEDIATELY EXIT THE WEBSITE. WE RESERVE THE RIGHT TO TERMINATE YOUR USE OF OR ACCESS TO THE WEBSITE OR YOUR ACCOUNT AT ANY TIME FOR ANY REASON, INCLUDING, WITHOUT LIMITATION, IF WE LEARN THAT YOU HAVE VIOLATED THESE TERMS AND CONDITIONS OF USE.

**Disclaimer of Warranties**
YOU EXPRESSLY AGREE THAT USE OF THE WEBSITE IS AT YOUR SOLE RISK. THE MATERIAL PROVIDED ON THE WEBSITE IS PROVIDED ON AN "AS IS" AND "AS AVAILABLE" BASIS. TO THE FULLEST EXTENT PERMITTED BY LAW, DRIPS DISCLAIMS ALL WARRANTIES OF ANY KIND, EITHER EXPRESS OR IMPLIED, INCLUDING WITHOUT LIMITATION, WARRANTIES OF TITLE, NONINFRINGEMENT, OR IMPLIED WARRANTIES OF MERCHANTABILITY OR FITNESS FOR A PARTICULAR PURPOSE WITH RESPECT TO THE WEBSITE, ANY USE OF THE WEBSITE AND ANY WEBSITE TO WHICH THE WEBSITE IS LINKED. DRIPS DOES NOT WARRANT THAT THE MATERIAL ON THE WEBSITE IS COMPLETE OR ACCURATE, THAT USE OF THIS WEBSITE WILL BE UNINTERRUPTED OR ERROR FREE, OR THAT THIS WEBSITE OR SERVER OR ANY MATERIAL ON THIS WEBSITE IS FREE OF DISABLING DEVICES (AS HEREINAFTER DEFINED).

YOU UNDERSTAND AND AGREE THAT ANY MATERIAL DOWNLOADED OR OTHERWISE OBTAINED THROUGH THE WEBSITE IS DONE AT YOUR OWN DISCRETION AND RISK AND THAT YOU WILL BE SOLELY RESPONSIBLE FOR ANY DAMAGE TO YOUR COMPUTER SERVICES OR LOSS OF DATA THAT RESULTS FROM THE DOWNLOAD OF SUCH MATERIAL.

A "DISABLING DEVICE" IS DEFINED AS ANY SOFTWARE, DOCUMENT, MESSAGE OR OTHER MATERIAL WHICH CONTAINS A COMPUTER VIRUS, WORM, TROJAN HORSE, TIME-BOMB OR OTHER HARMFUL DEVICE WHICH MAY ERASE, SCRAMBLE, LOCK OR DISABLE COMPUTER SOFTWARE OR EQUIPMENT OR MAY PREVENT USERS FROM USING A WEBSITE OR ANY OTHER ITEM OF HARDWARE OR SOFTWARE.

**Limitations on Authority**
WHILE DRIPS USES REASONABLE EFFORTS TO INCLUDE ACCURATE AND UP-TO-DATE INFORMATION ON THE WEBSITE, ERRORS OR OMISSIONS SOMETIMES OCCUR.

YOU UNDERSTAND THAT TO THE EXTENT PERMITTED UNDER APPLICABLE LAW, UNDER NO CIRCUMSTANCES SHALL DRIPS, OR ITS OFFICERS, EMPLOYEES, DIRECTORS, MANAGERS, PARENTS, SUBSIDIARIES, AFFILIATES, AGENTS OR LICENSORS, BE LIABLE FOR ANY DIRECT, INDIRECT, INCIDENTAL, SPECIAL, PUNITIVE OR CONSEQUENTIAL DAMAGES THAT MAY RESULT FROM THE USE OR INABILITY TO USE THIS WEBSITE, OR THE MATERIAL, INCLUDING WITHOUT LIMITATION, USE OF OR RELIANCE ON THE MATERIAL, INTERRUPTIONS, ERRORS, DEFECTS, MISTAKES, OMISSIONS, DELETION OF FILES, DISABLING DEVICES, DELAYS IN OPERATION OR TRANSMISSION, NONDELIVERY OF INFORMATION, DISCLOSURE OF COMMUNICATIONS, OR ANY OTHER FAILURE OF PERFORMANCE, DAMAGES FOR LOSS OF REVENUES, PROFITS, GOODWILL, USE, DATA OR OTHER INTANGIBLE LOSSES ARISING OUT OF OR RELATED TO YOUR USE OF THE WEBSITE, REGARDLESS OF WHETHER SUCH DAMAGES ARE BASED ON CONTRACT, TORT (INCLUDING NEGLIGENCE AND STRICT LIABILITY), WARRANTY, STATUTE OR OTHERWISE. IF YOU ARE DISSATISFIED WITH ANY PORTION OF THE WEBSITE, YOUR SOLE AND EXCLUSIVE REMEDY IS TO DISCONTINUE USE OF THE WEBSITE.

