1  SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
    A Limited Liability Partnership
2    Including Professional Corporations
   JAY T. RAMSEY, Cal. Bar No. 273160
3  CHLOE G. CHUNG, Cal. Bar No. 341398
   1901 Avenue of the Stars, Suite 1600
4  Los Angeles, California 90067-6055
   Telephone:  310.228.3700
5  Facsimile:   310.228.3701
   E mail        jramsey@sheppardmullin.com
6                cchung@sheppardmullin.com

7  Attorneys for Defendants
   FREEDOM FINANCIAL NETWORK,
8  LLC, FREEDOM DEBT RELIEF, LLC,
   FLUENT, INC., and LEAD SCIENCE,
9  LLC,

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| DANIEL BERMAN, STEPHANIE HERNANDEZ, and ERICA RUSSELL,<br><br>Plaintiffs,<br><br>v.<br><br>FREEDOM FINANCIAL NETWORK LLC, FREEDOM DEBT RELIEF, LLC, FLUENT, INC., and LEAD SCIENCE, LLC,<br><br>Defendants.<br><br>FREEDOM FINANCIAL NETWORK, LLC and FREEDOM DEBT RELIEF, LLC,<br><br>Third Party Plaintiffs,<br><br>v.<br><br>DOES 1 through 5 ,<br><br>Third Party Defendants. | Case No. 4:18-cv-01060-YGR<br><br>*Honorable Yvonne Gonzalez Rogers*<br><br>[~~PROPOSED~~] **ORDER GRANTING STIPULATED REQUEST TO MODIFY BRIEFING SCHEDULE ON PLAINTIFFS' RENEWED MOTION FOR CLASS CERTIFICATION**<br><br><br><br>Action Filed:  February 19, 2018<br>Trial Date:      None Set |
|---|---|

1  THIS MATTER came before the Court on Stipulated Request for an Order modifying the briefing schedule on Plaintiffs' Renewed Motion for Class Certification (Dkt. No. 292).  Upon careful consideration of the submissions and applicable authorities, and for good cause appearing, the Court hereby GRANTS the Stipulated Request.  The following schedule will apply:

| Event | Current Date | Proposed Date |
| --- | --- | --- |
| Defendants' deadline to file Opposition to Plaintiffs' Renewed Motion for Class Certification | July 29, 2022 | August 12, 2022 |
| Plaintiffs' deadline to file Reply in support of Plaintiffs' Renewed Motion for Class Certification | August 12, 2022 | August 26, 2022 |
| Hearing on Plaintiffs' Renewed Motion for Class Certification | September 6, 2022, 2:00 p.m. | September 13, 2022, 2:00 p.m. |

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: July 27, 2022

_____
YVONNE GONZALEZ ROGERS
UNITED STATES DISTRICT COURT JUDGE