SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
  A Limited Liability Partnership
  Including Professional Corporations
JAY T. RAMSEY, Cal. Bar No. 273160
1901 Avenue of the Stars, Suite 1600
Los Angeles, California 90067-6055
Telephone:    310.228.3700
Facsimile:    310.228.3701
E mail       jramsey@sheppardmullin.com

Attorneys for Defendants
FREEDOM FINANCIAL NETWORK, LLC,
FREEDOM DEBT RELIEF, LLC, FLUENT,
INC., and LEAD SCIENCE, LLC,

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL BERMAN, STEPHANIE HERNANDEZ, and ERICA RUSSELL,<br><br>Plaintiffs,<br><br>v.<br><br>FREEDOM FINANCIAL NETWORK LLC, FREEDOM DEBT RELIEF, LLC, FLUENT, INC., and LEAD SCIENCE, LLC,<br><br>Defendants. | Case No. 4:18-cv-01060-YGR<br><br>**DECLARATION OF DANIEL BARSKY IN SUPPORT OF DEFENDANTS' OPPOSITION TO PLAINTIFFS' RENEWED MOTION FOR CLASS CERTIFICATION** |
| FREEDOM FINANCIAL NETWORK, LLC and FREEDOM DEBT RELIEF, LLC,<br><br>Third Party Plaintiffs,<br><br>v.<br><br>DOES 1 through 5 ,<br><br>Third Party Defendants. | Hearing TBD per Court Order (Dkt. No. 252) |

SMRH:4850-5678-2534.1

## DECLARATION OF DANIEL BARSKY

I, Daniel Barsky, hereby declare:

1.     I am the General Counsel, Chief Compliance Officer, and Secretary for Defendant Fluent, Inc. and its wholly-owned subsidiaries (collectively "Fluent"). I make this declaration based on my personal knowledge obtained through the course of my employment at Fluent and upon information obtained by me from individuals upon whom I regularly rely in the normal course of business.

2.     Fluent is a digital marketing company that generates leads for its customers. To do this, as set forth more fully in the accompanying declaration of Miten Bhadania, Fluent operates a number of consumer-facing websites on which users can register, in exchange for which they are offered the opportunity to obtain rewards, enter into sweepstakes, receive job listings, receive product samples, or receive other content (each a "Website" and collectively, "Websites"). In order to be eligible for these opportunities, users must register on the Websites and answer a series of survey questions. If the user also provides consent to be contacted by text message or autodialed phone call (which is not required to obtain the rewards or other content), Fluent may then post the user's contact information, including telephone number, to one or more of its advertiser clients. I understand that this case is about a campaign for Fluent clients, Defendants Freedom Financial Network, LLC, Freedom Debt Relief, LLC (collectively, "Freedom"), and that Defendant Lead Science, LLC ("Lead Science" or "Drips") provided the platform through which calls and texts were placed. The campaign for Freedom is referred to herein as the "Freedom Campaign."

3.     As set forth in detail in the Bhadania declaration, Fluent obtains TCPA consent to contact its Marketing Partners, which are listed on Fluent's Websites in the TCPA consent disclosure by hyperlink.   Although Fluent obtains TCPA consent on behalf of all of its Marketing Partners, Fluent may post the lead to only one to five of Fluent's clients, on average.  Which Marketing Partner receives the lead depends on what marketing campaigns are running at the time and the user's answers to the survey questions. Here, for example, Fluent provided Freedom with

SMRH:4850-5678-2534.1

1  information about users who answered survey questions in a manner that identified them as

2  potential Freedom customers.

3      4.    If a user does not check the "I Confirm" checkbox, Fluent will not post a lead

4  pertaining to the user to any of Fluent's call center or text message clients.   Nevertheless, the

5  user's information may still valuable to Fluent and its Marketing Partners who may contact the

6  user via email or the user may sign up for one or more offers advertised on the Website.

7      I declare under penalty of perjury under the laws of the United States of America that the

8  foregoing is true and correct. Executed on July 31, 2020 at New York, New York.

9

10                                                      DANIEL BARSKY

SMRH:4850-5678-2534.1