Michael F. Ram, CSB #104805
Email: mram@forthepeople.com
MORGAN & MORGAN
101 Montgomery Street, Suite 1800
San Francisco, California 94104
Telephone: (415) 358-6913

Beth E. Terrell, CSB #178181
Email: bterrell@terrellmarshall.com
Jennifer Rust Murray, *Admitted Pro Hac Vice*
Email:  jmurray@terrellmarshall.com
TERRELL MARSHALL LAW GROUP PLLC
936 North 34th Street, Suite 300
Seattle, Washington 98103
Telephone: (206) 816-6603

[Additional counsel appear on signature page]

*Attorneys for Plaintiffs*

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

| | |
|---|---|
| DANIEL BERMAN, STEPHANIE HERNANDEZ, and ERICA RUSSELL,<br><br>Plaintiffs,<br><br>v.<br><br>FREEDOM FINANCIAL NETWORK, LLC, FREEDOM DEBT RELIEF, LLC, FLUENT, INC., and LEAD SCIENCE, LLC,<br><br>Defendants. | Case No. 4:18-cv-01060-YGR<br><br>**NOTICE OF CLASS ACTION SETTLEMENT AND REQUEST FOR STAY OF LITIGATION AND CASE MANAGEMENT CONFERENCE**<br><br>JURY TRIAL DEMAND<br><br>Honorable Yvonne Gonzalez Rogers |

Plaintiffs Daniel Berman, Stephanie Hernandez and Erica Russell and Defendants Freedom Financial Network, LLC, Freedom Debt Relief, LLC, Fluent, Inc., and Lead Science, LLC jointly notify the Court that the Parties have reached an agreement to settle the claims in this lawsuit on a class wide basis. They have executed a term sheet and Plaintiffs intend to move for preliminary approval as soon as practicable. The Parties request that the Court cancel the

NOTICE OF CLASS ACTION SETTLEMENT AND REQUEST FOR STAY OF LITIGATION
AND CASE MANAGEMENT CONFERENCE - 1
Case No. 4:18-cv-01060-YGR

1  class certification hearing scheduled for February 7, 2023, stay all pending litigation deadlines,
2  and schedule a virtual Case Management Conference for March 13, 2023, which conference may
3  be cancelled if the Motion for Preliminary Approval has been filed by that date.

## SIGNATURE ATTESTATION

The CM/ECF user filing this paper attests that concurrence in its filing has been obtained from its other signatories.

RESPECTFULLY SUBMITTED AND DATED this 3rd day of February, 2023.

| TERRELL MARSHALL LAW GROUP PLLC | SHEPPARD, MULLIN, RICHTER & HAMPTON LLP |
|---|---|
| By: /s/ Beth E. Terrell, CSB #178181<br>Beth E. Terrell, CSB #178181<br>Email: bterrell@terrellmarshall.com<br>Jennifer Rust Murray, *Admitted Pro Hac Vice*<br>Email: jmurray@terrellmarshall.com<br>936 North 34th Street, Suite 300<br>Seattle, Washington 98103<br>Telephone: (206) 816-6603<br>Facsimile: (206) 319-5450 | By: /s/ Jay T. Ramsey<br>Jay T. Ramsey, CSB #273160<br>Email: jramsey@sheppardmullin.com<br>Chloe Chung, CSB #341398<br>Email: cchung@sheppardmullin.com<br>1901 Avenue of the Stars, Suite 1600<br>Los Angeles, California 90067-6055<br>Telephone: (310) 228-3700 |
| Michael F. Ram, CSB #104805<br>Email: mram@forthepeople.com<br>MORGAN & MORGAN<br>101 Montgomery Street, Suite 1800<br>San Francisco, California 94104<br>Telephone: (415) 358-6913<br>Facsimile: (415) 358-6923 | *Attorneys for Defendants Freedom Financial Network, LLC, Freedom Debt Relief, LLC, Fluent, Inc., and Lead Science, LLC* |
| Anthony I. Paronich, *Admitted Pro Hac Vice*<br>Email: anthony@paronichlaw.com<br>PARONICH LAW, P.C.<br>350 Lincoln Street, Suite 2400<br>Hingham, Massachusetts 02043<br>Telephone: (617) 738-7080<br>Facsimile: (617) 830-0327 | |

NOTICE OF CLASS ACTION SETTLEMENT AND REQUEST FOR STAY OF LITIGATION
AND CASE MANAGEMENT CONFERENCE - 2
Case No. 4:18-cv-01060-YGR

Edward A. Broderick, *Admitted Pro Hac Vice*
Email: ted@broderick-law.com
BRODERICK LAW, P.C.
99 High Street, Suite 304
Boston, Massachusetts 02110
Telephone: (617) 738-7080
Facsimile: (617) 830-0327

Matthew P. McCue, *Admitted Pro Hac Vice*
Email: mmccue@massattorneys.net
THE LAW OFFICE OF
   MATTHEW P. McCUE
1 South Avenue, Suite 3
Natick, Massachusetts 01760
Telephone: (508) 655-1415
Facsimile: (508) 319-3077

*Attorneys for Plaintiffs*