UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

**DANIEL BERMAN, STEPHANIE HERNANDEZ, AND ERICA RUSSELL,**

    Plaintiffs,

    vs.

**FREEDOM FINANCIAL NETWORK, LLC, FREEDOM DEBT RELIEF, LLC, FLUENT, INC., AND LEAD SCIENCE, LLC,**

    Defendants.

Case No. 4:18-cv-01060-YGR

**ORDER GRANTING STAY**

In light of the parties notice of settlement, the Court **VACATES** the February 7 motion hearing and **STAYS** this litigation.

The Court sets a compliance deadline for **Friday March 17, 2023** on the 9:01 a.m. calendar, at United States Courthouse, 1301 Clay Street, Oakland, California. No later than **March 10**, Plaintiffs must file a motion for preliminary approval. If Plaintiffs timely file, the Court shall vacate the compliance hearing and no personal appearance will be required.

**IT IS SO ORDERED.**

Dated: **February 3, 2023**

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**