# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **DANIEL BERMAN, ET AL.,**<br><br>　　　Plaintiffs,<br><br>　vs.<br><br>**FREEDOM FINANCIAL NETWORK, LLC, ET AL.,**<br><br>　　　Defendants. | CASE NO. 18-cv-01060-YGR<br><br>**ORDER CONTINUING COMPLIANCE DEADLINE; GRANTING EXTENSION**<br><br>Re: Dkt. Nos. 327 & 329 |

The Court previously set a compliance deadline for the parties to seek preliminary approval of a class settlement. Since, the parties have requested a continuance of the compliance deadline and request a one-week extension for plaintiffs to file the motion for preliminary approval. Good cause appearing, the request is granted. The Compliance deadline previously set for March 17, 2023 is continued to March 24, 2023 on the Court's 9:01 a.m. calendar. *All compliance deadlines are decided on the papers and personal appearances are not necessary*. Five (5) business days prior the date of the compliance deadline, the parties shall file the motion for preliminary approval or a joint statement explaining their failure to comply with the deadline set by the Court. If compliance is complete, the compliance deadline will be vacated. Failure to timely comply may result in sanctions or an additional conference being set by the Court.

This Order terminates Docket Number 329.

**IT IS SO ORDERED.**

Dated: March 9, 2023

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　YVONNE GONZALEZ ROGERS
　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT COURT JUDGE