Michael F. Ram, CSB #104805
Email: mram@forthepeople.com
MORGAN & MORGAN
101 Montgomery Street, Suite 1800
San Francisco, California 94104
Telephone: (415) 358-6913

Beth E. Terrell, CSB #178181
Email: bterrell@terrellmarshall.com
Jennifer Rust Murray, *Admitted Pro Hac Vice*
Email: jmurray@terrellmarshall.com
TERRELL MARSHALL LAW GROUP PLLC
936 North 34th Street, Suite 300
Seattle, Washington 98103
Telephone: (206) 816-6603

[Additional counsel appear on signature page]

*Attorneys for Plaintiffs*

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

| | |
|---|---|
| DANIEL BERMAN, STEPHANIE HERNANDEZ, and ERICA RUSSELL,<br><br>Plaintiffs,<br><br>v.<br><br>FREEDOM FINANCIAL NETWORK, LLC, FREEDOM DEBT RELIEF, LLC, FLUENT, INC., and LEAD SCIENCE, LLC,<br><br>Defendants. | Case No. 4:18-cv-01060-YGR<br><br>**DECLARATION OF DANIEL BERMAN IN SUPPORT OF SETTLEMENT**<br><br><u>JURY TRIAL DEMAND</u><br><br>Honorable Yvonne Gonzalez Rogers<br><br>DATE:<br>TIME:<br>LOCATION: |

I, Daniel M. Berman, declare as follows:

1. I am an adult over 18 years of age.

DECLARATION OF DANIEL BERMAN IN SUPPORT OF SETTLEMENT - 1
Case No. 4:18-cv-01060-YGR

2. I have personal knowledge of the facts described in this declaration. I could and would testify to them if called upon to do so.

3. I live in Oakland, California.

4. I am the sole user of a cellular telephone that was assigned a number that begins "(510) 326."

5. On December 26, 2017, I began receiving spam texts selling debt settlement services. I received multiple texts throughout January and February of 2018.

6. On February 14, 2018, I received a call to my cellular telephone number from the telephone number (409) 359-9066. When I answered the phone call, no human promptly came on the other end of the line. Instead, an artificial or prerecorded voice told me to press "1" for more information. I pressed one and a man came on the line stating that he was from a company that had two names: "Freedom Financial Network" and "Freedom Debt Relief." The purpose of the call was to advertise Freedom's "debt relief" products and services.

7. I told the caller that if I wanted to learn anything more about Freedom's services, I preferred to call them rather than vice versa. In other words, I politely told Freedom to stop calling.

8. Once I had learned the name of the company who called me, I spent time researching and speaking to multiple attorneys who did TCPA work. Once I selected my attorneys, I was heavily involved in their investigation as to whether other consumers had been having the same issues with unwanted calls from Freedom. I filed this proposed class action on February 19, 2018.

9. I worked closely with my counsel at every stage of this litigation. I conducted extensive searches of all my personal documents, electronic devices, and accounts to compile all documents requested by Defendants in discovery. I understand that my attorneys produced over one hundred pages of those documents to Defendants. I also responded to Defendants' interrogatories.

10. As the litigation continued, I spent time reviewing documents produced by defendants and court filings and offered substantive input.

11. I prepared for and was deposed in this matter on February 26, 2019.

12. I submitted a declaration in opposition to Defendants' motion to compel arbitration.

13. I rejected Defendants' early $35,000 offer of judgment and chose to continue this litigation because I cared more about stopping Defendants from continuing to harass people with unwanted calls and spam text messages than I did about financial compensation.

14. Finally, I consulted with my counsel throughout the settlement process to ensure that an excellent result was reached for all members of the class. I support the Settlement in its entirety.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

EXECUTED in __Oakland__, __CA__, this __16__ day of March, 2023.

*Daniel M. Berman*
Daniel M. Berman

DECLARATION OF DANIEL BERMAN IN SUPPORT OF SETTLEMENT - 3
Case No. 4:18-cv-01060-YGR