Michael F. Ram, CSB #104805
Email: mram@forthepeople.com
MORGAN & MORGAN
101 Montgomery Street, Suite 1800
San Francisco, California 94104
Telephone: (415) 358-6913

Beth E. Terrell, CSB #178181
Email: bterrell@terrellmarshall.com
Jennifer Rust Murray, *Admitted Pro Hac Vice*
Email: jmurray@terrellmarshall.com
TERRELL MARSHALL LAW GROUP PLLC
936 North 34th Street, Suite 300
Seattle, Washington 98103
Telephone: (206) 816-6603

[Additional counsel appear on signature page]

*Attorneys for Plaintiffs*

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

| | |
|---|---|
| DANIEL BERMAN, STEPHANIE HERNANDEZ, and ERICA RUSSELL,<br><br>Plaintiffs,<br><br>v.<br><br>FREEDOM FINANCIAL NETWORK, LLC, FREEDOM DEBT RELIEF, LLC, FLUENT, INC., and LEAD SCIENCE, LLC,<br><br>Defendants. | Case No. 4:18-cv-01060-YGR<br><br>**DECLARATION OF STEPHANIE HERNANDEZ IN SUPPORT OF SETTLEMENT**<br><br><u>JURY TRIAL DEMAND</u><br><br>Honorable Yvonne Gonzalez Rogers<br><br>DATE:<br>TIME:<br>LOCATION: |

I, Stephanie Hernandez, declare as follows:

1.   I am an adult over 18 years of age. I make the following declaration based on my personal knowledge. I am able to competently testify on the facts in this declaration.

DECLARATION OF STEPHANIE HERNANDEZ IN SUPPORT OF SETTLEMENT - 1
Case No. 4:18-cv-01060-YGR

2. I have personal knowledge of the facts described in this declaration. I could and would testify to them if called up on to do so.

3. I live in King City, California.

4. I have a cell phone. My cell phone's telephone number begins (831) 320. I have had that number for more than twenty years.

5. Between March 5 and 7 2018 I received two prerecorded voice calls to my cell phone selling Defendants' products. I had not given the caller permission to place those calls. I also received four text messages without my permission.

6. Throughout this lawsuit, I have worked with my lawyers by answering their questions and responding to Defendants' written questions. When they asked, I provided several pages of documents, which I understand have been given to the Defendants in this case. I also worked with my lawyers to obtain additional records from my cellular service provider through a third-party subpoena.

7. I spent several hours during the pandemic with my lawyers preparing for my deposition. My husband drove me to Paso Robles for my deposition. Paso Robles is approximately an hour from my home. The deposition took place on July 2, 2020, which was right at the beginning of the Covid 19 pandemic. The deposition took place in a conference room where I was by myself. The court reporter and all the lawyers attended by video. The deposition lasted from 10:00 a.m. to around 12:30 p.m.

8. I worked with my attorneys to provide a sworn statement about the spam calls I received. I understand my attorneys filed that statement with the Court when Defendants tried to force my case into arbitration.

9. I talked to my lawyer about the settlement. It was important to me that the settlement provided money for the other people who received robocalls from Defendants. I support the settlement.

1  
2    I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

3    EXECUTED in King City, California this __16__ day of March, 2023.

4  
5  
6    *Stephanie Hernandez*  
     Stephanie Hernandez

7  

DECLARATION OF STEPHANIE HERNANDEZ IN SUPPORT OF SETTLEMENT - 3  
Case No. 4:18-cv-01060-YGR