DocuSign Envelope ID: A77D448B-92FE-4F53-AE9F-78DC874664E0

Michael F. Ram, CSB #104805
Email: mram@forthepeople.com
MORGAN & MORGAN
101 Montgomery Street, Suite 1800
San Francisco, California 94104
Telephone: (415) 358-6913

Beth E. Terrell, CSB #178181
Email: bterrell@terrellmarshall.com
Jennifer Rust Murray, *Admitted Pro Hac Vice*
Email:  jmurray@terrellmarshall.com
TERRELL MARSHALL LAW GROUP PLLC
936 North 34th Street, Suite 300
Seattle, Washington 98103
Telephone: (206) 816-6603

[Additional counsel appear on signature page]

*Attorneys for Plaintiffs*

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

| | |
|---|---|
| DANIEL BERMAN, STEPHANIE HERNANDEZ, and ERICA RUSSELL,<br><br>  Plaintiffs,<br><br>  v.<br><br>FREEDOM FINANCIAL NETWORK, LLC, FREEDOM DEBT RELIEF, LLC, FLUENT, INC., and LEAD SCIENCE, LLC,<br><br>  Defendants. | Case No. 4:18-cv-01060-YGR<br><br>**DECLARATION OF ERICA RUSSELL IN SUPPORT OF SETTLEMENT**<br><br><u>JURY TRIAL DEMAND</u><br><br>Honorable Yvonne Gonzalez Rogers<br><br>DATE:<br>TIME:<br>LOCATION: |

I, Erica Russell, declare as follows:

1.  I am an adult over 18 years of age. I make the following declaration based on my personal knowledge. I am able to competently testify on the facts in this declaration.

DECLARATION OF ERICA RUSSELL IN SUPPORT OF SETTLEMENT - 1
Case No. 4:18-cv-01060-YGR

DocuSign Envelope ID: A77B448B-92FE-4F53-AF9F-78DC874664E0
Case 4:18-cv-01060-YGR   Document 336   Filed 03/17/23   Page 2 of 3

2. I have personal knowledge of the facts described in this declaration. I could and would testify to them if called up on to do so.

3. I live in Ponca City, Oklahoma.

4. I have a cell phone. My cell phone's telephone number begins (918) 914.

5. Sometime in late 2017 or early 2018 I visited a website that was offering a $1,000 Walmart gift card. To get the reward I was required to type my telephone number onto an electronic form on the website. I did not know that by typing my number on the form I would receive telemarketing calls from Freedom Debt relief. I thought I needed to provide my number so that I could get the gift card.

6. After I entered my telephone number onto the form I started receiving numerous robocalls. I told the callers to stop calling, but the calls kept coming. They were so frequent that I decided to change my telephone number.

7. Between February 7 and 14 2018, I received three prerecorded voice calls and five text messages selling Freedom's debt settlement products. I never consented to receive those calls.

8. Throughout this lawsuit, I have worked with my lawyers by answering their questions and responding to Defendants' written questions. When they asked, I provided nearly two hundred pages of documents, which I understand have been given to the Defendants in this case. I also worked with my lawyers to obtain additional records from my cellular service providers through third-party subpoenas.

9. I spent several hours during the pandemic with my lawyers preparing for my deposition. The deposition took place on June 29, 2020, which was right at the beginning of the Covid 19 pandemic. The deposition took place in a conference room where I was by myself. I am a single mom, and I had to line up childcare to attend the deposition. The court reporter and all the lawyers attended by video. The deposition lasted from approximately 10:40 a.m. to around 2:20 p.m.

DECLARATION OF ERICA RUSSELL IN SUPPORT OF SETTLEMENT - 2
Case No. 4:18-cv-01060-YGR

10. I worked with my attorneys to draft multiple declarations that I understand my attorneys submitted to the court when Defendants asked the court to force me to arbitrate my case.

11. I talked to my lawyer about the settlement multiple times. It was important to me that the settlement provided money for the other people who received robocalls from Defendants. I support the settlement and believe it is an excellent result.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

EXECUTED in Ponca city _____, Oklahoma, this 16 _____ day of March, 2023.

DocuSigned by:

_____
9CE2B8679EC64A6...
Erica Russell

DECLARATION OF ERICA RUSSELL IN SUPPORT OF SETTLEMENT - 3
Case No. 4:18-cv-01060-YGR