**SETTLEMENT AGREEMENT – EXHIBIT 1(a)**
**(POSTCARD NOTICE)**

---

A COURT AUTHORIZED THIS LEGAL NOTICE

**If you received calls using a prerecorded voice in order to sell Freedom Financial Network, LLC or Freedom Debt Relief, LLC's products, between May 17, 2017 and April 17, 2018, you may be entitled to benefits under a class action settlement.**

A settlement has been reached in a class action lawsuit, *Berman et al., v. Freedom Financial et al.* (U.S. District Court N.D. Cal.), where Plaintiffs allege that Defendants placed calls using a prerecorded voice to sell Freedom Financial Network's or Freedom Debt Relief, LLC's products. Defendants deny any wrongdoing.

**Complete and return the enclosed claim form by _____ to receive a cash payment.**

---

**Settlement Administrator**
P.O. Box XXXX
City, State Zip Code

«Barcode»
Postal Service: Please do not mark barcode

Claim ID #: «ClaimID»

«First1» «Last1»
«CO»
«Addr2»
«Addr1»
«City», «St»  «Zip»
«Country»

---

First-Class Mail
US Postage Paid
Permit #__

---

<Barcode>

## Prerecorded Call Settlement Claim Form

Fill out each section of this form, sign where indicated, carefully tear at perforation, and mail. Forms must be postmarked by **Month XX, XXXX**. You may also complete your Claim Form online at www.**XXXXXXXXXX**.com.

**Part I:  Claimant Identification.**  Complete this section.

Name (First, Last): _____
Street Address: _____
City: _____  State: _____  ZIP Code: _____
Country (if not USA):__ _____
Contact Phone #: (_____) _____ – _____
Email Address: _____
Telephone #(s) at which calls were received: (\_\_\_\_\_) \_\_\_-\_\_\_\_; (\_\_\_\_) \_\_\_- \_\_\_\_; (\_\_\_\_) \_\_\_-\_\_\_\_.

**Part II: Claim.  Unique Identifier:** «ClaimID»

I affirm I received a call that used an artificial or prerecorded voice in order to sell Freedom Financial Network, LLC or Freedom Debt Relief, LLC's products on a telephone number listed above.

**Part III:  Certification.** I certify that that the foregoing information is true and correct.

Signature: _____  Date: \_\_\_\_\_/ \_\_\_\_\_/ \_\_\_\_\_
Print Name: _____

**PLEASE DO NOT CONTACT THE COURT OR THE COURT CLERK'S OFFICE TO INQUIRE ABOUT THIS SETTLEMENT OR THE CLAIM PROCESS.**

## SETTLEMENT AGREEMENT – EXHIBIT 1(a)
### (POSTCARD NOTICE)

**WHO IS A CLASS MEMBER?**

You may be in the Settlement Class if, between May 17, 2017 and April 17, 2018, you received a call using an artificial or prerecorded voice that was selling Freedom Financial Network, LLC or Freedom Debt Relief, LLC's products. Defendants produced a list that includes Settlement Class telephone numbers. The list is labeled LEADSCIENCE_677. You can learn if your number is on this list by visiting www.XXXXX and following the instructions.

**SETTLEMENT TERMS:** Plaintiffs alleged that Defendants violated the TCPA by (1) making artificial or prerecorded voice telemarketing calls selling Freedom Financial Network, LLC or Freedom Debt Relief, LLC'sFreedom's goods or services and (2) making calls and sent text messages to telephone numbers on the National Do-Not-Call Registry without the prior permission of the people contacted. Defendants will pay $9,750,000 into a fund that will cover: (1) cash payments to eligible Settlement Class Members who submit claims; (2) attorneys' fees to Class Counsel not to exceed $3,250,000 (33.33%) plus litigation costs of approximately $200,000, as approved by the Court; (3) court-approved service awards to Plaintiffs Berman, Hernandez, and Russell of $5,000 each; and (4) the costs of administering the settlement. Under the TCPA, a person is entitled to receive $500 for calls placed using an artificial or prerecorded voice without the person's consent and up to $500 for National Do-Not-Call violations. If the court finds Defendants acted willfully, any amount awarded could be tripled. Class Counsel estimate you will receive between $60-$170, which is less than the $500 to $1,500 per call you might receive if Plaintiffs had won at trial. The actual amount you receive under the Settlement depends on the number of Class Members that submit Claim Forms and whether you have a National Do-Not-Call claim in addition to a prerecorded call claim. If you have a National Do-Not-Call claim you are eligible for a double share of the Settlement.

**YOUR RIGHTS AND OPTIONS:** **Submit a Claim Form**. To receive a cash award, fill out the attached Claim Form, carefully tear off at the perforation, and drop it in the mail. You may also submit a Claim Form electronically on the Settlement Website: www.XXXXXXXXXXXX .com. You can submit only one claim. Your Claim Form must be postmarked or submitted electronically no later than Month XX, XXXX. **Opt Out**. You may exclude yourself from the Settlement and keep your right to sue Defendants on your own by sending a written request for exclusion to the Settlement Administrator postmarked by Month XX, XXXX. If you do not exclude yourself, you will be bound by the settlement and give up your right to sue Defendants regarding the settled claims. Visit the Settlement Website for more details. **Object**. If you do not opt out, you have the right to object to the proposed settlement. Objections must be filed with the Court, postmarked by Month XX, XXXX, provide the reasons for the objection, and specify if the objection applies only to the objector, to a specific subset of the class, or to the entire class. Visit the Website for more details. **Do Nothing.** If you do nothing, you will not receive any payment and will lose the right to sue Defendants about the Released Claims. You will be considered part of the Settlement Class, and you will be bound by the Court's decisions. **Attend the Final Approval Hearing**. The Court has set a hearing to decide whether the settlement should be approved on Month XX, XXXX at X:00 .m. at the **United States District Court for the Northern District of California, Courtroom One 4th Floor, 1301 Clay Street, Oakland, CA 94612**. All persons who timely object to the settlement by Month XX, XXXX may ask to appear at the Final Approval Hearing. You can find more details about the settlement on the website: www.XXXXXXXXXXXX.com or by calling Class Counsel at 1-617-738-7080. **PLEASE DO NOT CONTACT THE COURT OR THE CLERK'S OFFICE TO INQUIRE ABOUT THIS SETTLEMENT OR THE CLAIMS PROCESS.**

---

| | First-Class Mail<br>US Postage<br>Paid<br>Permit #__ |
|---|---|

Settlement Administrator
P.O. Box XXXX
City, State Zip Code