**SETTLEMENT AGREEMENT EXHIBIT 2**
**EMAIL NOTICE**

<u>UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA</u>

If you received calls that used an artificial or prerecorded voice selling Freedom Financial Network, LLC or Freedom Debt Relief, LLC's products, between May 17, 2017 and April 17, 2018, you could get a payment from a class action settlement.

**Click Here For A Downloadable Claim Form**

**Click Here To Access An Electronic Claim Form**

**<u>Why did I get this Notice?</u>**  You received this notice because a proposed settlement of a class action lawsuit filed against Defendants has been reached in the United States District Court for the Northern District of California (*Daniel Berman et al., v. Freedom Financial Network, LLC et al.,* Case No. 4:18-cv-01060-YGR) (the "Settlement").

You may be entitled to compensation under the Settlement because Defendants' records show that, between May 17, 2017 and April 17, 2018, you may have received from Defendants a call that used a prerecorded voice in order to sell Freedom Financial Network, LLC or Freedom Debt Relief, LLC's products.

The Court authorized this Notice because you have a right to know about the proposed Settlement and your options before the Court decides whether to approve the Settlement. Because your rights will be affected by this Settlement, it is extremely important that you read this Notice carefully.

**<u>What is this lawsuit about?</u>**  Plaintiffs brought this lawsuit alleging that Defendants violated the Telephone Consumer Protection Act, 47 U.S.C. § 227, *et seq.* (TCPA) by making or retaining others to make artificial or prerecorded voice telemarketing calls selling Freedom Financial Network, LLC or Freedom Debt Relief, LLC's goods or services. Plaintiffs also alleged that Defendants made calls and sent text messages to telephone numbers on the National Do-Not-Call Registry without the prior permission of the people contacted. Under the TCPA, a person is entitled to receive $500 for calls that were placed using an artificial or prerecorded voice without the person's consent and up to $500 per call for National Do-Not-Call Registry violations. If the person proves the calls were placed willfully, the person is entitled to triple the amount awarded, up to $1,500. Defendants deny they did anything wrong or violated any law. The Court did not decide in favor of the Plaintiffs or Defendants. Instead, both sides agreed to a settlement. That way, they avoid the cost of a trial, and the people affected will get compensation.

**<u>What are the terms of the Settlement?</u>** Defendants will pay $9,750,000 into a fund that will cover: (1) cash payments to eligible persons in the Settlement Class who submit claim forms; (2) attorneys' fees to Class Counsel, in an amount not to exceed one-third of the Settlement Fund or $3,250,000 as approved by the Court; (3) Class Counsel's out-of-pocket expenses currently estimated to be approximately $200,000, as approved by the Court; (4) court-approved Service Awards in the amount of $5,000 each to Plaintiffs Daniel Berman, Stephanie Hernandez, and Erica Russell; and (5) the costs of administering the Settlement. Your share of the fund will depend on a number of factors, including the number of Settlement Class Members that submit claim forms. All Settlement Class Members have a prerecorded call claim. Some Settlement Class Members

also have a National Do-Not-Call claim. Claimants who have a National Do-Not-Call claim in addition to the prerecorded call claim will receive a double share. You can learn if you will receive a double share by visiting the Settlement Website, www.xxx.xxxx.com and following the instructions. Class Counsel estimate Settlement Class Member will receive between $60 and $170. **This is just an estimate.** The actual amount you will receive could be substantially higher or lower than the estimate. Actual payments will be calculated based on the total number of claims submitted and the total number of claimants who have National Do-Not-Call claims. The claims you are releasing by participating in the Settlement are described in detail on the Settlement Website, www.xxx.xxxx.com.

**How do I know if I am part of the Settlement?** You are in the "Settlement Class" if, between May 17, 2017 and April 17, 2018, you received a call that was placed using an artificial or prerecorded voice in order to sell Freedom Financial Network, LLC or Freedom Debt Relief, LLC's products. Defendants produced a list of telephone numbers that includes the Settlement Class's telephone numbers. Defendants labeled this list LEADSCIENCE_677. You can learn if your number is on this list by visiting www.XXX.com and following the instructions.

