**SETTLEMENT AGREEMENT EXHIBIT 1(b)**

*Daniel Berman et al., v. Freedom Financial Network, LLC et al.,* **Case No. 4:18-cv-01060-YGR**

## CLAIM FORM

**To receive benefits from this Settlement, your Claim Form *must* be electronically submitted or postmarked on or before <mark>MONTH DAY YEAR</mark>.**
**You may submit your completed and signed Claim Form online at www.<mark>XXXXXXXXXX</mark>.com or by mail to the following address:**

Settlement Administrator
P.O. Box 173036
Milwaukee, WI 53217

You must complete all sections and sign below in order to receive any benefits from this Settlement.

By submitting a claim, you are attesting that you received between May 17, 2017 and April 17, 2018, a call using an artificial or prerecorded voice in order to sell Freedom Financial Network, LLC or Freedom Debt Relief, LLC's products. You may submit only one claim.

_____     __    _____
First Name                                                                              MI    Last Name

_____
Business Name (If applicable)

_____
Street Address

_____     _____    _____ - _____
City                                                                                                             State        ZIP              ZIP4 (optional)

_____     _____ ;
Email Address                                                                Contact Phone Number(s)

Telephone Number(s) at which calls were received:

1. (_____) _____-_____ ;
2. (_____) _____-_____ ;
3. (_____) _____-_____ .

Calls must have been received from Defendants, used an artificial or prerecorded voice, and promoted or could have resulted in the sale of Freedom Financial Network. LLC or Freedom Debt Relief, LLC's products.

Class Member ID from email or postcard notice (if you did not receive such a notice, leave this blank): _____

I declare that I have accurately filled out this form.

Signature: _____     Date:_____