YOU (AND NOT DRIPS OR ITS PARENTS OR AFFILIATES) SOLELY ASSUME THE ENTIRE COST OF ALL NECESSARY SERVICING, REPAIR OR CORRECTION RELATED TO ANY DAMAGE, HARM, INJURY OR MALFUNCTION ASSOCIATED WITH YOUR USE OF THE WEBSITE AND/OR ITS CONTENTS.

**Third Party Content**
Drips may distribute content supplied by third parties on the Website. Any opinions, advice, statement, services, offers, or other information or content expressed or made available by third parties, including information providers or any other user of the Website, are those of the

content expressed or made available by third parties, including information providers or any other user of the Website, are those of the respective author(s) or distributor(s) and not of Drips.

Case 4:18-cv-01060-YGR   Document 311-8   Filed 07/15/22   Page 3 of 4

**Links to Third Party Sites**

The Website may contain links to other websites ("Linked Sites"). The Linked Sites are not under the control of Drips and Drips is not responsible for the contents of any Linked Site, including without limitation any link contained in a Linked Site, or any changes or updates to a Linked Site. Drips is not responsible for webcasting or any other form of transmission received from any Linked Site. Drips is providing these links to you only as a convenience, and the inclusion of any link does not imply endorsement by Drips of the site or any association with its operators.

**No Unlawful or Prohibited Use**

As a condition of your use of the Website, you warrant to Drips that you will not use the Website for any purpose that is unlawful or prohibited by these terms, conditions, and notices. You may not use the Website in any manner which could damage, disable, overburden, or impair the Website or interfere with any other party's use and enjoyment of it. You may not obtain or attempt to obtain any materials or information through any means not intentionally made available or provided for through the Website.

**Privacy**

Information that you provide to us or that we collect about you when visiting the Website will be treated in accordance with our Privacy Policy.

**Legal Jurisdictions Only**

The services described on the Website are only for persons in those states and jurisdictions where such services may legally be sold. Those who choose to access this website do so at their own initiative and are responsible for compliance with local laws. Some services may not be available in all jurisdictions and nothing on the Website shall be considered a solicitation to buy or an offer to sell any services to any person in any jurisdiction where such offer, solicitation, purchase or sale would be unlawful.

**Access to Password Protected or Secure Areas**

Access to and use of password protected or secure areas of the Website are restricted to authorized persons only. Anyone accessing or who attempts to access such areas without authorization may be subject to prosecution.

**Ownership of Information**

If you send us any creative materials, such as comments, suggestions, ideas, concepts, drawings, pictures, or other materials (collectively, the "Submissions"), you agree that the Submissions shall be deemed, and shall remain, the property of Drips. None of the Submissions shall be subject to any obligation of confidentiality on the part of Drips, and Drips shall not be liable for any use or disclosure of any of the Submissions. Without limitation of the foregoing, Drips shall exclusively own all now known or hereafter existing rights to the Submissions of every kind and nature throughout the world and shall be entitled to unrestricted use of the Submissions for any purpose whatsoever, commercial or otherwise, without compensation to the provider of the Submissions.

**Locality**

Drips manages and controls the Website from its offices located in Ohio (United States of America). Drips makes no representation that the Information or other materials in the Website are appropriate or available for use in other locations. If you choose to access the Website outside of the state of Ohio through your own initiative, to the extent the local laws in the geographic region in which you are located are applicable to your access of and activities on the website you are responsible for compliance with such local laws.

**Miscellaneous**

All Material included on the Website, except third party content as referenced above, is the property of Drips and is protected by United States and international copyright laws. No portion of the Material on the Website may be reprinted or republished in any form without the express written permission of Drips or, with respect to third party content, its respective owner. You may download Material from the Website your own personal, non-commercial use only, provided you do not modify the Material and keep intact all copyright and other proprietary notices. You may not further distribute or display such Material for any purpose. Without our prior written consent, you may not (a) allow, enable, or otherwise support the transmission of mass unsolicited, commercial advertising or solicitations via e-mail (spam); (b) use any high volume, automated, or electronic means (including without limitation robots, spiders, scripts or other automatic device) to monitor or copy our web pages or the content contained thereon; (c) link or deep-link to the Website for any purpose; or (d) frame the Website, place pop-up windows over its pages, or otherwise affect the display of its pages.

Certain of the names, logos, and other materials displayed on the Website may constitute trademarks, tradenames, service marks or logos ("Marks") of Drips or third parties. You are not authorized to use any such Marks. Ownership of all such Marks and the goodwill associated therewith, with the exception of the third party Marks, remains with Drips and are protected by United States and international trademark laws. Nothing contained on the Website should be construed as granting, by implication or otherwise, any license or right to use any of the Marks displayed on the Website. Your use of the Marks displayed on the Website, or any other content on the Website, except as provided herein, is strictly prohibited. All Marks not owned by Drips that appear on the Website are the property of their respective owners.

**Copyright and Trademark Notices**

The services described on the Website are only for persons in those states and jurisdictions where such services may legally be sold. Those who choose to access this website do so at their own initiative and are responsible for compliance with local laws. Some services may not be available in all jurisdictions and nothing on the Website shall be considered a solicitation to buy or an offer to sell any services to any person in any jurisdiction where such offer, solicitation, purchase or sale would be unlawful.