**YOUR LEGAL RIGHTS AND OPTIONS IN THIS SETTLEMENT**

**Submit a claim form.** To get a cash payment, you must submit a claim form. You may submit a claim form online by going to the Settlement Website at www.XXXXXXXXXXXX.com and following the instructions. You may also request a paper copy of the claim form by calling the Settlement Administrator toll-free at 1-800-329-4562 or downloading it from the Settlement Website. You must mail your paper claim form to P.O. Box 173036 Wilwaukee, WI 53217. Your claim form must be postmarked or received through the Settlement Website at www.XXXXXXXXXXXXX.com by **MONTH, DAY, YEAR**. **You may only submit one claim form.**

**Click Here For A Downloadable Claim Form**

**Click Here To Access An Electronic Claim Form**

**Exclude yourself.** To exclude yourself from the settlement, you must send a letter by mail saying that you want to be excluded from the *Daniel Berman et al., v. Freedom Financial Network, LLC et al.* settlement. You must sign the letter and include the following statement: "I request to be excluded from the Settlement in the Financial Freedom action." Your request for exclusion must include your full name, address, and telephone number at which you may be contacted; the telephone number(s) which you contend was unlawfully called; and must be personally signed by you. You must mail your exclusion request postmarked no later than **MONTH, DAY, YEAR** to the following address:

> Financial Freedom Settlement Administrator
> PO Box 173036
> Milwaukee, WI 53217

If you submit a valid exclusion request, you will not get a payment, and you cannot object to the

Settlement. You will not be legally bound by anything that happens in this lawsuit.

**Object**. If you remain a Settlement Class Member, you can ask the Court to deny approval by filing an objection. You can't ask the Court to order a different settlement; the Court can only approve or reject the settlement. If the Court denies approval, no settlement payments will be sent out, and the lawsuit will continue. If that is what you want to happen, you should object. Any objection to the proposed settlement must be in writing. If you file a timely written objection, you may, but are not required to, appear at the Final Approval Hearing, either in person or through your own attorney. If you appear through your own attorney, you are responsible for hiring and paying that attorney.

All written objections and supporting papers must (a) clearly identify the case name and number (*Berman v. Freedom Financial Network, LLC*, Case No. 18-cv-01060-YGR), (b) include your name, telephone number, address, and the telephone number on which you received the telemarketing calls at issue in this case; (c) be submitted to the Court either by filing the objection electronically or in person at any location of the United States District Court for the Northern District of California or by mailing them to the Class Action Clerk, United States District Court for the Northern District of California, Ronald V. Dellums Federal Building & United States Courthouse, 1301 Clay Street, Oakland, CA 94612, and (d) be filed or postmarked on or before **MONTH, DAY, YEAR**.

**Go to the Fairness Hearing**. The Court will hold a hearing on **MONTH, DAY, YEAR at X:00** a.m./p.m. to decide whether to approve the Settlement, including the amount of attorneys' fees and costs to be paid to Class Counsel and the amount of Service Awards to be paid to the Class Representatives. It is not necessary for you to appear at the hearing, but you may attend at your own expense. The hearing will be held at the U.S. District Court for the Northern District of California, located at 1301 Clay Street, Oakland, CA 94612, in Courtroom One on the Fourth Floor.

**Note:** The date and time of the fairness hearing are subject to change by Court Order. Any changes will be posted at the Settlement Website, www.XXX.com. You can also monitor case activity and for changes to the dates and time of the fairness hearing by accessing the Court docket in this case through the Court's Public Access to Court Electronic Records (PACER) system at https://ecf.cand.uscourts.gov, or by visiting the office of the Clerk of the Court for the United States District Court for the Northern District of California, 1301 Clay Street, Oakland, CA 94612, between 9:00 a.m. and 4:00 p.m., Monday through Friday, excluding Court holidays.

**Do Nothing**. If you do nothing, you will be legally bound by the settlement but you will not get a settlement payment.

**Get more information.** This notice summarizes the proposed settlement. For the precise terms of the settlement, please see the settlement agreement available at www.XXXXXX.com, by contacting class counsel at 1-617-738-7080, by accessing the Court docket in this case, for a fee, through the Court's Public Access to Court Electronic Records (PACER) system at https://ecf.cand.uscourts.gov, or by visiting the office of the Clerk of the Court for the United States District Court for the Northern District of California, 1301 Clay Street, Oakland, CA 94612,

3

between 9:00 a.m. and 4:00 p.m., Monday through Friday, excluding Court holidays.

**PLEASE DO NOT CONTACT THE COURT OR THE COURT CLERK'S OFFICE TO INQUIRE ABOUT THIS SETTLEMENT OR THE CLAIM PROCESS**.

---

The United States District Court for the Northern District of California has ordered this email notice to be sent. If you wish to UNSUBSCRIBE from future email messages from the Settlement Administrator with regard to this Settlement, please click on this **link**.

**Click Here For A Downloadable Claim Form**

**Click Here To Access An Electronic Claim Form**

4