**Copyright Infringement Policy**

In accordance with the requirements set forth in the Digital Millennium Copyright Act, Title 17 United States Code Section 512(c)(2) ("DMCA"), Drips will investigate notices of copyright infringement and take appropriate remedial action. If you believe that any Content on the Website has been used or copied in a manner that infringes your work, please provide a written notification of claimed copyright infringement to the Designated Agent for the Website containing the following elements as set forth in the DMCA:

- a physical or electronic signature of the owner of the copyright interest that is alleged to have been infringed or the person authorized to

- a physical or electronic signature of the owner of the copyright interest that is alleged to have been infringed or the person authorized to act on behalf of the owner;
- identification of the copyrighted work(s) claimed to have been infringed, including copyright date;
- identification of the Content you claim to be infringing and which you request be removed from the Website or access to which is to be disabled along with a description of where the infringing Content is located;
- information reasonably sufficient to allow us to contact you, such as a physical address, telephone number and an email address;
- a statement by you that you have a good faith belief that the use of the Content identified in your written notification in the manner complained of is not authorized by you or the copyright owner, its agent or the law; and
- a statement by you that the information in your written notification is accurate and that, under penalty of perjury, you are the copyright owner or authorized to act on behalf of the copyright owner.

Drips's designated agent for the written notification of claims of copyright infringement can be contacted at the following address:

Designated Agent – Copyright Infringement Claims
Drips Holdings, LLC
c/o Greenspoon Marder, Attention: Robby H. Birnbaum, Esq.
100 West Cypress Creek Road, Suite 700
Fort Lauderdale, FL 33309
Phone: (954) 343 6959
Email: Robby.Birnbaum@gmlaw.com

**Indemnification**
You agree to indemnify, defend and hold harmless Drips, its parents, subsidiaries, affiliates, officers, directors, managers and other partners, employees, consultants and agents, from and against any and all claims, liabilities, damages, losses, costs, expenses, fees (including reasonable attorneys' fees and court costs) resulting or arising from (1) any information you (or anyone accessing the your computer/device) submit through the Website, (2) your violation of these Terms and Conditions of Use or applicable law, (3) your (or anyone using your computer/device) violation of any rights of any other person or entity, or (4) any Disabling Device or other similar harmful or deleterious programming routines input by you into the Website.

**Exclusions and Limitations**
Some jurisdictions do not allow the exclusion of certain warranties or the limitation or exclusion of liability for incidental or consequential damages. Accordingly, some of the above limitations and disclaimers may not apply to you. To the extent that Drips may not, as a matter of applicable law, disclaim any implied warranty or limit its liabilities, the scope and duration of such warranty and the extent of our liability shall be the minimum permitted under such applicable law.

**Termination**
You agree that Drips, in its sole discretion, may terminate your access to the Website without prior notice, for any reason, including, without limitation, if we believe that you have violated or acted inconsistently with the letter or spirit of these Terms and Conditions of Use. FURTHER, YOU AGREE THAT DRIPS SHALL NOT BE LIABLE TO YOU OR ANY OTHER PARTY FOR ANY TERMINATION OF YOUR ACCESS TO THE WEBSITE. The provisions of these Terms and Conditions of Use shall survive any termination of your access to the Website, Material or Software.

**Violations of Terms and Conditions of Use**
Drips reserves the right to seek any remedy available at law or in equity for any violation of these Terms and Conditions of Use, including the right to block access from a particular Internet address to the Website, and irreparable harm will be presumed by any violation of these Terms and Conditions of Use.

**FEEDBACK AND SUBMISSIONS**
Drips welcomes your feedback and suggestions about its programs or services or with respect to how to improve the Website. By transmitting any suggestions, information, material, or other content (collectively, "feedback") to Drips, you represent and warrant that such feedback does not infringe or violate the intellectual property or proprietary rights of any third party (including, without limitation, patents, copyrights, or trademark rights) and that you have all rights necessary to convey to Drips and enable Drips and/or the Website to use such feedback. In addition, any feedback received through the Website will be deemed to include a royalty-free, perpetual, irrevocable, transferable, non-exclusive right and license for Drips and/or the Website to adopt, publish, reproduce, disseminate, transmit, distribute, copy, use, create derivative works, and display (in whole or in part) worldwide, or act on such feedback without additional approval or consideration, in any form, media, or technology now known or later developed for the full term of any rights that may exist in such content, and you hereby waive any claim to the contrary.

| SOCIAL | PLATFORM | INDUSTRIES | RESOURCES | ABOUT US | CONTACT US |
|---|---|---|---|---|---|
| | Our Product | Mortgage | Blogs | Who We Are | (512)643-7477 |
| | Why Drips | Healthcare | Press Room | Careers | Sales@drips.com |
| | Integrations | Home Services | Podcasts | Referral Program | Contact Us |
| | | Insurance | | | |